# **Exhibit A**

2014 North American Forum on Family Planning - Exhibitor/Sponsor (1558937)


(/images/nophoto.jpg)

# Brianna Allen
brianna@biomaxps.com

Actions ▾

| Pending | $0.00 |
|---|---|
| Status | Balance |

## Personal Info  Edit

**CONTACT**

**Name**
Brianna Allen

**Address**
6444 E Spring St. #725

Long Beach CA 90815

**Email**
brianna@biomaxps.com

**REGISTRATION**

**ID**
73590528

**Registration Date**
Tue, 16 Sep 2014, 8:34:08 pm

**Registrant Type**
Exhibitors and Sponsors

**Status**
Pending

**Directory Opt Out**
No

**Password**
Reset Password

**PAYMENT**

**Payment Method**
Credit Card (Visa)

**Event Cost**
$0.00

**Total Charges**
$3,000.00

**Balance**
$0.00

**MISC**

**Job Title**

Procurement Assistant

**Company**

BioMax Procurement Services

**Work Phone**

562-354-1806

EMERGENCY CONTACT

**Name**

Robert Sarkis

**Phone**

bob@biomaxps.com

## Agenda                                                                                       Edit

| TITLE | COST | ANSWER | TYPE |
|---|---|---|---|
| Basic Corp exhibitor | $3,000.00 | ✓ | Check Box |
| Badge 1 | | **Robert Sarkis** | 1-Line Text |
| Badge 2 | | **Adrian Lopez** | 1-Line Text |

## Merchandise                                                                                  Edit

| NAME | QUANTITY | PRICE | TOTAL |
|---|---|---|---|

There are no Merchandise Records for this attendee.

## Lodging & Travel                                                                             Edit

**LODGING INFORMATION**

**Booking Status**

Initiated

**System Assigned Sharer**

73590528;

**TRAVEL INFORMATION**

**Travel Info**

**Arrival Info**

**Return Info**

**GROUND TRANSPORTATION**

## MISC

 Edit

| FIELD | RESPONSE | TYPE |
|---|---|---|
| Acknowledgement Term/Cond | ✓ | CheckBox |

## Transactions

New Transaction

| ID | TYPE | | AMOUNT | SUB-TOTAL | BY | DATE | |
|---|---|---|---|---|---|---|---|
| 7856194 | Transaction Amount | | $3,000.00 | $3,000.00 | Attendee | 16 Sep 2014, 8:49 pm | add no |
| 7856195 | Online Credit Card Payment | Refund | ($3,000.00) | $0.00 | Attendee | 16 Sep 2014, 8:49 pm | add no |

**Total Balance: $0.00**

## Update History

| USER | SECTION | ADDITIONAL NOTES | DATE |
|---|---|---|---|
| Attendee | Registration | Created | Tue, 16 Sep 2014, 8:49:05 pm |

## Email History

| EMAIL TYPE | SUBJECT | RECIPIENT | DATE |
|---|---|---|---|
| Invoice | Receipt | Brianna Allen | Tue, 16 Sep |
| Admin confirmation notification | Registration Alert: 2014 North American Forum on F | TheForum@ppfa.org | Tue, 16 Sep |
| Registration Confirmation | Registration Confirmation | Brianna Allen | Tue, 16 Sep |