# Exhibit C

**MeDC 11th Annual Update in Reproductive Health and Medical Leadership Exhibitor/Sponsor (1650188)**



# Brianna Allen
brianna@biomaxps.com

Actions ▼

(/images/nophoto.jpg)

| Pending | $0.00 |
|---|---|
| Status | Balance |

## Personal Info   ✎ Edit

**CONTACT**

**Name**
Brianna Allen

**Address**
6444 E Spring St 725

Long Beach CA 90815

**Email**
brianna@biomaxps.com

**REGISTRATION**

**ID**
78064415

**Registration Date**
Fri, 6 Feb 2015, 9:09:23 pm

**Registrant Type**
Exhibitors and Sponsors

**Status**
Pending

**Directory Opt Out**
No

**Password**
Reset Password

**PAYMENT**

**Payment Method**
Credit Card (Visa)

**Event Cost**
No Event Cost

**Total Charges**
$3,500.00

**Balance**
$0.00

**MISC**

**Company**

BioMax Procurement Services

**Work Phone**

562-354-1806

EMERGENCY CONTACT

**Name**

Robert Sarkis

**Phone**

bob@biomaxps.com

## Agenda                                                                 Edit

| TITLE | COST | ANSWER | TYPE |
|---|---|---|---|
| Basic Corp exhibitor | $3,500.00 | ✓ | Check Box |
| Rep 1 badge name | | Robert Sarkis | 1-Line Text |
| Rep 2 badge name | | Adrian Lopez | 1-Line Text |
| I plan to attend the welcome reception | | ✓ | Check Box |
| Indicate number attending reception | | 2 at reception | Drop Down |
| I plan to attend the Group Dinner | | ✓ | Check Box |
| Number attending dinner | | 2 at dinner | Drop Down |
| Dinner selection | | fish | Radio Button |
| Rep 2 dinner selection | | steak | Radio Button |

## Merchandise                                                            Edit

| NAME | QUANTITY | PRICE | TOTAL |
|---|---|---|---|

There are no Merchandise Records for this attendee.

## Lodging & Travel                                                       Edit

**LODGING INFORMATION**

**Booking Status**

Initiated

**System Assigned Sharer**

**TRAVEL INFORMATION**

**Travel Info**

**Arrival Info**

78064415;

Return Info

**GROUND TRANSPORTATION**

## MISC   Edit

| FIELD | RESPONSE | TYPE |
|---|---|---|
| Acknowledgement Term/Cond | ✓ | CheckBox |

## Transactions   New Transaction

| ID | TYPE | | AMOUNT | SUB-TOTAL | BY | DATE | |
|---|---|---|---|---|---|---|---|
| 17182480 | Transaction Amount | | $3,500.00 | $3,500.00 | Attendee | 6 Feb 2015, 9:11 pm | add not |
| 17182481 | Online Credit Card Payment | Refund | ($3,500.00) | $0.00 | Attendee | 6 Feb 2015, 9:11 pm | add not |

**Total Balance: $0.00**

## Update History

| USER | SECTION | ADDITIONAL NOTES | DATE |
|---|---|---|---|
| Attendee | Registration | Created | Fri, 6 Feb 2015, 9:11:59 pm |

## Email History

| EMAIL TYPE | SUBJECT | RECIPIENT | DATE |
|---|---|---|---|
| Admin confirmation notification | Registration Alert: MeDC 11th Annual Update in Rep | vikky.graziani@ppfa.org | Fri, 6 F |
| Registration Confirmation | registration Confirmation | Brianna Allen | Fri, 6 F |
| Reset Password | MeDC 11th Annual Update in Reproductive Health and | Brianna Allen | Fri, 6 F |