# Exhibit E



**2015 The Opportunity Of Now — National Conference**

## Receipt

Receipt Number: 1655120-78422128
Registration ID: 78422128
Registration Date: 2/17/2015
Receipt Date: 2/17/2015
Issued By: PPFA
Event: 2015 Planned Parenthood National Conference - Exhibitors

**Actions**
- Print Receipt
- Email Receipt

### Registrants

| Name | Registration ID | Company/Organization | Registrant Type |
|---|---|---|---|
| Brianna Allen | 78422128 | BioMax Procurement Services | Commercial Exhibitor |

### Billing Information
Gerardo A Lopez
8400 Edinger Ave #P107
Huntington Beach, CA 92647
United States

### Personal Info
Brianna Allen
BioMax Procurement Services
Norwalk, CA
562-354-1806
brianna@biomaxps.com

### Fees

| Fee | Quantity | Unit Price | Amount |
|---|---|---|---|
| Commercial Exhibitor | 1 | $3,280.00 | $3,280.00 |
| | | Subtotal: | $3,280.00 |
| | | Total: | $3,280.00 |

### Transactions

| Transaction Type | Date | Amount | Balance |
|---|---|---|---|
| Transaction Amount | 2/17/2015 | $3,280.00 | $3,280.00 |
| Online Credit Card Payment (***********0756) Details | 2/17/2015 | ($3,280.00) | $0.00 |
| | | Current Balance: | $0.00 |

### Payment Method

Payment Method: Credit Card (Visa)

The online credit card payment for this event will be listed on your credit card statement with the name PPFA Conferences.

**The Opportunity Of Now**

**National Conference**

**2015**

## 2015 Planned Parenthood National Conference - Exhibitors (View Details)

---
**Other Info**

Please click here to see the Terms and Conditions for the Planned Parenthood National Conference.

☐ * By clicking here, you confirm that you have read the Exhibitor Terms and Conditions, that you understand them and that you are in compliance with them.

---

If you have any questions about the site, please contact national.conference@ppfa.org.