# UNITED STATES DISTRICT COURT
for the
NORTHERN District of CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.<br>[See Attachment A for complete list of Plaintiffs]<br>*Plaintiff(s)*<br>v.<br>CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES, LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), TROY NEWMAN, ALBIN RHOMBERG, PHIL CRONIN, SANDRA SUSAN MERRITT (aka "SUSAN TENNENBAUM"), GERARDO ADRIAN LOPEZ, and UNKNOWN CO-CONSPIRATORS, inclusive,<br>*Defendant(s)* | Civil Action No. 4:16-cv-00236-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES, LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), TROY NEWMAN, ALBIN RHOMBERG, PHIL CRONIN, SANDRA SUSAN MERRITT (aka "SUSAN TENNENBAUM"), GERARDO ADRIAN LOPEZ, and UNKNOWN CO-CONSPIRATORS, inclusive, [See Attachment B for addresses].

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
AMY L. BOMSE (No. 218669)
SHARON D. MAYO (No. 150469)
JEE YOUNG YOU (No. 241658)
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor, San Francisco, California 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: January 14, 2016

*Cynthia J. Lenahan*
*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:16-cv-00236-KAW

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Attachment A to Planned Parenthood Summons**

Planned Parenthood Federation of America, Inc.,

Planned Parenthood: Shasta-Diablo, Inc. dba Planned Parenthood Northern California;

Planned Parenthood Mar Monte, Inc.;

Planned Parenthood of The Pacific Southwest;

Planned Parenthood Los Angeles;

Planned Parenthood/Orange and San Bernardino Counties, Inc.;

Planned Parenthood of Santa Barbara, Ventura and San Luis Obispo Counties, Inc.;

Planned Parenthood Pasadena and San Gabriel Valley, Inc.

**Attachment B to Planned Parenthood Summons**

The Center for Medical Progress
Attn: Catherine Short
15333 Culver Drive, Suite 340-819
Irvine, California 92604

Albin Rhomberg
c/o The Center for Medical Progress
Attn: Catherine Short
15333 Culver Drive, Suite 340-819
Irvine, California 92604

Biomax Procurement Services, LLC
10929 Firestone Blvd., 246
Norwalk, California 90650

Troy Newman
10529 SW 30th Street
Towanda, Kansas 67144

David Daleiden
c/o The Center for Medical Progress
Attn: Catherine Short
15333 Culver Drive, Suite 340-819
Irvine, California 92604

Phillip S. Cronin
1104 Via Arroyo
Ventura, California 93003

Gerardo Adrian Lopez
3032 E. 5th Street, #1
Long Beach, California 90814

Sandra Susan Merritt
2940 Aulin Drive
San Jose, California 95125

35648818v1