Catherine W. Short, Esq.; SBN 117442
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313
Ojai, CA  93024-1313
Tel:  (707) 337-6880
LLDFOjai@earthlink.net

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
Thomas More Society
19 S. La Salle St., Ste. 603
Chicago, IL 60603
(312) 782-1680
tbrejcha@thomasmoresociety.org

Attorneys for Defendant
DAVID DALEIDEN

(Additional counsel listed on signature page.)

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CENTER FOR MEDICAL PROGRESS, et al., <br><br> Defendants. | Case No. 16-cv-00236 (WHO) <br> Judge William H. Orrick, III <br><br> JOINT STIPULATION FOR RELIEF FROM AMENDED CASE MANAGEMENT ORDER <br><br> CMC Date: February 16, 2016 <br> Time: 2:00 p.m. |

Pursuant to Local Rules 7-12 and 16-2(a & d), Defendants David Daleiden, Troy Newman and Gerardo Adrian Lopez[1] and Plaintiffs Planned Parenthood Federation Of America, Inc.; Plaintiff Planned Parenthood: Shasta-Diablo, Inc. dba Planned Parenthood Northern California; Planned Parenthood Mar Monte, Inc.; Planned Parenthood Of The Pacific Southwest; Planned Parenthood Los Angeles; Planned Parenthood/Orange And San Bernardino Counties, Inc.; Planned Parenthood Of Santa Barbara, Ventura And San Luis Obispo Counties, Inc.; Planned Parenthood Pasadena And San Gabriel Valley, Inc. (collectively "PP Plaintiffs") file this stipulation for relief from the Case Management Order entered on January 26, 2016 (Doc. 12) and request that the case management conference ("CMC") be set again for March 29, 2016, or as soon thereafter as meets this Court's schedule.

Defendants and PP Plaintiffs state in support thereof as follows:

WHEREAS, PP Plaintiffs filed this lawsuit on January 14, 2016 (Doc. 1). The complaint names the following Defendants: Center for Medical Progress, BioMax Procurement Services, LLC, David Daleiden, Troy Newman, Albin Rhomberg, Phillip S. Cronin, Sandra Susan Merritt, and Gerardo Adrian Lopez;

WHEREAS, on January 22, 2016, the Court found that this case was related with another case pending before it, namely *National Abortion Federation v. Center for Medical Progress*, 15-cv-03522-WHO (the "*NAF* case") (*NAF case*, Doc. 339);

WHEREAS, on January 26, 2016, this Court issued a CMC Order scheduling a CMC for February 16, 2016, at 2:00 p.m. (Doc. 12);

WHEREAS, lead counsel for Plaintiffs has a pre-scheduled international trip from February 8 to February 19 and therefore asked certain defense counsel to stipulate to move the date of the CMC to the following week in February;

---

[1] The remaining named Defendants are not in a position to join this stipulation as waiver of service of process has not yet been effected on them and/or they have not yet retained counsel or local counsel as explained *infra,* but the term Defendants will be used collectively in this stipulation since any change in the CMC will impact them.

1
JOINT STIPULATION FOR RELIEF FROM CMC
– 16-cv-00236 (WHO)

1    WHEREAS, those counsel agreed and indicated that they wished for a further extension
2 beyond February 23, to allow sufficient time for all defendants to secure representation and prepare
3 a joint case management statement in order to participate meaningfully in a CMC that best respects
4 the Court's time and resources;

5    WHEREAS, the Court's calendar indicates that the Court is unavailable on March 15 and
6 lead counsel for Ms. Merritt has a conflict on March 22, 2016;

7    WHEREAS, Defendants and Plaintiffs have therefore agreed that the CMC should be held
8 on March 29, 2016, or as soon thereafter as the Court's schedule shall permit,;

9    WHEREAS, it is more than ten days before the CMC date, and this stipulation to
10 reschedule the CMC is timely filed pursuant to this Court's CMC order (Doc. 12, ¶ 1.d.);

11    WHEREAS, there is good cause for rescheduling the case management conference date;

12    NOW THEREFORE, IT IS AGREED AND STIPULATED by and between PP Plaintiffs
13 and Defendants, subject to the Court's approval, that the CMC shall be rescheduled to March 29,
14 2016, or as soon thereafter as the Court's schedule shall permit, and that the Court will issue a new
15 case management order with compliance dates based on the date of the new case management
16 conference.

