AMY L. BOMSE (No. 218669)
SHARON D. MAYO (No. 150469)
JEE YOUNG YOU (No. 241658)
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:     (415) 471-3100
Facsimile:     (415) 471-3400
Email:   amy.bomse@aporter.com
         sharon.mayo@aporter,com
         jeeyoung.you@aporter.com

Attorneys for Plaintiffs

BETH H. PARKER (No. 104773)
PLANNED PARENTHOOD AFFILIATES OF CALIFORNIA
551 Capitol Mall, Suite 510
Sacramento, California  95814-4581
Telephone:     (916) 446-5247
Facsimile:     (916) 441-0632
Email:   beth.parker@ppacca.org

HELENE T. KRASNOFF (*pro hac vice*)
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
Telephone:     (202) 973-4800
Email:   helene.krasnoff@ppfa.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., a not-for-profit corporation; and PLANNED PARENTHOOD: SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD MAR MONTE, INC.; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD LOS ANGELES; PLANNED PARENTHOOD/ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA AND SAN LUIS OBISPO COUNTIES, INC; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; <br><br>      Plaintiffs, <br>  v. <br><br>CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES, LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), TROY NEWMAN, ALBIN RHOMBERG, PHIL CRONIN, SANDRA SUSAN MERRITT (aka "SUSAN TENNENBAUM"), GERARDO ADRIAN LOPEZ, and UNKNOWN CO-CONSPIRATORS, inclusive, <br><br>      Defendants. | Case No. 3:16-cv-00236-WHO <br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR OPPOSITION AND REPLY BRIEFS FOR DEFENDANT SUSAN MERRITT'S ANTI-SLAPP MOTION** |

**STIPULATION AND ORDER**

WHEREAS Defendants Biomax Procurement Services, LLC, Center for Medical Progress, David Daleiden, Phillip Cronin, Gerardo Lopez, Troy Newman, and Albin Rhomberg (collectively "CMP Defendants") moved to extend their deadline to file their anti-SLAPP motion from April 25, 2016 to May 5, 2016 ("Motion for Extension") (ECF No. 76), which Plaintiffs did not oppose;

WHEREAS the Motion for Extension requested that Plaintiffs' deadline to oppose the anti-SLAPP motions be extended to June 13, 2016 and that CMP Defendants' deadline to reply be extended to June 28, 2016 (*Id.*);

WHEREAS the Court granted the Motion for Extension as to CMP Defendants' deadline for their anti-SLAPP motion and as to Plaintiffs' opposition deadline and ordered CMP Defendants to file their reply by June 22, 2016 (ECF No. 82);

WHEREAS Defendant Susan Merritt ("Merritt") did not join in CMP Defendants' Motion for Extension and instead filed a Motion To Strike Plaintiffs' State Law Claims Under California's Anti-SLAPP Law (CCP 425.16) ("Merritt Anti-SLAPP Motion") on April 25, 2016 (ECF No. 78) along with a Motion to Dismiss Plaintiffs' First Amended Complaint For Failure To State A Cause of Action (ECF No. 81);

WHEREAS Merritt noticed the Merritt Anti-SLAPP Motion with a deadline of May 25, 2016 for Plaintiffs' opposition and a deadline of June 9, 2016 for Merritt's reply (ECF No. 78);

WHEREAS Plaintiffs and Merritt have met and conferred and have agreed to extend the deadline for Plaintiffs' opposition to the Merritt Anti-SLAPP Motion from May 25, 2016 to June 7, 2016 and the deadline for Merritt's reply from June 9, 2016 until June 22, 2016;

WHEREAS the extension of Plaintiffs' deadline to oppose the Merritt Anti-SLAPP Motion and of Merritt's deadline to reply does not affect any other deadlines in this case;

WHEREAS good cause exists for this extension so that Plaintiffs and Merritt have adequate time to address the arguments presented in the Merritt Anti-SLAPP Motion,

WHEREAS this request is the fourth request to extend time in this case;

WHEREAS the parties previously jointly requested that the Court continue the initial case management conference from February 16, 2016 to March 29, 2016, which the Court granted (*see*

ECF Nos. 20, 23);

WHEREAS the parties previously jointly requested that the Court extend the deadline for all Defendants to respond to Plaintiffs' Amended Complaint, which the Court granted (*see* ECF Nos. 58, 60);

WHEREAS as described above CMP Defendants requested an extension for their deadline to file their anti-SLAPP motions;

NOW, THEREFORE, IT IS HEREBY STIPULATED between Plaintiffs and Merritt, through their respective counsel, the following:

1) The deadline for Plaintiffs' opposition to the Merritt Anti-SLAPP Motion will be extended from May 25, 2016 to June 7, 2016;

2) The deadline for Merritt's reply will be extended from June 9, 2016 to June 22, 2016;

3) No other briefing deadlines or hearing dates are affected by this agreement.

Dated: May 9, 2016                      Respectfully submitted,

                                        ARNOLD & PORTER LLP

                                        By:   */s/ Amy L. Bomse*
                                              Amy L. Bomse
                                              Attorneys for Plaintiffs

Dated: May 9, 2016                      **LIBERTY COUNSEL**

                                        By:   /s/ Horatio Mihet
                                              Jonathan David Christman
                                              Horatio Gabriel Mihet

2
**STIPULATION AND ORDER**

**ATTESTATION**

Pursuant to Local Rule 5-1, I, Amy L. Bomse, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

                                          */s/ Amy L. Bomse*
                                          AMY L. BOMSE

**ORDER**

IT IS HEREBY ORDERED that Plaintiffs' deadline to oppose the Merritt Anti-SLAPP Motion is extended until June 7, 2016 and Merritt's deadline to reply is extended until June 22, 2016. No other briefing deadlines or hearing dates are altered by this Order.

DATED: May 9, 2016

The Hon. William H. Orrick
Judge of the United States District Court