Catherine W. Short, SBN 117442
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313
Ojai, CA 93024-1313
Tel: (707) 337-6880
LLDFOjai@earthlink.net
*Attorneys for Defendant David Daleiden*

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA**

PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD: SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD MAR MONTE, INC.; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD LOS ANGELES; PLANNED PARENTHOOD/ORANGE AND SAN BERNADINO COUNTIES, INC.; PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA AND SAN LUIS OBISPO COUNTIES, INC.; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST AND PLANNED PARENTHOOD CENTER FOR CHOICE,

Plaintiffs,

vs.

CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; DAVID DALEIDEN (aka "ROBERT SARKIS"); TROY NEWMAN; ALBIN RHOMBERG; PHILLIP S. CRONIN; SANDRA SUSAN MERRITT (aka "SUSAN TENNENBAUM"); GERARDO ADRIAN LOPEZ; and UNKNOWN CO-CONSPIRATORS, inclusive,

Defendants.

Case No. 3:16-cv-00236 (WHO)

Judge William H. Orrick, III

**DEFENDANTS' JOINT NOTICE OF APPEAL FROM ORDER DENYING DEFENDANTS' TWO SPECIAL MOTIONS TO STRIKE UNDER SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE AND REPRESENTATION STATEMENT**

Notice is hereby given that Defendants The Center for Medical Progress, BioMax Procurement Services, LLC, David Daleiden, Gerardo Adrian Lopez, and Sandra Susan Merritt hereby appeal to the United States Court of Appeals for the Ninth Circuit from the district court's order (entered on the district court docket as entry number 124 on September 30, 2016) denying the motions to strike under California's Anti-SLAPP law filed by Defendant Sandra Susan Merritt (district court docket entry 78) and Defendants The Center for Medical Progress, BioMax Procurement Services, LLC; David Daleiden, and Gerardo Adrian Lopez (district court docket entry 87).[1] A representation statement is attached. *See* Ninth Cir. R. 3-2.

Dated: October 28, 2016

Respectfully submitted,

Catherine W. Short, SBN 117442
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313
Ojai, CA 93024-1313
Tel: (707) 337-6880
LLDFOjai@earthlink.net

Charles S. LiMandri, SBN 110841
Paul M. Jonna, SBN 265389
Teresa L. Mendoza, SBN 185820
Jeffrey M. Trissell, SBN 292480
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Tel: (858) 759-9948
Facsimile: (858) 759-9938
cslimandri@limandri.com
jtrissell@limandri.com

*Attorneys for Defendants The Center For Medical Progress, and BioMax Procurement Services, LLC*

/s/ Catherine Short
*Counsel for Defendants CMP and BioMax*

Catherine W. Short, SBN 117442
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313
Ojai, CA 93024-1313
Tel: (707) 337-6880
LLDFOjai@earthlink.net

/s/ Catherine Short
*Counsel for Defendant David Daleiden*

[1] *See Mindys Cosmetics, Inc. v. Dakar*, 611 F.3d 590, 595 (9th Cir. 2010) ("We have jurisdiction to review the district court's denial of Kamran's anti-SLAPP motion under the collateral order doctrine.")

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
THOMAS MORE SOCIETY
19 S. La Salle St., Ste. 603
Chicago, IL 60603
Tel: (312) 782-1680
Facsimile: (312) 782-1887
tbrejcha@thomasmoresociety.org
pbreen@thomasmoresociety.org

Matthew F. Heffron, *pro hac vice*
THOMAS MORE SOCIETY
C/O BROWN & BROWN, LLC
501 Scoular Building
2027 Dodge Street
Omaha, NE 68102
Tel: (402) 346-5010
Facsimile: (402) 345-8853
mheffron@bblaw.us

*Attorneys for Defendant David Daleiden*

Charles S. LiMandri, SBN 110841
Paul M. Jonna, SBN 265389
Teresa L. Mendoza, SBN 185820
Jeffrey M. Trissell, SBN 292480
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Tel: (858) 759-9948
Facsimile: (858) 759-9938
cslimandri@limandri.com
jtrissell@limandri.com

*Attorneys for Defendant Gerardo Adrian Lopez*

/s/ Charles S. LiMandri
*Counsel for Defendant Gerardo Adrian Lopez*

Horatio G. Mihet, *pro hac vice*
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854
Tel. (407) 875-1776
hmihet@lc.org

Nicolaie Cocis, SBN 204703
Law Office of Nic Cocis and Associates
38975 Sky Canyon Dr., Suite 211
Murrieta, CA 92563
Tel. (951) 695-1400
nic@cocislaw.com

*Attorneys for Sandra Susan Merritt*

/s/ Horatio G. Mihet
*Counsel for Sandra Susan Merritt*

**ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)**

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

/s/ Charles S. LiMandri
*Counsel for Defendants and Appellants*
*Gerardo Adrian Lopez, CMP, and BioMax*

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that on October 28, 2016, I caused the foregoing notice of appeal and attached representation statement to be filed with the district court's CM/ECF system, which will send notice of the filings to all counsel of record in the above-styled case who are CM/ECF users. I declare under the penalty of perjury that the foregoing statement of filing and service is true and correct to the best of my knowledge.

/s/ Charles S. LiMandri
*Counsel for Defendants and Appellants*
*Gerardo Adrian Lopez, CMP, and BioMax*