Catherine W. Short, SBN 117442
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313
Ojai, CA  93024-1313
Tel:  (707) 337-6880
LLDFOjai@earthlink.net
*Attorneys for Defendant David Daleiden*

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD: SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD MAR MONTE, INC.; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD LOS ANGELES; PLANNED PARENTHOOD/ORANGE AND SAN BERNADINO COUNTIES, INC.; PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA AND SAN LUIS OBISPO COUNTIES, INC.; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST AND PLANNED PARENTHOOD CENTER FOR CHOICE,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; DAVID DALEIDEN (aka "ROBERT SARKIS"); TROY NEWMAN; ALBIN RHOMBERG; PHILLIP S. CRONIN; SANDRA SUSAN MERRITT (aka "SUSAN TENNENBAUM"); GERARDO ADRIAN LOPEZ; and UNKNOWN CO-CONSPIRATORS, inclusive,<br><br>        Defendants. | Case No. 3:16-cv-236-WHO<br><br>Judge William H. Orrick, III<br><br>**DEFENDANTS' REPRESENTATION STATEMENT** |

DEFENDANTS' REPRESENTATION STATEMENT– 3:16-CV-236-WHO

1  The undersigned attorneys represent the listed Defendants to this appeal and no other
2  parties. The following is a list of all the parties to the action (separated by whether or not they are
3  parties to this appeal) and the information regarding their counsel pursuant to 9th Cir. R. 3-2. *See*
4  *also* Fed. R. App. P. 12(b); 9th Cir. R. 12-2.

**PARTIES TO THE APPEAL**

**Defendant The Center for Medical Progress** is represented by the following counsel:

>   Catherine W. Short, SBN 117442
>   LIFE LEGAL DEFENSE FOUNDATION
>   Post Office Box 1313
>   Ojai, CA  93024-1313
>   Tel:  (707) 337-6880
>   LLDFOjai@earthlink.net
>
>   Charles S. LiMandri, SBN 110841
>   Paul M. Jonna, SBN 265389
>   Teresa L. Mendoza, SBN 185820
>   Jeffrey M. Trissell, SBN 292480
>   FREEDOM OF CONSCIENCE DEFENSE FUND
>   P.O. Box 9520
>   Rancho Santa Fe, CA 92067
>   Tel:  (858) 759-9948
>   cslimandri@limandri.com

**Defendant BioMax Procurement Services, LLC,** is represented by the following counsel:

>   Catherine W. Short, SBN 117442
>   LIFE LEGAL DEFENSE FOUNDATION
>   Post Office Box 1313
>   Ojai, CA  93024-1313
>   Tel:  (707) 337-6880
>   LLDFOjai@earthlink.net
>
>   Charles S. LiMandri, SBN 110841
>   Paul M. Jonna, SBN 265389
>   Teresa L. Mendoza, SBN 185820
>   Jeffrey M. Trissell, SBN 292480
>   FREEDOM OF CONSCIENCE DEFENSE FUND
>   P.O. Box 9520
>   Rancho Santa Fe, CA 92067
>   Tel:  (858) 759-9948
>   cslimandri@limandri.com

**Defendant David Daleiden** is represented by the following counsel:
    Catherine W. Short, SBN 117442
    LIFE LEGAL DEFENSE FOUNDATION
    Post Office Box 1313
    Ojai, CA 93024-1313
    Tel:  (707) 337-6880
    LLDFOjai@earthlink.net

    Thomas Brejcha, *pro hac vice*
    Peter Breen, *pro hac vice*
    THOMAS MORE SOCIETY
    19 S. La Salle St., Ste. 603
    Chicago, IL 60603
    Tel: (312) 782-1680
    tbrejcha@thomasmoresociety.org
    pbreen@thomasmoresociety.org

