# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 27, 2018

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re: Center for Medical Progress, et al.
           v. Planned Parenthood Federation of America, et al.
           No. 18-696
           (Your No. 16-16997)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on November 21, 2018 and placed on the docket November 27, 2018 as No. 18-696.

                                         Sincerely,

                                         **Scott S. Harris**, Clerk

                                         by

                                         Melissa Blalock
                                         Case Analyst