AMY L. BOMSE (No. 218669)
SHARON D. MAYO (No. 150469)
JEE YOUNG YOU (No. 241658)
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:   (415) 471-3100
Facsimile:   (415) 471-3400
Email:   amy.bomse@aporter.com
         sharon.mayo@aporter.com
         jeeyoung.you@aporter.com

Attorneys for Plaintiffs

BETH H. PARKER (No. 104773)
PLANNED PARENTHOOD AFFILIATES OF CALIFORNIA
551 Capitol Mall, Suite 510
Sacramento, California 95814-4581
Telephone:   (916) 446-5247
Email:   beth.parker@ppacca.org

HELENE T. KRASNOFF (*pro hac vice*)
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
Telephone:   (202) 973-4800
Email:   helene.krasnoff@ppfa.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD: SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD MAR MONTE, INC.; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD LOS ANGELES; PLANNED PARENTHOOD/ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA AND SAN LUIS OBISPO COUNTIES, INC; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST; AND PLANNED PARENTHOOD CENTER FOR CHOICE;<br><br>　　　　　Plaintiffs,<br>　v.<br><br>CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES, LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), TROY NEWMAN, ALBIN RHOMBERG, PHIL CRONIN, SANDRA SUSAN MERRITT (aka "SUSAN TENNENBAUM"), GERARDO ADRIAN LOPEZ, and UNKNOWN CO-CONSPIRATORS, inclusive,<br><br>　　　　　Defendants. | Case No. 3:16-CV-00236-WHO<br><br>**DECLARATION OF AMY L. BOMSE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING APPEAL**<br><br>Date:   December 21, 2016<br>Time:   2:00 p.m.<br>Place:   Courtroom 2, 17th Floor<br><br>Judge:   Hon. William H. Orrick, III |

I, Amy L. Bomse, declare:

1. I am an attorney admitted to practice in the State of California. I am a partner of the law firm of Arnold & Porter LLP, attorney for Plaintiffs Planned Parenthood Federation Of America, Inc.; Plaintiff Planned Parenthood Shasta-Diablo, Inc. dba Planned Parenthood Northern California; Planned Parenthood Mar Monte, Inc.; Planned Parenthood Of The Pacific Southwest; Planned Parenthood Los Angeles; Planned Parenthood/Orange And San Bernardino Counties, Inc.; Planned Parenthood Of Santa Barbara, Ventura And San Luis Obispo Counties, Inc; Planned Parenthood Pasadena And San Gabriel Valley, Inc.; Planned Parenthood Of The Rocky Mountains; Planned Parenthood Gulf Coast; and Planned Parenthood Center For Choice (collectively "Plaintiffs") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, could testify competently thereto.

2. On April 8, 2016, Defendants David Daleiden ("Daleiden"), Center for Medical Progress ("CMP"), and BioMax Procurement Services, LLC ("BioMax") served their first set of requests for production of documents on Plaintiffs, which had a total of forty-nine (49) requests.

3. On April 15, 2016, Defendant Troy Newman ("Newman") served his first set of requests for production of documents on Plaintiffs, which had a total of twenty-four (24) requests. That same day, Defendant Newman also served his first set of interrogatories on Plaintiffs, which had a total of sixteen (16) interrogatories.

4. On May 27, 2016, Defendants Daleiden, CMP, and BioMax served their second set of requests for production of documents on Plaintiffs, which had a total of four (4) requests. That same day, Defendant Daleiden served one interrogatory on Plaintiff Planned Parenthood Federation of America, Inc.

5. On June 7, 2016, Defendants CMP and BioMax served one request for admission on Plaintiff Planned Parenthood of Santa Barbara, Ventura, and San Luis Obispo Counties, Inc.; one request for admission on Plaintiff Planned Parenthood Shasta-Diablo, Inc. dba Planned Parenthood Northern California; and one request for admission on Plaintiff Planned Parenthood Mar Monte, Inc.

6. On July 15, 2016, Defendant Daleiden served six (6) interrogatories on Plaintiffs.

1

BOMSE DECL. ISO PLAINTIFFS' OPP. TO DEFENDANTS' MOTION TO STAY

7. On September 2, 2016, Defendants Daleiden, CMP, and BioMax served their third set of requests for production of documents on Plaintiffs, which included a total of six (6) requests. That same day, Defendant Gerardo Adrian Lopez served his first set of interrogatories on Plaintiffs, which included a total of eleven (11) interrogatories.

8. On September 13, 2016, Defendants CMP and BioMax served two (2) requests for admission on Plaintiffs Planned Parenthood Gulf Coast.

9. On November 10, 2016, Defendant Newman served his second set of interrogatories on Plaintiffs, which included a total of six (6) interrogatories.

10. To date, Plaintiffs have responded to eighty-three (83) requests for production, thirty-four (34) interrogatories, and five (5) requests for admission.

11. In order to respond to Defendants' discovery and gather evidence to support Plaintiffs' claims, Plaintiffs have retained a document vendor, collected documents from numerous Planned Parenthood employees, and have been actively engaged in document review for months.

12. To date, the parties have met and conferred at length to discuss, narrow, and resolve various discovery disputes.

13. By the time Defendants' Motion to Stay Proceedings Pending Appeal is heard by this Court, the parties anticipate exchanging their first sets of documents.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on December 6, 2016, in San Francisco, California.

By: */s/ Amy L. Bomse*
Amy L. Bomse