AMY L. BOMSE (No. 218669)
SHARON D. MAYO (No. 150469)
JEE YOUNG YOU (No. 241658)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400
Email:  amy.bomse@apks.com
        sharon.mayo@apks.com
        jeeyoung.you@apks.com

Attorneys for Plaintiffs

BETH H. PARKER (No. 104773)
PLANNED PARENTHOOD AFFILIATES OF CALIFORNIA
551 Capitol Mall, Suite 510
Sacramento, California 95814-4581
Telephone:  (916) 446-5247
Facsimile:  (916) 441-0632
Email:  beth.parker@ppacca.org

HELENE T. KRASNOFF (*pro hac vice*)
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
Telephone:  (202) 973-4800
Email:  helene.krasnoff@ppfa.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., a not-for-profit corporation; and PLANNED PARENTHOOD: SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD MAR MONTE, INC.; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD LOS ANGELES; PLANNED PARENTHOOD/ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA AND SAN LUIS OBISPO COUNTIES, INC; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST; PLANNED PARENTHOOD CENTER FOR CHOICE;<br><br>Plaintiffs,<br><br>v.<br><br>CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES, LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), TROY NEWMAN, ALBIN RHOMBERG, PHIL CRONIN, SANDRA SUSAN MERRITT (aka "SUSAN TENNENBAUM"), GERARDO ADRIAN LOPEZ, and UNKNOWN CO-CONSPIRATORS, inclusive,<br><br>Defendants. | Case No. 3:16-cv-00236-WHO<br><br>**CERTIFICATION OF INTERESTED ENTITIES AND PERSONS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Planned Parenthood Of The Rocky Mountains, Planned Parenthood Gulf Coast, and Planned Parenthood Center For Choice (collectively, "Plaintiffs") state that they have no parent corporation and that there is no publicly-held corporation that owns 10% or more of their stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there are no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities known to have either (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED: March 6, 2017              Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *Amy L. Bomse*
       Amy L. Bomse

Attorneys for Plaintiffs