# FREEDOM of CONSCIENCE
## DEFENSE FUND

CHARLES S. LiMANDRI*
PAUL M. JONNA

TERESA L. MENDOZA
JEFFREY M. TRISSELL

*BOARD CERTIFIED CIVIL TRIAL ADVOCATE
  ADMITTED TO THE CALIFORNIA BAR
  ADMITTED TO THE DISTRICT OF COLUMBIA BAR
  ADMITTED TO THE NEW YORK BAR
  ADMITTED TO THE U.S. SUPREME COURT

POST OFFICE BOX 9520
RANCHO SANTA FE, CA 92067
TELEPHONE:  (858) 759-9948
FACSIMILE:   (858) 759-9938

WEBSITE:  www.fcdflegal.org

PHYSICAL ADDRESS:

16236 SAN DIEGUITO ROAD
BUILDING 3, SUITE 3-15
RANCHO SANTA FE, CA 92091

KATHY DENWORTH
Office Administrator

December 26, 2017

**Via Electronic Filing**

The Honorable Magistrate Judge Donna Ryu
United States District Court
Northern District of California
Oakland Courthouse, Courtroom 4 – 3rd Floor
1301 Clay Street
Oakland, CA 94612

      Re:    Discovery Hearing in *Planned Parenthood Federation of America et al. v. Center for Medical Progress et al.* Case No. 3:16-cv-00236-WHO

Dear Judge Ryu,

      I represent Defendants Center for Medical Progress, BioMax Procurement Services, LLC, and Adrian Lopez in the above case.

      Thank you for continuing the discovery hearing in this matter from December 21, 2017 to January 25, 2018. Unfortunately, my partner and I both have a pre-existing conflict on January 25 in another matter. I have conferred with Plaintiffs' counsel and the rest of Defendants' counsel, and they are all willing to continue the discovery hearing to the next available day on the Court's civil law and motion calendar – February 8, 2018. In the meantime, the parties are continuing to meet and confer to narrow issues before the Court. Therefore, if the Court is able to move the hearing from January 25 to February 8, then we would request that the Court also extend the deadline to apprise the Court of the matters still in dispute from January 10 to January 24. We look forward to hearing from the Court. Thank you.

      Respectfully Submitted,

      FREEDOM OF CONSCIENCE DEFENSE FUND

      /s/ Paul M. Jonna

      Paul M Jonna