

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 2 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>CENTER FOR MEDICAL PROGRESS; et al.,<br><br>        Defendants-Appellants,<br><br> and<br><br>TROY NEWMAN; et al.,<br><br>        Defendants. | No. 16-16997<br><br>D.C. No. 3:16-cv-00236-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: GOULD and MURGUIA, Circuit Judges, and FREUDENTHAL,[*] District Judge.

    Defendants' Motion for Leave to File Reply in Support of Petition for Panel Rehearing and Rehearing En Banc is GRANTED.

---

    [*] The Honorable Nancy D. Freudenthal, United States District Judge for the District of Wyoming, sitting by designation.