AMY L. BOMSE (No. 218669)
SHARON D. MAYO (No. 150469)
JEE YOUNG YOU (No. 241658)
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400
Email:  amy.bomse@aporter.com
        sharon.mayo@aporter.com
        jeeyoung.you@aporter.com
        erica.connolly@aporter.com

Attorneys for Plaintiffs

BETH H. PARKER (No. 104773)
PLANNED PARENTHOOD AFFILIATES OF CALIFORNIA
555 Capitol Mall, Suite 510
Sacramento, California 95814-4581
Telephone:  (916) 446-5247
Email:  beth.parker@ppacca.org

HELENE T. KRASNOFF (*pro hac vice*)
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005-6300
Telephone:  (202) 973-4800
Email:  helene.krasnoff@ppfa.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD: SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD MAR MONTE, INC.; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD LOS ANGELES; PLANNED PARENTHOOD/ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA AND SAN LUIS OBISPO COUNTIES, INC; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST; AND PLANNED PARENTHOOD CENTER FOR CHOICE;<br>　　　　Plaintiffs,<br>　v.<br>CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; DAVID DALEIDEN (aka "ROBERT SARKIS"); TROY NEWMAN; ALBIN RHOMBERG; PHIL CRONIN; SANDRA SUSAN MERRITT (aka "SUSAN TENNENBAUM"); GERARDO ADRIAN LOPEZ; and UNKNOWN CO-CONSPIRATORS, inclusive,<br>　　　　Defendants. | Case No. 3:16-cv-00236-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date:<br>Time:<br>Place:<br><br>Judge:　Hon. William H. Orrick, III |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiffs Planned Parenthood Federation of America, Inc.; Planned Parenthood: Shasta-Diablo, Inc. dba Planned Parenthood Northern California; Planned Parenthood Mar Monte, Inc.; Planned Parenthood of the Pacific Southwest; Planned Parenthood Los Angeles; Planned Parenthood/Orange and San Bernardino Counties, Inc.; Planned Parenthood of Santa Barbara, Ventura and San Luis Obispo Counties, Inc.; Planned Parenthood Pasadena and San Gabriel Valley, Inc.; Planned Parenthood of the Rocky Mountains; Planned Parenthood Gulf Coast; and Planned Parenthood Center for Choice ("Planned Parenthood Plaintiffs") and defendants Center for Medical Progress ("CMP"); BioMax Procurement Services, LLC ("BioMax"); David Daleiden; Troy Newman by and through their counsel, stipulate as follows:

On July 31, 2015, *NAF, et al. v. CMP, et al.* matter, Case No. 3:15-cv-3522-WHO (N.D. Cal.) ("NAF Case") was filed. The Parties exchanged discovery material subject to a protective order. ("Protected Material"). The Parties subsequently filed briefs concerning NAF's Motion for Preliminary Injunction ("Motion"). The Parties filed their briefs and supporting materials relating to the Motion under seal because they contained Protected Material ("Sealed Materials"). The Court granted the parties' various administrative motions to seal. NAF Case Document Nos. 252 and 355.

On January 14, 2016 *Planned Parenthood Federation Of America, Inc., et al. v. Center for Medical Progress, et al.*, 3:16-cv-00236 WHO (N.D. Cal.) ("Planned Parenthood Case") was filed. Planned Parenthood subpoenaed the materials produced by NAF defendants. On May 10, 2016, the Court denied Defendants motion to quash Plaintiffs' subpoena, and ordered that Planned Parenthood Plaintiffs would be bound by the NAF Protective Order with respect to any and all uses of the materials produced by NAF. On July 5, 2016, the Court amended the NAF Protective Order to allow NAF to share work product containing Protected Material with Planned Parenthood Plaintiff's counsel. PP Case Doc. 105.

Planned Parenthood Plaintiffs desire to have access to the Sealed Materials. No confidentiality interest is impaired by granting Planned Parenthood access in light of the fact that

1

STIPULATION AND [PROPOSED] ORDER

Planned Parenthood counsel has already had access to the underlying Protected Materials and is subject to the NAF protective order in connection with review of that material.

Plaintiffs' counsel has conferred with counsel for NAF and confirmed that NAF does not object to this Order;

Therefore, IT IS HEREBY STIPULATED AND AGREED, and for good cause shown:

1. The Order On Administrative Motions To Seal granting Motions to Seal is amended to allow Planned Parenthood counsel to review the Sealed Materials.

2. Access to the Sealed Materials shall be limited to (1) Plaintiffs' outside counsel and its staff to whom disclosure is reasonably necessary for the purpose of this litigation and (2) Plaintiffs' in-house counsel who are counsel of record and their staff to whom disclosure is reasonably necessary for the purpose of this litigation.

3. All those having access to the Sealed Materials shall be bound by the NAF Protective order.

Dated: July 17, 2018     Respectfully submitted,

**ARNOLD & PORTER LLP**

By: */s/ Amy L. Bomse*
Amy L. Bomse

Attorneys for Plaintiffs

Dated: July 17, 2018     **THOMAS MORE SOCIETY**

By:   /s/ Thomas Brejcha
Thomas Leonard Brejcha, Jr.
Peter Christopher Breen

Attorneys for Defendant
DAVID DALEIDEN

Dated: July 17, 2018     **AMERICAN CENTER FOR LAW AND JUSTICE**

By:   /s/ Edward L. White
Edward L. White, III

                      Erik Michael Zimmerman

                      Attorneys for Defendant
                      TROY NEWMAN

Dated: July 17, 2018        **FREEDOM OF CONSCIENCE DEFENSE FUND**

                      By:   /s/ Charles LiMandri
                                 Jeffrey M. Trissell
                                 Charles S. LiMandri

                      Attorneys for Defendant
                      CENTER FOR MEDICAL PROGRESS AND
                      BIOMAX PROCUREMENT SERVICES, LLC

## **ATTESTATION**

Pursuant to Local Rule 5-1, I, Amy L. Bomse, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

                               */s/ Amy L. Bomse*
                               AMY L. BOMSE

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that:

1. The Order On Administrative Motions To Seal granting Motions to Seal is amended to allow Planned Parenthood counsel to review the Sealed Materials.

2. Access to the Sealed Materials shall be limited to (1) Plaintiffs' outside counsel and its staff to whom disclosure is reasonably necessary for the purpose of this litigation and (2) Plaintiffs' in-house counsel who are counsel of record and their staff to whom disclosure is reasonably necessary for the purpose of this litigation.

3. All those having access to the Sealed Materials shall be bound by the NAF Protective order.

DATED:

_____
The Hon. William H. Orrick
Judge of the United States District Court