**EXHIBIT 1**

Charles S. LiMandri (CA Bar No. 110841)
Paul M. Jonna (CA Bar No. 265389)
Jeffrey M. Trissell (CA Bar No. 292480)
B. Dean Wilson (CA Bar No. 305844)
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Tel: (858) 759-9948
cslimandri@limandri.com
pjonna@limandri.com
jtrissell@limandri.com
dwilson@limandri.com

*Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC and David Daleiden*

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
THOMAS MORE SOCIETY
19 S. La Salle St., Ste. 603
Chicago, IL 60603
Tel: (312) 782-1680
tbrejcha@thomasmoresociety.org
pbreen@thomasmoresociety.org

Matthew F. Heffron, *pro hac vice*
THOMAS MORE SOCIETY
C/O BROWN & BROWN LLC
501 Scoular Building
2027 Dodge Street
Omaha, NE 68102
Tel: (402) 346-5010
mheffron@bblaw.us

*Attorneys for Defendant David Daleiden*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>THE CENTER FOR MEDICAL PROGRESS, et al.,<br><br>Defendants. | Case No. 3:16-CV-00236 (WHO)<br><br>Hon. Donna M. Ryu<br><br>Notice of Lodgment of Documents Pursuant to July 20, 2018, Order<br><br>Oakland Courthouse, Courtroom 4 |

**PLEASE TAKE NOTICE** that Defendant the Center for Medical Progress has lodged a flash drive containing videos with the Hon. Donna M. Ryu pursuant to the Court's order of July 20, 2018. Dkt. No. 297; *see also* N.D. Cal. Civ. L. R., rule 1-5(a). Identical flash drives will be lodged with the Court and served on Plaintiffs. Those lodged videos include:

Folder: 01 PPFA PPLA Deborah Nucatola—Lunch Meeting

Subfolder: First Camera

Files:

- FNND0569_20140725114841.AVI[1]
- FNND0569_20140725121707.AVI
- FNND0569_20140725124533.AVI
- FNND0569_20140725131359.AVI
- FNND0569_20140725134226.AVI
- FNND0569_20140725141053.AVI
- FNND0569_20140725143919.AVI
- FNND0569_20140725150745.AVI

Subfolder: Second Camera

Files:

- FNNI0773_20130725114124.AVI
- FNNI0773_20130725121740.AVI
- FNNI0773_20130725125357.AVI
- FNNI0773_20130725133013.AVI
- FNNI0773_20130725140630.AVI
- FNNI0773_20130725144246.AVI

Folder: 02 PPFA PPLA PPPSGV Mary Gatter—Lunch Meeting

Subfolder: First Camera

Files:

- FNND0569_20150206115107.AVI
- FNND0569_20150206121932.AVI

[1] The VLC player, available at www.videolan.org, is the optimal program for playing the videos.

- FNND0569_20150206124800.AVI
- FNND0569_20150206131626.AVI

Subfolder: Second Camera

Files:
- FNNI0773_20150206114947.AVI
- FNNI0773_20150206122603.AVI
- FNNI0773_20150206130219.AVI

Folder: 03 PPMM PPNC partners StemExpress—Dinner Meeting

Subfolder: First Camera

Files:
- FNPB0298_20150522163018.AVI
- FNPB0298_20150522170200.AVI
- FNPB0298_20150522173343.AVI
- FNPB0298_20150522180525.AVI
- FNPB0298_20150522183707.AVI
- FNPB0298_20150522190849.AVI

Subfolder: Second Camera

- FNNI0773_20150522163013.AVI
- FNNI0773_20150522170630.AVI
- FNNI0773_20150522174246.AVI
- FNNI0773_20150522181903.AVI
- FNNI0773_20150522185519.AVI
- FNNI0773_20150522193135.AVI

Folder: 04 Select Conference Videos with Summary Video

Files:
- 00 Profit Exhibit Summary.mp4

Subfolder: 01 PPPSW Katharine Sheehan—ARHP Conference

Files:
- FNND0569_20130921120331.AVI

Subfolder: 02 PPFA PPLA PPPSGV Mary Gatter—SFP Conference

Files:
- FNNI0773_20141012163158.AVI

Subfolder: 03 PPFA Deborah VanDerhei—MeDC Conference

Files: • FNND0569_20150227074502.AVI

Subfolder: 04 PPFA Lisa David —MeDC Conference

Files: • FNND0569_20150227081329.AVI

Subfolder: 05 PPFA Deborah VanDerhei—MeDC Conference

Files: • FNND0569_20150227151723.AVI

• FNND0569_20150227154549.AVI

Subfolder: 06 PPFA Deborah VanDerhei—PPFA Nat'l Conference

Files: • FNND0569_20150318140049.AVI

• FNND0569_20150318142915.AVI

• FNND0569_20150318145741.AVI

Respectfully submitted,

August 1, 2018,

Charles S. LiMandri (CA Bar No. 110841)
Paul M. Jonna (CA Bar No. 265389)
Jeffrey M. Trissell (CA Bar No. 292480)
B. Dean Wilson (CA Bar No. 305844)
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Tel: (858) 759-9948
Facsimile: (858) 759-9938
cslimandri@limandri.com
pjonna@limandri.com
jtrissell@limandri.com
dwilson@limandri.com

*Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden*

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
THOMAS MORE SOCIETY
19 S. La Salle St., Ste. 603
Chicago, IL 60603
Tel: (312) 782-1680
Facsimile: (312) 782-1887
tbrejcha@thomasmoresociety.org
pbreen@thomasmoresociety.org

Matthew F. Heffron, *pro hac vice*
THOMAS MORE SOCIETY
C/O BROWN & BROWN LLC
501 Scoular Building
2027 Dodge Street
Omaha, NE 68102
Tel: (402) 346-5010
mheffron@bblaw.us

*Attorneys for Defendant David Daleiden*

**ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)**

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

Charles S. LiMandri
Counsel for Defendants the Center for Medial Progress, BioMax Procurement Services, LLC, and David Daleiden