Respectfully submitted,

Catherine W. Short, Esq.; SBN 117442        /s/ Catherine Short
LIFE LEGAL DEFENSE FOUNDATION               *Counsel for Defendant David Daleiden*
Post Office Box 1313
Ojai, California  93024-1313
Tel:  (707) 337-6880
LLDFOjai@earthlink.net

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
THOMAS MORE SOCIETY
19 S. La Salle St., Ste. 603
Chicago, IL 60603
Tel: (312) 782-1680
Facsimile: (312) 782-1887
tbrejcha@thomasmoresociety.org
pbreen@thomasmoresociety.org

2
JOINT STIPULATION FOR RELIEF FROM CMC
– 16-cv-00236 (WHO)

| | |
|---|---|
| 1  ckonczal@thomasmoresociety.org<br>*Attorneys for Defendant David Daleiden* | |
| 2 | |
| 3  Vladimir F. Kozina (CA Bar 95422) | /s/ Vladimir F. Kozina |
|    MAYALL HURLEY, P.C. | *Counsel for Defendant* |
| 4  2453 Grand Canal Blvd. | *Troy Newman* |
|    Stockton, CA 95207 | |
| 5  Tel: (209) 477-3833 | |
|    Facsimile: (209) 473-4818 | |
| 6  vkozina@mayallaw.com | |
| 7 | |
|    Edward L. White III, *pro hac vice (application forthcoming)* | |
| 8  Erik M. Zimmerman, *pro hac vice (application forthcoming)* | |
|    AMERICAN CENTER FOR LAW & JUSTICE | |
| 9  3001 Plymouth Rd., Ste. 203 | |
|    Ann Arbor, MI 48105 | |
| 10 Tel: (734) 680-8007 | |
|    Facsimile: (734) 680-8006 | |
| 11 ewhite@aclj.org | |
| 12 ezimmerman@aclj.org | |
|    *Attorneys for Defendant Troy Newman* | |
| 13 | |
| 14 Charles S. LiMandri (CA Bar No. 110841) | /s/ Charles S. LiMandri |
|    FREEDOM OF CONSCIENCE DEFENSE FUND | *Counsel for Defendant* |
| 15 P.O. Box 9520 | *Gerardo Adrian Lopez* |
|    Rancho Santa Fe, CA 92067 | |
| 16 Tel:  (858) 759-9948 | |
|    Facsimile:  (858) 759-9938 | |
| 17 cslimandri@ConscienceDefense.org | |
|    *Attorneys for Defendant Gerardo Adrian Lopez* | |
| 18 | |
| 19 Amy L. Bomse (No. 2188669) | /s/ Amy Bomse |
|    Sharon D. Mayo (No. 150469) | *Counsel for Plaintiffs* |
| 20 Lee Young You (No. 241658) | |
|    ARNOLD & PORTER LLP | |
| 21 Three Embarcadero Center, 10th Floor | |
| 22 San Francisco, CA 94111-4024 | |
| 23 Beth H. Parker (No. 104773) | |
|    PLANNED PARENTHOOD AFFILIATES OF CALIFORNIA | |
| 24 551 Capitol Mall, Ste. 510 | |
|    Sacramento, CA 95814-4581 | |
| 25 | |
| 26 Helene T. Krasnoff, *pro hac vice (application forthcoming)* | |
|    PLANNED PARENTHOOD FEDERATION OF AMERICA | |
| 27 11110 Vermont Ave., NW, Ste. 300 | |
|    Washington, DC 20005 | |
| 28 | |

3
JOINT STIPULATION FOR RELIEF FROM CMC
– 16-cv-00236 (WHO)

1  *Attorneys for Plaintiffs*
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)**

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

/s/ Catherine Short
*Counsel for Defendant David Daleiden*

**ORDER**

PURSUANT TO STIPULATION, the Case Management Conference is continued until March 29, 2016 at 2:00 p.m. All deadlines that are associated with the date of the CMC pursuant to Federal Rules of Civil Procedure 16 and 26, and the Local Rules and the Standing Orders of this Court, are likewise continued. IT IS SO ORDERED.

Dated: February 8, 2016   _____
Honorable William H. Orrick, III
United States District Court