    Matthew Heffron, *pro hac vice*
    THOMAS MORE SOCIETY
    C/O BROWN & BROWN, LLC
    501 Scoular Building
    2027 Dodge St.
    Omaha, NE 68102
    Tel. (402) 346-5010
    mheffron@bblaw.us

**Defendant Sandra Susan Merritt** is represented by the following counsel:
    Nicolaie Cocis, SBN 204703
    LAW OFFICE OF NIC COCIS AND ASSOCIATES
    38975 Sky Canyon Dr., Suite 211
    Murrieta, CA 92563
    Tel. (951) 695-1400
    nic@cocislaw.com

    Horatio G. Mihet, *pro hac vice*
    LIBERTY COUNSEL
    P.O. Box 540774
    Orlando, FL 32854
    Tel. (407) 875-1776
    hmihet@lc.org

**Defendant Gerardo Adrian Lopez** is represented by the following counsel:
    Charles S. LiMandri, SBN 110841
    Paul M. Jonna, SBN 265389
    Teresa L. Mendoza, SBN 185820
    Jeffrey M. Trissell, SBN 292480
    FREEDOM OF CONSCIENCE DEFENSE FUND
    P.O. Box 9520
    Rancho Santa Fe, CA 92067
    Tel: (858) 759-9948
    cslimandri@limandri.com

**Plaintiffs Planned Parenthood Federation of America, Inc.; Planned Parenthood: Shasta-Diablo, Inc. dba Planned Parenthood Northern California; Planned Parenthood Mar Monte, Inc.; Planned Parenthood of the Pacific Southwest; Planned Parenthood Los Angeles; Planned Parenthood/Orange and San Bernadino Counties, Inc.; Planned Parenthood of Santa Barbara, Ventura and San Luis Obispo Counties, Inc.; Planned Parenthood Pasadena and San Gabriel Valley, Inc.; Planned Parenthood of the Rocky Mountains; Planned Parenthood Gulf Coast; and Planned Parenthood Center for Choice** are represented by the following counsel:

    Amy Bomse, SBN 218669
    Sharon Mayo, SBN 150469
    Jee Young You, SBN 241658
    Erica Connolly, SBN 288822
    Stephanie Fine, SBN 305485
    ARNOLD AND PORTER, LLP
    Three Embarcadero Center
    San Francisco, CA 94111
    Tel. (415) 471-3100

    Helene Krasnoff, *pro hac vice*
    PLANNED PARENTHOOD FEDERATION OF AMERICA
    1110 Vermont Ave., N.W., Suite 300
    Washington, DC 20005
    Tel. (202) 973-4800

    Beth Parker, SBN 104773
    PLANNED PARENTHOOD AFFILIATES OF CALIFORNIA
    551 Capitol Mall, Suite 510
    Sacramento, CA 95814
    Tel. (916) 446-5247

**ADDITIONAL PARTIES BEFORE THE DISTRICT COURT**

**Defendant Troy Newman** is represented by the following counsel:

    Vladimir F. Kozina, SBN 95422
    MAYALL HURLEY, P.C.
    2453 Grand Canal Blvd.
    Stockton, CA 95207
    Tel: (209) 477-3833

Edward L. White III, *pro hac vice*
Erik M. Zimmerman, *pro hac vice*
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Rd., Ste. 203
Ann Arbor, MI 48105
Tel: (734) 680-8007
ezimmerman@aclj.org

**Defendant Albin Rhomberg** is represented by the following counsel:

    Michael Millen, SBN 151731
    LAW OFFICES OF MICHAEL MILLEN
    119 Calle Marguerita, #100
    Los Gatos, CA 95032
    Tel: (408) 866-7480
    Mikemillen@aol.com

**Defendant Phillip Cronin** is represented by the following counsel:

    Glenn Dickinson, SBN 159753
    LIGHTGABLER
    760 Paseo Camarillo, Ste. 300
    Camarillo, CA 93010
    Tel. (805) 248-7416
    gdickinson@lightgablerlaw.com

| | |
|---|---|
| Dated:  October 28, 2016 | Respectfully submitted, |
| Catherine W. Short; SBN 117442 | /s/ Catherine Short |
| LIFE LEGAL DEFENSE FOUNDATION | *Counsel for Defendants CMP and BioMax* |
| Post Office Box 1313 | |
| Ojai, CA  93024-1313 | |
| Tel:  (707) 337-6880 | |
| LLDFOjai@earthlink.net | |

Charles S. LiMandri; SBN 110841
Paul M. Jonna; SBN 265389
Teresa L. Mendoza; SBN 185820
Jeffrey M. Trissell; SBN 292480
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Tel:  (858) 759-9948
Facsimile:  (858) 759-9938
cslimandri@limandri.com

*Attorneys for Defendants The Center For Medical Progress, and BioMax Procurement Services, LLC*

4
DEFENDANTS' REPRESENTATION STATEMENT – 3:16-CV-236-WHO

| | |
|---|---|
| Catherine W. Short; SBN 117442<br>LIFE LEGAL DEFENSE FOUNDATION<br>Post Office Box 1313<br>Ojai, CA 93024-1313<br>Tel: (707) 337-6880<br>LLDFOjai@earthlink.net | /s/ Catherine Short<br>*Counsel for Defendant David Daleiden* |

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
THOMAS MORE SOCIETY
19 S. La Salle St., Ste. 603
Chicago, IL 60603
Tel: (312) 782-1680
Facsimile: (312) 782-1887
tbrejcha@thomasmoresociety.org
pbreen@thomasmoresociety.org

Matthew F. Heffron, *pro hac vice*
THOMAS MORE SOCIETY
C/O BROWN & BROWN, LLC
501 Scoular Building
2027 Dodge Street
Omaha, NE 68102
Tel: (402) 346-5010
Facsimile: (402) 345-8853
mheffron@bblaw.us

*Attorneys for Defendant David Daleiden*

| | |
|---|---|
| Charles S. LiMandri; SBN 110841<br>Paul M. Jonna; SBN 265389<br>Teresa L. Mendoza; SBN 185820<br>Jeffrey M. Trissell; SBN 292480<br>FREEDOM OF CONSCIENCE DEFENSE FUND<br>P.O. Box 9520<br>Rancho Santa Fe, CA 92067<br>Tel: (858) 759-9948<br>Facsimile: (858) 759-9938<br>cslimandri@limandri.com | /s/ Charles S. LiMandri<br>*Counsel for Defendant Gerardo Adrian Lopez* |

*Attorneys for Defendant Gerardo Adrian Lopez*

| | |
|---|---|
| Horatio G. Mihet, *pro hac vice*<br>Liberty Counsel<br>P.O. Box 540774<br>Orlando, FL 32854<br>Tel. (407) 875-1776<br>hmihet@lc.org | /s/ Horatio G. Mihet<br>*Counsel for Sandra Susan Merritt* |

5
DEFENDANTS' REPRESENTATION STATEMENT – 3:16-CV-236-WHO

Nicolaie Cocis, SBN 204703
Law Office of Nic Cocis and Associates
38975 Sky Canyon Dr., Suite 211
Murrieta, CA 92563
Tel. (951) 695-1400
nic@cocislaw.com

*Attorneys for Sandra Susan Merritt*

## ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

/s/ Charles S. LiMandri
*Counsel for Defendants and Appellants
Gerardo Adrian Lopez, CMP, and BioMax*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on October 28, 2016, I caused the foregoing notice of appeal and attached representation statement to be filed with the district court's CM/ECF system, which will send notice of the filings to all counsel of record in the above-styled case who are CM/ECF users. I declare under the penalty of perjury that the foregoing statement of filing and service is true and correct to the best of my knowledge.

/s/ Charles S. LiMandri
*Counsel for Defendants and Appellants
Gerardo Adrian Lopez, CMP, and BioMax*