Exhibit 5.46

# Summary - PO 50047599

PO/Reference Number    50047599

Supplier    Novogenix Laboratories Llc



| General Information | | Delivery | Billing |
|---|---|---|---|
| PO/Reference Number | **50047599** | **Deliver To** | **Billing** |
| Revision Number | 1 | Attn: | USC Accounts Payable |
| A/P status | Closed | Room | |
| Supplier Name | Novogenix Laboratories Llc | | |
| DUNS | | | **Billing Options** |
| Address | | | Contract — *no value* |
| | | | Payment Terms — 0% 30, Net 30 |
| Purchase Order Date | 3/12/2013 | | Place Invoice on Hold — ✗ |
| Original Revision Date | 3/12/2013 | | |
| Revision Date | 5/31/2013 | | Check Routing — *no value* |
| Total | 1,750.00 USD | | |
| Requisition Number | 37335568 | | |
| Business Purpose | supplies for lab | | |
| Previous PO Number | *no value* | | |

**Contact Information**

Owner Name

Owner Phone

Owner Email

Campus

HSC

| Additional Information | | Capital Asset Management | | Facilities |
|---|---|---|---|---|
| Quote Number | *no value* | Capital Asset System Type | *no value* | **Facilities** |
| FOB | FOB USC | Capital Asset System State | *no value* | Crew Number / Work Order Number |
| Payment Term Exception | *no value* | Equipment Notes | *no value* | *no value* / *no value* |
| Payment Term | Standard | | | |
| PO Clauses | | | | Stock Number *no value* |
| *no clause* | | | | |

| | | | | Capital Asset Transaction Type | Transaction Type Instructions | Asset # | Trade In Value |
|---|---|---|---|---|---|---|---|
| Number of Bids | no value | | | | | | |
| Diversity Bids | no value | | | no value | no value | no value | no value |
| High Dollar Approvals | ✘ | | | | | | |
| CA Income Tax Withholding Percentage | 7% | | | | | | |
| Buyer Review | ✘ | | | | | | |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Overdraft Funds Request (use only with resubmission) | Organization Code | Account Type Code | Sub-Fund Group Code | Spa Code | C&G Code | Fiscal Year |
|---|---|---|---|---|---|---|---|---|---|
| Gene Therapy using Hematopoietic Stem C | 51\|52\|53\|54\|55\|56\|57\|58\|CSLF\|ALL | M&S LABORATORY EXPENSE | | | | | no value | no value | 2013 |

| **External Notes and Attachments** | **Internal Notes and Attachments** | **Distribution Information** |
|---|---|---|
| Note to Supplier    no note | Internal Note    no note | **Distribution Methods** |
| Attachments for supplier | Internal Attachments | The system will distribute purchase orders using the method(s) indicated below. |
| | | Fax |
| | | 🖳 Distribution options have been overridden for this PO |

## Line Item Details

| | Product Description | | | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|---|---|
| 1 | ✓ **human fetal liver** 🖼️📑 | | | | EA | 350.00 USD | 5 EA | 1,750.00 USD |
| | Delivery Address In California? | Yes | Taxable | ✘ | | Requisition Number | 37335568 | |
| | Tangible Item? | Yes | Commodity Code | 23 | | | | |
| | Vendor outside of California? | No | | Research/Lab Supply & Equip | | External Note    no note | | |
| | Vendor outside of US? | No | | | | Attachments for supplier | | |
| | | | PO Clauses | | | Internal Note    no note | | |
| | | | no clause | | | Internal Attachments | | |

*124*

| | | |
|---|---|---|
| Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals. | Subtotal | **1,750.00** |
| | Sales Tax | 0.00 |
| | Shipping Only | 0.00 |
| | Shipping and Handling | 0.00 |
| | Total | **1,750.00 USD** |

KSM0001004

*119*

# Summary - PO 50057237

| PO/Reference Number | 50057237 |
|---|---|
| Supplier | Novogenix Laboratories Llc |

| General Information | | Delivery | Billing |
|---|---|---|---|
| | | | |

## General Information

| | |
|---|---|
| PO/Reference Number | **50057237** |
| Revision Number | 1 |
| A/P status | Closed |
| Supplier Name | Novogenix Laboratories Llc |
| DUNS | |
| Address | |
| Purchase Order Date | 4/11/2013 |
| Original Revision Date | 4/11/2013 |
| Revision Date | 4/15/2013 |
| Total | 2,100.00 USD |
| Requisition Number | 38604073 |
| Business Purpose | supplies for lab |
| Previous PO Number | no value |

### Contact Information

| | |
|---|---|
| Owner Name | |
| Owner Phone | |
| Owner Email | |

| Campus |
|---|
| HSC |

## Delivery

**Deliver To**
Attn:
Room

## Billing

**Bill To**
USC Accounts Payable

### Billing Options

| | |
|---|---|
| Contract | no value |
| Payment Terms | 0% 30, Net 30 |
| Place Invoice on Hold | ✖ |
| Check Routing | no value |

## Additional Information

| | |
|---|---|
| Quote Number | no value |
| FOB | FOB USC |
| Payment Term Exception | no value |
| Payment Term | Standard |
| PO Clauses | |
| no clause | |

## Capital Asset Management

| | |
|---|---|
| Capital Asset System Type | no value |
| Capital Asset System State | no value |
| Equipment Notes | no value |

## Facilities

**Facilities**

| Crew Number | Work Order Number |
|---|---|
| no value | no value |

| Stock Number | no value |
|---|---|

KSM0000982

| | | | |
|---|---|---|---|
| Number of Bids | *no value* | | |
| Diversity Bids | *no value* | | |
| High Dollar Approvals | ✖ | | |
| CA Income Tax Withholding Percentage | 7% | | |
| Buyer Review | ✖ | | |

| Capital Asset Transaction Type | Transaction Type Instructions | Asset # | Trade In Value |
|---|---|---|---|
| *no value* | *no value* | *no value* | *no value* |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Overdraft Funds Request (use only with resubmission) | Organization Code | Account Type Code | Sub-Fund Group Code | Spa Code | C&G Code | Fiscal Year |
|---|---|---|---|---|---|---|---|---|---|
| Gene Therapy using Hematopoietic Stem C | 51\|52\|53\|54\|55\|56\|57\|58\|CSLF\|ALL | M&S LABORATORY EXPENSE | | | | | *no value* | *no value* | 2013 |

| **External Notes and Attachments** | **Internal Notes and Attachments** | **Distribution Information** |
|---|---|---|
| Note to Supplier  *no note* | Internal Note  *no note* | **Distribution Methods** |
| Attachments for supplier | Internal Attachments | The system will distribute purchase orders using the method(s) indicated below: |
| ▮ 12 13 12 ... (33k) | ▮12 13 12 ... (33k) | Fax  ▮ |
| | | 🔲 Distribution options have been overridden for this PO |

## Line Item Details

| Product Description | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|
| 1  ✔ tissue procurment 🔲🔲 | | EA | 350.00 USD | 6 EA | 2,100.00 USD |

Taxable ✔
Commodity Code  23 Research/Lab Supply & Equip
PO Clauses
*no clause*

Requisition Number  38604073
External Note  *no note*
Attachments for supplier
Internal Note  *no note*
Internal Attachments

KSM0000983

| | | |
|---|---|---|
| Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals. | Subtotal | **2,100.00** |
| | Sales Tax | 0.00 |
| | Shipping Only | 0.00 |
| | Shipping and Handling | 0.00 |
| | Total | **2,100.00 USD** |

*118*

# Summary - PO 50057240

PO/Reference Number: 50057240

Supplier: Novogenix Laboratories Llc



| General Information | | Delivery | Billing | |
|---|---|---|---|---|
| PO/Reference Number | **50057240** | **Deliver To** | **Billing** | |
| Revision Number | 1 | Attn: ██ | **Bill To** | |
| A/P status | Closed | Room | USC Accounts Payable | |
| Supplier Name | Novogenix Laboratories Llc | | | |
| DUNS | | | **Billing Options** | |
| Address | ██ | | Contract | *no value* |
| | | | Payment Terms | 0% 30, Net 30 |
| Purchase Order Date | 4/11/2013 | | Place Invoice on Hold | ✗ |
| Original Revision Date | 4/11/2013 | | | |
| Revision Date | 4/23/2013 | | Check Routing | *no value* |
| Total | 1,750.00 USD | | | |
| Requisition Number | 38603063 | | | |
| Business Purpose | supplies for lab | | | |
| Previous PO Number | *no value* | | | |

**Contact Information**

Owner Name
Owner Phone
Owner Email

| Campus | |
|---|---|
| HSC | |

| Additional Information | | Capital Asset Management | | Facilities | |
|---|---|---|---|---|---|
| Quote Number | *no value* | Capital Asset System Type | *no value* | **Facilities** | |
| FOB | FOB USC | Capital Asset System State | *no value* | Crew Number | Work Order Number |
| Payment Term Exception | *no value* | Equipment Notes | *no value* | *no value* | *no value* |
| Payment Term | Standard | | | | |
| PO Clauses | | | | | |

*118*

| | | | Capital Asset Transaction Type | Transaction Type Instructions | Asset # | Trade In Value | Stock Number *no value* |
|---|---|---|---|---|---|---|---|
| Number of Bids | *no value* | | | | | | |
| Diversity Bids | *no value* | | *no value* | *no value* | *no value* | *no value* | |
| High Dollar Approvals | ✘ | | | | | | |
| CA Income Tax Withholding Percentage | 7% | | | | | | |
| Buyer Review | ✘ | | | | | | |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Overdraft Funds Request (use only with resubmission) | Organization Code | Account Type Code | Sub-Fund Group Code | Spa Code | C&G Code | Fiscal Year |
|---|---|---|---|---|---|---|---|---|---|
| Zinc Finger Nuclease-Based Stem Cell Th | 51\|52\|53\|54\|55\|56\|57\|58\|CSL\|ALL | M&S LABORATORY EXPENSE | | | | | *no value* | *no value* | 2013 |

| External Notes and Attachments | Internal Notes and Attachments | Distribution Information |
|---|---|---|
| Note to Supplier   *no note* | Internal Note   Please note that PO# 50047599 was cancelled and this invoice was never paid. | **Distribution Methods** |
| Attachments for supplier | | The system will distribute purchase orders using the method(s) indicated below: |
| | Internal Attachments | Fax   +1 (213) 740-9797 |
| | | 🖳 Distribution options have been overridden for this PO |

## Line Item Details

| | Product Description | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 ✔ | sample procurement 📄🔍 | | EA | 350.00 USD | 5 EA | 1,750.00 USD |

| | | |
|---|---|---|
| Taxable | ✔ | Requisition Number   38603063 |
| Commodity Code | 23 Research/Lab Supply & Equip | External Note   *no note* |
| | | Attachments for supplier |

*118*

| PO Clauses | Internal Note | *no note* |
|---|---|---|
| *no clause* | Internal Attachments | |

| Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals. | Subtotal | **1,750.00** |
|---|---|---|
| | Sales Tax | 0.00 |
| | Shipping Only | 0.00 |
| | Shipping and Handling | 0.00 |
| | Total | **1,750.00 USD** |

/ / 7

# Summary - PO 50068895

PO/Reference Number: 50068895
Supplier: Novogenix Laboratories Llc



| General Information | | Delivery | Billing | |
|---|---|---|---|---|
| PO/Reference Number | **50068895** | **Deliver To** | **Billing** | |
| | | Attn: | **Bill To** | |
| Revision Number | 1 | Room | USC Accounts Payable | |
| A/P status | Closed | | | |
| Supplier Name | Novogenix Laboratories Llc | | | |
| DUNS | | | **Billing Options** | |
| Address | | | Contract | *no value* |
| | | | Payment Terms | 0% 30, Net 30 |
| Purchase Order Date | 5/20/2013 | | Place Invoice on Hold | ✖ |
| Original Revision Date | 5/20/2013 | | | |
| Revision Date | 5/21/2013 | | Check Routing | *no value* |
| Total | 2,450.00 USD | | | |
| Requisition Number | 37334789 | | | |
| Business Purpose | Pay for passed to invoice | | | |
| Previous PO Number | *no value* | | | |

**Contact Information**

Owner Name
Owner Phone
Owner Email

Campus

HSC

| Additional Information | | Capital Asset Management | | Facilities | |
|---|---|---|---|---|---|
| Quote Number | *no value* | Capital Asset System Type | *no value* | **Facilities** | |
| FOB | FOB USC | | | Crew Number | Work Order Number |
| Payment Term Exception | *no value* | Capital Asset System State | *no value* | *no value* | *no value* |
| Payment Term | Standard | Equipment Notes | *no value* | | |
| PO Clauses | | | | | |
| *no clause* | | | | Stock Number | *no value* |

CONFIDENTIAL

KSM0000973

| | |
|---|---|
| Number of Bids | *no value* |
| Diversity Bids | *no value* |
| Business Associate Agreement (BAA) | ✗ |
| Data Security Addendum (DSA) | ✗ |
| High Dollar Approvals | ✗ |
| CA Income Tax Withholding Percentage | 7% |
| Buyer Review | ✗ |

| Capital Asset Transaction Type | Transaction Instructions | Asset # | Trade In Value |
|---|---|---|---|
| *no value* | *no value* | *no value* | *no value* |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Overdraft Funds Request (use only with resubmission) | Organization Code | Account Type Code | Sub-Fund Group Code | Spa Code | C&G Code | Fiscal Year |
|---|---|---|---|---|---|---|---|---|---|
| ███████ | | | | | | | *no value* | *no value* | 2013 |
| Using Hematopoietic Stem C | | LABORATORY EXPENSE | | | | | | | |

### External Notes and Attachments
Note to Supplier    *no note*
Attachments for supplier

### Internal Notes and Attachments
Internal Note    *no note*
Internal Attachments

### Distribution Information
**Distribution Methods**
The system will distribute purchase orders using the method(s) indicated below:

Fax    ██████████

⊞ Distribution options have been overridden for this PO

## Line Item Details

| | Product Description | | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | ✓ **human fetal liver** 📷 | | | EA | 350.00 USD | 1 EA | 350.00 USD |

| | | |
|---|---|---|
| Delivery Address In California? | Yes | Taxable ✗ |
| Tangible Item? | Yes | Commodity Code 23 |
| Vendor outside of California? | No | Research/Lab Supply & Equip |
| Vendor outside of US? | No | |

Requisition Number    37334789
External Note    *no note*
Attachments for supplier

KSM0000974

*J/7*

| | | PO Clauses | | Internal Note | *no note* |
| | | *no clause* | | Internal Attachments | |

**2** ✓ **human fetal liver** 📑🔲

| | | | | EA | 350.00 USD | 1 EA | 350.00 USD |
| Delivery Address In California? | Yes | Taxable | ✗ | | Requisition | 37334789 |
| Tangible Item? | Yes | Commodity | 23 | | Number | |
| Vendor outside of California? | No | Code | Research/Lab | | External Note | *no note* |
| Vendor outside of US? | No | | Supply & Equip | | Attachments for supplier | |
| | | PO Clauses | | | Internal Note | *no note* |
| | | *no clause* | | | Internal Attachments | |

**3** ✓ **human fetal liver** 📑🔲

| | | | | EA | 350.00 USD | 1 EA | 350.00 USD |
| Delivery Address In California? | Yes | Taxable | ✗ | | Requisition | 37334789 |
| Tangible Item? | Yes | Commodity | 23 | | Number | |
| Vendor outside of California? | No | Code | Research/Lab | | External Note | *no note* |
| Vendor outside of US? | No | | Supply & Equip | | Attachments for supplier | |
| | | PO Clauses | | | Internal Note | *no note* |
| | | *no clause* | | | Internal Attachments | |

**4** ✓ **Human fetal liver** 📑🔲

| | | | | EA | 350.00 USD | 1 EA | 350.00 USD |
| Delivery Address In California? | Yes | Taxable | ✗ | | Requisition | 37334789 |
| Tangible Item? | Yes | Commodity | 23 | | Number | |
| Vendor outside of California? | No | Code | Research/Lab | | External Note | *no note* |
| Vendor outside of US? | No | | Supply & Equip | | Attachments for supplier | |
| | | PO Clauses | | | Internal Note | *no note* |
| | | *no clause* | | | Internal Attachments | |

**5** ✓ **Human fetal liver** 📑🔲

| | | | | EA | 350.00 USD | 1 EA | 350.00 USD |
| Delivery Address In California? | Yes | Taxable | ✗ | | Requisition | 37334789 |
| Tangible Item? | Yes | Commodity | 23 | | Number | |
| Vendor outside of California? | No | Code | Research/Lab | | External Note | *no note* |
| Vendor outside of US? | No | | Supply & Equip | | Attachments for supplier | |
| | | PO Clauses | | | Internal Note | *no note* |
| | | *no clause* | | | Internal Attachments | |

**6** ✓ **human fetal liver** 📑🔲

| | | | | EA | 350.00 USD | 1 EA | 350.00 USD |
| Delivery Address In California? | Yes | Taxable | ✗ | | Requisition | 37334789 |
| Tangible Item? | Yes | Commodity | 23 | | Number | |
| Vendor outside of California? | No | Code | Research/Lab | | External Note | *no note* |
| Vendor outside of US? | No | | Supply & Equip | | Attachments for supplier | |
| | | PO Clauses | | | Internal Note | *no note* |
| | | *no clause* | | | Internal Attachments | |

**7** ✓ **Human fetal liver** 📑🔲

| | | | | EA | 350.00 USD | 1 EA | 350.00 USD |
| Delivery Address In California? | Yes | Taxable | ✗ | | | 37334789 |

*117*

| Tangible Item? | Yes | Commodity Code | 23 | Requisition Number |
|---|---|---|---|---|
| Vendor outside of California? | No | | Research/Lab Supply & Equip | |
| Vendor outside of US? | No | | | External Note    no note |
| | | PO Clauses | | Attachments for supplier |
| | | no clause | | Internal Note    no note |
| | | | | Internal Attachments |

Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals.

| | |
|---|---|
| Subtotal | **2,450.00** |
| Sales Tax | 0.00 |
| Shipping Only | 0.00 |
| Shipping and Handling | 0.00 |
| Total | **2,450.00 USD** |

KSM0000976

*116*

# Summary - PO 50068898

| | |
|---|---|
| PO/Reference Number | 50068898 |
| Supplier | Novogenix Laboratories Llc |



| **General Information** | |
|---|---|
| PO/Reference Number | **50068898** |
| Revision Number | 1 |
| A/P status | Closed |
| Supplier Name | Novogenix Laboratories Llc |
| DUNS | |
| Address | |
| Purchase Order Date | 5/20/2013 |
| Original Revision Date | 5/20/2013 |
| Revision Date | 5/21/2013 |
| Total | 2,100.00 USD |
| Requisition Number | 37335089 |
| Business Purpose | Pay for passed to invoice |
| Previous PO Number | *no value* |

**Contact Information**

| | |
|---|---|
| Owner Name | |
| Owner Phone | |
| Owner Email | |
| Campus | |
| HSC | |

**Delivery**

Deliver To
Attn:
Room

**Billing**

Bill To

**Billing Options**

| | |
|---|---|
| Contract | *no value* |
| Payment Terms | 0% 30, Net 30 |
| Place Invoice on Hold | ✘ |
| Check Routing | *no value* |

| **Additional Information** | |
|---|---|
| Quote Number | *no value* |
| FOB | FOB USC |
| Payment Term Exception | *no value* |
| Payment Term | Standard |
| PO Clauses | |
| *no clause* | |

| **Capital Asset Management** | |
|---|---|
| Capital Asset System Type | *no value* |
| Capital Asset System State | *no value* |
| Equipment Notes | *no value* |

| **Facilities** | | |
|---|---|---|
| Facilities | | |
| Crew Number | Work Order Number | |
| *no value* | *no value* | |
| Stock Number | *no value* | |

CONFIDENTIAL

| Number of Bids | no value |
|---|---|
| Diversity Bids | no value |
| Business Associate Agreement (BAA) | ✖ |
| Data Security Addendum (DSA) | ✖ |
| High Dollar Approvals | ✖ |
| CA Income Tax Withholding Percentage | 7% |
| Buyer Review | ✖ |

| Capital Asset Transaction Type | Transaction Type Instructions | Asset # | Trade In Value |
|---|---|---|---|
| no value | no value | no value | no value |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Overdraft Funds Request (use only with resubmission) | Organization Code | Account Type Code | Sub-Fund Group Code | Spa Code | C&G Code | Fiscal Year |
|---|---|---|---|---|---|---|---|---|---|
| Gene Therapy Using Hematopoietic Stem C | 51\|52\|53\|54\|55\|56\|57\|58\|CSLF\|ALL | M&S LABORATORY EXPENSE | | | | | no value | no value | 2013 |

### External Notes and Attachments

Note to Supplier   no note

Attachments for supplier

### Internal Notes and Attachments

Internal Note   no note

Internal Attachments

### Distribution Information

**Distribution Methods**

The system will distribute purchase orders using the method(s) indicated below:

Fax ▇▇▇▇▇▇

�␣ Distribution options have been overridden for this PO

## Line Item Details

| | Product Description | | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | ✓ human fetal liver | | | EA | 350.00 USD | 1 EA | 350.00 USD |
| | Delivery Address In California? | Yes | Taxable | ✖ | Requisition Number | 37335089 | |
| | Tangible Item? | Yes | Commodity Code | 23 Research/Lab Supply & Equip | External Note | no note | |
| | Vendor outside of California? | No | | | Attachments for supplier | | |
| | Vendor outside of US? | No | | | | | |

11 ø

| | PO Clauses | | Internal Note *no note* |
|---|---|---|---|
| | *no clause* | | Internal Attachments |

### 2 ✓ Human fetal liver 📇📖

| | | | | | EA | 350.00 USD | 1 EA | 350.00 USD |
|---|---|---|---|---|---|---|---|---|
| Delivery Address In California? | Yes | Taxable | ✖ | | | Requisition Number | 37335089 | |
| Tangible Item? | Yes | Commodity Code | 23 | | | | | |
| Vendor outside of California? | No | | Research/Lab Supply & Equip | | | External Note | *no note* | |
| Vendor outside of US? | No | | | | | Attachments for supplier | | |
| | | PO Clauses | | | | Internal Note | *no note* | |
| | | *no clause* | | | | Internal Attachments | | |

### 3 ✓ Human fetal liver 📇📖

| | | | | | EA | 350.00 USD | 1 EA | 350.00 USD |
|---|---|---|---|---|---|---|---|---|
| Delivery Address In California? | Yes | Taxable | ✖ | | | Requisition Number | 37335089 | |
| Tangible Item? | Yes | Commodity Code | 23 | | | | | |
| Vendor outside of California? | No | | Research/Lab Supply & Equip | | | External Note | *no note* | |
| Vendor outside of US? | No | | | | | Attachments for supplier | | |
| | | PO Clauses | | | | Internal Note | *no note* | |
| | | *no clause* | | | | Internal Attachments | | |

### 4 ✓ Human fetal liver 📇📖

| | | | | | EA | 350.00 USD | 1 EA | 350.00 USD |
|---|---|---|---|---|---|---|---|---|
| Delivery Address In California? | Yes | Taxable | ✖ | | | Requisition Number | 37335089 | |
| Tangible Item? | Yes | Commodity Code | 23 | | | | | |
| Vendor outside of California? | No | | Research/Lab Supply & Equip | | | External Note | *no note* | |
| Vendor outside of US? | No | | | | | Attachments for supplier | | |
| | | PO Clauses | | | | Internal Note | *no note* | |
| | | *no clause* | | | | Internal Attachments | | |

### 5 ✓ human fetal liver 📇📖

| | | | | | EA | 350.00 USD | 1 EA | 350.00 USD |
|---|---|---|---|---|---|---|---|---|
| Delivery Address In California? | Yes | Taxable | ✖ | | | Requisition Number | 37335089 | |
| Tangible Item? | Yes | Commodity Code | 23 | | | | | |
| Vendor outside of California? | No | | Research/Lab Supply & Equip | | | External Note | *no note* | |
| Vendor outside of US? | No | | | | | Attachments for supplier | | |
| | | PO Clauses | | | | Internal Note | *no note* | |
| | | *no clause* | | | | Internal Attachments | | |

### 6 ✓ human fetal liver 📇📖

| | | | | | EA | 350.00 USD | 1 EA | 350.00 USD |
|---|---|---|---|---|---|---|---|---|
| Delivery Address In California? | Yes | Taxable | ✖ | | | Requisition Number | 37335089 | |
| Tangible Item? | Yes | Commodity Code | 23 | | | | | |
| Vendor outside of California? | No | | Research/Lab Supply & Equip | | | External Note | *no note* | |
| Vendor outside of US? | No | | | | | Attachments for supplier | | |
| | | PO Clauses | | | | Internal Note | *no note* | |
| | | *no clause* | | | | Internal Attachments | | |

|  | Subtotal | 2,100.00 |
|---|---|---|

110

| Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals. | Sales Tax | 0.00 |
| --- | --- | --- |
| | Shipping Only | 0.00 |
| | Shipping and Handling | 0.00 |
| | Total | **2,100.00 USD** |

CONFIDENTIAL

KSM0000971

# Summary - PO 50103588

PO/Reference Number: 50103588

Supplier: Novogenix Laboratories Llc

## General Information

| | |
|---|---|
| PO/Reference Number | **50103588** |
| Revision Number | 1 |
| A/P status | Closed |
| Supplier Name | Novogenix Laboratories Llc |
| DUNS | |
| Address | |
| Purchase Order Date | 8/30/2013 |
| Original Revision Date | 8/30/2013 |
| Revision Date | 1/29/2014 |
| Distribution Date/Time | 8/30/2013 11:39 AM |
| Total | 700.00 USD |
| Requisition Number | 42775472 |
| Business Purpose | Novogenix- lab |
| Previous PO Number | *no value* |

### Contact Information

| | |
|---|---|
| Owner Name | |
| Owner Phone | |
| Owner Email | |

| Campus | |
|---|---|
| HSC | |

## Delivery

**Deliver To**

Attn:
Room

## Billing

**Bill To**

USC Accounts Payable

### Billing Options

| | |
|---|---|
| Contract | *no value* |
| Payment Terms | 0% 30, Net 30 |
| Place Invoice on Hold | ✘ |
| Check Routing | *no value* |

## Additional Information

| | |
|---|---|
| Quote Number | *no value* |
| FOB | FOB USC |

## Capital Asset Management

| | |
|---|---|
| Capital Asset System Type | *no value* |

## Facilities

**Facilities**

| Crew Number | Work Order Number |
|---|---|

| | | | | |
|---|---|---|---|---|
| Payment Term Exception | no value | | Capital Asset System State | no value |
| Payment Term | Standard | | Equipment Notes | no value |

PO Clauses

*no clause*

| | | | | |
|---|---|---|---|---|
| | | Capital Asset Transaction Type | Transaction Type Instructions | Asset # | Trade In Value |

| | | | | |
|---|---|---|---|---|
| Number of Bids | no value | | | | | |
| Diversity Bids | no value | | no value | no value | no value | no value |
| Business Associate Agreement (BAA) | ✖ | | | | | |

| | | | |
|---|---|---|---|
| Data Security Addendum (DSA) | ✖ | Stock Number | no value |
| High Dollar Approvals | ✖ | | |
| CA Income Tax Withholding Percentage | 7% | | |
| Buyer Review | ✖ | | |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Overdraft Funds Request (use only with resubmission) | Organization Code | Account Type Code | Sub-Fund Group Code | Spa Code | C&G Code | Fiscal Year |
|---|---|---|---|---|---|---|---|---|---|
| SUPPORT ▓ | 11|12|13|14|15|16|18|CU|EX | M&S LABORATORY EXPENSE | | | | | no value | no value | 2014 |

## External Notes and Attachments

Note to Supplier   *no note*

Attachments for supplier

▓ Invoice 8 ... (138k)

## Internal Notes and Attachments

Internal Note   *no note*

Internal Attachments

▓ Invoice 8 ... (138k)

## Distribution Information

**Distribution Methods**

The system will distribute purchase orders using the method(s) indicated below:

Fax   ▓

## Line Item Details

*110*

| | Product Description | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 ✓ | **Enzymatic dissociation EDA: 120** 📄 | 51999-2.14 ED.1 | EA | 350.00 USD | 1 EA | 350.00 USD |

Multiple payments expected false or Services are being purchased
Radioactive product being false purchased

Taxable ✓
Commodity Code    23 Research/Lab Supply & Equip
PO Clauses

*no clause*

Requisition Number    42775472
External Note   *no note*
Attachments for supplier
Internal Note   *no note*
Internal Attachments

| | Product Description | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 2 ✓ | **Enzymatic dissociation EDA: 5.2** 📄 | 52194-16.1ED.1 | EA | 350.00 USD | 1 EA | 350.00 USD |

Taxable ✓
Commodity Code    23 Research/Lab Supply & Equip
PO Clauses

*no clause*

Requisition Number    42775472
External Note   *no note*
Attachments for supplier
Internal Note   *no note*
Internal Attachments

---

Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals.

| | |
|---|---|
| Subtotal | **700.00** |
| Sales Tax | 0.00 |
| Shipping Only | 0.00 |
| Shipping and Handling | 0.00 |
| Total | **700.00 USD** |

*98*

# Summary - PO 50155524

PO/Reference Number: 50155524

Supplier: Novogenix Laboratories Llc

| General Information | | Delivery | Billing | |
|---|---|---|---|---|
| PO/Reference Number | **50155524** | **Deliver To** | **Bill To** | |
| Revision Number | 1 | Attn: | USC Accounts Payable | |
| A/P status | Closed | Room | | |
| Supplier Name | Novogenix Laboratories Llc | | | |
| DUNS | | | **Billing Options** | |
| Address | | | Contract | *no value* |
| | | | Payment Terms | 0% 30, Net 30 |
| Purchase Order Date | 2/18/2014 | | Place Invoice on Hold | ✗ |
| Original Revision Date | 2/18/2014 | | | |
| Revision Date | 2/28/2014 | | Check Routing | *no value* |
| Distribution Date/Time | 2/18/2014 11:45 AM | | | |
| Total | 200.00 USD | | | |
| Requisition Number | 47674179 | | | |
| Business Purpose | 2351781005 | | | |
| Previous PO Number | *no value* | | | |

**Contact Information**

Owner Name:
Owner Phone:
Owner Email:

Campus: HSC

| Additional Information | | Capital Asset Management | | Facilities | |
|---|---|---|---|---|---|
| Quote Number | *no value* | Capital Asset System Type | *no value* | **Facilities** | |
| FOB | FOB USC | | | Crew Number | Work Order Number |
| Payment Term Exception | *no value* | Capital Asset System State | *no value* | *no value* | *no value* |

CONFIDENTIAL

| Payment Term | Standard |
|---|---|

PO Clauses

*no clause*

| Number of Bids | *no value* |
|---|---|
| Diversity Bids | *no value* |
| Business Associate Agreement (BAA) | ✗ |
| Data Security Addendum (DSA) | ✗ |
| High Dollar Approvals | ✗ |
| CA Income Tax Withholding Percentage | 7% |
| Buyer Review | ✗ |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

Equipment Notes  *no value*

Stock Number *no value*

| Capital Asset Transaction Type | Transaction Type | Asset # | Trade In Value |
|---|---|---|---|
| Instructions | | | |
| *no value* | *no value* | *no value* | *no value* |

## Accounting Codes

| Account Number | Validation Code | Object Code | Overdraft Funds Request (use only with resubmission) | Organization Code | Account Type Code | Sub-Fund Group Code | Spa Code | C&G Code | Fiscal Year |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *no value* | *no value* | 2014 |
| IMPACT OF CD22 DELTA E12 GENETIC DEFECT | 21\|22\|23\|24\|25\|26\|27\|28\|CR\|EX | M&S LABORATORY EXPENSE | | | | | | | |

### External Notes and Attachments

Note to Supplier  *no note*

Attachments for supplier

### Internal Notes and Attachments

Internal Note  *no note*

Internal Attachments

### Distribution Information

**Distribution Methods**

The system will distribute purchase orders using the method(s) indicated below:

Fax

## Line Item Details

| Product Description | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|

CONFIDENTIAL

KSM0000889

| 1 | ✓ Procurement, processing, and delivery 🔲 | 44352-12.7-2 | EA | 200.00 USD | 1 EA | 200.00 USD |

| Multiple payments expected or Services are being purchased | false | Taxable | ✓ | Requisition Number | 47674179 |
| Radioactive product being purchased | false | Commodity Code | 23 Research/Lab Supply & Equip | External Note | no note |
| | | PO Clauses | no clause | Attachments for supplier | |
| | | | | Internal Note | no note |
| | | | | Internal Attachments | |

Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals.

| Subtotal | 200.00 |
| Sales Tax | 0.00 |
| Shipping Only | 0.00 |
| Shipping and Handling | 0.00 |
| Total | 200.00 USD |

KSM0000890

*86*

# Summary - PO 50184375

| | |
|---|---|
| PO/Reference Number | 50184375 |
| Supplier | Novogenix Laboratories Llc |

## General Information

| | |
|---|---|
| PO/Reference Number | **50184375** |
| Revision Number | 1 |
| A/P status | Closed |
| Supplier Name | Novogenix Laboratories Llc |
| DUNS | |
| Address | |
| Purchase Order Date | 5/14/2014 |
| Original Revision Date | 5/14/2014 |
| Revision Date | 6/4/2014 |
| Distribution Date/Time | 5/14/2014 9:39 AM |
| Total | 1,000.00 USD |
| Requisition Number | 50258561 |
| Business Purpose | Human tissue for research |
| Previous PO Number | *no value* |

### Contact Information

| | |
|---|---|
| Owner Name | |
| Owner Phone | |
| Owner Email | |

Campus

HSC

## Delivery

**Deliver To**
Attn:
Room

## Billing

**Bill To**
USC Accounts Payable

**Billing Options**
| | |
|---|---|
| Contract | *no value* |
| Payment Terms | 0% 30, Net 30 |
| Place Invoice on Hold | ✖ |
| Check Routing | *no value* |

## Additional Information

## Capital Asset Management

## Facilities

1/3

CONFIDENTIAL

KSM0000834

*86*

| | | Capital Asset | *no value* | **Facilities** | |
|---|---|---|---|---|---|
| FOB | FOB USC | System Type | | | |
| Payment Term Exception | *no value* | Capital Asset System State | *no value* | Crew Number | Work Order Number |
| Payment Term | Standard | Equipment Notes | *no value* | *no value* | *no value* |
| PO Clauses | | | | | |
| *no clause* | | | | Stock Number | *no value* |

| CA Income Tax Withholding Percentage | 7% | | | | |
|---|---|---|---|---|---|
| Buyer Review | ✘ | Capital Asset Transaction Type | Asset # | Trade In Value | |
| | | *no value* | *no value* | *no value* | |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Fiscal Year |
|---|---|---|---|
| ███████████████████████████████████ | | | 2014 |
| Reprogramming human epidermal and derma | 51\|52\|53\|54\|55\|56\|57\|58\|CP\|ALL | M&S LABORATORY EXPENSE | |

## External Notes and Attachments

Note to Supplier *no note*

Attachments for supplier

Novogenix app re... (34k)

Novogenix Custome... (253k)

Novogenix Investi... (50k)

Novogenix Investi... (16k)

## Internal Notes and Attachments

Internal Note    *no note*

Internal Attachments

AGP User Certific... (52k)

Serology waiver l... (61k)

## Distribution Information

**Distribution Methods**

The system will distribute purchase orders using the method(s) indicated below:

Fax    ████████████████

## Line Item Details

| | Product Description | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 ✓ | **Human tissue** 📷 | | EA | 1,000.00 USD | 1 EA | 1,000.00 USD |
| | | Taxable | ✘ | Requisition Number | 50258561 | |
| | | Commodity Code | 23 Research/Lab Supply & Equip | External Note *no note* | | |
| | | PO Clauses | | Attachments for supplier | | |

████████████████████████████████████████████████████

CONFIDENTIAL                                                                KSM0000835

*8 6*

| | no clause | Internal Note  *no note* |
| | | Internal Attachments |

Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals.

| | |
|---|---|
| Subtotal | **1,000.00** |
| Sales Tax | 0.00 |
| Shipping Only | 0.00 |
| Shipping and Handling | 0.00 |
| Total | **1,000.00 USD** |

CONFIDENTIAL                                    KSM0000836

74

# Summary - PO 50208706

PO/Reference
Number      50208706

Supplier      Novogenix Laboratories Llc

| General Information | | Delivery | Billing |
|---|---|---|---|
| PO/Reference Number | **50208706** | **Deliver To** | **Bill To** |
| Revision Number | 1 | Attn: █ | USC Accounts Payable |
| A/P status | Closed | Room █ | |
| Supplier Name | Novogenix Laboratories Llc | | |
| DUNS | | | **Billing Options** |
| Address | █ | | Contract *no value* |
| | | | Payment Terms 0% 30, Net 30 |
| | | | Place Invoice on Hold ✗ |
| Purchase Order Date | 7/24/2014 | | |
| Original Revision Date | 7/24/2014 | | Check Routing *no value* |
| Revision Date | 7/25/2014 | | |
| Total | 431.20 USD | | |
| Requisition Number | 51887337 | | |
| Business Purpose | Research Supplies | | |
| Previous PO Number | *no value* | | |

**Contact Information**

Owner Name

Owner Phone

Owner Email

Campus

HSC

| Additional Information | | Capital Asset Management | | Facilities | |
|---|---|---|---|---|---|
| FOB | FOB USC | Capital Asset System Type | *no value* | **Facilities** | |
| | | | | Crew Number | Work Order |

1/3

74
Number

| | |
|---|---|
| Payment Term Exception | no value |
| Payment Term | Standard |

PO Clauses

*no clause*

| | |
|---|---|
| CA Income Tax Withholding Percentage | 7% |
| Buyer Review | ✗ |

| Capital Asset System State | no value |
|---|---|
| Equipment Notes | no value |

| Capital Asset Transaction Type | Asset # | Trade In Value |
|---|---|---|
| no value | no value | no value |

no value　　no value

Stock Number　no value

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Fiscal Year |
|---|---|---|---|
| no value | no value | no value | 2015 |

🖳 Accounting Codes values vary by line

**External Notes and Attachments**

Note to Supplier *no note*
Attachments for supplier

**Internal Notes and Attachments**

Internal Note　*no note*
Internal Attachments

**Distribution Information**

**Distribution Methods**

The system will distribute purchase orders using the method(s) indicated below:

Fax　　███████

🖳 Distribution options have been overridden for this PO

## Line Item Details

| | Product Description | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | ✓ **Procurement and processing** 🖳🖳 | | EA | 400.00 USD | 1 EA | 400.00 USD |

🖳 Accounting Codes values have been overridden for this line

| Delivery Address In California? | Yes | Taxable | ✓ | Requisition Number | 51887337 |
|---|---|---|---|---|---|
| Tangible Item? | No | Commodity Code | 23 Research/Lab Supply & Equip | External Note | *no note* |
| Vendor outside of California? | No | | | Attachments for supplier | |
| Vendor outside of US? | No | PO Clauses *no clause* | | Internal Note | *no note* |

2/3

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　KSM0000782

Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals.

| | |
|---|---|
| Subtotal | 400.00 |
| Sales Tax | 0.00 |
| Shipping Only | 31.20 |
| Shipping and Handling | 0.00 |
| Total | **431.20 USD** |

CONFIDENTIAL

KSM0000783

*7.3*

# Summary - PO 50208711

PO/Reference Number　50208711

Supplier　Novogenix Laboratories Llc



| General Information | | Delivery | Billing |

**General Information**

PO/Reference Number　**50208711**

Revision Number　1

A/P status　Closed

Supplier Name　Novogenix Laboratories Llc

DUNS

Address

Purchase Order Date　7/24/2014

Original Revision Date　7/24/2014

Revision Date　7/25/2014

Total　629.60 USD

Requisition Number　52529274

Business Purpose　Research Supplies

Previous PO Number　*no value*

**Contact Information**

Owner Name

Owner Phone

Owner Email

Campus

HSC

**Delivery**

**Deliver To**

Attn:

Room

**Billing**

**Bill To**

USC Accounts Payable

**Billing Options**

Contract　*no value*

Payment Terms　0% 30, Net 30

Place Invoice on Hold　✗

Check Routing　*no value*

**Additional Information**

FOB　FOB USC

**Capital Asset Management**

Capital Asset System Type　*no value*

**Facilities**

Facilities

Crew Number　Work Order

1/3

CONFIDENTIAL　　　　　　　　　　KSM0000777

| Payment Term Exception | *no value* | Capital Asset System State | *no value* | | Number | |
|---|---|---|---|---|---|---|
| Payment Term | Standard | Equipment Notes | *no value* | | *no value* | *no value* |
| PO Clauses | | | | | | |
| *no clause* | | | | Stock Number | *no value* | |
| CA Income Tax Withholding Percentage | 7% | Capital Asset Transaction Type | Asset # | Trade In Value | | |
| Buyer Review | ✕ | | | | | |
| | | *no value* | *no value* | *no value* | | |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Fiscal Year |
|---|---|---|---|
| | | | 2015 |
| Evaluation of Cellular Heterogeneity Us | 51\|52\|53\|54\|55\|56\|57\|58\|CG\|ALL | M&S LABORATORY EXPENSE | |

| External Notes and Attachments | Internal Notes and Attachments | Distribution Information |
|---|---|---|
| Note to Supplier *no note* | Internal Note *no note* | **Distribution Methods** |
| Attachments for supplier | Internal Attachments | The system will distribute purchase orders using the method(s) indicated below: |
| | | Fax |
| | | 🖵 Distribution options have been overridden for this PO |

## Line Item Details

| | Product Description | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 ✓ | **Procurement and processing** 📄📟 | | EA | 600.00 USD | 1 EA | 600.00 USD |

| Delivery Address In California? | Yes | Taxable | ✓ | Requisition Number | 52529274 |
|---|---|---|---|---|---|
| | | Commodity Code | 23 | External Note | *no note* |
| Tangible Item? | No | | Research/Lab Supply & Equip | Attachments for supplier | |
| Vendor outside of California? | No | PO Clauses | | Internal Note | *no note* |
| Vendor outside of US? | No | *no clause* | | Internal Attachments | |

CONFIDENTIAL        KSM0000778

*7 3*

Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals.

| | |
|---|---|
| Subtotal | **600.00** |
| Sales Tax | 0.00 |
| Shipping Only | 29.60 |
| Shipping and Handling | 0.00 |
| Total | **629.60 USD** |

CONFIDENTIAL    KSM0000779

7/

# Summary - PO 50210307

PO/Reference
Number      50210307

Supplier      Novogenix Laboratories Llc



| General Information | | Delivery | Billing | |
|---|---|---|---|---|
| PO/Reference Number | **50210307** | **Deliver To** | **Bill To** | |
| Revision Number | 3 | Attn: ▮ Room▮ | USC Accounts Payable | |
| A/P status | Closed | | | |
| Supplier Name | Novogenix Laboratories Llc | | | |
| DUNS | | | **Billing Options** | |
| Address | | | Contract | *no value* |
| | | | Payment Terms | 0% 30, Net 30 |
| | | | Place Invoice on Hold | ✘ |
| Purchase Order Date | 7/29/2014 | | | |
| Original Revision Date | 7/29/2014 | | Check Routing | *no value* |
| Revision Date | 2/3/2015 | | | |
| Distribution Date/Time | 7/29/2014 3:06 PM | | | |
| Total | 1,000.00 USD | | | |
| Requisition Number | 52449061 | | | |
| Business Purpose | Tissue engineering | | | |
| Previous PO Number | *no value* | | | |

**Contact Information**

Owner Name

Owner Phone

Owner Email

Campus

HSC

| Additional Information | Capital Asset Management | Facilities |
|---|---|---|

CONFIDENTIAL          KSM0000768

7/

| | | | | | |
|---|---|---|---|---|---|
| FOB | FOB USC | Capital Asset System Type | no value | **Facilities** | |
| Payment Term Exception | no value | Capital Asset System State | no value | Crew Number | Work Order Number |
| Payment Term | Standard | Equipment Notes | no value | no value | no value |
| PO Clauses | | | | | |
| no clause | | | | Stock Number | no value |
| CA Income Tax Withholding Percentage | 7% | Capital Asset Transaction Type | Asset # | Trade In Value | |
| Buyer Review | ✘ | | | | |
| | | no value | no value | no value | |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Fiscal Year |
|---|---|---|---|
| ███████████████████████ | | | 2015 |
| Reprogramming human epidermal and derma | 51\|52\|53\|54\|55\|56\|57\|58\|CP\|ALL | M&S LABORATORY EXPENSE | |

---

| **External Notes and Attachments** | **Internal Notes and Attachments** | **Distribution Information** |
|---|---|---|
| Note to Supplier *no note* | Internal Note    *no note* | **Distribution Methods** |
| Attachments for supplier | Internal Attachments | The system will distribute purchase orders using the method(s) indicated below: |
|   Novogenix app res... (34k) |   AGP user certific... (52k) | Fax   ████████████ |
|   Novogenix custome... (253k) |   Serology waiver I... (61k) | |
|   Novogenix Investi... (50k) | | |
|   Novogenix Investi... (16k) | | |

---

## Line Item Details

| | Product Description | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | ✓ **Human tissue** 🖼️ | | EA | 1,000.00 USD | 1 EA | 1,000.00 USD |

| | | |
|---|---|---|
| Taxable | ✘ | Requisition Number  52449061 |
| Commodity Code | 23 | External Note  *no note* |
| | Research/Lab Supply & Equip | Attachments for supplier |
| PO Clauses | | |

███████████████████████████████████

2/3

# Summary - PO 50245699

| | |
|---|---|
| PO/Reference Number | 50245699 |
| Supplier | Novogenix Laboratories Llc |

| General Information | | Delivery | Billing |
|---|---|---|---|

### General Information

| | |
|---|---|
| PO/Reference Number | **50245699** |
| Revision Number | 1 |
| A/P status | Closed |
| Supplier Name | Novogenix Laboratories Llc |
| DUNS | |
| Address | ███████████ |
| Purchase Order Date | 11/6/2014 |
| Original Revision Date | 11/6/2014 |
| Revision Date | 11/12/2014 |
| Total | 2,100.00 USD |
| Requisition Number | 56035082 |
| Business Purpose | Payment for past due invoice for ███ ███ research project |
| Previous PO Number | *no value* |

### Contact Information

| | |
|---|---|
| Owner Name | ███████ |
| Owner Phone | |
| Owner Email | |

| Campus |
|---|
| HSC |

### Delivery

**Deliver To**
Attn: ███
Room ███

### Billing

**Bill To**
USC Accounts Payable
███████████

**Billing Options**

| | |
|---|---|
| Contract | *no value* |
| Payment Terms | 0% 30, Net 30 |
| Place Invoice on Hold | ✗ |
| Check Routing | *no value* |

| Additional Information | Capital Asset Management | Facilities |
|---|---|---|

CONFIDENTIAL           KSM0001028

| FOB | FOB USC |
|---|---|
| Payment Term Exception | *no value* |
| Payment Term | Standard |
| PO Clauses | |

*no clause*

| CA Income Tax Withholding Percentage | 7% |
|---|---|
| Buyer Review | ✘ |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

| Capital Asset System Type | *no value* |
|---|---|
| Capital Asset System State | *no value* |
| Equipment Notes | *no value* |

| Capital Asset Transaction Type | Asset # | Trade In Value |
|---|---|---|
| *no value* | *no value* | *no value* |

**Facilities**

| Crew Number | Work Order Number |
|---|---|
| *no value* | *no value* |

| Stock Number | *no value* |
|---|---|

## Accounting Codes

| Account Number | Validation Code | Object Code | Fiscal Year |
|---|---|---|---|
| | | | 2015 |
| Latent HIV - Targets and Tools | 51\|52\|53\|54\|55\|56\|57\|58\|CSL\|ALL | M&S LABORATORY EXPENSE | |

## External Notes and Attachments

Note to Supplier *no note*

Attachments for supplier

10_28_2014 (138) ... (423k)

## Internal Notes and Attachments

Internal Note *no note*

Internal Attachments

## Distribution Information

**Distribution Methods**

The system will distribute purchase orders using the method(s) indicated below:

Fax

⊞ Distribution options have been overridden for this PO

## Line Item Details

| | Product Description | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | ✓ **Procurement and processing** 📑📇 | | EA | 2,100.00 USD | 1 EA | 2,100.00 USD |

| | | | |
|---|---|---|---|
| Delivery Address In California? | Yes | Taxable | ✘ |
| | | Commodity Code | 24 Research/Lab Services |
| Tangible Item? | No | | |
| Vendor outside of | No | | |

Requisition Number　56035082

External Note *no note*

Attachments for supplier

CONFIDENTIAL　　　　　　　　　　　　　　　　　　KSM0001029

| California? | PO Clauses | Internal Note *no note* |
| Vendor outside of US?  No | *no clause* | Internal Attachments |

| Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals. | Subtotal | **2,100.00** |
| | Sales Tax | 0.00 |
| | Shipping Only | 0.00 |
| | Shipping and Handling | 0.00 |
| | Total | **2,100.00 USD** |

CONFIDENTIAL

KSM0001030

# Summary - PO 50247826

| | |
|---|---|
| PO/Reference Number | 50247826 |
| Supplier | Novogenix Laboratories Llc |

| General Information | Delivery | Billing |
|---|---|---|

### General Information

| | |
|---|---|
| PO/Reference Number | **50247826** |
| Revision Number | 1 |
| A/P status | Closed |
| Supplier Name | Novogenix Laboratories Llc |
| DUNS | |
| Address | █████████ |
| Purchase Order Date | 11/13/2014 |
| Original Revision Date | 11/13/2014 |
| Revision Date | 12/8/2014 |
| Total | 229.60 USD |
| Requisition Number | 56230110 |
| Business Purpose | DNA Sequencing |
| Previous PO Number | *no value* |

### Contact Information

| | |
|---|---|
| Owner Name | |
| Owner Phone | |
| Owner Email | |
| Campus | |
| HSC | |

### Delivery

**Deliver To**
Attn: ███████
Room ███████

### Billing

**Bill To**
USC Accounts Payable
███████████

**Billing Options**

| | |
|---|---|
| Contract | *no value* |
| Payment Terms | 0% 30, Net 30 |
| Place Invoice on Hold | ✗ |
| Check Routing | *no value* |

| Additional Information | Capital Asset Management | Facilities |
|---|---|---|
| FOB | FOB USC | Capital Asset System Type | *no value* | Facilities | |
| | | | | Crew Number | Work Order |

CONFIDENTIAL    KSM0001023

*52*

| Payment Term Exception | no value | Capital Asset System State | no value | | | Number | |
|---|---|---|---|---|---|---|---|
| Payment Term | Standard | Equipment Notes | no value | | | no value | no value |
| PO Clauses | | | | | | | |
| no clause | | | | | | Stock Number | no value |
| CA Income Tax Withholding Percentage | 7% | Capital Asset Transaction Type | Asset # | Trade In Value | | | |
| Buyer Review | ✗ | no value | no value | no value | | | |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Fiscal Year |
|---|---|---|---|
| ▬▬▬▬▬▬▬▬▬▬▬▬ | | | 2015 |
| Evaluation of Cellular Heterogeneity Us | 51\|52\|53\|54\|55\|56\|57\|58\|CG\|ALL | GENERAL/PROJECT SUPPLIES | |

| External Notes and Attachments | Internal Notes and Attachments | Distribution Information |
|---|---|---|
| Note to Supplier   no note | Internal Note   no note | **Distribution Methods** |
| Attachments for supplier | Internal Attachments | The system will distribute purchase orders using the method(s) indicated below: |
| | | Fax    ▬▬▬▬▬▬ |
| | | 🖳 Distribution options have been overridden for this PO |

## Line Item Details

| | Product Description | | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | ✓ **Procurement and processing BN, EDA: 9.0** 🖹🖳 | | | EA | 200.00 USD | 1 EA | 200.00 USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| Delivery Address In California? | Yes | Taxable | ✓ | | Requisition Number | 56230110 |
| Tangible Item? | No | Commodity Code | 23 | | External Note   no note | |
| Vendor outside of California? | No | | Research/Lab Supply & Equip | | Attachments for supplier | |
| | | PO Clauses | | | Internal Note   no note | |

CONFIDENTIAL

KSM0001024

| Vendor outside of US? | No | no clause | Internal Attachments |
|---|---|---|---|

Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals.

| | |
|---|---|
| Subtotal | **200.00** |
| Sales Tax | 0.00 |
| Shipping Only | 29.60 |
| Shipping and Handling | 0.00 |
| Total | **229.60 USD** |

CONFIDENTIAL       KSM0001025



# Summary - PO 50218307

| PO/Reference Number | 50218307 |
|---|---|
| Supplier | Novogenix Laboratories Llc |

| General Information | | Delivery | Billing |
|---|---|---|---|
| **PO/Reference Number** | **50218307** | **Deliver To** | **Billing** |

### General Information

| | |
|---|---|
| PO/Reference Number | **50218307** |
| Revision Number | 1 |
| A/P status | Closed |
| Supplier Name | Novogenix Laboratories Llc |
| DUNS | |
| Address | |
| Purchase Order Date | 8/20/2014 |
| Original Revision Date | 8/20/2014 |
| Revision Date | 9/18/2014 |
| Total | 630.40 USD |
| Requisition Number | 53429467 |
| Business Purpose | Research Supplies |
| Previous PO Number | no value |

### Contact Information

| | |
|---|---|
| Owner Name | |
| Owner Phone | |
| Owner Email | |

Campus

HSC

### Delivery

**Deliver To**
Attn:
Room

### Billing

**Bill To**
USC Accounts Payable

**Billing Options**

| | |
|---|---|
| Contract | no value |
| Payment Terms | 0% 30, Net 30 |
| Place Invoice on Hold | ✗ |
| Check Routing | no value |

| Additional Information | | Capital Asset Management | | Facilities | |
|---|---|---|---|---|---|
| FOB | FOB USC | Capital Asset System Type | no value | **Facilities** | |
| | | | | Crew Number | Work Order |

1/3

*68*

| Payment Term Exception | no value | | Capital Asset System State | no value | | | | Number |
|---|---|---|---|---|---|---|---|---|
| Payment Term | Standard | | Equipment Notes | no value | | | no value | no value |
| PO Clauses | | | | | | | | |
| no clause | | | | | | Stock Number | no value | |
| CA Income Tax Withholding Percentage | 7% | | Capital Asset Transaction Type | Asset # | Trade In Value | | | |
| Buyer Review | ✗ | | no value | no value | no value | | | |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Fiscal Year |
|---|---|---|---|
| ███████████████████ | | | 2015 |
| Evaluation of Cellular Heterogeneity Us | 51\|52\|53\|54\|55\|56\|57\|58\|CG\|ALL | M&S LABORATORY EXPENSE | |

## External Notes and Attachments

Note to Supplier  no note

Attachments for supplier

## Internal Notes and Attachments

Internal Note  no note

Internal Attachments

## Distribution Information

**Distribution Methods**

The system will distribute purchase orders using the method(s) indicated below:

Fax ██████████████

🖳 Distribution options have been overridden for this PO

## Line Item Details

| | Product Description | | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | ✓ **Procurement and processing** 🗎🗔 | | | EA | 200.00 USD | 3 EA | 600.00 USD |

| Delivery Address In California? | Yes | Taxable | ✓ | Requisition Number | 53429467 |
|---|---|---|---|---|---|
| | | Commodity Code | 23 | External Note | no note |
| Tangible Item? | No | | Research/Lab Supply & Equip | Attachments for supplier | |
| Vendor outside of California? | No | | | | |
| | | PO Clauses | | Internal Note | no note |
| Vendor outside of US? | No | no clause | | Internal Attachments | |

2/3

CONFIDENTIAL

KSM0001091

Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals.

| | |
|---|---:|
| Subtotal | **600.00** |
| Sales Tax | 0.00 |
| Shipping Only | 30.40 |
| Shipping and Handling | 0.00 |
| Total | **630.40 USD** |

CONFIDENTIAL                              KSM0001092

*67*

# Summary - PO 50218851

PO/Reference
Number     50218851

Supplier     Novogenix Laboratories Llc

| General Information | | Delivery | Billing |
|---|---|---|---|
| PO/Reference Number | **50218851** | **Deliver To** | **Bill To** |
| Revision Number | 1 | Attn: ▮ | USC Accounts Payable |
| A/P status | Closed | Room ▮ | ▮ |
| Supplier Name | Novogenix Laboratories Llc | ▮ | |
| DUNS | | | **Billing Options** |
| Address | ▮ | | Contract    *no value* |
| | | | Payment Terms   0% 30, Net 30 |
| | | | Place Invoice on Hold   ✗ |
| Purchase Order Date | 8/21/2014 | | |
| Original Revision Date | 8/21/2014 | | Check Routing   *no value* |
| Revision Date | 8/25/2014 | | |
| Total | 350.00 USD | | |
| Requisition Number | 53478892 | | |
| Business Purpose | lab supplies | | |
| Previous PO Number | *no value* | | |

**Contact Information**

Owner Name   ▮
Owner Phone
Owner Email

Campus

HSC

| Additional Information | | Capital Asset Management | | Facilities |
|---|---|---|---|---|
| FOB | FOB USC | Capital Asset System Type | *no value* | **Facilities** |
| | | | | Crew Number    Work Order |



1/3

| no clause | Internal Attachments |

| | |
|---|---|
| Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals. | Subtotal **350.00** |
| | Sales Tax 0.00 |
| | Shipping Only 0.00 |
| | Shipping and Handling 0.00 |
| | Total **350.00 USD** |

CONFIDENTIAL

KSM0001088

# Summary - PO 50231923

PO/Reference Number     50231923

Supplier     Novogenix Laboratories Llc

| General Information | | Delivery | Billing |
|---|---|---|---|

**General Information**

| | |
|---|---|
| PO/Reference Number | **50231923** |
| Revision Number | 1 |
| A/P status | Closed |
| Supplier Name | Novogenix Laboratories Llc |
| DUNS | |
| Address | |
| Purchase Order Date | 9/29/2014 |
| Original Revision Date | 9/29/2014 |
| Revision Date | 4/27/2015 |
| Total | 431.20 USD |
| Requisition Number | 54704851 |
| Business Purpose | Research Supplies |
| Previous PO Number | *no value* |

**Contact Information**

| | |
|---|---|
| Owner Name | |
| Owner Phone | |
| Owner Email | |
| Campus | |
| | HSC |

**Delivery**

**Deliver To**

Attn:
Room

**Billing**

**Bill To**

USC Accounts Payable

**Billing Options**

| | |
|---|---|
| Contract | *no value* |
| Payment Terms | 0% 30, Net 30 |
| Place Invoice on Hold | ✗ |
| Check Routing | *no value* |

| Additional Information | | Capital Asset Management | Facilities |
|---|---|---|---|
| FOB | FOB USC | Capital Asset System Type | *no value* |

**Facilities**

Crew Number          Work Order

1/3

*60*

| Payment Term Exception | no value | Capital Asset System State | no value | | Number |
|---|---|---|---|---|---|
| Payment Term | Standard | Equipment Notes | no value | no value | no value |
| PO Clauses | | | | | |
| no clause | | | | Stock Number | no value |
| CA Income Tax Withholding Percentage | 7% | Capital Asset Transaction Type | Asset # | Trade In Value | |
| Buyer Review | ✗ | | | | |
| | | no value | no value | no value | |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Fiscal Year |
|---|---|---|---|
| | | | 2015 |
| Evaluation of Cellular Heterogeneity Us | 51\|52\|53\|54\|55\|56\|57\|58\|CG\|ALL | M&S LABORATORY EXPENSE | |

| External Notes and Attachments | Internal Notes and Attachments | Distribution Information |
|---|---|---|
| Note to Supplier *no note* | Internal Note *no note* | **Distribution Methods** |
| Attachments for supplier | Internal Attachments | The system will distribute purchase orders using the method(s) indicated below: |
| | | Fax |
| | | ⊕ Distribution options have been overridden for this PO |

## Line Item Details

| | Product Description | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | ✓ Procurement & processing 51603-19.3-1 📄📷 | | EA | 200.00 USD | 1 EA | 200.00 USD |

| Delivery Address In California? | Yes | Taxable | ✓ | Requisition Number | 54704851 |
|---|---|---|---|---|---|
| Tangible Item? | No | Commodity Code | 24 Research/Lab Services | External Note | *no note* |
| Vendor outside of California? | No | | | Attachments for supplier | |
| | | PO Clauses | | Internal Note | *no note* |

CONFIDENTIAL

KSM0001059

*6C*

| | Vendor outside of US? | No | *no clause* | | Internal Attachments |
|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **2** ✓ **Procurement & processing 68316-19.3-1** 📄📩 | | | **EA** | 200.00 USD | 1 EA | 200.00 USD |

| | | | | |
|---|---|---|---|---|
| Delivery Address In California? | Yes | Taxable | ✓ | Requisition Number   54704851 |
| Tangible Item? | No | Commodity Code | 24 Research/Lab Services | External Note  *no note* |
| Vendor outside of California? | No | | | Attachments for supplier |
| Vendor outside of US? | No | PO Clauses | | Internal Note  *no note* |
| | | *no clause* | | Internal Attachments |

Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals.

| | |
|---|---|
| Subtotal | **400.00** |
| Sales Tax | 0.00 |
| Shipping Only | 31.20 |
| Shipping and Handling | 0.00 |
| Total | **431.20 USD** |

CONFIDENTIAL

KSM0001060

*54*

# Summary - PO 50231924

PO/Reference Number: 50231924
Supplier: Novogenix Laboratories Llc

| General Information | | Delivery | Billing |
|---|---|---|---|
| **PO/Reference Number** | **50231924** | **Deliver To** | **Billing** |
| Revision Number | 1 | Attn: | **Bill To** |
| A/P status | Closed | Room | USC Accounts Payable |
| Supplier Name | Novogenix Laboratories Llc | | |
| DUNS | | | **Billing Options** |
| Address | | | Contract — no value |
| | | | Payment Terms — 0% 30, Net 30 |
| | | | Place Invoice on Hold ✗ |
| Purchase Order Date | 9/29/2014 | | |
| Original Revision Date | 9/29/2014 | | Check Routing — no value |
| Revision Date | 10/10/2014 | | |
| Total | 231.20 USD | | |
| Requisition Number | 54704851 | | |
| Business Purpose | Research Supplies | | |
| Previous PO Number | no value | | |

**Contact Information**
Owner Name
Owner Phone
Owner Email

Campus
HSC

| Additional Information | | Capital Asset Management | Facilities |
|---|---|---|---|
| FOB | FOB USC | Capital Asset System Type — no value | **Facilities** |
| | | | Crew Number — Work Order |

CONFIDENTIAL KSM0001054

| Payment Term Exception | no value | Capital Asset System State | no value | | Number | |
|---|---|---|---|---|---|---|
| Payment Term | Standard | Equipment Notes | no value | | no value | no value |
| PO Clauses | | | | | | |
| no clause | | | | | Stock Number | no value |
| CA Income Tax Withholding Percentage | 7% | Capital Asset Transaction Type | Asset # | Trade In Value | | |
| Buyer Review | ✗ | | | | | |
| | | no value | no value | no value | | |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Fiscal Year |
|---|---|---|---|
| | | | 2015 |
| Evaluation of Cellular Heterogeneity Us | 51\|52\|53\|54\|55\|56\|57\|58\|CG\|ALL | M&S LABORATORY EXPENSE | |

## External Notes and Attachments

Note to Supplier *no note*
Attachments for supplier

## Internal Notes and Attachments

Internal Note *no note*
Internal Attachments

## Distribution Information

**Distribution Methods**

The system will distribute purchase orders using the method(s) indicated below:

Fax

🖵 Distribution options have been overridden for this PO

## Line Item Details

| | Product Description | | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | ✓ Procurement & processing 66906-2.14-1 🖹🖳 | | | EA | 200.00 USD | 1 EA | 200.00 USD |

| | | | | |
|---|---|---|---|---|
| Delivery Address In California? | Yes | Taxable | ✓ | Requisition Number   54704851 |
| Tangible Item? | No | Commodity Code | 24 Research/Lab Services | External Note *no note* |
| Vendor outside of California? | No | | | Attachments for supplier |
| | | PO Clauses | | Internal Note *no note* |

CONFIDENTIAL

KSM0001055

Vendor outside of US?     No   *no clause*

Internal Attachments

*59*

Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals.

| | |
|---|---|
| Subtotal | **200.00** |
| Sales Tax | 0.00 |
| Shipping Only | 31.20 |
| Shipping and Handling | 0.00 |
| Total | **231.20 USD** |

CONFIDENTIAL

KSM0001056

*58*

# Summary - PO 50235476

PO/Reference
Number    50235476

Supplier      Novogenix Laboratories Llc

| General Information | | Delivery | Billing | |
|---|---|---|---|---|
| **PO/Reference Number** | **50235476** | **Deliver To** | **Bill To** | |
| Revision Number | 1 | Attn: ▮ | USC Accounts Payable | |
| A/P status | Closed | Room ▮ | ▮ | |
| Supplier Name | Novogenix Laboratories Llc | ▮ | | |
| DUNS | | | **Billing Options** | |
| Address | ▮ | | Contract | *no value* |
| | | | Payment Terms | 0% 30, Net 30 |
| | | | Place Invoice on Hold | ✗ |
| Purchase Order Date | 10/9/2014 | | | |
| Original Revision Date | 10/9/2014 | | Check Routing | *no value* |
| Revision Date | 10/17/2014 | | | |
| Total | 231.20 USD | | | |
| Requisition Number | 55073391 | | | |
| Business Purpose | DNA Sequencing/Lab Reagents | | | |
| Previous PO Number | *no value* | | | |

**Contact Information**

Owner Name

Owner Phone ▮

Owner Email

        Campus

        HSC

| Additional Information | | Capital Asset Management | | Facilities | |
|---|---|---|---|---|---|
| FOB | FOB USC | Capital Asset | *no value* | Facilities | |

1/3

CONFIDENTIAL

58

| Payment Term Exception | no value |
|---|---|
| Payment Term | Standard |

PO Clauses

no clause

| CA Income Tax Withholding Percentage | 7% |
|---|---|
| Buyer Review | ✗ |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|

| Department Contact | See below | See below |
|---|---|---|

| System Type | |
|---|---|
| Capital Asset System State | no value |
| Equipment Notes | no value |

| Capital Asset Transaction Type | Asset # | Trade In Value |
|---|---|---|
| no value | no value | no value |

| Crew Number | Work Order Number |
|---|---|
| no value | no value |

| Stock Number | no value |
|---|---|

## Accounting Codes

| Account Number | Validation Code | Object Code | Fiscal Year |
|---|---|---|---|
| | | | 2015 |
| Evaluation of Cellular Heterogeneity Us | 51\|52\|53\|54\|55\|56\|57\|58\|CG\|ALL | M&S LABORATORY EXPENSE | |

## External Notes and Attachments

Note to Supplier   no note

Attachments for supplier

## Internal Notes and Attachments

Internal Note   no note

Internal Attachments

## Distribution Information

**Distribution Methods**

The system will distribute purchase orders using the method(s) indicated below:

Fax

⊡ Distribution options have been overridden for this PO

## Line Item Details

| | Product Description | | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | ✓ Procurement and processing 📄📇 | | | EA | 200.00 USD | 1 EA | 200.00 USD |

| | | |
|---|---|---|
| Delivery Address In California? | Yes | Taxable ✓ |
| Tangible Item? | No | Commodity Code  23 |
| Vendor outside of California? | No | Research/Lab Supply & Equip |
| | | PO Clauses |

Requisition Number   55073391

External Note   no note

Attachments for supplier

2/3

| Vendor outside of US? | No | no clause | Internal Note | no note |
| | | | Internal Attachments | |

Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals.

| | |
| --- | --- |
| Subtotal | **200.00** |
| Sales Tax | 0.00 |
| Shipping Only | 31.20 |
| Shipping and Handling | 0.00 |
| Total | **231.20 USD** |

CONFIDENTIAL

*57*

# Summary - PO 50235479

PO/Reference Number     50235479

Supplier     Novogenix Laboratories Llc



| General Information | | Delivery | Billing |
|---|---|---|---|
| PO/Reference Number | **50235479** | **Deliver To** | **Bill To** |
| Revision Number | 1 | Attn: ▮▮▮▮ | USC Accounts Payable |
| A/P status | Closed | Room ▮▮▮▮ | |
| Supplier Name | Novogenix Laboratories Llc | | |
| DUNS | | | **Billing Options** |
| Address | ▮▮▮▮ | | Contract   *no value* |
| | | | Payment Terms   0% 30, Net 30 |
| | | | Place Invoice on Hold   ✗ |
| Purchase Order Date | 10/9/2014 | | |
| Original Revision Date | 10/9/2014 | | Check Routing   *no value* |
| Revision Date | 10/20/2014 | | |
| Total | 431.20 USD | | |
| Requisition Number | 55073734 | | |
| Business Purpose | DNA Sequencing/Lab Reagents | | |
| Previous PO Number | *no value* | | |

**Contact Information**

| Owner Name | ▮▮▮▮ |
|---|---|
| Owner Phone | |
| Owner Email | |

Campus

HSC

| Additional Information | | Capital Asset Management | | Facilities |
|---|---|---|---|---|
| FOB | FOB USC | Capital Asset | *no value* | **Facilities** |

1/3

CONFIDENTIAL                 KSM0001046

| Payment Term Exception | no value | | System Type | | | Crew Number | Work Order Number |
|---|---|---|---|---|---|---|---|
| Payment Term | Standard | | Capital Asset System State | no value | | | |
| PO Clauses | | | Equipment Notes | no value | | no value | no value |
| no clause | | | | | | | |
| CA Income Tax Withholding Percentage | 7% | | | | | Stock Number | no value |
| Buyer Review | ✗ | | Capital Asset Transaction Type | Asset # | Trade In Value | | |
| | | | no value | no value | no value | | |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Fiscal Year |
|---|---|---|---|
| ███████████████████ | | | 2015 |
| Evaluation of Cellular Heterogeneity Us | 51\|52\|53\|54\|55\|56\|57\|58\|CG\|ALL | M&S LABORATORY EXPENSE | |

| External Notes and Attachments | Internal Notes and Attachments | Distribution Information |
|---|---|---|
| Note to Supplier   no note | Internal Note   no note | **Distribution Methods** |
| Attachments for supplier | Internal Attachments | The system will distribute purchase orders using the method(s) indicated below: |
| | | Fax     ███████████ |
| | | ⏍ Distribution options have been overridden for this PO |

## Line Item Details

| | Product Description | | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | ✓ **Procurement and processing** 🖩🔍 | | | EA | 200.00 USD | 2 EA | 400.00 USD |
| | Delivery Address In California? | Yes | Taxable ✓ | | Requisition Number | 55073734 | |
| | Tangible Item? | No | Commodity Code | 23 | External Note   no note | | |
| | Vendor outside of California? | No | | Research/Lab Supply & Equip | Attachments for supplier | | |
| | | | PO Clauses | | | | |

CONFIDENTIAL

KSM0001047

Vendor outside of US?     No    *no clause*          Internal Note  *no note*

Internal Attachments

---

Shipping, Handling, and Tax charges are calculated and charged by each supplier.    | Subtotal | **400.00** |
The values shown here are for estimation purposes, fund checking, and workflow      | Sales Tax | 0.00 |
approvals.                                                                           | Shipping Only | 31.20 |
                                                                                     | Shipping and Handling | 0.00 |
                                                                                     | Total | **431.20 USD** |

CONFIDENTIAL                                                              KSM0001048

# Summary - PO 50241784

*54*

PO/Reference Number    50241784

Supplier    Novogenix Laboratories Llc

| General Information | Delivery | Billing |
|---|---|---|
| | | |

### General Information

| | |
|---|---|
| PO/Reference Number | **50241784** |
| Revision Number | 3 |
| A/P status | Closed |
| Supplier Name | Novogenix Laboratories Llc |
| DUNS | |
| Address | ■■■■■■■■ |
| Purchase Order Date | 10/27/2014 |
| Original Revision Date | 10/27/2014 |
| Revision Date | 5/6/2015 |
| Distribution Date/Time | 10/27/2014 3:19 PM |
| Total | 1,000.00 USD |
| Requisition Number | 55447023 |
| Business Purpose | Human tissues |
| Previous PO Number | *no value* |

### Contact Information

| | |
|---|---|
| Owner Name | |
| Owner Phone | |
| Owner Email | |
| Campus | |
| | HSC |

### Delivery

**Deliver To**

Attn: ■■■■■■
Room ■■■■■

■■■■■■■■

### Billing

**Bill To**

USC Accounts Payable

■■■■■■■■

**Billing Options**

| | |
|---|---|
| Contract | *no value* |
| Payment Terms | 0% 30, Net 30 |
| Place Invoice on Hold | ✗ |
| Check Routing | *no value* |

| Additional Information | Capital Asset Management | Facilities |
|---|---|---|
| ■■■■■■■■ | | |

CONFIDENTIAL

54/

| FOB | FOB USC | | Capital Asset System Type | no value | | **Facilities** | |
|---|---|---|---|---|---|---|---|

FOB                FOB USC

Payment Term        no value
Exception

Payment Term        Standard

PO Clauses

no clause

CA Income Tax       7%
Withholding
Percentage

Buyer Review        ✗

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

Capital Asset        no value
System Type

Capital Asset        no value
System State

Equipment            no value
Notes

| Capital Asset Transaction Type | Asset # | Trade In Value |
|---|---|---|
| no value | no value | no value |

**Facilities**

| Crew Number | Work Order Number |
|---|---|
| no value | no value |

Stock Number        no value

## Accounting Codes

| Account Number | Validation Code | Object Code | Fiscal Year |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | | | 2015 |
| Reprogramming human epidermal and derma | 51\|52\|53\|54\|55\|56\|57\|58\|CP\|ALL | M&S LABORATORY EXPENSE | |

## External Notes and Attachments

Note to Supplier    no note

Attachments for supplier

  Customer Agreement (253k)

  Investigator Info... (50k)

  Investigator Stat... (16k)

  App research syno... (34k)

## Internal Notes and Attachments

Internal Note       no note

Internal Attachments

  Serology waiver I... (61k)

  AGP User certific... (52k)

## Distribution Information

**Distribution Methods**

The system will distribute purchase orders using the method(s) indicated below:

Fax        ▮▮▮▮▮▮▮▮

## Line Item Details

| | Product Description | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | ✓ Human Tissue 🖺 | | EA | 1,000.00 USD | 1 EA | 1,000.00 USD |

Taxable          ✗

Commodity        23
Code             Research/Lab
                 Supply & Equip

PO Clauses

Requisition       55447023
Number

External Note    no note

Attachments for supplier

CONFIDENTIAL

KSM0001033

*54*

no clause

Internal Note  *no note*
Internal Attachments

| Shipping, Handling, and Tax charges are calculated and charged by each supplier. The values shown here are for estimation purposes, fund checking, and workflow approvals. | | |
|---|---|---|
| | Subtotal | **1,000.00** |
| | Sales Tax | 0.00 |
| | Shipping Only | 0.00 |
| | Shipping and Handling | 0.00 |
| | Total | **1,000.00 USD** |

CONFIDENTIAL

KSM0001034

| | | | | | |
|---|---|---|---|---|---|
| Payment Term Exception | no value | Capital Asset System State | no value | Number | |
| Payment Term | Standard | Equipment Notes | no value | no value | no value |
| PO Clauses | | | | | |
| no clause | | | | Stock Number | no value |
| CA Income Tax Withholding Percentage | 7% | Capital Asset Transaction Type | Asset # | Trade In Value | |
| Buyer Review | ✗ | | | | |
| | | no value | no value | no value | |

| Buyer Name | Buyer Email | Buyer Phone |
|---|---|---|
| Department Contact | See below | See below |

## Accounting Codes

| Account Number | Validation Code | Object Code | Fiscal Year |
|---|---|---|---|
| | | | 2015 |
| Peripheral TGF-beta Pathway Inhibitor T | 51\|52\|53\|54\|55\|56\|57\|58\|CG\|ALL | M&S LABORATORY EXPENSE | |

## External Notes and Attachments

Note to Supplier  no note

Attachments for supplier

## Internal Notes and Attachments

Internal Note  no note

Internal Attachments

## Distribution Information

**Distribution Methods**

The system will distribute purchase orders using the method(s) indicated below:

Fax

⌨ Distribution options have been overridden for this PO

## Line Item Details

| | Product Description | | Catalog No | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 ✓ | 1 Procurement and Processing-FL. EDA: 14:6 📄🔲 | | | EA | 350.00 USD | 1 EA | 350.00 USD |

| | | | | |
|---|---|---|---|---|
| Delivery Address In California? | Yes | Taxable | ✓ | Requisition Number   53478892 |
| Vendor outside of California? | No | Commodity Code | 23 Research/Lab Supply & Equip | External Note  no note |
| Vendor outside of US? | No | PO Clauses | | Attachments for supplier |
| | | | | Internal Note  no note |

CONFIDENTIAL       KSM0001087

Exhibit 5.4.1

# CunninghamLevy.

Cunningham Levy LLP
1250 Connecticut Ave NW, Suite 200
Washington, DC 20036



September 2, 2015

*via* Hand Delivery

Charles Ingebretson
Chief Counsel
House Committee on Energy and Commerce
2125 Rayburn House Office Building
Washington, DC 20515-6115

     *Re:*    *Novogenix Laboratories LLC*

Dear Charles:

     Through this letter, on behalf of our client Novogenix Laboratories LLC ("Novogenix"), we are voluntarily transmitting documents, per your request, in advance of our briefing tomorrow morning with the House Committee on Energy and Commerce majority and minority staff, and staff from other committee members' offices. Novogenix continues to cooperate with the committee's inquiry, and the company will be producing its Executive Director Dr. ▮▮▮▮▮▮▮▮▮ for an in-person briefing, tomorrow morning.

     Nothing in this letter shall be misconstrued as an admission by the company or a waiver of its rights or privileges.

## Overview of Novogenix Laboratories LLC

Dr. ███████████ founded Novogenix Laboratories LLC ("Novogenix") in February 2010, and he is its Executive Director. Novogenix did not begin collecting and processing tissues or stem cells therefrom, however, until August 2011. Between February 2010 and July 2011, Novogenix focused almost exclusively on training.

Purpose – Scientific Research Only: Novogenix's work with fetal tissue and stem cells derived therefrom was exclusively for the purpose of scientific research, and was not used for therapeutic or transplantation purposes.[1] Novogenix has had contracts with roughly 100 clients, 98% of whom are academic scientific researchers.

No Profit: In each fiscal year, from Fiscal Years 2011 through the present, Novogenix has yielded a loss for its work related to fetal tissue and stem cells therefrom, as follows:

| | |
|---|---|
| FY 2011: | -$19,184.86 |
| FY 2012: | -$68,911.76 |
| FY 2013: | -$30,772.02 |
| FY 2014: | -$40,250.34 |
| FY 2015: | -$1,421.05 (to date)[2] |

In an abundance of caution, Dr. ███████████, a Ph.D. in Molecular, Cell and Developmental Biology, intended for Novogenix not to profit from transactions for services related to the use of fetal tissue and stem cells derived therefrom.[3] The hope was

---

[1] The template for the contract that Novogenix enters into with its clients is attached at **Exhibit A**.

[2] A detailed accounting for FY2011 – FY2015 (through July 2015) is attached at **Exhibit B**. Counsel created this document, based on contemporaneous data and documentation, and any errors therein are counsel's, not the client's.

[3] A description of the costs that the company expends to perform the services it renders is attached at **Exhibit C**. Although counsel created this document, and any errors therein are counsel's, not the client's, the document is based on contemporaneous documentation and data. In the exhibit, you will see a detailed breakdown of costs for services related to (a) formalin fixed tissue and (b) non-formalin fixed tissue. The cost of those services is roughly $50-$51 per specimen, which, in FY2011, Novogenix calculated and then increased the costs of services rendered per specimen by roughly an additional $150/specimen to bring the total charge for services related to each specimen to $200 per specimen, in most cases. Novogenix added the $150 to the price of the services in order to account for additional fixed costs amortized over a 12-month period, *e.g.*, employee salaries and lease-payments on the lab. Over time, Novogenix increased the total cost for services per specimen to $250, in most cases, because Novogenix had erred too strongly,

that Novogenix would ultimately become profitable through the company's other business units, *e.g.,* consulting.

Training: Dr. ███████ is an accomplished Ph.D, who has authored or co-authored over 20 scientific publications, which have been cited over 1,000 times in scientific journals.[4]

He began his own training, under the supervision of his UCLA Ph.D. advisor, ██████████████, M.D., Ph.D. Since 2005, Dr. ███████ has been a faculty member at the UCLA Department of Molecular, Cell and Developmental Biology/Jonsson Comprehensive Cancer Center.[5] Under her supervision, Dr. ███████ enrolled in courses at UCLA, on "Bloodborne Pathogens," "Biosafety Training" and "Medical Waste Management," among others. In Dr. ██████'s library, Dr. ███████ also reviewed relevant textbooks and literature on human developmental biology.

Following that training, Dr. ███████ and Dr. ██████████ submitted a proposal to the institutional review board to examine the molecular and cellular mechanisms of regulating human developmental hematopoiesis (*i.e.*, blood formation). The institutional review board approved the proposal. For that proposal, Dr. ██████████ and Dr. ███████ worked with the Tissue Processing Core Library ("TPCL"), which obtained consent and collected the donated tissue for Dr. ██████████'s approved research.

Through that application process before the institutional review board, Dr. ███ ███████ was required to review and comply with certain rules and regulations and thus developed an understanding of them. Such subjects included, but were not limited to:

- Anonymity
- Informed consent
- Donation of fetal tissue for scientific research

Under the supervision of Dr. ███████, Dr. ██████████ learned from the institutional review board and the professionalism displayed at TPCL the correct and compliant manner of obtaining consent, maintaining anonymity and preserving and preparing tissue for scientific research. Through this process and his prior training at

---

in the past, on the side of undervaluing the cost of its services. Novogenix also has increased the cost of services it charges to scientists, when additional work is required.

[4] Dr. ███████'s CV, including a list of his publications is attached at **Exhibit D**.

[5] Her biography is attached at **Exhibit E** and can also be found here:

████████████████████████████████████████████████ (last visited September 1, 2015).

UCLA, he also gained familiarity with the USC Environmental Health and Safety guidelines for transporting specimens.[6]

Applying these experiences to Novogenix, Dr. ███████ required that Novogenix staff undergo nine months of training, under his supervision. Novogenix staff spent this time observing at different clinics in the Los Angeles area, and staff enrolled and obtained certificates in relevant courses at USC and other institutions.

PPLA Contract and Consent Form: Novogenix entered into a contract with Planned Parenthood of Los Angeles on March 29, 2010, and a consent form is attached to it.[7]

Sincerely,

Joshua A. Levy
Kathryn J. Wozny
*Counsel for Novogenix Laboratories LLC*

Enclosures

cc:    Yuna Lee
       Minority Counsel
       House Committee on Energy and Commerce

---

[6] These guidelines, as well as other training materials and protocols, are attached at **Exhibit F.**

[7] A copy of the contract, attaching a consent form, is attached at **Exhibit G.**

Exhibit 5.4.2

ONE HUNDRED FOURTEENTH CONGRESS

# Congress of the United States

## House of Representatives

COMMITTEE ON ENERGY AND COMMERCE
2125 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–6115
Majority (202) 225-2927
Minority (202) 225-3641

December 17, 2015

Dr. ████████
Executive Director
Novogenix Laboratories, LLC
1425 San Pablo Street, Suite 205
Los Angeles, CA 90033

Dear Dr. ████████ :

We thank you for your earlier production of Novogenix Laboratories, LLC ("Novogenix") materials to the Committee on Energy and Commerce. On October 7, 2015, the U.S. House of Representatives passed H. Res. 461, which created the Select Panel on Infant Lives and empowered the panel to investigate issues related to fetal tissue research. This document request is made pursuant to the scope of investigative responsibility of the panel.

As a result, we are hereby requesting that you produce the following categories of documents and information created or dated on or after January 1, 2010:

1) A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, from which Novogenix receives or procures fetal tissue.[1]

2) A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, to which Novogenix sells or donates fetal tissue.

3) A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, to which Novogenix transferred, subcontracted or sold any business interest or business assets related to the procurement or sale of fetal tissue.

4) An organization chart that details Novogenix personnel that procure fetal tissue at the clinic level and the supervisory personnel for those procurers of fetal tissue.

---

[1] Please note that, for the purposes of this request, the term "fetal tissue" includes tissue, organs, body parts, and cell lines.

5) All communications, whether internal or external, that direct Novogenix personnel to procure fetal tissue, including, but not limited to memoranda, emails, telephone messages, and purchase orders or bills of sale.

6) All accounting records including accounting memoranda related to the cost and pricing of fetal tissue.

7) All specific requests made to Novogenix for fetal tissue made by any and all firms, corporations, non-profit organizations, educational institutions, or other entities, including, but not limited to, order lists, billing records, payment records, payment vouchers, and receipts.

8) All documents relating to the purchase, ownership, or rental by Novogenix of equipment involving fetal tissue research, the preparation of fetal tissue for research, the modification of fetal tissue into cell lines, or any other actions taken by Novogenix related to fetal tissue including, but not limited to, the date the equipment was purchased, its purchase price, its maintenance costs, and records of the depreciation treatment under the tax code of any such equipment.

9) An inventory record of all fetal tissues obtained, sold, or retained by Novogenix, as well as an inventory of current fetal tissue including, in particular, any records that refer to multiple tissue samples or organs or body parts harvested from a single fetus.

10) All records related to any fetal tissue or cell lines procured or sold from twin fetuses.

11) All documents relating to rent or site fees paid to entities from which Novogenix obtained, sold, or donated fetal tissue.

12) All training materials used by Novogenix for the procurement of fetal tissue, preparation of fetal tissue, storage of fetal tissue, and training materials or guidance documents related to Novogenix staff relations with personnel or patients at the source entities from which fetal tissue is procured.

13) All Novogenix banking records related to the procurement, sale, donation, or distribution or shipment of fetal tissue.

Please produce the requested documents by the close of business on December 29, 2015. Instructions for responding to the Select Panel's document requests are included as an attachment to this letter.

If you have any questions about this request, please contact Matthew Tallmer of the Select Panel Staff at (202) ▮▮▮▮▮▮, or by email at ▮▮▮▮▮▮▮▮▮▮▮▮▮.

Sincerely,

*[signature: Marsha Blackburn]*

Marsha Blackburn
Chair
Select Panel on Infant Lives

Attachment(s)

cc:     The Honorable Jan Schakowsky, Ranking Member
        Select Panel on Infant Lives

Exhibit 5.4.3

# Cunningham|Levy|Muse

Cunningham Levy Muse LLP
1250 Connecticut Ave NW, Suite 200
Washington, DC 20036

December 22, 2015

*via* **Electronic Mail**

Matthew Tallmer

███████████████

    ***Re:***    *Novogenix Laboratories, LLC*

Dear Matt:

On behalf of Novogenix Laboratories, LLC ("Novogenix") and its Executive Director, ███████████ M.D., Ph.D, this letter is in furtherance of our phone calls on December 21 and 22, 2015, and in response to Chairwoman Blackburn's letter, which we received in full on December 18, 2015 ("the December 18 letter"). Nothing in this letter shall be misconstrued as either an admission by Novogenix or a waiver of its privileges.

1.    Novogenix has cooperated with two previous congressional inquiries regarding the items requested in the December 18 letter, in which staff acknowledged and thanked Novogenix for its production to the House Committee on Energy and Commerce.

2.    Due in large part to the costs born from having to respond to these congressional inquiries, our client is no longer doing business. It has come to the end of the line in terms of resources.

3.    Novogenix already has made two productions to the House Committee on Energy and Commerce and its Subcommittee on Oversight and Investigations, and Dr. ███████ flew from California to Washington, D.C., to sit with nearly a dozen committee staff members and answer questions for as long as they wanted.

4.    The documents and information that Novogenix already has provided to the House Committee on Energy and Commerce are responsive to what appears to be the gravamen of the requests enumerated in the December 18 letter.

5.    Through the December 18 letter, the Select Panel requested that our client respond to 13 broad requests for information and documents, no later than December 29, 2015. The Select Panel thus provided us with less than seven business days within which to complete this production. Even if our

Even if our client had the resources, timely production would be impossible immediately during the period of time between Christmas and New Year's Day, as counsel will be out of town for the rest of December. Counsel will not be able to respond to the December 18 letter by December 29.

6.   Additionally, we called you yesterday to introduce ourselves and request a copy of the newly created Select Panel's rules. (Neither the U.S House of Representatives nor the House Committee on Energy and Commerce has created a web site for the Select Panel.) Yesterday, you provided us a copy of House Resolution 461 and represented that it sets forth the rules for the Select Panel. That said, the Select Panel has not yet convened an initial executive session, in which additional rules may be discussed and passed.

7.   Novogenix has been cooperative with past congressional investigations, including one held by the full committee under which the Select Panel sits. Novogenix is no longer in business.[1] For those reasons, Novogenix should not be burdened with additional broad requests for production of documents and information. That said, Novogenix wants to continue to be cooperative with any reasonable requests, and, in that vein, we will speak with you in early January, as agreed, to better understand what the Select Panel seeks to learn, after you have had a chance to review Novogenix's past productions and responses to congressional inquiries on this matter.[2]

Sincerely,

Joshua A. Levy

cc:   March Bell
      Majority Staff Director

      Heather Sawyer
      Minority Staff Director

---

[1] On our call today, you asked if there was a successor in interest to Novogenix, and we agreed to provide that answer to you in January.

[2] On our call today, you asked that we provide you, after the holidays, with Novogenix's productions to the Senate Judiciary Committee and the House Committee on Energy and Commerce.

Exhibit 5.4.4

# Cunningham|Levy|Muse

Cunningham Levy Muse LLP
1250 Connecticut Ave NW, Suite 200
Washington, DC 20036



cunninghamlevy.com

February 16, 2016

*via* **Electronic Mail**

## CONFIDENTIAL – HIGHLY SENSITIVE INFORMATION

Matthew Tallmer

> *Re: Novogenix Laboratories, LLC*

Dear Matt:

Through this letter, and in furtherance of our letter of January 19, 2016, the undersigned counsel for Novogenix Laboratries LLC ("Novogenix") responds to Request No. 2 of the December 18, 2015, letter from the Select Panel, as modified in our email correspondence of January 19, 2016 (attached).[1]  Nothing in this letter shall constitute a waiver of any of Novogenix's privileges or rights.

> **2. A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, to which Novogenix sells or donates fetal tissue.**

a.       Novogenix has not sold fetal tissue. Rather, Novogenix contracted with a number of scientists to be reimbursed for the costs of services performed by Novogenix, and each of those contracts includes a non-disclosure agreement. In January, we expressed our reservations about disclosing even the names of the institutions with which these scientists were affiliated at the time of the contract, due, in large part, to concerns about the safety of the individuals working there. In the interest of cooperating with the Select Panel, we have been working with dispatch to reach out to these entities in order to determine whether any of them would consent to our disclosure of their names to the Select Panel. Such a process has been necessary not only out of consideration for the well being of the people working at these entities, but also out of respect for the non-disclosure agreements in place.

---

[1] Your January 19, 2016, email indicated February 15, 2016, as the date by which you wanted to receive our response.  Since yesterday (February 15) was a federal holiday (*i.e.*, President's Day), we are responding today.

CONFIDENTIAL – FOR DISCLOSURE TO THE SELECT PANEL ONLY

     b.     The following entities have given their consent to our disclosure of their names:

- Cedars-Sinai;
- Columbia University;
- Fred Hutchison Cancer Research Center;
- Keck School of Medicine, University of Southern California;
- Memorial University;
- The Regents of the University of California;
- University of Michigan; and
- University of North Carolina at Chapel Hill.

Although, as discussed with you last week, we continue to work through the process of obtaining consent from other entities to which Novogenix has donated tissue, the entities disclosed today received the majority of tissue-donations from Novogenix. We renew our request from last week to have another week to work through the process of obtaining consent. Please advise. Thank you.

     c.     Today's voluntary disclosure of these entities' names to the Select Panel is confidential. We ask that the Select Panel not disclose their names to the public. This Select Panel was formed, after individuals filmed and published images of its interviews with Planned Parenthood employees. In the wake of the media storm and congressional investigations that followed, a deadly shooting took place at a Planned Parenthood clinic,[2] and an executive at a tissue procurement organization received death threats.[3] Such violent acts thus give rise to our concerns about public disclosures in this matter.

     d.     Despite our requests for confidentiality, should the Select Panel, its members or staff decide to release any of the names we have disclosed herein, please notify us prior to such release.

---

[2] Julie Turkewitz & Jack Healy, "3 Are Dead in Colorado Springs Shootout at Planned Parenthood Center," *N.Y. Times*, Nov. 27, 2015, at http://www.nytimes.com/2015/11/28/us/colorado-planned-parenthood-shooting.html?_r=0.

[3] Mike Carter, "Puyallup Man Accussed of Online Death Threats against California Company Officer," *The Seattle Times*, Dec. 27, 2015, at http://www.seattletimes.com/seattle-news/crime/puyallup-man-accused-of-online-death-threats-against-california-company-officer/.

CONFIDENTIAL – FOR DISCLOSURE TO THE SELECT PANEL ONLY

Thank you.

Sincerely,

Joshua A. Levy

Enclosures

cc:    March Bell, Majority Staff Director
       Heather Sawyer, Minority Staff Director

CONFIDENTIAL – FOR DISCLOSURE TO THE SELECT PANEL ONLY

Exhibit 5.4.5

# SUBPOENA

## BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA

To __Novogenix Laboratories, LLC__

You are hereby commanded to be and appear before the

__Committee on Energy and Commerce__

__Select Investigative Panel on Infant Lives__

of the House of Representatives of the United States at the place, date, and time specified below.

☑ **to produce the things identified on the attached schedule** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

> Place of production: Room 316, Ford House Office Building, Washington, D.C. 20515
>
> Date: May 11, 2016        Time: 5:00 p.m.

☐ **to testify at a deposition** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

> Place of testimony:_____
>
> Date:_____        Time:_____

☐ **to testify at a hearing** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

> Place of testimony:_____
>
> Date:_____        Time:_____

To_____

_____ to serve and make return.

Witness my hand and the seal of the House of Representatives of the United States, at

the city of Washington, D.C. this _29th_ day of _April_ , 20 _16_ .

_Marsha Blackburn_
*Chairman or Authorized Member*

Attest:

_Karen P. Haas_

*Clerk*

# PROOF OF SERVICE

---

Subpoena for
  Novogenix Laboratories, LLC
_____

Address  c/o Joshua A. Levy, Esq., 1250 Connecticut Avenue N.W., Suite 200
_____

 Washington, D.C. 20036
_____

before the  Committee on Energy and Commerce
_____

 Select Investigative Panel on Infant Lives
_____

*U.S. House of Representatives*
*114th Congress*

---

Served by (print name) _____

Title _____

Manner of service _____

_____

Date _____

Signature of Server _____

Address _____

_____

# Novogenix Laboratories, LLC

**In accordance with the attached schedule, instructions, and definitions, you, Novogenix Laboratories, LLC ("Novogenix"), are required to produce all documents in unredacted form described below:**

1) Documents sufficient to show all entities, including firms, corporations, non-profit organizations, and educational institutions, from which Novogenix receives or procures fetal tissue.[1] Novogenix may produce a list of such entities in lieu of documents.

2) Documents sufficient to show all entities, including firms, corporations, non-profit organizations, and educational institutions, to which Novogenix sells or donates fetal tissue. Novogenix may produce a list of such entities in lieu of documents.

3) Documents sufficient to show all entities, including firms, corporations, non-profit organizations, and educational institutions, to which Novogenix transferred, subcontracted or sold any business interest or business assets related to the procurement or sale of fetal tissue. Novogenix may produce a list of such entities in lieu of documents.

4) Documents sufficient to reflect Novogenix's organization chart, including information detailing Novogenix personnel who procure(d) fetal tissue at the clinic level and the supervisory personnel for those procurers of fetal tissue.

5) All communications, whether internal or external, that direct or relate to a direction to Novogenix personnel to procure fetal tissue, including, but not limited to memoranda, emails, telephone messages, and purchase orders or bills of sale.

6) All Novogenix accounting records, including but not limited to accounting memoranda related to the cost and pricing of fetal tissue.

7) Documents sufficient to show all institutions or entities to which Novogenix donated or provided fetal tissues for the following years: 2010, 2011, 2012, 2013, 2014 and 2015. You may provide a list of such institutions and entities in lieu of producing these documents.

8) Copies of all invoices (by month and year), reflecting the billing that Novogenix issued to all institutions or entities to which Novogenix donated or provided fetal tissues for the following years: 2010, 2011, 2012, 2013, 2014 and 2015.

---

[1] Please note that, for the purposes of this request, the term "fetal tissue" includes tissue, organs, body parts, and cell lines. *See* Definition ¶7.

9) Documents sufficient to show all institutions or entities from which Novogenix obtained fetal tissues for the following years: 2010, 2011, 2012, 2013, 2014 and 2015. You may provide a list of such institutions and entities in lieu of producing these documents.

10) Copies of all invoices (by month and year) reflecting the billing or payment of funds for fetal tissues obtained by Novogenix for the following years: 2010, 2011, 2012, 2013, 2014 and 2015.

11) A copy of any chart of accounts for Novogenix, including but not limited to account descriptions from any financial recording system relating to Novogenix.

12) Novogenix's end of year trial balance report and trial balance details for the following years: 2010, 2011, 2012, 2013, 2014 and 2015.

13) All documents reflecting Novogenix's statement of revenues (i.e., a breakdown by product categories) for the following years: 2010, 2011, 2012, 2013, 2014 and 2015.

14) All documents reflecting Novogenix's record of costs and expenses (i.e., a breakdown by operations, including fetal tissue acquisition) for administrative costs and expenses as well as compensation and benefits, for the following years: 2010, 2011, 2012, 2013, 2014 and 2015. Where applicable, records should include identification of vendors and descriptions of expenses.

15) Novogenix's balance sheets for the following years: 2010, 2011, 2012, 2013, 2014 and 2015. Audited statements should be provided, if available.

16) Novogenix's income statements, including but not limited to any profit and loss statements, statements of operations and statements of activities for the following years: 2010, 2011, 2012, 2013, 2014 and 2015. Audited statements should be provided, if available.

17) Copies of Novogenix's filed tax returns for the following years: 2010, 2011, 2012, 2013, 2014 and 2015.

18) All Novogenix bank statements from any financial institution where Novogenix has maintained an account for the following years: 2010, 2011, 2012, 2013, 2014 and 2015.

19) Documents sufficient to show how Novogenix calculates(d) the cost of a fetal tissue and all factors applied in determining pricing of fetal tissue. In lieu of these documents, you may provide a written explanation.

20) All specific requests made to Novogenix for fetal tissue made by any and all firms, corporations, non-profit organizations, educational institutions, or other entities, including, but not limited to, order lists, billing records, payment records, payment vouchers, and receipts.

21) All documents relating to the purchase, ownership, or rental by Novogenix of equipment involving fetal tissue research, the preparation of fetal tissue for research, the modification of fetal tissue into cell lines, or any other actions taken by Novogenix related to fetal tissue, including but not limited to, the date the equipment was purchased, its purchase price, its maintenance costs, and records of the depreciation treatment under the tax code of any such equipment.

22) An inventory record of all fetal tissues obtained, sold, or retained by Novogenix, as well as an inventory of current fetal tissue including, in particular, any records that refer to multiple tissue samples or organs or body parts harvested from a single fetus.

23) All records related to any fetal tissue or cell lines procured or sold from twin fetuses.

24) All documents relating to rent or site fees paid to entities from which Novogenix obtained, sold, or donated fetal tissue.

25) All training materials used by Novogenix for the procurement of fetal tissue, preparation of fetal tissue, storage of fetal tissue, and training materials or guidance documents related to Novogenix staff relations with personnel or patients at the source entities from which fetal tissue is procured.

26) All communications and documents referring or relating to Institutional Review Board (IRB), as defined by Title 45 of the Code of Federal Regulations, Part 46, consents for the period of March 29, 2012 through January 26, 2013.

### Instructions

1) The relevant time period for above-referenced documents is January 1, 2010, to the present.

2) If there are no responsive documents, provide a written explanation detailing why no such documents exist.

3) In complying with this subpoena, you are directed that no document may be redacted in any way except that that all patient information protected by the American Health Portability and Accountability Act of 1998 (HIPAA) shall be redacted.

4) In complying with the subpoena, be apprised that the U.S. House of Representatives and the Committee on Energy and Commerce, Select Investigative Panel on Infant Lives ("Select Panel") do not recognize any of the non-disclosure privileges associated with the common law, with the Freedom of Information Act, with attorney client privilege, or contractual privileges such as non-disclosure agreements.

5) In complying with this subpoena, you are directed to produce all responsive documents that are in your possession, custody, or control, whether held by you or your past or present agents, employees, and representatives acting on your behalf. You are also directed to produce records that you have a legal right to obtain, that you have a right to copy or to which you have access, as well as records that you have placed in the temporary possession, custody, or control of any third party.

6) No records, documents, data or information called for by this request shall be destroyed, modified, removed, transferred or otherwise made inaccessible to the Select Panel.

7) In the event that any entity, organization or individual denoted in this subpoena has been, or is also known by any other name than that herein denoted, the subpoena shall be read also to include them under that alternative identification.

8) Each document produced shall be produced in a form that renders the document capable of being copied.

9) Documents produced in response to this subpoena shall be produced together with copies of file labels, dividers or identifying markers with which they were associated when this subpoena was served. To the extent that documents were not stored with file labels, dividers, or identifying markers, they shall be organized into separate folders by subject matter prior to production.

10) All documents or groups of documents, produced shall be identified by the paragraph number in the Attachment to the subpoena to which the documents, or groups of documents, are responsive.

11) It shall not be a basis for refusal to produce documents that any other person or entity also possesses non-identical or identical copies of the same document.

12) If any of the subpoenaed information is available in machine-readable or electronic form (such as on a computer server, hard drive, CD, DVD, memory stick, or computer back-up tape), you shall consult with Select Panel staff to determine the appropriate format in which to produce the information. Documents produced in electronic format shall be organized, identified, and indexed electronically in a manner comparable to the organizational structure called for in Paragraphs 8 and 9 above. Documents produced in an electronic format shall also be produced in searchable format.

13) If compliance with the subpoena cannot be made in full, compliance shall be made to the extent possible, and your production shall be accompanied by a written explanation of why full compliance is not possible.

14) In the event that a document is withheld on any basis, provide the following information concerning each and every such document withheld from production: (a) the reason the document is not being produced; (b) type of document; (c) general subject matter; (d) date, author and addressee; and (e) relationship of author and addressee to each other.

15) If any document responsive to this subpoena was, but no longer is, in your possession, custody, or control, identify the document (stating its date, author, subject and recipient(s)) and explain the circumstances by which the document ceased to be in your possession, custody, or control.

16) If a date or other descriptive detail set forth in this subpoena referring to a document is inaccurate, but the actual date or other descriptive detail is known to you or is otherwise apparent from the context of the request, you should produce all documents which would be responsive as if the date or other descriptive detail were correct.

17) This request is continuing in nature and applies to any newly-discovered information. Any record, document, compilation of data or information, not produced because it has not been located or discovered by the return date, shall be produced immediately upon location or discovery subsequent thereto.

18) All documents shall be Bates-stamped sequentially and produced sequentially.

19) Two sets of responsive records shall be produced, one set to the Majority staff and one set to the Minority staff. The Majority set shall be delivered to Majority staff in Room 316 of the Ford House Office Building and the Minority set shall be delivered to the Minority staff at 361 Ford House Office Building. You shall consult with the Select Panel staff regarding the method of delivery prior to sending any material.

20) Upon completion of the document production, you must submit a written certification, signed by you or your counsel, stating that: (1) a diligent search has been completed of all documents in your possession, custody, or control which reasonably could contain responsive documents; (2) documents responsive to the request have not been destroyed, modified, removed, transferred, or otherwise made inaccessible to the Select Panel since the date of receiving the Select Panel's request or in anticipation of receiving the Select Panel's request, and (3) all documents identified during the search that are responsive have been produced to the Select Panel, identified in a log provided to the Select Panel, as described in Paragraph 13 above.

## Definitions

1) The term "document" means any written, recorded, or graphic matter of any nature whatsoever, regardless of how recorded, and whether original or copy, including but not

limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, accounting and financial records of any kind (including checks (front and back), wire transfers, cash or check payments or receipts, and check requests),working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, interoffice and intra-office communications, electronic mail ("e-mail"), instant messages, text messages, calendars, contracts, cables, notations of any type of conversation, telephone call, meeting or other communication, bulletins, printed matter, computer printouts, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, power point presentations, spreadsheets, and work sheets. The term "document" includes all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments to the foregoing, as well as any attachments or appendices thereto. The term "document" also means any graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, voice mails, microfiche, microfilm, videotapes, recordings, and motion pictures), electronic and mechanical records or representations of any kind (including, without limitation, tapes, cassettes, disks, computer server files, computer hard drive files, CDs, DVDs, back up tape, memory sticks, recordings, and removable computer media such as thumb drives, flash drives, memory cards, and external hard drives), and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, electronic format, disk, videotape or otherwise. A document bearing any notation not part of the original text is considered to be a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

2) The term "documents in your possession, custody or control" means (a) documents that are in your possession, custody, or control, whether held by you or your past or present agents, employees, officers, directors, contractors, consultants, or representatives acting on your behalf; (b) documents that you have a legal right to obtain, that you have a right to copy, or to which you have access; and (c) documents that have been placed in the possession, custody, or control of any third party.

3) The term "communication" means each manner or means of disclosure, transmission, or exchange of information, in the form of facts, ideas, opinions, inquiries, or otherwise, regardless of means utilized, whether oral, electronic, by document or otherwise, and whether face-to-face, in a meeting, by telephone, mail, e-mail, instant message, text message, discussion, release, personal delivery, or otherwise.

4) The terms "and" and "or" should be construed broadly and either conjunctively or disjunctively as necessary to bring within the scope of this request any information which might otherwise be construed to be outside its scope. The singular includes the plural number, and vice versa. The masculine includes the feminine and neuter genders.

5) The terms "person" or "persons" mean natural persons, firms, partnerships, associations, limited liability corporations and companies, limited liability partnerships, corporations, subsidiaries, divisions, departments, joint ventures, proprietorships, syndicates, other legal, business or government entities, or any other organization or group of persons, and all subsidiaries, affiliates, divisions, departments, branches, and other units thereof.

6) The term "Novogenix" includes Novogenix Laboratories, LLC and any affiliates or related entities, all referred to herein, both individually and collectively, as "Novogenix".

7) The term "fetal tissue" means tissue, organs, body parts, and cell lines.

8) The term "study" or "proposal" means any work or regime of biomedical research that led to a report or memoranda, whether published or not.

9) The terms "referring" or "relating," with respect to any given subject, mean anything that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, or is in any manner whatsoever pertinent to that subject.

10) The terms "you" and "your" refer to Novogenix, as defined herein, whether known by this name or a different name, its past and present officers, directors, employees, consultants, contractors, agents, representatives, subsidiaries, and/or parents.

Exhibit 5.4.6

# Cunningham|Levy|Muse

Cunningham Levy Muse LLP
1250 Connecticut Ave NW, Suite 200
Washington, DC 20036



cunninghamlevy.com

May 31, 2016

*via* **Electronic Mail**

**CONFIDENTIAL – HIGHLY SENSITIVE INFORMATION**

March Bell
Staff Director and Chief Counsel
U.S. House of Representatives Select Panel on Infant Lives

███████████████

    *Re:   Novogenix Laboratories, LLC*

Dear March:

    Through this letter, and in furtherance of our prior correspondence, the undersigned counsel for Novogenix Laboratories LLC ("Novogenix") responds to Request No. 2 of the December 18, 2015, letter from the Select Panel, as modified in our e-mail correspondence of January 19, 2016. Nothing in this letter shall constitute a waiver of any of Novogenix's privileges or rights, and Novogenix reserves the right to supplement this response.

    **2.  A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, to which Novogenix sells or donates fetal tissue.**

    a.    Novogenix has not sold fetal tissue. Rather, Novogenix contracted with a number of scientists to be reimbursed for the costs of services performed by Novogenix, and each of those contracts includes a non-disclosure agreement. In January, we expressed our reservations about disclosing even the names of the institutions with which these scientists were affiliated at the time of the contract, due, in large part, to concerns about the safety of the individuals working there. However, in the interest of cooperating with the Select Panel, we have been working with dispatch to reach out to these entities in order to determine whether any of them would consent to our disclosure of their names to the Select Panel. Such a process has been necessary not only out of consideration for the well being of the people working at these entities, but also out of respect for the non-disclosure agreements in place.

CONFIDENTIAL – FOR DISCLOSURE TO THE SELECT PANEL ONLY

    b. In addition to the entities we already have disclosed to the Select Panel, the following entities have given their consent to our disclosure of their names in response to this request:

- Baker IDI Heart and Diabetes Institute
- Biogen
- Children's Hospital Los Angeles
- City of Hope
- Fraunhofer Institute for Interfacial Engineering and Biotechnology IGB
- The Institute of Molecular Biotechnology GmbH
- Laval University
- Lund University
- Massachusetts Eye and Ear
- McGill University
- Rockefeller University
- Schepens Eye Research Institute
- The Children's Hospital of Philadelphia
- The Max Planck Institute of Molecular Cell Biology and Genetics
- The University of Alberta
- The University of Florida
- The University of Melbourne
- The University of Texas Southwestern Medical Center

The entities that we have disclosed to the Select Panel (today and previously) have received over 99% of the fetal tissue that Novogenix has donated.

    c. Today's voluntary disclosure of the above entities' names to the Select Panel is confidential. We ask that the Select Panel not disclose their names to the public. This Select Panel was formed, after individuals filmed and then published heavily edited images and recordings of Planned Parenthood employees. In the wake of the media storm and congressional investigations that followed, a deadly shooting took place at a Planned Parenthood clinic,[1] and an executive at a tissue procurement organization received death threats.[2] Such violent acts thus give rise to our legitimate safety concerns about public disclosures in this matter.

---

[1] Julie Turkewitz & Jack Healy, "3 Are Dead in Colorado Springs Shootout at Planned Parenthood Center," *N.Y. Times*, Nov. 27, 2015, at http://www.nytimes.com/2015/11/28/us/colorado-planned-parenthood-shooting.html?_r=0.

[2] Mike Carter, "Puyallup Man Accussed of Online Death Threats against California Company Officer," *The Seattle Times*, Dec. 27, 2015, at

      d.     Despite our requests for confidentiality, should the Select Panel, its members or staff decide to release any of the names we have disclosed herein, please notify us prior to such release.

      e.     Per you request, we have been reviewing business records and intend on producing them soon, with the intention of helping the Select Panel verify our representation to the House Committee on Energy and Commerce that Novogenix lost money each year, from 2011-15, on its services related to the Select Panel's and the House Committee's inquiries.. We would like to discuss our production of business records with you, tomorrow, if you have time. Please let us know what times work best for you.

Thank you.

Sincerely,

Joshua A. Levy

cc:    Heather Sawyer, Minority Staff Director

---

http://www.seattletimes.com/seattle-news/crime/puyallup-man-accused-of-online-death-threats-against-california-company-officer/.

CONFIDENTIAL – FOR DISCLOSURE TO THE SELECT PANEL ONLY

Exhibit 5.4.7

██████ Briefing

Biographical info

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

   b.  LA was a full time position (difference is size of affiliate)
       i.   While at PPLA
       ii.  19 clinics at the time she left, approx. 20 now – March 2013
       iii. Administrative office downtown and would travel to different sites to
            perform abortions
       iv.  Surgical abortion performed at 6 or 7 sites, medication performed at all
            sites with exception of express sites that performed non-abortion services
       v.   Colposcopy and _____ (pap smear) as it got bigger she trained mid-level
            physicians to perform, hired urologist to perform and oversee services;
            oversight of mid-level physicians who were performing birth control,
            mammogram, non-abortion services
       vi.  Over time, oversight increased
       vii. Administrative side as medical director – oversight of other clinicians and
            services they were performing, interpret and write protocols for mid-level
            environment, oversee
            1.  Medical assistants, RN, Advanced practice clinicians (nurse
                practitioners, physician assistants; licensed by state), physicians
                (providing surgical services) [common terminology in CA]
       viii. Budget – income that was generated from clinical services to support
             clinical services and donations would go to advocacy, etc.
       ix.  Senior staff 2013 – configuration changed a lot; board, reporting to board
            was CEO, chief financial officer, office of counsel, medical director, IT
            dept., public affairs, _____
   c.  OBGYN is medical training – practice and perform abortions
       i.   Training in Boston learned to perform up to 24 weeks, but at PPLA
            although supervised up to 24, personally only did up to 16 weeks
       ii.  While at PPLA half administrative half clinical position
   d.  Serving as dual capacity at Pasadena – said she would help them out as medical
       director until they found someone but ended up becoming medical director
       i.   4 clinics at Pasadena
       ii.  Office is at administrative headquarters; roughly same senior staff
            structure
   e.  Medical Director Counsel
       i.   Affinity group within PP – board of trustees who manage, elected
            president in Oct. 2014 (around that time) for a 3 year term.

      ii. Includes all medical directors of all PP affiliates

      iii. 2014 asked to serve as president of

      iv. Counsel – advocacy group within PP family for medical directors; liaison for affiliate CEO group ASAC – how they can better support medical directors, how to understand perspective of physicians, liaison was sent to our group to talk about medical care – 1 week, 2x a year – meetings are all across the country

      v. Board of trustees meets over telephone as necessary

2. Medical Standards & Guidelines

   a. Responsibility to implement MS&G at affiliate

   b. Clinicians and physicians feel comfortable that medical care is highest standard and criteria – medical committee; clinicians in Oct/Nov get together and sit down and decides what the best treatment is for individual treatments (e.g. breast exams, abortion services, STD treatment)

   c. Medical division makes protocol; that is sent to each affiliate and customize it for local use; when she first started 130 affiliates and were trying to become more standardized but there were still differences in location; each state has different approach to public health

      i. Medical director job is to take state requirements and match them up to MS&G

      ii. Medical director's counsel is off to the side, subside branch, advocacy group, similar to CEO or CFO group

      iii. ▓▓▓▓▓▓▓▓ – chairs national committee; not sure of incoming chair; subcommittees; medical division fielded question from field, based on questions they are concerned about – subject matter (surgical questions, infectious disease questions)

3. Experience at PPLA –

   a. Had tissue donation program when she left. Had tissue donation program starting in 2010 (to the best of her knowledge).

   b. Development of program – approached by independent researchers and TPOs to participate. Board said we didn't want to get involved, declined opportunities to get involved. Approached by colleague at UCLA, group organizing TPO and you should talk to them. Spoke to Novagenix – impressed by them and work they were trying to do. Took to CEO and is it time to reopen discussion with board, talked internally, approached board, Novagenix came and gave presentation and decided to move forward with relationship with Novagenix.

      i. Once a year or once every year from 1998 people would knock on our door and approach.

      ii. When some other orgs. Knocked on the door and we approached the board, board not interested until 2010. Was a different board, they were more interested. No direct knowledge for why board was not interested; believe they were interested in focusing on core services at the time (Contraception, STD testing, etc.)

iii. Was Novagenix different? Similar to previous companies, a little more academic, willing to share what they were doing with tissue – plus board had turned over; combination of the two.
   1. PowerPoint,
   2. Came and approached me, sat down and had a conversation, invited them to talk to senior management team, they were impressed; approached CEO, she arranged for them to give PowerPoint to board, board interested, sat down and worked out details. Novagenix came and talked to front line staff.
   3. Man – partner (▮▮▮▮▮▮▮?)
   4. Brought in contract template – clauses that the lawyers want to put in; CEO signed
      a. VP, myself, lead clinician, administrator
      b. Involved PPFA but exact nature I don't recall – would have sent to medical division of PPFA. IF you are affiliate you apply to medical division for permission.
      c. Approval in writing? Usually does come in writing, but no memory of something that came in writing for approval of this.
iv. Board changes over every year – people have term limits.
v. Novagenix proposing to start with 1 health center and if successful go to 2 and then 3. Send their staff person to our center and our staff would identify patients based on last menstrual period who were between 9-16; our staff would get informed consent for procedure, then our staff would say by the way we have program for tissue donation, are you interested? If interested, our staff would explain further and she would sign consent for tissue donation, then the chart would be flagged so surgeon would know she was donating. Technician (▮▮▮▮) would take tissue, wrap it up.
   1. Electronic medical record system, at time some things still needed to be signed, paper would follow patient. On door of procedure room, thin paper chart and notice would be on chart that they were donating tissue
   2. Sheet of paper that was a different color, that said "patient is performing tissue" or something.
   3. Doctor was supposed to know, and in every single instance, process was to flag it.
   4. Novagenix did not obtain consent, PP obtained consent. ▮▮▮▮ did not obtain informed consent; she would talk to patient to confirm consent, proceed with termination.
   5. Started at Mark Tapper center.
   6. Cannot remember exactly, place for physician signature on page patient signed or check box I'm EMR system or separate sheet of

paper. Not sure where but there is a requirement for physician signature.

7. Personally not involved in 1 on 1 research projects, only involved in tissue being donated to entity.

8. Novagenix proposed $45 and I had been approached by others before that have more dollars attached to it, spoke to medical directors and they were getting slightly more, did rough calculation of what cost would be and $45 was well within ballpark of expenses and agreed to $45 Novagenix proposal – per specimen for Novagenix to take away. Did not employ anyone to do an audit. Believe language did not specify that you needed to do that.

9. Pinpoint which version of documents you have, make affirmative position to tell you which one we think was enforced in 2010 when she was engaging in process in 2010.

In 2010 – understanding was she received in and was aware of it floating around in head, with updates; recall consulted protocol in 2010-did not use independent auditor, did informal rough calculation of cost.

    a. Consulted other affiliates; looked at staff time involved in triage, staff time in discussing tissue donation, consent, notification to patients chart, her time negotiating, space against cost of commercial relations, parking spaces; took basic cost and it seemed more than $45.

    b. Asked staff how long they think it would take them to do these things. Speaking to affiliates to see what they were receiving per specimen, felt she was being conservative because $45 was low end, didn't ask them how they calculated. Talked to at least 3 affiliates but don't remember who, mostly in CA.

    c. Specimen – fetal tissue. If I did 12 week abortion, she would take all or part of that – didn't charge by organ. Specimen is product of conception.

11. ▮▮▮▮▮ – spoke about Novagneix. Met her when she moved to LA from Boston. Took over position of Director of Society of Planning Family Fellowship at UCLA. Independent provider who provided abortion services at PPLA. Their fellows trained at PPLA. Not involved in tissue donation to my knowledge.

12. Other TPOs that contacted you? Don't think it was StemExpress, but other CA company. Don't think ABR approached us.

4. Memo = ▮▮▮▮▮

    a. Context of setting up tissue donation program in 2010

    b. Attached standard – "standard" memo that came from legal department but not at this time part of standards and guidelines; when I got this memo in 2001, we were

not doing tissue donation at the time. Time it was re-circulated; we used medical standard and guidelines for our program.

5. National Medical Committee
   a. MS&G, in 2010 there was guidance on fetal tissue donation. Speculate that not all matters of medical care come before NMC; sometimes they are totally confident. Matters only come to NMC if there is controversy or multiple ways to do something.
   b. Medical division within PPFA is in charge of NMC.

6. Experience with Fetal Tissue research
   a. Yale
   b. Approached by nuero researchers treatment of Parkinson's 6-9 months involved with procuring fetal tissue for research, received no compensation. Before statues came out in 1993. Did whatever technique was required to get tissue for them. Much different process. At the time there may have been changes in procedure. No other role in research, just providing tissue; no contract, informal.
   c. CAPS – consortium for abortion providers. Interest group for abortion providers to talk to each other and find best way to do things; as time passed, CAPS was absorbed into bigger planned parenthood family.

7. Accreditation and Re-accreditation
   a. Have been involved.
   b. Used to be every 4 years, changed to every 3. Want same standards as outside non-PP. spend 3-4 days, review hundreds of charts, interview employees, 300 items look at clinical services, look at board, look at financial services, look at everything. Turn over a lot of rocks, look at certificates, are licenses up to date. Affiliate can say "class 1 good", class 2, class 3. PPLA and Pasadena always got Class 1 with some corrections, know when they are coming.
   c. PPLA last audit ███ was involved in – may have been 2011 or 2012.
   d. Can't recall specifically if tissue donation was reviewed but believe it would have been one of the things that was looked at.
   e. Records would be in custody of PPLA. Outcomes provided to affiliate, accreditation would be with PPFA.
   f. Separate affiliate evaluation department; affiliation and accreditation department

8. Records associated with procedure
   a. Start with informed consent; typically also have discussion about what kind of birth control she is going to go on, might sign consent for that; then blood test done; then ultrasound and ultrasound picture as well as result is part of medical record – performed on every patient to determine gestational age; depending on gestational age if over 12 weeks she might take meds to make cervix softer (if under 26 might have STD testing); then go to procedure room and be identified are you sure want to do this; procedure done, tissue go to tissue room next door, surgeon will look to see If complete, if birth control that will be taken care of; will go to recovery room; then sent home with birth control – all documented (some paper, some electronic consent) version of consent will be same, signature unique

to her chart. Informed consent to donate, there will be paper form. In medical record, there is number of check boxes for outcome (disposed, donated, law enforcement, pathology (if anomaly with fetus). 98% routine disposal but if donated.

    b. Rate of donation in experience as clinician – at least 50% of patient agree to donate.

    c. General as medication abortion is becoming more frequent, only up to 9 weeks, more early gestation and less late gestation.

    d. Clinic she was at in PPLA when doing procedure went to 16 weeks, expanded to Bixby (?) site and went to 24 weeks. But use digoxin between 20-24 so only donating up to 20 weeks.

    e. Ballpark 3,000-4,000 per year were 17-24 week gestation– maybe 15,000 total abortions per year (of 19 clinics) – at time she was there

9. Expansion of fetal tissue donation

    a. Was doing quite well, wanted to expand to give patients option to donate. Always the plan to start at one and expand to 2 or 3.

    b. PP national standards and guidelines just took it wholesale mostly and put in our standards and guidelines. Recollection ours was the same as national.

    c. Consent form – took wholesale consent form that had all standards and guidelines. 1 page consent form that came out from PPFA and we put in wholesale, they didn't permit us to modify that.

10. Human Transplantation

    a. Not changing timing, method or procedure. Do I know if TPO is in compliance, I have no way of knowing. I think our contract would state that all partners are in compliance.

    b. Mentioned in broad strokes what diseases they were working on treatment for but don't remember specific methods. No expectation that she should know what research was for. Broad stroke answers e.g. management of diabetes

        i. Not aware of patients asking questions about what not to donate for, occasionally ask to donate to specific program and we have to explain we don't have specific contracts with those orgs.

    c. Not involved with specific research program/department. (while she was there)— consulted with her lawyer on this after he specified while she was there, does that indicate they have done this since?

    d. Initial consent obtained by proxy

11. Knowledge of consent – do know that patient has consented before obtaining tissue.

    a. Exhibit 6 – changes in timing/procedure

    b. Item B4 – no changes

    c. Document produced by PPFA – need to consult them.

12. Novagenix agreement

    a. ▮▮▮▮▮ could be person from Novagenix

b. Exhibit B – tissue preparation services – not my area but I would understand tissue that was collected would go under processing techniques, but if asking for details, sorry don't know.
c. Any idea what the contract research would be? No.
d. Are they acquiring specimens or is the fee for services? Reimbursement for expenses. IS it for services or specimen? Not selling specimen, charging what costs are with expenses in providing tissue.
e. Look for documentation on use of specimen
f. Her recollection is that it was paid monthly. During her time, program extended to 2 clinics, one day a week at each clinic. Approx. at Mark Taper, guess maybe 20-22 procedures a day (9-10 would be eligible; half would agree so 4-5 per day). Bigger cases at other site (gestational age wise) 2-3 maybe a day. Novagenix was there for full day at both facilities.
g. 7 years required to obtain medical records; different for minor. Contract specified that they had to be 18 years of age or older. In CA you can get an abortion younger, but chose not to include in tissue donation program.

13. Ultrasound
a. Some patients if question of completion, question of completion may bring in ultra sound machine.
b. Federal consent form – PPFA consent form was based on federal guidelines so I refer to it as a federal consent form.

14. Experience with fetal tissue donation, clinic in early 90s – no experience with fetal tissue donation.

15. Since video changed has status changed? No
a. Conversation with PP officials about what was on that video? Pasadena has been
    i. Provided security and emotional support
    ii. In role as president of board of trustees – other conversations with medical directors some of who were also victimized; conversations with Cecile or people of that nature – no.
b. supportive, no conversation with PPFA about video (apart from discussion with lawyers)
c. Not considering establishing fetal tissue donation at Pasadena
d. Was it appropriate to discuss reimbursement in your role as medical director? Did not believe she was negotiation, preliminary discussion, CEO of PP Pasadena was aware – she understood it was preliminary, her issue was to make sure whatever number we were talking about covered cost.

16. Professional relationship with Dr. ███? Already medical director at PPLA, trained USC fellows (contract), came over to train as part of fellowship, medical director at Santa Barbara facilitated by me, when she left I hired her to be contract provider and director of research program; then hired away by PPFA and I report to her in that role.

17. Fetal tissue donation was part of medical discussion
a. Discussed in medical directors council meeting? Not in that context but discussion with other directors outside

b. NMC? Don't recall specific conversations. May have come up but don't recall.
c. Roles and responsibilities as medical director – was part of medical discussion? Within purview of medical director? Yes – part of responsibilities in terms of compliance with those requirements, tissue donation falls under medical staff (not legal); after I have initial conversation would talk to finance, legal, etc.

18. More interest in recent years? Constant – steady, is my impression. Haven't noticed uptick or decline in past 20 years.
19. Nothing prior to 2001 about tissue donation guidance. Was there anything that preceded this? Don't know if there was anything in 1998; if there is a new program it bubbles up and takes a while to get guidance.
20. Una: Novagenix contract viewed by counsel? Yes, also had process where we sent to PPFA.
21. Una: reason to believe it happened? From personal experience when doing cases, when she looked and saw that patient chart was flagged, also looked at consent – from personal experience, never aware of cases where tissue was taken away without consent.
    a. Never audited compliance, good suggestion though.
22. Guidance in effect in 2010 when fetal tissue donation program was created.

Exhibit 5.47

Advanced Bioscience Resources
September 3, 2015

| Tab | Document Description |
|---|---|
| 1. | ABR Code of Ethics |
| 2. | ABR Discussion of Regulations |
| 3. | Overview of ABR |
| 4. | Program Functions |
| 5. | November 21, 1997 Agreement with PP Mar Monte |
| 6. | November 1, 2007 Agreement with PP Mar Monte |
| 7. | November 2007 Business Associate Agreement with PP Mar Monte |
| 8. | March 4, 2010 Letter from PP Mar Monte |
| 9. | March 2010 Business Associate Agreement with PP Mar Monte |
| 10. | June 14, 2010 Letter from PP Mar Monte with 30 day notice for termination of Nov. 1, 2007 agreement |
| 11. | June 1, 1999 Agreement with PP San Diego/Riverside |
| 12. | June 1, 2005 Agreement PP San Diego/Riverside |
| 13. | September 24, 2010 Letter from PP San Diego & Riverside re: Name Change to PP Pacific Southwest |
| 14. | October 1, 2010 Agreement with PP Pacific Southwest |
| 15. | January 1, 2012 RTA Addendum to October 1, 2010 Agreement with PP Pacific Southwest |
| 16. | Template Healthcare Provider Agreement |
| 17. | ABR Pamphlet for Healthcare Provider Patients |
| 18. | Current Tissue Donation Consent Form |
| 19. | Procurement Specialist/Technician Job Description |
| 20. | Template Warranty Letter to Researchers |
| 21. | Template Application for Researchers |
| 22. | Terms & Conditions of Service for Researchers |
| 23. | Fees for Service Schedules 2010 – 2015 (for Researchers) |

1



ADVANCED BIOSCIENCE RESOURCES, INC.

## OVERVIEW

**ADVANCED BIOSCIENCE RESOURCES** is a non-profit corporate foundation established in 1989 under California law to provide biomedical researchers with access to human tissues. ABR was formed exclusively for biomedical, scientific, and educational purposes and is devoted to providing services in connection with the procurement of human organs and tissues for medical and scientific research. ABR specializes in the procurement, preservation and distribution of both human fetal tissues and full term umbilical cord blood for research, and provides a highly individualized, reliable and easily accessible service.

**TISSUE COLLECTION AND DISTRIBUTION:** The purpose of ABR is to promote cooperative efforts to collect and distribute human tissues and to thereby facilitate research utilizing those tissues. Trained personnel coordinate the retrieval, preservation and delivery of each specimen.

Tissues obtained through ABR are retrieved from routinely performed surgical procedures including first and second trimester induced abortions, and full term deliveries, either natural or caesarian section. Tissues that were once discarded are now available to scientists worldwide through the efforts of ABR. Researchers may specify tissue characteristics, preservation methods, and delivery times.

**PRESERVATION METHODS:** Each specimen is collected, preserved, and shipped according to the investigator's individual protocol.

**QUALITY CONTROL:** ABR practices strict quality control procedures and adheres to stringent guidelines for tissue collection and preservation. Consent is obtained in accordance with UAGA and NOTA and AATB guidelines. Tissue specimens are identified, dissected, and transferred to specified medium. A random control number is assigned to each sample to ensure patient identity confidentiality.

To assure proper processing of the tissue, every researcher selects a collection/preservation protocol tailored specifically to his needs. In the collection and distribution of these tissues, every effort is made to exercise the highest standards of medical and laboratory practice. ABR specializes in direct communication with each investigator from the initial application through tissue collection to specimen delivery.

**APPLICATION PROCESS:** To request human tissue for research, an application for tissue acquisition must be completed and submitted to ABR. The application identifies the medical/scientific institution and principal investigator, and the specific research work intended. The application is reviewed for feasibility and priority, and, if approved, a protocol will be developed to meet the individual research needs.

**INVESTIGATOR APPROVAL:** ABR will provide tissue to researchers when application information is verified, including information on current research funding and a short summary of their research intent. Investigators must agree to accept responsibility for the potential biohazard of the tissue and to appropriately train laboratory personnel in the proper handling of the tissue. In addition, the researcher must agree to use the tissue solely for research or transplantation research purposes and to acknowledge ABR in any publications resulting from the use of ABR- provided tissue.

**SERVICE AND PROCESSING FEES:** Participating medical facilities that enable ABR to execute its tissue acquisition and distribution programs may be paid a nominal fee for such services. A minimal processing / preservation / shipment fee is also assessed for services provided to research facilities.



1516 Oak Street, Suite 303 / Alameda, California 94501 / (510) 865-5872 / Fax (510) 865-4090

CONFIDENTIAL TREATMENT REQUESTED                    HCEC000004

Exhibit 5.48

# Congress of the United States

## House of Representatives

COMMITTEE ON ENERGY AND COMMERCE
2125 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–6115
Majority (202) 225–2927
Minority (202) 225–3641

**VIA EMAIL TO ATTORNEY OF RECORD**

January 21, 2016

████████████
President
Advanced Bioscience Resources, Inc.
████████████

C/O Mr. Jonathan E. Lopez
Orrick, Herring & Sutcliff
████████████

Dear ██████:

We thank you for your earlier production of Advanced Bioscience Resources ("ABR") materials to the Committee on Energy and Commerce.  On October 7, 2015, the U.S. House of Representatives passed H. Res. 461, which created the Select Panel on Infant Lives and empowered the panel to investigate issues related to fetal tissue research.  This document request is made pursuant to the scope of investigative responsibility of the panel.

As a result, we are hereby requesting that you produce the following categories of documents and information created or dated on or after January 1, 2010:

1)    A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, from which ABR receives or procures fetal tissue.[1]

2)    A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, to which ABR sells or donates fetal tissue.

3)    A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, to which ABR transferred, subcontracted or sold any business interest or business assets related to the procurement or sale of fetal tissue.

4)    An organization chart that details ABR personnel that procure fetal tissue at the clinic level and the supervisory personnel for those procurers of fetal tissue.

5)    All communications, whether internal or external, that direct ABR personnel to procure fetal tissue, including, but not limited to memoranda, emails, telephone messages, and purchase orders or bills of sale.

6)    All accounting records including accounting memoranda related to the cost and pricing of fetal tissue.

7)    All specific requests made to ABR for fetal tissue made by any and all firms, corporations, non-profit organizations, educational institutions, or other entities, including, but not limited to, order lists, billing records, payment records, payment vouchers, and receipts.

8)    All documents relating to the purchase, ownership, or rental by ABR of equipment involving fetal tissue research, the preparation of fetal tissue for research, the modification of fetal tissue into cell lines, or any other actions taken by ABR related to fetal tissue, including but not limited to, the date the equipment was purchased, its purchase price, its maintenance costs, and records of the depreciation treatment under the tax code of any such equipment.

9)    An inventory record of all fetal tissues obtained, sold, or retained by ABR, as well as an inventory of current fetal tissue including, in particular, any records that refer to multiple tissue samples or organs or body parts harvested from a single fetus.

10)   All records related to any fetal tissue or cell lines procured or sold from twin fetuses.

11)   All documents relating to rent or site fees paid to entities from which ABR obtained, sold, or donated fetal tissue.

12)   All training materials used by ABR for the procurement of fetal tissue, preparation of fetal tissue, storage of fetal tissue, and training materials or guidance documents

---

[1] Please note that, for the purposes of this request, the term "fetal tissue" includes tissue, organs, body parts, and cell lines.

related to ABR staff relations with personnel or patients at the source entities from which fetal tissue is procured.

13)     All ABR banking records related to the procurement, sale, donation, or distribution or shipment of fetal tissue.

Please produce the requested documents by the close of business on February 5, 2016. Instructions for responding to the Select Panel's document requests are included as an attachment to this letter.

If you have any questions about this request, please contact Matthew Tallmer of the Select Panel Staff at (202) 225-2927, or by email at Matthew.Tallmer@mail.house.gov.

Sincerely yours,

Marsha Blackburn
Chair
Select Panel on Infant Lives

Attachment(s)

cc:     The Honorable Jan Schakowsky, Ranking Member
        Select Panel on Infant Lives

Exhibit 5.49

# SUBPOENA

## BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA

_To_ Advanced Bioscience Resources, Inc.

You are hereby commanded to be and appear before the

Committee on Energy and Commerce

Select Investigative Panel on Infant Lives

of the House of Representatives of the United States at the place, date, and time specified below.

[✓] **to produce the things identified on the attached schedule** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of production: Room 316, Ford House Office Building, Washington, D.C. 20515

Date: May 17, 2016                    Time: 5:00 p.m.

[ ] **to testify at a deposition** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of testimony: _____

Date: _____                    Time: _____

[ ] **to testify at a hearing** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of testimony: _____

Date: _____                    Time: _____

_To_ _____

_____ to serve and make return.

Witness my hand and the seal of the House of Representatives of the United States, at

the city of Washington, D.C. this _29th_ day of _April_ , 20 _16_ .

_Marsha Blackburn_
_Chairman or Authorized Member_

Attest:

_Karen P. Haas_
_Clerk_

## PROOF OF SERVICE

Subpoena for

       Advanced Bioscience Resources, Inc.

Address  c/o  Jonathan E, Lopez, Esq., Orrick, Herrington & Sutcliffe, ███████████

███████████

before the  Committee on Energy and Commerce

Select Investigative Panel on Infant Lives

*U.S. House of Representatives*
*114th Congress*

---

Served by (print name) _____

Title _____

Manner of service _____

_____

Date _____

Signature of Server _____

Address _____

_____

# Advanced Bioscience Resources, Inc.

**In accordance with the attached schedule, instructions, and definitions, you, Advanced Bioscience Resources, Inc. ("ABR"), are required to produce all documents in unredacted form described below:**

1) Documents sufficient to show all entities, including firms, corporations, non-profit organizations, and educational institutions, from which ABR receives or procures fetal tissue.[1] ABR may produce a list of such entities in lieu of documents.

2) Documents sufficient to show all entities, including firms, corporations, non-profit organizations, and educational institutions, to which ABR sells or donates fetal tissue. ABR may produce a list of such entities in lieu of documents.

3) Documents sufficient to show all entities, including firms, corporations, non-profit organizations, and educational institutions, to which ABR transferred, subcontracted or sold any business interest or business assets related to the procurement or sale of fetal tissue. ABR may produce a list of such entities in lieu of documents.

4) Documents sufficient to reflect ABR's organization chart, including information detailing ABR personnel that procure(d) fetal tissue at the clinic level and the supervisory personnel for those procurers of fetal tissue.

5) All communications, whether internal or external, that direct or relate to a direction to ABR personnel to procure fetal tissue, including, but not limited to memoranda, emails, telephone messages, and purchase orders or bills of sale.

6) All ABR accounting records, including accounting memoranda related to the cost and pricing of fetal tissue.

7) Documents sufficient to show all institutions or entities to which ABR donated or provided fetal tissues for the following years: 2010, 2011, 2012, 2013, 2014 and 2015. You may provide a list of such institutions and entities in lieu of producing these documents.

8) Copies of all invoices (by month and year), reflecting the billing that ABR issued to all institutions or entities to which ABR donated or provided fetal tissues for the following years: 2010, 2011, 2012, 2013, 2014 and 2015.

---

[1] Please note that, for the purposes of this request, the term "fetal tissue" includes tissue, organs, body parts, and cell lines. *See* Definition ¶7.

9) Documents sufficient to show all institutions or entities from which ABR obtained fetal tissues for the following years: 2010, 2011, 2012, 2013, 2014 and 2015. You may provide a list of such institutions and entities in lieu of producing these documents.

10) Copies of all invoices (by month and year) reflecting the billing or payment of funds for fetal tissues obtained by ABR for the following years: 2010, 2011, 2012, 2013, 2014 and 2015.

11) A copy of any chart of accounts for ABR, including but not limited to account descriptions from any financial recording system relating to ABR.

12) ABR's end of year trial balance report and trial balance details for the following years: 2010, 2011, 2012, 2013, 2014 and 2015.

13) All documents reflecting ABR's statement of revenues (i.e., a breakdown by product categories) for the following years: 2010, 2011, 2012, 2013, 2014 and 2015.

14) All documents reflecting ABR's record of costs and expenses (i.e., a breakdown by operations, including fetal tissue acquisition) for administrative costs and expenses as well as compensation and benefits, for the following years: 2010, 2011, 2012, 2013, 2014 and 2015. Where applicable, records should include identification of vendors and descriptions of expenses.

15) ABR's balance sheets for the following years: 2010, 2011, 2012, 2013, 2014 and 2015. Audited statements should be provided, if available.

16) ABR's income statements, including but not limited to any profit and loss statements, statements of operations and statements of activities for the following years: 2010, 2011, 2012, 2013, 2014 and 2015. Audited statements should be provided, if available.

17) Copies of ABR's filed tax returns for the following years: 2010, 2011, 2012, 2013, 2014 and 2015.

18) All ABR bank statements from any financial institution where ABR has maintained an account for the following years: 2010, 2011, 2012, 2013, 2014 and 2015.

19) Documents sufficient to show how ABR calculates(d) the cost of a fetal tissue and all factors applied in determining pricing of fetal tissue. In lieu of these documents, you may provide a written explanation.

20) All specific requests made to ABR for fetal tissue made by any and all firms, corporations, non-profit organizations, educational institutions, or other entities, including, but not limited to, order lists, billing records, payment records, payment vouchers, and receipts.

21) All documents relating to the purchase, ownership, or rental by ABR of equipment involving fetal tissue research, the preparation of fetal tissue for research, the modification of fetal tissue into cell lines, or any other actions taken by ABR related to fetal tissue, including but not limited to, the date the equipment was purchased, its purchase price, its maintenance costs, and records of the depreciation treatment under the tax code of any such equipment.

22) An inventory record of all fetal tissues obtained, sold, or retained by ABR, as well as an inventory of current fetal tissue including, in particular, any records that refer to multiple tissue samples or organs or body parts harvested from a single fetus.

23) All records related to any fetal tissue or cell lines procured or sold from twin fetuses.

24) All documents relating to rent or site fees paid to entities from which ABR obtained, sold, or donated fetal tissue.

25) All training materials used by ABR for the procurement of fetal tissue, preparation of fetal tissue, storage of fetal tissue, and training materials or guidance documents related to ABR staff relations with personnel or patients at the source entities from which fetal tissue is procured.

26) All communications and documents referring or relating to Institutional Review Board (IRB), as defined by Title 45 of the Code of Federal Regulations, Part 46, consents for the period of March 29, 2012 through January 26, 2013.


## Instructions

1) The relevant time period for above-referenced documents is January 1, 2010, to the present.

2) If there are no responsive documents, provide a written explanation detailing why no such documents exist.

3) In complying with this subpoena, you are directed that no document may be redacted in any way except that that all patient information protected by the American Health Portability and Accountability Act of 1998 (HIPAA) shall be redacted.

4) In complying with the subpoena, be apprised that the U.S. House of Representatives and the Committee on Energy and Commerce, Select Investigative Panel on Infant Lives ("Select Panel") do not recognize any of the non-disclosure privileges associated with the common law, with the Freedom of Information Act, with attorney client privilege, or contractual privileges such as non-disclosure agreements.

5) In complying with this subpoena, you are directed to produce all responsive documents that are in your possession, custody, or control, whether held by you or your past or present agents, employees, and representatives acting on your behalf. You are also directed to produce records that you have a legal right to obtain, that you have a right to copy or to which you have access, as well as records that you have placed in the temporary possession, custody, or control of any third party.

6) No records, documents, data or information called for by this request shall be destroyed, modified, removed, transferred or otherwise made inaccessible to the Select Panel.

7) In the event that any entity, organization or individual denoted in this subpoena has been, or is also known by any other name than that herein denoted, the subpoena shall be read also to include them under that alternative identification.

8) Each document produced shall be produced in a form that renders the document capable of being copied.

9) Documents produced in response to this subpoena shall be produced together with copies of file labels, dividers or identifying markers with which they were associated when this subpoena was served. To the extent that documents were not stored with file labels, dividers, or identifying markers, they shall be organized into separate folders by subject matter prior to production.

10) All documents or groups of documents, produced shall be identified by the paragraph number in the Attachment to the subpoena to which the documents, or groups of documents, are responsive.

11) It shall not be a basis for refusal to produce documents that any other person or entity also possesses non-identical or identical copies of the same document.

12) If any of the subpoenaed information is available in machine-readable or electronic form (such as on a computer server, hard drive, CD, DVD, memory stick, or computer back-up tape), you shall consult with Select Panel staff to determine the appropriate format in which to produce the information. Documents produced in electronic format shall be organized, identified, and indexed electronically in a manner comparable to the organizational structure called for in Paragraphs 8 and 9 above. Documents produced in an electronic format shall also be produced in searchable format.

13) If compliance with the subpoena cannot be made in full, compliance shall be made to the extent possible, and your production shall be accompanied by a written explanation of why full compliance is not possible.

14) In the event that a document is withheld on any basis, provide the following information concerning each and every such document withheld from production: (a) the reason the document is not being produced; (b) type of document; (c) general subject matter; (d) date, author and addressee; and (e) relationship of author and addressee to each other.

15) If any document responsive to this subpoena was, but no longer is, in your possession, custody, or control, identify the document (stating its date, author, subject and recipient(s)) and explain the circumstances by which the document ceased to be in your possession, custody, or control.

16) If a date or other descriptive detail set forth in this subpoena referring to a document is inaccurate, but the actual date or other descriptive detail is known to you or is otherwise apparent from the context of the request, you should produce all documents which would be responsive as if the date or other descriptive detail were correct.

17) This request is continuing in nature and applies to any newly-discovered information. Any record, document, compilation of data or information, not produced because it has not been located or discovered by the return date, shall be produced immediately upon location or discovery subsequent thereto.

18) All documents shall be Bates-stamped sequentially and produced sequentially.

19) Two sets of responsive records shall be produced, one set to the Majority staff and one set to the Minority staff. The Majority set shall be delivered to Majority staff in Room 316 of the Ford House Office Building and the Minority set shall be delivered to the Minority staff at 361 Ford House Office Building. You shall consult with the Select Panel staff regarding the method of delivery prior to sending any material.

20) Upon completion of the document production, you must submit a written certification, signed by you or your counsel, stating that: (1) a diligent search has been completed of all documents in your possession, custody, or control which reasonably could contain responsive documents; (2) documents responsive to the request have not been destroyed, modified, removed, transferred, or otherwise made inaccessible to the Select Panel since the date of receiving the Select Panel's request or in anticipation of receiving the Select Panel's request, and (3) all documents identified during the search that are responsive have been produced to the Select Panel, identified in a log provided to the Select Panel, as described in Paragraph 13 above.

### Definitions

1) The term "document" means any written, recorded, or graphic matter of any nature whatsoever, regardless of how recorded, and whether original or copy, including but not

limited to, the following: memoranda, reports, expense reports, books, manuals, instructions, financial reports, accounting and financial records of any kind (including checks (front and back), wire transfers, cash or check payments or receipts, and check requests), working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospectuses, interoffice and intra-office communications, electronic mail ("e-mail"), instant messages, text messages, calendars, contracts, cables, notations of any type of conversation, telephone call, meeting or other communication, bulletins, printed matter, computer printouts, invoices, transcripts, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, power point presentations, spreadsheets, and work sheets. The term "document" includes all drafts, preliminary versions, alterations, modifications, revisions, changes, and amendments to the foregoing, as well as any attachments or appendices thereto. The term "document" also means any graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, voice mails, microfiche, microfilm, videotapes, recordings, and motion pictures), electronic and mechanical records or representations of any kind (including, without limitation, tapes, cassettes, disks, computer server files, computer hard drive files, CDs, DVDs, back up tape, memory sticks, recordings, and removable computer media such as thumb drives, flash drives, memory cards, and external hard drives), and other written, printed, typed, or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, film, tape, electronic format, disk, videotape or otherwise. A document bearing any notation not part of the original text is considered to be a separate document. A draft or non-identical copy is a separate document within the meaning of this term.

2) The term "documents in your possession, custody or control" means (a) documents that are in your possession, custody, or control, whether held by you or your past or present agents, employees, officers, directors, contractors, consultants, or representatives acting on your behalf; (b) documents that you have a legal right to obtain, that you have a right to copy, or to which you have access; and (c) documents that have been placed in the possession, custody, or control of any third party.

3) The term "communication" means each manner or means of disclosure, transmission, or exchange of information, in the form of facts, ideas, opinions, inquiries, or otherwise, regardless of means utilized, whether oral, electronic, by document or otherwise, and whether face-to-face, in a meeting, by telephone, mail, e-mail, instant message, text message, discussion, release, personal delivery, or otherwise.

4) The terms "and" and "or" should be construed broadly and either conjunctively or disjunctively as necessary to bring within the scope of this request any information which might otherwise be construed to be outside its scope. The singular includes the plural number, and vice versa. The masculine includes the feminine and neuter genders.

5) The terms "person" or "persons" mean natural persons, firms, partnerships, associations, limited liability corporations and companies, limited liability partnerships, corporations, subsidiaries, divisions, departments, joint ventures, proprietorships, syndicates, other legal, business or government entities, or any other organization or group of persons, and all subsidiaries, affiliates, divisions, departments, branches, and other units thereof.

6) The term "ABR" includes Advanced Bioscience Resources, Inc. and any affiliates or related entities, all referred to herein, both individually and collectively, as "ABR".

7) The term "fetal tissue" means tissue, organs, body parts, and cell lines.

8) The term "study" or "proposal" means any work or regime of biomedical research that led to a report or memoranda, whether published or not.

9) The terms "referring" or "relating," with respect to any given subject, mean anything that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, or is in any manner whatsoever pertinent to that subject.

10) The terms "you" and "your" refer to ABR, as defined herein, whether known by this name or a different name, its past and present officers, directors, employees, consultants, contractors, agents, representatives, subsidiaries, and/or parents.

Exhibit 5.50

# Advanced Bioscience Resources, Inc.

ORRICK

Privileged and Confidential

CONFIDENTIAL TREATMENT REQUESTED

SP000748

# ABR Overview

- ABR is a small non-profit entity that is a respected partner to educational and medical institutions around the world.

- ABR specializes in the procurement, preservation, and distribution to researchers of donated tissue and blood.

  - Includes fetal tissue, maternal blood, amniotic fluid, and umbilical cord blood.

- ABR does not do independent lab work on cells or tissue (i.e., no stem cell isolation).

- ABR receives the tissue or other material from the health care provider (HCP), procures and packages the specimens from the tissue or other material, and provides the specimens to researchers.

Privileged and Confidential

CONFIDENTIAL TREATMENT REQUESTED

# ABR Overview

- █████ ABR's founder, is a registered nurse and former donor transplant coordinator.

  - At UCLA's Organ Procurement Agency, ████ saw the potential for lifesaving research resulting from organ and tissue donation.

  - She then created ABR to serve as an intermediary between HCPs and researchers to facilitate biomedical research.

- ABR has been a 501(c)(3) non-profit since 1992.

- There are 6 full-time and 5 part-time employees:

  - 6 Administrative staff
  - 3 Procurement staff
  - 1 Medical Advisor
  - 1 Scientific Advisor

Privileged and Confidential
CONFIDENTIAL TREATMENT REQUESTED

# Key Points

- <u>No Financial Incentives.</u>  ABR employees are paid a salary or an hourly wage, and are not incentivized, financially or otherwise, to collect particular fetal tissue.

  - There are no bonus or other incentive payments based on number or type of specimens collected.

  - Employee evaluations are not in any way based on number or type of specimens collected.

  - There are no quotas for collection.

- <u>No Change in Procedure.</u>  ABR does not ask the HCPs to change their procedures.

SP000751

Privileged and Confidential
**CONFIDENTIAL TREATMENT REQUESTED**

# Key Points Cont'd

- <u>Fees for Services.</u> Fees for services and facilities include costs for clinical staff obtaining consents, maintaining records, transferring fetal tissue, clinical space, and utilities.

- <u>Flat Fees.</u> ABR pays HCPs a flat fee for services on a product of conception (POC) basis, regardless of how many, or what type, of specimens are procured from the POC or the term of the POC.

- <u>Fees for Researchers.</u> ABR has a set schedule of fees for fetal and blood specimens.

  - The fee does not vary based on type of fetal specimen.

SP000752

Privileged and Confidential
CONFIDENTIAL TREATMENT REQUESTED

- ABR has stringent standards regarding procurement specialists:
  - Medical background with a certification in phlebotomy.
  - Receive on-the-job training for 4 to 8 weeks.
    - Trained by ABR Procurement Manager (20+ years experience) and/or ABR President (30+ years experience).
- Trainings emphasize ABR is a guest of the HCP and may not interfere with procedures.
- Compensation is **<u>not</u>** tied to procurement.
  - An hourly wage, healthcare benefits, and a 401K are provided.

Privileged and Confidential

CONFIDENTIAL TREATMENT REQUESTED

# Daily Snapshot

- Contact HCP about surgery schedule;
  - Specialists visit 1-2 HCP facilities/week, 4-5 days/week;
- Confirm consent with HCP staff/records;
- At the conclusion of each consenting surgery, procurement specialists:
  - Identify and remove viable tissues that fulfill pending requests;
  - Place tissue in appropriate media, and package;
  - Prepare shipping boxes and deliver to transporter;
  - Receive or perform pre- or post-operative blood draw from appropriate donors, and complete lab requisitions for testing;
- Provide updates to ABR on requests as they are fulfilled.

Privileged and Confidential

CONFIDENTIAL TREATMENT REQUESTED

# Agreements with Researchers

- Application Process:
  - Application includes summary of research.
  - Applications are reviewed by ABR's President, Procurement Manager, QA/QC Manager, Scientific Director, and Medical Director.
    - Review is focused on scientific credibility and feasibility.
- Terms and Conditions of Application:
  - Makes clear the services that ABR will provide, including that donated tissue will be obtained from consenting donors in compliance with all laws.
- ABR does **not** have a website for researcher requests.

SP000755

Privileged and Confidential
CONFIDENTIAL TREATMENT REQUESTED

# Conclusion

ABR was established to help lifesaving medical research, and that goal has shaped ABR's mission, policies, and process for over 25 years.

ABR respects the need to review its processes and the surrounding issues that accompany working in this field.

It is in this spirit that ABR is cooperating and will continue to cooperate with the present inquiries.

Privileged and Confidential

CONFIDENTIAL TREATMENT REQUESTED

SP000756

# Exhibit 5.51

COPY

# AGREEMENT

This agreement is made as of June 1, 1999 by Advanced Bioscience Resources, Inc. ("ABR"), a non-profit corporation organized and existing under the laws of California, and Planned Parenthood of San Diego and Riverside Counties, a professional corporation.

WHEREAS, ABR is an organization devoted to providing services in connection with the procurement of human organs and tissues for medical research; and

WHEREAS, Planned Parenthood of San Diego and Riverside Counties may wish to provide services to ABR to facilitate the accomplishment of such purpose;

NOW, THEREFORE, in consideration of the premises and mutual covenants contained herein, the parties agree as follows:

1. The term "fetal organ" has the same meaning as the term defined in 42 U.S.C.A. 274 e(c)(1) of the National Organ Transplant Act; that is, the human kidney, liver, heart, lung, pancreas, bone marrow, cornea, eye, organ or any subpart thereof, as derived from a fetus.

2. The term "product of conception"("POC") means any fetal organ or other fetal or placental material taken from the human uterus during an abortion. Acquisition of the products of conception is provided as a service to the research community. The products of conception are being supplied to ABR with no warranties, expressed or implied, including any warranty of merchantability or fitness for a particular purpose.

ABR will take reasonable steps to assure that the products of conception shall be for use in scientific research and that all applicable guidelines set forth by the National Institutes of Health (NIH) or other government agencies regarding the use of the products of conception shall be followed.

Planned Parenthood shall not bear any risk, directly or indirectly, from any handling, preparation, shipment or use of the fetal tissue acquired and distributed by ABR, including, but not exclusive of, any viral or bacterial contaminants.

3. Planned Parenthood of San Diego and Riverside Counties will provide, and ABR will pay the reasonable costs for, services and facilities (hereinafter collectively "services") associated with obtaining consents and with the removal of fetal organs and tissues from POCs, and their processing, preservation, quality control, transportation, and storage; including appropriate space in which employees can accomplish the work of ABR, disposal services for non-used portions of biological waste materials, and for seeking consent for donation of organs and tissues from appropriate donors, and maintaining records of such consents so that verification of consent can be supported. Planned Parenthood of San Diego and Riverside Counties will designate an employee to perform the work required by ABR.

4. The fee charged to ABR for the services specified in this Agreement in connection with each POC provided to ABR shall be forty-five dollars ($45.00).

5. Any information obtained from Planned Parenthood of San Diego and Riverside Counties' patients' charts shall be privileged and the contents of same shall be held so as to preserve the confidentiality of patients. ABR is not entitled to and will not receive information concerning identity of donors except as specified.

6. The term of this Agreement shall be for one (1) year, beginning from the date hereof, and terminating one (1) year thereafter, unless either of the parties hereto shall have given the other thirty (30) days' written notice of its intention to terminate this Agreement, whereupon same shall terminate thirty (30) days after date of said notice. In default of notice as aforesaid from either party hereto, this Agreement shall continue for further successive terms of one (1) year thereafter and, in default of thirty (30) days' written notice before the end of an annual term either of the parties hereto of its intention not to renew, whereupon this Agreement shall terminate at the end of said term.

7. Written notices pursuant to this Agreement shall be sent first class mail, postage prepaid, to:

Planned Parenthood of San Diego and Riverside Counties

Advanced Bioscience Resources, Inc.

8. The parties do not know how many patients will sign the consent forms in agreement to donate POCs for research, and therefore do not know how many POCs will be supplied thereunder. Planned Parenthood of San Diego and Riverside Counties shall not be obligated to provided any minimum number of POCs; ABR shall not be obligated to take any minimum number of POCs, nor shall ABR be obligated to take all the POCs made available by Planned Parenthood of San Diego and Riverside Counties.

9. The parties hereto hereby mutually agree to defend, protect, and save harmless each other's officers, directors, agents and/or employees or consultants from and against all expenses, liabilities, demands or claims for loss or damage to, property, or personal injury or death suffered as a result of any actions by the parties hereto in the performance of the Agreement and attributable to the fault or negligence of the parties hereto or their respective officers, directors, agents and/or employees or consultants.

2

10. No modification to this Agreement, nor any waiver of any rights, shall be effective unless agreed in writing by the party to be charged with such waiver or modification, and the waiver of any breach or default shall not constitute a waiver of any other right hereunder or any subsequent breach or default.

11. This Agreement constitutes the entire and exclusive agreement between the parties hereto with respect to its subject matter and merges all other communication and discussion, oral or written.

12. This Agreement shall be governed by and interpreted under the laws of the State of California, excluding rules of conflicts of law and venue for any dispute arising hereunder shall be in the County of San Diego, California.

13. The prevailing party in any action to enforce the terms of the Agreement shall be entitled to reimbursement by the other party for all costs (including the reasonable fees of attorneys and other professionals) incurred in connection with such proceeding.

14. This Agreement may be executed in counterparts, each of which will be deemed an original, but both of which together will constitute one and the same instrument.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed in duplicate by their duly authorized representatives as of the date first above written.



Planned Parenthood of San Diego and Riverside Counties

President and CEO

Advanced Bioscience Resources, Inc.

By:

President

Federal E.I.N.: 94-3110160
California E.I.N.: 370-20518

3

HCEC000030

ⓒCOPY

# AGREEMENT

This agreement is made as of June 1, 2005, by Advanced Bioscience Resources, Inc. ("ABR"), a non-profit corporation organized and existing under the laws of California, and Planned Parenthood of San Diego and Riverside Counties ("PPSDRC"), a professional corporation.

WHEREAS, ABR is an organization devoted to providing services in connection with the procurement of human organs and tissues for medical research; and

WHEREAS, PPSDRC may wish to provide services to ABR to facilitate the accomplishment of such purpose;

NOW, THEREFORE, in consideration of the premises and mutual covenants contained herein, the parties agree as follows:

1. The term "fetal organ" has the same meaning as the term defined in 42 U.S.C.A. 274 e(c)(1) of the National Organ Transplant Act; that is, the human kidney, liver, heart, lung, pancreas, bone marrow, cornea, eye, organ or any subpart thereof, as derived from a fetus.

2. The term "product of conception" ("POC") means any fetal organ or other fetal or placental material taken from the human uterus during an abortion. Acquisition of the products of conception is provided as a service to the research community. The products of conception are being supplied to ABR with no warranties, expressed or implied, including any warranty of merchantability or fitness for a particular purpose.

   ABR will take reasonable steps to assure that the products of conception shall be for use in scientific research and that all applicable guidelines set forth by the National Institutes of Health (NIH) or other government agencies regarding the use of the products of conception shall be followed.

   PPSDRC shall not bear any risk, directly or indirectly, from any handling, preparation, shipment or use of the fetal tissue acquired and distributed by ABR, including, but not exclusive of, any viral or bacterial contaminants.

3. PPSDRC will provide, and ABR will pay the reasonable costs for, services and facilities (hereinafter collectively "services") associated with obtaining consents and with the removal of fetal organs and tissues from POCs, and their processing, preservation, quality control, transportation, and storage; including appropriate space in which employees can accomplish the work of ABR, disposal services for non-used portions of biological waste materials, and for seeking consent for donation of organs and tissues from appropriate donors, and maintaining records of such consents so that verification of consent can be supported. ABR will hire an employee to perform the work required by ABR.

1

CONFIDENTIAL TREATMENT REQUESTED



4. The fee charged to ABR for the services specified in this Agreement in connection with each POC provided to ABR shall be fifty-five dollars ($55.00).

5. Any information obtained from PPSDRC's patients' charts shall be privileged and the contents of same shall be held so as to preserve the confidentiality of patients. ABR is not entitled to and will not receive information concerning identity of donors except as specified.

6. The term of this Agreement shall be for three (3) years, beginning from the date hereof, and terminating three (3) years thereafter, unless either of the parties hereto shall have given the other thirty (30) days' written notice of its intention to terminate this Agreement, whereupon same shall terminate thirty (30) days after date of said notice. In default of notice as aforesaid from either party hereto, this Agreement shall continue for further successive terms of one (1) year thereafter and, in default, of thirty (30) days' written notice before the end of an annual term either of the parties hereto of its intention not to renew, whereupon this Agreement shall terminate at the end of said term.

7. Written notices pursuant to this Agreement shall be sent first class mail, postage prepaid, to:

Planned Parenthood of San Diego and Riverside Counties



Advanced Bioscience Resources, Inc.

8. The parties do not know how many patients will sign the consent forms in agreement to donate POCs for research, and therefore, do not know how many POCs will be supplied thereunder. PPSDRC shall not be obligated to provide any minimum number of POCs; ABR shall not be obligated to take any minimum number of POCs, nor shall ABR be obligated to take all the POCs made available by PPSDRC.

9. The parties hereto hereby mutually agree to defend, protect, and save harmless each other's officers, directors, agents and/or employees or consultants from and against all expenses, liabilities, demands or claims for loss or damage to, property, or personal injury or death suffered as a result of any actions by the parties hereto in the performance of the Agreement and attributable to the fault or negligence of the parties hereto or their respective officers, directors, agents and/or employees or consultants.

CONFIDENTIAL TREATMENT REQUESTED                    HCEC000032



10. No modification to this Agreement, nor any waiver of any rights, shall be effective unless agreed in writing by the party to be charged with such waiver or modification, and the waiver of any breach or default shall not constitute a waiver of any other right hereunder or any subsequent breach or default.

11. This Agreement constitutes the entire and exclusive agreement between the parties hereto with respect to its subject matter and merges all other communication and discussion, oral or written.

12. This Agreement shall be governed by and interpreted under the laws of the State of California, excluding rules of conflicts of law and venue for any dispute arising hereunder shall be in the County of San Diego, California or County of Riverside, California.

13. The prevailing party in any action to enforce the terms of the Agreement shall be entitled to reimbursement by the other party for all costs (including the reasonable fees of attorneys and other professionals) incurred in connection with such proceeding.

14. This Agreement may be executed in counterparts, each of which will be deemed an original, but both of which together will constitute one and the same instrument.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed in duplicate by their duly authorized representatives as of the date first above written.

Planned Parenthood of San Diego and Riverside Counties



By: _____

_____ President and CEO

Advanced Bioscience Resources, Inc.



By: _____

_____ President

Federal E.I.N.: 94-3110160
California E.I.N.: 3709-20518

3

CONFIDENTIAL TREATMENT REQUESTED

HCEC000033



# Planned Parenthood®
## of the Pacific Southwest

9/24/10

**Advanced Bioscience**

███████████████████

Re: Fetal Tissue Research.
   Contract effective 6/1/2005 through 5/31/2010.

Dear Advanced Bioscience

Effective October 4, 2010, we are changing our name. Our new name is:

**Planned Parenthood of the Pacific Southwest**

Please accept this letter as your official notification of this name change. Attached is a copy of the Certified Amendment to our Articles of Incorporation. All other business information such as address and phone number will remain the same. Should you require other documentation or forms to be completed, please forward them to our office.



PPSW Accounting Manager
████████████████

Attachment: Copy of approved & Amended Articles of Incorporation

A 070b124

ENDORSED - FILED
In the office of the Secretary of State
of the State of California

AUG 2 3 2010

## CERTIFICATE OF AMENDMENT OF
## ARTICLES OF INCORPORATION

The undersigned certify that:

1. They are the president and the secretary, respectively, of Planned Parenthood of San Diego and Riverside Counties, a California corporation.

2. Article I of the Articles of Incorporation of this corporation is amended to read as follows:

   The name of this corporation is Planned Parenthood of the Pacific Southwest

3. The foregoing amendment of Articles of Incorporation has been duly approved by the board of directors.

4. The corporation has no members.

We further declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of our own knowledge.

Date: _8/23/10_



CONFIDENTIAL TREATMENT REQUESTED



ADVANCED BIOSCIENCE RESOURCES, INC.

# AGREEMENT

This agreement is made as of October 1, 2010 between Advanced Bioscience Resources, Inc. ("ABR"), a non-profit corporation organized and existing under the laws of California, and Planned Parenthood of the Pacific Southwest ("PPPSW, a professional corporation.

WHEREAS, ABR is an organization devoted to providing services in connection with the procurement of human organs and tissues for medical research; and

WHEREAS, PPPS has agreed to provide services to ABR to facilitate the accomplishment of such purpose;

NOW, THEREFORE, in consideration of the premises and mutual covenants contained herein, the parties agree as follows:

1. The term "fetal organ" has the same meaning as the term defined in 42 U.S.C.A. 274 e(c)(1) of the National Organ Transplant Act; that is, the human kidney, liver, heart, lung, pancreas, bone marrow, cornea, eye, organ or any subpart thereof, as derived from a fetus.

2. The term "product of conception" ("POC") means any fetal organ or other fetal or placental material taken from the human uterus during an abortion. Acquisition of the products of conception is provided as a service to the research community. The products of conception are being supplied to ABR with no wasrranties, expressed or implied, including any warranty of merchantability or fitness for a particular purpose.

   ABR will take reasonable steps to assure that the products of conception shall be for use in scientific research and that all applicable guidelines set forth by the National Institutes of Health (NIH) or other governmental agencies regarding the use of the products of conception shall be followed.

   PPPS shall not bear any risk, directly or indirectly, from any handling, preparation, shipment or udr of the fetal tissue acquired and distributed by ABR, including, but not exclusive of, any viarl or bacterial contaminants.

3. PPPS will provide, and ABR will pay the reasonable costs for, services and facilities (hereinafter collectively "services") associated with obtaining consents and with the removal of fetal organs and tissues from POCs, and their processing, preservation, quality control, transportation, and storage; including appropriate space in which ABR employees can work, disposal services for non-used portions of cadaveric materials, and for seeking consent for donation of tissues and organs from appropriate donors, and maintaining records of such consents so that verification of consent can be supported. ABR will hire an employee to perform the work required by ABR.

1516 Oak Street, Suite 303 / Alameda, California 94501 / (510) 865-5872 / Fax (510) 865-4090

CONFIDENTIAL TREATMENT REQUESTED

4. The charge to ABR for the services specified in this Agreement in connection with each POC provided to ABR shall be sixty dollars ($60.00).

5. Any information obtained from PPPS/patients' charts shall be privileged and the contents of same shall be held so as to preserve the confidentiality of patients. ABR is not entitled to and will not receive information concerning identity of donors except as specified.

6. The term of this Agreement shall be for three (3) years, beginning from the date hereof, and terminating three (3) years thereafter, unless either of the parties hereto shall have given the other thirty (30) days' written notice of its intention to terminate this Agreement, whereupon same shall terminate thirty (30) days after date of said notice. In default of notice as aforesaid from either party hereto, this Agreement shall continue for further successive terms of one (1) year thereafter and, in default of thirty (30) days' written notice before the end of an annual term either of the parties hereto of its intention not to renew, whereupon this Agreement shall terminate at the end of said term.

7. Written notices pursuant to this Agreement shall be sent first class mail, postage prepaid, to:

   Planned Parenthood of the Pacific Southwest

   ████████████████████████

   Advanced Bioscience Resources, Inc.

   ████████████████████████

8. The parties do not know how many patients will sign the consent forms in agreement to donate POC's for research and therapy, and therefore do not know how may POC's will be supplied thereunder. PPPS shall not be obligated to provide any minimum number of POC's; ABR shall not be obligated to take any minimum number of POCs, nor shall ABR be obligated to take all the POCs made available by PPPS.

9. The parties hereto hereby mutually agree to defend, protect, and save harmless each other's officers, directors, agents and/or employees or consultants from and against all expenses, liabilities, demand or claims for loss or damage to, property, or personal injury or death suffered as a result of any actions by the parties hereto in the performance of the Agreement and attributable to the fault or negligence of the parties hereto or their respective officers, directors, agents and/or employees or consultants.

2

10. No modification to this Agreement, nor any waiver of any rights, shall be effective unless agreed in writing by the party to be charged with such waiver or modification, and the waiver of any breach or default shall not constitute a waiver of any other right hereunder or any subsequent breach or default.

11. This Agreement constitutes the entire and exclusive agreement between the parties hereto with respect to its subject matter and merges all other communication and discussion, oral or written.

12. This Agreement shall be governed by and interpreted under the laws of the State of California, excluding rules of conflicts of law, and venue for any dispute arising hereunder shall be in the County of San Diego, California or in the County of Riverside, California.

13. The prevailing party in any action to enforce the terms of the Agreement shall be entitled to reimbursement by the other party for all costs (including the reasonable fees of attorneys and other professionals) incurred in connection with such proceeding.

14. This Agreement may be executed in counterparts, each of which will be deemed an original, but both of which together will constitute one and the same instrument.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed in duplicate by their duly authorized representatives as of the date first above written.



Planned Parenthood of the Pacific ~~~~

Advanced Bioscience Resources, Inc.

Federal EIN: 94-3110160
California EIN: 370-20518
FDA FEI: 3005208435

3

HCEC000038

# ADVANCED BIOSCIENCE RESOURCES, INC

## ADDENDUM to the OCTOBER 2010 AGREEMENT
### RE: Regulated Tissue Acquisition (RTA)

This Addendum is made as of January 1, 2012, to the October 2010 Agreement between Advanced Bioscience Resources, Inc. ("ABR"), a non-profit foundation organized and existing under the laws of California, and Planned Parenthood of the Pacific Southwest (PPPSW), a professional corporation.

WHEREAS, ABR is an organization devoted to providing services in connection with the procurement of human organs and tissues for medical research and therapeutic use; and

WHEREAS, PPPSW has agreed to provide services to ABR to facilitate the accomplishment of such purpose;

NOW, THEREFORE, in consideration of the premises and mutual covenants contained herein, PPPSW and ABR agree as follows:

1. ABR's Regulated Tissue Acquisition requires a 2-consecutive-day commitment, hereinafter termed the "RTA component".

   a. ABR Procurement Specialist staff will be present in the designated PPPSW facility the day prior to surgery (Day 1) for the identification, interview and selection of patients as potential candidates for the RTA.

   b. ABR Procurement Specialist CTBS staff will be present in the PPPSW facility the day of surgery (Day 2) for the acquisition of specific tissues from the selected patients and for the coordination of the documentation and distribution of RTA tissues.

   c. More than one RTA component may take place in any given week, potentially utilizing two RTA facilities in one week.

   d. RTA procurement is dependent solely upon ABR-affiliated bio-medical requests.

   e. Advance notification to PPPSW of each requested RTA component will occur at least one week prior to the requested RTA component.

2. In addition to Item 3 in the PPPSW / ABR Agreement of October 2010, PPPSW and ABR agree that:

   a. PPPSW will provide ABR with the private use of a designated space, hereinafter termed "clean space", within the utilized Planned Parenthood of the Pacific Southwest facility(s), to accomplish the required tasks as set forth in the RTA components.

   b. The assigned "clean space" will be designated for the use of ABR personnel during the RTA components; the assigned "clean space" location will be consistent from week to week; and the assigned "clean space" will be available to ABR up to 8 hours per day during the 2-day RTA component, to allow ABR to accomplish all tasks necessary to the RTA.

3. PPPSW and ABR also agree that:

   a. The charge to ABR for the services specified in this Addendum in connection with each 2-day RTA Component shall be $1000 (one thousand dollars).

   b. If there is no cause for ABR to be present in the PPPSW facility on Day 2 of the RTA component, that is, if there are no qualifying patients on Day 1 of the RTA component, then the charge to ABR for the services of providing the assigned "clean space" shall be $500 (five hundred dollars) only, for Day 1 only.

   c. Payment is due within 45 days from the date service was rendered. Payments for services relating to RTA components will be separate and distinct from the payments for services referenced in the October 2010 PPPSW / ABR Agreement, and will be recorded as "RTA Reimbursement".

4. This Addendum is an addition to the October 2010 Agreement, and does not alter any item in the October 2010 Agreement.

5. This Addendum may be executed in counterparts, each of which will be deemed an original, but both of which together will constitute one and the same instrument.

IN WITNESS WHEREOF, the parties hereto have caused this Addendum to be executed in duplicate by their duly authorized representatives as of the date first above written.

Planned Parenthood of the Pacific Southwest

By: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
SR VP of Patient Services

Advanced Bioscience Resources, Inc.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮
President



ADVANCED BIOSCIENCE RESOURCES, INC.

## AGREEMENT

This agreement is made as of _"DATE"_ between Advanced Bioscience Resources, Inc. ("ABR"), a non-profit foundation organized and existing under the laws of California, and _"FACILITY"_, a professional corporation.

WHEREAS, ABR is an organization devoted to providing services in connection with the procurement of human organs and tissues for medical research; and

WHEREAS, _"FACILITY"_ has agreed to provide services to ABR to facilitate the accomplishment of such purpose;

NOW, THEREFORE, in consideration of the premises and mutual covenants contained herein, the parties agree as follows:

1. The term "fetal organ" has the same meaning as the term defined in 42 U.S.C.A. 274 e(c)(1) of the National Organ Transplant Act; that is, the human kidney, liver, heart, lung, pancreas, bone marrow, cornea, eye, organ or any subpart thereof, as derived from a fetus.

2. The term "product of conception" ("POC") means any fetal organ or other fetal or placental material taken from the human uterus during an abortion.

3. _"FACILITY"_ will provide, and ABR will pay the reasonable costs for, services and facilities (hereinafter collectively "services") associated with obtaining patients' consents and with the removal of fetal organs from POCs, and their processing, preservation, quality control, transportation, and storage; including appropriate space in which ABR employees can work, disposal services for non-used portions of cadaveric materials, and for seeking consent for donation of tissues and organs from appropriate donors, which includes consent for the acquisition of blood samples for testing pertinent to specified research, and maintaining records of such consents so that verification of consent can be supported.

4. The charge to ABR for the services specified in this Agreement in connection with each POC provided to and used by ABR shall be fifty dollars ($50.00).

5. Any information obtained from _"FACILITY"_ patients' charts shall be privileged and the contents of same shall be held so as to preserve the confidentiality of patients. ABR is not entitled to and will not receive information concerning identity of donors except as specified per HIPAA Privacy Rule.

6. ABR warrants that its employees will have current certification for phlebotomy, as well as current OSHA and HIPAA training and certification. ABR warrants that its employees have been verified for employment through appropriate background checks and warrants that no ABR employee working at _"FACILITY"_ sites has any record of a criminal conviction. An authorized representative of _"FACILITY"_ may conduct audits of ABR employee files at the offices of ABR at 1516 Oak Street, Suite 303, in Alameda, California, upon notification and request.

7. The term of this Agreement shall be for one (1) year, beginning from the date hereof, and terminating one (1) year thereafter, unless either of the parties hereto shall have given the other thirty (30) days' written notice of its intention to terminate this Agreement, whereupon same shall terminate thirty (30) days after date of said notice. In default of notice as aforesaid from either party hereto, this Agreement shall continue for further successive terms of one (1) year thereafter and, in default of thirty (30) days' written notice before the end of an annual term either of the parties hereto of its intention not to renew, whereupon this Agreement shall terminate at the end of said term.

1

CONFIDENTIAL TREATMENT REQUESTED
HCEC000040

8. Written notices pursuant to this Agreement shall be sent first class mail, postage prepaid, to:

*"FACILITY"*

_____

_____

Advanced Bioscience Resources, Inc.

███████████████████

9. The parties do not know how many patients will sign the consent forms in agreement to donate POC's for research, and therefore do not know how many POCs may be supplied thereunder. *"FACILITY"* shall not be obligated to provide any minimum number of POCs; ABR shall not be obligated to take any minimum number of POCs, nor shall ABR be obligated to take all the POCs made available by *"FACILITY"*.

10. The parties hereto hereby mutually agree to defend, protect, and save harmless each other's officers, directors, agents and/or employees or consultants from and against all expenses, liabilities, demand or claims for loss or damage to, property, or personal injury or death suffered as a result of any actions by the parties hereto in the performance of the Agreement and attributable to the fault or negligence of the parties hereto or their respective officers, directors, agents and/or employees or consultants.

11. No modification to this Agreement, nor any waiver of any rights, shall be effective unless agreed in writing by the party to be charged with such waiver or modification, and the waiver of any breach or default shall not constitute a waiver of any other right hereunder or any subsequent breach or default.

12. This Agreement constitutes the entire and exclusive agreement between the parties hereto with respect to its subject matter and merges all other communication and discussion, oral or written.

13. This Agreement shall be governed by and interpreted under the laws of the State of California, excluding rules of conflicts of law and venue for any dispute arising hereunder shall be in the County of Alameda.

14. The prevailing party in any action to enforce the terms of the Agreement shall be entitled to reimbursement by the other party for all costs (including the reasonable fees of attorneys and other professionals) incurred in connection with such proceeding.

15. This Agreement may be executed in counterparts, each of which will be deemed an original, but both of which together will constitute one and the same instrument.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed in duplicate by their duly authorized representatives as of the date first above written.

*"FACILITY"*

By: _____

Advanced Bioscience Resources, Inc.

By: _____
████████████  President, CTBS

Federal EIN:    94-3110160
California EIN:  370-20518
FDA DHHS FEI:  3005208435

2

Exhibit 5.52



ADVANCED BIOSCIENCE RESOURCES, INC.

# PROCUREMENT SPECIALIST / TECHNICIAN
*JOB DESCRIPTION*

## REQUIREMENTS

1. Energetic, self-motivated, ability to work independently, ability to 'multi-task'
2. Skilled, proficient, and certified in phlebotomy
3. Experienced in medical field in general, preferably in women's health care
4. Knowledge of human anatomy
5. Knowledge and application of sterile / aseptic technique
6. Impeccable documentation skills and excellent communication skills
7. Flexibility regarding work availability and ability to work with medical staff
8. Current driver's license in state of residence, have reliable vehicle with current insurance

## DUTIES AND RESPONSIBILITIES
### PROCUREMENT - Tissue Acquisition and Distribution

1. Maintain professional contact with medical facility to report daily to ABR the number of potential cases for tissue procurement, surgery start times & other pertinent information
2. Set up for procurement at the medical facility, review ABR tissue procurement schedule requests
3. At the completion of each surgery, identify and remove requested tissues, place in appropriate media and package according to researcher protocols
4. Prepare shipping boxes for local and out-of-state tissue shipment, according to established protocols
5. Draw blood from appropriate donors, complete lab requisitions for testing
6. Document all information on appropriate forms
7. Maintain frequent communication with medical facility and ABR personnel regarding procurement
8. Assure delivery of packages to Fed Ex for shipment to various research facilities
9. Fax completed forms as required to ABR
10. Clean up procurement work area before leaving facility

## WAGE AND BENEFITS

1. Employment is probationary for a 30 day period
2. Training period of 4 to 6 weeks, 4 to 6 hours per day, variable Tuesday through Saturday, hourly pay $15.00
3. Mileage reimbursed at current established rate; other expenses reimbursed with submitted receipts
4. 90% medical insurance, 100% dental and vision insurance, life insurance, direct deposit, credit union,
5. Eligible for 401K participation after 1 year of employment

## GENERAL

1. Be polite, courteous and professional at all times, maintain flexibility
2. Maintain a respectful relationship with all personnel
3. Attend scheduled ABR staff meetings, and be a company team player

CONFIDENTIAL TREATMENT REQUESTED
HCEC000045

Exhibit 5.53





ORRICK, HERRINGTON & SUTCLIFFE LLP

WWW.ORRICK.COM

February 24, 2016

Jonathan E. Lopez

*VIA EMAIL*
*CONFIDENTIAL TREATMENT REQUESTED*

Marsha Blackburn
Chair
Select Panel on Infant Lives
Committee on Energy and Commerce
House of Representatives
2125 Rayburn House Office Building
Washington, DC 20515-6115

Re:     Supplemental Response to Select Panel Document Request – December 17, 2015

Dear Ms. Blackburn:

As part of Advanced Bioscience Resources' ("ABR") continued cooperation with the Select Panel on Infant Lives' investigation authorized under House Resolution 461 and the related document request dated December 17, 2015, ABR provides the following supplemental response to our January 8, 2016 response:

- **Request 5**:  You have requested additional clarification about ABR's recordkeeping procedures.  ABR communicates with its staff, healthcare providers, and researchers predominantly via telephone and fax, and does not maintain records of these communications on a consistent basis.  Accordingly, there are very few communications that ABR can produce to the Select Panel as part of this inquiry.  However, to provide the Select Panel insight into ABR's processes, the following describes the procurement process after a researcher is approved through ABR's application and vetting procedure:  (1) a researcher sends in a request to ABR via facsimile, email, or phone call; (2) a procurement log notes which specimens are collected each day and is communicated to ABR's head office to notify that a request has been fulfilled; (3) the researcher receives notification of procurement, which can be by email or phone call; and (4) the research or medical institution receives an invoice for the specimens procured.  We are enclosing a complete request and fulfillment record for your convenience (*see* SP000744-SP000747).

  The above-referenced documents are in addition to those included in ABR's January 8, 2016 production, i.e. a sampling of procurement logs (*see e.g.*, SP000365-SP000407), invoices to researchers (*see e.g.*, SP000651-SP000743) and fee statements that are provided to providers (*see e.g.*, SP000065-SP000364).



- **Request 6**: You requested additional clarification as to the basis for ABR's fees and expenses. As ABR President ███████ explained to Committee Staff in September 2015, ABR does not have any memoranda or other documented analysis of its fees and expenses, but the January 8, 2016 production provided:

  o A summary of the income and expenses related to ABR's fetal tissue procurement from 2009-2013 (*see* SP000063);

  o ABR's contracts with Planned Parenthood affiliates, which include the flat fee reimbursement amounts (*see* SP000008 - SP000043);

  o Statements of Facility Fees and Bill History documents that reflect the total amounts paid to Planned Parenthood affiliates for a select time period (*see* SP000064 - SP000364);

  o Fee For Services Schedules from 2010-2015 (*see* SP000052 - SP000058); and

  o Tissue Acquisition Invoices that reflect the total amounts paid by researchers for procurement services for a select time period (*see* SP000651 – SP000743).

- **Request 8:** You requested confirmation about ABR's equipment. ABR uses basic equipment, such as forceps, petri dishes, and coolers for packing and shipment during tissue procurement. ABR does not provide any other services other than simple tissue procurement, and does not use any other equipment.

- **Requests 9 and 10:** You requested confirmation about ABR's practices with respect to multiple specimens. ABR reimburses healthcare providers per product of conception regardless of the number of specimens procured. Additionally, ABR does not provide any compensation incentive to its employees in connection with fetal tissue procurement. Finally, the records that ABR maintains are reflected in the POC log samples that were provided.

- **Request 11:** As we discussed, ABR pays rental fees to one provider for office space that is separate from the clinical space.

- **Request 12:** You requested additional information on ABR's training process. As we explained during our September 2015 presentation, ABR provides multiple weeks of on-hand training for each procurement technician. The training is overseen by either ███ ███ or the Procurement Manager, both of whom have over 20 years of experience, and



covers the entire procurement process. Annual meetings also cover training principles and questions.

- **Request 13:** We appreciate the Select Panel understanding the extensive breadth of this request considering the number of years ABR has existed. As discussed with the Select Panel committee staff, they include routine expenses for travel, lodging, etc. and, as agreed with staff, we have tabled this request for future discussion.

We are also including with this response a PowerPoint presentation regarding ABR's background and other relevant information.

ABR respectfully requests that all materials provided to Select Panel during the course of its inquiry, as well as this transmittal letter, (collectively, "ABR materials") be deemed private and confidential. ABR's productions do not waive any privileges that may be available to ABR. ABR also requests that the ABR materials be kept in a non-public file and that only Select Panel members and their staff have access to them. Should the Select Panel receive any request for these documents or have the need to disclose them in a hearing or otherwise, we request that the undersigned be notified immediately of the request or disclosure (preferably by telephone), be provided a copy of all materials pertaining to the request or disclosure, and be given a reasonable opportunity to respond, before any determination that ABR materials be produced or disclosed. We further request that we be notified promptly of any determinations with respect to such requests or disclosure and be given ten (10) days' notice before any intended release.

Please contact me if you have any questions about this production or any other issue.

Thank you for your cooperation.

Very truly yours,

Jonathan E. Lopez

Enclosure

cc:     Matthew Tallmer (matthew.tallmer@mail.house.gov)
        Heather Sawyer (heather.sawyer@mail.house.gov)

Exhibit 5.54

Monday, February 28, 2011

Invoice Number: <u>300–RB</u>

# hFTR

U.C.H.C.
ACCOUNTS PAYABLE OCT 0 6 2011

2011 OCT 27 A 8: 40

Grant:
User: 46

Division of Neuroscience

| Order number: | Tissue: | | | | | Processing charge: |
|---|---|---|---|---|---|---|
| 6505 | 2/16/2011 | 16 | weeks | Br | TC | $250.00 |
| | | | Total # of Specimens: | | | 1 |
| | | | Processing Fee Total *: | | | $250.00 |

Make check payable to: **AECOM** (Please write invoice number on check).

*Mail check to:*

AECOM



* Charges only reflect the cost of processing each specimen.

000005

Thursday, March 31, 2011

NOV 0 8 2011

Invoice Number: 305-RB

**hFTR**

U.C.H.C.
ACCOUNTS PAYABLE

2011 OCT 27 A 8:40

Grant:
User: 46



Division of Neuroscience
Univ. of Connecticut Health Ctr.

| Order number: | Tissue: | | | | | Processing charge: |
|---|---|---|---|---|---|---|
| 6518 | 3/30/2011 | 17 | weeks | Br | TC | $250.00 |
| | | | | Total # of Specimens: | | 1 |
| | | | | Processing Fee Total *: | | $250.00 |

Make check payable to: **AECOM** (Please write invoice number on check).

*Mail check to:*

AECOM





* **Charges only reflect the cost of processing each specimen.**

000006



Friday, April 25, 2014

JUN 2 6 2014
Pg 10

Invoice Number:    460-RB

# hFTR

Human Fetal Tissue Repository

Grant:
User: 46

Univ. of Connecticut Health Ctr.

| Order number: | Tissue: | | | | | Processing charge: |
|---|---|---|---|---|---|---|
| 7073 | 4/16/2014 | 18 | weeks | Br | TC | $250.00 |

Total # of Specimens:    1

Processing Fee Total *:    $250.00

Make check payable to: **Yeshiva University**
(Please write invoice number on check).

*Mail check to:*

**Yeshiva University**
**Albert Einstein College of**
**Medicine**

\* Charges only reflect the cost of processing each specimen

Exhibit 5.55

EINSTEIN

MAR – 2 2015

IRB Received

**ALBERT EINSTEIN COLLEGE OF MEDICINE**
**OF YESHIVA UNIVERSITY**
**Committee on Clinical Investigations**
**and**
**MONTEFIORE MEDICAL CENTER**
**Institutional Review Board**

Date Submitted: 2/27/2015 10:29:07 AM

| | |
|---|---|
| Progress Report: | 1993 - 042 - 013 |
| MMC No.: | 93-12-432 |
| HHC No.: | *01-243 |
| Investigator: | |
| Investigator Phone #: | |
| Investigator E-Mail: | |
| Protocol Title: | HUMAN FETAL TISSUE REPOSITORY |
| Protocol Type: | Clinical Research Study |
| Review Type: | Expedited Review |

## Research/Collaborating Sites Recruitment Information

| Site Name | Date Initiated | Activity | | | Open for Analysis |
|---|---|---|---|---|---|
| | | Ongoing | Suspended | Closed | |
| JACOBI MEDICAL CENTER (NBHN) | 5/1/1993 | Y | | | |
| MMC: WEILER DIVISION | 1/1/1998 | Y | | | |
| NORTH CENTRAL BRONX HOSPITAL (NBHN) | 4/23/2010 | Y | | | |
| AECOM: LABORATORY/OFFICE | 5/1/1998 | Y | | | |

## Subject Data

### Site Name: JACOBI MEDICAL CENTER (NBHN)

| | |
|---|---|
| Subjects enrolled since last Progress Report review: | 2 |
| Total # of subjects enrolled since project initiated: | 2584 |

Total # of subjects now active on protocol: 0
Number of subjects no longer active on protocol - being followed: 0
Number of subjects who withdrew since last Progress Report:

### Site Name: MMC: WEILER DIVISION

Subjects enrolled since last Progress Report review: 1
Total # of subjects enrolled since project initiated: 51
Total # of subjects now active on protocol: 0
Number of subjects no longer active on protocol - being followed: 0
Number of subjects who withdrew since last Progress Report:

### Site Name: NORTH CENTRAL BRONX HOSPITAL (NBHN)

Subjects enrolled since last Progress Report review: 12
Total # of subjects enrolled since project initiated: 66
Total # of subjects now active on protocol: 0
Number of subjects no longer active on protocol - being followed: 0
Number of subjects who withdrew since last Progress Report:

### Site Name: AECOM: LABORATORY/OFFICE

Subjects enrolled since last Progress Report review: 0
Total # of subjects enrolled since project initiated: 0
Total # of subjects now active on protocol: 0
Number of subjects no longer active on protocol - being followed: 0
Number of subjects who withdrew since last Progress Report:

**Internal Adverse Events**

### Site Name: JACOBI MEDICAL CENTER (NBHN)
Number of Subjects who died while on protocol, during this Progress Report period: 0
Number of serious adverse events during this Progress Report period: 0
Number of unanticipated adverse events during this Progress Report period: 0

### Site Name: MMC: WEILER DIVISION
Number of Subjects who died while on protocol, during this Progress Report period: 0
Number of serious adverse events during this Progress Report period: 0

Number of unanticipated adverse events during this Progress Report period:   0

## Site Name: NORTH CENTRAL BRONX HOSPITAL (NBHN)
Number of Subjects who died while on protocol, during this Progress Report period:   0

Number of serious adverse events during this Progress Report period:   0

Number of unanticipated adverse events during this Progress Report period:   0

## Site Name: AECOM: LABORATORY/OFFICE
Number of Subjects who died while on protocol, during this Progress Report period:   0

Number of serious adverse events during this Progress Report period:   0

Number of unanticipated adverse events during this Progress Report period:   0

The Principal Investigator has certified that the number of Internal Adverse Events shown above is correct.

### Investigator/Key Personnel

| Name | COI Required | Payroll | Training Complete | Date |
|---|---|---|---|---|
| ■ | Y | YU | Y | 4/18/2012 |
| | Y | YU | Y | 2/14/2013 |

### External Sources of Support

| Source | Drugs | Devices | Equipment | Supplies | Funding |
|---|---|---|---|---|---|
| None | | | | | |

Amendments require committee approval. Any amendment not yet submitted must be submitted to the CCI office through the normal amendment process. In addition, the P.I. is required to append to this document a bulleted summary of all amendments approved to date.

### New Information

Described below, is any information appearing in the literature since the last progress report of this protocol, especially as the findings relate to risks or benefits to the subject or the significance of the research or the development of new treatment modalities. Note: If the study is monitored by a SMB/DSMB, you may substitute a copy of the current statement from the SMB/DSMB indicating that it has reviewed study-wide adverse events, interim findings and recent literature that may be relevant to the research.

n/a

Described below are the preliminary findings, especially noted are any findings that would affect the risk or benefits to research subjects:
n/a

This new information is **NOT APPLICABLE** to the subjects willingness to continue in this protocol.

**Termination of Research**
This protocol was completed (no patients are being followed; the data analysis is complete) on 2/28/2015.

As **Principal Investigator**, my signature on the form with respect to this research project certifies the following:
1. Changes to the research project and/or informed consent form, if any, have been submitted to the CCI/IRB.
2. There have been no known medical, legal, or other complications, including no invasion of an individual's privacy, resulting from this research project.
3. Unless specifically waived by the CCI/IRB, a written informed consent form has been obtained for each subject included in the study. One copy has been given to the subject a second copy is in the subject's chart, and a third copy is on file in my office and is available for review.
4. There have been no new findings or other relevant information that adversely alters the risk/benefit for the research, except as already reported to the CCI/IRB.

**ELECTRONICALLY ATTACHED DOCUMENTS**
None

Signature of Principal Investigator

2/27/2015
Date

3/4/15
Date

List of external principal investigators receiving tissue from the hFTR
(1993-042) between 12/1/2014 and 2/28/2015

| Last name | First Name | Organization |
|-----------|------------|--------------|
| | | Montreal Neurological Institute |
| | | University of Wisconsin |
| | | NYU School of Medicine |
| | | Rockefeller University |
| | | Yale University School of Medicine |
| | | SUNY Buffalo |

EINSTEIN
DEC - 5 2014
IRB Received

**ALBERT EINSTEIN COLLEGE OF MEDICINE
OF YESHIVA UNIVERSITY
Committee on Clinical Investigations
and
MONTEFIORE MEDICAL CENTER
Institutional Review Board**

**Date Submitted: 11/29/2014 1:02:55 PM**

| | |
|---|---|
| **Progress Report:** | 1993 - 042 - 012 |
| **MMC No.:** | 93-12-432 |
| **HHC No.:** | *01-243 |
| **Investigator:** | |
| **Investigator Phone #:** | |
| **Investigator E-Mail:** | |
| **Protocol Title:** | HUMAN FETAL TISSUE REPOSITORY |
| **Protocol Type:** | Clinical Research Study |
| **Review Type:** | Expedited Review |

---

## Research/Collaborating Sites Recruitment Information

| Site Name | Date Initiated | Activity | | | |
|---|---|---|---|---|---|
| | | Ongoing | Suspended | Closed | Open for Analysis |
| JACOBI MEDICAL CENTER (NBHN) | 5/1/1993 | Y | | | |
| MMC: WEILER DIVISION | 1/1/1998 | Y | | | |
| NORTH CENTRAL BRONX HOSPITAL (NBHN) | 4/23/2010 | Y | | | |
| AECOM: LABORATORY/OFFICE | 5/1/1998 | Y | | | |

---

## Subject Data

### Site Name: JACOBI MEDICAL CENTER (NBHN)

| | |
|---|---|
| Subjects enrolled since last Progress Report review: | 15 |
| Total # of subjects enrolled since project initiated: | 2582 |

Total # of subjects now active on protocol:                                                    0
Number of subjects no longer active on protocol - being followed:             0
Number of subjects who withdrew since last Progress Report:                      0

## Site Name: MMC: WEILER DIVISION

Subjects enrolled since last Progress Report review:                                      6
Total # of subjects enrolled since project initiated:                                       50
Total # of subjects now active on protocol:                                                    0
Number of subjects no longer active on protocol - being followed:             0
Number of subjects who withdrew since last Progress Report:                      0

## Site Name: NORTH CENTRAL BRONX HOSPITAL (NBHN)

Subjects enrolled since last Progress Report review:                                      54
Total # of subjects enrolled since project initiated:                                       201
Total # of subjects now active on protocol:                                                    0
Number of subjects no longer active on protocol - being followed:             0
Number of subjects who withdrew since last Progress Report:                      0

## Site Name: AECOM: LABORATORY/OFFICE

Subjects enrolled since last Progress Report review:                                      0
Total # of subjects enrolled since project initiated:                                       0
Total # of subjects now active on protocol:                                                    0
Number of subjects no longer active on protocol - being followed:             0
Number of subjects who withdrew since last Progress Report:                      0

---

**Internal Adverse Events**

### Site Name: JACOBI MEDICAL CENTER (NBHN)
Number of Subjects who died while on protocol, during this Progress
Report period:                                                                                              0
Number of serious adverse events during this Progress Report period:      0
Number of unanticipated adverse events during this Progress Report
period:                                                                                                         0

### Site Name: MMC: WEILER DIVISION
Number of Subjects who died while on protocol, during this Progress
Report period:                                                                                              0
Number of serious adverse events during this Progress Report period:      0

Number of unanticipated adverse events during this Progress Report period:                    0

## Site Name: NORTH CENTRAL BRONX HOSPITAL (NBHN)

Number of Subjects who died while on protocol, during this Progress Report period:                    0

Number of serious adverse events during this Progress Report period:   0

Number of unanticipated adverse events during this Progress Report period:                    0

## Site Name: AECOM: LABORATORY/OFFICE

Number of Subjects who died while on protocol, during this Progress Report period:                    0

Number of serious adverse events during this Progress Report period:   0

Number of unanticipated adverse events during this Progress Report period:                    0

The Principal Investigator has certified that the number of Internal Adverse Events shown above is correct.

**Investigator/Key Personnel**

| Name | COI Required | Payroll | Training Complete | Date |
|------|--------------|---------|-------------------|------|
| ██████████ | Y | YU | Y | 4/18/2012 |
| ██████████ | Y | YU | Y | 2/14/2013 |

**External Sources of Support**

| Source | Drugs | Devices | Equipment | Supplies | Funding |
|--------|-------|---------|-----------|----------|---------|
| None | | | | | |

Amendments require committee approval. Any amendment not yet submitted must be submitted to the CCI office through the normal amendment process. In addition, the P.I. is required to append to this document a bulleted summary of all amendments approved to date.

**New Information**

Described below, is any information appearing in the literature since the last progress report of this protocol, especially as the findings relate to risks or benefits to the subject or the significance of the research or the development of new treatment modalities. Note: If the study is monitored by a SMB/DSMB, you may substitute a copy of the current statement from the SMB/DSMB indicating that it has reviewed study-wide adverse events, interim findings and recent literature that may be relevant to the research.

N/A

**Described below are the preliminary findings, especially noted are any findings that would affect the risk or benefits to research subjects:**
N/A

This new information is **NOT APPLICABLE** to the subjects willingness to continue in this protocol.

**Termination of Research**
None

**As Principal Investigator, my signature on the form with respect to this research project certifies the following:**
1. Changes to the research project and/or informed consent form, if any, have been submitted to the CCI/IRB.
2. There have been no known medical, legal, or other complications, including no invasion of an individual's privacy, resulting from this research project.
3. Unless specifically waived by the CCI/IRB, a written informed consent form has been obtained for each subject included in the study. One copy has been given to the subject a second copy is in the subject's chart, and a third copy is on file in my office and is available for review.
4. There have been no new findings or other relevant information that adversely alters the risk/benefit for the research, except as already reported to the CCI/IRB.

**ELECTRONICALLY ATTACHED DOCUMENTS**
None

Signature of Principal Investigator

11/29/14
Date

Signature of Reviewer

12/1/14
Date

List of external principal investigators receiving tissue from the hFTR (1993-042) between 12/27/2013 and 12/1/2014

| Last name | First Name | Organization |
|---|---|---|
| | | Montreal Neurological Institute |
| | | University of Wisconsin |
| | | University of California, Irvine |
| | | NYU School of Medicine |
| | | University of Medicine and Dentistry of New Jersey |
| | | Yale University School of Medicine |
| | | Children's National Medical Center |
| | | Yale University |
| | | Rockefeller University |
| | | Yale University School of Medicine |
| | | SUNY Buffalo |
| | | Memorial Sloan Kettering |
| | | Univ. of Connecticut Health Ctr. |



EINSTEIN

JAN −8 2014

IRB Received

# ALBERT EINSTEIN COLLEGE OF MEDICINE
## OF YESHIVA UNIVERSITY
### Committee on Clinical Investigations
### and
## MONTEFIORE MEDICAL CENTER
### Institutional Review Board

**Date Submitted: 12/27/2013 8:48:57 PM**

| | |
|---|---|
| **Progress Report:** | 1993 - 042 - 011 |
| **MMC No.:** | 93-12-432 |
| **HHC No.:** | *01-243 |
| **Investigator:** | |
| **Investigator Phone #:** | |
| **Investigator E-Mail:** | |
| **Protocol Title:** | HUMAN FETAL TISSUE REPOSITORY |
| **Protocol Type:** | Clinical Research Study |
| **Review Type:** | Expedited Review |

---

## Research/Collaborating Sites Recruitment Information

| Site Name | Date Initiated | Ongoing | Suspended | Closed | Open for Analysis |
|---|---|---|---|---|---|
| JACOBI MEDICAL CENTER (NBHN) | 5/1/1993 | Y | | | |
| MMC: WEILER DIVISION | 1/1/1998 | Y | | | |
| NORTH CENTRAL BRONX HOSPITAL (NBHN) | 4/23/2010 | Y | | | |
| AECOM: LABORATORY/OFFICE | 5/1/1998 | Y | | | |

---

## Subject Data

### Site Name: JACOBI MEDICAL CENTER (NBHN)

| | |
|---|---|
| Subjects enrolled since last Progress Report review: | 12 |
| Total # of subjects enrolled since project initiated: | 2567 |

Total # of subjects now active on protocol:                    0
Number of subjects no longer active on protocol - being followed:    0
Number of subjects who withdrew since last Progress Report:    0

## Site Name: MMC: WEILER DIVISION

Subjects enrolled since last Progress Report review:           6
Total # of subjects enrolled since project initiated:          44 ✓
Total # of subjects now active on protocol:                    0
Number of subjects no longer active on protocol - being followed:    0
Number of subjects who withdrew since last Progress Report:    0

## Site Name: NORTH CENTRAL BRONX HOSPITAL (NBHN)

Subjects enrolled since last Progress Report review:           32
Total # of subjects enrolled since project initiated:          147 ✓
Total # of subjects now active on protocol:                    0
Number of subjects no longer active on protocol - being followed:    0
Number of subjects who withdrew since last Progress Report:    0

## Site Name: AECOM: LABORATORY/OFFICE

Subjects enrolled since last Progress Report review:           0
Total # of subjects enrolled since project initiated:          0
Total # of subjects now active on protocol:                    0
Number of subjects no longer active on protocol - being followed:    0
Number of subjects who withdrew since last Progress Report:    0

---

**Internal Adverse Events**

## Site Name: JACOBI MEDICAL CENTER (NBHN)

Number of Subjects who died while on protocol, during this Progress
Report period:                                                 0

Number of serious adverse events during this Progress Report period:    0

Number of unanticipated adverse events during this Progress Report
period:                                                        0

## Site Name: MMC: WEILER DIVISION

Number of Subjects who died while on protocol, during this Progress
Report period:                                                 0

Number of serious adverse events during this Progress Report period:    0

Number of unanticipated adverse events during this Progress Report period:　　0

### Site Name: NORTH CENTRAL BRONX HOSPITAL (NBHN)

Number of Subjects who died while on protocol, during this Progress Report period:　　0

Number of serious adverse events during this Progress Report period:　　0

Number of unanticipated adverse events during this Progress Report period:　　0

### Site Name: AECOM: LABORATORY/OFFICE

Number of Subjects who died while on protocol, during this Progress Report period:　　0

Number of serious adverse events during this Progress Report period:　　0

Number of unanticipated adverse events during this Progress Report period:　　0

The Principal Investigator has certified that the number of Internal Adverse Events shown above is correct.

**Investigator/Key Personnel**

| Name | COI Required | Payroll | Training Complete | Date |
|---|---|---|---|---|
| ▮▮▮▮▮ | Y | YU | Y | 4/18/2012 |
| ▮▮▮▮▮ | Y | YU | Y | 2/14/2013 |

**External Sources of Support**

| Source | Drugs | Devices | Equipment | Supplies | Funding |
|---|---|---|---|---|---|
| None | | | | | |

Amendments require committee approval. Any amendment not yet submitted must be submitted to the CCI office through the normal amendment process. In addition, the P.I. is required to append to this document a bulleted summary of all amendments approved to date.

**New Information**

Described below, is any information appearing in the literature since the last progress report of this protocol, especially as the findings relate to risks or benefits to the subject or the significance of the research or the development of new treatment modalities. Note: If the study is monitored by a SMB/DSMB, you may substitute a copy of the current statement from the SMB/DSMB indicating that it has reviewed study-wide adverse events, interim findings and recent literature that may be relevant to the research.

N/A

**Described below are the preliminary findings, especially noted are any findings that would affect the risk or benefits to research subjects:**

N/A

This new information is **NOT APPLICABLE** to the subjects willingness to continue in this protocol.

**Termination of Research**

None

**As Principal Investigator, my signature on the form with respect to this research project certifies the following:**

1. Changes to the research project and/or informed consent form, if any, have been submitted to the CCI/IRB.
2. There have been no known medical, legal, or other complications, including no invasion of an individual's privacy, resulting from this research project.
3. Unless specifically waived by the CCI/IRB, a written informed consent form has been obtained for each subject included in the study. One copy has been given to the subject a second copy is in the subject's chart, and a third copy is on file in my office and is available for review.
4. There have been no new findings or other relevant information that adversely alters the risk/benefit for the research, except as already reported to the CCI/IRB.

**ELECTRONICALLY ATTACHED DOCUMENTS**

None

Signature of Principal Investigator

1/8/14
Date

1/17/14
Date

## List of external principal investigators receiving tissue from the hFTR (1993-042) between 02/26/2013 and 12/31/2013

| Last name | First Name | Organization |
|-----------|-----------|--------------|
|  |  | Montreal Neurological Institute |
|  |  | University of Wisconsin |
|  |  | University of California, Irvine |
|  |  | University of Medicine and Dentistry of New Jersey |
|  |  | Yale University School of Medicine |
|  |  | Rockefeller University |
|  |  | Yale University School of Medicine |
|  |  | SUNY Buffalo |
|  |  | Memorial Sloan Kettering |

EINSTEIN

FEB 2 8 2013

IRB Received

ALBERT EINSTEIN COLLEGE OF MEDICINE
OF YESHIVA UNIVERSITY
Committee on Clinical Investigations
and
MONTEFIORE MEDICAL CENTER
Institutional Review Board

Date Submitted: 2/25/2013 5:53:09 PM

| | |
|---|---|
| Progress Report: | 1993 - 042 - 010 |
| MMC No.: | 93-12-432 |
| HHC No.: | *01-243 |
| Investigator: | |
| Investigator Phone #: | |
| Investigator E-Mail: | |
| Protocol Title: | HUMAN FETAL TISSUE REPOSITORY |
| Protocol Type: | Clinical Research Study |
| Review Type: | Expedited Review |

## Research/Collaborating Sites Recruitment Information

| Site Name | Date Initiated | Activity | | | |
|---|---|---|---|---|---|
| | | Ongoing | Suspended | Closed | Open for Analysis |
| JACOBI MEDICAL CENTER (NBHN) | 5/1/1993 | Y | | | |
| MMC: WEILER DIVISION | 1/1/1998 | Y | | | |
| NORTH CENTRAL BRONX HOSPITAL (NBHN) | 4/23/2010 | Y | | | |
| AECOM: LABORATORY/OFFICE | 5/1/1998 | Y | | | |

## Subject Data

### Site Name: JACOBI MEDICAL CENTER (NBHN)

Subjects enrolled since last Progress Report review: 18

Total # of subjects enrolled since project initiated: 2555

Total # of subjects now active on protocol:                        0
Number of subjects no longer active on protocol - being followed:  0
Number of subjects who withdrew since last Progress Report:        0

### Site Name: MMC: WEILER DIVISION

Subjects enrolled since last Progress Report review:               10
Total # of subjects enrolled since project initiated:              38
Total # of subjects now active on protocol:                        0
Number of subjects no longer active on protocol - being followed:  0
Number of subjects who withdrew since last Progress Report:        0

### Site Name: NORTH CENTRAL BRONX HOSPITAL (NBHN)

Subjects enrolled since last Progress Report review:               40
Total # of subjects enrolled since project initiated:              115
Total # of subjects now active on protocol:                        0
Number of subjects no longer active on protocol - being followed:  0
Number of subjects who withdrew since last Progress Report:        0

### Site Name: AECOM: LABORATORY/OFFICE

Subjects enrolled since last Progress Report review:               0
Total # of subjects enrolled since project initiated:              0
Total # of subjects now active on protocol:                        0
Number of subjects no longer active on protocol - being followed:  0
Number of subjects who withdrew since last Progress Report:        0

**Internal Adverse Events**

### Site Name: JACOBI MEDICAL CENTER (NBHN)
Number of Subjects who died while on protocol, during this Progress
Report period:                                                     0
Number of serious adverse events during this Progress Report period: 0
Number of unanticipated adverse events during this Progress Report
period:                                                            0

### Site Name: MMC: WEILER DIVISION
Number of Subjects who died while on protocol, during this Progress
Report period:                                                     0
Number of serious adverse events during this Progress Report period: 0

Number of unanticipated adverse events during this Progress Report period:                    0

## Site Name: NORTH CENTRAL BRONX HOSPITAL (NBHN)

Number of Subjects who died while on protocol, during this Progress Report period:                    0

Number of serious adverse events during this Progress Report period:    0

Number of unanticipated adverse events during this Progress Report period:                    0

## Site Name: AECOM: LABORATORY/OFFICE

Number of Subjects who died while on protocol, during this Progress Report period:                    0

Number of serious adverse events during this Progress Report period:    0

Number of unanticipated adverse events during this Progress Report period:                    0

The Principal Investigator has certified that the number of Internal Adverse Events shown above is correct.

### Investigator/Key Personnel

| Name | COI Required | Payroll | Training Complete | Date |
|------|--------------|---------|-------------------|------|
| ▓▓▓▓▓ | Y | YU | Y | 4/18/2012 |
| ▓▓▓▓▓ | Y | YU | Y | 2/14/2013 |

### External Sources of Support

| Source | Drugs | Devices | Equipment | Supplies | Funding |
|--------|-------|---------|-----------|----------|---------|
| None | | | | | |

Amendments require committee approval. Any amendment not yet submitted must be submitted to the CCI office through the normal amendment process. In addition, the P.I. is required to append to this document a bulleted summary of all amendments approved to date.

### New Information

Described below, is any information appearing in the literature since the last progress report of this protocol, especially as the findings relate to risks or benefits to the subject or the significance of the research or the development of new treatment modalities. Note: If the study is monitored by a SMB/DSMB, you may substitute a copy of the current statement from the SMB/DSMB indicating that it has reviewed study-wide adverse events, interim findings and recent literature that may be relevant to the research.

N/A

**Described below are the preliminary findings, especially noted are any findings that would affect the risk or benefits to research subjects:**
N/A

This new information is **NOT APPLICABLE** to the subjects willingness to continue in this protocol.

**Termination of Research**
None

**As Principal Investigator, my signature on the form with respect to this research project certifies the following:**
1. Changes to the research project and/or informed consent form, if any, have been submitted to the CCI/IRB.
2. There have been no known medical, legal, or other complications, including no invasion of an individual's privacy, resulting from this research project.
3. Unless specifically waived by the CCI/IRB, a written informed consent form has been obtained for each subject included in the study. One copy has been given to the subject a second copy is in the subject's chart, and a third copy is on file in my office and is available for review.
4. There have been no new findings or other relevant information that adversely alters the risk/benefit for the research, except as already reported to the CCI/IRB.

**ELECTRONICALLY ATTACHED DOCUMENTS**
None

_____    2/28/13

Signature of Principal Investigator           Date

_____    3/8/13

                                             Date

List of external principal investigators receiving tissue from the hFTR (1993-042) between 03/26/2012 and 02/25/2013

| Last name | First Name | Organization |
|---|---|---|
| ███ | ███ | Montreal Neurological Institute |
| ███ | ███ | University of Wisconsin |
| ███ | ███ | NYU School of Medicine |
| ███ | ███ | Memorial Sloan-Kettering Cancer Center |
| ███ | ███ | University of Medicine and Dentistry of New Jersey |
| ███ | ███ | Yale University School of Medicine |
| ███ | ███ | Wayne State Univ. School of Med. |
| ███ | ███ | Wayne State Univ. School of Med. |
| ███ | ███ | Johns Hopkins |
| ███ | ███ | Rockefeller University |
| ███ | ███ | Yale University School of Medicine |
| ███ | ███ | SUNY Buffalo |
| ███ | ███ | University of Virginia |

ALBERT EINSTEIN COLLEGE OF MEDICINE
OF YESHIVA UNIVERSITY
Committee on Clinical Investigations
and
MONTEFIORE MEDICAL CENTER
Institutional Review Board

Date Submitted: 3/26/2012 11:03:28 AM

| | |
|---|---|
| Progress Report: | 1993 - 042 - 009 |
| MMC No.: | 93-12-432 |
| HHC No.: | *01-243 |
| Investigator: | |
| Investigator Phone #: | |
| Investigator E-Mail: | |
| Protocol Title: | HUMAN FETAL TISSUE REPOSITORY |
| Protocol Type: | Clinical Research Study |
| Review Type: | Expedited Review |

---

**Research/Collaborating Sites Recruitment Information**

| Site Name | Date Initiated | Activity | | | Open for Analysis |
|---|---|---|---|---|---|
| | | Ongoing | Suspended | Closed | |
| JACOBI MEDICAL CENTER (NBHN) | 5/1/1993 | Y | | | |
| MMC: WEILER DIVISION | 1/1/1998 | Y | | | |
| NORTH CENTRAL BRONX HOSPITAL (NBHN) | 4/23/2010 | Y | | | |
| AECOM: LABORATORY/OFFICE | 5/1/1998 | Y | | | |

---

**Subject Data**

**Site Name: JACOBI MEDICAL CENTER (NBHN)**

Subjects enrolled since last Progress Report review:      43
Total # of subjects enrolled since project initiated:      2537

Total # of subjects now active on protocol:                          0
Number of subjects no longer active on protocol - being followed:    0
Number of subjects who withdrew since last Progress Report:          0

### Site Name: MMC: WEILER DIVISION

Subjects enrolled since last Progress Report review:                 1
Total # of subjects enrolled since project initiated:                28
Total # of subjects now active on protocol:                          0
Number of subjects no longer active on protocol - being followed:    0
Number of subjects who withdrew since last Progress Report:          0

### Site Name: NORTH CENTRAL BRONX HOSPITAL (NBHN)

Subjects enrolled since last Progress Report review:                 34
Total # of subjects enrolled since project initiated:                75
Total # of subjects now active on protocol:                          0
Number of subjects no longer active on protocol - being followed:    0
Number of subjects who withdrew since last Progress Report:          0

### Site Name: AECOM: LABORATORY/OFFICE

Subjects enrolled since last Progress Report review:                 0
Total # of subjects enrolled since project initiated:                0
Total # of subjects now active on protocol:                          0
Number of subjects no longer active on protocol - being followed:    0
Number of subjects who withdrew since last Progress Report:          0

---

**Internal Adverse Events**

### Site Name: JACOBI MEDICAL CENTER (NBHN)
Number of Subjects who died while on protocol, during this Progress
Report period:                                                       0
Number of serious adverse events during this Progress Report period: 0
Number of unanticipated adverse events during this Progress Report
period:                                                              0

### Site Name: MMC: WEILER DIVISION
Number of Subjects who died while on protocol, during this Progress
Report period:                                                       0
Number of serious adverse events during this Progress Report period: 0

Number of unanticipated adverse events during this Progress Report period:          0

## Site Name: NORTH CENTRAL BRONX HOSPITAL (NBHN)
Number of Subjects who died while on protocol, during this Progress Report period:          0

Number of serious adverse events during this Progress Report period:     0

Number of unanticipated adverse events during this Progress Report period:          0

## Site Name: AECOM: LABORATORY/OFFICE
Number of Subjects who died while on protocol, during this Progress Report period:          0

Number of serious adverse events during this Progress Report period:     0

Number of unanticipated adverse events during this Progress Report period:          0

The Principal Investigator has certified that the number of Internal Adverse Events shown above is correct.

### Investigator/Key Personnel

| Name | COI Required | Payroll | Training Complete | Date |
|------|--------------|---------|-------------------|------|
| ███ | Y | YU | Y | 6/1/2007 |
| ███ | Y | YU | Y | 2/23/2012 |

### External Sources of Support

| Source | Drugs | Devices | Equipment | Supplies | Funding |
|--------|-------|---------|-----------|----------|---------|
| None | | | | | |

Amendments require committee approval. Any amendment not yet submitted must be submitted to the CCI office through the normal amendment process. In addition, the P.I. is required to append to this document a bulleted summary of all amendments approved to date.

### New Information

Described below, is any information appearing in the literature since the last progress report of this protocol, especially as the findings relate to risks or benefits to the subject or the significance of the research or the development of new treatment modalities. Note: If the study is monitored by a SMB/DSMB, you may substitute a copy of the current statement from the SMB/DSMB indicating that it has reviewed study-wide adverse events, interim findings and recent literature that may be relevant to the research.
N/A

Described below are the preliminary findings, especially noted are any findings that would affect the risk or benefits to research subjects:
N/A

This new information is **NOT APPLICABLE** to the subjects willingness to continue in this protocol.

**Termination of Research**
None

**As Principal Investigator, my signature on the form with respect to this research project certifies the following:**
1. Changes to the research project and/or informed consent form, if any, have been submitted to the CCI/IRB.
2. There have been no known medical, legal, or other complications, including no invasion of an individual's privacy, resulting from this research project.
3. Unless specifically waived by the CCI/IRB, a written informed consent form has been obtained for each subject included in the study. One copy has been given to the subject a second copy is in the subject's chart, and a third copy is on file in my office and is available for review.
4. There have been no new findings or other relevant information that adversely alters the risk/benefit for the research, except as already reported to the CCI/IRB.

**The following exceptions to the four points above have been entered by the Investigator:**
no exceptions

**ELECTRONICALLY ATTACHED DOCUMENTS**
None

Signature of Principal Investigator

3/26/2012
Date

Si

7/20/2012
Date

List of external principal investigators receiving tissue from the hFTR (1993-042) between 05/12/2011 and 03/26/2012

| Last name | First Name | Organization |
|---|---|---|
| ███████ | ███████ | Montreal Neurological Institute |
| ███████ | ███████ | University of California, Irvine |
| ███████ | ███████ | NYU School of Medicine |
| ███████ | ███████ | Memorial Sloan-Kettering Cancer Center |
| ███████ | ███████ | Yale University School of Medicine |
| ███████ | ███████ | Yale University School of Medicine |
| ███████ | ███████ | Wayne State Univ. School of Med. |
| ███████ | ███████ | Wayne State Univ. School of Med. |
| ███████ | ███████ | Rockefeller University |
| ███████ | ███████ | Yale University School of Medicine |
| ███████ | ███████ | University of Virginia |



RECEIVED MAY 2 6 2011 CCI

ALBERT EINSTEIN COLLEGE OF MEDICINE
OF YESHIVA UNIVERSITY
Committee on Clinical Investigations
and
MONTEFIORE MEDICAL CENTER
Institutional Review Board

Date Submitted: 5/12/2011 12:09:39 PM

| | |
|---|---|
| Progress Report: | 1993 - 042 - 008 |
| MMC No.: | 93-12-432 |
| HHC No.: | *01-243 |
| Investigator: | |
| Investigator Phone #: | |
| Investigator E-Mail: | |
| Protocol Title: | HUMAN FETAL TISSUE REPOSITORY |
| Protocol Type: | Clinical Research Study |
| Review Type: | Expedited Review |

---

## Research/Collaborating Sites Recruitment Information

| Site Name | Date Initiated | Ongoing | Suspended | Closed | Open for Analysis |
|---|---|---|---|---|---|
| JACOBI MEDICAL CENTER (NBHN) | 5/1/1993 | Y | | | |
| MMC: WEILER DIVISION | 1/1/1998 | Y | | | |
| NORTH CENTRAL BRONX HOSPITAL (NBHN) | 4/23/2010 | Y | | | |
| AECOM: LABORATORY/OFFICE | 5/1/1998 | Y | | | |

## Subject Data

### Site Name: JACOBI MEDICAL CENTER (NBHN)

| | |
|---|---|
| Subjects enrolled since last Progress Report review: | 43 |
| Total # of subjects enrolled since project initiated: | 2494 |
| Total # of subjects now active on protocol: | 0 |
| Number of subjects no longer active on protocol - being followed: | 0 |
| Number of subjects who withdrew since last Progress Report: | 0 |

### Site Name: MMC: WEILER DIVISION

| | |
|---|---|
| Subjects enrolled since last Progress Report review: | 1 |
| Total # of subjects enrolled since project initiated: | 27 |
| Total # of subjects now active on protocol: | 0 |
| Number of subjects no longer active on protocol - being followed: | 0 |
| Number of subjects who withdrew since last Progress Report: | 0 |

### Site Name: NORTH CENTRAL BRONX HOSPITAL (NBHN)

| | |
|---|---|
| Subjects enrolled since last Progress Report review: | 34 |
| Total # of subjects enrolled since project initiated: | 41 |
| Total # of subjects now active on protocol: | 0 |
| Number of subjects no longer active on protocol - being followed: | 0 |
| Number of subjects who withdrew since last Progress Report: | 0 |

### Site Name: AECOM: LABORATORY/OFFICE

| | |
|---|---|
| Subjects enrolled since last Progress Report review: | 0 |
| Total # of subjects enrolled since project initiated: | 0 |
| Total # of subjects now active on protocol: | 0 |
| Number of subjects no longer active on protocol - being followed: | 0 |
| Number of subjects who withdrew since last Progress Report: | 0 |

**Internal Adverse Events**

### Site Name: JACOBI MEDICAL CENTER (NBHN)

Number of Subjects who died while on protocol, during this Progress Report period:    0

Number of serious adverse events during this Progress Report period:    0

Number of unanticipated adverse events during this Progress Report period:    0

### Site Name: MMC: WEILER DIVISION

Number of Subjects who died while on protocol, during this Progress Report period:    0

Number of serious adverse events during this Progress Report period:    0

Number of unanticipated adverse events during this Progress Report period:    0

### Site Name: NORTH CENTRAL BRONX HOSPITAL (NBHN)

Number of Subjects who died while on protocol, during this Progress Report period:    0

Number of serious adverse events during this Progress Report period:    0

Number of unanticipated adverse events during this Progress Report period:    0

### Site Name: AECOM: LABORATORY/OFFICE

Number of Subjects who died while on protocol, during this Progress Report period:    0

Number of serious adverse events during this Progress Report period:    0

Number of unanticipated adverse events during this Progress Report period:    0

The Principal Investigator has certified that the number of Internal Adverse Events shown above is correct.

**Investigator/Key Personnel**

| Name | COI Required | Payroll | Training Complete | Date |
|---|---|---|---|---|
| ███████ | Y | YU | Y | 6/1/2007 |
| | Y | YU | Y | 5/7/2007 |

**External Sources of Support**

| Source | Drugs | Devices | Equipment | Supplies | Funding |
|---|---|---|---|---|---|
| None | | | | | |

Amendments require committee approval. Any amendment not yet submitted must be submitted to the CCI office through the normal amendment process. In addition, the P.I. is required to append to this document a bulleted summary of all amendments approved to date.

**New Information**

Described below, is any information appearing in the literature since the last progress report of this protocol, especially as the findings relate to risks or benefits to the subject or the significance of the research or the development of new treatment modalities. Note: If the study is monitored by a SMB/DSMB, you may substitute a copy of the current statement from the SMB/DSMB indicating that it has reviewed study-wide adverse events, interim findings and recent literature that may be relevant to the research.
N/A

**Described below are the preliminary findings, especially noted are any findings that would affect the risk or benefits to research subjects:**
N/A

This new information is **NOT APPLICABLE** to the subjects willingness to continue in this protocol.

**Termination of Research**
None

**As Principal Investigator, my signature on the form with respect to this research project certifies the following:**

1. Changes to the research project and/or informed consent form, if any, have been submitted to the CCI/IRB.
2. There have been no known medical, legal, or other complications, including no invasion of an individual's privacy, resulting from this research project.
3. Unless specifically waived by the CCI/IRB, a written informed consent form has been obtained for each subject included in the study. One copy has been given to the subject a second copy is in the subject's chart, and a third copy is on file in my office and is available for review.
4. There have been no new findings or other relevant information that adversely alters the risk/benefit for the research, except as already reported to the CCI/IRB.

## ELECTRONICALLY ATTACHED DOCUMENTS
None

_____  

Signature of Principal Investigator          Date  5/12/11

_____  

Signature of Reviewer          Date  6/2/11

List of non-Einstein principal investigators receiving tissue from the hFTR users between 07/20/2010 and 05/12/2011

| Last name | First Name | Organization |
|---|---|---|
| ███████ | ███████ | Montreal Neurological Institute |
| ███████ | ███████ | University of California, Irvine |
| ███████ | ███████ | NYU School of Medicine |
| ███████ | ███████ | Memorial Sloan-Kettering Cancer Center |
| ███████ | ███████ | Yale University School of Medicine |
| ███████ | ███████ | Yale University School of Medicine |
| ███████ | ███████ | Wayne State Univ. School of Med. |
| ███████ | ███████ | Wayne State Univ. School of Med. |
| ███████ | ███████ | Rockefeller University |
| ███████ | ███████ | Yale University School of Medicine |
| ███████ | ███████ | Univ. of Connecticut Health Ctr. |



RECEIVED
JUL 2 8 2010
CCI

# ALBERT EINSTEIN COLLEGE OF MEDICINE
## OF YESHIVA UNIVERSITY
### Committee on Clinical Investigations
and
## MONTEFIORE MEDICAL CENTER
### Institutional Review Board

### Date Submitted: 7/20/2010 1:18:26 PM

| | |
|---|---|
| Progress Report: | 1993 - 042 - 007 |
| MMC No.: | 93-12-432 |
| HHC No.: | *01-243 |
| Investigator: | |
| Investigator Phone #: | |
| Investigator E-Mail: | |
| Protocol Title: | HUMAN FETAL TISSUE REPOSITORY |
| Protocol Type: | Clinical Research Study |
| Review Type: | Expedited Review |

---

## Research/Collaborating Sites Recruitment Information

| Site Name | Date Initiated | Ongoing | Suspended | Closed | Open for Analysis |
|---|---|---|---|---|---|
| JACOBI MEDICAL CENTER (NBHN) | 5/1/1993 | Y | | | |
| MMC: WEILER DIVISION | 1/1/1998 | Y | | | |
| NORTH CENTRAL BRONX HOSPITAL (NBHN) | 4/23/2010 | Y | | | |
| AECOM: LABORATORY/OFFICE | 5/1/1998 | Y | | | |

**Subject Data**

**Site Name: JACOBI MEDICAL CENTER (NBHN)**

| | |
|---|---|
| Subjects enrolled since last Progress Report review: | 93 |
| Total # of subjects enrolled since project initiated: | 2451 |
| Total # of subjects now active on protocol: | 0 |
| Number of subjects no longer active on protocol - being followed: | 0 |
| Number of subjects who withdrew since last Progress Report: | 0 |

**Site Name: MMC: WEILER DIVISION**

| | |
|---|---|
| Subjects enrolled since last Progress Report review: | 1 |
| Total # of subjects enrolled since project initiated: | 26 |
| Total # of subjects now active on protocol: | 0 |
| Number of subjects no longer active on protocol - being followed: | 0 |
| Number of subjects who withdrew since last Progress Report: | 0 |

**Site Name: NORTH CENTRAL BRONX HOSPITAL (NBHN)**

| | |
|---|---|
| Subjects enrolled since last Progress Report review: | 7 |
| Total # of subjects enrolled since project initiated: | 7 |
| Total # of subjects now active on protocol: | 0 |
| Number of subjects no longer active on protocol - being followed: | 0 |
| Number of subjects who withdrew since last Progress Report: | 0 |

**Site Name: AECOM: LABORATORY/OFFICE**

| | |
|---|---|
| Subjects enrolled since last Progress Report review: | 0 |
| Total # of subjects enrolled since project initiated: | 0 |
| Total # of subjects now active on protocol: | 0 |
| Number of subjects no longer active on protocol - being followed: | 0 |
| Number of subjects who withdrew since last Progress Report: | 0 |

**Internal Adverse Events**

### Site Name: JACOBI MEDICAL CENTER (NBHN)

Number of Subjects who died while on protocol, during this
Progress Report period:                                           0

Number of serious adverse events during this Progress Report
period:                                                           0

Number of unanticipated adverse events during this Progress
Report period:                                                    0


### Site Name: MMC: WEILER DIVISION

Number of Subjects who died while on protocol, during this
Progress Report period:                                           0

Number of serious adverse events during this Progress Report
period:                                                           0

Number of unanticipated adverse events during this Progress
Report period:                                                    0


### Site Name: NORTH CENTRAL BRONX HOSPITAL (NBHN)

Number of Subjects who died while on protocol, during this
Progress Report period:                                           0

Number of serious adverse events during this Progress Report
period:                                                           0

Number of unanticipated adverse events during this Progress
Report period:                                                    0


### Site Name: AECOM: LABORATORY/OFFICE

Number of Subjects who died while on protocol, during this
Progress Report period:                                           0

Number of serious adverse events during this Progress Report
period:                                                           0

Number of unanticipated adverse events during this Progress
Report period:                                                    0


The Principal Investigator has certified that the number of Internal Adverse Events
shown above is correct.

**Investigator/Key Personnel**

| Name | COI Required | Payroll | Training Complete | Date |
|------|--------------|---------|-------------------|------|
|  | Y | YU | Y | 6/1/2007 |
|  | Y | YU | Y | 5/7/2007 |

**External Sources of Support**

| Source | Drugs | Devices | Equipment | Supplies | Funding |
|--------|-------|---------|-----------|----------|---------|
| None |  |  |  |  |  |

Amendments require committee approval. Any amendment not yet submitted must be submitted to the CCI office through the normal amendment process. In addition, the P.I. is required to append to this document a bulleted summary of all amendments approved to date.

**New Information**

Described below, is any information appearing in the literature since the last progress report of this protocol, especially as the findings relate to risks or benefits to the subject or the significance of the research or the development of new treatment modalities. Note: If the study is monitored by a SMB/DSMB, you may substitute a copy of the current statement from the SMB/DSMB indicating that it has reviewed study-wide adverse events, interim findings and recent literature that may be relevant to the research.
N/A

**Described below are the preliminary findings, especially noted are any findings that would affect the risk or benefits to research subjects:**
N/A

This new information is **NOT APPLICABLE** to the subjects willingness to continue in this protocol.

**Termination of Research**
None

**As Principal Investigator, my signature on the form with respect to this research project certifies the following:**

1. Changes to the research project and/or informed consent form, if any, have been submitted to the CCI/IRB.
2. There have been no known medical, legal, or other complications, including no invasion of an individual's privacy, resulting from this research project.
3. Unless specifically waived by the CCI/IRB, a written informed consent form has been obtained for each subject included in the study. One copy has been given to the subject a second copy is in the subject's chart, and a third copy is on file in my office and is available for review.
4. There have been no new findings or other relevant information that adversely alters the risk/benefit for the research, except as already reported to the CCI/IRB.

**The following exceptions to the four points above have been entered by the Investigator:**
N/A

**ELECTRONICALLY ATTACHED DOCUMENTS**
None

_____  7/20/2010
Signature of Principal Investigator         Date

_____  8/4/10
Signature of Reviewer         Date

Exhibit 5.56



**EINSTEIN**

Albert Einstein College of Medicine
OF YESHIVA UNIVERSITY

Human Fetal Tissue Repository

Jack and Pearl Resnick Campus

December 15, 2010

Dear Colleague:

Thank you for your inquiry about receiving specimens from Human Fetal Tissue Repository [hFTR] of the Albert Einstein College of Medicine [AECOM]. In order to expedite filling your request, please provide the hFTR with following information:

- An abstract and brief summary of your IRB-approved human experimentation protocol. Clearly state which tissues you will use for your study and why you must use human tissues -- and human *fetal* tissues in particular.
- A copy of your local IRB approval letter. When filling out your IRB application, be sure to state that you will be receiving tissue from the AECOM hFTR.
- Please read and sign the enclosed *Risk Handling Statement*.
- Please read and sign the *Non-Transplant Human Fetal Tissue Request Form*. Note that the appropriate administrative official of your institution (the "Recipient") and must also sign this agreement. These agreements emphasize several issues:

  1. You are responsible for understanding and adhering to appropriate safety standards for the protection of yourself and the laboratory personnel under your supervision who will be handling the human tissue.

  2. Unless you are licensed to do so by New York State, you may not distribute any portion of the tissue disbursement or products derived therefrom to colleagues or other investigators. You must refer all such inquiries to the AECOM hFTR.

  3. You have agreed to provide specific acknowledgment of the AECOM hFTR in any publications related to the use of these tissues or products derived therefrom.

All requests undergo a review process in the order in which they are received. Upon approval, the tissue order will be shipped to your location as such samples become available to the hFTR. Shipping costs, if applicable, are assumed by the recipient. The AECOM hFTR ordinarily ships specimens via FedEx. We therefore require that you provide us with your FedEx account number.

Please feel free to contact me regarding the status of your request for tissue or with any other questions that you may have. The AECOM hFTR is pleased to be able to provide this specialized service to help facilitate your research program.

Sincerely,



Exhibit 5.57



Albert Einstein College of Medicine of Yeshiva University

**Non-Transplant Human Fetal Tissue Request Form**

All terms below are defined in the Uniform Biological Material Transfer Agreement published in the Federal Register on March 8, 1995.

1. The BIOLOGICAL MATERIAL, herein, is made available as a service to the research community and is for non-clinical use only.
2. The BIOLOGICAL MATERIAL will be used for teaching and not-for-profit research purposes only and not for any commercial purpose whatsoever.
3. The BIOLOGICAL MATERIAL will not be further distributed to others without the written consent of the Albert Einstein College of Medicine (herein PROVIDER). The RECIPIENT shall refer any request for the BIOLOGICAL MATERIAL to the PROVIDER. To the extent supplies are available, the Human Fetal Tissue Repository will attempt to make the BIOLOGICAL MATERIAL available, under a separate Human Fetal Tissue Request, to other academic scientists who wish to replicate the RECIPIENT SCIENTIST's research.
4. The RECIPIENT agrees to acknowledge the source of the BIOLOGICAL MATERIAL in any publications reporting use of it.
5. Any BIOLOGICAL MATERIAL delivered pursuant to this Human Fetal Tissue Request is understood to be experimental in nature and may have hazardous properties. The PROVIDER MAKES NO REPRESENTATIONS AND EXTENDS NO WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. THERE ARE NO EXPRESS OR IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR THAT THE USE OF THE BIOLOGICAL MATERIAL WILL NOT INFRINGE ANY PATENT, COPYRIGHT, TRADEMARK, OR OTHER PROPRIETARY RIGHTS. Except to the extent prohibited by law, the RECIPIENT assumes all liability for damages that may arise from its use, storage or disposal of BIOLOGICAL MATERIAL. The PROVIDER will not be liable to the RECIPIENT for any loss, claim or demand made by the RECIPIENT, or made against the RECIPIENT by any other party, due to or arising from the use of the BIOLOGICAL MATERIAL by the RECIPIENT.
6. The RECIPIENT agrees to use the BIOLOGICAL MATERIAL in compliance with all applicable statutes and regulations, including, but not limited to those relating to research involving the use of human and animal subjects or recombinant DNA.
7. The RECIPIENT will pay a transmittal fee of $250 per sample to reimburse the PROVIDER for its preparation and distrbution costs.
8. The RECIPIENT affirms that they have received all necessary approvals for their use of material, including but not limited to RECIPIENT IRB, IACUC, and Biosafety, as applicable.
9. Any changes in the protocol including requests for: additional tissues, for tissues from donors with specific clinical pathologies, or for abortuses with specific anomalies must receive RECIPIENT IRB as well as PROVIDER IRB preapproval.
10. The RECIPIENT and the RECIPIENT SCIENTIST should sign two copies of this form and return both signed copies to the hFTR Director. One fully executed copy will be returned to the RECIPIENT.

## BIOLOGICAL MATERIAL

| Type of Fetal Tissue | Quantity | Age Range |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

## IRB APPROVAL/EXEMPTION

IRB Protocol #: _____     IRB Approval Date: _____

Protocol Title: _____

## RECIPIENT SCIENTIST

Institution: _____

Street Address: _____

City: _____     State: _____     Zip: _____

| Name, Recipient Scientist | Academic Title, Recipient Scientist | Signature, Recipient Scientist | Date |

## RECIPIENT

Institution: _____

Street Address: _____

City: _____     State: _____     Zip: _____

| Name, Authorized Official | Title, Authorized Official | Signature, Authorized Official | Date |

## REQUIRED APPROVALS

| Name, Einstein hFTR Director | Signature, Einstein hFTR Director | Date |

| Name, Authorized Official | Title, Authorized Official | Signature, Authorized Official | Date |

hFTR Request Form (12/10/09)

# Exhibit 6.1



| Applies To: |
| Department: Obstetrics and Gynecology |
| Revised: |
| Effective Date: _____ |

| Title: **Second Trimester Pregnancy Termination, D&E and induction of labor** | **Policy** |

| Patient Age Group: | (X) N/A | () All Ages | () Newborns | () Pediatric | () Adult |

## POLICY STATEMENT

This protocol is for management of pregnancy termination in the second trimester (13-25 weeks). Most women who undergo induced abortion or miscarriage management from 13-16 weeks choose dilatation and evacuation (D&E). Beyond 16-17 weeks, women should generally be given a choice between induction of labor vs. D&E although it appears that complications are more common with induction of labor than with D&E (1).

## ADMISSION CONSIDERATIONS

1. Prior to the procedure it is the physician's responsibility to:
    a. provide the patient with a full explanation of both D&E and labor induction with risks and benefits of each.
    b. obtain specific informed consent form for pregnancy termination and sign the informed consent document.
2. All women will undergo ultrasound evaluation for gestational age assessment.
3. At or beyond 24-25 weeks, pregnancy termination will be considered on a case-by-case basis for maternal or fetal reasons.
4. Terminations for genetic/maternal health indications and for fetal demise are routinely scheduled on L&D. Such cases should be scheduled by calling the L&D front desk scheduler.
5. The Family Planning Service will schedule and staff D&E procedures. A faculty from Family Planning is available 24-7 through the Reproductive Health PALS (272-2000) line. In the case of induction of labor, family planning or the primary physician with the L&D team will manage the patient.
6. A memory box may be made for women who desire footprints, etc. whether the termination occurs by D&E or by induction of labor. Grief counseling is available for women.

## DOCUMENTATION

The medical record should reflect the diagnosis and counseling for pregnancy termination. In addition, a dated and timed procedure note will describe procedures performed in the case of D&E, and, in the case of induction, the time of passage of the fetus and placenta, estimated blood loss, and any complications.

## METHOD

1. D&E
    - Most women choose D&E when it is offered, although some women choose induction of labor for personal reasons (e.g., in order to hold the baby) or for genetic studies. Studies

HIGHLY CONFIDENTIAL

UNM01685

suggest that overall, D&E is safer, resulting in fewer D&Cs for retained placenta and less infectious morbidity.

    a. For D&E, contact the Family Planning attending on call via PALS who will arrange the procedure and placement of laminaria in preparation for the procedure.

    b. If upon presentation to L&D for admission, fetal heart beat is present and feticide is planned/desired, Family Planning or MFM should be consulted. Feticide may be accomplished with intracardiac KCl or with intra-fetal or intra-amniotic digoxin per a separate SOP (Fetal intracardiac KCL or intrafetal/intra-amniotic digoxin injection).

2. Labor induction termination
   - Candidates for labor induction abortion in the 2nd trimester include genetic terminations or those for health of the woman who choose not to undergo D&E. The combination of mifepristone and misoprostol is the most effective and fastest. Use of mifepristone reduces the induction to abortion time by 40-50%.

3. Women with pregnancy from 12-24 weeks:
   - Mifepristone tablet, 200 mg orally.
   - 24-48 hours later, misoprostol, 600-800 mcg vaginally followed by 200-400 mcg vaginally q 3 hours.
   - The loading dose of misoprostol appears to reduce overall induction time.
   - If patient desires immediate induction, give mifepristone and wait 3 hours for first dose of misoprostol.
   - Prior cesarean delivery: there is no clear evidence of an increased risk of uterine rupture with labor induction abortion in women with one prior cesarean. A review suggested a rate of uterine rupture of .28% in scarred uteri vs. .04% in unscarred uteri. Please see protocol for labor induction for women with prior C/S (Induction of labor in 2nd and 3rd trimester with prior cesarean section).
   - Pre-procedure feticide may facilitate the time to expulsion with labor induction abortion although data are conflicting on this point.

## ADMINISTRATIVE PROCEDURES

1. An abortion is not considered a birth in the case of induction of labor. If there is no evidence of life, a fetal death certificate should not be completed, and an entry should not be made in the delivery log.

2. In cases where a woman desires to terminate a pregnancy beyond 22-23 weeks for fetal or maternal indications, please consult the Family Planning Service.

3. When an induced abortion results in a live-born infant—showing any signs of life such as a heartbeat or voluntary movement—a birth certificate should be completed, and in the space on the birth certificate describing the type of delivery, the word "induced" should be entered. A death certificate must be completed if/when the infant dies. On the woman's medical record, although a live birth resulted from the procedure, this is still recorded as an induced abortion. The diagnosis on the woman's chart should be "induced abortion" with secondary diagnosis giving the indication for the procedure. In addition, a diagnosis of "live-born infant" should be made as a secondary diagnosis. This reflects the unusual outcome of the live birth from an induced abortion. Do not make an entry in the delivery room log.

HIGHLY CONFIDENTIAL

UNM01686

4. Parents have the right to burial of the fetus regardless of the gestational age and despite choosing induced abortion. Nursing has the names of mortuaries to arrange for burial.
5. Grief counseling and keepsakes should be offered to the parents

## CONSULTATION

Twenty-four hour consultation is available by calling the Division of Family Planning service at the University of New Mexico Hospital through PALS.

## REFERENCES

1. SFP guideline: http://www.societyfp.org/_documents/resources/guidelines2011-1.pdf.

The information in this SOP is designed to aid practitioners in making decisions about appropriate obstetric and gynecologic care. These SOP guidelines should not be construed as dictating an exclusive course of treatment or procedure. Variations in practice may be warranted based on the needs of the individual patient, resources, and limitations unique to the UNM setting or type of practice.

HIGHLY CONFIDENTIAL

UNM01687

**DOCUMENT APPROVAL & TRACKING**

Prepared by:     Division of Family Planning

Approved by:     ███████████████████

Approval:     ███████████████████

Chair, Department of Obstetrics and Gynecology       Date

| SOP # / Version # | Effective Date | Supersedes | Review Date | Summary of Change(s) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Title:
Owner:
Effective Date:
Doc. #

HIGHLY CONFIDENTIAL

UNM01688

# Exhibit 6.2



HEALTH SCIENCES CENTER

| Applies To: |
| Department: Obstetrics and Gynecology |
| Revised: |
| Effective Date: _____ |

| Title: **Management of Very Early Pregnancy Medical and Surgical Abortion** | **Policy** |

| Patient Age Group: | (X) N/A | ( ) All Ages | ( ) Newborns | ( ) Pediatric | ( ) Adult |

## POLICY STATEMENT

This protocol is for the management of women desiring abortion at early gestational ages (i.e. prior to ultrasound identification of a clear gestational sac or gestational sac with yolk sac). Surgical abortion in this subgroup remains safe and relatively effective, with appropriate informed consent.

## EARLY GESTATIONAL AGE

Women may present for termination of pregnancy at very early gestational ages. All women desiring surgical abortion should have ultrasound performed for dating and confirmation of intrauterine pregnancy. This protocol specifically applies to women -

- Without a gestational sac and/or
- Without a yolk sac

This procedure does **NOT** apply to women with clearly identified extra-uterine pregnancies who should be treated for ectopic pregnancy.

## MANAGEMENT

Surgical and medical abortion is a reasonable and effective method of pregnancy termination in women without defined gestational sac or yolk sac. Providers should counsel patients of a 2-3% risk (for surgical abortion) [1] and 9-15% risk (for medical abortion) [2] of ongoing pregnancy, risk of undiagnosed ectopic pregnancy and the need for continued follow up. The woman has 2 options:

1. Follow up in 1-2wks to verify gestational sac with yolk sac to verify intrauterine pregnancy vs. earlier depending on serum quantitative beta hCG
2. Proceed with medical vs. surgical abortion with close follow up of serum quantitative beta hCG

If the woman elects SURGICAL ABORTION:

1. Counseling should be documented on date of options counseling.
2. Check quantitative serum quantitative beta hCG on date of presentation:
    - if the beta hCG level is **above** the discriminatory zone,
        o Refer to OB Triage for re-evaluation with DI ultrasound
        o Counsel with specific concern for ectopic pregnancy and consider MTX vs. D&C via MVA to rule out intrauterine pregnancy
        o Place in beta book

Title: Management of Early Pregnancy Abortion
Owner: Division of Family Planning
Effective Date: August 3, 2015
Doc. # 1

Page 1 of 3

HIGHLY CONFIDENTIAL

UNM01689

- If the beta hCG level **below** the discriminatory zone
  - Proceed with surgical abortion —examine products of conception and document evaluation of tissue within the procedure note. If a gestational sac and chorionic villi are identified, no further follow up is needed.
  - If a gestational sac and villi are NOT identified, patients should be counseled about signs and symptoms of ectopic or continuing pregnancy and a follow-up appointment should be scheduled. They should have follow up serum quantitative beta hCG in 48 hours with successful abortion defined as a >50% decrease in the hCG level.

- If the woman elects MEDICAL ABORTION:
  1. Counseling should be documented on date of options counseling.
  2. Check quantitative serum quantitative beta hCG on date of presentation;
  3. Schedule a serum quantitate beta hCG and clinic follow up in one week. A ≥80% decrease in hCG levels is defined as a successful abortion.
  4. For more information about medication abortion, please see separate medication abortion SOP[3].

## REFERENCES

1. ▮▮▮▮▮ (2015). Manual compared with electric vacuum aspiration for abortion at less than 6 weeks of gestation. *Obstetrics and Gynecology , 125*, 1121-1129.

2. ▮▮▮▮▮ (2013). Mifepristone and buccal misoprostol in women with no defined intrauterine gestational sac. *Contraception , 87*, 855-858.

3. ▮▮▮▮▮ (2015, 06 30). *Medical Abortion.* (▮▮▮▮. Ed.) Retrieved 8 10, 2015, from UNM Department of ObGyn Standard Operating Procedures: ▮▮▮▮▮▮▮▮▮▮▮▮

The information in this SOP is designed to aid practitioners in making decisions about appropriate obstetric and gynecologic care. These SOP guidelines should not be construed as dictating an exclusive course of treatment or procedure. Variations in practice may be warranted based on the needs of the individual patient, resources, and limitations unique to the UNM setting or type of practice.

## DOCUMENT APPROVAL & TRACKING

Prepared by:     Division of Family Planning

Approved by:     ▮▮▮▮▮▮▮▮

Approval:        ▮▮▮▮▮▮▮▮                    10/14/15
                 ▮▮ Department of Obstetrics and Gynecology        Date

Title: Management of Early Pregnancy Abortion
Owner: Division of Family Planning
Effective Date: August 3, 2015
Doc. # 1

Page 2 of 3

HIGHLY CONFIDENTIAL                                                UNM01690

| SOP # / Version # | Effective Date | Supersedes | Review Date | Summary of Change(s) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Title: Management of Early Pregnancy Abortion
Owner: Division of Family Planning
Effective Date: August 3, 2015
Doc. # 1

Page 3 of 3

HIGHLY CONFIDENTIAL

UNM01691

Exhibit 6.3



| Applies To: |
| Department: Obstetrics and Gynecology |
| Revised: |
| Effective Date: _____ |

| Title: **Second Trimester Pregnancy Termination, D&E and induction of labor** | **Policy** |

| Patient Age Group: | (X) N/A | ( ) All Ages | ( ) Newborns | ( ) Pediatric | ( ) Adult |

## POLICY STATEMENT

This protocol is for management of pregnancy termination in the second trimester (13-25 weeks). Most women who undergo induced abortion or miscarriage management from 13-16 weeks choose dilatation and evacuation (D&E). Beyond 16-17 weeks, women should generally be given a choice between induction of labor vs. D&E although it appears that complications are more common with induction of labor than with D&E (1).

## ADMISSION CONSIDERATIONS

1. Prior to the procedure it is the physician's responsibility to:
   a. provide the patient with a full explanation of both D&E and labor induction with risks and benefits of each.
   b. obtain specific informed consent form for pregnancy termination and sign the informed consent document.
2. All women will undergo ultrasound evaluation for gestational age assessment.
3. At or beyond 24-25 weeks, pregnancy termination will be considered on a case-by-case basis for maternal or fetal reasons.
4. Terminations for genetic/maternal health indications and for fetal demise are routinely scheduled on L&D. Such cases should be scheduled by calling the L&D front desk scheduler.
5. The Family Planning Service will schedule and staff D&E procedures. A faculty from Family Planning is available 24-7 through the Reproductive Health PALS (272-2000) line. In the case of induction of labor, family planning or the primary physician with the L&D team will manage the patient.
6. A memory box may be made for women who desire footprints, etc. whether the termination occurs by D&E or by induction of labor. Grief counseling is available for women.

## DOCUMENTATION

The medical record should reflect the diagnosis and counseling for pregnancy termination. In addition, a dated and timed procedure note will describe procedures performed in the case of D&E, and, in the case of induction, the time of passage of the fetus and placenta, estimated blood loss, and any complications.

## METHOD

1. D&E
   - Most women choose D&E when it is offered, although some women choose induction of labor for personal reasons (e.g., in order to hold the baby) or for genetic studies. Studies

---

HIGHLY CONFIDENTIAL

UNM01685

suggest that overall, D&E is safer, resulting in fewer D&Cs for retained placenta and less infectious morbidity.

    a. For D&E, contact the Family Planning attending on call via PALS who will arrange the procedure and placement of laminaria in preparation for the procedure.

    b. If upon presentation to L&D for admission, fetal heart beat is present and feticide is planned/desired, Family Planning or MFM should be consulted. Feticide may be accomplished with intracardiac KCl or with intra-fetal or intra-amniotic digoxin per a separate SOP (Fetal intracardiac KCL or intrafetal/intra-amniotic digoxin injection).

2. Labor induction termination
   - Candidates for labor induction abortion in the 2nd trimester include genetic terminations or those for health of the woman who choose not to undergo D&E. The combination of mifepristone and misoprostol is the most effective and fastest. Use of mifepristone reduces the induction to abortion time by 40-50%.

3. Women with pregnancy from 12-24 weeks:
   - Mifepristone tablet, 200 mg orally.
   - 24-48 hours later, misoprostol, 600-800 mcg vaginally followed by 200-400 mcg vaginally q 3 hours.
   - The loading dose of misoprostol appears to reduce overall induction time.
   - If patient desires immediate induction, give mifepristone and wait 3 hours for first dose of misoprostol.
   - Prior cesarean delivery: there is no clear evidence of an increased risk of uterine rupture with labor induction abortion in women with one prior cesarean. A review suggested a rate of uterine rupture of .28% in scarred uteri vs. .04% in unscarred uteri. Please see protocol for labor induction for women with prior C/S (Induction of labor in 2nd and 3rd trimester with prior cesarean section).
   - Pre-procedure feticide may facilitate the time to expulsion with labor induction abortion although data are conflicting on this point.

## ADMINISTRATIVE PROCEDURES

1. An abortion is not considered a birth in the case of induction of labor. If there is no evidence of life, a fetal death certificate should not be completed, and an entry should not be made in the delivery log.

2. In cases where a woman desires to terminate a pregnancy beyond 22-23 weeks for fetal or maternal indications, please consult the Family Planning Service.

3. When an induced abortion results in a live-born infant—showing any signs of life such as a heartbeat or voluntary movement—a birth certificate should be completed, and in the space on the birth certificate describing the type of delivery, the word "induced" should be entered. A death certificate must be completed if/when the infant dies. On the woman's medical record, although a live birth resulted from the procedure, this is still recorded as an induced abortion. The diagnosis on the woman's chart should be "induced abortion" with secondary diagnosis giving the indication for the procedure. In addition, a diagnosis of "live-born infant" should be made as a secondary diagnosis. This reflects the unusual outcome of the live birth from an induced abortion. Do not make an entry in the delivery room log.

HIGHLY CONFIDENTIAL

UNM01686

4. Parents have the right to burial of the fetus regardless of the gestational age and despite choosing induced abortion. Nursing has the names of mortuaries to arrange for burial.
5. Grief counseling and keepsakes should be offered to the parents

## CONSULTATION
Twenty-four hour consultation is available by calling the Division of Family Planning service at the University of New Mexico Hospital through PALS.

## REFERENCES
1. SFP guideline: ████████████████████████████████████

The information in this SOP is designed to aid practitioners in making decisions about appropriate obstetric and gynecologic care. These SOP guidelines should not be construed as dictating an exclusive course of treatment or procedure. Variations in practice may be warranted based on the needs of the individual patient, resources, and limitations unique to the UNM setting or type of practice.

HIGHLY CONFIDENTIAL

UNM01687

## DOCUMENT APPROVAL & TRACKING

Prepared by:       Division of Family Planning

Approved by:     ███████████████████████

Approval:         ██████████████

██ Department of Obstetrics and Gynecology         Date

| SOP # / Version # | Effective Date | Supersedes | Review Date | Summary of Change(s) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Title:
Owner:
Effective Date:
Doc. #

HIGHLY CONFIDENTIAL         UNM01688

# Exhibit 6.4

# UNM Center for Reproductive Health







Your
Comfort
is Our Focus

## Abortion Care

**We offer abortion care up to 23 weeks gestational age (time since last menstrual period).** The method of abortion depends on how far along the pregnancy is.

- If you are under **10** weeks (70 days after your last period), you could have a medical abortion or a surgical abortion (D&C).
- After 10 weeks, you must have a surgical abortion. You can also choose to have a surgical abortion instead of a medical abortion if you are less than 9 weeks.

> **Oral pain medications, intravenous sedation, and nitrous oxide gas are available for pain control.**

### Medical Abortion

A medical abortion is an option that is available to you if you are 10 weeks along or less. This is done by taking 2 medications. The first, a tablet of mifepristone (*the Abortion Pill*), is taken in our office. Then 6-72 hours later, at home, you take the next medication, misoprostol. The combination of these two medications causes the pregnancy to be passed from your body. It is important to come back to the office a week or two later so an ultrasound can be done to ensure that the medication worked and the pregnancy is gone.

### Surgical Abortion

There are two different types of surgical or suction abortion. You can have a surgical abortion from very early in pregnancy (*6 weeks from your last period*) through **23** weeks. The procedure takes approximately 15 minutes to complete but the whole visit may take several hours depending on your individual situation. You will be given pain medication and you may need additional time after the procedure to recover. Since an ultrasound is done at the end of the procedure, a follow-up visit is not always necessary. We will do a phone follow-up with you a few days later to make sure you are feeling OK. After 12-16 weeks, we may need to get your cervix (the opening of the uterus) ready for the procedure by using medicine to soften the cervix. This can make the appointment longer or, sometimes when the pregnancy is more advanced, it may take another 1-2 days to prepare your cervix for the procedure.

*"The office and medical staff were very informative and very kind. Also very understanding and non-judgmental."*

# Exhibit 6.5

The chart shows grants to UNM from the Susan Thompson Buffett Foundation. The following pages were extracted from the 990 forms where the grant information was obtained.

| 2001 | $223,291 | UNM Health Sciences Center | Project Support | Page 33 |
|------|----------|---------------------------|-----------------|---------|
| 2002 | $34,653 | UNM Health Sciences Center | Project Support | 76 |
| 2003 | $61,889 | University of New Mexico | Project Support | 115 |
| 2004 | | | | |
| 2005 | $451,199 | University of New Mexico | Project Support | 205 |
| 2006 | | | | |
| 2007 | $14,000 | University of New Mexico | Project Support | 310 |
| 2008 | $465,480 | University of New Mexico School of Public Health | Project Support | 353 |
| 2009 | $15,649 $131,360 | University of New Mexico | Project Support | 395 |
| 2010 | $14,079 | University of New Mexico | Project Support | 444 |
| 2011 | $15,602 $17,144 $591 $200,571 | UNM Foundation | Project Support | 504 |
| 2012 | $331,632 | University of New Mexico | Project Support | 583 |
| 2013 | $339,347 $47,639 $33,734 | The Regents of UNM The Regents of UNM The University of NM | Project Support | 622 622 633 |
| 2014 | $251,201 $28,775 $23,920 $336,948 | The Regents of UNM UNM Health Sciences Center UNM Health Sciences Center UNM Health Sciences Center | Project Support | 691 692 692 692 |

The Buffett Foundation     47-6032365
990-PF Fiscal Year Ending June 30, 2002
Part XV, Line 3a

| | |
|---|---:|
| University of New Mexico Health Science Center<br>Albuquerque, NM (Project support) | $223,291.00 |
| University of North Carolina, Chapel Hill<br>Chapel Hill, NC (Fellowships) | $78,196.64 |
| University of Pennsylvannia<br>Philadelphia, PA (Project support) | $58,100.00 |
| University of Pittsburgh Physicians<br>Pittsburgh, PA (Project support) | $41,637.00 |
| University of Pittsburgh<br>Pittsburgh, PA (Fellowships) | $28,741.00 |
| University of Puerto Rico, Cayey<br>Cayey, Puerto Rico (Project support) | $98,500.00 |
| University of Rochester<br>Rochester, NY (Project support) | $161,555.00 |
| University of Rochester<br>Rochester, NY (Fellowships) | $949,258.14 |
| USC Obstetricians & Gynecologists<br>Los Angeles, CA (Fellowships) | $228,873.00 |
| University of Washington<br>Seattle, WA (Fellowships) | $53,945.00 |
| Wayne State College<br>Wayne, NE (Scholarships) | $68,082.50 |
| Willows Foundation<br>Arlington, VA (Project support) | $1,590,521.00 |
| Zoofari 2001<br>Omaha, NE (General support) | $55,000.00 |
| ████████████ | $10,000.00 |
| ████████ | $10,000.00 |
| █████████████ | $10,000.00 |
| ██████████ | $10,000.00 |

The Buffett Foundation    47-6032365
990-PF Fiscal Year Ending June 30, 2003
Part XV, Line 3a

| | |
|---|---:|
| San Francisco Symphony<br>San Francisco, CA (General support) | $15,000.00 |
| Self Reliance Foundation<br>Arlington, VA (Project support) | $200,000.00 |
| Southeast Community College<br>Lincoln, NE (Scholarships) | $6,632 87 |
| Student Insurance<br>Pittsburgh, PA (Fellowships) | $1,982 00 |
| Teammates of Nebraska<br>Omaha, NE (General support) | $50,000 00 |
| Tulane University<br>New Orleans, LA (Fellowships) | $23,996.00 |
| University of Alabama, Birmingham<br>Birmingham, AL (Fellowships) | $15,140 25 |
| University of Illinois<br>Chicago, IL (Fellowships) | $210,015 54 |
| University of Massachusetts<br>Amherst, MA (Fellowships) | $12,717 00 |
| University of Michigan<br>Ann Arbor, MI (Contribution returned) | ($5,197 63<br>) |
| University of Nebraska College of Tech Agric<br>Curtis, NE (Project support) | $2,152.00 |
| University of Nebraska, Kearney<br>Kearney, NE (Scholarships) | $47,289 25 |
| University of Nebraska, Lincoln<br>Lincoln, NE (Scholarships) | $172,513 53 |
| University of Nebraska Medical Center<br>Omaha, NE (Scholarships) | $20,700 00 |
| University of Nebraska, Omaha<br>Omaha, NE (Scholarships) | $42,385.00 |
| University of New Mexico Health Science Center<br>Albuquerque, NM (Project support) | $34,653.00 |
| University of North Carolina, Chapel Hill<br>Chapel Hill, NC (Fellowships) | $53,751 80 |

| Recipient | Type | | Amount |
|---|---|---|---|
| University of Maryland Baltimore, MD (Program support) | Cash | | $40,000.00 |
| Univ of Medicine and Dentistry of NJ Somerset, NJ (Program support) January 15, 2004 | 4 sh Berkshire Hathaway Class A | $66.80 | $343,580.00 |
| Univ of Medicine and Dentistry of NJ Somerset, NJ (Program support) January 15, 2004 | 2 sh Bershire Hathaway Class B | $1.11 | $5,737.00 |
| Univ of Medicine and Dentistry of NJ Newark, NJ (Program support) | Cash | | $98,250.00 |
| University of Nebraska Kearney, NE (Scholarships) | Cash | | $48,670.30 |
| University of Nebraska Lincoln, NE (Scholarships) | Cash | | $230,087.96 |
| Univ of Nebraska College of Tech Ag Curtis, NE (Scholarships) | Cash | | $2,256.90 |
| University of Nebraska Omaha, NE (Scholarships) | Cash | | $38,876.56 |
| University of Nebraska Medical Center Omaha, NE (Scholarships) | Cash | | $15,000.00 |
| University of New Mexico Albuquerque, NM (Project support) | Cash | | $61,889.00 |
| University of Pennsylvania Philadelphia, PA (Program support) | Cash | | $243,580.00 |
| University of Pittsburgh Pittsburgh, PA (Fellowship) | Cash | | $27,344.00 |
| University of Puerto Rico San Juan, PR (Project support) | Cash | | $99,000.00 |
| University of Rochester Rochester, NY (Fellowship) | Cash | | $52,606.00 |

| | | | |
|---|---|---|---|
| UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY , NEWARK, NJ | PUBLIC CHARITY | PROJECT SUPPORT | 478,268. |
| UNIVERSITY OF MINNESOTA , MINNEAPOLIS, MN | PUBLIC CHARITY | PROJECT SUPPORT | 293,617. |
| UNIVERSITY OF MONTREAL , MONTREAL, CANADA | PUBLIC CHARITY | FELLOWSHIP | 84,000. |
| UNIVERSITY OF NEBRASKA MEDICAL CENTER , OMAHA, NE | PUBLIC CHARITY | SCHOLARSHIP | 25,000. |
| UNIVERSITY OF NEBRASKA - KEARNEY , KEARNEY, NE | PUBLIC CHARITY | SCHOLARSHIP | 63,063. |
| UNIVERSITY OF NEBRASKA - LINCOLN , LINCOLN, NE | PUBLIC CHARITY | SCHOLARSHIP | 208,385. |
| UNIVERSITY OF NEBRASKA - OMAHA , OMAHA, NE | PUBLIC CHARITY | SCHOLARSHIP | 74,736. |
| UNIVERSITY OF NEW MEXICO , ALBUQUERQUE, NM | PUBLIC CHARITY | PROJECT SUPPORT | 451,199. |
| UNIVERSITY OF PITTSBURGH , PITTSBURGH, PA | PUBLIC CHARITY | FELLOWSHIP | 57,516. |
| UNIVERSITY OF PUERTO RICO , SAN JUAN, PR | PUBLIC CHARITY | PROJECT SUPPORT | 80,000. |
| UNIVERSITY OF ROCHESTER , ROCHESTER, NY | PUBLIC CHARITY | FELLOWSHIP | 49,708. |

# THE SUSAN THOMPSON BUFFETT FOUNDATION, EIN 47-6032365
## FORM 990-PF, PART XV
## GRANTS AND CONTRIBUTIONS PAID IN 2007

| Payee Name | Street | City | State or Country | Zip Code | Status | Purpose | Grant No. | Grants and Contributions Paid in 2007 |
|---|---|---|---|---|---|---|---|---|
| University of Miami | POBox 016960 (D-50) | Miami | FL | 33101 | Public Charity | Project Support | 477.01 | 323,532 |
| University of Miami | POBox 016960 (D-50) | Miami | FL | 33101 | Public Charity | Project Support | 696.00 | 44,928 |
| University of Montreal | 3175 Chemin Cote Ste-Catherine | Montreal | Quebec | H3T 1C5 | Public Charity | Project Support | 433.00 | 42,000 |
| University of Montreal | 3175 Chemin Cote Ste-Catherine | Montreal | Quebec | H3T 1C5 | Public Charity | Project Support | 434.00 | 46,820 |
| University of Nebraska Kearney | Memorial Student Affairs Building | Kearney | NE | 68849 | Public Charity | Scholarships | 394.01 | 196,727 |
| University of Nebraska Lincoln | PO Box 880411 | Lincoln | NE | 68588-0411 | Public Charity | Scholarships | 395.01 | 738,384 |
| University of Nebraska Medical Center | 600 S 42 Street | Omaha | NE | 68198-4265 | Public Charity | Scholarships | 408.01 | 24,750 |
| University of Nebraska Omaha | Eppley Administration Building Room 103 | Omaha | NE | 68182-0252 | Public Charity | Scholarships | 409.01 | 280,000 |
| University of New Mexico | MSC10 5560  1 Unvesrity of New Mexico | Albuquerque | NM | 87131-0001 | Public Charity | Project Support | 315.00 | 14,000 |
| Unversity of North Carolina | School of Public Health,CB #7445, Rosenau Hall | Chapel Hill | NC | 27599 | Public Charity | Project Support | 446.00 | 491,460 |
| Unversity of North Carolina | School of Public Health,CB #7445, Rosenau Hall | Chapel Hill | NC | 27599 | Public Charity | Project Support | 717.00 | 390,390 |
| University of Northern Iowa | 213 East Bartlett Hall | Cedar Falls | IA | 50614-0394 | Public Charity | Project Support | 588.00 | 238,992 |
| University of Northern Iowa | 213 East Bartlett Hall | Cedar Falls | IA | 50614-0394 | Public Charity | Project Support | 614.00 | 114,672 |
| University of Pennsylvania | 39th and Market Streets | Philadelphia | PA | 19104 | Public Charity | Project Support | 296.01 | 383,441 |
| University of Pittsburgh | 300 Halket Street | Pittsburgh | PA | 15213 | Public Charity | Project Support | 551.00 | 6,446 |
| University of Pittsburgh | 300 Halket Street | Pittsburgh | PA | 15213 | Public Charity | Project Support | 545.00 | 42,828 |
| University of Pittsburgh | 300 Halket Street | Pittsburgh | PA | 15213 | Public Charity | Project Support | 578.00 | 97,614 |
| University of Puerto Rico | GPO Box 365067 | San Juan | Puerto Rico | 00936-5067 | Public Charity | Project Support | 386.02 | 140,000 |
| University of Washington | 325 Ninth Ave | Seattle | WA | 98104 | Public Charity | Project Support | 238.00 | 274,770 |
| University of Washington | 325 Ninth Ave | Seattle | WA | 98104 | Public Charity | Project Support | 521.00 | 36,284 |
| USC Obstetricans and Gynecologists | 1640 Marengo Street | Los Angeles | CA | 90033 | Public Charity | Project Support | 405.01 | 81,111 |
| USC Obstetricans and Gynecologists | 1641 Marengo Street | Los Angeles | CA | 90033 | Public Charity | Project Support | 405.02 | 505,960 |
| USC Obstetricans and Gynecologists | 1751 Marengo Street | Los Angeles | CA | 90033 | Public Charity | Project Support | 433.00 | 69,943 |
| USC Obstetricans and Gynecologists | 1640 Marengo Street | Los Angeles | CA | 90033 | Public Charity | Project Support | 660.00 | 48,888 |
| USC Obstetricans and Gynecologists | 1640 Marengo Street | Los Angeles | CA | 90033 | Public Charity | Project Support | 698.00 | 36,960 |
| Venture Strategies | 2140 Shattuck Ave | Berkley | CA | 94704 | Public Charity | Project Support | 596.00 | 3,767,575 |
| Venture Strategies | 2140 Shattuck Ave | Berkley | CA | 94704 | Public Charity | Project Support | 708.00 | 189,145 |
| Washington University School of Medicine | 660 South Euclid Avenue | St Louis | MO | 63110 | Public Charity | Project Support | 491.01 | 301,840 |
| Washington University St Louis | 4911 Barnes-Jewish Hospital | St Louis | MO | 63110-1094 | Public Charity | Project Support | 500.00 | 168,354 |
| Washington University St Louis | 4911 Barnes-Jewish Hospital | St Louis | MO | 63110-1094 | Public Charity | Project Support | 598.00 | 2,307,784 |
| Washington University St Louis | 4911 Barnes-Jewish Hospital | St Louis | MO | 63110-1094 | Public Charity | Project Support | 639.00 | 17,580 |
| Washington University St Louis | 4911 Barnes-Jewish Hospital | St Louis | MO | 63110-1094 | Public Charity | Project Support | 682.00 | 32,888 |
| Wayne State College | 1111 Main Street | Wayne | NE | 68787 | Public Charity | Scholarships | 412.01 | 162,286 |
| Western Nebraska Community College | 1601 E 27th Street | Scottsbluff | NE | 69361 | Public Charity | Scholarships | 414.02 | 1,139 |
| Willows Foundatlon | 6667 Elm Street | McLean | VA | 22101 | Expenditure Responsiblity | Project Support | 278.03 | 2,010,274 |
| Willows Foundalton | 6667 Elm Street | McLean | VA | 22101 | Expenditure Responsiblity | Project Support | 549.00 | 279,909 |
| Womens Health Services | 2635 Lincoln Way | Clinton | IA | 52732 | Public Charity | Project Support | 625.00 | 509,530 |
| Womens Link Worldwide | P O  Box 415 | Northfield | VT | 05663 | Public Charity | Project Support | 430.01 | 250,000 |
| Womens Link Worldwide | P O  Box 415 | Northfield | VT | 05663 | Public Charity | Project Support | 452.00 | 140,000 |
| World Health Organization | 20 Ave Appia, CH 12-11 | Geneva | Switzerland | | Public Charity | Project Support | 458.00 | 500,000 |
| World Health Organization | 20 Ave Appia, CH 12-11 | Geneva | Switzerland | | Public Charity | Project Support | 662.00 | 326,918 |
| Yale University | 333 Cedar Street | New Haven | CT | 06520-8063 | Public Charity | Project Support | 418.01 | 292,096 |
| | | | | | | | | 202,684,478 |

## THE SUSAN THOMPSON BUFFETT FOUNDATION
## GRANTS PAID IN 2008

| Organization | Street | City | State | Zipcode | Request ID | Recipient Status | Purpose | Grants Paid in 2008 |
|---|---|---|---|---|---|---|---|---|
| University of British Columbia | 4500 Oak Street | Vancouver | BC | V6H 3N1 | 765.00 | Public Charity | Project Support | 185,030 |
| University of California - Los Angeles | Box 951740,27-139 CHS | Los Angeles | CA | 90095 | 527.00 | Public Charity | Project Support | 46,800 |
| University of California at San Francisco | 3333 California Street | San Francisco | CA | 94118 | 209.02 | Public Charity | Project Support | 392,160 |
| University of California at San Francisco | 3333 California Street | San Francisco | CA | 94118 | 211.04 | Public Charity | Project Support | 203,320 |
| University of California Los Angeles | 10533 Le Conte Ave | Los Angeles | CA | 90095 | 837.00 | Public Charity | Project Support | 35,100 |
| University of California San Francisco | 3333 California Street | San Francisco | CA | 94118 | 359.00 | Public Charity | Project Support | 160,901 |
| University of California San Francisco | Box 0744 | San Francisco | CA | 94143 | 402.03 | Public Charity | Project Support | 678,600 |
| University of California San Francisco | Box 0744 | San Francisco | CA | 84143 | 424.03 | Public Charity | Project Support | 2,520,481 |
| University of California San Francisco | 3333 California Street | San Francisco | CA | 94118 | 571.00 | Public Charity | Project Support | 198,723 |
| University of California San Francisco | 3333 California Street | San Francisco | CA | 94118 | 621.00 | Public Charity | Project Support | 1,374,648 |
| University of California San Francisco | 3333 California Street | San Francisco | CA | 94118 | 691.00 | Public Charity | Project Support | 1,242,750 |
| University of California San Francisco | Box 0744 | San Francisco | CA | 94143 | 793.00 | Public Charity | Project Support | 62,038 |
| University of California San Francisco | Box 0744 | San Francisco | CA | 94143 | 828.00 | Public Charity | Project Support | 35,966 |
| University of California, San Francisco | 3333 California Street | San Francisco | CA | 94118 | 807.00 | Public Charity | Project Support | 61,103 |
| University of Chicago | 5841 S Maryland Ave | Chicago | IL | 60637 | 381.02 | Public Charity | Project Support | 6,501 |
| University of Chicago | 5841 S Maryland Ave | Chicago | IL | 60637 | 381.03 | Public Charity | Project Support | 545,850 |
| University of Chicago | 5841 South Maryland Avenue | Chicago | IL | 60637 | 411.03 | Public Charity | Project Support | 229,257 |
| University of Chicago | 5841 South Maryland Avenue | Chicago | IL | 60637 | 675.00 | Public Charity | Project Support | 35,332 |
| University of Chicago | 5841 S. Maryland Avenue | Chicago | IL | 60637-1470 | 753.00 | Public Charity | Project Support | 70,212 |
| University of Chicago | 5841 S Maryland Ave | Chicago | IL | 60637 | 774.00 | Public Charity | Project Support | 10,366 |
| University of Chicago | 5841 S Maryland Ave | Chicago | IL | 60637 | 808.00 | Public Charity | Project Support | 29,597 |
| University of Colorado Health Science Center | PO Box 6511 | Aurora | CO | 80045 | 829.00 | Public Charity | Project Support | 156,450 |
| University of Illinois-Chicago | 1919 W. Taylor St | Chicago | IL | 60612 | 473.00 | Public Charity | Project Support | 68,070 |
| University of Medicine and Dentistry of New Jersey | 186 South Orange Ave | Newark | NJ | 07103 | 555.00 | Public Charity | Project Support | 156,024 |
| University of Medicine and Dentistry of New Jersey | 186 South Orange Ave | Newark | NJ | 07103 | 558.00 | Public Charity | Project Support | 39,480 |
| University of Michigan | 1500 East Medical Center Drive | Ann Arbor | MI | 48109 | 415.01 | Public Charity | Project Support | 208,823 |
| University of Michigan | 1501 East Medical Center Drive | Ann Arbor | MI | 48109 | 415.02 | Public Charity | Project Support | 234,840 |
| University of Michigan | 1500 East Medical Center Drive | Ann Arbor | MI | 48109 | 740.00 | Public Charity | Project Support | 64,515 |
| University of Michigan | 1500 East Medical Center Drive | Ann Arbor | MI | 48109 | 797.00 | Public Charity | Project Support | 388,668 |
| University of Nebraska | 16 Canfield Admin Bldg | Lincoln | NE | 68588 | 735.00 | Public Charity | Project Support | 953,514 |
| University of Nebraska Lincoln | 16 Canfield Admin Bldg | Lincoln | NE | 68588 | 395.02 | Public Charity | Project Support | 609,226 |
| University of Nebraska Lincoln | 16 Canfield Admin Bldg | Lincoln | NE | 68588 | 395.03 | Public Charity | Project Support | 988,627 |
| University of Nebraska Medical Center | 600 S 42 St | Omaha | NE | 68198 | 408.02 | Public Charity | Project Support | 10,800 |
| University of Nebraska Medical Center | 600 S 42 St | Omaha | NE | 68198 | 408.03 | Public Charity | Project Support | 35,414 |
| University of Nebraska-Kearney | Memorial Student Affairs Bldg | Kearney | NE | 68849 | 394.02 | Public Charity | Project Support | 127,618 |
| University of Nebraska-Kearney | Memorial Student Affairs Bldg | Kearney | NE | 68849 | 394.03 | Public Charity | Project Support | 266,719 |
| University of Nebraska-Omaha | Eppley Admin Bldg | Omaha | NE | 68182 | 409.02 | Public Charity | Project Support | 219,520 |
| University of Nebraska-Omaha | Eppley Admin Bldg | Omaha | NE | 68182 | 409.03 | Public Charity | Project Support | 413,259 |
| University of New Mexico | 1 University of New Mexico School of Public Health,C8 #7445, | Albuquerque | NM | 87108 | 315.01 | Public Charity | Project Support | 465,480 |
| University of North Carolina | Rosenau Hall | Chapel Hill | NC | 27599 | 446.01 | Public Charity | Project Support | 469,944 |
| University of North Carolina | 725 MLK Jr Blvd | Chapel Hill | NC | 27599 | 838.00 | Public Charity | Project Support | 3,425 |
| University of Northern Iowa | 213 E Bartlett Hall | Cedar Falls | IA | 50614 | 725.00 | Public Charity | Project Support | 2,501,230 |
| University of Northern Iowa | 213 E Bartlett Hall | Cedar Falls | IA | 50614 | 731.00 | Public Charity | Project Support | 37,116 |
| University of Pittsburgh | 301 Halket Street | Pittsburgh | PA | 15213 | 734.00 | Public Charity | Project Support | 66,934 |
| University of Pittsburgh | 301 Halket Street | Pittsburgh | PA | 15213 | 739.00 | Public Charity | Project Support | 43,870 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment** FY 2009

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| University of Nebraska Board of Reg 16 Canfield Administration Bldg Lincoln, NE 68588 | NONE | 509 (a)(1) | Project Support | 1,545,715 |
| University of Nebraska Board of Reg Eppley Administration Bldg Omaha, NE 68182 | NONE | 509 (a)(1) | Project Support | 490,695 |
| University of Nebraska Board of Reg Eppley Administration Bldg Omaha, NE 68182 | NONE | 509 (a)(1) | Project Support | 942,222 |
| University of New Mexico1 University of New Mexico Albuquerque, NM 871310001 | NONE | 509 (a)(1) | Project Support | 15,649 |
| University of New Mexico1 University of New Mexico Albuquerque, NM 871310001 | NONE | 509 (a)(1) | Project Support | 131,360 |
| University of North Carolina at Cha School of Public HealthCB 7445 Rosenau Hall Chapel Hill, NC 27599 | NONE | 509 (a)(1) | Project Support | 465,152 |
| University of North Carolina at Cha 4015 Old Clinic Bldg Chapel Hill, NC 27599 | NONE | 509 (a)(1) | Project Support | 204,688 |
| University of Northern Iowa213 E Bartlett Hall Cedar Falls, IA 50614 | NONE | 509 (a)(1) | Project Support | 2,688,265 |
| University of Puerto RicoGPO Box 365067 San Juan, PR 009365067 | NONE | 509 (a)(1) | Project Support | 100,000 |
| University of Rochester601 Elmwood Ave Rochester, NY 14642 | NONE | 509 (a)(1) | Project Support | 33,488 |
| University of Southern California1640 Marengo Street Los Angeles, CA 90033 | NONE | 509 (a)(2) | Project Support | 518,560 |
| University of Southern California1640 Marengo Street Los Angeles, CA 90033 | NONE | 509 (a)(2) | Project Support | 52,260 |
| University of Southern California1640 Marengo Street Los Angeles, CA 90033 | NONE | 509 (a)(2) | Project Support | 67,429 |
| University of Washington325 Ninth Ave Seattle, WA 98104 | NONE | 509 (a)(1) | Project Support | 239,680 |
| USC Obstetricians and Gynecologists 1640 Marengo Street Los Angeles, CA 90033 | NONE | 509 (a)(2) | Project Support | 25,460 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 407,931,970 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| REGENTS OF THE UNIVERSITY OF COLORA<br>12631 EAST 17TH AVE<br>AURORA, CO 80045 | NONE | 509 (A)(1) | PROJECT SUPPORT | 29,575 |
| REGENTS OF THE UNIVERSITY OF MICHIG<br>3003 SOUTH STATE ST<br>ANN AROBR, MI 48109 | NONE | 509 (A)(1) | PROJECT SUPPORT | 378,978 |
| REGENTS OF THE UNIVERSITY OF MICHIG<br>1500 EAST MEDICAL CENTER DRIVE<br>ANN ARBOR, MI 48109 | NONE | 509 (A)(1) | PROJECT SUPPORT | 29,998 |
| REGENTS OF THE UNIVERSITY OF NEW ME<br>1 UNIVERSITY OF NEW MEXICO<br>ALBUQUERQUE, NM 87131 | NONE | 509 (A)(1) | PROJECT SUPPORT | 14,079 |
| REGENTS UNIVERSITY OF CALIFORNIA LO<br>2233 POST STREET<br>SAN FRANCISCO, CA 94115 | NONE | 509 (A)(1) | PROJECT SUPPORT | 300,967 |
| REGENTS UNIVERSITY OF CALIFORNIA LO<br>11000 KINROSS BLDG<br>LOS ANGELES, CA 90095 | NONE | 509 (A)(1) | PROJECT SUPPORT | 3,390 |
| REGENTS UNIVERSITY OF CALIFORNIA LO<br>11000 KINROSS BLDG<br>LOS ANGELES, CA 90095 | NONE | 509 (A)(1) | PROJECT SUPPORT | 234,413 |
| REGETNS OF THE UNIVERSITY OF MICHI<br>1500 EAST MEDICAL CENTER DRIVE<br>ANN ARBOR, MI 48106 | NONE | 509 (A)(1) | PROJECT SUPPORT | 42,178 |
| RELIGIOUS COALTION FOR REPRODUCTIVE<br>1413 K STREET NW<br>WASHINGTON, DC 20005 | NONE | 509 (A)(1) | PROJECT SUPPORT | 501,732 |
| SALEM BAPTIST CHURCH<br>3131 LAKE STREET<br>OMAHA, NE 68111 | NONE | 509 (A)(1) | PROJECT SUPPORT | 5,000 |
| SOCIETY OF FAMILY PLANNING<br>255 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103 | NONE | 509 (A)(1) | PROJECT SUPPORT | 1,464,614 |
| SONOMA COUNTY ACADEMIC FOUNDATION F<br>3324 CHANATE RD<br>SANTA ROSA, CA 95404 | NONE | 509 (A)(1) | PROJECT SUPPORT | 57,595 |
| SONOMA COUNTY ACADEMIC FOUNDATION F<br>3324 CHANATE RD<br>SANTA ROSA, CA 95404 | NONE | 509 (A)(1) | PROJECT SUPPORT | 71,308 |
| SOUTHEAST COMMUNITY COLLEGE<br>8800 O STREET<br>LINCOLN, NE 68520 | NONE | 509 (A)(1) | PROJECT SUPPORT | 97,768 |
| SOUTHEAST COMMUNITY COLLEGE<br>8800 O STREET<br>LINCOLN, NE 68520 | NONE | 509 (A)(1) | PROJECT SUPPORT | 63,739 |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 247,394,595 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

FY 2011

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** Paid during the year | | | | |
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA3451 WALNUT STREET PHILADELPHIA,PA 19104 | NONE | 509 (A)(1) | PROJECT SUPPORT | 323,520 |
| TUFTS MEDICAL CENTER PARENT INC800 WASHINGTON STREET BOSTON,MA 02111 | NONE | 509 (A)(1) | PROJECT SUPPORT | 348,401 |
| UNITED NATIONS FOUNDATION 1800 MASSACHUSETTS AVE WASHINGTON,DC 20036 | NONE | 509 (A)(1) | PROJECT SUPPORT | 100,000 |
| UNITY HEALTHCARE1609 CEDAR ST MUSCATINE,IA 52761 | NONE | 509 (A)(1) | PROJECT SUPPORT | 50,677 |
| UNIVERSITY HOSPITALS HEALTH SYSTEMS INC11100 EUCLID AVE CLEVELAND,OH 44106 | NONE | 509 (A)(1) | PROJECT SUPPORT | 317,859 |
| UNIVERSITY OF CHICAGO5841 S MARYLAND AVE CHICAGO,IL 60637 | NONE | 509 (A)(1) | PROJECT SUPPORT | 361,892 |
| UNIVERSITY OF CHICAGO5841 S MARYLAND AVE CHICAGO,IL 60637 | NONE | 509 (A)(1) | PROJECT SUPPORT | 69,910 |
| UNIVERSITY OF IOWA200 HAWKINS DRIVE IOWA CITY,IA 52242 | NONE | 509 (A)(1) | PROJECT SUPPORT | 123,178 |
| UNIVERSITY OF LOUISVILLE FOUNDATION2323 S BROOK STREET LOUISVILLE,KY 40292 | NONE | 509 (A)(1) | PROJECT SUPPORT | 355,595 |
| UNIVERSITY OF MARYLAND BALTIMORE FOUNDATION620 W LEXINGTON STREET BALTIMORE,MD 21201 | NONE | 509 (A)(1) | PROJECT SUPPORT | 178,550 |
| UNIVERSITY OF MARYLAND BALTIMORE FOUNDATION620 W LEXINGTON ST 4TH FLOOR BALTIMORE,MD 21201 | NONE | 509 (A)(1) | PROJECT SUPPORT | 220,286 |
| UNIVERSITY OF NEBRASKA FOUNDATION1010 LINCOLN MALL LINCOLN,NE 68508 | NONE | 509 (A)(1) | SCHOLARSHIPS | 2,275,906 |
| UNIVERSITY OF NEBRASKA MEDICAL CENTER984245 NEBRASKA MEDICAL CENTER OMAHA,NE 68198 | NONE | 509 (A)(1) | SCHOLARSHIPS | 95,888 |
| UNIVERSITY OF NEBRASKA MEDICAL CENTER984245 NEBRASKA MEDICAL CENTER OMAHA,NE 68198 | NONE | 509 (A)(1) | SCHOLARSHIPS | 139,400 |
| UNIVERSITY OF NEBRASKA MEDICAL CENTER984245 NEBRASKA MEDICAL CENTER OMAHA,NE 68198 | NONE | 509 (A)(1) | SCHOLARSHIPS | 11,276 |
| UNIVERSITY OF NEW MEXICO1 UNIVERSITY OF NEW MEXICO ALBUQUERQUE,NM 87131 | NONE | 509 (A)(1) | PROJECT SUPPORT | 15,602 |
| UNIVERSITY OF NEW MEXICO1 UNIVERSITY OF NEW MEXICO ALBUQUERQUE,NM 87131 | NONE | 509 (A)(1) | PROJECT SUPPORT | 17,144 |
| UNIVERSITY OF NEW MEXICO1 UNIVERSITY OF NEW MEXICO ALBUQUERQUE,NM 87131 | NONE | 509 (A)(1) | PROJECT SUPPORT | 591 |
| UNIVERSITY OF NEW MEXICO FOUNDATION2211 LOMAS NE ALBUQUERQUE,NM 87106 | NONE | 509 (A)(1) | PROJECT SUPPORT | 200,571 |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL104 AIRPORT DRIVE CHAPEL HILL,NC 27599 | NONE | 509 (A)(1) | PROJECT SUPPORT | 247,013 |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL104 AIRPORT DRIVE CHAPEL HILL,NC 27599 | NONE | 509 (A)(1) | PROJECT SUPPORT | 70,000 |
| UNIVERSITY OF NORTHERN IOWA 213 E BARTLETT HALL CEDAR FALLS,IA 50614 | NONE | 509 (A)(1) | PROJECT SUPPORT | 1,920,261 |
| UNIVERSITY OF SOUTHERN CALIFORNIA2020 ZONAL AVENUE LOS ANGELES,CA 90033 | NONE | 509 (A)(2) | PROJECT SUPPORT | 371,966 |
| UNIVERSITY OF SOUTHERN CALIFORNIA1200 N STATE ST LOS ANGELES,CA 900330129 | NONE | 509 (A)(2) | PROJECT SUPPORT | 48,240 |
| UNIVERSITY OF SOUTHERN CALIFORNIA1200 NORTH STATE STREET LOS ANGELES,CA 90033 | NONE | 509 (A)(2) | PROJECT SUPPORT | 28,140 |
| UNIVERSITY OF UTAH75 SOUTH 2000 EAST SALT LAKE CITY,UT 99501 | NONE | 509 (A)(1) | PROJECT SUPPORT | 305,670 |
| VALLEY-WIDE HEALTH SYSTEMS INC128 MARKET STREET ALAMOSA,CO 81101 | NONE | 509 (A)(1) | PROJECT SUPPORT | 272,721 |
| VENTURE STRATEGIES INNOVATIONS2140 SHATTUCK AVE BERKLEY,CA 94704 | NONE | PRIVATE OPERATING FO | PROJECT SUPPORT | 7,120,310 |
| VISITING NURSE SERVICES OF IOWA1111 9TH STREET DES MOINES,IA 50314 | NONE | 509 (A)(1) | PROJECT SUPPORT | 292,851 |
| WASHINGTON HOSPITAL CENTER 106 IRVING ST WASHINGTON,DC 20010 | NONE | 509 (A)(1) | PROJECT SUPPORT | 4,000 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| TRUSTEES OF COLUMBIA UNIVERSITY 622 W 168TH STREET NEW YORK, NY 10032 | NONE | 509 (A)(1) | PROJECT SUPPORT | 417,080 |
| TRUSTEES OF COLUMBIA UNIVERSITY 630 EAST 168TH STREET NEW YORK, NY 10032 | NONE | 509 (A)(1) | PROJECT SUPPORT | 250,505 |
| TRUSTEES OF THE UNIVERSITY OF ILLINOIS 820 S WOOD ST CHICAGO, IL 60612 | NONE | 509 (A)(1) | PROJECT SUPPORT | 50,000 |
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA 3400 SPRUCE ST PHILADELPHIA, PA 19104 | NONE | 509 (A)(1) | PROJECT SUPPORT | 366,851 |
| UNITY HEALTHCARE 1609 CEDAR STREET MUSCATINE, IA 52761 | NONE | 509 (A)(1) | PROJECT SUPPORT | 25,464 |
| UNIVERSITY CLINICAL EDUCATION AND RESEARCH ASSOCIATES 1319 PUNAHOU STREET HONOLULU, HI 96826 | NONE | 509 (A)(2) | PROJECT SUPPORT | 212,806 |
| UNIVERSITY OF CHICAGO 5841 S MARYLAND AVE CHICAGO, IL 60637 | NONE | 509 (A)(1) | PROJECT SUPPORT | 337,008 |
| UNIVERSITY OF COLORADO 12631 EAST 17TH AVE AURORA, CO 80045 | NONE | 509 (A)(1) | PROJECT SUPPORT | 50,000 |
| UNIVERSITY OF COLORADO 12631 EAST 17TH AVE AURORA, CO 80045 | NONE | 509 (A)(1) | PROJECT SUPPORT | 37,735 |
| UNIVERSITY OF MARYLAND BALTIMORE FOUNDATION 620 W LEXINGTON STREET BALTIMORE, MD 21201 | NONE | 509 (A)(1) | PROJECT SUPPORT | 167,117 |
| UNIVERSITY OF MASSACHUSETTS 119 BELMONT ST WORCESTER, MA 016052982 | NONE | 509 (A)(1) | PROJECT SUPPORT | 50,000 |
| UNIVERSITY OF NEBRASKA FOUNDATION 3835 HOLDREGE STREET LINCOLN, NE 68583 | NONE | 509 (A)(1) | SCHOLARSHIPS | 2,540,464 |
| UNIVERSITY OF NEW MEXICO MSC 09 5220 1 UNIVERSITY OF NEW MEXICO ALBUQUERQUE, NM 87131 | NONE | 509 (A)(1) | PROJECT SUPPORT | 331,632 |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL 104 AIRPORT DRIVE CHAPEL HILL, NC 27599 | NONE | 509 (A)(1) | PROJECT SUPPORT | 240,810 |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL 104 AIRPORT DRIVE CHAPEL HILL, NC 27599 | NONE | 509 (A)(1) | PROJECT SUPPORT | 223,201 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA 3400 SPRUCE STREET PHILADELPHIA, PA 19104 | NONE | PC | PROJECT SUPPORT | 50,000 |
| TUFTS MEDICAL CENTER PARENT INC 800 WASHINGTON STREET BOSTON, MA 02111 | NONE | PC | PROJECT SUPPORT | 244,279 |
| TUFTS MEDICAL CENTER PARENT INC 800 WASHINGTON STREET BOSTON, MA 02111 | NONE | PC | PROJECT SUPPORT | 50,000 |
| UNIVERSITY CLINICAL EDUCATION AND RESEARCH ASSOCIATES 1319 PUNAHOU ST HONOLULU, HI 96826 | NONE | PC | PROJECT SUPPORT | 330,625 |
| UNIVERSITY OBGYN ASSOCIATES 736 IRVING AVE SYRACUSE, NY 13210 | NONE | PC | PROJECT SUPPORT | 50,000 |
| UNIVERSITY OF CALIFORNIA DAVIS 4860 Y STREET SACRAMENTO, CA 95817 | NONE | PC | PROJECT SUPPORT | 49,854 |
| UNIVERSITY OF CALIFORNIA IRVINE 101 THE CITY DRIVE SOUTH ORANGE, CA 92868 | NONE | PC | PROJECT SUPPORT | 47,079 |
| UNIVERSITY OF LOUISVILLE FOUNDATION 2323 S BROOK STREET LOUISVILLE, KY 40292 | NONE | PC | PROJECT SUPPORT | 260,610 |
| UNIVERSITY OF MARYLAND BALTIMORE FOUNDATION 620 W LEXINGTON STREET BALTIMORE, MD 21201 | NONE | PC | PROJECT SUPPORT | 25,136 |
| UNIVERSITY OF NEBRASKA MEDICAL CENTER 600 S 42 STREET OMAHA, NE 68198 | NONE | PC | SCHOLARSHIPS | 154,962 |
| UNIVERSITY OF NEBRASKA MEDICAL CENTER 600 S 42 STREET OMAHA, NE 68198 | NONE | PC | SCHOLARSHIPS | 174,250 |
| UNIVERSITY OF NEVADA SCHOOL OF MEDICINE 2040 W CHARLESTON BLVD LAS VEGAS, NV 89102 | NONE | PC | PROJECT SUPPORT | 125,582 |
| UNIVERSITY OF NEW MEXICO 1 UNIVERSITY OF NEW MEXICO ALBUQUERQUE, NM 87131 | NONE | PC | PROJECT SUPPORT | 33,734 |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL 104 AIRPORT DRIVE CHAPEL HILL, NC 27599 | NONE | PC | PROJECT SUPPORT | 125,181 |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL 104 AIRPORT DRIVE CHAPEL HILL, NC 27599 | NONE | PC | PROJECT SUPPORT | 234,558 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 450,319,788 |

**Form 990PF Part XV Line 3 – Grants and Contributions Paid During the Year or Approved for Future Payment**

FY 2013

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a**  *Paid during the year* | | | | |
| THE NATIONAL CAMPAIGN TO PREVENT TEEN AND UNPLANNED PREGNANCY 1776 MASSACHUSETTS AVE NW WASHINGTON,DC 20036 | NONE | PC | PROJECT SUPPORT | 201,750 |
| THE NATIONAL CAMPAIGN TO PREVENT TEEN AND UNPLANNED PREGNANCY 1776 MASSACHUSETTS AVE NW WASHINGTON,DC 20036 | NONE | PC | PROJECT SUPPORT | 852,825 |
| THE ONE CAMPAIGN 1400 EYE STREET NW WASHINGTON,DC 20005 | NONE | PC | PROJECT SUPPORT | 1,002,369 |
| THE REGENTS OF THE UNIVERSITY OF COLORADO 12631 E 17 AVE AURORA,CO 80045 | NONE | PC | PROJECT SUPPORT | 295,538 |
| THE REGENTS OF THE UNIVERSITY OF NEBRASKA 134 VARNER HALL LINCOLN,NE 68583 | NONE | PC | SCHOLARSHIPS | 3,146,720 |
| THE REGENTS OF THE UNIVERSITY OF NEW MEXICO 1 UNIVERSITY OF NEW MEXICO ALBUQUERQUE,NM 87131 | NONE | PC | PROJECT SUPPORT | 339,347 |
| THE REGENTS OF THE UNIVERSITY OF NEW MEXICO 1 UNIVERSITY OF NEW MEXICO ALBUQUERQUE,NM 87131 | NONE | PC | PROJECT SUPPORT | 47,639 |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA 3400 SPRUCE STREET PHILADELPHIA,PA 19104 | NONE | PC | PROJECT SUPPORT | 338,849 |
| THE UNIVERSITY OF CHICAGO 5841 S MARYLAND AVE CHICAGO,IL 60637 | NONE | PC | PROJECT SUPPORT | 343,527 |
| TRUSTEES OF COLUMBIA UNIVERSITY 622 W 168TH STREET NEW YORK,NY 10032 | NONE | PC | PROJECT SUPPORT | 430,014 |
| TRUSTEES OF COLUMBIA UNIVERSITY 622 W 168TH STREET NEW YORK,NY 10032 | NONE | PC | PROJECT SUPPORT | 337,218 |
| TRUSTEES OF COLUMBIA UNIVERSITY 622 W 168TH STREET NEW YORK,NY 10032 | NONE | PC | PROJECT SUPPORT | 82,232 |
| TRUSTEES OF DARTMOUTH COLLEGE 11 ROPE FERRY ROAD HANOVER,NH 037551404 | NONE | PC | PROJECT SUPPORT | 349,411 |
| TRUSTEES OF INDIANA UNIVERSITY 980 INDIANA AVENUE INDIANAPOLIS,IN 46202 | NONE | PC | PROJECT SUPPORT | 399,127 |
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA 3400 SPRUCE STREET PHILADELPHIA,PA 19104 | NONE | PC | PROJECT SUPPORT | 100,000 |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 450,319,788 |

**Form 990PF Part XV Line 3 – Grants and Contributions Paid During the Year or Approved for Future Payment**

FY 2014

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| THE REGENTS OF THE UNIVERSITY OF NEBRASKA OMAHA EPPLEY ADMIN BLDG OMAHA,NE 68182 | | GOV | SCHOLARSHIPS | 4,385,722 |
| THE REGENTS OF THE UNIVERSITY OF NEW MEXICO 1 UNIVERSITY OF NEW MEXICO ALBUQUERQUE,NM 87131 | | GOV | PROJECT SUPPORT | 251,201 |
| THE TRUSTEES OF THE UNIVERSITY OF CALIFORNIA SAN FRANCISCO 3333 CALIFORNIA ST SAN FRANCISCO,CA 94143 | | GOV | PROJECT SUPPORT | 100,182 |
| THE UNIVERSITY OF CHICAGO 5841 S MARYLAND AVE CHICAGO,IL 60637 | | PC | PROJECT SUPPORT | 440,188 |
| THE UNIVERSITY OF PENNSYLVANIA 3451 WALNUT STREET PHILADELPHIA,PA 19104 | | GOV | PROJECT SUPPORT | 341,666 |
| THE UNIVERSITY OF UTAH 75 SOUTH 2000 EAST SALT LAKE CITY,UT 84112 | | GOV | PROJECT SUPPORT | 299,150 |
| THOMAS JEFFERSON UNIVERSITY 834 CHESTNUT STREET PHILADELPHIA,PA 19107 | | PC | PROJECT SUPPORT | 48,312 |
| TIDES CENTER 1014 TORNEY AVENUE SAN FRANCISCO,CA 94129 | | PC | PROJECT SUPPORT | 299,014 |
| ▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮ | N/A | I | ALICE BUFFETT OUTSTANDING TEACHER AWARD | 10,000 |
| TRUSTEES OF COLUMBIA UNIVERSITY 622 W 168TH STREET NEW YORK,NY 10032 | | PC | PROJECT SUPPORT | 417,988 |
| TRUSTEES OF COLUMBIA UNIVERSITY 630 EAST 168TH STREET NEW YORK,NY 10032 | | PC | PROJECT SUPPORT | 250,000 |
| TRUSTEES OF COLUMBIA UNIVERSITY 630 WEST 168TH ST NEW YORK,NY 10032 | | PC | PROJECT SUPPORT | 1,314,567 |
| TRUSTEES OF DARTMOUTH COLLEGE 11 ROPE FERRY ROAD HANOVER,NH 037551404 | | PC | PROJECT SUPPORT | 311,957 |
| TUFTS UNIVERSITY 800 WASHINGTON STREET BOSTON,MA 02111 | | PC | PROJECT SUPPORT | 50,000 |
| UMASS MEMORIAL HEALTH CARE 306 BELMONT ST WORCESTER,MA 01604 | | PC | PROJECT SUPPORT | 50,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 416,440,853 |

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a**  *Paid during the year* | | | | |
| UMASS MEMORIAL HEALTH CARE 306 BELMONT ST WORCESTER,MA  01604 | | PC | PROJECT SUPPORT | 352,399 |
| UNIVERSITY ASSOCIATES IN OBSTETRICS AND GYNECOLOGY 101 NICOLLS ROAD STONY BROOK,NY  11794 | | PC | PROJECT SUPPORT | 350,062 |
| UNIVERSITY CLINICAL EDUCATION AND RESEARCH ASSOCIATES  1319 PUNAHOU STREET HONOLULU,HI  96826 | | PC | PROJECT SUPPORT | 420,867 |
| UNIVERSITY HOSPITALS HEALTH SYSTEMS INC 11100 EUCLID AVENUE CLEVELAND,OH  44106 | | PC | PROJECT SUPPORT | 249,664 |
| UNIVERSITY OF CALIFORNIA DAVIS  PO BOX 989062 WEST SACRAMENTO,CA  95798 | | GOV | PROJECT SUPPORT | 49,854 |
| UNIVERSITY OF ILLINOIS AT CHICAGO  820 S WOOD STREET MC 808 CHICAGO,IL  60612 | | GOV | PROJECT SUPPORT | 48,423 |
| UNIVERSITY OF LOUISVILLE FOUNDATION  2323 S BROOK STREET LOUISVILLE,KY  40292 | | PC | PROJECT SUPPORT | 127,876 |
| UNIVERSITY OF MARYLAND BALTIMORE FOUNDATION INC 620 W LEXINGTON STREET BALTIMORE,MD  21201 | | PC | PROJECT SUPPORT | 52,674 |
| UNIVERSITY OF NEVADA RENO FOUNDATION  MAIL STOP 007 RENO,NV  895570007 | | PC | PROJECT SUPPORT | 347,917 |
| UNIVERSITY OF NEW MEXICO HEALTH SCIENCES CENTER 1 UNIVERSITY OF NEW MEXICO ALBUQUERQUE,NM  87131 | | GOV | PROJECT SUPPORT | 28,775 |
| UNIVERSITY OF NEW MEXICO HEALTH SCIENCES CENTER 1 UNIVERSITY OF NEW MEXICO ALBUQUERQUE,NM  87131 | | GOV | PROJECT SUPPORT | 23,920 |
| UNIVERSITY OF NEW MEXICO HEALTH SCIENCES CENTER 1 UNIVERSITY OF NEW MEXICO ALBUQUERQUE,NM  87131 | | GOV | PROJECT SUPPORT | 336,948 |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL  104 AIRPORT DRIVE CHAPEL HILL,NC  27599 | | GOV | PROJECT SUPPORT | 236,439 |
| UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL  104 AIRPORT DRIVE CHAPEL HILL,NC  27599 | | GOV | PROJECT SUPPORT | 289,556 |
| UNIVERSITY OF OKLAHOMA FOUNDATION  731 ELM STREET NORMAN,OK  73019 | | PC | PROJECT SUPPORT | 4,500 |
| Total .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ▶ **3a** | | | | 416,440,853 |

Exhibit 6.6

**UNM**
SCHOOL of MEDICINE | Division of Family Planning
Department of Obstetrics and Gynecology

Date:      June 2, 2014

To:        ▮▮▮▮▮▮▮▮ Southwestern Women's Options
Address:   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

RE:        Required Resident/Fellow Assignments

Dear ▮▮▮▮▮

This letter serves as an Agreement between University of New Mexico School of Medicine Fellowship in Family Planning and Southwestern Women's Options involved in fellowship education for required assignments and is effective from July 1, 2014 and will remain in effect for two years or until updated, changed or terminated by the Fellowship in Family Planning and Southwestern Women's Options.

The following person(s) are responsible for education and supervision:  Dr. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The above mentioned people are responsible for the education and supervision of the fellows while rotating at Southwestern Women's Options.

The faculty at Southwestern Women's Options must provide appropriate supervision of fellows' activities and maintain a learning environment conducive to educating the residents/fellows in abortion care and the 6 ACGME competencies. The faculty must evaluate resident performance in a timely manner during each rotation or similar educational assignment and document this evaluation at completion of the assignment.

The major goal of the rotation is to give additional volume of 2nd trimester abortions under your expert supervision. In cooperation with the UNM Fellowship in Family Planning Program Director, the Site Director and the faculty at Southwestern Women's Options are responsible for the day-to-day activities of the Fellows to ensure that the outlined goals and objectives are met during the course of the educational experiences at Southwestern Women's Options.

HIGHLY CONFIDENTIAL          CAUTION:  UNREDACTED          UNM03417

The duration(s) of the assignment(s) to the participating site is (2) two-week rotations. During assignments to Participating Site, fellows will be under the general direction of the SWO clinic.

Sincerely,



_____
Date

University of New Mexico, Department of Ob/Gyn

_____
Date   *July 24th '14*

Southwestern Women's Options

HIGHLY CONFIDENTIAL                    CAUTION:  UNREDACTED                    UNM03418

# Exhibit 6.7



**UNM** SCHOOL *of* MEDICINE

PROGRAM LETTER OF AGREEMENT BETWEEN
University of New Mexico Family Medicine Residency
and
Southwest Women's Options Clinic

This letter serves as an Agreement between University of New Mexico School of Medicine Family Medicine Residency Program (UNM) and Southwest Women's Options Clinic for Family Medicine resident education in obstetrics. The Agreement is effective from July 1st, 2011 and will remain in effect till June 30th 2012 or until updated, changed or terminated by the Residency Program and Participating Site.

The Faculty at Southwest Women's Options Clinic is responsible for education and supervision of the UNM Family Medicine residents while rotating at the Southwest Women's Options Clinic. The faculty must provide appropriate supervision of residents in patient care activities and maintain a learning environment conducive to educating the residents in the ACGME competency areas. The faculty must evaluate resident performance in a timely manner during each rotation or similar educational assignment and document this evaluation at completion of the assignment.

The content of the educational experiences has been developed according to ACGME Residency Program Requirements, and includes the following goals and objectives:

- Residents should demonstrate competence in
  - surgical management of incomplete abortion
  - management of abortion complications
  - pregnancy options counseling
  - contraception counseling
- Residents will gain experience in
  - first trimester dating ultrasound
  - cervical dilation and curettage and related gynecological skills
  - uterine aspiration for miscarriage
  - uterine aspiration for pregnancy termination (if desired)
  - medication abortion (if desired)

In cooperation with the Program Director, the Southwest Women's Options Clinic Site Director and faculty are responsible for the day-to-day activities of the Residents to ensure that the outlined goals and objectives are met during the course of the educational experiences at Southwest Women's Options Clinic.

The duration of the assignment to the participating site will be July 1st, 2011 – June 30th, 2012. During assignments to Women's Options Clinic the resident will be under the general direction of the University of New Mexico Graduate Medical Education Committee's and Program's Policy and Procedure Manual and Participating Site's policies for Reproductive Health.

University of New Mexico Family Medicine Residency Program

1-5-12
Date

Southwest Women's Options Clinic

1-7-12
Date

The University of New Mexico Health Sciences Center • MSC 09 5040 • 1 University of New Mexico • Albuquerque, NM 87131-0001
Dept. of Family & Community Medicine • 2400 Tucker Ave. NE • Phone 505.272.2165 • Fax 505.272.8045 • hsc.unm.edu/som/fcm

HIGHLY CONFIDENTIAL          CAUTION: UNREDACTED          UNM03419

# Exhibit 6.8

# Regents' Policy Manual - Section 7.8: Signature Authority for Contracts



**Adopted Date: 09-12-1996**
**Amended: 03-10-1997**
**Amended: 12-06-2007**
**Amended: 08-12-2008**
**Amended: 12-14-2010**
**Amended: 04-08-2014**
**Amended: 03-14-2016**

## Applicability

This policy applies to all members of the Board of Regents, faculty, staff and students.

## Policy

The Board of Regents must approve and an officer of the Board of Regents must sign the following types of contracts and documents, after due authorization by the Regents:

1. Contracts between the President and the University;
2. Contracts between the Chancellor for Health Sciences and the University;
3. Bond resolution, notification and certification documents, including certification of bond sale; and
4. Any contracts or other documents required by law to be signed by an officer of the Board of Regents.

The Chief Procurement Officer or designee must sign contracts for the purchase of goods and services, and the authority to do so is hereby delegated.

The President shall have the authority to sign all other contracts and documents (other than contracts or agreements for the purchase of goods and services) for the operation of the University and may delegate this authority. The President's signature authority as set forth above includes the authority to execute certificates representing stocks, bonds, or other securities in

order to buy, sell, assign, or endorse for transfer such securities. The President shall also have authority to require additional signatures on contracts for the purchase of goods and services.

It is the official policy of the University to avoid financial settlements of claims and lawsuits against the University except when appropriate. The University shall not agree to pay a financial settlement without (a) an appropriate risk assessment of the case, (b) written approval by the Chancellor for Health Sciences, Provost, or Executive Vice President for Administration, and (c) final approval by the President. A financial settlement payment by the University of $400,000 or more must also be approved by the Board of Regents.

After fully advising the President, the Chancellor for Health Sciences is authorized to enter into affiliation agreements with other patient care facilities to provide educational opportunities.

The signature authority delegated in this policy must be exercised in accordance with other Regents' policies, some of which may require approval of the contract or other document by the Board of Regents.

# References

RPM 1.4 ("Appointment of the President of the University"); RPM 7.10 ("Borrowing and Bonding Authority"); RPM 3.4 ("Health Sciences Center and Services"); and UAP 2010 ("Contract Signature Authority and Review").

# Exhibit 6.9

# Administrative Policies and Procedures Manual - Policy 2010: Contracts Signature Authority and Review

**Date Originally Issued: 05-01-1997**
**Revised: 08-01-1997, 05-08-1998, 01-29-1999, 12-08-1999, 07-12-2000, 08-02-2004, 08-01-2006, 11-15-2007, 01-01-2008, 08-12-2008, 07-01-2011, 11-01-2011, 08-29-2014**

Authorized by Regents' Policy 7.8 "Signature Authority for Contracts"
Process Owner:  Executive Vice President for Administration/CFO/COO

## 1. General

This policy designates who, within the University, is authorized to sign contracts on behalf of the University. All previous delegations or communications on this subject are superseded. Contracts may be signed on behalf of the University only by:

- A person in a position specifically authorized by the University Board of Regents.
- The Chancellor for Health Sciences, an executive vice president, Provost, or vice president to whom the President has delegated the authority delegated to the President by the Board of Regents, as specified herein.
- The Chief Procurement Officer and Vice President for Human Resources, as specified herein.
- A person who has received a sub-delegation in accordance with this policy.

## 2. Contract

For the purposes of this policy, a "contract" is defined as a written agreement between two (2) parties intended to have legal effect, including Memorandums of Understanding, Memorandums of Agreement, Nondisclosure Agreements, and Letters of Understanding, in one of the following forms listed below.

- Documents signed by UNM and another party.
- Offers signed by UNM.
- Certain pre-approved UNM forms signed by others.
- Contract forms promulgated by others signed by UNM.

The term "contract" does not include written agreements between different departments or other similar units of the University.  While such interdepartmental agreements are not legally binding on the departments or units that participate in the agreement, they may serve the useful purpose of memorializing agreed upon arrangements between departments.  Interdepartmental written agreements should be in form of a memorandum signed by one or more cognizant vice

presidents or executive vice presidents, as appropriate. University Purchase Orders, although contracts, are also discussed in UAP 4320 ("Purchasing Goods Off Campus") and UAP 4325 ("Purchasing Professional Services From Independent Contractors").

# 3. Signature Authority and Delegation

The University has a centralized system of signature authority. The Regents have delegated general signature authority to the President, who has delegated portions of that authority to the Chancellor for Health Sciences, Provost, executive vice presidents, vice presidents, Chief Procurement Officer, and Vice President for Human Resources under this Policy. Although under limited circumstances these positions may further delegate that authority by using the Delegation of Signature Authority Form (Exhibit A.), such delegations require approval by the President and should be used only when necessary and not defeat the centralized intent of this Policy. After obtaining the President's approval the individual requesting the delegation should forward a copy to the Policy Office and to the individual being delegated signature authority. Exhibit B1 (Main Campus and Branches) and Exhibit B2 (Health Sciences Center) list all such delegations made prior to the date shown on the exhibit and will be updated regularly.

All delegations shall be to a position within the University and not to the individual holding the position at the time of the delegation. When there is turnover in a position, the new individual has the authority of the previous incumbent. Persons in an acting or interim position also have the general signature authority of that position.

All contracts must be reviewed by a contract review officer for legal form, prior to signature. If a contract is a form contract using language that has been approved by University Counsel's Office then a person with signature authority may, at his or her discretion, sign it without review by a contract review officer.

# 4. General Delegation of Signature Authority

Throughout this section, certain signature authority delegations are made for "main campus and the branches." For the purposes of this Policy, "main campus and the branches" refers to all components of The University of New Mexico outside of the Health Sciences Center, including, for example off-campus centers, graduate centers, the athletic campus, rented buildings, and other off-campus sites.

## 4.1. Operations

The Executive Vice President for Administration has authority to sign all contracts, except those reserved to the President, Chancellor for Health Sciences, or to the Regents and those used for the purchase of goods and/or services (refer to Section 4.2. herein).

The Chancellor for Health Sciences has authority to sign all contracts for the Health Sciences Center and the UNM Health System, except those reserved to the President or to the Regents, contracts for the purchase of goods and/or services (refer to Section 4.2. herein), settlement

agreements (except in accordance with Section 4.7. herein), intellectual property assignments (refer to Section 4.8. herein), real estate contracts (refer to Section 4.9. herein), and contracts for purchase of construction and certain professional services (refer to Section 4.10. herein).

Signature of employment contracts for officials reporting to the President is reserved to the President and may not be delegated.

These delegations overlap with many of the more specific delegations listed below.

## 4.2. Contracts for Certain Goods and/or Services

The Chief Procurement Officer or delegee has exclusive authority to sign contracts for the purchase of goods and/or services, other than construction contracts and certain professional services contracts, as set forth in Section 4.10. herein. The purchase of goods and/or services for clinical components of the Health Sciences Center may be performed by The University of New Mexico Hospital Purchasing Department, as a separate satellite purchasing office of the University, in compliance with University procurement policies and procedures.

## 4.3. Research and Other Sponsored Projects

### 4.3.1. Main Campus and the Branches

#### 4.3.1.1. Contracts and Grants Documents

The Executive Vice President for Administration has authority to sign contracts and grant documents requiring approval for sponsored projects for main campus and the branches.

#### 4.3.1.2. Proposals

The Vice President for Research has authority to sign proposals for sponsored projects.

#### 4.3.1.3. Research Contracts Not Covered by Other Sections

The Vice President for Research has authority to sign research contracts not involving the receipt or expenditure of funds or otherwise incurring direct financial obligations and not covered by other sections.

### 4.3.2. Health Sciences Center

The Chancellor for Health Sciences has authority to sign contracts, grant documents, proposals, and other agreements for research or sponsored projects for the Health Sciences Center and the UNM Health System.

## 4.4. Employment Contracts

### 4.4.1. Faculty Employment

The Provost/ Executive Vice President for Academic Affairs has authority to sign faculty employment offers and contracts for main campus and the branch campuses.  The Chancellor for Health Sciences has authority to sign faculty employment offers and contracts for the HSC and the UNM Health System.

### 4.4.2. Staff Employment

### 4.4.2.1. Annual Employment Contracts

The executive vice president or vice president responsible for the position being employed and the Chancellor for Health Sciences and the President have authority to sign employment contracts and offers for contract employees under UAP 3240 ("Contract Employees").

### 4.4.2.2. Offers of Employment

All offer letters must be produced and completed by the Division of Human Resources for signature by the hiring official.  Any changes or variations to the offer letter must be approved in advance by the Vice President for Human Resources.

### 4.4.3. Student Employment

The Provost/Executive Vice President for Academic Affairs has authority to sign contracts for student employment, including work study for main campus.  The Chancellor for Health Sciences has authority to sign contracts for student employment, including work study for the HSC and the UNM Health System.

## 4.5. Contracts Affecting Students

### 4.5.1. Financial Aid and Loans to Students

The Provost/Executive Vice President for Academic Affairs has authority to sign applications and proposals to outside funding entities, short term emergency promissory notes to students, and other agreements relating to financial aid programs administered by Student Financial Aid. The Executive Vice President for Administration has authority to sign contracts with outside funding entities and other loans to students.

### 4.5.2. Student Housing

The Executive Vice President for Administration has authority to sign contracts relating to student housing.

### 4.5.3. Other Contracts Relating to Students and Not Covered by Other Sections

The Provost/Executive Vice President for Academic Affairs has authority to sign other contracts relating to students not involving the receipt of funds. Executive Vice President for

Administration has authority to sign other contracts relating to students involving the receipt of funds.

## 4.6. Academic Matters

The Provost/ Executive Vice President for Academic Affairs has authority to sign contracts concerning academic matters not involving the receipt or expenditure of funds for main campus.  The Chancellor for Health Sciences has authority to sign contracts concerning academic matters not involving the receipt or expenditure of funds for the HSC and the UNM Health System.

## 4.7. Settlement Agreements

When the contract is a settlement agreement, release of rights, or similar agreement resolving legal claims against the University, it must be co-signed by an attorney in the University Counsel's Office, as well as signed by the University President and Chancellor for Health Sciences, Provost/ Executive Vice President for Academic Affairs, Executive Vice President for Administration/CFO/COO, or vice president who has responsibility for the matter.

It is the official policy of the University to avoid financial settlements of claims and lawsuits against the University except when appropriate.  The University shall not agree to pay a financial settlement without (a) an appropriate risk assessment of the case, (b) written approval by the Chancellor for Health Sciences, Provost, or Executive Vice President for Administration/CFO/COO, and (c) final approval by the University President.  A financial settlement payment by the University of $400,000 or more must also be approved by the Board of Regents.

## 4.8. Intellectual Property Assignments

The Executive Vice President for Administration has authority to sign agreements assigning intellectual property rights by or to the University, except contracts for purchases by the University which must be signed by the Chief Procurement Officer (refer to Section 4.2. herein).

## 4.9. Real Estate

### 4.9.1. Main Campus and the Branches - Real Estate

#### 4.9.1.1. Short-Term Leases of UNM Real Property and Leases of Others' Real Property of a Period of Six (6) Months or Less

The Chief Procurement Officer is authorized to sign all short-term real estate leases.

#### 4.9.1.2. Long-Term Leases of UNM Real Property and Leases of Others' Real Property of a Period Exceeding Six (6) Months

The Executive Vice President for Administration and the Chief Procurement Officer are authorized to sign all long-term real estate contracts. Both signatures are required.

### 4.9.1.3. Other Real Estate Contracts

The Executive Vice President for Administration is authorized to sign all other real estate contracts.

### 4.9.2. Health Sciences Center

The Chief Procurement Officer and the Executive Vice President for Administration have authority to sign real estate contracts for the Health Sciences Center to the extent provided in Section 4.9.1. above, with the proviso that all such contracts must bear the written approval of the Chancellor for Health Sciences.

## 4.10. Construction Contracts with External Contractors and Contracts for Purchase of Professional Services Related to Architectural Services, External Auditing Services, Debt Financing, and Investment Management

The Executive Vice President for Administration and the Chief Procurement Officer are authorized to sign all construction contracts with external contractors and contracts for purchase of professional services related to architectural services, external auditing services, debt financing, and investment management. Both signatures are required.

## 4.11. Athletics

The Vice President for Athletics is authorized to sign all game contracts and contracts for rental of Athletic facilities.

# 5. Contract Review

Each contract must be carefully reviewed by the University employee initiating the contract and a University contract review officer. The University administrator with signature authority may designate additional review requirements for particular types of contracts, such as University Counsel for legal issues or Controller's review for budget. If the contract is reviewed by University Counsel or an Associate/Assistant University Counsel, it still requires review by a contract review officer.

Pre-approved Form Contracts (refer to Section 6. herein) have been thoroughly reviewed for legal form by the Office of University Counsel, and therefore do not require review by a contract review officer, unless additional language has been added, any blanks are not filled in, or exhibits/addendums are attached. (Sections 5.2.and 5.3. herein do not apply).

## 5.1. University Employee Initiating the Contract

The person initiating the contract for the University is responsible for reading the contract entirely and determining that:

- the contract language accurately reflects the current state of negotiations;
- the contract meets programmatic and University mission requirements;
- the contract represents a good deal for the University;
- the contract defines measurable deliverables;
- he or she can ensure compliance with the obligations it places on the University;
- safety and risk management concerns have been reasonably addressed; and
- the contract is sufficiently clear and consistent.

After being satisfied with the form and content of the contract, the initiating employee must complete the appropriate sections of the Contract Review Form (Exhibit C.) To the extent the initiating employee does not understand the proposed contract, or is uncomfortable with any of its provisions, he or she should note that information on the Contract Review Form or attach an explanatory memo. He or she shall submit the contract along with any other necessary documents, such as a copy of the purchase requisition where required, to the appropriate contract review officer for processing. Contract review officers for each area of specialty within the University are listed on the Contract Review Form. The initiating department should submit a purchase requisition, if required, into the system for approval; however a purchase order will not be processed until the signed contract and the Contract Review form is received by the Purchasing Department.

### 5.1.1. Contract Amendments

Any material changes to contracts will be processed in the same manner as the original contract and must indicate which contract they pertain to.

## 5.2. Contract Review Officer

Each administrator granted signature authority by this policy shall designate one or more contract review officers for contracts under their purview. All contract review officers shall be UNM employees. The University Counsel's Office will train contract review officers and will set training requirements necessary to maintain contract review officer status. The contract review officer will review for the concerns described in Section 5.1. herein with particular attention to safety and risk issues. The contract review officer shall also perform the following review functions for each contract, prior to submission to a person with signature authority.

### 5.2.1. Legal Form

The contract review officer shall review contracts to ensure all the requirements listed in Section 5.1. have been met and review the contract to the extent appropriate for:

- consistency with law (obtaining University Counsel review, if necessary);
- consistency with UNM rules and regulations;
- reasonable internal consistency and clarity; and

- consistency with any predecessor documents.

**5.2.2. Other Institutional Reviews**

The contract review officer shall determine what other institutional reviews are necessary prior to submission of the contract for signature, indicate these reviews on the form, and coordinate obtaining the appropriate reviews. In particular, contract review officers are responsible for making sure that departments which will be obligated or otherwise affected by the performance of a contract have an adequate opportunity to review the contract. The routing for particular types of contracts will generally be established by the person with signature authority. The contract review officer will coordinate the reviews and then forward the contract to the person with signature authority.

## 5.3. Contract Review Form

Contracts submitted for signature must be accompanied by a Contract Review Form (Exhibit C.). Individuals reviewing the proposed contract prior to its signature (execution) shall sign the Contract Review Form indicating that they have reviewed it, and what they reviewed it for. The Contract Review Form will normally have at least two (2) signatures consisting that of the initiating employee (originator), and that of a contract review officer.

## 5.4. Signature (Execution) of Contract on Behalf of University

The contract review officer will forward the contract to the University administrator who has been delegated signature authority for that contract. The administrator who signs the contract shall appoint a UNM employee responsible for monitoring contract performance in accordance with UAP 2015 ("Contract Monitoring"). The administrator who signed the contract or his or her designee will send a copy of the contract and a contract coversheet to the University Purchasing Department via email to contract@unm.edu or to a departmental CMS administrator approved by the Purchasing Department. The Purchasing Department or the CMS administrator will add the contract to the Contract Management System, which serves as a repository for all contracts that obligate the University and provides information for contract tracking and monitoring.

# 6. Form Contracts

## 6.1. Pre-approved Form Contract Review

Form contracts that have been pre-approved by University Counsel's Office do not require review by a contract review officer prior to execution, provided that any blanks are filled in as per any instructions on the form, provided the language has not been altered, and there are no exhibits or addendums. The University Secretary shall assign a number to each such pre-approved form contract and shall maintain a record of them.

## 6.2. Contracts for the Purchase of Goods and Services

The President and the Chief Procurement Officer may adopt policies and procedures authorizing the execution of pre-approved Purchase Order forms to be used in limited circumstances defined in the policies and procedures in Section 4000 of the University Administrative Policies and Procedures Manual by individuals defined in those policies and procedures. Any such policies and procedures now in existence are hereby confirmed as part of this policy.

# 7. Compliance

No University employee may sign (execute) any contract purporting to be on behalf of the University, unless delegated signature authority to do so, pursuant to this policy. Any employee who violates this section may be subject to disciplinary action. No contract signed by a person without signature authority delegated by the Board of Regents or pursuant to this policy shall be binding on the University.

# 8. Records Retention

Each administrator who signs a contract shall keep the signed contract on file or designate where the signed contract should be kept.  The contract will be kept on file for at least the period of the contract plus three (3) years or the period of time required by law, whichever is longer. If signed contracts are sent to a different location, a log should be kept describing the contract and indicating where it was sent. The University Secretary's Office should be advised of the location.

# 9. Attachments

Exhibit A. - Delegation of Signature Authority Form (To complete this form using MS Word click here).
Exhibit B1. - Delegation of Signature Authority for Main Campus and Branches
███████ - Delegation of Signature Authority for Health Sciences Center
Exhibit C. - Contract Review Form (To complete this form using MS Word click here).

Exhibit 6.10

# DELEGATIONS OF SIGNATURE AUTHORITY FOR THE
## HEALTH SCIENCES CENTER AND UNM HOSPITAL
## EXHIBIT B2 TO POLICY 2010

**Effective Date: 6/15/2012**
**Revised: 3/4/2015, 6/5/2015, 8/4/2015, 3/14/2016**

As stated in University Business Policy 2010, § 3, "All delegations shall be to a position within the University and not to the individual holding the position at the time of the delegation. When there is turnover in a position, the new individual has the authority of the previous incumbent. Persons in an acting or interim position also have the general signature authority of that position."

| Del. No. | Type of Contract | Position with Authority | Limitations |
|---|---|---|---|
| 010BF | Research and other sponsored projects | Vice President for HSC/UNM Finance and University Controller | None |
| 012BF | Research and other sponsored projects | Vice President for HSC/UNM Finance and University Controller | None |
| 177BF | Assignments of University-owned intellectual property created by Health Sciences Center employees to STC and assignments of University-owned intellectual property created by Health Sciences Center employees to the inventors | Chancellor for Health Sciences; Vice Chancellor for Research, Health Sciences Center | None |
| 014HSC | Letters of offer for University Hospital staff | Executive Director of University Hospital Human Resources | None |
| 041HSC | Releases of claims in settlement of the pediatric oncology claims and lawsuits | Senior Assoc University Counsel | None |
| 043HSC | Settlements of University of New Mexico Hospital lien cases | CEO of University of New Mexico Hospital | Agreements must be signed for approval by an attorney in the University Counsel's Office |
| 048HSC | Collective bargaining agreements with unions representing University of New Mexico Hospital employees (local 2166 and Local 1199) | CEO of University of New Mexico Hospital | None |

| Del. No. | Type of Contract | Position with Authority | Limitations |
|---|---|---|---|
| 061HSC | Only hospitals and their associated outpatient clinics operated by the Health Sciences Center that do not involve exchange of funds | Assoc VP for Clinical Operations | None |
| 084HSC | HSC pre-award research contracts relating primarily to confidentiality, material transfer, data use, or HIPAA-related issues | Senior Assoc Dean for Research (SOM) | Approval by CON or COP Dean, as appropriate; legal approval required for MTAs and data use agreements |
| 102HSC | Employment contracts for senior UNM Hospital's administrative staff who report directly to the CEO, UNM Hospital | CEO, UNM Hospital | None |
| 104HSC | HSC clinical facilities reassignment agreements w/ part-time employee, contract, and volunteer providers of professional services to UNMHSC patients for billing and collection of professional fees | CEO, UNM Hospital | None |
| 105HSC | HSC house officer educational/training contracts and house officer special compensation agreements | Executive Dean, SOM Assoc Dean, Graduate Medical Education, SOM CEO, UNM Hospitals (incoming house officer rotations only) | None |
| 107HSC | Fundraising contracts not involving expenditure of funds | HSC Chief Administrative Officer (for HSC, not involving clinical facilities) CEO, UNM Hospitals (for clinical facilities only) | None |
| 108HSC | HSC clinical facilities reassignment agreements with part-time employee, contract, and volunteer providers of professional services to UNMHSC patients, for billing and collection of professional | Assoc VP for Clinical Operations | None |

| Del. No. | Type of Contract | Position with Authority | Limitations |
|---|---|---|---|
| | fees | | |
| 110HSC | Contracts for emergency loans to HSC students (including those signed only by student or only by UNM) | Executive Dean, SOM only Senior Assoc Dean for Education (SOM only) Dean, College of Pharmacy only Dean, College of Nursing only | None |
| 111HSC | HSC house officer educational/training contracts and house officer special compensation agreements | Executive Dean, School of Medicine; Assoc Dean, Graduate Medical Education, School of Medicine; Assoc VP for Clinical Operations (incoming house officer rotations only) | Approval by Assoc Dean for Graduate Medical Education required for non-UNM house officers rotating in to UNM clinical facilities |
| 112HSC | Fundraising contracts not involving expenditure of funds | HSC Chief Administrative Officer (for HSC) not involving clinical facilities; Assoc VP for Clinical Operations (for clinical facilities only) | None |
| 113HSC | HSC expert witness agreements w/ government agencies | Executive Dean, SOM Senior Assoc Dean, Academic Affairs, SOM Dean, College of Pharmacy (for COP only) Dean, College of Nursing (for CON only) | None |
| 114HSC | HSC house officer employment contracts (includes residents, interns, fellows) | Executive Dean, SOM Assoc Dean, Graduate Medical Education, SOM | None |
| 115HSC | HSC clinical & non-clinical services, consulting (including research), training and collaboration agreements involving individual providers or departments, not involving expenditure of funds | Executive Dean, School of Medicine (School of Medicine only); Asst Dean, Administration, School of Medicine (School of Medicine only); Senior Assoc Dean for Research (SOM research only); Dean, College of Pharmacy (College of Pharmacy only); Dean, College of Nursing (College of Nursing only); Director, CRTC (CRTC only); Assoc VP for Clinical | Approval by Director, Clinical Contract Services, required; approval of appropriate department chair required for SOM contracts |

| Del. No. | Type of Contract | Position with Authority | Limitations |
|---|---|---|---|
|  |  | Operations (clinical facilities only); Assoc VP for Financial Services (HSC administration only) |  |
| 116HSC | Licenses for short-term use of HSC space by outside parties for special programs | HSC Chief Administrative Officer (for space other than in clinical facilities); Assoc VP for Clinical Operations (for space in clinical facilities only) | Approval by Director, HSC Facilities Planning required |
| 117HSC | Employment contracts for senior University Hospitals administrative staff who report directly to the Assoc VP for Clinical Operations | Assoc VP for Clinical Operations | None |
| 120HSC | HSC clinical trial agreements, research agreements, and contracts funded with sponsored awards, excluding clinical contracts | HSC Assoc VP for Financial Services, Assoc Controller | None |
| 121HSC | HSC proposals for sponsored research | Contract and Grant Administrators Sr. Contract and Grant Administrators Manager/Supervisor, PreAward | None |
| 122HSC | HSC pre-award research contracts relating primarily to confidentiality, material transfer, data use, and HIPAA-related issues; and IRB authorization agreements | Sr Assoc Dean for Research, SOM (for all HSC) Executive Dean, SOM | Approval by CON or COP Dean, as appropriate Legal review required for MTAs, data use agreements, and IRB authorization agreements Authorized position may not sign contracts for which there may be a conflict of interest |
| 124HSC | HSC clinical trial agreements, research agreements, and contracts funded w/ sponsored awards, excluding clinical contracts | Supervisor of Fiscal Services | None<br><br>Period of Authority will be from 03-27-06 through 04-03-06 |

| Del. No. | Type of Contract | Position with Authority | Limitations |
|---|---|---|---|
| 133HSC | HSC clinical managed care contracts, clinical global and master contracts involving multiple departments | Executive Physician-in-Chief, UNM Health System; UNM Health System Chief Operating Officer (Clinical Facilities Only) | Use of HSC for purposes of this delegation does not include UNM Sandoval Regional Medical Center, Inc. or UNM Medical Group, Inc. |
| 134HSC | Contracts for debt financing and investment management related to financial assets of UNM Hospitals | Chief Financial Officer, UNM Hospitals CEO, UNM Hospitals | None |
| 136HSC | Lovelace GME Affiliation Agreement regarding resident aggregate caps | HSC Chief Administrative Officer | None |
| 146HSC | HSC clinical & non-clinical services, consulting (including research), training and collaboration agreements involving individual providers or departments, excluding purchase agreements | Assistant Dean for finance & Administration, School of Medicine; Administrator, School of Medicine; Senior Associate Dean for Research (SOM research only); CEO, UNM Hospitals (UNM Hospital facilities only); Associate VP for Financial Services | Approval by Director, Clinical Contract Services, required for clinical services; Approval of appropriate department chair required for SOM contracts |
| 147HSC | HSC locum tenens and specialty extension services contracts for which there is no expenditure of funds | Director of Finance, School of Medicine; Chief Financial Services Officer for the UNMHSC | None |
| 148HSC | HSC confidentiality, non-disclosure, license, and similar intellectual property agreements required by hardware and software vendors | Assoc VP for Knowledge management & IT (for HSC, not involving clinical facilities); CEO, UNM Hospital (for clinical facilities only); UNMH Chief Information Officer (for clinical facilities only) | May not involve the receipt or expenditure of funds or otherwise incur direct financial obligations |
| 157HSC | HSC clinical trial agreements, research agreements, and contracts funded with sponsored awards, excluding contracts | Vice President for HSC/UNM Finance and University Controller; Chief Budget and Finance Officer; Director, Financial Systems & Restricted Accounting | None |
| 165HSC | HSC subaward agreements | Vice President for HSC/UNM Finance and University Controller; Chief Budget and Finance Officer, HSC; Director, Financial Systems and Restricted Accounting | None |

| Del. No. | Type of Contract | Position with Authority | Limitations |
|---|---|---|---|
| 167HSC | HSC proposals for sponsored projects | Contract and Grant Administrators; Sr. Contract and Grant Administrators; Contract & Grant Supervisor; Manager/Supervisor, PreAward; Associate Director, Financial Services/HSC PreAward | None |
| 168HSC | HSC clinical and non-clinical services, consulting (including research), training and collaboration agreements involving individual providers or departments, excluding purchase agreements | HSC Associate Vice President for Administration; Director of Finance, School of Medicine; Administrator, School of Medicine; Senior Associate Dean for Research (SOM research only); CEO, UNM Hospitals (UNM Hospital facilities only); Vice President for HSC/UNM Finance and University Controller; Chief Budget and Finance Officer | Approval by Director, Clinical Contract Services, required for clinical services; Approval of appropriate department chair required for SOM contracts. |
| 170HSC | HSC student employment contracts and training affiliation agreements | Executive Dean, School of Medicine; Director of Finance, School of Medicine; Administrator, School of Medicine; Dean, College of Pharmacy; Dean, College of Nursing; Director, Health Sciences Library and Informatics Center; Associate Vice President for Administration (HSC administration only); Senior Associate Dean for Education, School of Medicine; CEO, UNM Hospitals (incoming students only) | None |
| 173HSC | Agreements licensing third parties to use, for research purposes only, intellectual property of UNMHSC, but only for such intellectual property as has been assigned back to UNMHSC and/or UNMHSC inventors by STC. | Vice President for Research, Health Sciences Center | None |
| 175HSC | Licenses for short-term use | Chief Administrative Officer, | None |

| Del. No. | Type of Contract | Position with Authority | Limitations |
|---|---|---|---|
| | of HSC space by outside parties for special programs | HSC (for space other than in clinical facilities); Health System Chief Operations Officer (for space in clinical facilities only) | |
| 176HSC | HSC pre-award research contracts relating primarily to confidentiality, material transfer, data use, and HIPAA-related issues; and IRB authorization agreements | Vice Chancellor for Research, Health Sciences Center; Executive Vice Dean, School of Medicine (when Vice Chancellor for Research not available) | Approval by CON Dean with respect to contracts involving CON; approval by COP Dean with respect to contracts involving COP; legal review if appropriate as determined by signature authority holder; authorized position may not sign contracts for which there may be a conflict of interest |
| 178HSC | PC Dash software license and service agreements | Chief Budget and Finance Officer; Chief Administrative Officer | None |
| 179HSC | Invoices and Financial Reports for contracts and grants funded with sponsored awards | HSC Chief Financial Services Officer; Accountant, H4-Post Discipline SC Financial Services | None |
| 180HSC | Agreements regarding credentialing and privileging by proxy as to which providers on the Medical Staff at UNM Hospitals will be providing telehealth and/or telemedicine services at third-party hospitals | Chair, UNM Hospitals Credentials Committee or Executive Director, Medical Staff Affairs | Contracts must also evidence that they have been reviewed and approved as to form by the HSC Office of University Counsel |
| 025PUR | Purchase of goods and/or services for clinical components of HSC other than construction contracts & designated professional services | Executive Director of Financial Planning and Analysis, UNMH *(specially authorized by* ███████████ *in 5/17/2012 memorandum)* <br><br> Area Director of Material Management, UNMH | None |
| 036PUR | Goods and/or services for clinical components of HSC, other than construction contracts and designated professional services | UNMH Purchasing Manager | None |

Exhibit 6.11

## Legislative activities update - ACOG
m.acog.org › ... › May 2013

Mobile-friendly - ██████ MD, District VIII legislative chair ... Sixty Fellows, Junior Fellows, and medical students from our district ... MD, District VIII secretary; Dr. ████████, MD; ██████, MD, ...

## From the editor - ACOG
m.acog.org › ... › May 2014

Mobile-friendly - Dr. ████████
████████████████████
████████████████████
████████████

## Junior Fellows | Medical Students - ACOG
m.acog.org › ... › District II

Mobile-friendly - Welcome to the District II Junior Fellow & Medical Student Site! We have made

 

Exhibit 6.12

 **UNM** SCHOOL of MEDICINE

*Department of Obstetrics and Gynecology*

Date:     December 14, 2015

To: ██████████ Southwestern Women's Options

Address: ███████████████████████

RE: *Termination of Program Letter dated June 2, 2014*

Dear ███████

I am writing to inform you that as of the date of this letter, the University of New Mexico School of Medicine Fellowship in Family Planning is terminating the Program Letter dated June 2, 2014. We are currently seeking another rotation site that better meets the training needs of our Fellows. We very much appreciate your willingness to serve as a rotation site.

Sincerely,



HIGHLY CONFIDENTIAL                    CAUTION: UNREDACTED                    UNM03429

Exhibit 6.13

# HOUSE OFFICER AFFILIATION AGREEMENT

The Regents of the University of New Mexico, for its public operation known as the Health Sciences Center, specifically for the School of Medicine (the "University"), and Planned Parenthood of New Mexico, Inc. (the "Institution"), a New Mexico domestic non-profit corporation, agree:

## RECITALS

A. The caseload at the Institution is adequate to provide an opportunity for University resident physicians ("House Officers") to obtain practical and didactic exposure to patient management under the supervision of the medical staff of the Institution.

B. The purposes of this Agreement are:

1. To establish a training and educational program for House Officers while on rotation at the Institution;

2. To ensure a close working relationship between the University and the Institution;

3. To benefit both the University and the Institution through provision of quality medical education and training by allowing participation by House Officers in the delivery of health care services by the medical staff of the Institution;

4. To provide House Officers with opportunities to acquire specific skills and knowledge in designated specialty areas through experience in patient care delivery by qualified physicians; and

5. To enable House Officers to become knowledgeable about operational aspects of various types of health delivery systems.

## II. RESPONSIBILITIES OF THE INSTITUTION

A. The Institution will:

1. Accept for training the number of House Officers to be determined jointly by the Institution and the University.

2. Make available its clinical and related facilities and its personnel to provide quality learning experiences for House Officers during their educational rotation at the Institution under the supervision of qualified Institution personnel.

3. Designate one or more clinical supervisors who will: (a) coordinate the House Officer's clinical education experience, conferences, course and programs; (b) arrange schedules to the degree possible to avoid conflict with other educational courses; and (c) coordinate all aspects of training of House Officers with the appropriate University clinical department chairperson or program director and the Associate Dean for Graduate Medical Education or designee.

4. Make patients aware that House Officers from the University of New Mexico Health Sciences Center are providing services to patients in Institution's facility(ies) and that they have the right to ask whether House Officers will be involved in their treatment, by either (a) posting a notice to that effect; or (b) ensuring that the House Officer is wearing a University-issued badge identifying him/herself as a resident physician at the University of New Mexico Health Sciences Center.

5. Permit the University's clinical department chairpersons or program directors to review the Institution's educational program, participate in the selection of clinical supervisors and inspect its clinical facilities.

6. Permit the University to coordinate all aspects of the educational program with the Institution's clinical supervisors.

7. Provide House Officers with use of classrooms, storage space, sleeping quarters (while they are on call), dining facilities, dressing and locker room space and similar facilities while they are on rotation at the Institution.

8. Provide periodic reports as may be required by the University Graduate Medical Education Office or the appropriate University clinical department chairperson or program director.

9. Adhere to the Accreditation Council on Graduate Medical Education Program Requirements for Residency Education.

B. If necessary, the Institution will provide emergency medical treatment of House Officers while they are on rotation at the Institution. The cost of such treatment will be paid by the House Officer or the House Officer's third party payor.

C. The Institution will provide all necessary personnel at levels compatible with provision of quality health care and with the Institution's supervisory responsibility for training of House Officers.

## III. RESPONSIBILITIES OF THE UNIVERSITY

A. The University will:

2

1. Identify specific House Officers who will be assigned full time or part time for training at the Institution.

2. Provide the Institution with identification of assigned House Officers and the desired rotational schedule for each House Officer.

3. Require House Officers to conform to the policies and procedures of the Institution, under the direction of the Institution's designated clinical supervisors.

4. Assure that House Officers are informed of, and comply with, all applicable Institution rules and regulations.

5. Assume administrative responsibility for control and discipline of House Officers.

6. Assure that House Officers are duly licensed as such by the New Mexico Board of Medical Examiners.

7. Assure that House Officers have appropriate health care coverage and other benefits as provided in Exhibit A in accordance with applicable accreditation standards.

8. Adhere to the Accreditation Council on Graduate Medical Education Program Requirements for Residency Education.

B. House Officers will meet all reasonable health standards imposed by applicable laws and regulations or imposed by the Institution. Copies of Institutional standards will be provided by the Institution to the University and the House Officers.

C. The University faculty member (program director) responsible for the House Officer's rotation at the Institution will send a letter ("Program Letter") to the Institution's medical staff member responsible for the House Officer's supervision at the Institution, that provides the following specific information:

1. The individual at the Institution who is designated to assume administrative, educational and supervisory responsibility for the House Officer;

2. The educational goals and objectives of the House Officer's rotation at the Institution;

3. The period of assignment of the House Officer at the Institution, the financial arrangements, and information regarding the House Officer's performance; and

3

4. The Institution's responsibilities for teaching, supervision and formal evaluation of the House Officer's performance; and

5. The policies and procedures that govern the House Officer's education while on rotation at the Institution.

Upon delivery to the Institution, these Program Letters are incorporated by reference into this Agreement, as if fully set forth herein.

## IV. SPECIAL PROVISIONS

A. This program is educational, and is not designed to replace, nor will it result in the replacement of, employees of the Institution, nor will it impair existing contracts for services. The House Officers will be under the supervision of the Institution's personnel, will not take the place of the Institution's regular personnel in providing health care services to the Institution's patients, and will not provide full and complete technical and/or professional direction of patient care, but will participate in such care with the medical staff of the Institution.

B. The Institution recognizes that the University has established personnel policies and benefits for House Officers. The Institution will consult with the University Associate Dean for Graduate Medical Education and the designated Program Director when considering: (1) refusing to accept assignment of a House Officer; (2) suspension of a House Officer for any reason; or (3) barring any House Officer from participation for failure to fulfill the terms of this Agreement.

C. The number and distribution of House Officers among the divisions of the Institution will be agreed upon by the University and the Institution at the beginning of each training period. The Institution specifically reserves the right to make any and all changes it deems necessary to ensure accomplishment of its mission; provided, however, that the Institution will not make any changes after the date agreed upon by the Institution and the University at the beginning of each training period. The Institution will promptly inform the University in writing of any changes, but any such changes will be made at the sole discretion of the Institution.

## V. INSURANCE AND LIABILITY

A. As between the parties, each party acknowledges that it will be responsible for claims or damages arising from personal injury or damage to persons or property to the extent they result from negligence of that party's employees or (in the case of University) House Officers. The University is provided professional liability coverage for its House Officers and University-employed faculty members for their activities at the Institution, as set forth in the New Mexico Tort Claims Act, Sections 41-4-1 etseq. NMSA 1978, as amended. The liability of the House Officers and faculty employed by the University will be subject in all cases to the

limitations and immunities of the New Mexico Tort Claims Act. Subject to the New Mexico Tort Claims Act, the University will indemnify, defend and hold harmless Institution and its employees, officers, agents, and representatives from and against any and all loss, damage, liability or claims (including reasonable attorneys' fees) arising from the negligent acts or omissions of University, House Officer, or its employees, in connection with this Agreement, provided that the indemnities herein do not extend to claims arising from or in any way related to the negligent acts or omissions of Institution, its employees or agents.

B.     If a complaint is made, or a claim or suit is initiated or filed naming or otherwise involving a House Officer or a University employee, the Institution will immediately provide written notice to the Graduate Medical Education Office of the School of Medicine, the University's Health Sciences Center Risk Management Department, and the University's Health Sciences Center Office of University Counsel. If a claim or suit is filed or initiated against the Institution, naming or otherwise involving alleged actions or omissions of a House Officer, the University will manage and control all aspects of the defense on behalf of the House Officer in accordance with the New Mexico Tort Claims Act. To the extent permitted by the New Mexico Tort Claims Act, the University will coordinate its defense with that of the Institution.

## VI.    TERM AND TERMINATION

This Agreement will become effective on 1 May 2011 and will continue through 30 June 2015 unless earlier terminated by either party by providing written notice of intent to terminate to the other party at least sixty (60) days prior to the proposed date of termination.

## VII.   REIMBURSEMENT

The University will be responsible for the salary and fringe benefits of House Officers for the period the House Officers perform services at the Institution. All House Officers are paid the same amount at each level of appointment, regardless of assignment.

## VIII.  HIPAA COMPLIANCE

A.     The parties will comply with the applicable provisions of HIPAA and any current and future regulations promulgated thereunder, including without limitation, the federal privacy regulations, the federal security standards, and the federal standards for electronic transactions (collectively, the "HIPAA Requirements"). The parties will not use or further disclose any Protected Health Information or Individually Identifiable Health Information (as such terms are defined in the HIPAA regulations), other than as permitted by the HIPAA Requirements and the terms of this Agreement.

5

B.    The University will ensure that House Officers have been provided training with regard to the HIPAA Requirements, and will provide Institution with a certificate of training evidencing that this requirement has been met. Additionally, the Institution may require each House Officer to sign a Confidentiality Agreement and an Acknowledgement that the House Officer has received Institution's Notice of Privacy Practices.

## IX.    MISCELLANEOUS

A.    **Entire Agreement.** This Agreement and the Program Letters referenced in Section III-C of this Agreement represent the entire understanding between the parties and supersede any prior agreements or understandings with respect to the subject matter of this Agreement.

B.    **Waiver of Breach.** The waiver by either party of a breach or violation of any provision of this Agreement will not operate as or be construed as a waiver of any subsequent breach of this Agreement.

C.    **Modifications.** No changes, amendments or alterations to this Agreement will be effective unless in writing and signed by both parties.

D.    **Non-Assignability.** This Agreement will not be assigned by either party, nor will the duties imposed upon either party by this Agreement be delegated, subcontracted, or transferred by either party, in whole or in part, without the prior written consent of the other party.

E.    **Governing Law.** This Agreement will be construed, interpreted, governed and enforced in accordance with the statutes, judicial decisions, and other laws of the State of New Mexico.

F.    **Severability.** The invalidity or unenforceability of any term or provision of this Agreement will in no way affect the validity or enforceability of any other term or provision to the extent permitted by law.

G.    **Marketing Materials.** Neither the University nor the Institution will use the other's name in any publicity or advertising materials without prior written consent of the other party; provided, however, that either party may indicate to individual House Officers or potential House Officers the existence and scope of the training programs available at the Institution.

H.    **Confidentiality**

1.    **Patient and House Officer Records.** The confidentiality of patients' medical records and House Officers' academic records will be maintained by the parties in accordance with applicable federal and state laws and regulations.

6

2. **Compensation.** The Institution and the University will not disclose the compensation payable to the University pursuant to this Agreement, except to the extent required by applicable laws or regulations or as may be required to carry out the terms of this Agreement.

I. **Retention of Records.** The Institution and the University will maintain detailed records associated with assignment of House Officers and payments to the University pursuant to this Agreement for a period of at least five years after termination of this Agreement, and will allow access for inspection by the Institution, the University, the Secretary for Health and Human Services, the Comptroller General and the Inspector General to such records for the purpose of verifying costs associated with provision of services under this Agreement.

J. **Relationship of Parties.** House Officers and employees of the University will not be considered employees of the Institution for any purpose, including, but not limited to, workers' compensation, insurance, bonding or any other benefits afforded to employees of the Institution. As trainees working under the direct control of Institution's clinical instructors, House Officers will be part of Institution's "workforce" for purposes of compliance with the Health Insurance Portability and Accountability Act of 1996, as codified at 42 U.S.C. Section 1320d ("HIPAA"). Neither party has any express or implied authority to assume or create any obligation or responsibility on behalf of or in the name of the other party.

K. **Cooperation and Dispute Resolution.** The parties agree that, to the extent compatible with the separate and independent management of each, they will maintain effective liaison and close cooperation. If a dispute arises related to the obligations or performance of either party under this Agreement, representatives of the parties will meet in good faith to resolve the dispute.

L. **Third Parties.** Nothing in this Agreement, express or implied, is intended to confer any rights, remedies, claims, or interests upon a person not a party to this Agreement.

M. **Eligibility for Participation in Government Programs.** Each party represents that neither it, nor any of its management or any other employees or independent contractors who will have any involvement in the services or products supplied under this Agreement, have been excluded from participation in any government healthcare program, debarred from or under any other federal program (including but not limited to debarment under the Generic Drug Enforcement Act), or convicted of any offense defined in 42 U.S.C. Section 1320a-7, and that it, its employees, and independent contractors are not otherwise ineligible for participation in federal healthcare programs. Further, each party represents that it is not aware of any such pending action(s) (including criminal actions) against it or its employees or independent contractors. Each party shall notify the other

7

party immediately upon becoming aware of any pending or final action in any of these areas.

**N. Notices.** Any notice required to be given pursuant to the terms and provisions of this Agreement will be in writing and will be sent by certified mail, return receipt requested, postage prepaid, as follows:

To the University at:          Office of Graduate Medical Education

███████████████████████████████

To the Institution at:          Planned Parenthood of New Mexico, Inc

███████████████████████████████

**O. Binding Effect.** This Agreement is binding upon, and inures to the benefit of, the parties to this Agreement and their respective successors and assigns.

**INSTITUTION:  Planned Parenthood of New Mexico, Inc**

████████████████████████              Date: 6/5/2012

**UNIVERSITY:  REGENTS OF THE UNIVERSITY OF NEW MEXICO, FOR THE SCHOOL OF MEDICINE**

████████████████████████████              Date: 6/13/12

**Approved as to form:**

████████████████████████              Date: 6/11/12

8

Exhibit 6.14

## HOUSE OFFICER AFFILIATION AGREEMENT

The Regents of the University of New Mexico, for its public operation known as the Health Sciences Center, specifically for the School of Medicine (the "University"), and Planned Parenthood of the Rocky Mountains, Inc. (the "Institution"), agree:

### RECITALS

A.    The caseload at the Institution is adequate to provide an opportunity for University resident physicians ("House Officers") to obtain practical and didactic exposure to patient management under the supervision of the medical staff of the Institution.

B.    The purposes of this Agreement are:

1. To establish a training and educational program for House Officers while on rotation at the Institution;

2. To ensure a close working relationship between the University and the Institution;

3. To benefit both the University and the Institution through provision of quality medical education and training by allowing participation by House Officers in the delivery of health care services by the medical staff of the Institution;

4. To provide House Officers with opportunities to acquire specific skills and knowledge in designated specialty areas through experience in patient care delivery by qualified physicians; and

5. To enable House Officers to become knowledgeable about operational aspects of various types of health delivery systems.

## I.    RESPONSIBILITIES OF THE INSTITUTION

A.    The Institution will:

1. Accept for training the number of House Officers to be determined jointly by the Institution and the University.

2. Make available its clinical and related facilities and its personnel to provide quality learning experiences for House Officers during their educational rotation at the Institution under the supervision of qualified Institution personnel.

3.  Designate one or more clinical supervisors who will: (a) coordinate the House Officer's clinical education experience, conferences, course and programs; (b) arrange schedules to the degree possible to avoid conflict with other educational courses; and (c) coordinate all aspects of training of House Officers with the appropriate University clinical department chairperson or program director and the Associate Dean for Graduate Medical Education or designee.

4.  Make patients aware that House Officers from the University of New Mexico Health Sciences Center are providing services to patients in Institution's facility(ies) and that they have the right to ask whether House Officers will be involved in their treatment, by either (a) posting a notice to that effect; or (b) ensuring that the House Officer is wearing a University-issued badge identifying him/herself as a resident physician at the University of New Mexico Health Sciences Center.

5.  Permit the University's clinical department chairpersons or program directors to review the Institution's educational program, participate in the selection of clinical supervisors and inspect its clinical facilities.

6.  Permit the University to coordinate all aspects of the educational program with the Institution's clinical supervisors.

7.  Provide House Officers with use of classrooms, storage space, sleeping quarters (while they are on call), dining facilities, dressing and locker room space and similar facilities while they are on rotation at the Institution.

8.  Provide periodic reports as may be required by the University Graduate Medical Education Office or the appropriate University clinical department chairperson or program director.

9.  Adhere to the Accreditation Council on Graduate Medical Education Program Requirements for Residency Education.

B.  If necessary, the Institution will provide emergency medical treatment of House Officers while they are on rotation at the Institution. The cost of such treatment will be paid by the House Officer or the House Officer's third party payor.

C.  The Institution will provide all necessary personnel at levels compatible with provision of quality health care and with the Institution's supervisory responsibility for training of House Officers.

II.  **RESPONSIBILITIES OF THE UNIVERSITY**

A.  The University will:

1. Identify specific House Officers who will be assigned full time or part time for training at the Institution.

2. Provide the Institution with identification of assigned House Officers and the desired rotational schedule for each House Officer.

3. Require House Officers to conform to the policies and procedures of the Institution, under the direction of the Institution's designated clinical supervisors.

4. Assure that House Officers are informed of, and comply with, all applicable Institution rules and regulations.

5. Assume administrative responsibility for control and discipline of House Officers.

6. Assure that House Officers are duly licensed as such by the New Mexico Board of Medical Examiners.

7. Assure that House Officers have appropriate health care coverage and other benefits as provided in Exhibit A in accordance with applicable accreditation standards.

8. Adhere to the Accreditation Council on Graduate Medical Education Program Requirements for Residency Education.

B.   House Officers will meet all reasonable health standards imposed by applicable laws and regulations or imposed by the Institution. Copies of Institutional standards will be provided by the Institution to the University and the House Officers.

C.   The University faculty member (program director) responsible for the House Officer's rotation at the Institution will send a letter ("Program Letter") to the Institution's medical staff member responsible for the House Officer's supervision at the Institution, that provides the following specific information:

1. The individual at the Institution who is designated to assume administrative, educational and supervisory responsibility for the House Officer;

2. The educational goals and objectives of the House Officer's rotation at the Institution;

3

3. The period of assignment of the House Officer at the Institution, the financial arrangements, and information regarding the House Officer's performance; and

4. The Institution's responsibilities for teaching, supervision and formal evaluation of the House Officer's performance; and

5. The policies and procedures that govern the House Officer's education while on rotation at the Institution.

Upon delivery to the Institution, these Program Letters are incorporated by reference into this Agreement, as if fully set forth herein.

## III. SPECIAL PROVISIONS

A. This program is educational, and is not designed to replace, nor will it result in the replacement of, employees of the Institution, nor will it impair existing contracts for services. The House Officers will be under the supervision of the Institution's personnel, will not take the place of the Institution's regular personnel in providing health care services to the Institution's patients, and will not provide full and complete technical and/or professional direction of patient care, but will participate in such care with the medical staff of the Institution.

B. The Institution recognizes that the University has established personnel policies and benefits for House Officers. The Institution will consult with the University Associate Dean for Graduate Medical Education and the designated Program Director when considering: (1) refusing to accept assignment of a House Officer; (2) suspension of a House Officer for any reason; or (3) barring any House Officer from participation for failure to fulfill the terms of this Agreement.

C. The number and distribution of House Officers among the divisions of the Institution will be agreed upon by the University and the Institution at the beginning of each training period. The Institution specifically reserves the right to make any and all changes it deems necessary to ensure accomplishment of its mission; provided, however, that the Institution will not make any changes after the date agreed upon by the Institution and the University at the beginning of each training period. The Institution will promptly inform the University in writing of any changes, but any such changes will be made at the sole discretion of the Institution.

## IV. INSURANCE AND LIABILITY

A. As between the parties, each party acknowledges that it will be responsible for claims or damages arising from personal injury or damage to persons or property to the extent they result from negligence of that party's employees or (in the case

4

of University) House Officers. Institution understands that University is not indemnifying Institution for the acts or omissions to act of University's House Officers, faculty, and/or employees. The liability of the University's House Officers, faculty, and employees will be subject in all cases to the limitations and immunities of the New Mexico Tort Claims Act, Sections 41-4-1 *et seq.* NMSA 1978, as amended.

B. The New Mexico Risk Management Division provides professional liability coverage of University, its House Officers, faculty, and employees for their health care instructional activities at the Institution as set forth in the New Mexico Tort Claims Act.

C. If a complaint is made, or a claim or suit is initiated or filed naming or otherwise involving a House Officer or a University employee, the Institution will immediately provide written notice to the University's Graduate Medical Education Office and Health Sciences Center Office of University Counsel. If a claim or suit is filed or initiated against the Institution, naming or otherwise involving alleged actions or omissions of a House Officer, the University will manage and control all aspects of the defense on behalf of the House Officer in accordance with the New Mexico Tort Claims Act. To the extent permitted by the New Mexico Tort Claims Act, the University will coordinate its defense with that of the Institution.

## V.   TERM AND TERMINATION

This Agreement will become effective on 1 May 2013 and will continue through 30 June 2018 unless earlier terminated by either party by providing written notice of intent to terminate to the other party at least sixty (60) days prior to the proposed date of termination.

## VI.   REIMBURSEMENT

The University will be responsible for the salary and fringe benefits of House Officers for the period the House Officers perform services at the Institution. All House Officers are paid the same amount at each level of appointment, regardless of assignment.

## VII.   HIPAA COMPLIANCE

A. The parties will comply with the applicable provisions of HIPAA and any current and future regulations promulgated thereunder, including without limitation, the federal privacy regulations, the federal security standards, the federal standards for electronic transactions, and the Health Information Technology for Economic and Clinical Health ("HITECH") Act that is contained within the American Recovery and Reinvestment Act of 2009, P.L. 111-5 (collectively, the "HIPAA Requirements") and with any and all of Facility's policies, procedures, and

5

standards adopted from time to time with respect to the HIPAA Requirements. The parties will not use or further disclose any Protected Health Information or Individually Identifiable Health Information (as such terms are defined in the HIPAA regulations), other than as permitted by the HIPAA Requirements and the terms of this Agreement.

**B.** The University will ensure that House Officers have been provided training with regard to the HIPAA Requirements, and will provide Institution with a certificate of training evidencing that this requirement has been met. Additionally, the Institution may require each House Officer to sign a Confidentiality Agreement and an Acknowledgement that the House Officer has received Institution's Notice of Privacy Practices.

## VIII. MISCELLANEOUS

**A.** **Entire Agreement.** This Agreement and the Program Letters referenced in Section III-C of this Agreement represent the entire understanding between the parties and supersede any prior agreements or understandings with respect to the subject matter of this Agreement.

**B.** **Waiver of Breach.** The waiver by either party of a breach or violation of any provision of this Agreement will not operate as or be construed as a waiver of any subsequent breach of this Agreement.

**C.** **Modifications.** No changes, amendments or alterations to this Agreement will be effective unless in writing and signed by both parties.

**D.** **Non-Assignability.** This Agreement will not be assigned by either party, nor will the duties imposed upon either party by this Agreement be delegated, subcontracted, or transferred by either party, in whole or in part, without the prior written consent of the other party.

**E.** **Governing Law.** This Agreement will be construed, interpreted, governed and enforced in accordance with the statutes, judicial decisions, and other laws of the State of New Mexico, without regard to its conflict of law provisions.

**F.** **Severability.** The invalidity or unenforceability of any term or provision of this Agreement will in no way affect the validity or enforceability of any other term or provision to the extent permitted by law.

**G.** **No Inducement to Refer.** Nothing contained in this Agreement will require either party or any physician of a party to admit or refer any patients to the other party's facilities. The parties enter into this Agreement with the intent of conducting their relationship in full compliance with applicable federal, state and local law, including the Medicare/Medicaid Anti-Fraud and Abuse Amendments

6

and the Physician Ownership and Referral Act (commonly known as the Stark Law). Notwithstanding any unanticipated effect of any of the provisions herein, neither party will intentionally conduct itself under the terms of this Agreement in a manner to constitute a violation of these provisions.

H.    **Confidentiality**

1.  **Patient and House Officer Records.** The confidentiality of patients' medical records and House Officers' academic records will be maintained by the parties in accordance with applicable federal and state laws and regulations.

2.  **Compensation.** The Institution and the University will not disclose the compensation payable to the University pursuant to this Agreement, except to the extent required by applicable laws or regulations or as may be required to carry out the terms of this Agreement.

I.    **Retention of Records.** The Institution and the University will maintain detailed records associated with assignment of House Officers and payments to the University pursuant to this Agreement for a period of at least five years after termination of this Agreement, and will allow access for inspection by the Institution, the University, the Secretary for Health and Human Services, the Comptroller General and the Inspector General to such records for the purpose of verifying costs associated with provision of services under this Agreement.

J.    **Relationship of Parties.** House Officers and employees of the University will not be considered employees of the Institution for any purpose, including, but not limited to, workers' compensation, insurance, bonding or any other benefits afforded to employees of the Institution. As trainees working under the direct control of Institution's clinical instructors, House Officers will be part of Institution's "workforce" for purposes of compliance with the Health Insurance Portability and Accountability Act of 1996, as codified at 42 U.S.C. Section 1320d ("HIPAA"). Neither party has any express or implied authority to assume or create any obligation or responsibility on behalf of or in the name of the other party.

K.    **Cooperation and Dispute Resolution.** The parties agree that, to the extent compatible with the separate and independent management of each, they will maintain effective liaison and close cooperation. If a dispute arises related to the obligations or performance of either party under this Agreement, representatives of the parties will meet in good faith to resolve the dispute.

L.    **Third Parties.** Nothing in this Agreement, express or implied, is intended to confer any rights, remedies, claims, or interests upon a person not a party to this Agreement.

7

M.  **Eligibility for Participation in Government Programs.** Each party represents that neither it, nor any of its management or any other employees or independent contractors who will have any involvement in the services or products supplied under this Agreement, have been excluded from participation in any government healthcare program, debarred from or under any other federal program (including but not limited to debarment under the Generic Drug Enforcement Act), or convicted of any offense defined in 42 U.S.C. Section 1320a-7, and that it, its employees, and independent contractors are not otherwise ineligible for participation in federal healthcare programs. Further, each party represents that it is not aware of any such pending action(s) (including criminal actions) against it or its employees or independent contractors. Each party shall notify the other party immediately upon becoming aware of any pending or final action in any of these areas.

N.  **Notices.** Any notice required to be given pursuant to the terms and provisions of this Agreement will be in writing and will be sent by certified mail, return receipt requested, postage prepaid, as follows:

To the University at:   Office of Graduate Medical Education

To the Institution at:   Planned Parenthood of the Rocky Mountains, Inc.

O.  **Binding Effect.** This Agreement is binding upon, and inures to the benefit of, the parties to this Agreement and their respective successors and assigns.

**INSTITUTION: Planned Parenthood of the Rocky Mountains, Inc.**

Date: 6/10/13

**UNIVERSITY/REGENTS OF THE UNIVERSITY OF NEW MEXICO, FOR THE SCHOOL OF MEDICINE**

Date: 6/10/13

Form A191-04/13

Approved as to form: ███████████

Date: 6/12/13

Form A191-04/13

Exhibit 6.15

University of New Mexico- OB/GYN Department
May 2016

| | UNM Doctor | UNM Doctor | UNM Doctor | UNM Doctor | UNM Doctor | UNM Doctor | UNM Doctor |
|---|---|---|---|---|---|---|---|
| Su 1 | | | | | | | |
| Mo 2 | | | | | | | |
| Tu 3 | | | | | | | Planned Parenthood AM / Planned Parenthood PM |
| We 4 | | | | | | | |
| Th 5 | | | | | | | |
| Fr 6 | | | | Planned Parenthood AM / Planned Parenthood PM | | | |
| Sa 7 | | | | | | | |
| Su 8 | | | | | | | |
| Mo 9 | | | | | | | |
| Tu 10 | Planned Parenthood AM / Planned Parenthood PM | | | | | | |
| We 11 | | | | | | | |
| Th 12 | | | | | | | |
| Fr 13 | Planned Parenthood AM / Planned Parenthood PM | | | | | | |
| Sa 14 | | | | | | | |
| Su 15 | | | | | | | |
| Mo 16 | | | | | | | |
| Tu 17 | Planned Parenthood AM / Planned Parenthood PM | | | | | | |
| We 18 | | | | | | | |
| Th 19 | | | | | | | |
| Fr 20 | Planned Parenthood AM / Planned Parenthood PM | | | | | | |
| Sa 21 | | | | | | | |
| Su 22 | | | | | | | |
| Mo 23 | | | | | | | |
| Tu 24 | Planned Parenthood AM / Planned Parenthood PM | | | | | | |
| We 25 | | | | | | | |
| Th 26 | | | | | | | |
| Fr 27 | Planned Parenthood AM / Planned Parenthood PM | | | | | | |
| Sa 28 | | | | | | | |
| Su 29 | | | | | | | |
| Mo 30 | | | | | | | |
| Tu 31 | | | | | | | |

Source: https://

Exhibit 6.16

RECEIVED

FEB 1 8 2011

SCHOOL OF MEDICINE
ACADEMIC AFFAIRS

## VOLUNTEER FACULTY PROFESSIONAL LIABILITY INSURANCE

## EXTENSION OF NEW MEXICO TORT CLAIMS ACT

The individual identified below is a member of the University of New Mexico School of Medicine Volunteer Faculty. By serving as Volunteer Faculty, the New Mexico Tort Claims Act recognizes this individual as a "public employee without compensation." It is the policy of the UNM School of Medicine that the New Mexico Tort Claims Act professional liability insurance coverage provided to University employees shall be extended to provide coverage for the duties and activities performed by the individual Volunteer Faculty members that meet the following criteria:

1. The Volunteer Faculty member will perform only the duties and activities that have been assigned to them by the Chairperson of his/her academic department.

2. The Volunteer Faculty member does not have other insurance coverage that provides coverage of his/her duties and activities at the University as assigned by the Chairperson of his/her academic department.

This extension of insurance coverage shall remain in effect so long as the individual continues as a Volunteer Faculty member in good standing.



Department of Obstetrics and Gynecology

REQUESTED BY:

Effective Dates of coverage:

APPROVED BY:

Exhibit 6.17

CONFIDENTIAL

# Volunteer Faculty Benefits



---






**UNM SCHOOL of MEDICINE**

Academic Affairs
BMSB Rm. 180, MSC 08 4730
Phone: 505-272-8268
Fax: 505-272-6581
http://hsc.unm.edu/som/academicaffairs/

---

## At a Glance Reference Information:

**Academic Affairs:**
505-272-8268

**Security (Id Badge/Lobocard):**
505-272-1757

**Johnson Center:**
505-277-4347

**UNM Ticket Office:**
1-877-664-8661

**UNM Championship Golf Course:**
505-277-4546

**Health Sciences Library:**
505-272-2311

**New Mexico Educators Federal Credit Union:**
505-888-8920

**UNM Welcome Center**
505-277-1989





## BENEFITS

**HEALTH SCIENCES CENTER LIBRARY** — Access the HSC Library's online databases and extensive collection of over 600 full-text online journals check-out privileges; and educational classes

**NEW MEXICO EDUCATORS FEDERAL CREDIT UNION** — membership

**JOHNSON CENTER** — Facilities include the main and auxiliary gyms, handball courts, weight room, tennis courts and Olympic-size pool

**ATHLETIC EVENTS** — 50% discount on two season tickets for football, and men's or women's basketball games

**POPEJOY CULTURAL SERIES** — discounts on event tickets

**MUSEUMS** — Free admission to the Fine Arts Museum, Maxwell Museum of Anthropology, Geology Museum, Student Art Gallery, and Museum of Southwestern Biology

**LIBRARIES** — Access to the Law Library on North Campus, the libraries on main campus include: Zimmerman Library, Fine Arts Center, Parish Library in the Graduate School of Management, Tireman Learning Materials Library in the Educational Complex and Centennial Science/Engineering Library

**UNIVERSITY PRESS** — Publications may be purchased at a discount at UNM bookstores

**GOLF** — Reduced rates on quarterly/annual memberships for the 9-hole course. Discounts of the 18-hole Championship course may be available.

**RECREATIONAL EQUIPMENT** — Nominal fees to rent tents, camping gear, backpacks, snowshoes, cross-country skis, volleyball sets, etc.

---

### Your UNM Lobocard!

Faculty at UNM find the Lobocard handy for access to library services, identification and for all other benefits. It will be effective during the two year period that your volunteer faculty appointment is active.



Enjoy discounted Lobo sporting events and many of Popejoy's shows, symphony concerts, musical soloists and artists of international caliber, world-renowned ballet and modern dance companies, and noted speakers from a broad spectrum of disciplines.

### UNM Ticket Office:

1-877-664-8661 Toll Free or 505-925-5858
http://www.unmtickets.com/

(10 AM to 4PM MST, Monday thru Friday)

**\*Please note: We are unable to provide tuition remission benefits**

---

### Get your email!

As an adjunct volunteer faculty member, HSLIC will provide you with an HSC email account upon request.



Speak with your sponsoring department for additional information regarding your email account

### Recreational Services!

Contact Recreational Services for an updated calendar and class schedule
Phone: 277-4347
recsvcs.unm.edu/index.html

Utilize Johnson Center to stay healthy and fit! With a wide variety of activities, classes and equipment, there's no reason to join a gym!




CONFIDENTIAL

Exhibit 6.18

 Gmail

 <span>█████████ @gmail.com></span>

## Re: two questions

2 messages

_____

████████ | ██████ @gmail.com>                          Tue, Feb 16, 2016 at 1:12 PM
To: ████████ ████████ @gmail.com>

Hi █████

Apologies but for a variety of reasons which I won't bore you with Friday won't be a good day to stop by.
Mostly personal and one deadline I need to meet!

I'll send the article tonight when I'm on my computer as opposed to this phone. I'll try here in the clinic but
the wifi sucks and a lot of websites are blocked.

And yes of course I'll do the weird ABOG thing!

wild about Scalia. The partisan posturing is already ugly. Fascinating how we've elected children to high
office.

sc


> On Feb 16, 2016, at 10:50, ████████ ████████ @gmail.com> wrote:
>
> Hi ████████,
>
> How are you doing??? Any chance of stopping by on Friday to say hello and check in?
>
> Once again, I'm having problems accessing the UNMHC library system.  I'm trying to get an article from
Contraception, 2014 November ;90(5) 476-9.  Unfortunately, we have the December 2014 issue but not the
November issue.  Do you have a way to get the article?
>
> And..once again, it's time to sign up for the yearly ABOG MOC scam.  Would you be able to attest my
fine moral character. If so, I can e-mail you the form to sign and you can either send it back or fax it to
ABOG directly.
>
> I take it that no one in the clinic, yourself included is mourning the loss of our supreme court (in) justice..
>
> Hopefully, see you soon,
> ████████

_____

████████ | ██████ @gmail.com>                          Tue, Feb 16, 2016 at 7:22 PM
To: ████████ ████████ @gmail.com>

Here you go ██████ !
[Quoted text hidden]

_____

 **2014_Mortality of abortion and other outpt procedures.pdf**
161K

CONFIDENTIAL

Exhibit 6.19



Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)



February 16, 2016

BY U.S. MAIL AND EMAIL

The Honorable Marsha Blackburn
Attn: March Bell, Frank Scaturro, Esq.,
Heather Sawyer, Esq. for Ranking Member Jan Schakowsky
House Select Panel on Infant Lives
H2-316 Ford House Office Building
Washington, DC 20515

Re:     Information Request to University of New Mexico Health Sciences Center

Dear Chairwoman Blackburn:

By letter dated January 6, 2016, you requested that the University of New Mexico Health
Sciences Center (UNMHSC), provide the Select Panel with certain information related to the
UNMHSC's research activities involving fetal tissue and to a significant degree, any abortion
services provided at UNMHSC, none of which result in transfers of fetal tissue.

In an email dated January 22, 2016, the Panel's staff agreed to certain limits on the Panel's 19
requests in your January 6, 2016 letter. [1]  Subsequently, on January 29, 2016, UNMHSC
produced its first response to your information request.

In its first response on January 29, 2016 UNMHSC stated, as it reiterates in today's submission,
that UNMHSC does not purchase or sell fetal tissue, nor does it transfer fetal tissue in exchange
for any other valuable consideration, and it has never been UNMHSC's practice to do so.  All
fetal tissue obtained by UNMHSC is donated.

Enclosed you will find UNMHSC's second and final submission in response to your letter,
which contains interrogatory responses to items 9, 11, 14, and 19 and materials responsive to
items 4, 6-16.  The materials enclosed consist of 297 documents, totaling 3,121 pages, and are
Bates labeled UNM00001 – UNM03121.  This submission completes UNMHSC's voluntary

---

[1] Following the receipt of your letter, we spoke with staff of the select panel by telephone on January 13, 2016 and
received email correspondence from the staff on January 22, 2016, regarding the requests.  Through our
communication, we: (1) agreed to produce materials responsive to the requests in a "rolling" process, with our first
production on January 29, 2016 and our second on or around February 15, 2016; (2) agreed to certain limits to some
of the items in the request letter; (3) agreed to submit interrogatory responses to certain requests herein.  February
15, 2016 was the President's Day holiday, so we have agreed with staff to submit production on February 16, 2016.

U.S. practice conducted through McDermott Will & Emery LLP.

500 North Capitol Street N.W.  Washington, D.C.  20001-1531   Telephone: +1 202 756 8000   Facsimile: +1 202 756 8087   www.mwe.com

cooperation with your letter request for information dated January 6, 2016 as agreed with your staff.

**About UNMHSC**

UNMHSC is the only academic medical center in the State of New Mexico, containing the state's only medical school, only Level I Trauma Center, only Children's Hospital, and only designated Comprehensive Cancer Center. It treats over 235,000 patients each year. The UNMHSC employs approximately 8,000 people in Albuquerque, and generates 19,500 jobs throughout the state. Its revenue totals over $1.6 billion per year.

Some of UNMHSC's most significant discoveries have arisen from its research involving fetal tissue. These have led to remarkable decreases in the mortality and morbidity of extremely premature babies and increased the chances for survivability and better quality of life at younger and younger gestational ages. These discoveries have directly improved the health and well-being of infants throughout New Mexico and around the world.

UNMHSC is mindful of the diverse and highly charged opinions surrounding induced abortion and research involving fetal tissue and endorses strong ethical practices that separate the decision to have an abortion from the decision to donate tissue for research. Consequently, UNMHSC has signed onto a letter from the American Association of Medical Colleges supporting fetal tissue research and strong ethical practices with respect to research involving tissue obtained from fetuses. Moreover, UNMHSC has developed a comprehensive Code of Ethical Conduct and compliance programs in this area.

Oversight for all research at UNMHSC is provided in the form of Institutional Review Boards, which ensure that all federal regulations and laws are followed regarding research studies. The federal regulations are premised upon and follow what is known as the *Belmont Report*, which set forth strong ethical guidelines for all research involving human subjects around respect for persons, beneficence and justice. UNMHSC maintains an even higher ethical and compliance standard for its research than is required by the federal government through its accreditation by the American Association of Human Research Participation.

**Confidentiality**

The interrogatory responses and documents UNMHSC is submitting today contain information that could easily lead to the identity of the individuals referenced therein. The atmosphere surrounding the issue of fetal tissue research has become highly charged, as evidenced by the deadly attack at a Planned Parenthood clinic in Colorado in November 2015, as well as the specific death threat received by another individual that I previously shared with your staff. Accordingly, we respectfully request that Members and staff treat as highly confidential and sensitive both the interrogatory responses provided today and the forthcoming production of materials, all of which will be marked "Confidential" as appropriate.

Moreover, some of the information produced today is proprietary and confidential pursuant to the terms of a research agreement. These materials have been marked accordingly. Finally, the research methodology and results disclosed in today's production are confidential and proprietary, and if disclosed, could harm the researchers, the University, and impede the University's fulfillment of its purpose.

Please do not hesitate to contact me, or in my absence my colleague ████████████ if you have questions.

Sincerely,



Enclosure

**UNMHSC's Second Submission to House Select Panel**
**Response to Information Request Dated January 6, 2016**

1) **A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, from which any UNMHSC entities receive or procure fetal tissue.**

   **UNMHSC Response:** UNMHSC is adding to its response from January 29, for further clarity:

   The only entity from which UNMHSC receives fetal tissue is Southwestern Women's Options in Albuquerque, NM. The tissue is donated at no cost to UNMHSC and it is picked up at the clinic by UNMHSC staff. UNMHSC does not purchase or sell fetal tissue, nor does it transfer fetal tissue in exchange for any other valuable consideration.

2) **A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, along with identification of responsible individuals, to or from which any UNMHSC entities purchase, sell, donate, or otherwise receive fetal tissue.**

   **UNMHSC Response:** UNMHSC is adding to its response from January 29, for further clarity:

   UNMHSC does not purchase or sell fetal tissue, nor does it transfer fetal tissue in exchange for any other valuable consideration.

   The only entity from which UNMHSC receives fetal tissue is Southwestern Women's Options in Albuquerque, NM. The tissue is donated at no cost to UNMHSC and it is picked up at the clinic by UNMHSC staff.

   UNMHSC has shared fetal tissue with three research collaborators outside of UNMHSC. One researcher is currently at the University of South Florida (previously worked at University of Alabama, Birmingham and University of Illinois, Chicago). The second researcher is at the University of Ottawa in Canada (previously worked at University of Edmonton). The third researcher is at the University of California San Francisco. No consideration is exchanged for the tissue as part of these collaborative research projects.

   UNMHSC pays the cost of shipping for tissue sent within the United States to the U.S.-based researchers. The Canada-based researcher provides a Federal Express account number to UNMHSC for its shipments to Canada. UNMHSC staff follows all Federal Express shipment requirements for potentially biohazardous material.

3) **A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, to which any UNMHSC entities transferred, subcontracted, or sold any business interest or business assets related to the procurement or sale of fetal tissue.**

   **UNMHSC Response:** Please see UNMHSC's response dated January 29, 2016, which is re-printed here for your reference:

   None exist.

4) **An organizational chart that details all personnel and supervisory personnel among UNMHSC entities, along with a description of each of their job responsibilities, for anyone whose responsibilities would include handling, researching, preparing for research, storing, or disposing fetal tissue.**

   *Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed to accept identification of individuals on the organization chart by position at UNMHSC rather than by name.*

   **UNMHSC Response:** Responsive documents are enclosed.

5) **All communications, correspondence, agreements, emails, telephone messages, and purchase orders, bills of sale, or any other documents reflecting any payments between any of the UNMHSC entities and any entity from which a UNMHSC entity has procured fetal tissue.**

   **UNMHSC Response:** Please see UNMHSC's response dated January 29, 2016, which is re-printed here for your reference:

   UNMHSC has found no documents responsive to this request.

6) **All communications, correspondence, agreements, emails, telephone messages, and purchase orders or bills of sale between any personnel of the School of Medicine, Health Sciences Center, Center for Reproductive Health, Young Women's Clinic, Division of Family Planning, Department of Obstetrics and Gynecology, Department of Pathology, Department of Family and Community Medicine, Family Medicine Center, Sandoval Regional Medical Center, Maternal and Child Health Service, Division of Neonatology, and the Developmental Research, Education, and Mentoring (DREAM) Laboratory; and any executive or legislative officials or other employees of the government of the United States, the state of New Mexico, or of any other states, including of any municipality within the State of New Mexico or any other states.**

2

*Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed to limit this request to the context of abortion, infants that survive the abortion procedure, and the handling of or any transactions involving fetal tissue.*

**UNMHSC Response:** Responsive documents are enclosed.

7) **All financial statements, communications, correspondence, agreements, emails, telephone messages, and purchase orders, bills of sale, or any other documents that identify any federal, state, or local government funds received by the School of Medicine, Health Sciences Center, Center for Reproductive Health, Young Women's Clinic, Division of Family Planning, Department of Obstetrics and Gynecology, Department of Pathology, Department of Family and Community Medicine, Family Medicine Center, Sandoval Regional Medical Center, Maternal and Child Health Service, Division of Neonatology, and the Developmental Research, Education, and Mentoring (DREAM) Laboratory.**

*Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed to limit this request to the context of abortion, infants that survive the abortion procedure, and the handling of or any transactions involving fetal tissue.*

**UNMHSC Response:** Responsive documents are enclosed.

8) **All communications, protocols, and agreements, whether internal or external, that direct the personnel of any UNMHSC entities with respect to the handling, storage, transport, or disposal of fetal tissue, including but not limited to training materials, guidance documents, memoranda, emails, telephone messages, and purchase orders or bills of sale.**

**UNMHSC Response:** Responsive documents are enclosed.

9) **All communications, protocols, and agreements that relate to the transfer of patients from one or more UNMHSC entities to another UNMHSC entity for abortion procedures, or between one or more UNMHSC entities and an outside clinic or other entity, including information on the method by which patient consent is obtained for abortion procedures and use of fetal tissue.**

*Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed to accept an interrogatory answer along with documents responsive to this request.*

**UNMHSC Response:** UNMHSC does not transfer patients between UNMHSC entities or to outside clinics for the purpose of obtaining or providing abortion procedures. Medical standards of practice and ethics would require that if, during the course of any medical procedure, including an abortion, a patient medically requires a transfer to

another facility for care, that transfer should be effected. That might result in a procedure that began at one facility being completed at another facility.

UNM Hospital provides medical screening exams and emergency services for any person who presents at the Emergency Department with an emergent medical condition, regardless of the nature of their medical need, their medical history, or former providers. This is consistent with the Emergency Medical Treatment and Labor Act, a federal law that requires us to provide emergency screening, treatment and stabilization. It is also consistent with the governing principles of medical ethics. Therefore, UNMHSC would not turn away a patient from a non-UNMHSC facility who needed medical services due to abortion complications.

Responsive documents are enclosed.

10) **All documents that include descriptions, policies, or guidelines related to any method of abortion or fetal tissue research, and prenatal or postnatal infant care available to patients.**

*Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed that UNMHSC need not provide documents that relate exclusively to prenatal or postnatal infant care except in cases where the abortion of an infant was sought or procured.*

**UNMHSC Response:**  Responsive documents are enclosed.

11) **All documents that include descriptions, policies, or guidelines related to any UNMHSC entities' referral of patients to any other entity, whether internal or external to the university, for the purpose of procuring any method of abortion or prenatal or postnatal infant care, including identification of those entities to which referral is made.**

*Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed that UNMHSC need not provide documents that relate exclusively to prenatal or postnatal infant care except in cases where the abortion of an infant was sought or procured.*

**UNMHSC Response:**  UNMHSC has no documents responsive to this request. The UNMHSC has not adopted policies and guidelines governing the referral of patients to any other entity, whether internal or external to the university, for the purpose of procuring any method of abortion.

The UNMHSC employs around 1,000 medical providers. However, the UNMHSC would expect its medical providers to make any referrals in a manner that is consonant

with the AMA Code of Medical Ethics. Opinion 8.132, entitled "Referral of Patients: Disclosure of Limitations," provides:

> Physicians should always make referral decisions based on the best interests of their patients, regardless of the financing and delivery mechanisms or contractual agreements between patients, health care practitioners and institutions, and third party payers. When physicians agree to provide treatment, they assume an ethical obligation to treat their patients to the best of their ability.

Further, Opinion 3.04, entitled "Referral of Patients," provides:

> A physician may refer a patient for diagnostic or therapeutic services to another physician, limited practitioner, or any other provider of health care services permitted by law to furnish such services, whenever he or she believes that this may benefit the patient. As in the case of referrals to physician-specialists, referrals to limited practitioners should be based on their individual competence and ability to perform the services needed by the patient. A physician should not so refer a patient unless the physician is confident that the services provided on referral will be performed competently and in accordance with accepted scientific standards and legal requirements.

12) **All accounting records, including, but not limited to, accounting memoranda related to the cost and pricing of all health care services at any UNMHSC entities, including but not limited to any method of abortion and prenatal or postnatal infant care, and fetal tissue research.**

*Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed to replace the language of item 12 with the following: Any documents created on or after January 1, 2014, related to the cost and pricing of any method of abortion, prenatal or postnatal care for infants born alive during an abortion procedure, fetal tissue procurement, or fetal tissue research.*

**UNMHSC Response:** Responsive documents are enclosed. These documents contain commercially sensitive information concerning prices reimbursed by insurance companies. If this information is released to the public, it will disclose to those insurance companies the amounts bid by their competitors and impact the future bids for services. It will cost UNMHSC and women significant additional fees if such information is publicly disclosed. For this reason, this data is not disclosable under state public record laws.

13) **All specific requests made by, or to, any UNMHSC entities for fetal tissue on behalf of any and all firms, corporations, non-profit organizations, educational institutions,**

**or other entities, including but not limited to order lists, billing records, payment records, payment vouchers, and receipts.**

**UNMHSC Response:** UNMHSC does not purchase or sell fetal tissue, nor does it transfer fetal tissue in exchange for any other valuable consideration.

Responsive documents are enclosed.

14) **All documents relating to the purchase, ownership, or rental by any UNMHSC entities of equipment for the storage, disposal, or research of fetal tissue, the preparation of fetal tissue for research, the modification of fetal tissue into cell lines, or any other actions taken by any UNMHSC entities related to fetal tissue, including but not limited to the date the equipment was purchased, its purchase price, its maintenance costs, and records of the depreciation treatment under the tax code of any such equipment.**

*Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed to accept an interrogatory answer along with documents responsive to this request.*

**UNMHSC Response:** All of the equipment responsive to this request costs less than $5,000. UNMHSC does not track maintenance costs and does not depreciate this equipment under the tax code.

DREAM Lab Equipment List

- *Applied Biosystems* 7500 Fast PCR Instrument
- *VWR* -80° C freezer
- -20° C freezers (*Marvel* and *Kenmore*)
- *True* Refrigerator
- *VWR* Fume hood
- *Microzone* Bio-flow hood
- *Thermo* tissue culture incubator
- *Heraeus* tissue culture incubator
- *Hermle Labnet* centrifuge
- *Biotechnology* Thermal Cycler
- 2 *Olympus* microscopes
- *Stereomaster* microscope
- *Thermo* ultrapure water filtration system

UNMHSC has found no documents responsive to this request.

15) **An inventory record of all fetal tissues obtained, sold, or retained by any UNMHSC entities, as well as an inventory of current fetal tissue including, in particular, any records that refer to multiple tissue samples or organs or body parts procured from a single fetus.**

   **UNMHSC Response:** UNMHSC does not purchase or sell fetal tissue, nor does it transfer fetal tissue in exchange for any other valuable consideration.

   Responsive documents are enclosed.

16) **All records related to any fetal tissue or cell lines procured from twin fetuses.**

   **UNMHSC Response:** Responsive documents are enclosed.

17) **All documents relating to rent or site fees paid by entities to which any UNMHSC entities sold, donated, purchased, or otherwise received fetal tissue.**

   **UNMHSC Response:** Please see UNMHSC's response dated January 29, 2016, which is re-printed here for your reference:

   UNMHSC has found no documents responsive to this request.

18) **All banking records of any UNMHSC entities related to the procurement, sale, donation, or distribution or shipment of fetal tissue.**

   **UNMHSC Response:** Please see UNMHSC's response dated January 29, 2016, which is re-printed here for your reference:

   UNMHSC has no banking records responsive to this request. The only documents that UNMHSC has related to this request are FedEx receipts for the shipment of tissue to the researcher collaborating with UNMHSC, as described in item number 2.

   Responsive documents are enclosed.

19) **A list of any known litigation in which any UNMHSC entity is named as a party, including any threatened or anticipated litigation, involving abortion procedures, infant care, fetal tissue research, or related referral services.**

   *Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed to exclude from this request cases involving infant care exclusively, except in the context of prenatal or postnatal care for infants born alive during an abortion procedure.*

   **UNMHSC Response:** UNMHSC has found no documents responsive to this request.

7

**UNMHSC's Second Submission to House Select Panel**
**Response to Information Request Dated January 6, 2016**

Exhibit 6.20

We have worked with Southwest Women's Options since 1995. Our translational research on the developing fetus has directly improved neonatal care and infant outcomes. The following table summarizes some of the projects we have performed over the past 20 years. Collaborations have included investigators from UCSF, University of Alabama-Birmingham, University of Illinois-Chicago, and the University of Alberta. These improvements in infant outcomes would not have occurred without the translational research efforts of the DREAM Lab in collaboration with ███████ and the providers at Southwest Women's Options.

| Tissue | Study | Results | How this impacts babies |
|---|---|---|---|
| **Brain** | Effects of erythropoietin and Darbepoetin on human fetal brain cells[3,4] | Fetal brain cell cultures expanded in dose dependent fashion with both Epo and Darbe (red cell and brain growth factors). Darbe had greater protein equivalent effect; both growth factors caused increased Epo receptor expression and increased anti-apoptotic gene expression, mechanisms important to the neuroprotective effects of Epo and Darbe | Preterm infants are currently being enrolled in NIH-funded Epo studies for neuroprotection. Our randomized trial showed significantly improved cognitive outcomes in former preterm infants treated with Epo and Darbe at 2 years[10] and at 4 years. Use of these agents as part of the clinical care of preterm infants will result in **improved neurodevelopmental outcomes and decreased health care costs.** |
| **Retina** | Epo expression in the developing human eye[9]; VEGF gene expression in the developing human eye | Epo protein increases in the fetal eye with increasing gestation, and levels are greater than in the circulation. VEGF (a blood vessel growth factor) also increases with increasing gestation, but decreases in the circulation. | Some meta analyses have suggested that Epo can increase retinopathy of prematurity (ROP, abnormal growth of blood vessels in the developing retina) in preterm infants, but our studies showed that Epo is required for normal development. Treatment of ROP includes giving Avastin, a VEGF blocker, in order to decrease abnormal blood vessel growth, leading to **improved visual outcomes and decreased healthcare costs** |
| **Intestine** | Development of intestinal immune function in the human fetus[6-8] | The developing intestine has an immune response to infection that is significantly different than infants and adults. | Preterm infants are at great risk for intestinal inflammation, infection, injury and death via a process termed necrotizing enterocolitis (NEC). Better understanding specific developmental mechanisms of fetal intestinal inflammation has led to testing of TGF-β as prevention against NEC. Prevention of NEC in preterm infants will significantly decrease a common cause of morbidity and mortality. |

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| Lung | Endothelial progenitors from human fetal lung have lung repair potential[2] | Progenitor cells can be isolated from developing lung and expanded in culture. When evaluated in a neonatal lung injury model, expanded progenitors decreased lung injury | This progenitor cell research is leading to novel therapies in preterm infants, who develop chronic preterm lung disease (bronchopulmonary dysplasia, or BPD) at a significant rate, leading to long term pulmonary and developmental problems. |
| Heart | PDA risk factors are associated with alterations in ductus gene expression[5] | Treatment for PDAs(blood vessel connecting the aorta and the pulmonary artery) in preterm infants are sometimes unsuccessful, and surgery is required. We identified specific gene differences that increased the risk of persistent PDAs requiring surgery. | Understanding minor differences in heart vessel genes in preterm infants will allow caregivers to identify infants at risk for a patent ductus, and lead to more focused and specific treatment. |

References

1. ▮ VEGF mRNA and protein concentrations in the developing eye. Pediatr Res 2015; doi: 10.1038/pr.2015.15

2. ▮ B. Existence, functional impairment and lung repair potential of endothelial colony forming cells in oxygen-induced arrested alveolar growth. Circulation 2014;129:2144-57.

3. ▮ Neuroprotective effects of erythropoiesis-stimulating agents in term and preterm neonates. Curr Opin Pediatr. 2014;26:139-45

4. ▮ Why study erythropoietin in preterm infants? Acta Pediatr 2013;102:567-8.

5. ▮ Patterns of gene expression in the ductus arteriosus are related to environmental and genetic risk factors for persistent ductus patency. Pediatr Res 2010;68:292-7.

6. ▮ TGF-β2 suppresses macrophage cytokine production and mucosal inflammatory responses in the developing intestine. Gastroenterol 2011;140:242-53.

7. ▮ pithelial Cells in Fetal Intestine Produce Chemerin to Recruit Macrophages. Am J Physiol Gastrointest Liver Physiol 2009; 297:G1-10.

8. ▮ Developmental changes in circulating IL-8/CXCL8 isoforms in neonates. Cytokine 2009; 46:12-16.

9. ▮ Elevated Erythropoietin mRNA and protein concentrations in the developing human eye. Pediatr Res 2008; 63:394-7. NIHMSID 447144

10. ▮ Cognitive outcomes of preterm infants randomized to darbepoetin, erythropoietin or placebo. Pediatrics 2014;133:1023-30.

Exhibit 6.21



McDermott
Will & Emery

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

January 29, 2016

BY U.S. MAIL AND EMAIL

The Honorable Marsha Blackburn
Attn: March Bell, Frank Scaturro, Esq.,
House Select Panel on Infant Lives
H2-316 Ford House Office Building
Washington, DC 20515

Re:    Information Request to University of New Mexico Health Sciences Center

Dear Chairwoman Blackburn:

By letter dated January 6, 2016, you have requested that the University of New Mexico Health
Sciences Center (UNMHSC), to include all of the entities you describe in your letter, provide
you with certain information related to the UNMHSC's research activities involving fetal tissue.

Following the receipt of your letter, we spoke with staff of the select panel by telephone on
January 13, 2016 and received email correspondence from the staff on January 22, 2016,
regarding the requests.  Through our communication, we: (1) agreed to produce materials
responsive to the requests in a "rolling" process, with our first production on January 29, 2016
and our second on or around February 15, 2016; (2) agreed to certain limits to some of the items
in the request letter; (3) agreed to submit interrogatory responses to certain requests herein.

Please find enclosed UNMHSC's first submission in response to your letter, which contains
interim interrogatory responses to requests 1, 2, 3, 5, 13, and 17.  UNMHSC is continuing to
collect and process additional responsive material.  We will produce materials responsive to the
remaining requests on or around February 15, 2016.  We reserve the right to amend these
responses when we send the more complete production on February 15, 2016.

The interrogatory responses UNMHSC is submitting today, like the materials it will next submit,
contain identifying information that could easily lead to the identity of the individuals referenced
therein.  The atmosphere surrounding the issue of fetal tissue research has become highly
charged, as evidenced by the deadly attack at a Planned Parenthood clinic in Colorado in
November 2015, as well as the specific death threat received by another individual that I
previously shared with your staff.  Accordingly, we respectfully request that Members and staff
treat as highly confidential and sensitive both the interrogatory responses provided today and the
forthcoming production of materials, all of which will be marked "Confidential" as appropriate.

U.S. practice conducted through McDermott Will & Emery LLP.

500 North Capitol Street, N.W. Washington DC 20001-1531  Telephone: +1 202 756 8000  Facsimile: +1 202 756 8087  www.mwe.com

The Honorable Marsha Blackburn
January 29, 2016
Page 2


Please do not hesitate to contact me or my colleague, ███████████████ if you
have questions.

Sincerely,



Enclosure

**UNMHSC's First Submission to House Select Panel**
**Response to Information Request Dated January 6, 2016**

1) **A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, from which any UNMHSC entities receive or procure fetal tissue.**

   **UNMHSC Response:** The only entity from which UNMHSC receives fetal tissue is Southwestern Women's Options in Albuquerque, NM. The tissue is donated at no cost to UNMHSC and it is picked up at the clinic by UNMHSC staff. No money is exchanged.

2) **A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, along with identification of responsible individuals, to or from which any UNMHSC entities purchase, sell, donate, or otherwise receive fetal tissue.**

   **UNMHSC Response:** The only entity from which UNMHSC receives fetal tissue is Southwestern Women's Options in Albuquerque, NM. The tissue is donated at no cost to UNMHSC and it is picked up at the clinic by UNMHSC staff. No money is exchanged. UNMHSC has shared fetal tissue with three research collaborators outside of UNMHSC. One researcher is currently at the University of South Florida (previously worked at University of Alabama, Birmingham and University of Illinois, Chicago). The second researcher is at the University of Ottawa in Canada (previously worked at University of Edmonton). The third researcher is at the University of California San Francisco. No money is exchanged for the tissue as part of these collaborative research projects.

   UNMHSC pays the cost of shipping for tissue sent within the United States to the U.S.-based researchers. The Canada-based researcher provides a Federal Express account number to UNMHSC for its shipments to Canada. UNMHSC staff follows all Federal Express shipment requirements for potentially biohazardous material.

3) **A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, to which any UNMHSC entities transferred, subcontracted, or sold any business interest or business assets related to the procurement or sale of fetal tissue.**

   **UNMHSC Response:** None.

4) **An organizational chart that details all personnel and supervisory personnel among UNMHSC entities, along with a description of each of their job responsibilities, for anyone whose responsibilities would include handling, researching, preparing for research, storing, or disposing fetal tissue.**

   *Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed to accept identification of individuals on the organization chart by position at UNMHSC rather than by name.*

January 29, 2016
*Confidential*

**UNMHSC's First Submission to House Select Panel**
**Response to Information Request Dated January 6, 2016**

> **UNMHSC Response:** UNMHSC will produce materials responsive to this request by February 15, 2016.

5) **All communications, correspondence, agreements, emails, telephone messages, and purchase orders, bills of sale, or any other documents reflecting any payments between any of the UNMHSC entities and any entity from which a UNMHSC entity has procured fetal tissue.**

> **UNMHSC Response:** No responsive materials.

6) **All communications, correspondence, agreements, emails, telephone messages, and purchase orders or bills of sale between any personnel of the School of Medicine, Health Sciences Center, Center for Reproductive Health, Young Women's Clinic, Division of Family Planning, Department of Obstetrics and Gynecology, Department of Pathology, Department of Family and Community Medicine, Family Medicine Center, Sandoval Regional Medical Center, Maternal and Child Health Service, Division of Neonatology, and the Developmental Research, Education, and Mentoring (DREAM) Laboratory; and any executive or legislative officials or other employees of the government of the United States, the state of New Mexico, or of any other states, including of any municipality within the State of New Mexico or any other states.**

> *Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed to limit this request to the context of abortion, infants that survive the abortion procedure, and the handling of or any transactions involving fetal tissue.*

> **UNMHSC Response:** UNMHSC will produce materials responsive to this request by February 15, 2016.

7) **All financial statements, communications, correspondence, agreements, emails, telephone messages, and purchase orders, bills of sale, or any other documents that identify any federal, state, or local government funds received by the School of Medicine, Health Sciences Center, Center for Reproductive Health, Young Women's Clinic, Division of Family Planning, Department of Obstetrics and Gynecology, Department of Pathology, Department of Family and Community Medicine, Family Medicine Center, Sandoval Regional Medical Center, Maternal and Child Health Service, Division of Neonatology, and the Developmental Research, Education, and Mentoring (DREAM) Laboratory.**

> *Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed to limit this request to the context of abortion, infants that survive the abortion procedure, and the handling of or any transactions involving fetal tissue.*

2

### UNMHSC's First Submission to House Select Panel
### Response to Information Request Dated January 6, 2016

**UNMHSC Response:** UNMHSC will produce materials responsive to this request by February 15, 2016.

8) **All communications, protocols, and agreements, whether internal or external, that direct the personnel of any UNMHSC entities with respect to the handling, storage, transport, or disposal of fetal tissue, including but not limited to training materials, guidance documents, memoranda, emails, telephone messages, and purchase orders or bills of sale.**

**UNMHSC Response:** UNMHSC will produce materials responsive to this request by February 15, 2016.

9) **All communications, protocols, and agreements that relate to the transfer of patients from one or more UNMHSC entities to another UNMHSC entity for abortion procedures, or between one or more UNMHSC entities and an outside clinic or other entity, including information on the method by which patient consent is obtained for abortion procedures and use of fetal tissue.**

*Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed to accept an interrogatory answer along with documents responsive to this request.*

**UNMHSC Response:** UNMHSC will provide its written response and produce materials responsive to this request by February 15, 2016.

10) **All documents that include descriptions, policies, or guidelines related to any method of abortion or fetal tissue research, and prenatal or postnatal infant care available to patients.**

*Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed that UNMHSC need not provide documents that relate exclusively to prenatal or postnatal infant care except in cases where the abortion of an infant was sought or procured.*

**UNMHSC Response:** UNMHSC will produce materials responsive to this request by February 15, 2016.

11) **All documents that include descriptions, policies, or guidelines related to any UNMHSC entities' referral of patients to any other entity, whether internal or external to the university, for the purpose of procuring any method of abortion or prenatal or postnatal infant care, including identification of those entities to which referral is made.**

*Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed that UNMHSC need not provide documents that relate exclusively to prenatal or*

**UNMHSC's First Submission to House Select Panel**
**Response to Information Request Dated January 6, 2016**

*postnatal infant care except in cases where the abortion of an infant was sought or procured.*

**UNMHSC Response:** UNMHSC will produce materials responsive to this request by February 15, 2016.

12) **All accounting records, including, but not limited to, accounting memoranda related to the cost and pricing of all health care services at any UNMHSC entities, including but not limited to any method of abortion and prenatal or postnatal infant care, and fetal tissue research.**

*Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed to replace the language of item 12 with the following: Any documents created on or after January 1, 2014, related to the cost and pricing of any method of abortion, prenatal or postnatal care for infants born alive during an abortion procedure, fetal tissue procurement, or fetal tissue research.*

**UNMHSC Response:** UNMHSC will produce materials responsive to this request by February 15, 2016.

13) **All specific requests made by, or to, any UNMHSC entities for fetal tissue on behalf of any and all firms, corporations, non-profit organizations, educational institutions, or other entities, including but not limited to order lists, billing records, payment records, payment vouchers, and receipts.**

**UNMHSC Response:** Please see UNMHSC's responses to requests 1 and 2 above.

14) **All documents relating to the purchase, ownership, or rental by any UNMHSC entities of equipment for the storage, disposal, or research of fetal tissue, the preparation of fetal tissue for research, the modification of fetal tissue into cell lines, or any other actions taken by any UNMHSC entities related to fetal tissue, including but not limited to the date the equipment was purchased, its purchase price, its maintenance costs, and records of the depreciation treatment under the tax code of any such equipment.**

*Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed to accept an interrogatory answer along with documents responsive to this request.*

**UNMHSC Response:** UNMHSC will provide its written response and produce materials responsive to this request by February 15, 2016.

15) **An inventory record of all fetal tissues obtained, sold, or retained by any UNMHSC entities, as well as an inventory of current fetal tissue including, in particular, any**

UNMHSC's First Submission to House Select Panel
Response to Information Request Dated January 6, 2016

records that refer to multiple tissue samples or organs or body parts procured from a single fetus.

**UNMHSC Response:** UNMHSC will produce materials responsive to this request by February 15, 2016.

16) **All records related to any fetal tissue or cell lines procured from twin fetuses.**

**UNMHSC Response:** UNMHSC will produce materials responsive to this request by February 15, 2016.

17) **All documents relating to rent or site fees paid by entities to which any UNMHSC entities sold, donated, purchased, or otherwise received fetal tissue.**

**UNMHSC Response:** No responsive materials.

18) **All banking records of any UNMHSC entities related to the procurement, sale, donation, or distribution or shipment of fetal tissue.**

**UNMHSC Response:** UNMHSC has no banking records responsive to this request. The only materials that UNMHSC has related to this request are FedEx receipts for the shipment of tissue to the researcher collaborating with UNMHSC, as described in item number 2.

19) **A list of any known litigation in which any UNMHSC entity is named as a party, including any threatened or anticipated litigation, involving abortion procedures, infant care, fetal tissue research, or related referral services.**

*Note: Per email correspondence with staff dated January 22, 2016, the panel has agreed to exclude from this request cases involving infant care exclusively, except in the context of prenatal or postnatal care for infants born alive during an abortion procedure.*

**UNMHSC Response:** UNMHSC will consider producing materials responsive to this request by February 15, 2016, and will either do so or indicate its objections on that date.

Exhibit 6.22



# McDermott
# Will & Emery

Boston Brussels Chicago Dallas Düsseldorf Frankfurt Houston London Los Angeles Miami
Milan Munich New York Orange County Paris Rome Seoul Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)



March 3, 2016

BY HAND DELIVERY

The Honorable Marsha Blackburn
Attn: March Bell, Frank Scaturro, Esq.,
Heather Sawyer, Esq. for Ranking Member Jan Schakowsky
House Select Panel on Infant Lives
H2-316 Ford House Office Building
Washington, DC 20515

Re:    Subpoena Response from University of New Mexico Health Sciences Center
       ("UNMHSC")

Dear Chairman Blackburn:

Please find enclosed UNMHSC's additional responses to your subpoena dated February 12, 2016
(served by agreement on February 16, 2016).

As we stated in our letter to you dated February 19, 2016, several of the subpoena requests
overlap with requests in your letter request dated January 6, 2016.  On February 16, 2016, the
date this subpoena was served, UNMHSC voluntarily served interrogatory answers and produced
over 3000 pages of documents to the Panel, completing its voluntary response to all requests.  As
we indicated in the February 19, 2016 letter, UNMHSC's February 16, 2016 production
contained documents responsive to subpoena requests 3, 6, 7, 8, 9, and 10, half of the twelve
requests made in the subpoena.

Enclosed are written responses and/or documents responsive to the subpoena requests.  This
production is comprised of 13 documents totaling 133 pages, and is Bates numbered
UNM03122-3254.

UNMHSC sent a letter to the Select Panel on February 19, 2016 with concerns and questions
regarding several aspects of the subpoena, which is incorporated here by reference. (Ltr. from █
█ to Chair Blackburn, Feb. 19, 2016).  To date, UNMHSC has received no substantive
response from the Select Panel to the issues raised in that letter.

The responses and documents UNMHSC is submitting today contain information that could
easily identify the individuals referenced therein.  The atmosphere surrounding the issue of fetal
tissue research has become highly charged, as evidenced by the deadly attack at a Planned

U.S. practice conducted through McDermott Will & Emery LLP.

The McDermott Building, 500 North Capitol Street, N.W. Washington, D.C. 20001-1531   Telephone: +1 202 756 8000   Facsimile: +1 202 756 8087   www.mwe.com

Parenthood clinic in Colorado in November 2015, as well as the specific death threat received by another individual (leading to a FBI investigation and an arrest) that I previously shared with your staff. Accordingly, we respectfully request that Members and staff treat as highly confidential and sensitive both the interrogatory responses provided today and the forthcoming production of materials, all of which will be marked "Confidential" as appropriate.

Please contact me, or in my absence my colleague ███████████ if you have questions.

Sincerely,

cc:

Enclosures

<div align="center">

**UNMHSC's Response to House Select Panel**
**Subpoena dated February 12, 2016**

</div>

1. **Documents sufficient to show all entities and/or persons from which UNM purchased or otherwise received fetal tissue. Should UNM wish to produce a list identifying such entities and/or persons in lieu of documents, it may do so.**

   UNMHSC provided a response to this request on January 29, 2016 and supplemented its response on February 16, 2016. UNMHSC's February 16, 2016 response is reiterated here for your reference:

   The only entity from which UNMHSC receives fetal tissue is Southwestern Women's Options in Albuquerque, NM. The tissue is given to UNMHSC at no cost, and it is picked up at the clinic by a member of the UNMHSC staff, who travels to the clinic for that purpose. UNMHSC does not purchase or sell fetal tissue, nor does it transfer fetal tissue in exchange for any other valuable consideration. To protect the privacy rights of the patient, all fetal tissue the UNMHSC picks up from Southwestern Women's Option is fully de-identified within the meaning of HIPAA and the UNMHSC has no means by which to link information about the tissue back to the mother.

2. **Documents sufficient to show all entities and/or persons to which UNM transferred fetal tissue. Should UNM wish to produce a list identifying such entities and/or persons in lieu of documents, it may do so.**

   UNMHSC provided a response to this request on January 29, 2016 and supplemented this response on February 16, 2016. UNMHSC's February 16, 2016 response is reiterated here for your reference:

   UNMHSC does not purchase or sell fetal tissue, nor does it transfer fetal tissue in exchange for any other valuable consideration.

   The only entity from which UNMHSC receives fetal tissue is Southwestern Women's Options in Albuquerque, NM. The tissue is given to UNMHSC at no cost, and it is picked up at the clinic by a member of the UNMHSC staff, who travels to the clinic for that purpose. UNMHSC does not purchase or sell fetal tissue, nor does it transfer fetal tissue in exchange for any other valuable consideration. To protect the privacy rights of the patient, all fetal tissue the UNMHSC picks up from Southwestern Women's Option is fully de-identified within the meaning of HIPAA and the UNMHSC has no means by which to link information about the tissue back to the mother.

   UNMHSC has shared fetal tissue with three research collaborators outside of UNMHSC. One researcher is currently at the University of South Florida (previously worked at University of Alabama, Birmingham and University of Illinois, Chicago). The second researcher is at the University of Ottawa in Canada (previously worked at University of Edmonton). The third researcher is at the University of California San Francisco. No consideration is exchanged for the tissue as part of these collaborative research projects.

<div align="center">

1

</div>

UNMHSC pays the cost of shipping for tissue sent within the United States to the U.S.-based researchers. The Canada-based researcher provides a Federal Express account number to UNMHSC for its shipments to Canada. UNMHSC staff follows all Federal Express shipment requirements for potentially biohazardous material.

3. **Documents sufficient to show (a) all UNM studies that used fetal tissue and a description of each study's methods, purposes, and results, and (b) the identity, by name, of persons who participated in each study and the source of funding of the study. Should UNM wish to produce a list or chart reflecting the information requested in (a) and (b) in lieu of documents, it may do so.**

UNMHSC provided documents responsive to this request on February 16, 2016. Additional responsive documents are enclosed. To the extent published articles contain the names of investigators in a study, they are included in this production.

UNMHSC has identified eleven (11) medical students or residents and eight (8) faculty members who participated in fetal tissue research but who may not be named in published articles. UNMHSC has not included those names in this response.

UNMHSC has twice written to you addressing this issue—once by email on January 29, 2016, and once by formal letter on February 19, 2016. In its correspondence, UNMHSC asked the Select Panel to explain how the names of employees and students are pertinent to this investigation. The letter provided legal citations describing the Select Panel's duty to explain why the disclosure of names is pertinent. UNMHSC's correspondence also discussed the danger and risks to health and safety posed to individuals named to the Select Panel in the event that names are made public.

To date, UNMHSC has received no substantive response to the issues raised in its correspondence. UNMHSC desires to work cooperatively with the Select Panel to resolve this issue and, therefore, UNMHSC will respond to this issue once the Select Panel provides a response to the questions it has posed in this regard.

4. **Documents sufficient to show the identity, by name, of all UNM physicians who participated in abortions, prenatal care, or postnatal care of infants who survived an abortion procedure while at Southwestern Women's Options, or any UNM persons who removed fetal tissue from Southwestern Women's Options.**

UNMHSC has found no documents responsive to the first portion of this request.

With regard to the second portion of this request, which seeks "the identity, by name, of…any UNM persons who removed fetal tissue from Southwestern Women's Options," UNMHSC has employed one lab assistant since January 1, 2010 who picks up fetal tissue from Southwestern Women's Options and travels to

2

the clinic for that purpose.  To the extent that this request seeks the lab assistant's name, UNMHSC is not prepared at this time, to include this individual's name in its current response for at least two reasons.  First, as indicated in UNMHSC's response to Request No. 3, UNMHSC has not been afforded any explanation from the Select Panel as to why names are pertinent.  Second, UNMHSC has received no assurance that names it discloses to the Select Panel will not become public, thereby creating risks to the health and safety of these individuals.  UNMHSC desires to work cooperatively with the Select Panel to resolve this issue and, therefore, UNMHSC will respond to this issue once the Select Panel provides a response to the questions it has posed in this regard.

5. **All communications and documents referring or relating to any compensation or valuable consideration exchanged between UNM and entities from which UNM has received fetal tissue.**

   UNMHSC provided a response to this request on January 29, 2016, which is reiterated here for your reference:

   UNMHSC has found no documents responsive to this request.  The only entity from which UNMHSC receives fetal tissue is Southwestern Women's Options in Albuquerque, NM.  The tissue is given to UNMHSC at no cost, and it is picked up at the clinic by a member of the UNMHSC staff, who travels to the clinic for that purpose.  UNMHSC does not purchase or sell fetal tissue, nor does it transfer fetal tissue in exchange for any other valuable consideration.  To protect the privacy rights of the patient, all fetal tissue the UNMHSC picks up from Southwestern Women's Option is fully de-identified within the meaning of HIPAA and the UNMHSC has no means by which to link information about the tissue back to the mother.

6. **All communications and documents referring or relating to any federal, state, or local government funds received by UNM that were used, in whole or in part, for any procedures, research, or training involving abortion or fetal tissue.**

   UNMHSC provided documents responsive to this request on February 16, 2016.  Additional responsive documents are enclosed.

7. **All communications and documents referring or relating to any contractual relationship between UNM and ▮▮▮▮▮▮▮▮▮▮ including teaching schedules, medical malpractice insurance policies, and all remuneration or other benefits received directly or indirectly by ▮▮▮▮▮▮ from UNM.**

   ▮▮▮▮ served as an unpaid, volunteer faculty member of UNMHSC. He is one of approximately 1000 volunteer faculty members. This is a requirement of all preceptors at external sites.  UNMHSC produced documents responsive to this request on February 16, 2016.  Additional documents responsive to the revised request are enclosed.  All

"public employees" as defined in the New Mexico Tort Claims Act, Section 41-4-1 et seq., NMSA 1978, as amended, are afforded immunity from liability and liability coverage for those specified acts or events as to which the New Mexico Tort Claims Act waives immunity up to the limits established by the New Mexico Tort Claims Act. The Director of the Risk Management Division of the New Mexico General Services Department is vested with authority to make coverage determinations as to whether an individual is or is not a "public employee" vis-à-vis the tort alleged in the tort claim notice. UNMHSC does not make coverage determinations.

8. **All communications between UNM and any federal, state, or local government officials or employees, referring or relating to abortion or fetal tissue.**

   UNMHSC produced documents responsive to this request on February 16, 2016.

9. **All communications and documents directing personnel of UNM with respect to procurement or disposal of fetal tissue, or the conduct of abortion procedures.**

   UNMHSC produced documents responsive to this request on February 16, 2016. Additional responsive documents are enclosed.

10. **All communications and documents UNM utilizes to obtain patient consent for abortion procedures and donation of fetal tissue. (See instruction below regarding HIPAA.)**

    UNMHSC produced documents responsive to this request on February 16, 2016. Additional responsive documents are enclosed. Fetal tissue from abortions performed at the UNMHSC is not utilized for any fetal tissue research, either within or outside of the UNMHSC.

11. **All communications and documents referring or relating to the purchase, ownership, or rental by UNM of equipment for fetal tissue research, fetal tissue modification, or any other actions taken by UNM related to fetal tissue.**

    UNMHSC provided a response to this request on February 16, 2016. This response is reiterated here for your reference:

    All of the equipment responsive to this request costs less than $5,000. UNMHSC does not track maintenance costs and does not depreciate this equipment under the tax code.

    Equipment List

    - *Applied Biosystems* 7500 Fast PCR Instrument
    - *VWR* -80° C freezer
    - -20° C freezers (*Marvel* and *Kenmore*)

- *True* Refrigerator
- *VWR* Fume hood
- *Microzone* Bio-flow hood
- *Thermo* tissue culture incubator
- *Heraeus* tissue culture incubator
- *Hermle Labnet* centrifuge
- *Biotechnology* Thermal Cycler
- 2 *Olympus* microscopes
- *Stereomaster* microscope
- *Thermo* ultrapure water filtration system

UNMHSC has found no documents responsive to this request.

12. **Documents sufficient to show any litigation to which UNM is, or has been, a party, including any threatened or anticipated litigation, involving abortion procedures, infant care, fetal tissue research, or related referral services. Should UNM wish to produce a list of such litigation, including appropriate docket information in lieu of documents, it may do so.**

There is no litigation related to fetal tissue research. There have been no instances of fetuses surviving the abortion procedure at UNMHSC, and therefore, there is no litigation related to this.

There is one litigation matter arising from an abortion procedure at UNMHSC, Caoba v. Bd. of Regents of Univ. of NM ex rel. UNM Hosp., No. D-0101-CV-2013-02331, (NM Dist. C.).

In 2015 alone, UNMHSC treated 792 premature infants in efforts to save their lives and provide them with medical care. UNMHSC has been involved in only one litigation matter involving a premature infant over the past five years: First Nat'l Bank of Santa Fe et al. v. Bd. of Regents of Univ. of NM, No. D-202-CV-2012-06052, (NM Dist. C.).

UNMHSC has been involved in only one litigation matter involving non-premature infant care over the past five years: Greenhaus et al. v. Bd. Of Regents of Univ. of NM, No. D-202-CV-2011-02985, (NM Dist. C.).

Exhibit 6.23

1099 NEW YORK AVENUE NW SUITE 900 WASHINGTON, DC 20001-4412          J E N N E R & B L O C K LLP



February 12, 2016

<u>VIA HAND DELIVERY</u>

The Honorable Marsha Blackburn, Chair
Select Panel on Infant Lives
H2-316 Ford House Office Building
Washington, DC 20515

Dear Representative Blackburn:

As counsel for Southwestern Women's Options ("Southwestern"), I write in response to your January 6, 2016, letter request, as modified and clarified by conversations with the Select Panel's Majority staff on February 5, 2016. At the outset, I emphasize our appreciation for the Select Panel's continued dialogue with Southwestern regarding these important issues. The responses below and attached documents correspond to each of the Select Panel's requests.

<u>Request No. 1: A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, to which any fetal tissue is transported from Southwestern.</u>

A list of these entities and corresponding descriptions is attached at Appendix A.

<u>Request No. 2: A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, to which Southwestern sells or donates fetal tissue.</u>

Southwestern does not sell fetal tissue or recoup expenses associated with tissue donation, nor has it ever done so. A list of the entities to which Southwestern donates fetal tissue is attached at Appendix B.

<u>Request No. 3: A list of all entities, including firms, corporations, non-profit organizations, and educational institutions, to which Southwestern transferred, subcontracted, or sold any business interest or business assets related to the procurement or sale of fetal tissue.</u>

To the best of Southwestern's knowledge, no such entities exist.

<u>Request No. 4: Identify and provide job descriptions of all Southwestern personnel who conduct or assist with abortions; who handle, research, store or dispose of fetal tissue; or who obtain patient consent relating to fetal tissue.</u>

The medical doctors are the responsible Southwestern employees who provide abortion care, examine each fetal tissue sample, and obtain patient consent. A list of the medical doctors at Southwestern is attached at Appendix C. We are providing this information with their limited consent in an effort to answer the Select Panel's questions, subject to and without waiving any objections relating to these individuals' privacy rights. Also attached at Appendix D is a job description of all Southwestern personnel.

CHICAGO  LONDON  LOS ANGELES  NEW YORK  WASHINGTON, DC          **WWW.JENNER.COM**

With respect to disclosing the identities of additional Southwestern personnel, Southwestern has significant concerns for the privacy and safety of these individuals—disclosure of these individuals' identities would significantly infringe their privacy rights and potentially subject them to harassment, intimidation, or harm. *See Judicial Watch, Inc. v. FDA*, 449 F.3d 141, 153 (D.C. Cir. 2006) (finding privacy interests warranted withholding personal identifying information in the context of a government approval for a drug used to terminate pregnancy because disclosure risked exposing individuals to "abortion related violence"); *Planned Parenthood Golden Gate v. Superior Court*, 83 Cal. App. 4th 347, 360 (2000) (finding that privacy interests warranted withholding personal identifying information of individuals who worked for or volunteered for Planned Parenthood because disclosure carried "serious risks" including "the infliction of threats, force and violence").

Indeed, last week a federal district court placed restrictions on the release of material that would have publicly identified individuals engaged in conversations about abortion, in part for this very reason. *Nat'l Abortion Fed'n v. Ctr. for Med. Progress*, No. 15 Civ. 3522, 2016 WL 454082, at *1-2 (N.D. Cal. Feb. 5, 2016) (acknowledging a "documented" and "dramatic" increase in the threatened and actual injuries inflicted on individuals and entities involved in providing reproductive health services following disclosure). These concerns are particularly acute here, as Southwestern has been a victim of arson and increasing instances of harassment, intimidation, and threats of physical violence.

While we appreciate the conversations the Select Panel's Majority staff has had with us regarding our safety and privacy concerns, our understanding is that the Select Panel will make no assurances regarding the confidentiality of individuals' identifying information, and the only privacy-based restriction is patient information protected by the American Health Portability and Accountability Act of 1998 ("HIPAA").

Similar to patient information protected by HIPAA, however, Southwestern respectfully submits that the names of its staff do not appear to advance the Panel's efforts to investigate issues related to fetal tissue research—particularly when considered in light of the broader information provided in this response, including the names of the medical doctors responsible for the subject of the Select Panel's investigation. *See, e.g., Judicial Watch*, 449 F.3d at 153 (finding that the privacy right of individuals involved in the development of mifepristone outweighed any asserted interest in disclosure of identifying information, given that "[e]ven if mifepristone has significant health risks, these names and addresses prove nothing about the nature or even the existence of the risks"); *Planned Parenthood Golden Gate*, 83 Cal. App. 4th at 358-59 (holding that disclosure of personal identifying information was not needed to facilitate the identification of potential witnesses, *inter alia*, because Planned Parenthood could through pseudonyms facilitate access if any staff member or volunteer in fact possessed knowledge relevant to litigation); *see also United States v. McSurely*, 473 F.2d 1178, 1203-04 (D.C. Cir. 1972) (requiring subpoenas to seek information "pertinent" to the investigation, and holding subpoena power to have been exceeded where inquiry "diverted" into a personal investigation of subpoenaed individual); *Tobin v. United States*, 306 F.2d 270, 275-76 (D.C. Cir. 1962) (holding invalid a congressional subpoena where the "general terms" authorizing the committee's investigation failed to justify the subpoena's request for detailed information such as internal agency communications).

Accordingly, for the reasons articulated, and notwithstanding our often-stated desire to facilitate the Select Panel's work, as demonstrated in the instant production, we are unable to provide the names of additional Southwestern personnel at this time. Nevertheless, we are committed to being as responsive as possible, and would be open to discussing further the Select Panel's needs and protections for individual privacy and safety.

Request No. 5:  All communications, correspondence, agreements, emails, telephone messages, and purchase orders, bills of sale, or any other documents reflecting any payments between Southwestern and the University of New Mexico ("UNM") and any of its affiliated entities or subdivisions, including but not limited to the School of Medicine, Division of Family Planning, Department of Obstetrics and Gynecology, Department of Pathology, Department of Family and Community Medicine, Family Medicine Center, Sandoval Regional Medical Center, Maternal and Child Health Service, Division of Neonatology, and the Developmental Research, Education, and Mentoring (DREAM) Laboratory.

To the best of Southwestern's knowledge, no such documents exist.  There are no payments between Southwestern and UNM (including any of its affiliated entities or subdivisions) for any purpose.[1]

Request No. 6:  All financial statements, communications, correspondences, agreements, emails, telephonic messages, and purchase orders, bills of sale, or any other documents that identify any federal, state, or local funds received by Southwestern.

Southwestern receives funds from the State of New Mexico in the form of reimbursements for services provided to patients enrolled in the State's Medicaid program.  *See New Mexico Right to Choose/NARAL v. Johnson*, 975 P.2d 841 (N.M. 1998) (holding that the denial of state funding for abortion services for women enrolled in Medicaid violates the Equal Rights Amendment of the New Mexico Constitution, and directing the use of state funds to pay for abortion services that do not qualify for federal financial assistance under the Hyde Amendment).

Pursuant to our discussion with the Select Panel's Majority staff, attached at SWWO000009-14, SWWO000031-36, SWWO000043-48, and SWWO000055-66, are financial statements indicating the funds received by Southwestern in the form of reimbursement for services provided to Medicaid-enrolled patients from 2010-2015.[2] Also attached at SWWO000001-2 and SWWO000021-30 are a sample of the reimbursement forms from the State and Medicaid managed care entities that accompany all payments made for services provided to individual Medicaid-enrolled patients, with HIPAA-protected health information redacted.  To the extent the Select Panel seeks each and every Medicaid reimbursement form for the past five years, that material would be extremely burdensome and time-consuming to compile, as these records contain thousands of pages and a large amount of individual patient information that would require significant redaction.  However, if the Select Panel determines it needs additional documents to further its investigation, I will communicate with the Select Panel's Majority staff to determine how we can resolve any concerns.[3]

Through 2014, Southwestern also received funds from New Mexico's State Coverage Insurance (SCI) program. Similar to the Medicaid reimbursements, attached at SWWO000003-8, SWWO000015-20, SWWO000037-42, and SWWO000049-54 are financial statements indicating the total funds received by Southwestern in the form of SCI reimbursements for 2010-2014.

---

[1] ██████████ serves as a volunteer clinical and adjunct faculty of the UNM School of Medicine but does not receive any remuneration.

[2] For each Medicaid managed care entity, the total reimbursement received from Southwestern for each time period appears (as a negative number) in the "payments amount" column.

[3] We note that Southwestern also received, in 2012, $7,865.39 in reimbursements from Alameda Alliance for Health, a California MediCal managed care provider.  Should the Select Panel wish further documentation to support this figure, such documentation can be provided.

We have attached at Appendix E a spreadsheet of total New Mexico Medicaid and SCI reimbursements received by Southwestern for 2010-2015.

Request No. 7:  A list of any medical or nursing students, medical residents, or other medical personnel affiliated with UNM, including but not limited to its subdivisions listed in request 5 above, who participated in the performance of any method of abortion or prenatal or postnatal infant care, including related training exercises.

Southwestern has participated in a program to host medical and nursing students from UNM.  But Southwestern does not maintain an inventory or registry of these students, and any such students would not have participated in the performance of any method of abortion or abortion-related training exercises (and Southwestern does not perform any prenatal or postnatal infant care).  Medical and nursing students would only have been present to observe and, when appropriate, to participate in the provision of ancillary services they are trained to provide (*e.g.*, taking blood pressure).

As for medical residents or medical fellows affiliated with UNM, we have attached documentation regarding these programs at SWWO000067-70.  These medical residents and medical fellows would only have been permitted to participate in the performance of any abortion if they were licensed by the Medical Board of New Mexico and appropriately insured.  Like medical and nursing students who may spend time at Southwestern, however, Southwestern does not maintain an inventory or registry of these individuals.

Furthermore, Southwestern maintains the same privacy and security concerns as with its personnel, described in response to Request No. 4.  These concerns, particularly regarding safety and privacy, are especially pronounced with respect to medical residents, who may not pursue family planning or OBGYN specialties, and whose public identification does not seem to further any of the six authorized subjects of investigation in H.R. Res. 461, 114th Cong. (2015) (enacted).  *See McSurely*, 473 F.2d at 1203-04; *Tobin*, 306 F.2d at 275-76.

Finally, we note that on December 14, 2015, UNM informed Southwestern that it would no longer be sending medical fellows to Southwestern.  Documentation of this decision is attached at SWWO000070.  It has been publicly reported that the reason for UNM's termination of these programs is that Southwestern does not perform a sufficient volume of abortions to train residents and fellows.

Request No. 8:  All communications, correspondence, agreements, emails, telephone messages, and purchase orders or bills of sale relating to fetal tissue between Southwestern and any executive or legislative officials or other employees of the government of the United States, the State of New Mexico, or of any other states, including of any municipality within the State of New Mexico or any other states.

To the best of Southwestern's knowledge, no such communications exist.

Request No. 9:  All communications, whether internal or external, that direct Southwestern personnel with respect to the handling, storage, transport, or disposal of fetal tissue, including but not limited to training materials, guidance documents, memoranda, emails, telephone messages, and purchase orders of bills of sale.

Communications responsive to this request are attached at SWWO000071-183.

Request No. 10: All documents that include descriptions, policies, or guidelines related to any method of abortion or fetal tissue research, and prenatal and postnatal infant care available to patients.

Documents responsive to this request are attached at SWWO000184-1010.

Request No. 11: All documents that include descriptions, policies, or guidelines related to Southwestern's referral of patients to any other entity for the purpose of procuring any method of abortion or prenatal or postnatal infant care, including identification of those entities to which referral is made.

To the best of Southwestern's knowledge, there are no documents responsive to this request. Any such referrals would be made on an individual basis.

Request No. 12: All accounting records relating to the cost or pricing of fetal tissue or fetal tissue research, including, but not limited to, accounting memoranda.

To the best of Southwestern's knowledge, no such documents exist. As explained above, Southwestern does not receive any payments relating to the donation of fetal tissue. Nor does it conduct any fetal tissue research itself.

Request No. 13: All specific requests made to Southwestern for fetal tissue made by any and all firms, corporations, non-profit organizations, educational institutions, or other entities, including but not limited to order lists, billing records, payment records, payment vouchers, and receipts.

Southwestern does not receive any payments for fetal tissue. The specific requests to Southwestern for fetal tissue are attached at SWWO001011-1016.

Request No. 14: All documents relating to the purchase, ownership or rental by Southwestern of equipment for the storage, disposal, or research of fetal tissue, the preparation of fetal tissue for research, the modification of fetal tissue into cell lines, or any other actions taken by Southwestern related to fetal tissue including but not limited to the date the equipment was purchased, its purchase price, its maintenance costs, and records of the depreciation treatment under the tax code of any such equipment.

Southwestern purchased one freezer in the relevant time period, to store fetal tissue in anticipation of MedPro's weekly visit to Southwestern to pick up medical waste. Southwestern has been unable to locate the receipt for the purchase of this freezer. The owner's manual and documents relating to this freezer are attached at SWWO001017-1035. There is no other equipment that is used exclusively for fetal tissue, as opposed to other medical services that Southwestern provides.

Request No. 15: An inventory record of all fetal tissues obtained, sold, or retained by Southwestern, as well as an inventory of current fetal tissue including, in particular, any records that refer to multiple tissue samples or organs or body parts procured from a single fetus.

Southwestern does not keep an inventory record of the fetal tissue that it has donated to UNM, nor is there a notation in an individual patient's file when a donation has been made. When Southwestern donates fetal tissue to UNM, it donates all of the fetal tissue obtained from an abortion procedure, it does not create multiple tissue

samples from a single fetus.  Southwestern does not retain fetal tissue, with the exception of storing fetal tissue in between weekly medical waste pickups.

Southwestern likewise does not keep an inventory record of the fetal tissue obtained when a patient has made the decision to participate in the International Skeletal Dysplasia Registry and Southwestern facilitates a single transfer of the tissue samples requested.

Request No. 16:  All records related to any fetal tissue or cell lines procedure from twin fetuses.

As noted in Request No. 15, Southwestern does not keep an inventory of the fetal tissue that it has donated, including any separate records relating to any fetal tissue from twin fetuses.  Southwestern does not perform cell lines procedures from twin fetuses.

Southwestern is aware of one specific instance where fetal tissue was donated from twin fetuses to the International Skeletal Dysplasia Registry, which records were produced in response to Request No. 9 at SWWO000108-128.

Request No. 17:  All documents relating to rent or site fees paid by entities to which Southwestern sold or donated fetal tissue.

To the best of Southwestern's knowledge, no such documents exist.  Southwestern does not receive rent or site fees from  UNM, the only entity with which Southwestern has a fetal tissue donation program—and, as noted, Southwestern does not sell fetal tissue.

Request No. 18:  All Southwestern banking records relating to the procurement, sale, donation, or distribution or shipment of fetal tissue.

To the best of Southwestern's knowledge, no such documents exist.  Southwestern does not sell fetal tissue or recoup expenses relating to its donation.

Request No. 19:  A list of any known litigation in which Southwestern is named as a party, including any threatened or anticipated litigation.

To the best of Southwestern's knowledge, it is not named as a party in any litigation, including threatened or anticipated litigation.

The Honorable Marsha Blackburn, Chair
February 12, 2016
Page 7

Thank you for your time and for your consideration of the information submitted in this response. There are 1,035 pages for the accompany document production. If you have any questions about this information or the enclosed documents, please feel free to contact me.

Sincerely,



cc:     Frank Scaturro, Special Counsel, Majority Staff
        March Bell, Chief Counsel, Majority Staff
        Heather Sawyer, Staff Director and General Counsel, Democratic Staff

1. Pursuant to applicable laws and regulations, Southwestern donates fetal tissue to the University of New Mexico ("UNM") for academic medical research.

2. Pursuant to applicable laws and regulations, Southwestern provides patients with the option to participate in academic medical research by the International Skeletal Dysplasia Registry in defining the clinical features, cause and possible treatment of skeletal disorders. This study is being conducted by the Orthopedic Surgery Department at the University of California, Los Angeles, in collaboration with Cedars-Sinai Medical Center, Los Angeles.

3. Pursuant to applicable laws and regulations, Southwestern contracts with a licensed medical waste disposal company, MedPro Waste Disposal, to handle all medical waste including fetal tissue. Prior to MedPro Waste Disposal, Southwestern contracted in 2010-2011 with another licensed medical waste disposal company, Stericycle, for the same purposes.

4. Pursuant to applicable laws and regulations, law enforcement authorities may request fetal tissue as evidence—for example, where rape or incest is alleged or where DNA is required for law enforcement purposes. In such cases, those law enforcement authorities arrange for the transport of any fetal tissue; Southwestern does not maintain an inventory or registry of where the tissue is transported.

5. Pursuant to applicable laws and regulations, Southwestern may receive requests from a patient's diagnostic doctor or specialist to run diagnostic tests on fetal tissue. In such cases, Southwestern arranges for transport of the fetal tissue at the direction of the patient and diagnostic doctor; Southwestern does not maintain an inventory or registry of where the tissue is transported.

6. Pursuant to applicable laws and regulations, Southwestern may receive requests from individual patients to have a burial, cremation, or religious ceremony, and patients may request transport of fetal tissue to a funeral home, religious institution, tribal representative, or other similar entity. In such cases, the receiving entity arranges for transport of the fetal tissue; Southwestern does not maintain an inventory or registry of these receiving entities.



<u>Appendix B</u>

Pursuant to applicable laws and regulations, Southwestern donates fetal tissue to the University of New Mexico ("UNM") for academic medical research. This is the only entity to which Southwestern donates fetal tissue.[1]

---

[1] Southwestern does not donate fetal tissue to the International Skeletal Dysplasia Registry; any such donation is made directly by an individual patient.



c

<u>Appendix C</u>[1]



---

[1] ████████████ retired from medical practice at Southwestern in August 2015.

D

Appendix D

[redacted] employs and trains physicians and other medical personnel as necessary and appropriate to patient care and relevant laws and regulations. He develops and/or approves all medical protocols. He also provides ongoing supervision to physicians and is available to them for assistance as needed.

Medical Director of Southwestern. The Medical Director is responsible for overseeing the performance of all physicians, providing policy updates of medical service, ensuring implementation and compliance with clinic policies and procedures (with the Clinic Director), facilitating communication with staff, ensuring physician positions are adequately staffed, coordinating schedules, maintaining external relationships, and working to develop updated policies and procedures. The Medical Director supervises the physicians, the Director of Nursing and nurses, and medical assistants. The Medical Director reports directly to [redacted]

Clinic Director. The Clinic Director is responsible for the day-to-day functioning of the clinic, ensuring proper training, facilitating internal and external communications, ensuring implementation and compliance with clinic policies and procedures (with the Medical Director), and working to develop updated policies and procedures. The Clinic Director supervises fourteen counselors/medical assistants. The Clinic Director reports directly to [redacted]

Physicians. Physicians are responsible for meeting individually and privately with each patient prior to surgery, reviewing the consent form with the patient and witnessing her signature, reviewing each patient's medical history, lab results, and counseling notes to screen for any contraindications to outpatient surgery, performing a gross tissue examination immediately postoperative and ordering microscopic tissue exams when necessary, reviewing all lab reports and ordering special postoperative instructions when indicated, reviewing all postoperative examinations done by the nursing staff, being on-call after-hours at all times, and immediate availability if there is a patient in the Recovery Room.

Director of Nursing. The Director of Nursing is responsible for overseeing nursing care to ensure high quality, training and supervising nursing staff, working to ensure patients are seen promptly and efficiently, conducting performance evaluations, performing nursing duties to assist in the functioning of the clinic as needed, and working to develop policies and procedures.

Nurses. Nurses are responsible for patient care in surgery, assisting the physician during abortions, sonography, postoperative exams, postoperative Recovery Room care, autoclave/pathology procedures, and lab procedures. As part of the autoclave/pathology procedures, nurses are responsible for preparing tissue for the physician to examine, and for placing any tissue in hazardous waste containers for medical waste pickup.

Counselors/Medical Assistants. Counselors/Medical Assistants are cross-trained to be responsible for providing individual and confidential counseling sessions, ensuring accurate

medical record keeping, taking blood pressure and pulse monitoring, setting up the surgery room, providing relaxation and other similar techniques to assist a patient during medical procedures, assisting with lab duties such as preparing tissue for the physician to examine, as well as washing, wrapping and sterilizing instruments.

<u>Medical Assistants</u>.  Medical Assistants are responsible for the same duties as Counselors/Medical Assistants (see above), except that they do not conduct or assist with patient counseling.

E

## Appendix E

### New Mexico Medicaid and SCI Reimbursements Received by Southwestern, 2010-2015

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|
| **Blue Cross Blue Shield SCI** | $27,659.41 | $20,772.15 | $50,434.21 | $32,730.64 | $194,535.54 | $154,263.24 |
| **Lovelace Salud** | $110,466.45 | $144,169.09 | $123,378.10 | $66,679.63 | $1,479.63 | $0 |
| **Lovelace SCI** | $14,013.27 | $8,923.44 | $6,360.04 | $3,555.15 | $0 | $0 |
| **Molina Centennial** | $65,466.87 | $67,046.76 | $63,374.45 | $13,570.93 | $202,144.94 | $204,231.46 |
| **Molina SCI** | $3,579.27 | $0 | $2,018.55 | $0 | $1,360.00 | $0 |
| **Presbyterian Centennial** | $163,885.36 | $186,307.98 | $163,176.34 | $176,544.71 | $266,621.74 | $339,010.97 |
| **Presbyterian SCI** | $11,772.47 | $13,815.77 | $7,451.64 | $17,800.61 | $845.23 | $0 |
| **United Healthcare Centennial** | $0 | $0 | $0 | $0 | $43,451.21 | $66,791.23 |
| **Medicaid Xerox** | $574,186.26 | $497,283.93 | $547,657.10 | $489,090.51 | $191,942.50 | $116,485.24 |
| **Emerigroup Community Care of NM** | $685.61 | $316.70 |  |  |  |  |
| **Evercare** | $2,339.50 |  |  |  |  |  |

Exhibit 6.24

**KRUPPEL-LIKE FACTOR 4 EXPRESSION IN DEVELOPING HUMAN SKIN**

<u>Investigators:</u>

███████████████████████████████████

$█████████████████████████████████████

<u>Protocol:</u>

Our human fetal tissue studies have been evaluated by the Human Research Review Committee at the University of New Mexico and deemed not to constitute human subject research, as no identifiable human subject data are collected. Women undergoing elective termination of pregnancy are consented by Southwest Women's Options clinic, and can elect to have tissue used for research if they so choose. No interaction between women undergoing the procedure and our laboratory personnel occurs.

Human fetal skin samples (15 to 24 weeks gestation) from the posterior trunk and upper and lower extremities will be tested for KLF-4 expression. Baseline samples (minimal exposure to light or ambient oxygen) will be compared to samples incubated for 24 hours at 21% oxygen, simulating conditions following premature birth. Total RNA will be isolated and reverse transcribed for quantitative determination by real time PCR using primers and probes for KLF-4 using GAPDH as an internal control in duplex reactions.

Exhibit 6.25



THE ORIGINAL
MARBLE COVER-80 SHEETS

NAME ███████████████████

5x5 QUAD RULED
ROARING SPRING, PA 16673

HIGHLY CONFIDENTIAL

Add 0.5 ml Trizol, vortex, shake 20 min. minimum in fume hood; store at -80*.

2008

### Liver & Kidney (for tissue culture)
Isolate tissue; wash in PBS in dish.
For kidney, take out 1 ml aliquot collagenase, place kidney into vial, cut it up with scissors, and incubate in 37* water bath 10 min.
Then proceed as for liver.
Liver:  cut up tissue, place in 10 ml DMEM-FBS medium in 50 ml centrifuge tube.
Using a 10 ml syringe and 18 gauge needle, draw tissue through needle repeatedly until
       there's no resistance.
Repeat with 20- and 21-gauge needles.
Culture as usual in DMEM.

### Heart
Look for the ductus arteriosis—if found, proceed.
Place into Nalgene cryovials:
- DA
- Ascending aorta
- Descending aorta
- 2 pulmonary arteries together

These go into "███ DA box" in -80*C.

### Eyes
Bottle-nosed microvial; label "retina"
Rinse in PBS, place in special dish.
Cut off lens, discard lens + iris.
Use 200 ul micropipette to place vitreous and aqueous into vial.
Invert eyeball, remove white, gooey retina (not darker stuff).
Both can go together.
Spin 5 min.
Aqueous to a 0.2 ul vial.  Vitreous to a 0.2 ul vial.  These go, with serum, into -20*C.
Retina will be pelleted.  Add 0.5 ml trizol, vortex, then shake in hood 20 min.+
Goes into -80* C freezer.

### Liver
1. Place in bottle-nosed microvial.
    Add 1 ml trizol, vortex, and shake in hood for a min. of 20 min.
2. Nalgene to -80* C with kidney.

### Kidney
Nalgene, pair up with liver, into -80*C.

HIGHLY CONFIDENTIAL

## Brain

Rinse with 5 ml. PBS in dish.

Place 10 ml. DPBS-1% pen-strep-ampho. (in fridge) into 15 ml centrifuge tube.

Transfer brain tissue to tube.

Shake vigorously by hand and vortex, 1 min.

Shake in 37* C. water bath, speed 6, 30 min.

Centrifuge 1500 rpm, 5 min., no or low brake.

Resuspend pellet in 10 ml DMEM-10% FBS-1% pen-strep-ampho, place in flask in
   incubator.


## Cochlea

Rinse in PBS in dish.

Place cochlea (1 or both) into 1 ml vial of trypsin (1 ml aliquots in -20 door in box).

Cut up hard tissue in the vial with scissors.

Incubate at RT for 5 minutes.

Place 10 ml DPBS w/1% pen-strep-ampho into 15 ml centrifuge tube.

Remove trypsin (with cochlear cells) with plastic transfer pipet to the 15 ml tube,
   leaving hard cochlear bits behind.

Shake vigorously and vortex for ~ 1 min.

Spin down 1500 rpm, 5 min., no brake.

Resuspend pellet in 10 ml DMEM-10% FBS-1% pen-strep-ampho, and place in flask in
incubator.


## Cord

Clamp both ends and place in dish with PBS, to rinse the outside.

Unclamp one end, place into 2 ml microvial, and "milk" fetal blood into vial.

Spin on benchtop 5 min.

Remove the lighter serum into 0.2 ul vial and place with aq + vit in -20*C freezer.

Add 0.5-1.0 ml trypsin to pellet, vortex, and shake in fume hood 20 min. minimum.

Place in -80*C.


## Marrow

Isolate femur.

Prepare 5 ml syringe + 18 gauge needle.

Place PBS to microvial; label another.

Cut bone on one end. Marrow inside is dark. Clean outside of bone with gauze.

Place entire beveled opening of needle into cut end of bone.

Cut off other end and push PBS through, into tube.

Repeat.

Spin @ 3000 rpm to pellet cells, ~ 5 min.

HIGHLY CONFIDENTIAL

1-15-10

(2) 26mm - 18 weeks

Skin from upper arm (looks degraded)
Retina → 

$n_2$ ▮▮▮▮

$l\,n_2$ ▮▮▮▮
of appendix
→7. ▮▮▮

1-15-10

(3) 23mm - 17 weeks

SKIN from lower leg.

(4) 44mm = 25 weeks   Treated with digoxin

heart mushy; GI discolored + liver. skin loose

Eyes discolored red  2 retinas → ▮▮▮ for coverslips w/
  1. ∅ Epo  2. 10 Epo

(5) 30mm = 19.6 weeks (DIG)

2-4-10
(1) 33mm ≈ 20.7 weeks   Digoxin - observations
                              • heart - entire organ mushy
  - Cord blood ⌐                • Kidneys - discolored dark red; Lack of form
  - Lung   |                    • GI discolored
  - heart   } TriZol           • Lungs - mushy, + discolored w/ blood
  - skin   |
  - brain  ⌐
  Lung ⟩ formalin
  skin

  6 coverslips - Brain - DMEM complete

2-4-10
26 mm = 18 weeks

Brain
Kidney
Heart     } Trizol          Skin - formalin
Lung
Skin
Retina
(1)

brain - 6 coverslips, comp. DMEM

2-5-10
(1)   35 mm = 21.5 weeks   - DIG          very very red - tissue
                                          tiny bits of brain tissue everywhere
Skin
retina (1)  } trizol
brain

(2)   32 mm = 20.4 weeks   - DIG          all tissue looked more normal
                                          lung almost approached normal
· Lung                                              appearance
· Retina (1)
· Skin
· brain

2-11-10
(1)   29 mm = 19.2 weeks   - DIG          tissue normal tissue
                                          tissue looked normal - like the
· Skin                                    above 20.4 from 2-5-10
· Brain
· Heart     } trizol
· Lung
· Retina (1)

(2)   39 mm = 23 weeks - DIG              very red tissue
                                          brain & retina pulled apart easily
· Skin
· Brain      } trizol
  Lung
· Retina (1)

(8)  59mm = ? 30.5 wks

Intact - did not dissect

2-17-10

(1)  25mm = 17.8 weeks          Lung, 3.6 g → ███

Retina (1) - made 1 flask + 6 coverslips
Brain - made 1 flask + 8 coverslips
~~Lung~~ ████████

2-19-10

(1)  13 mm = 13.4 wks

Brain 0.335 g → cultured

2-24-10

(1)  16 mm = 10.6 weeks

Heart - cultured 1 flask + 3 coverslips
Brain? - 3 coverslips
Retina (1) - 2 4 coverslips

3-10-10
(1)  22mm = 16.7 weeks
Retina (2) - 1 flask + 3 coverslips

3-11-10
21mm = 16.3 weeks
Retina (1) - 1 flask + 3 coverslips

3-18-10  18mm = 15.2 weeks
Retina (1) - 1 flask + 3 coverslips   440 mg lung → ███

3-20-10  18mm = 15.6 weeks
Retina (2) - 1 flask + 3 coverslips

tissue
rain tissue everywhere

+hed more normal
approached normal
appearance

ret
rmal-like one
2-5-10

lled apart easily

HIGHLY CONFIDENTIAL

3-24-10
(1)  13 mm = 13.4 weeks

    brain → culture   0.31 g → 1 flask, 8 cs.s + pellet frozen -80°C
    ~~old data (0.8 flask)~~

4-2-10

(1)  21 mm = 16.3 weeks   + coverslips        lung → L N₂ for 

    brain - cultured + coverslips      retina (1) - flask + 6 coverslips
    brain - in Trizol
    Lung - in Trizol

(2)  13 mm = 13.4 weeks
    retina (2) - flask + 6 coverslips

4-8-10
(1)  19 mm = 15.6 wk.                                Epo 0
    old                                                 10
                                                       100
    · brain 1.83 g   in 15 ml tubes, shook w/ 5 ml DPBS

(2)  15 mm = 14 weeks.                        LUNG → L N₂ for

    233 mg brain - 5 ml  DPBS
           Epo 0 - 10 - 100 -            + coverslips

5-13-10

(1)  19 mm = 15.6 weeks                         Lung → L N₂ for
    Brain - 690 mg → Epo 0-10-100 expt.
    Lung
    kidney → trizol

(2)  18 mm = 15.2 weeks

    Brain 2.02 g → Epo expt
    Brain → Trizol
    Retina (2)
    Heart → culture

HIGHLY CONFIDENTIAL                                          UNM00007

5-20-10

(1) 21 mm = 16.3          lung → ℓ N₂ for 

Lung ⎱
Kidney ⎰ Trizol

brain → ███████   Epo-Danbe cultures

heart → cultured

2 slips

5-21-10

(1) 22 mm = 16.7 w/ks      4 heart vessels → -80°C

brain → ███████

brain ⎱
K  ⎰ Trizol
L
Lung

heart → culture ( ███ Lab Book 3, p. 67)

brain → Epo expt Epo ∅-10-100 for

Epo ∅
10
100

DPBS

5-26-10

(1) No foot found - estimate 17 weeks     Lung → ℓ N₂ for ███████

Brain - 5 tubes ⎱
2 Retinas   ⎰ trizol
Lung

heart - culture

→ ℓ N₂ for ███████

(1) 10 mm = 12.3 weeks

brain → Trizol

5-27-10

(1) 25 mm = 17.8 w/ks       Lung → ℓ N₂ → ███████
Brain → unav      Lung 2tubes → ⎱
Heart → cultured   Brain (5)   ⎰ Trizol
           Ret. (1)
Liver (3) + 1 kidney (2)

et frozen -80°C

5-28-10

(1) 4mm = 10 weeks
brain → ▓▓▓▓ for Epo-Darbe exp't.

(2) 5mm = 10.4 week
brain → ▓▓▓▓ for Epo/Darbe

(3) 17mm = 15 week          Lung → l N₂ for ▓▓▓▓

Lung
Retinas (2)


6-3-10

(1) 5mm = 10.4 w/ks
brain → ▓▓▓▓ for Epo/Darbe exp.

(2) 22mm = 16.7 w/ks
brain → ▓▓▓▓          Lung → l N₂ ▓▓▓▓
                              lung → Carlos  -80°c
brain
retina (1)  } + trizol → -80°c
liver
kidney


6-4-10

(1) 15mm = 14 weeks          Lung → ▓▓▓▓
                                      Lung → ▓▓▓▓
Lung   }                      Brain → ▓▓▓▓
2 Retinas } Trizol            on ice 12:55
Heart → Culture

(2) 13 mm = 13.4 weeks        brain → ▓▓▓▓ on ice 1@1:05
2 Retinas → Trizol            lung → ▓▓▓▓  -80
heart → Culture

③ 10 mm = 12.3 weeks.
heart → culture

Lung →  -80°
                           1:40 pm
Brain → ▮▮▮ mice 1:45

6-9-10
(1) 6 mm = 10.6 weeks.
heart 33 mg
brain → ▮▮▮ Epo/Darbe exp.

6-10-10
(1) 18 mm = 15.2 w/k

heart
Lung
Brain → ▮▮▮ Epo/Darbe exp
retina

6-11-10
(1) 5 mm = 10.4 w/k
heart → culture

6-16-10
(1) 12 mm = 13 w/k

brain → ▮▮▮
heart
lung
kidney

(2) 5 mm = 10.4 w/k

retina → ▮▮▮
brain

for ▮▮▮

ez ▮▮▮
Carlos  -80°C

l

n ice 10:7:05
   -80

HIGHLY CONFIDENTIAL

6-17-10

(1) 21 mm = 16.3 w/k

Heart = prepped 2 ways ½ hand trituated ½ c/d digestion
retina       → culture
lung    ⎫ ██████
brain  → ████████
kidney ⎭

Lung    ⎫
Brain   ⎬ TriZol
Kidney  ⎭

(2) 7mm ~~16.02 wks~~ HW/k

~~Retina~~

(3) 9mm = 12 wks

retina

heart culture


6-18-10

(1) 10 mm = 12.3 weeks
     retina (2) → cultured

(2) 22 mm = 16.7 weeks
     retina (1) → cultured

Lung → N₂ fr ██████████
+ heart vessels

lung   ⎫
brain  ⎬ TriZol
Kidney ⎭

heart in PBS on ice  2:40

7-2-10
(1) 12 mm = 13 weeks
brain → Trizol
1 eye → ████████

(2) 00 mm = 16 weeks
2 eyes → ████████
~~umbilicus → haveć (say)~~

Cord blood
lung          brain ⟩ Trizol
kidney

(3) 8 mm = 11.6 weeks
2 eyes → ████████
lung → Trizol

(4) 9 mm = 12 weeks
2 eyes → ████████

7-22-10
(1) 7 mm = 11 weeks

2 eyes → ████████
heart → ████████
2 kidneys → Trizol

7-23-10
(1) 17 mm = 15 week
Could not find anything ...

ld. digestion

b████████
ssels

lung → ████████
lung → ████████

HIGHLY CONFIDENTIAL

8/30/10 ▮▮▮▮

12.7w

took lung

14w
took lung
brain
▮▮▮▮ took heart
eyes

11.5
took lung

heart → ▮▮▮▮

11.0
took lung
heart → ▮▮▮▮

8/4/10 ▮▮▮▮

16.7w  } took lung   reserved eye and heart
12.3w

8/5
11mm → 12.7w   took lung   reserved eye & heart

8/6
12.0 w   took lung
11w ▮▮▮▮   reserved heart & eyes

8/10/10
16mm = 14.5 w/k
° lung

HIGHLY CONFIDENTIAL

8/11/10

6mm → 10.6w

Lung →
brain → ███████  in 40c @ 3:30

8/13/10

11.5 Ret (1)      + lung + brain

15 Ret (2)       + lung + brain

7mm → 11 w       lung + brain

8/25
    7.5 mm → 11.3 w        } → took brains, kidney,
    9 mm → 12 w            }    Adrenal gland, lung

8/26/10

1) 6mm = 10.6 wks.

*1 heart*

9/5/10
    ███████
    13mm → 13.4w       took kidney, brain, adrenal
    20mm → 16 w        took lung, brain

*heart*

9/17/10
    ███████
    20mm → 16 w        took brain, lung
    8mm → 11.5w        "    "    "    spleen, stomach, kidney
    6mm → 10.6         took "   "   "   kidney,   adrenal gland

*eyes*

9/23/10
    24mm → 17.4w

11/23/10

    12mm → 13wk

12/28/10

17 wk = 23 mm

Brain → █████████

1/5/11

6 mm = 10.6 wks

Brain → █████████

1-6-11 ① 18 mm = 15.2 wk

brain 1.9 grams → █████████ passage/freezing expt.

2 eyes → █████████ + gm

Lung/heart 4 → █████████

② 19 mm - 15.6 weeks

brain, 1.65 g → █████████

Heart/Lung → █████████

7-19-11

① 26 mm 18 weeks

heart } culture
brain }
• K
• L
• Lung            } Trizol + -80°C
• cord blood
• brain

K, L, Lung → █████████

HIGHLY CONFIDENTIAL

3-25-11

11.5 wk brain – [redacted]
retina – 

4-15-11

15.2 Brain
Retina (1) – [redacted]

expt.

5/26/11
37mm → 22.2 weeks

36mm → 21.8 weeks

5/27/11
14 wk eyes

16 wk eyes, brain, lungs

12.8 wk Brain

6-6-11
13 wk Brain
12.7 wk Heart, Left Lung

6-9-11 19.6 weeks (30 mm), heart, a little brain

18.5 weeks (27 mm) - lungs, brain

16 weeks (20 mm) - heart (old)

16 weeks (20mm) - brain

HIGHLY CONFIDENTIAL

Ce-00-17

12.7 wk Brain
14 wk Brain (possibly ████)

6-15-11
16 weeks brain, eye

6-17-11
14 week brain
15 week brain
12.7 week brain

6-23-11
13.4 weeks — eye
15.2 weeks — nothing

6-24-11
17 week

16.3 wk Brain          3.74?? g
Placental Tissue     12.0 g

6-30-11
17 Brain

[rotated text on right side:]
14 wk eye 6/24/11
16 wk eye, brain, lungs
13.8 wk Brain

9-28-11

(1) 21 wm = 16.3 weeks
- brain - ████ plated flasks + CS's for ████ expt (Epo-Duke RNA)
- heart = ████ + ██ → myocyte culture

(2) part was in filter - we could not get out ...

28.

HIGHLY CONFIDENTIAL                                          UNM00017

8-4-11

16.0 wk Sample
Brain → ████████ Oligo isolation
████████ for ████ Epo/Darbe brain exp't.

3.0 wk
(2) Retina - ████████████

8-12-11

11.5 week sample

8-25-11
(1) 23 wk mm = 17 week    3.1 g. Brain → Epo/Darbe/8GF expt

(2) retina - 17 wk - ████████████

9-8-11

15.4 wk Brain        Cm

9-15-11
① 15mm = 14 weeks
   Brain → Epo/Darbe cell culture    0.16 g
   2 Eyes →
   brain → ████████████

② 28 mm - 19 weeks
   Brain → 0.8 g    → Epo/Darbe cell culture
                      + some in Tri201
   Brain →
   2 eyes → ████████████

9-29-11

10.4 Brain  - Cm    2 eyes → ████████

19 wk Brain / Eyes - tissue not normal - didn't culture

both 10.4 + 19 wk brain cells → Epo-Darbe study

9-30-11
(1) 6 mm = 10.6 weeks
   · brain - 0.064 g    ↳ Epo/Darbe exp't ( ████ )
   · 2 eyes

→

Epo-Darbe (RNA)

(2) 23 mm = 17 weeks

    Brain = .21g

~~repeated~~ Putting sample in trizol

    1 eye → ██████████

(3) Twins - 1 w/ clubbed feet
    Other - 20 mm = 16 weeks

    Brain A = .33g

    Brain B = .18g

16,6 eye (2) ██████████

17 eye (1) ██████████

Twins 16 A (2) ██████████

  16 B (2)

11-4-11
(1) 15 mm = 14 weeks
    → brain → culture

    2 eyes → culture  isolated 1 retina, ████ isolated the other

(2) 4 mm = 10 weeks
    2 eyes → ████ will try! One entire Retina! + piece of the other

11-11-11
(1) 13 mm = 13.4 weeks
    → 2 eyes → retinal culture
    lung → Xi

(2) 20 mm = 16 weeks
    lung → Xi
    Brain

(3) 9 mm = 12 weeks

HIGHLY CONFIDENTIAL

18-2? D+E, so not intact

1-4-12
(1) 19 DIG - disassembled
(2) 15 mm = 14 weeks
    Lung → ██████████ ✗
(3) 2Le+ DIG — intact head → 10% Formalin @ RT
    (60mm)          3__ gms beaker    in hood    OFC 28.5 cm
    • clinic thought 30 wk; ███ thought 32

1-5-12
(1) DIG. clinic labelled 2B 28 week  Head → 1st Formalin bath
                                            OFC 26.5 cm
(2) 15 mm = 14 weeks
    1 eye

1-6-12
(1) DIG. clinic sez 30+
    OFC = 27.5 cm  = 30 weeks
(2) 12 mm FL = 13 wk GA    7mm FL = 11 weeks GA

1-12-12
(1) 24 mm = 17 4 weeks
    - lung for ██████ (2.95 g)
    - 2 retinas → ██████ for culture & ████ assist
    - cord blood for RhD RNA isol Practice
    - brain → cell culture (██)

1-18-12
One today. 14 weeks          Lung → ████████ ~1 g
Heart → in ~~over~~ complete DMEM 4°C ONT for ████████
Brain  and Spinal Cord → ████████ for oligo isol.
Brain → █████ for 1° braincell culture
1 eye → 4°C in medium → ████████ for tomorrow
1 heart → " " →

i isolated th other

4 pieces of th other

HIGHLY CONFIDENTIAL

1-20-12

1 = 15 mm = 14 weeks

Brain → ███████    Trying 2 ways to create single-cell
                     suspension

1 eye → ████████ placed @ 4°C in complete DMEM @ 12:40

1-25-12

6 mm = 10.6 weeks
    brain → culture, ██████

1-26-12     24 mm = 17.4 weeks   Lung → ████████
                heart @ 4°C in PBS fr.

1-27-12 (1) 18 mm = 15.2
         eyes → 4°C in PBS fr. ██████ heart 4°C ████████
         brain → ██████, culture ; Lung → ██████

(2) 24 mm = 17.4
        Lung → ████

(3) 5 mm = 10.4 wk

        Lung → ████

2-15-12

1 = 30 mm = 19.6 wk

Lung → ████████
1 eye → ██████
Brain → █████████
Heart → ██████

Could not ID pancreas; need anatomy lesson

HIGHLY CONFIDENTIAL                   UNM00021

re-cell

DMEM @ 12:40

2-17-12 (1) 9mm = 12 week
2 Lungs → [redacted]
brain + cord → [redacted] to culture

Round opaque "ball" no structure what is it?? information

(2) 6mm = 10.6 week
~~2 Lung~~
brain + cord → [redacted] to culture

2-17-12 (3) 11mm - 12.7 week triplets
1) [redacted] → three eyes used two
2) 2 heart
3) lung
4) [redacted] → brain

eart → 4°C [redacted]
→ [redacted]

2-23-12 21 mm = 16.3
pancreas l

3-1-12 20 mm = 16 week
Brain → [redacted]
heart → [redacted] (4°C)
lung → (4°C)
eye → (4°C)
pancrease for [redacted] project → 4°C in DMEM
tail portion → formaldehyde 3.7% lab made

3-2 22 mm = 16.7 week
~~2 eyes → 4°C~~
lung → [redacted]
heart → 4°C for [redacted]
pancreas (looks like middle part) plated

lesson

3-14-12  Pi Day!

(1)  7 mm = 11 weeks
       heart   in DMEM -4°C @ 2:15
       ~~eye~~
       brain → 

(2)  5 mm = 10.4 weeks
       brain → 

3-22-12
(1) 10 mm = 12.3

     brain
     heart  — in DMEM (comp) @ 4°C for          tomorrow
     2 eyes

(2) 5 mm = 10.4

     brain

     heart  — in comp, DMEM @ 4°C

3-28-12 (1) 13 mm = 13.4
     brain

     lung

4·4·12

  1  7 mm = 11 weeks
       • heart
       • lung
       • brain

  2 10 mm = 12.3 weeks
       • heart
       • brain
       • lung

HIGHLY CONFIDENTIAL

3. 4 mm = 10 weeks

4-11-12
(1) 11 wks

(2) 17 wks
Lung → [redacted]
PAs →

4-13-12
(1) 13.8 w
~~Heart~~ → [redacted]
Lung & PAs → [redacted]

(2) 12.7 wks.
3:50 brain → [redacted] (plain med. 4°C ON)

[redacted] Tomorrow

Lungs → [redacted]

5-3-12: no tissue

5-4-12
(1) ~~Hazards~~
~~pancreas~~

(1) 15 mm = 14 week

- pancreas. 1/2 → Trizol → -80°C
1/2 → 3.7% formaldehyde in box @ R.T.
rest of intact GI tract → 50 mL tube of 10% buf FormAcet [redacted]

Lung → [redacted]

5-24-12 [redacted] Asked clinic for digoxin treated tissue 24-28 wks.
- for methylation study + because [redacted] wants whole, fixed brains to dissect w/ summer camp students.
Clinic est. 27 and 28 wks. Smaller in amnion/placenta
(1) Bag sez C.R. 41 mm ~~~~ ♀ ~~~~ OFC 23.5 cm
blood ~5 mL from cord in 15 mL tube, added PBS → 15 mL
Spun & layered pellet over Ficoll-Paque
L cheek
brain } in 10% formalin acetate
(2) ♀ 25.3 cm OFC.
brain → 10% formalin acetate.
L cheek → "

6.14.12  Thursday

(1) 23 mm = 17 week
   « cord  trying to get HUVEC !
   ○ brain  ✓ ████ in H culture

(2) 24 mm =  ✓, 4. wks  DIG ████

(3) 18 mm = 20 wks  12.7.
   small intestine → TriZol for ████

(4) ~~the~~  5mm =  10 i 4 weeks   lung → ████
   tiny bit of brain in PBS @ 4°C for ████
   she plated it Monday o they grew wonderfully !!

Lung → ████
in 4°C @ 2:20

6-15-12

(1) 26 mm = 18 weeks.  ████ ████
   umbilical cord

(2) 29 mm = 19.2  ████ ████
   umbilical cord

6-22-12

(1) 11.5 wk ( 8 mm ft. length)    ~~Sm~~ sm. intestine → TriZol fo ████
   brain →

(2) 13 wk.
   umbilical cord → ████
   brain → ████

(3) 16 wk    Lg & sm intestine → TriZol for ████
   brain → ████

6.27.12   Wed.
(1)  15.6 weeks
- brain → H.D.                Lungs →  delayed in transit
- umbilical cord → ~4°c for                recd Friday.

(2)  10.6 weeks
- brain →

(3)  12.3 weeks              small intestine → Trizol fo

6.28.12

(1)  24 wk dig. head not intact
umbilicus → 4°c in PBS for

(2)  7 mm = 11 week
brain →

wonderfully!!)     6.29.12                    Lg + sm intestine →.            trizol
                                                + duodenum
(1)  16.7 wk. 22 mm            to culture
  • 2 eyes retinas →
  • heart →
  • brain →
  • pancreas  tail → cell culture  mid → cell culture  head → 10% formalin
                                                                            + acetate

7.5.12
(1)  12.7 weeks                    sm. intestine + stomach → trizol/

→ Trizol fo      (2)  16 mm = 10.6 wks.
                  Found nothing but 1 leg, 1 hand, head, ribs, kidney

7.6.12
(1)  10.4 wks
     Brain →                                          Alcil. in Trizol
                                                      Lg. int.
→ Trizol for   (2)  No intact foot found; clinic measured @ 17 weeks    Sm. int.
                - brain →                                               stomach
                - 1 eye -      isol. retina + plated
                - umbilicus → 4°c for Claire @ 2:30 pm

HIGHLY CONFIDENTIAL



7/19/12

24 wk    Brain → ▮▮▮▮▮
       2 eyes → ▮
       heart → ▮

7.25.12
(1)    @ 19 mm = 15.6 week        pancreas → 10% form acetate
                           lung → 50mL comp DMEM
    brain → ▮▮▮▮▮      lg glands, small int → formalin ✓
    1 eye → ▮▮▮

8-3-12
(1)   6 mm = 10.6 week         sm intestine → Trizol fro ▮
    brain → ▮
    spinal cord → ▮▮▮▮

8/8/12                    stomach + esoph → Trizol/▮
(1) 11 mm = 12.7 weeks
     • 1 retina
     • 1 kidney
     • 1/2 Lung
     • 1/2 Lung

(2) 4 mm = 10 weeks            stomach → Trizol/▮

HIGHLY CONFIDENTIAL

8/22/12
(1) 15 mm = 14 weeks
         Lung - too young for ████████

(2) Date on bag 4/17/12 - did not open

8/24
    (1) 21 mm = 16.3 weeks

         • Liver → trizol
         • intestine → 13.7% paraformaldehyde for ██████████

                              shipped GI to ████████

10% form acetate
mp DMEM ████████
int → formalin ✓

9-14-12
    (1) 18 mm = 15.2 wks.
         Loads of brain → ████████
              That's it →

zol fre ████████

    (2) 6 mm = 10.6 wks
         brain → ████████        entire GI in 10% formalin-a →  ████

h → Trizol ████       9-26-12
    (1) 7 mm = 11 wk
         Brain - ████████

zol/ ████████

10-17-12
1. 8mm = 11.5 weeks
   —brain → Trizol → -80°c
           →! ████

2. 11mm = 12.7 weeks
   — brain

10/24/12
(1) 9mm = 12 week GA
    brain → ████        maybe

(2) 6mm = 10.6 GA
    brain → ████

(3) 5mm = 10.4 wk GA

████ = stomach —esoph | together
      —duodenum
      ~~esoph. ~~
      —jejunum            >
      in 10% formalin acetate

10/31
(1) 13 mm = 13.4 weeks        small intestine — fixed
    brain → ████
    pancreas fixed

(2) 19 mm = 15.6
                              small int → Trizol
    brain → ████              large int → trizol + 10% FA
                              stomach → trizol

11/7/12
(1) 9mm = 12 weeks ✗
(2) 6mm - 10.6 - 11 wk

for  in 10% formalin
Stomach + esoph
Large intestine
Small intestine

+ heart/lung in 10% FA

11·28·12
(1) 24mm = 17.4 weeks
pancreas → creatine
+ cs

lg. intestine in 10% formalin ac
+ in Trizol FA
small " in 10% FA
in Trizol

- lung

(2) 17mm = 15 weeks

Thebaud + lung
- lg sm intestine
+ in HEART Trizol

(3) 22mm = 16.7 weeks

lung →
intestine

(4) 18mm = 15.2 weeks

Stomach in Trizol FA

12-6-12
(1) 21mm = 16.3 wk

DA, asc aorta, desc aorta LeftPA → l N₂

Pancreas macerated & pipetted thru 200, 100mL micro tips
18g + 21g needles, then 0.1% collagenase in serum 37°C
shaking.

-esoph } together
rum
m2 }

lin acetate

testis - fixed

c → Trizol
c → trizol + 10%FA
u → trizol

02/06/13

25 mm  17.8 WK
— Brain 

Lung → ▮

2-13-13
(1) 26 mm = 18 week
Brain → ▮

RO thought maybe dig?

(2) 12 mm  13 wk
Brain → ▮

Lung → ▮
intestine → ▮

2-22-13
(1) 22 mm = 16.7 weeks
Brain → ▮

GI → stomach, Cy + sm int, duodenum
fixed → ▮

(2) 23 mm = 17 wk
pancreas — cultured

(3) 9 mm = 12 wk
Pancreas  1/2 cultured , 1/2 fixed

2-27-13
(1) 18 mm = 15.2 weeks
brain → ▮
pancreas → ▮

GI + stomach → 10% FA for ▮

(2) 11 mm = 12.7
brain → ▮

3-01-13
(1) 7 mm = 11 wk
Brain → ▮

HIGHLY CONFIDENTIAL



② 11 mm = 12.7 wks -
    Brain → ▓

GI fixed for ▓

3-6-13

① 12 mm = 13 wk
    Spinal cord → ▓

② 10 mm = 12.3 wk
    Brain → ▓    , Spinal cord ▓

3-13-13

① 6 mm = 10.6 wk
    brain → ▓

② 6 mm = 10.6 wk
    brain → ▓

3-15-13

① 13 mm = 13.4 wk
    brain → ▓

②

List of Blood Samples
back page

3-21-13
① 10 mm = 12.3 weeks
    brain →
② 5 mm = 10.? wk
    brain → ▓

(+ small) duodenum
i(

F4 for ▓

3-28-13
① 11 mm = 14 weeks  Matches 15 wk. Maternal Blood ▓
    brain →
    heart → Trizol + in maternal blood box
    brain → ▓ to coverslips for INS + GCG (-) control ⎫ match
    brain → Trizol + in mat. blood box

HIGHLY CONFIDENTIAL

3/20/13
① 20mm ? ?? wah ??'s ??
   Cord blood → ▓▓▓▓▓ : Not enough ??

   brain → ▓▓▓▓▓ ──X

   Brain → ▓▓▓▓▓ ──→ fixed to Tricow

4-3-13   12 maternal blood samples
① 11 mm = 12.7 weeks BB

② 9 mm → 12. weeks
   brain → ▓▓▓▓▓
   + some cs's for ▓▓▓▓ neg control

4-4-13
   5 maternal blood samples

4-5-13
   7 blood samples

4-9   4 blood samples

4-10   4   "

4-11   2   "

4-12   3   "

4-17-13
① 5mm = 10.4 WK [K.J] } match { 23 tubes blood
   ▓▓▓ → heart+?

② 7mm = 11 WK [V.Y] } match {
   ▓▓▓▓ → heart+?
   → Brain

③ 5mm = 10.4 WK [J.J]
   ▓▓▓▓▓ ?

④ 5mm = 10.4 WK [Y.D]
   ▓▓▓▓▓ → left?

5/18/13
① 11mm = 12.7 weeks (516)
Brain - ½ in TZ
½ in culture (-) control es's

② 9mm = 12 weeks (515)
brain → es's

5/22/13
10mm = 12.3 week ← brain → PBS → 4°C
- 5:00pm

6/06/13
13mm = 13.4 week - Nothing

6-7-13
① 20mm = 16 weeks
Lungs - 6 pieces - fixed 10% FA for [redacted]

② 18mm = 15.2 weeks
1 piece of lung - as above

ENTIRE PANCREAS - whoo hoo!! for Hip 2B expt.
191 mg.

6.19.13
① 10 wks (5mm) } found intestine in each → [redacted]
② 7 mm = 11 weeks }

HIGHLY CONFIDENTIAL

7-3-13

① 14 week
whole pancreas → HIP expt        int → 

② 17 week
whole panc. → HIP expt        int → ■

③ 10 week   TC
blood
Kidney + adrenal   } ASA
            └ trizol

7-18-13

① 10.6 week
Brain ■
Heart ——— matches ——— Blood "M.F."
    └ Trizol

② 12.3 week
Brain → ■        Blood "B.S."
pancreas, entire → culture (Flask # CS's)
            Intestine → ■

③ 14.5 wk        Intestine → ■


7-18-13

① 14A
brain
maternal serum        intestine → ■
Kidney in trizol    ■

② 14B
            intestine → ■
maternal serum  ■
Kidney

③ 12
maternal serum ■        intestine → ■
Kidney

④ 12.7 Intestine → [redacted]
maternal serum [redacted]
brain → [redacted]

⑤ 10.6 wks Intestine →

~~maternal serum~~ tube empty

7-24-13
① 18 mm = 15.2 weeks (SA) +pancreas ~~→ culture~~ intestine → [redacted]
brain → [redacted]
K → Trizol — matches maternal [redacted]
② 10 mm = 12.8 wks (A.I)
Heart → Trizol — matches serum intestine → [redacted]

8-14-13
① 16 wk → Brain [redacted] Intestine [redacted]
② 14 wk → Brain [redacted]
③ 10.6 wk → Intestine → [redacted]

8-19-13
① 24 mm = 17.4 weeks
intestine → [redacted] lab

lab

9

9-25-13
(1) 12 mm = 13 weeks
     Brain in Trizol → -80°C

(2) 5 mm = 10.4 weeks
     Brain in Trizol → -80°C

9/26 - none

9/27 (1) 7 week - sac

     (2) 7 mm = 11.5 weeks          intestine → 

     (3) 4 mm = 10 weeks

     (4) 5 mm = 10.4 weeks

10-2-13
(1) 15 mm = 14 week          intestine → ▮

     pancreas → culture + coverslips

(2) 10 mm = 12.3 wk          intestine → ▮

     pancreas → culture + coverslips

10-3-13
(1)          16.3 wk

     pancreas → culture + coverslips   intestine → ▮
     Lung → ▮ (put in Fridge over night)
     Brain → Trizol (RNA) & T-PER (protein) → -80°C
(2)          12.3 WK
     intestine → ▮  Lung → ▮ (put in Fridge over night)

10-09-13
- 8mm = 11.5 wk
  Brain in TriZol T-PER → -80°
  Panc → ▉

- 9mm → 12 wk
  Brain in TriZol & T-PER → -80°

- 6mm = 10.6 wk
  Brain in TriZol & T-PER → -80°
  Panc → ▉

10-10-13
- 2mm = 16.3
  Panc → ▉
  Brain in Tri & T-PER → -80°

10-11-13
- 15mm → 14 wk
  Brain in Tri & T-PER → -8°
  Panc → ▉

- 11 wk
  Brain → Tri & T-PER → -80°

Ma

- 10.4 wk
  Brain → Tri & T-PER -80°
- 11mm = 12.7 wk (A & B) Twins
  Brain → Tri & T-PER → -80°
  Panc A & B → ▉ → HEP

10-16-13
- 16.4 wk
  Brain → T-PER & TriZol → -80°
- 10.4 wk
  Brain → T-PER & TriZol → -80°
  → Ma → intestine

10-17-13
- 13mm → ▉ 13.4 wk
  → Ma → intestine
  → Brain Tri & T-PER ← -80°
  → Panc → ▉
- 5mm → 10.4 wk
  → Intestine →
  → Brain → Tri & T-PER → -80°

- 7mm → 11 wk
  → Intestine → Tri & T-PER → -80°
  → Brain → Tri & T-PER → -80°
  → Panc → ▉

→ ▉
→ -80 °c
(fridge overnight)

- 18mm → 15.2 wk
  → Intestine → ▉
  → Brain → ▉ Tri → -80°
  → Panc → ▉

▉

10-24-13
- 14mm = 13.8 wk
  - Panc → 3 ▮▮▮
  - Brain → H: d T-PCR → -80°C

▷ 10-25-13
- 8mm = 11.5 cm
  Panc → ▮▮▮▮

- 10-31-13
  - 6mm = 10.6
    Panc → ▮▮▮▮

▷ 11-6-13
- 19mm — 15.6 wk
  - Panc (2) → ▮▮▮▮

11-8-13
- 15mm — 14 wk
  - Brain - ▮▮▮
  - Panc -
- 5mm — 10.4 wk
  - Brain - ▮▮▮
- 7mm — 11 wk
  - Brain - ▮▮▮
  - Panc -

▷ 11-13-13
- 12mm — 13 wk
  - Panc - ▮▮▮
  - Brain -
  - GI
- 9mm — 12 wk
  - Brain - ▮▮▮
  - GI

▷ 11-14-13
- 20 mm — 16 wk
  Panc → ▮▮▮
  Brain →

▷ 11-20-13
- 7mm — 11 wk

- RH - Blood 16 wk
  SS

▷ 11-21-13
- 20 mm → 16 wk
  - Brain → RH - S.S → Trizol → -80°C
  - Panc → ▮▮▮

11-21-13 cont
- Brain → 15.2 wk
  Brain → ▮▮▮
  Panc → ▮▮▮
- 7mm →
  Panc → ▮▮▮

11-22-13
- RH - Blood 10 wk ▮▮▮
- RH - Blood 10 wk
- 6mm → 10.6 wk ▮▮▮ matched Brain ▮▮▮
- 5mm → 10.4 wk ▮▮▮ matched Brain

12-6-13
- 14mm → 12.7 wk ▮▮▮
  - Blood
  - matching Brain & Lung (Trizol)

12/13/13
- 12mm = 13 wks EGA

01-08-14
- 15mm - 14 wk.
  Panc → Pictures → Fixed
    weight = 0.0865
- 6mm - 10.6 wk
  Brain → ▮▮▮

1-9-14
  Brain 10.10 wk ▮▮▮
    11.0 wk

1-17-14
  NADA

1-29-14
① 12 wk AP Rh⁻ mom
  Serum + Serum in T2LS } -80
  Brain in Trizol

② 10.4 wk ER Rh⁻ mom
  Serum + Serum in T2LS } -80
  Brain in T2

③ Rh blood sample only (mom) &
  in "under to wk" box



1-31-14
- 9mm - 12wk
- Brain → ████████████████

2-6-14
i) 5mm = 10.4 wks
   brain → ██████████ w/ Epon Dube

2-12-14
i) 21mm = 16.3w²
   brain → ████████

2-3-14
i) 17mm = 18.4wk
   brain → ████████
   heart lung block → X)

2-14-14
i) 24mm = 17.4wk
   panc → fixed 30.7% Formaldehyde
   heart lung block → X)
2) 21mm = 16.3wk
   panc → fixed 3.7% Formaldehyde

2-19-14
(1) 13 weeks (12 mm)
(2) 7 mm = 11 weeks
(3) 9mm = 12 weeks

2-28-14
(1) 17 weeks }
(2) 16.3 weeks } → ████ lib

Term umbilical cord for HUVECs
   clean cut 2 ends
   insert tube - small - into artery
   flush w/ PBS (sterile)
   cheat in PBS - water bath + heat 0.1% Collagenase. Used 3 mL collag-ase
   warm DMEM + 10% FBS (neutralizes collagenase) to flush

[left margin, partial text:]
mt
wk
t

+

┃ ████ ┃ 10wk
┃      ┃ 10wk
s task
eel Brain
7 wk  ████
a Brain  F

wk ████

Th & Lung (Tri 20)

13 wks  ████

wz
ves → Fixed
ht = 0.0865
vb
ristone

1.0 wk  CMV
.0 wk  CMV

RH - mom
mm in T2LS } -80
t 201

2h - mom
mm in T2LS } -80
T2

ple only (month)
o wk" box

HIGHLY CONFIDENTIAL

∞

4-24-14
(1) 16 wk heart → ████████, Pharm. 272-8146

5-16-14
   11 wk Brain Cm
   11.5 wk Brain Cm
   11 wk Heart (??) for ██████████

**5-22-14**
   16 wk Brain █

5/29/14
   10.6 wk Brain for █

6/5/14
1) 16.7 wk - brain → █
         skin → ████ → incubate
         heart → 
2) 13.4 wk  heart → ████████
         skin → 
3) 38 mm = 22.5 wk   DiG - Trisomy 21  Requested no med research
         brain ⎫
         lungs ⎬ placed in -80°c, top shelf
         skin ⎭

6/12/14
   17.8 - skin         for ████████
   11 le  skin for thigh & upper  ████
   11.0  Brain  for █

Cm
   20 wk twins → intact brains to ██ Camp, 10% FA

8146

6-11-14
(1) 43mm = 24.7 wks
Intact brain obtained + placed in 10% FA for ████ Camp.

6/12/14
(1) 10 wk X
(2) 16.7 wk heart → ████
skin → ████
brain → ████

7-18-14
(1) 20 mm = 16.0 wks
skin → ████ K-13 expt.
(2) 15 mm = 14.0 wks
skin → ████ k-13 expt.

7-16-14
(1) 20 mm ≈ 16 wks
Skin → ████ Skin Exp.
Heart → ████ Fixed

7-24-14
(1) 7 mm = 11 wks
Skin → ████ Skin exp
(2) 26 mm = 18 wks
Skin → ████ Skin exp.

for use med. research

FA

HIGHLY CONFIDENTIAL

8-1-14

(1) 5mm = 10.4 weeks → Two panc. found
(2) 5mm = 10.4 weeks

8-6-14
samples from Friday, did not work

8-7-14
① 4mm = 10 weeks

skin from back → 1 mL Trizol
 Did pancreas → 0.5 mL Trizol

8/8/14
① 19mm = 15.6 wks A

② 19mm = 15.6 wks B

③ 3mm = ?

8/13/14
① 15mm = 14 wks

8/14/14
① 15mm = 14 wks → skin
② 11mm = 12.7 wks
③ 11mm = 12.7 wks

8/15/14
① 25mm ⇒ 17.8 wks
② 14mm ⇒ 13.8 wks

8/20/14
(1) 8mm = 11.5 weeks    Pancreas → culture! ███
                                    12 - 18 - 24 hr HIP expt.

8/22/14
1) 25mm = 17.8 wks  ( skin )
2) 15mm = 14 wks   ( skin )
3) 9 mm = 12 wks  ( skin )

8/27/14                    ███ - the Stealth Lab Rat!
1) 15 mm = 14 wks ( skin )
2) 10 mm = 13 wks ( skin )

8/28/14
(1) 14 mm = 13.8 weeks
    - Maybe a pancreas?   1/4 → Trizol in -80°c
                          remainder in comp DMEM in inc. } ███ orange box
    - GI - in Trizol → -80°c

9-3-14
9mm = 12 weeks } nothing

11-6-14
(1) 17mm = 15 weeks
    • Mesentery
    • adrenal gland } → Trizol testing for presence of INS
    • Sm. intestine

11-19-14
19 mm = 15.6 weeks
pancreas → HIP2B 10 day expt
int → Trizol, √ for INS exp.   ███

11-20  nothing

92

11-21-14
  (1) 6 mm = 10.6 weeks   X
  (2) 10 mm = 12.3 weeks

            stomach → Tri 2o1
                  +

12-2-14
  (1) 4mm = 12.7 wk   6 mm = 10.6
            X

  (2) 21 mm = 16.3 wk
      FROZEN - could not find

12-4-14
  (1) 14 mm = 13.8 weeks
      Panc - macerated + in culture for HIP 2B 10 day expt
      ST + INT → Tri 2o1
  (2) 11 mm = 12.7 weeks
       X

  (3) 19 mm = 15.6 weeks - 16
         -20
      panc - macerated + in culture for HIP 2B 10 day expt
      ST + INT → Tri 2o1

12-5-14
  (1) 7 mm = 11 wks
      Could not find panc

1-2-15
  (1) 21 mm = 16.3 weeks
      intestine w/ meconium → formalin for ▮▮▮▮▮▮ 4%

1-15-15
  (1) 34-35 wk anomaly

  (2) 11 mm = 12.7 weeks
      no meconium in intestines
      no pancreas evident

1-31-15
(1) 14 mm = 13.8 weeks
no meconium
no stomach/panc

(2) 13 mm = 13.4 weeks
no meconium
Stomach broken – no panc ☹

1-22-15
~ 19 mm = 15.6 wks
int. in a few pieces / Small piece int. w/meconium → 4% FA

2-4-15
20mm = 16 weeks
Looked more like 14, clinic said 14
GI in ~ 1-2 cm pieces, no meconium

2-6
(1) 24 mm = 17.4 weeks    Twins    17a B GI w/meconium → 4% F.A.
                                   17.4 B

(2) 27 mm = 18.5 weeks
Small piece of pancreas              ████████████

3-11-15
(1) 19 mm = 15.6 weeks        NB1 ████ needs FRESH meconium.

(2) 22mm = 16.7 wks          Meconium shipped to ████████

expt

5 day expt

P:
6-3-15

[redacted] in the lab

(1) 14 mm = 13.8 wks   collected. immediately (3:40)
    BL skin upper arm in TriZol in 25 min
    - both upper arms, skin placed in 2.5% anti-microbials to wash

Skin protocol

note time of collection
    (clinic)
isolate skin
Wash in anti-microbial
    solution
BL sample -
    macerate → TriZole
        shake 20 min
        note time
other 2 samples
    1 → incubate 24 hr
    2 → incubate 48 hr

(2) 5 mm = 10.4 weeks  (3:00)
    skin from back
    + front      BL 1.5 hrs

(3) 10 mm = 12.3 weeks  (11:30)
    skin - arm      BL 4:40

6-10-15
(1) 14 mm = 13.8 weeks  [BROKEN FOOT: CLINIC VERIFIED 16 week
    skin from upper + forearm

    2:54 - 3:40 in TriZol + T.Per (BL)

(2) 10 mm = 12.3 wk          3:45
    Skin from back/shoulder      in trizol 5:00
    + T Per        [75 min]

(3) 15.2 week (18 mm)      3:45
    skin from leg + scapula      in TriZol 5:00
                        [75 min]

6-12-15
(1) 6 mm = 10.6 week      4.15 ish
    - back
                in trizol 4:30
                    [15 min]

(2) 24 mm = 19.2 week      3:10
    - skin from Larm (Forearm)
                in trizol 4:45
                    [95 min]

The lab

is to wash

## Skin protocol

note time of collection
(clinic)
isolate skin
wash in anti-microbial
    solution
BL sample:
    Macerate → TriZole
        shake 20 min
    note time
other 2 samples
    1 → incubate 24 hr
    2 → incubate 48 hr.
etc

6-18-15

(1) 6 mm = 10.6 week    (11:22)    intrzal 12:10
        skin from L & R arm                    50 min

6-19-15

(1)    2:05 pm    18 mm = 15.2 weeks    skin TZol 2:30
        skin from fore arm                    + TPer
                                              25 min

(2) 1:35 pm    14 mm = 13.8 weeks    BL in Tn2ol 2:45
                                              70 min

6-26-15

(1)    4:00 pm 3:50    15 mm = 14 weeks    14-a
            BL in T2 @ 4:25 = 35 minutes
    skin from arm + foot

(2) 4:05    15 mm = 14 weeks    14b
            BL in T2 4:40 = 35 minutes
        hand/calf

7/1/15
    10 mm = 12.3 weeks    2:50☲
            BL in T2 @ 3:15
    leg/calf

7/2/15            @ 12:15
    15 mm = 14 week
    - forearm & leg    intrized @ 1:45

7/3/15            @ 2:13
    12 mm = 13 week
    leg & arm    intrized @ 3:05

as of 6-19-15
triturate incubated
samples.

↓    ↓    ↓    ↓

7-17-15

① 18 mm = 15.2 week   in Trizol @   3:30
   — fun leg & forceps

② — 30 mm = 19.6 weeks                    *NB - clinic now uses
   forearm|          BL in Trizol + TRer 5:05    digoxin only on 20 wk


9-10-15
   24 mm = 17.4 wks.                         ▮▮▮▮▮ sm. intestine project
                                              Day 1


9-11-15
   (1) 20 mm = 16 weeks

   (2) 12 mm = 13 weeks

      divided in to 3 parts:
         1) duodenum =          no stomach, but definitely a divide m
                              inserted + stretched over scissors blade
         2) GI around appendix
            stretched over forceps
         3) general intestine ; No meconium present; took from smaller
            diameter end + 4 cm
            stretched over forceps


10-2-15
   (1) 26 mm = 18 wks

10-21-15
   (1) 9 mm = 12 wks
      9 cm long segment - know it's small intestine because it was attached
      to the stomach. Divided into 4 pieces

   (2) 19 mm = 15.6 wks
      14.5 cm long small intestine segment

10-23-15

(1) 12 mm = 13 weeks
    (A) several pieces of small intestine collected. total ~ 13 cm
    (B) heart also collected + in tact

- clinic now uses          10-28-15
  in only or 20 wks             14 mm = 13.8 weeks          GI sent to ██████ in RPMI

                           11-3-15
                               8mm = 11.5 wks              GI sent to ██████ in RPMI

                           11-17-15
- intestine project            19 mm = 15.6 weeks          now looking for pancreas

                               GI and bone marrow →  ██████

                           11-18-15
                               21 mm = 16.3 weeks          GI, marrow, spleen →, ██████
                                                               RPMI
                               pancreas →  ██████

                           11-20-15
                               31 mm → 20 weeks            GI, marrow, spleen →  ██████
                                                               complete RPMI
- itely a widened
  med scissors blade           pancreas →  ██████          mid section punch in 10% F.A
                                                           + shipped to ██████

                           11-24-15
- th from smaller              19 mm → 15.6 weeks          GI, marrow, spleen shipped to
                                                           ████████ @ in RPMI
                           whole pancreas → TriZol for standard

                                                           placenta in OCT → Vernat (-80°C)
                                                               NON-smoker

                           11/25/15
                                (1)  13 week (as reported by swro - no fect form) non-smoker
- it was attached                   31mm → 12.7 wks                   placenta in OCT → -80°C
                                    (feet found by ██████
                               whole pancreas → Trizol for standard

p.100

12/9/15

10 mm = 12.3 wks
(smoker)

pancreas → ███████

G1, spleen, marrow sent
to ███████ in RPMI

placenta → OCT @ -80°C ████

---

12/11/15

(1) 17 mm = 15 wks
(non-smoker)

(2) 16 mm = 14 weeks, non smoker

placenta in OCT → -80°C ███████

didn't use - congenital problem

███████ cannot pick
up ~~on~~ this SaHi

12-16-15
(1) only 11 mm = 12.7 weeks (+) (smoker)

Panc → complete DMEM @ 4°C for ███████

Lung → ███████ (complete DMEM)

G1 → ███████ (complete RPMI)

placenta → OCT @ -80°C for ███████

12-17-15
(1) 9 mm = 12 weeks (-) (non-smoker)

could not find lung or pancreas

G1 → ███████ in plain RPMI
placenta in OCT @ -80°C

(2) 21 mm = 16.3 weeks (-) non-sm

placenta in OCT @ -80 ███████

Lung → ███████
G1 → ███████

Stomach / G1 @ 4°C for ███████



**THE UNIVERSITY OF NEW MEXICO ◆ HEALTH SERVICES CENTER**
## SCHOOL OF MEDICINE

Lung for [redacted]
ship in DMEK Complete

12-16-15   12.7 week
12-17      16.3

2016



**THE UNIVERSITY OF NEW MEXICO ◆ HEALTH SERVICES CENTER**
## SCHOOL OF MEDICINE

GI
sent to [redacted]

✓ 10.28.15   GI 13.8 wk
✓ 11.3.15    GI 11.5
✓ 11.17.15   15.6 GI & bone marrow
✓ 11.18.15   16.3 GI (marrow spleen)
✓ 11.20.15   20 GI, Spleen & marrow
          AM: tissue not viable
✓ 12-9-15  12.3wk GI + spleen marrow
✓ 12-16    12.7 GI
✓ 12-17    12 + 16.3 GI
✓ 11.24    15.6 GI (marrow) spleen

2016



**THE UNIVERSITY OF NEW MEXICO ◆ HEALTH SERVICES CENTER**
## SCHOOL OF MEDICINE

Placenta for [redacted] in OCT

11-24-15   15.6 , non-smoker (-)
11-26-15   12.7 wk, non-son (-)
12-9       12.3 wk   smoker (+)
12-11      14 week   non-smoker
12-16      12.7 wk smoker
12-17      12(-) 7 wk 16.3 GI Smoker

2016

HIGHLY CONFIDENTIAL

UNM00052

Exhibit 6.26



Albuquerque, New Mexico 87102

May 05, 2015

UNMH

Dear Dr. ▮

This letter reconfirms my ongoing assistance and support for your research involving human fetal tissue.

I have reviewed and been kept updated on your research and feel that the use of fetal tissue continues to be appropriate for your studies. Therefore, I will continue to facilitate your collection of samples from my clinic, following the usual inspection of the tissue.

The termination procedures provided by my clinic at less than 20 weeks gestation use aspiration and dilation and evacuation. Abortions for gestations greater than 20 weeks involve feticide via intrafetal injection of Digoxin. Gestational age is determined by dating, ultrasonic examination and fetal foot length following the completion of the procedure. Samples deemed appropriate for your studies will be available immediately following completion of the procedure and examination of the tissue.

Patients undergoing this procedure sign a consent form which stipulates that the tissue may be used for medical research. I understand that you require no identifying information for the tissue. Please let me know if I can be of any further assistance.

Sincerely,



HIGHLY CONFIDENTIAL

Exhibit 6.27

We have worked with Southwest Women's Options since 1995. Our translational research on the developing fetus has directly improved neonatal care and infant outcomes. The following table summarizes some of the projects we have performed over the past 20 years. Collaborations have included investigators from UCSF, University of Alabama-Birmingham, University of Illinois-Chicago, and the University of Alberta. These improvements in infant outcomes would not have occurred without the translational research efforts of the DREAM Lab in collaboration with Dr. █████ and the providers at Southwest Women's Options.

| Tissue | Study | Results | How this impacts babies |
|---|---|---|---|
| **Brain** | Effects of erythropoietin and Darbepoetin on human fetal brain cells[3,4] | Fetal brain cell cultures expanded in dose dependent fashion with both Epo and Darbe (red cell and brain growth factors). Darbe had greater protein equivalent effect; both growth factors caused increased Epo receptor expression and increased anti-apoptotic gene expression, mechanisms important to the neuroprotective effects of Epo and Darbe | Preterm infants are currently being enrolled in NIH-funded Epo studies for neuroprotection. Our randomized trial showed significantly improved cognitive outcomes in former preterm infants treated with Epo and Darbe at 2 years[10] and at 4 years. Use of these agents as part of the clinical care of preterm infants will result in **improved neurodevelopmental outcomes and decreased health care costs.** |
| **Retina** | Epo expression in the developing human eye[9]; VEGF gene expression in the developing human eye | Epo protein increases in the fetal eye with increasing gestation, and levels are greater than in the circulation. VEGF (a blood vessel growth factor) also increases with increasing gestation, but decreases in the circulation. | Some meta analyses have suggested that Epo can increase retinopathy of prematurity (ROP), abnormal growth of blood vessels in the developing retina) in preterm infants, but our studies showed that Epo is required for normal development. Treatment of ROP includes giving Avastin, a VEGF blocker, in order to decrease abnormal blood vessel growth, leading to **improved visual outcomes and decreased healthcare costs** |
| **Intestine** | Development of intestinal immune function in the human fetus[6-8] | The developing intestine has an immune response to infection that is significantly different than infants and adults. | Preterm infants are at great risk for intestinal inflammation, infection, injury and death via a process termed necrotizing enterocolitis (NEC). Better understanding specific developmental mechanisms of fetal intestinal inflammation has led to testing of TGF-β as prevention against NEC. Prevention of NEC in preterm infants will significantly decrease a common cause of morbidity and mortality, and |

HIGHLY CONFIDENTIAL

UNM00812

| | | lead to **lower mortality, improved outcomes and decreased health care costs.** |
|---|---|---|
| **Lung** | Endothelial progenitors from human fetal lung have lung repair potential[2] | Progenitor cells can be isolated from developing lung and expanded in culture. When evaluated in a neonatal lung injury model, expanded progenitors decreased lung injury leading to novel therapies in preterm infants, who develop chronic preterm lung disease (bronchopulmonary dysplasia, or BPD) at a significant rate, leading to long term pulmonary and developmental problems. Improvements in BPD will lead to **improved breathing outcomes and decreased health care costs.** |
| **Heart** | PDA risk factors are associated with alterations in ductus gene expression[5] | Treatment for PDAs (blood vessel connecting the aorta and the pulmonary artery) in preterm infants are sometimes unsuccessful, and surgery is required. We identified specific gene differences that increased the risk of persistent PDAs requiring surgery. Understanding minor differences in heart vessel genes in preterm infants will allow caregivers to identify infants at risk for a patent ductus, and lead to more focused and specific treatment. This will lead to **improved outcomes and decreased health care costs.** |

**References**

1. ▇▇▇ in the developing eye. Pediatr Res 2015; doi: 10.1038/pr.2015.15

2. ▇▇▇ VEGF mRNA and protein concentrations ▇▇▇ Existence, functional impairment and lung repair potential of endothelial colony forming cells in oxygen-induced arrested alveolar growth. Circulation 2014;129:2144-57.

3. ▇▇▇ Neuroprotective effects of erythropoiesis-stimulating agents in term and preterm neonates. ▇▇▇ Pediatr. 2014;26:139-45

4. ▇▇▇ Why study erythropoietin in preterm infants? ▇▇▇ 2013;102:567-8.

5. ▇▇▇ Patterns of gene expression in the ductus arteriosus are related to environmental and genetic risk factors for persistent ductus patency. Pediatr Res 2010;68:292-7.

6. ▇▇▇ TGF-β2 suppresses macrophage cytokine production and mucosal inflammatory responses in the developing intestine. Gastroenterol 2011;140:242-53.

7. ▇▇▇ Produce Chemerin to Recruit Macrophages. Am J Physiol Gastrointest Liver Physiol 2009; 297:G1-10. ▇▇▇ Epithelial Cells in Fetal Intestine

8. ▇▇▇ circulating IL-8/CXCL8 isoforms in neonates. Cytokine 2009; 46:12-16. ▇▇▇ Developmental changes in

UNM00814

9. ███████ Elevated Erythropoietin mRNA and protein concentrations in the developing human eye. Pediatr Res 2008; 63:394-7. NIHMSID 447144

10. ███████ Cognitive outcomes of preterm infants randomized to darbepoetin, erythropoietin or placebo. Pediatrics 2014;133:1023-30.

HIGHLY CONFIDENTIAL

We have worked with Southwest Women's Options since 1995. Our translational research on the developing fetus has directly improved neonatal care and infant outcomes. The following table summarizes some of the projects we have performed over the past 20 years. Collaborations have included investigators from UCSF, University of Alabama-Birmingham, University of Illinois-Chicago, and the University of Alberta. These improvements in infant outcomes would not have occurred without the translational research efforts of the DREAM Lab in collaboration with ████████ and the providers at Southwest Women's Options.

| Tissue | Study | Results | How this impacts babies |
|---|---|---|---|
| **Brain** | Effects of erythropoietin and Darbepoetin on human fetal brain cells[3,4] | Fetal brain cell cultures expanded in dose dependent fashion with both Epo and Darbe (red cell and brain growth factors). Darbe had greater protein equivalent effect; both growth factors caused increased Epo receptor expression and increased anti-apoptotic gene expression, mechanisms important to the neuroprotective effects of Epo and Darbe | Preterm infants are currently being enrolled in NIH-funded Epo studies for neuroprotection. Our randomized trial showed significantly improved cognitive outcomes in former preterm infants treated with Epo and Darbe at 2 years[10] and at 4 years. Use of these agents as part of the clinical care of preterm infants will result in **improved neurodevelopmental outcomes and decreased health care costs.** |
| **Retina** | Epo expression in the developing human eye[9]; VEGF gene expression in the developing human eye | Epo protein increases in the fetal eye with increasing gestation, and levels are greater than in the circulation. VEGF (a blood vessel growth factor) also increases with increasing gestation, but decreases in the circulation. | Some meta analyses have suggested that Epo can increase retinopathy of prematurity (ROP), abnormal growth of blood vessels in the developing retina) in preterm infants, but our studies showed that Epo is required for normal development. Treatment of ROP includes giving Avastin, a VEGF blocker, in order to decrease abnormal blood vessel growth, leading to **improved visual outcomes and decreased healthcare costs** |
| **Intestine** | Development of intestinal immune function in the human fetus[6-8] | The developing intestine has an immune response to infection that is significantly different than infants and adults. | Preterm infants are at great risk for intestinal inflammation, infection, injury and death via a process termed necrotizing enterocolitis (NEC). Better understanding specific developmental mechanisms of fetal intestinal inflammation has led to testing of TGF-$\beta$ as prevention against NEC. Prevention of NEC in preterm infants will significantly decrease a common cause of morbidity and mortality, and |

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| | | lead to **lower mortality, improved outcomes and decreased health care costs.** |
| **Lung** | Progenitor cells can be isolated from developing lung and expanded in culture. When evaluated in a neonatal lung injury model, expanded progenitors decreased lung injury | This progenitor cell research is leading to novel therapies in preterm infants, who develop chronic preterm lung disease (bronchopulmonary dysplasia, or BPD) at a significant rate, leading to long term pulmonary and developmental problems. Improvements in BPD will lead to **improved breathing outcomes and decreased health care costs.** |
| | Endothelial progenitors from human fetal lung have lung repair potential[2] | |
| **Heart** | PDA risk factors are associated with alterations in ductus gene expression[5] | Understanding minor differences in heart vessel genes in preterm infants will allow caregivers to identify infants at risk for a patent ductus, and lead to more focused and specific treatment. This will lead to **improved outcomes and decreased health care costs.** |
| | Treatment for PDAs(blood vessel connecting the aorta and the pulmonary artery) in preterm infants are sometimes unsuccessful, and surgery is required. We identified specific gene differences that increased the risk of persistent PDAs requiring surgery. | |

**References**

1. _____ in the developing eye. Pediatr Res 2015; doi: 10.1038/pr.2015.15

2. _____ Existence, functional impairment and lung repair potential of endothelial colony forming cells in oxygen-induced arrested alveolar growth. Circulation 2014;129:2144-57

3. _____ VEGF mRNA and protein concentrations

4. _____ 45

5. _____ Neuroprotective effects of erythropoiesis-stimulating agents in term and preterm neonates. Curr Opin Pediatr. 2014;26:139-45

6. _____ Why study erythropoietin in preterm infants? Acta Pediatr 2013;102:567-8.

7. _____ Patterns of gene expression in the ductus arteriosus are related to environmental and genetic risk factors for persistent ductus patency. Pediatr Res 2010;68:292-7.

8. _____ TGF-β2 suppresses macrophage cytokine production and mucosal inflammatory responses in the developing intestine. Gastroenterol 2011;140:242-53.

9. _____ Produce Chemerin to Recruit Macrophages. Am J Physiol Gastrointest Liver Physiol 2009; 297:G1-10. Epithelial Cells in Fetal Intestine

10. _____ circulating IL-8/CXCL8 isoforms in neonates. Cytokine 2009; 46:12-16. Developmental changes in

**9.** ▮▮▮▮▮▮ Elevated Erythropoietin mRNA and protein concentrations in the developing human eye. Pediatr Res 2008; 63:394-7. NIHMSID 447144

**10.** ▮▮▮▮▮▮ Cognitive outcomes of preterm infants randomized to darbepoetin, erythropoietin or placebo. Pediatrics 2014;133:1023-30.

HIGHLY CONFIDENTIAL

Exhibit 6.28

July 22, 2015

Dear New Mexico Legislators:

Thank you for your letter dated July 21, 2015, regarding the practices and funding at the University of New Mexico Center for Reproductive Health, as well as associated research issues.

The UNM Health Sciences Center is committed to transparency with the community and strives to provide high-quality, compassionate care to all patients, while educating the next generation of well-trained clinicians for our state.

At the UNM Health Sciences Center, we are committed to complying with all applicable laws, rules and regulations relative to patient care and research involving human subjects and have developed a comprehensive Code of Ethical Conduct and compliance programs. We are also committed to our mission of advancing research that has the potential to save and improve the lives of New Mexicans, as well as people across the country and world.

I appreciate your interest in our mission and in the well-being of New Mexicans, and address each of your questions below.

*1.     On the UNM OB-GYN Department website, there is a reference made to "high level research and clinical skills in contraception and abortion." What type of abortion-related research is being conducted at UNM and what is the funding source for this research?*

We have reviewed our Office of Research database for current studies being conducted that involve either contraception or pregnancy termination. We found no studies involving pregnancy termination. Oversight for research is provided in the form of Institutional Review Boards, which ensure that all federal regulations and laws are followed regarding research studies. Please be aware that the federal regulations are premised upon and follow what is known as the *Belmont Report*, which set forth strong ethical guidelines for all research involving human subjects around respect for persons, beneficence and justice. We maintain a higher ethical and compliance standard for our research than is required by the federal government through our accreditation with the American Association of Human Research Participation.

*2.     Is the UNM Center for Reproductive Health participating in the sale or trafficking of aborted body parts or performing partial-birth abortion procedures as suggested in the Planned Parenthood investigation? Does the UNM Center for Reproductive Health Center participate in any legal programs that provide fetal body parts to any organization?*

No. The Center for Reproductive Health does not participate in any research or commercial venture related to embryonic or fetal tissue. The Center for Reproductive Health does not participate in any programs under which tissue is provided to any internal or external source, other than directly to patients when requested by those patients.

*3.    What relationship does UNM have with Planned Parenthood in New Mexico? What is the nature of the relationship between UNM and late-term abortion doctor Dr. Curtis Boyd?*

The UNM Health Sciences Center has contracts in place in the form of Professional Service Agreements under which School of Medicine faculty provide medical services at Planned Parenthood. Additionally, medical students, residents and fellows have the option of performing rotations at Planned Parenthood under the supervision of our faculty. All learners, including students, residents and fellows, may opt out of pregnancy termination-related services. This is consistent with current Accreditation Council for Graduate and Medical Education (ACGME) program requirements, IV. A. 2. D, which state: "No program or resident with a religious or moral objection shall be required to provide training in or perform induced abortions. Otherwise, access to experience with induced abortion must be a part of residency education." The ACGME guidance on this issue states: "Access to experience with induced abortion must be a part of residency education. Programs with restrictions on the provision of family planning services or abortions must make arrangements for such resident training to occur at another institution."

Regarding Southwest Women's Options, Family Planning fellows have a four-week rotation at that site. This rotation is provided without remuneration by either party. Fellows may opt out of this rotation.

*4.    What are the specific funding sources for UNM's Reproductive Health Clinic? Specifically, the abortion procedures it performs.*

The Center for Reproductive Health is a self-sustaining clinic largely funded by private insurance and Medicaid (about 15 percent of its patients are private payers). The faculty members who practice at the Center for Reproductive Health are not funded by any state funds outside of Medicaid.

*5.    Is UNM providing emergency services for Dr. Boyd when abortion related complications arise from his late term abortion practice in Albuquerque? If so, how many emergency transports from Southwestern Women's Options has UNM provided for patients with abortion-related complications?*

The UNM Health Sciences Center, including UNM Hospital, does not have any contract or arrangement with Southwest Women Options to provide any medical services to them or their patients, other than the Family Planning Fellowship rotation. UNM Hospital provides medical screening exams and emergency services for any person who presents at the Emergency Department with an emergent medical condition, regardless of the nature of their medical need, their medical history or former providers. This is consistent with the Emergency Medical Treatment and Labor Act, a federal law that requires us to provide emergency screening, treatment and stabilization. It is also consistent with the governing principles of medical ethics. Neither UNM Hospital nor UNM provide any transport services to patients experiencing emergency events or other medical complications outside of our facilities. Patients who come to our Emergency Department from an outside facility are either transported via ambulance (i.e., fire departments, Albuquerque Ambulance or other licensed ambulance providers) or via private means (e.g., private vehicle or on foot).

**6.    The Southwestern Women's Options consent form explicitly states that aborted body parts are being harvested in Albuquerque and used for research. Does UNM receive these body parts and, if so, what is the UNM Center for Reproductive Health doing to ensure that existing federal laws are not violated?**

We have one research study aimed at improving life expectancy and outcomes in extremely premature infants being conducted by a neonatologist in the Department of Pediatrics whose protocol uses fetal tissue from the Southwest Women's Options clinic. Ours is one of 19 institutions working on research protocols to extend and improve the quality of life of extremely premature babies.

As you note above in your question, the women receiving pregnancy terminations from this clinic explicitly consent to the use of the fetal tissue in research. The fetal tissue is not paid for and is transported by UNM lab assistants under strict research protocols. Our neonatologist has no contact with any of the physicians performing the pregnancy terminations, or with any of the patients.

The Center for Reproductive Health has no involvement in this research and would not be the appropriate oversight body for any research conducted at the UNM Health Sciences Center. This research protocol has received approval from the Health Sciences Center's Institutional Review Board, the entity tasked by federal law with ensuring that researchers adhere to applicable standards, regulations and laws. In addition, I serve as the institutional official for the Health Sciences Center's human research protections program and therefore oversee the institution's compliance with applicable laws, rules and regulations as they relate to our research involving human subjects.

The specific research being conducted by our neonatology division involves both fetal tissue and clinical studies on premature infants. This research includes:

- A study on the effects of erythropoietin (a hormone that controls red blood cell production and growth) and darbepoetin (a chemical synthetic form of the hormone), which aid in brain cell growth. This study found that darbepoetin aided more in brain growth and development due to its protein effect, and that both chemicals protected the brain. These studies led to an NIH-funded clinical study on preterm infants using both chemicals. This clinical study found that preterm infants treated with both chemicals, as opposed to just one, showed significantly improved cognitive function at two years and four years of age and needed less developmental intervention.
- A study on erythropoietin and vascular endothelial growth factor, which helps to grow blood vessels. The original theory was that erythropoietin led to increased retinopathy (damage to the blood vessels in the eyes), leading to vision loss. This study found that erythropoietin actually does not increase retinopathy in premature infants, but VEGF may. It found that a more effective treatment for retinopathy involved blocking VEGF, leading to improved sight in children born prematurely.
- A study finding that increased inflammatory response puts preterm babies at greater risk for intestinal inflammation, infection and death due to a condition that causes part of their

intestines to die. This study led to a better understanding of developmental mechanisms and the testing of a new drug that prevents necrotizing enterocolitis and will lead to significant decreases in preterm infant morbidity and mortality.

- A study that led to the discovery that originating lung cells can play a role in lung repair, leading to new therapies in preterm infants to treat chronic preterm lung disease.
- A study focused on understanding minor difference in heart vessel genes that can allow health care providers to identify infants at risk for heart defects requiring surgery, leading to earlier, more focused treatment and improved outcomes.

I hope this information satisfactorily answers your questions. Please feel free to contact me if you have further questions or need more information.

Sincerely,



UNM Health System
UNM School of Medicine

Exhibit 6.29

# DREAM* Lab Update on Fetal and Neonatal Studies

## (*Developmental Research, Education and Mentoring)



HIGHLY CONFIDENTIAL

# Common problems in preterm infants

Infants born prematurely suffer from numerous problems affecting every organ system

Premature adaptation from the *in utero* environment to the extra uterine environment creates significant developmental stressors which are managed differently by each system:

- Lung
- Brain
- Skin
- Gut
- Eye



HIGHLY CONFIDENTIAL

# Research Projects Performed with the Clinic 1995-2005

1. Erythropoietin (Epo) gene expression in fetal kidney/liver

2. Hypoxic induction of HIF and Epo gene expression

3. Epo receptor expression in the fetal circulation

4. Response of fetal liver and marrow to erythropoietin (Epo) and darbepoetin (Darbe)

5. Matrix metalloproteinase concentrations in developing eye

6. Regulation of Epo gene expression through methylation

7. Endothelial and mesenchymal progenitors in fetal liver/marrow

HIGHLY CONFIDENTIAL

# Research Projects Performed with the ▮ Clinic 2006-2011

1. Gene expression in the developing ductus arteriosus

2. Epo and VEGF expression in the developing eye

3. Inflammatory cells in the developing intestine

4. KLF-4 gene expression in developing skin

5. Endoglin and Flt expression in developing fetus

6. Endogenous gene expression in developing organs

7. Effects of ESAs on cardiomyocyte development

8. Methylation patterns in developing brain

HIGHLY CONFIDENTIAL

# Current Research Projects Performed with the ███ Clinic 2012-2013

- Progenitor cells to treat BPD

- Development of pancreatic cell assay

- Effects of Epo and Darbe on neuronal cell growth and neuroprotection

HIGHLY CONFIDENTIAL

# Pancreatic Cell Assays

Fetal pancreas stained for insulin (red) and glucagon (green):




13.4 weeks


14 weeks


15.6 weeks

Fetal pancreas isolated, cultured and expanded:


1 week


3 weeks


5 weeks

HIGHLY CONFIDENTIAL

# Progenitor cells and BPD

**Progenitor cells (endothelial colony forming cells) are present in developing lung, can be isolated and expanded:**







UNM00774

HIGHLY CONFIDENTIAL

# Fetal Brain Growth and Erythropoiesis Stimulating Agents (ESAs)

Erythropoietin (Epo): important growth factor for red cells

Hematologic properties of Epo known since 1980s

Darbe (long acting Epo) used for cancer/kidney disease

Neuroprotective properties recently being studied:

- Protection from brain injury/bleeding in preterm infants

- Brain recovery in term babies with HIE

HIGHLY CONFIDENTIAL

# Neuroprotective Effects of Epo

- Increases nerve cell growth

- Decreases neuronal susceptibility to injury

- Decreases neuronal cell death (apoptosis)

- Epo receptors present in developing human brain

- Clinical trials of Erythropoiesis Stimulating Agents (ESAs) for neuroprotection in preterm infants

HIGHLY CONFIDENTIAL

# Mixed Neuronal Cells Grown with Epo

**No Epo**






**Epo 100 units/mL**

Astrocytes (GFAP)     Neurons (MAP2)     Neuronal Progenitors (Nestin)

HIGHLY CONFIDENTIAL

# Mixed Neuronal Cells Grown with ESAs

**Astrocytes**  **Oligodendrocytes**  **Neuronal progenitors**

**Epo**





**Darbe**



**Mature neurons surrounding Neurosphere:**





HIGHLY CONFIDENTIAL

UNM00778



Cell Counts Increased with Increasing Concentrations of ESAs

Cells (x10³/mL)

No ESAs
Epo 0.1 U/mL
Epo 1 U/mL
Epo 10 U/mL
Darbe 10 ng/mL
Darbe 100 ng/mL
Darbe 1000 ng/mL

No ESAs
Epo
Darbe

* p<0.05
+ p<0.001

HIGHLY CONFIDENTIAL

# Neurodevelopmental Testing

| | Darbe (n=27) | Epo (n=29) | Placebo (n=24) | P = |
|---|---|---|---|---|
| Composite Cognitive | 97±8 | 98±14 | 89±14 | 0.02 |
| Composite Language | 92±13 | 89±17 | 84±14 | 0.05 |
| Cerebral Palsy | 0/27 | 0/29 | 5/24 | 0.002 |
| Object Permanence | 2.8±0.4* | 2.4±0.8 | 2.1±1.0 | 0.01 |

*p<0.05, Darbe versus Epo

HIGHLY CONFIDENTIAL

# Total brain volume and white matter volume



Clinic, from the early crew....

HIGHLY CONFIDENTIAL

To the current team,
thanks for all of your help and support!

UNM00783

HIGHLY CONFIDENTIAL



Brain

Heart

Retina

HIGHLY CONFIDENTIAL

UNM00784

HIGHLY CONFIDENTIAL







# DREAM (Developmental Research, Education and Mentoring) Lab Research

1. ***Erythropoietin gene expression in developing liver and kidney (1995-2002):*** Preterm infants do not produce erythropoietin and as a result require multiple transfusions. To investigate the mechanism of erythropoietin production in normal developing human, we evaluated erythropoietin gene expression in fetal liver and kidney, two organs that are known to produce erythropoietin during fetal and post-natal life. **Funded** by a grant from UNMHSC G-CRC, NIH M01 RR 00997. HRRC #96-260)

2. ***The effect of Darbepoetin on the growth of fetal and neonatal erythroid progenitors (2002-2006):*** Prior to clinical studies in preterm infants, we evaluated the effects of Darbepoetin (a long acting red cell growth factor) versus erythropoietin on the growth of red cell progenitors obtained from human fetal liver, marrow, and blood. **Funded** by a grant from UNMHSC G-CRC, NIH M01 RR 00997, HRRC #02-388.

3. ***Methylation patterns in promoter and enhancer regions of the erythropoietin gene during fetal development (2004-08):*** Erythropoietin gene expression occurs primarily in the fetal liver during human development, and significant production by the kidney does not occur until after birth. Infants born prematurely have decreased production of erythropoietin and develop the anemia requiring transfusions. We evaluated the regulatory regions of the erythropoietin gene during human fetal development in order to identify methylation patterns in the promoter and enhancer regions of the erythropoietin gene in the fetal liver and kidney, and determine if methylation plays a role in the mechanism of enhanced erythropoietin production in fetal liver and suppressed production in fetal kidney. **Collaborator**: ███████████████ **Funded** by a grant from UNM HSC RAC.

4. ***Gene expression in the developing human eye (2004-14):*** ROP is an important cause of blindness in infants born less than 28 weeks of gestation and weighing less than 1250 grams. A number of proteins responsible for blood vessel formation are required during development. Abnormal retinal blood vessel formation studies in diabetic retinopathy and mouse ROP models show increased levels of proteins such as MMP-2 and 9, VEGF,and Epo in the vitreous. We hypothesized that gene expression and protein concentrations were present in the developing human eye, and increase with gestational age. **Collaborator**: ██████████████ University of South Florida. **Funded** by a grant from the Pediatric Research Committee at UNMHSC.

5. ***Cytomegalovirus-induced inflammatory response in fetal astrocytes is inversely related to glial differentiation (2006-09):*** This research was performed in collaboration with ██████████ ██████████ University of South Florida). Congenital cytomegalovirus (CMV) infection is the most common cause of non-hereditary sensorineural hearing loss in children. Congenital CMV infection affects about 1% of all live births in the US, where 10% are symptomatic at birth and another 10 to 15% develop hearing loss or other developmental problems during infancy. For unknown reasons, central nervous system CMV infections are more likely to be symptomatic when the fetus is infected during the first trimester of pregnancy. Because CMV-induced lesions are characterized by inflammation, we hypothesized that CMV-induced inflammatory changes depend on the stage of fetal development, and measured inflammatory responses of human fetal glial cells. **Collaborator**: ██████ █████████████ University of South Florida.

6. ***Immunoregulatory mechanisms in the developing intestine and their relationship to necrotizing enterocolitis in preterm neonates (2007-present):*** This research is being performed in collaboration with ███████████ at the University of South Florida. Necrotizing enterocolitis (NEC) is a life-threatening gastrointestinal disease that affects 5–15% of extremely premature neonates. Existing evidence indicates that NEC develops as a severe inflammatory response to mucosal injury and bacterial invasion in the immature intestine. However, this inflammatory reaction

1

HIGHLY CONFIDENTIAL

UNM00815

of the developing intestine during NEC contrasts with the inflammatory suppression to bacteria that is characteristic of the adult intestine. We hypothesize that NEC occurs in the premature neonate because normal mechanisms of tolerance to bacteria are developmentally regulated and therefore, deficient in the preterm intestine. **Collaborator:** ▮▮▮▮▮▮▮▮▮ MD. **Funded** by NIH R01 HD59142: Role of TGF-β in NEC, ▮▮▮▮▮▮▮▮

7. *Epsilon globin gene expression in the developing human fetus (2007-10):* This research was performed with ▮▮▮▮▮▮▮ neonatology fellow. We measured epsilon globin gene expression in human fetal liver, marrow, peripheral blood and placenta, as a means of determining if it can be used as a positive control in indentifying fetal nucleic acid in maternal plasma. Epsilon globin gene expression can be used to determine the presence of fetal nucleic acid in maternal plasma samples from RhD negative women, in order to identify the RhD status of the fetus, and ultimately to use this method for identification of fetal gene anomalies. **Funded** by a grant from the Pediatric Research Committee and a grant from the Signature Program in Child Health Research.

8. *Quantification of endogenous controls during human fetal development (2008-12):* Most studies evaluating quantitative gene expression use endogenous controls, or house keeping genes as a measure of starting RNA, however developmental expression of these genes has not been determined. We measured expression of commonly used endogenous controls in fetal tissues, in order to determine the optimal genes to use for each tissue at each gestational age.

9. *Genetic polymorphisms in PDA development (2008-2010):* We collaborated with ▮▮▮▮▮▮ at the University of California San Francisco and ▮▮▮▮▮▮▮▮▮ at the University of Iowa, who performed GWAS (Genome Wide Association Studies) to identify unique genetic markers associated with ductal development in the human fetus, and determining expression of genes known to be involved in persistence of the ductus arteriosus. **Collaborators:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10. *Gene expression in developing human fetal skin (2009-present):* The still-developing skin of extremely low birth weight (ELBW) infants functions ineffectively in maintaining hydration and preventing infection. Prior to evaluating changes in developmental gene expression in ELBW infant skin following preterm birth, we wish to determine the normal expression of genes during development, and are measuring gene expression of a number of important regulatory proteins. **Collaborators:** ▮▮▮▮▮▮▮▮▮▮▮▮▮

11. *Effects of erythropoietin and darbepoetin on neuronal progenitors in developing human brain (2009-present):* This research was performed with ▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ Animal and human clinical studies suggest that erythropoietin plays a potentially important role in blood vessel and brain cell formation in the central nervous system. Erythropoietin binds to receptors in the brain, activating mechanisms that include cell maturation, division, and importantly, inhibition of cell death. Few studies have evaluated the effects of erythropoietin on developing human neuronal tissue, and no studies have evaluated the effect of darbepoetin, a long acting erythropoietin currently being evaluated clinically in preterm infants, on brain cell growth. We are evaluating the effects of erythropoietin and darbepoetin on growth and differentiation of developing human neuronal cells. **Funded** by a Signature Program in Child Health Apprentice Grant.

12. *Fetal lung stem cell isolation (2010-present):* We are collaborating with ▮▮▮▮▮▮▮▮ at the University of Toronto, isolating stem cells from developing human fetal lung. Animal studies suggest the lung can provide a variety of stem cells that can be used for tissue growth and repair. It is not clear whether these stem cells are present, and if so, in what quantities, in the developing human lung. **Collaborators:** ▮▮▮▮▮▮▮ University of Toronto; ▮▮▮▮▮▮▮ University of Indiana. **Funded** by the Canadian Institute of Health Research ▮▮▮▮▮▮▮

2

UNM00816

13. ***Effects of erythropoietin on cardiomyocyte growth and differentiation during fetal development (2010-present):*** Numerous animal and adult studies have reported a protective, anti-apoptotic and anti-inflammatory effect of erythropoietin on cardiac myocytes, as well as mitogenic and angiogenic effects. The effects of erythropoietin on developing human myocytes is no yet defined. We hypothesize that erythropoietin will increase cellular proliferation and differentiation of human fetal myocytes between 10 and 24 weeks gestation. **Collaborator:** ███████████████████

14. ***Methylation Patterns in Regions of Executive Function in the Developing Human Brain (2011-2013)***: Methylation is a process that can change the way genes are activated or suppressed, thereby effecting cell growth and maturation. We evaluated 1) differences in patterns of methylation between specific brain regions, 2) the relationship between brain methylation and methylation in peripheral tissue such as the cheek, and 3) changes in methylation during human fetal development in prenatal and postmortem whole brain specimens. **Collaborators** ███████████████████████████████████████ **Funded** by a grant from the Signature Program in Child Health Research at UNM HSC.

15. ***Effects of HIP2B on Gene Expression in Human Fetal Pancreatic Cells (2012-present):*** Human proIslet Peptide 2B (HIP2B, developed by CureDM) is a novel active binding fragment of a protein that increases production of proteins responsible for pancreatic development and islet differentiation. HIP2B has been studied in animal models, adult pancreatic tissue, and in immortalized pancreatic cell line, but has not been evaluated in the developing human fetal pancreas. Fetal pancreatic cell cultures contain significant populations of undifferentiated cells, allowing for further investigation of the effects of HIP2B on human pancreatic cell growth and differentiation, with potential for increasing cells that make insulin. **Collaborators:** ███████████████████████ University of South Florida. **Funded** by a grant from CureDM.

The following UNM collaborators worked with the DREAM lab in obtaining research samples:

1. Peds Surgery and Internal Medicine (intestinal permeability during development; ███████ ███████████████████

2. Pharmacology (human fetal cardiac cell isolation; ███████████████████████ present);

3. Pediatrics/Neonatology (expression of adrenomedullin in fetal lung; ███████████████

3

# DREAM* Lab, University of New Mexico School of Medicine

*Developmental Research, Education, and Mentoring





## Adaptation to Preterm Birth

At birth, premature adaptation to the extra-uterine environment creates significant developmental stressors in most organ systems. In order to understand how the transition from the in utero environment to the ex-utero preterm environment are managed by each organ system, we assess whether Epo, during developmental stress, can influence key aspects of fetal tissues, including brain, heart, liver, kidney, pancreas, lung, eye and skin.

## Erythropoiesis Stimulating Agents (ESAs)

Erythropoiesis stimulating agents (ESA) such as Erythropoietin (Epo), are used to stimulate erythropoiesis (production of red blood cells), in preterm infants. ESAs have shown success in decreasing the number and volume of transfusions.

Darbepoetin alfa (Darbe) is a biologically modified long-acting ESA with an increased half life. We designed a study to assess whether ESAs (Epo and Darbe) would be effective in decreasing transfusions in preterm infants at high altitude centers in Utah, Colorado and New Mexico. We found a significant decrease in transfusions and donor exposures in the ESA treated infants, compared to placebo.

Recent studies demonstrate that ESAs may have beneficial non-hematopoietic effects, such as neuroprotection. The BRITE Team evaluated cognitive outcomes in preterm infants randomized to Epo, Darbe, or placebo and found significantly higher scores in ESA recipients.

### Neurodevelopmental Testing at 2 years

| | Darbe (n=27) | Epo (n=29) | Placebo (n=24) | P = |
|---|---|---|---|---|
| Composite Cognitive | 97±18 | 98±14 | 89±13 | 0.01 |
| Composite Language | 92±13 | 93±17 | 84±14 | 0.06 |
| Object Permanence | 2.8±0.4 | 2.4±0.8 | 2.2±1.0 | 0.05 |
| Cerebral Palsy | 0/27 | 0/29 | 5/24 | 0.002 |
| Visually Impaired | 2/27 | 0/29 | 3/24 | 0.09 |
| Hearing Impaired | 1/27 | 3/29 | 3/24 | 0.24 |
| Cognitive Score <80 | 0/27 | 3/29 | 5/24 | 0.03 |
| Cognitive Score <70 | 0/27 | 1/29 | 2/24 | 0.29 |
| Overall NDI | 11% (3) | 21% (6) | 46% (11) | 0.01 |

## Brain

Neuroprotective Effects of ESAs: The non-hematopoietic effects of Epo have been performed in adult and neonatal animal models of neuroprotection. Epo has been shown in animal models to increase neurogenesis, improve the antioxidant response, decrease neuronal susceptibility to glutamate toxicity, and decrease neuronal apoptosis.

DREAM Lab colleagues evaluated the effects of Epo and Darbe on the growth and phenotype of primary human fetal neuronal cells, and hypothesized that both ESAs would increase total cell numbers in a dose dependent fashion and have similar effects on cell phenotype. Absolute cell counts increased significantly in dose dependent fashion for both Epo and Darbe. Cells isolated from early and mid gestation (10-19 weeks) were more sensitive to both ESAs than cells isolated from later gestation (20-24 weeks). Immunofluorescent staining in Darbe-treated cultures showed increased progenitors in Darbe-treated cells.







Nestin/GFAP+ cells 16 weeks

Cell growth with Epo and Darbe

## Pancreas

HIP2B is a peptide being developed by [...] and CureDM for human therapeutic use to stimulate islet neogenesis in both type 1 and type 2 diabetes patients. The mechanism of action of HIP2B has not been formally and fully elucidated and this research will help confirm and establish the pathway by which the peptide is active. We sought to develop a human fetal pancreatic cell model that would allow for further investigation of the effects of HIP2B on human pancreatic cell growth and differentiation. We found that gene expression of transcription factors involved in pancreatic progenitor cell differentiation was increased in dose dependent fashion in cells exposed to HIP2B. Insulin gene expression also increased in dose dependent fashion after 10 days of HIP2B culture.





16 week pancreas

15 week pancreas stained for HIP2B and glucagon/insulin

13.6 week pancreas stained for insulin (red) and glucagon (green)

Effects of HIP2B on fetal

## GI Tract

Necrotizing enterocolitis (NEC) is a life-threatening gastrointestinal disease that affects 5–15% of premature neonates that involves a severe inflammatory response in the immature intestine to mucosal injury and bacterial translocation. DREAM Lab colleagues showed that normal maturation of the retinal vasculature. Although evidence in this research is an effect of transforming growth factor (TGF)-β present in the extracellular matrix, and that TGF-β, is the most important of the three TGF-β isoforms in intestinal macrophage differentiation. NEC was associated with decreased TGF-β, expression, and in mice, deficient TGF-β signaling worsened the severity of NEC-like mucosal injury.



18 week intestinal villi

Pneumatosis intestinalis

## Eye

Retinopathy of prematurity (ROP) is a well-known morbidity specific to the developing vascular system. Exposure to abnormal maturation of the retinal vasculature. Although evidence links premature ROP to be associated with multiple risk factors such as prematurity, oxygen use, low birth weight, infections, and poor postnatal weight gain, the cause of this disorder remains unclear.

DREAM Lab colleagues evaluated concentrations of Epo and VEGF in developing eyes. We found increasing concentrations of both Epo and VEGF, in fetal vitreous, which are likely involved in the ontogeny of the fetal retinal vasculature during midgestation.



Stage 3 ROP

18 week retina

## Lung

Bronchopulmonary dysplasia (BPD) and emphysema are life-threatening lung diseases characterized by alveolar simplification resulting in impaired alveolar development or alveolar destruction. Endothelial colony forming cells (ECFCs) represent a subset of endothelial progenitor cells capable of self-renewal and de novo vessel formation in vivo.

The isolated DREAM Lab colleagues hypothesized that resident ECFCs exist in the developing lung, are impaired during arrested alveolar growth in experimental BPD and that exogenous ECFCs can restore disrupted alveolar growth. Human fetal and neonatal rat lung contain ECFCs with robust proliferative potential, secondary colony formation upon replating, and de novo blood vessel formation in vivo when transplanted into immuno-deficient mice. In contrast, human fetal lung ECFCs exposed to hyperoxia in vitro or ECFCs isolated from hyperoxic rat lungs displaying arrested alveolar growth mimicking BPD, proliferated less, showed decreased clonogenic capacity and formed fewer capillary-like networks on matrigel.



Figure 3

10 weeks    20 weeks

## Heart

The ductus arteriosus allows for in utero communication between the pulmonary artery and the aorta; a persistent ductus arteriosus (PDA) results in major morbidity for preterm infants after birth. The presence of the rs2817399(A) allele of the gene TFAP2beta is associated with PDAs that fail to close. DREAM Lab colleagues evaluated mechanisms of changes in gene expression and DREAM Lab colleagues found that progenitors made up 50% of cells from tissue under 15 weeks gestation, decreasing to 5% at 20- weeks. Epo receptor gene expression increased with increasing exposure to Epo.







HIGHLY CONFIDENTIAL

Exhibit 6.30

Message
_____

**From:** ████████████████████████████████████

**Sent:** 5/1/2014 10:38:44 PM

**To:** ████████████████████████████████████

**Subject:** Fetal heart tissue next week

Hi █████████

Please let me know if you end up getting more fetal tissue next week and can still spare the heart.
Isolating and culturing cells from last week's heart went well. I'll analyze which cell type predominates
in cultures hopefully next week. I want to try different culture conditions with the next heart.

Thanks for including me in this opportunity.

~ ████████

~~~~~~~~~~~~~~~~~~~~~


University of New Mexico
College of Pharmacy, Dept. of Pharmaceutical Sciences
██████████████████████████████████

**From:** ████████████████████████████████████████████

**Sent:** 5/1/2014 11:56:49 PM

**To:** ████████████████████████████████████████████

**CC:** ████████████████████████████████████████████

**Subject:** Re: Fetal heart tissue next week

Hi ██████
While ██████ and I are in Vancouver for the PAS meetings next week, ████████, our lab assistant, will be
collecting tissue on Thursday and Friday. I've copied her on this email and will be sure she has your
other contact info.
Glad to hear it's going well!
██████

On May 1, 2014, at 4:38 PM, "████████████████████████████████████████████ wrote:

Hi ████████

Please let me know if you end up getting more fetal tissue next week and can still spare the heart.
Isolating and culturing cells from last week's heart went well. I'll analyze which cell type predominates
in cultures hopefully next week. I want to try different culture conditions with the next heart.


Thanks for including me in this opportunity.

████████████

~~~~~~~~~~~~~~~~~~~~
████████████████████
University of New Mexico
College of Pharmacy, Dept. of Pharmaceutical Sciences
████████████████████████████████
████████████████████████████████████
████████████████████████████████████

Message
_____

**From:** ████████████████████████████████████████

**Sent:** 5/21/2014 8:16:00 PM

**To:** ████████████████████████████████████████

**CC:** ████████████████████████████████████████

**Subject:** Brains for disssection

Hi ██████ and ██████

I just spoke to the clinic about getting >22wk fetuses for our dissections. They have patients scheduled for surgery tomorrow that fit that range. I'll go pick them up later tomorrow afternoon when they're ready. Is there a specific time you'd like to do the brain floating?

████████████

HIGHLY CONFIDENTIAL

**From:** ██████████████████████████████████████████

**Sent:** 9/24/2014 9:11:46 PM

**To:** ████████████████████████████████████████████████

**CC:** 

**Subject:** Fetal heart tissue

Hi ███████

I'm very interested in getting a fetal heart this week if any are available. I understand that it's best for me to call you to see if one is available rather than waiting for your lab to call me. I'm hoping to check in tomorrow and/or Friday to see if you had any fetuses. What's the very best time to call you to come over and pick up the heart? Also, what is the best phone number?

I have been able to culture the cells, freeze them down and reconstitute them. However, I think that using my previous protocol, I mostly have fibroblasts. I'd like to try and select better for cardiomyocytes and cardiac progenitor cells. I'll analyze the cells by flow cytometry and immunofluorescence imaging to differentiate between populations.

I appreciate that your lab shares this tissue with us. Again, please let me know the optimum time to call (as well as the correct phone number).


Sincerely,

████████████



~~~~~~~~~~~~~~~~~~~~

University of New Mexico
College of Pharmacy, Dept. of Pharmaceutical Sciences

>>> █████████████████████████████████ 5/9/2014 1:31 PM >>>
██████████ please contact █████



On May 9, 2014, at 12:11 PM, ███████████████████████████████████ wrote:

Hi there.

I'm not sure if you got fetal hearts yesterday or will get one today. I haven't heard anything about coming over to get the hearts. So I just want to make sure you have my correct contact info in case I'm just missing the calls. Or perhaps I'm supposed to just show up to your lab around 1 pm even if you don't call?

At any rate, contact info for next week if I'm supposed to wait for a call:

█████████████ (My technician, ████ might answer and I've instructed her to pick up the heart if I'm not around)
CELL: ██████████

Thanks and hopefully see you next week. Have a great weekend!

~ █████

~~~~~~~~~~~~~~~~~~~~~
██████████████████████
University of New Mexico
College of Pharmacy, Dept. of Pharmaceutical Sciences

████████████████████████████████████████████
████████████████████████████████████████████

>>> ██████████████████████████████████████████  5/1/2014 5:56 PM >>>
Hi ███████
While ██████ and I are in Vancouver for the PAS meetings next week, ████████ our lab assistant, will be collecting tissue on Thursday and Friday. I've copied her on this email and will be sure she has your other contact info.
Glad to hear it's going well!

On May 1, 2014, at 4:38 PM, "████████████████████████████████████>> wrote:

Hi ████████

Please let me know if you end up getting more fetal tissue next week and can still spare the heart. Isolating and culturing cells from last week's heart went well. I'll analyze which cell type predominates in cultures hopefully next week. I want to try different culture conditions with the next heart.

Thanks for including me in this opportunity.

~ ██████

~~~~~~~~~~~~~~~~~~~~~
███████████████████
University of New Mexico
College of Pharmacy, Dept. of Pharmaceutical Sciences
████████████████████████████████
████████████████████████████████████████

**From:** ██████████████████████████████████

**Sent:** 3/19/2015 3:52:07 PM

**To:** ████████████████████████████████████████

**CC:** ████████████████████████████████████████

**Subject:** RE: human tissue sections

Hi ███████

Next week works for me, although ████████████████ will be on annual leave.   We have some preserved developing brain samples that should work for you.   Can you meet Monday morning around 11 AM?

██

**From:** ██████████████
**Sent:** Thursday, March 19, 2015 9:46 AM
**To:** ████████████
**Cc:** ████████████████████████
**Subject:** human tissue sections

██,

As we already talked about my lab would like to start using some human tissue for our research in at least two areas: 1) prenatal ethanol exposure, and 2) characterizing the function of an unknown protein that we think is involved with protein trafficking. I would like to get the process started by introducing my two students who are leading these two efforts, ██ and ██████, respectively. Also, as we're trying to submit an R01 on the second project by late May I was wondering if we might try to at least stain for our protein of interest (NSG2) in some early brain sections, if you have them. Perhaps we could get together as a small group in the next few days to see what would be possible for collecting preliminary data, and perhaps proposing some experiments going forward.

Best,

**From:** ████████████████████████████████

**Sent:** 3/19/2015 3:52:07 PM

**To:** ████████████████████████████████████

**CC:**

**Subject:** RE: human tissue sections

Hi █████

Next week works for me, although ████████████ will be on annual leave. We have some preserved developing brain samples that should work for you. Can you meet Monday morning around 11 AM?

██

**From:** ████████████
**Sent:** Thursday, March 19, 2015 9:46 AM
**To** ████████████
**Cc:** ██████████████████████
**Subject:** human tissue sections

██ ,

As we already talked about my lab would like to start using some human tissue for our research in at least two areas: 1) prenatal ethanol exposure, and 2) characterizing the function of an unknown protein that we think is involved with protein trafficking. I would like to get the process started by introducing my two students who are leading these two efforts, ██ and █████ , respectively. Also, as we're trying to submit an R01 on the second project by late May I was wondering if we might try to at least stain for our protein of interest (NSG2) in some early brain sections, if you have them. Perhaps we could get together as a small group in the next few days to see what would be possible for collecting preliminary data, and perhaps proposing some experiments going forward.

Best,

HIGHLY CONFIDENTIAL

Message

Dear Dr. ███,


You may recall our discussion from a few months back about trying to stain for our protein of interest in some early brain sections. I was wondering if you have and would be kindly willing to provide us with human fetal brain tissue so we could section and try out some preliminary staining experiments.


Sincerely

███████

HIGHLY CONFIDENTIAL

Message

**From:** ██████████████████████████████████

**Sent:** 5/1/2015 5:58:59 PM

**To:** ██████████████████████████████████

**Subject:** Re: brain-████████

Okay thanks for letting me know.  And thanks for contacting ████ about the ████ letter.  Hopefully they will change it just a little and print on new letterhead.

What do you think about the paper?

---

**From:** ████████████████

**Sent:** Friday, May 1, 2015 11:27 AM

**To:** ████████████

**Subject:** brain--████████

████ just came and took some brain tissue I had in the freezer in both TriZol and TPer, and one of the fixed brains. He doesn't think he'll be able to use such a large brain, and will bring it back if he cannot. He wanted to show it to his PI.



Albuquerque, NM 87131



HIGHLY CONFIDENTIAL

Exhibit 6.31

■■■

Thanks for the update, that is fantastic data! We will try to get later gestation lung for you, sometimes we can get up to 20-22 weeks, but it is unusual these days to get non-digoxin exposed samples beyond 18 weeks (i.e., no living tissues). We can get cord blood, which I am sure you can as well. What about MSCs from tracheal aspirates of ELBW infants? I know the yield would be low, but perhaps the first 48 hours of tracheal secretions could be collected. We will continue to look for later gestational age samples for you.

■■■

>>> ■■■■■■■■■■■■■■■■■■■■■■■■■■ 8/1/2012 1:17 PM >>>
Dear Prof. ■■■■■ dear ■■■■■
Thank you very much for the lung samples you have sent me so far. I just want to give you a quick update on what I have done by now and what I am up to:

I managed to isolate the mesenchym from those tissues and showed that at 15.6 wk of age (the latest lung) all of the cells are what we call "Mesenchymal Stem Cell" by now. I have included FACS-data, showing the positivity for the standard MSC-markers CD105 (PerCP-Cy 5.5), CD90 (FITC) and CD73 (APC) as well as for the newly proposed CD146 (PE as drop-in in CD105/CD73/CD90 cocktail). The population is negative for CD34, CD45, CD14, CD19 and HLA-DR (as "negative Cocktail", all PE), fulfilling the actual criteria to state them MSC's. Interestingly, no GD2 (Disialoganglioside 2, PE as drop-in in CD105/CD73/CD90 cocktail) can be found on those cells: This marker has been described on MSC's from the bone marrow, non-expression on our cells supports the hypothesis of a huge MSC family with a large variety of differentially expressed markers. It is obvious that the term "MSC" represents a huge family of cells, each with different properties, abilities, living in different niches of the body.

It has been described (Hershenson et.al.: *Pediatrics*, 2010 and *Am J Physiol Lung Cell Mol Physiol*, 2012) that resident lung MSC's (e.g. the ones I've isolated) play a major roll in the development of BPD, e.g. that there is a coincidence of MSC's in the tracheal aspirate and the risk to develop BPD later on. The (premature?) differentiation of MSC's into Myofibroblasts might be one of the major processes here. However, it still remains unclear how the Mesenchym with its stem cells and all the other resident lung cells interact in the normal and disrupted development, leading to either healthy or BPD-lung.

We want to address this point using
a) isolated MSC's from fetal lungs, showing their functional properties and abilities in Hyperoxia and Normoxia
b) a human fetal lung explant culture in Hyperoxia and Normoxia.
We also want to see if MSC's from the human umbilical cord have beneficial effects on cell survival, growth and development in those settings.

For all the experiments, it might be best to have "older" tissue >15 week of age, for the lung explant culture the oldest lung available is best. Prof. ■■■■■ told me, that you are working on the effects of Digoxin (right?) in extreme premature babies - is there a chance to get one of those lungs? I'm very excited about this collaboration and happy with the way it works right now! If you have any questions, please feel free to contact me via eMail or lab-phone.
Once again, thank you very much for the opportunity to work with those tissues!
Regards from Edmonton,

■■■

Ps: I also managed to isolate SP-C positive cells form the same sample, but have to fine-tune the separation process to increase the yield. I'll keep you posted.


Attachments:
Flow Cytometry Data for human fetal lung derived MSC's
Immunocytochemistry revealing a MSC - Myofibroblast subpopulation

Exhibit 6.32

ONE HUNDRED FOURTEENTH CONGRESS

# Congress of the United States

## House of Representatives

### COMMITTEE ON ENERGY AND COMMERCE

2125 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–6115

Majority (202) 225–2927
Minority (202) 225–3641

November 18, 2016

**By Email**

University of New Mexico
c/o Stephen M. Ryan
McDermott Will & Emery LLP
500 North Capitol Street, N.W.
Washington, DC 20001-1531

Dear Mr. Ryan:

I write to follow up with the University of New Mexico (UNM) regarding two matters. First, we would like to schedule a transcribed interview by telephone of the principal tissue technician who directly handled fetal tissue transfers between Southwestern Women's Options and UNM. Please let me know at your earliest opportunity whether such an interview can be scheduled for Monday, November 28, at 11:30 Eastern Standard Time.

Second, we ask that UNM follow up with complete responses to the questions below, which relate to the items listed in the schedule to the Panel's subpoena to UNM. These apply to the period from 2011 to the present:

1. When tissue is transferred between UNM and any other entity, are there any outlays of money from any party involved in the transaction? This would include shipping costs and any other expenses.

2. UNM's production includes (apparently duplicative) material transfer agreement questionnaires detailing costs for only two institutions: the University of South Florida (UNM 921, 1132, 1138, 3263) and Ottawa Hospital Research Institute (UNM 922, 1131, 1137). Are any such documents available for any other institutions?

3. UNM's production includes only one Federal Express form reflecting a shipment of fetal tissue (UNM 1113). Please produce all documents and communications, including accounting and billing records, relating to this Federal Express account as well as any other courier used for fetal tissue transfers.

4. Please detail, with all related documents, any payments UNM (including its faculty) receives from the University of South Florida, the Ottawa Hospital Research Institute, and any other entity that receives fetal tissue from UNM. Include a description of the purpose for each payment.

5. Other than payments, did any other entity that receives fetal tissue from UNM ever transfer or give anything of value to UNM? Does UNM have any other contracts with those entities?

6. Does any component of UNM have a budget or annual or other periodic report detailing income, projects, or expenditures relating to fetal tissue?

7. Please provide IRB approvals for each study involving UNM faculty that used fetal tissue.

8. Would UNM detail the gestational age of abortions performed at UNM facilities? Please include the number of second and third trimester abortions that have been performed at each facility.

Kindly have your client provide responses no later than November 30, 2016.

Sincerely,

T. March Bell
Chief Counsel
Select Investigative Panel

cc:     Heather Sawyer
        General Counsel to Ranking Member Jan Schakowsky
        Select Investigative Panel

Exhibit 6.33

# MATERIAL TRANSFER AGREEMENT
## FOR THE TRANSFER OF HUMAN MATERIALS
## FOR NON-PROFIT RESEARCH PURPOSES

This Human Material Transfer Agreement ("MTA") is between the Regents of the University of New Mexico for its public operation known as the Health Sciences Center, specifically for the School of Medicine, Department of Obstetrics and Gynecology ("PROVIDER") located at HSC Financial Services – PreAward, MSC09 5220, 1 University of New Mexico, Albuquerque, NM 87131-0001, and The University of South Florida Board of Trustees, a public body corporate, for the University of South Florida ("RECIPIENT"), for the transfer of human material, with or without accompanying data, for research purposes as further defined below. PROVIDER and RECIPIENT may each be referred to as Party or collectively as Parties. This MTA will become effective on the date of the last signature below.

PROVIDER Investigator:

███████████████

RECIPIENT Investigator:

███████████████

RECIPIENT and PROVIDER agree as follows:

1. PROVIDER will transfer to RECIPIENT the following: fetal GI tissue (collectively "Human Material").

2. Descriptive title of RECIPIENT's research with Human Material is: <u>Fetal GI Development</u> ("Research Project").

3. RECIPIENT agrees to use Human Material for teaching and non-profit research purposes only and will not use Human Material for any commercial purposes, including selling, commercial screening, or transferring Human Material to a third party for commercial purposes.

4. RECIPIENT will only use Human Material for the Research Project.

5. RECIPIENT represents that it has obtained Institutional Review Board approval, as appropriate, to use Human Material.

6. THE RECIPIENT AGREES THAT THIS HUMAN MATERIAL MAY NOT BE USED IN HUMANS OR FOR ANY DIAGNOSTIC, PROGNOSTIC, OR TREATMENT PURPOSES.

7. RECIPIENT will allow the use of Human Materials only by RECIPIENT Investigator and RECIPIENT Investigator's research team that are under the direct supervision of RECIPIENT Investigator and only after they have been informed of and agreed to the provisions and restrictions stated herein. Any transfer of Human Material to other than RECIPIENT Investigator's research team requires the advanced written approval of PROVIDER.

8. All Confidential Information that is transferred between PROVIDER and RECIPIENT is subject to the following:

CONFIDENTIAL

UNM03457

All information to be deemed confidential under this MTA shall be clearly marked "CONFIDENTIAL" by the providing Party and maintained in confidence by the receiving Party for a period of three (3) years from the receiving Party's receipt of the Confidential Information. Any Confidential Information that is orally disclosed must be reduced to writing and marked "CONFIDENTIAL" by the providing Party and such notice must be provided to the receiving Party within thirty (30) days of the oral disclosure.

For the purposes of this MTA, Confidential Information includes any scientific or business data relating to the Human Material that a Party asserts are confidential and proprietary; except for data that:

a. have been published or otherwise publicly available at the time of disclosure to the receiving Party; were in the possession of or were readily available to the receiving Party without being subject to a confidentiality obligation from another source prior to the disclosure;

b. have become publicly known, by publication or otherwise, not due to any unauthorized act of the receiving Party;

c. the receiving Party can demonstrate it developed independently, or acquired without reference to, or reliance upon, such Confidential Information; or

d. are required to be disclosed by law, regulation, or court order.

9. RECIPIENT will not contact or make any effort to identify individuals who are or may be the sources of Human Material, without specific written approval from PROVIDER.

10. RECIPIENT will comply with all laws, rules and regulations applicable to the handling and use of the Human Material.

11. Either Party may terminate this MTA with sixty (60) days written notice to the other Party.

12. When the Research Project is completed or this MTA is terminated, whichever comes first, any unused Human Material will either be destroyed in compliance with all applicable statutes and regulations or will be returned to the PROVIDER as requested by the PROVIDER.

13. In all oral presentations or written publications concerning the use of Human Materials, RECIPIENT will acknowledge PROVIDER's contribution of Human Material unless requested otherwise by PROVIDER.

14. Any Human Material delivered pursuant to this MTA is understood to be experimental in nature and may have hazardous properties. PROVIDER MAKES NO REPRESENTATIONS AND EXTENDS NO WARRANTIES OF ANY KIND, EITHER EXPRESSED OR IMPLIED. THERE ARE NO EXPRESS OR IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OR THAT THE USE OF HUMAN MATERIAL WILL NOT INFRINGE ANY PATENT, COPYRIGHT, TRADEMARK, OR OTHER PROPRIETARY RIGHTS.

15. No indemnification for any loss, claim, damage, or liability is intended or provided by either Party under this MTA. Each Party shall be liable for any loss, claim, damage, or liability that said Party incurs as a result of said Party's activities under this MTA, except that the

CONFIDENTIAL

UNM03458

PROVIDER's liability as an State Funded Public Institution of Higher Education, will be subject in all cases to the immunities and limitations of the New Mexico Tort Claims Act, sections 41-4-1 *et. seq.* NMSA 1978, as amended.

The Parties have executed this MTA by their respective duly authorized officers on the day and year hereinafter written. Any communication or notice to be given shall be forwarded in writing to the respective addresses listed below.

FOR PROVIDER:

_____     2/24/16
(Signature of Authorized Official)          Date

Vice Chancellor for Research, HSC

Mailing Address for Notices:
HSC Financial Services — PreAward
MSC09 5220, 1 University of New Mexico
Albuquerque, NM 87131-0001


ACKNOWLEDGED BY:
PROVIDER INVESTIGATOR

_____
(Signature)                                 Date


RECIPIENT INVESTIGATOR

_____     3-14-16
(Signature)                                 Date

FOR RECIPIENT:

_____     3/14/16
(Signature of Authorized Official)          Date
(Printed Name and Title) Director, Patents & Licensing

APPROVED AS TO FORM
AND LEGAL SUFFICIENCY

ATTORNEY-UNM

Mailing Address for Notices:

CONFIDENTIAL

Cell ████████

Bday ████

Lab: U of So. FL
12901 Bruce B Downs Blvd

████████

Tampa FL 33612

████@health.usf.edu

Peds FedExacct ████████
        Ref    997647

FedEx office for Saturday pickup:
    5101 W. Waters Ave.
    Tampa, FL 33634
       (800) 463-3339

CONFIDENTIAL

**FedEx Express** — NEW Package US Airbill

FedEx Tracking Number: 8079 5216 5260

Form 0200

ID No.

**1 From** *Please print and press hard.*

Date 6-24-16    Sender's FedEx Account Number ▮▮▮▮

Sender's Name ▮▮▮▮    Phone (505) ▮▮▮

Company U. of N.M.

Address 915 Camino de Salud NE

*Dept./Floor/Suite/Room*

City Albuquerque    State NM    ZIP 87131

**2 Your Internal Billing Reference**    997647   12.3 M
*First 24 characters will appear on invoice.*

**3 To**

Recipient's Name ▮▮▮▮    Phone 773

Company c/o FedEx    (800) 463-3339

Address 5101 W. Waters Ave.
*We cannot deliver to P.O. boxes or P.O. ZIP codes.*    *Dept./Floor/Suite/Room*

☐ HOLD Weekday   FedEx location address REQUIRED. NOT available for FedEx First Overnight.

Address Fa
*Use this line for the HOLD location address or for continuation of your shipping address.*

☐ HOLD Saturday   FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

City Tampa    State FL    ZIP 33634

**4 Express Package Service**    *To most locations.*
NOTE: Service order has changed. Please select carefully.

*Packages up to 150 lbs.*
*For packages over 150 lbs, use the new FedEx Express Freight US Airbill.*

**Next Business Day**

☒ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.*
Saturday Delivery NOT available.

**2nd & 3rd Business Days**

☐ FedEx 2Day A.M.
Second business morning.*
Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Express Saver
Third business day.*
Saturday Delivery NOT available.

**5 Packaging**    *Declared value limit $500.*

☐ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☒ Other

**6 Special Handling and Delivery Signature Options**

☒ SATURDAY Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☒ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery. Fee applies.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

**Does this shipment contain dangerous goods?**
One box must be checked.

☒ No   ☐ Yes As per attached Shipper's Declaration   ☐ Yes Shipper's Declaration not required.   ☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.
FedEx Acct. No. Credit Card No.

☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages    Total Weight ___ lbs.    Total Declared Value† $ ___ .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

Rev. Date 1/12 • Part #157002 • ©2012 FedEx • PRINTED IN U.S.A. SRF

644

**Easy new Peel-and-Stick airbill. No pouch needed.**
Apply airbill directly to your package. See directions on back.

---

June 24, 2016  4:25:12 PM

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final.

M = Weight entered manually
S = Weight read from scale
T = Taxable item

FedEx Account: *****▮

Total Due:   118.99

Shipment subtotal:   118.99

Scheduled Delivery Date 06/25/2016

FIRST OVERNIGHT
8079521652B0
3.00 lb (M)
2ND Delivery

118.99

118.99

Location:
Device ID:
Employee:
Transaction:

ABQA
ABQA-POS2
5042520
87021060S672

**FedEx**

1501 RENAISSANCE BLVD
Albuquerque, NM 87107

---

CONFIDENTIAL

UNM03461

# FedEx Express US Airbill

**NEW Package**

FedEx Tracking Number: **8079 5216 5270**

Form ID No. **0200**

**1 From** *Please print and press hard.*

Date **5.25.16**

Sender's FedEx Account Number

Sender's Name

Phone ( **505** )

Company **U of N.M.**

Address **915 Camino de Salud NE,**

City **ABQ**   State **NM**   ZIP **87131**

**2 Your Internal Billing Reference**
*First 24 characters will appear on invoice.*
**997647   12.3 m**

**3 To**

Recipient's Name

Phone ( **773** )

Company **U. of So, FL**

Address **12901 Bruce B. Downs Blvd.**

Address *Use this line for the HOLD location address or for continuation of your shipping address.*

City **Tampa**   State **FL**   ZIP **33612**

Easy new Peel-and-Stick airbill. No pouch needed.
Apply airbill directly to your package. See directions on back.

**4 Express Package Service**   *To most locations.*

Packages up to 150 lbs.
*For packages over 150 lbs, use the new FedEx Express Freight US Airbill.*

- [ ] FedEx First Overnight
- [x] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging**   *Declared value limit $500.*

- [ ] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [x] Other

**6 Special Handling and Delivery Signature Options**

- [ ] SATURDAY Delivery

- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?

- [x] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required.
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment**   *Bill to:*

- [x] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages    Total Weight    Total Declared Value

**644**

Rev. Date 1/12 • Part #163022 • ©2012 FedEx • PRINTED IN U.S.A. SRF

---

May 25, 2016 4:31:22 PM

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

M = Weight entered manually
S = Weight read from scale
I = Taxable item

FedEx Account: *****

Total Due: 34.29

Shipment subtotal: 34.29

Total subtotal: 34.29

Scheduled Delivery Date 05/26/2016

8079.5216.5270

PRIORITY OVERNIGHT

5.60 lb (S)

34.29

Transaction:
Employee: 8702035686674
Device ID: 775888
Location: A60A-POS3
ABQA

1501 N RENAISSANCE BLVD
Albuquerque, NM 87107

FedEx.

---

CONFIDENTIAL

UNM03462

# FedEx Express

**NEW Package**
**US Airbill**

FedEx Tracking Number: 8079 5216 5292

Form ID No. 0200

fedex.com

## 1 From Please print and press hard.

Date 4·14·16

Sender's FedEx Account Number [redacted]

Sender's Name [redacted]   Phone ( 505 ) [redacted]

Company University of New Mexico

Address 915 Camino de Salud NE,                    Dept/Floor/Suite/Room

City Albuquerque   State NM   ZIP 87131

## 2 Your Internal Billing Reference

First 24 characters will appear on invoice.
997647
Research 13 wk GI + BM

## 3 To

Recipient's Name [redacted]   Phone ( 773 ) [redacted]

Company Univ. of So. Florida

Address [redacted]   Dept/Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address 12901 Bruce B. Downs Blvd.
Use this line for the HOLD location address or for continuation of your shipping address.

City Tampa   State FL   ZIP 33612

---

**Easy new Peel-and-Stick airbill. No pouch needed.**
Apply airbill directly to your package. See directions on back.

---

## 4 Express Package Service *To most locations.
NOTE: Service order has changed. Please select carefully.

Packages up to 150 lbs.
For packages over 150 lbs., use the new FedEx Express Freight US Airbill.

### Next Business Day

[ ] FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[X] FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] FedEx Standard Overnight
Next business afternoon.*
Saturday Delivery NOT available.

### 2nor 3 Business Days

[ ] FedEx 2Day A.M.
Second business morning.*
Saturday Delivery NOT available.

[ ] FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

[ ] FedEx Express Saver
Third business day.*
Saturday Delivery NOT available.

## 5 Packaging *Declared value limit $500.

[ ] FedEx Envelope*   [ ] FedEx Pak*   [ ] FedEx Box   [ ] FedEx Tube   [X] Other

## 6 Special Handling and Delivery Signature Options

[ ] SATURDAY Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

[ ] No Signature Required
Package may be left without obtaining a signature for delivery.

[ ] Direct Signature
Someone at recipient's address may sign for delivery. Fee applies.

[ ] Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

### Does this shipment contain dangerous goods?

One box must be checked.

[X] No   [ ] Yes As per attached Shipper's Declaration.   [ ] Yes Shipper's Declaration not required.   [ ] Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg   [ ] Cargo Aircraft Only
Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

## 7 Payment Bill to:

Enter FedEx Acct. No. or Credit Card No. below.

[X] Sender Acct. No. in Section 1 will be billed.   [ ] Recipient   [ ] Third Party   [ ] Credit Card   [ ] Cash/Check

FedEx Acct. No. / Credit Card No.   Exp. Date

Total Packages   Total Weight ___ lbs.   Total Declared Value† $ ___ .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

Rev. Date 1/12 • Part #163002 • ©2012 FedEx • PRINTED IN U.S.A. SRF

644

---

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

April 14, 2016 4:41:32 PM

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final.

H = Weight entered manually
S = Weight read from scale
T = Taxable item

Total Due:
FedEx Account: ***** [redacted]

Shipment subtotal:

Scheduled Delivery Date 04/15/2016

PRIORITY OVERNIGHT
8079521652992
(3.50 lb (M))

Location:
Device ID:
Employee:
Transaction:

ABQA
ABQA-POS2
5042620
8701938271696

31.02
31.02
31.02
31.02

1501 RENAISSANCE BLVD
Albuquerque, NM 87107

FedEx

CONFIDENTIAL

UNM03463

**FedEx Express** *NEW Package* *US Airbill*

FedEx Tracking Number 8079 5216 5307

Form ID No. 0200

1 **From** *Please print and press hard.*

Date 3.23.16 Sender's FedEx Account Number [redacted]

Sender's Name [redacted] Phone (505 [redacted]

Company U. of New Mexico

Address 915 Camino de Salud NE, [redacted] Dept/Floor/Suite/Room

City ABQ State NM ZIP 87131

2 **Your Internal Billing Reference** First 24 characters will appear on invoice. 19 wk ~~lungs~~ GI, spl

3 **To**

Recipient's Name [redacted] Phone (773 [redacted]

Company U of So. Florida

Address 12901 Bruce B. Downs Blvd.

We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept/Floor/Suite/Room

☐ HOLD Weekday — FedEx location address REQUIRED. NOT available for FedEx First Overnight.

Address [redacted]

Use this line for the HOLD location address or for continuation of your shipping address.

☐ HOLD Saturday — FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

City Tampa State FL ZIP 33612

**Easy new Peel-and-Stick airbill. No pouch needed.**
Apply airbill directly to your package. See directions on back.

4 **Express Package Service** • To most locations.

NOTE: Service order has changed. Please select carefully.

*Packages up to 150 lbs.* For packages over 150 lbs., use the new FedEx Express Freight US Airbill.

**Next Business Day**

- ☐ FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- ☒ FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- ☐ FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**

- ☐ FedEx 2Day A.M. — Second business morning.* Saturday Delivery NOT available.
- ☐ FedEx 2Day — Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- ☐ FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

5 **Packaging** * Declared value limit $500.

☐ FedEx Envelope* ☐ FedEx Pak* ☐ FedEx Box ☐ FedEx Tube ☒ Other

6 **Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery — NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required — Package may be left without obtaining a signature for delivery.
☐ Direct Signature — Someone at recipient's address may sign for delivery. *Fee applies.*
☐ Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. *Fee applies.*

**Does this shipment contain dangerous goods?**
One box must be checked.

☒ No ☐ Yes As per attached Shipper's Declaration. ☐ Yes Shipper's Declaration not required. ☐ Dry Ice Dry Ice, 9, UN 1845 ____ x ____ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box. ☐ Cargo Aircraft Only

7 **Payment** *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed. ☐ Recipient ☐ Third Party ☐ Credit Card ☐ Cash/Check

FedEx Acct. No. / Credit Card No. Exp. Date

Total Packages 1 Total Weight ____ lbs. Total Declared Value† $ ____ .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

644

Rev. Date 1/12 • Part #167002 • ©2012 FedEx • PRINTED IN U.S.A. SRF

**FedEx®**
1501 RENAISSANCE BLVD
Albuquerque, NM 87107

Location: ABQA
Device ID: ABQA-POS2
Employee: 5042520
Transaction: 870188546818

PRIORITY OVERNIGHT
807952165307 3.20 lb (M) 32.38

Scheduled Delivery Date 03/24/2016

Shipment subtotal: 32.38

Total Due: 32.38

FedEx Account: 32.38
****[redacted]

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

March 23, 2016 6:30:27 PM

CONFIDENTIAL

UNM03464

11 . 10 . 10

**FedEx** Express  **NEW** Package US Airbill

FedEx Tracking Number **8079 5216 5318**

Form 10 No. **0200**

**1 From** *Please print and press hard.*

Date *12-16-15*

Sender's FedEx Account Number ▓▓▓

Sender's Name ▓▓▓  Phone ( *505* ) ▓▓▓

Company *Univ. of N.M.*

Address *915 Camino de Salad NE,* ▓▓▓  Dept/Floor/Suite/Room

City *ABQ*  State *NM*  ZIP *87131*

**2 Your Internal Billing Reference** First 24 characters will appear on invoice.  *997647  12.7 G1*

**3 To**

Recipient's Name ▓▓▓  Phone ( *773* ) ▓▓▓

Company *U of So. FL.* ▓▓▓

Address *12901 Bruce B. Downs Blvd.*  Dept/Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

☐ HOLD Weekday FedEx location address REQUIRED. NOT available for FedEx First Overnight.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

☐ HOLD Saturday FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

City *Tampa*  State *FL*  ZIP *33612*

**4 Express Package Service** *To most locations.*
NOTE: Service order has changed. Please select carefully.

*Next Business Day*

☐ FedEx First Overnight Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☒ FedEx Priority Overnight Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Standard Overnight Next business afternoon.* Saturday Delivery NOT available.

*2 or 3 Business Days*

☐ FedEx 2Day A.M. Second business morning.* Saturday Delivery NOT available.

☐ FedEx 2Day Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Express Saver Third business day.* Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.*

☐ FedEx Envelope*  ☐ FedEx Pak*  ☐ FedEx Box  ☐ FedEx Tube  ☒ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required Package may be left without obtaining a signature for delivery.

☐ Direct Signature Someone at recipient's address may sign for delivery. Fee applies.

☐ Indirect Signature If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

**Does this shipment contain dangerous goods?**
One box must be checked.

☒ No  ☐ Yes As per attached Shipper's Declaration.  ☐ Yes Shipper's Declaration not required.  ☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.  ☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

FedEx Acct. No.
Credit Card No.

Total Packages *3*  Total Weight ___ lbs.  Total Declared Value† $ ___.00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

*644*

Rev. Date 1/12 • Part #160302 •©2012 FedEx • PRINTED IN U.S.A. SRF

**!** **Easy new Peel-and-Stick airbill. No pouch needed.** Apply airbill directly to your package. See directions on back.

CONFIDENTIAL

UNM03465

11.3.15 

**FedEx** Express  **Package US Airbill**  FedEx Tracking Number  8088 4715 1305

Form 0200

**1** From *Please print and press hard.*  Date 11.3.15

Sender's FedEx Account Number  1 9 0 2 - 6 1 0 - 7

Sender's Name ___  Phone ( 505 )

Company UNM Dept. of Pediatrics,

Address 915 Camino de Salud NE  Dept/Floor/Suite/Room

City Albuquerque  State NM  ZIP 87131

**2** Your Internal Billing Reference  997647
First 24 characters will appear on invoice.

**3** To
Recipient's Name ___  Phone ( 708 )

Company USF,

Address 12901 Bruce B. Downs Blvd  Dept/Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City Tampa  State FL  ZIP 33612

**Ship it. Track it. Pay for it. All online.**
Go to fedex.com.

**4** Express Package Service  *To most locations.*  Packages up to 150 lbs.
For packages over 150 lbs., use the FedEx Express Freight 100 Airbill.

**Next Business Day**

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☒ FedEx Standard Overnight
Next business afternoon.*
Saturday Delivery NOT available.

**2 or 3 Business Days**

☐ FedEx 2Day A.M.
Second business morning.*
Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Express Saver
Third business day.*
Saturday Delivery NOT available.

**5** Packaging  *Declared value limit $500.*

☐ FedEx Envelope*  ☐ FedEx Pak*  ☐ FedEx Box  ☐ FedEx Tube  ☒ Other

**6** Special Handling and Delivery Signature Options  Fees may apply. See the FedEx Service Guide.

☐ Saturday Delivery
NOT available with FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods?
— One box must be checked. —

☒ No  ☐ Yes As per attached Shipper's Declaration.  ☐ Yes Shipper's Declaration not required.  ☐ Dry Ice  Dry Ice, 9, UN 1845 ___ x ___ kg
☐ Cargo Aircraft Only

Restrictions apply for dangerous goods—see the current FedEx Service Guide.

**7** Payment  Bill to:

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

FedEx Acct. No.
Credit Card No.  Exp. Date

Total Packages  Total Weight  Total Declared Value†

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.
Rev. Date 1/15 • Part #163002 • ©2012–2015 FedEx • PRINTED IN U.S.A. SRF

644

CONFIDENTIAL

UNM03466

CONFIDENTIAL

---

**FedEx®** Express

**NEW Package** US Airbill

Tracking Number: 8074 5234 4644

7743 5013 8260

Fml No Ak. 0200

**Easy new Peel-and-Stick airbill. No pouch needed.**
Apply airbill directly to your package. See directions on back.

**1 From** Please print and press hard.

Date 8.24.15

Sender's FedEx
Account Number

Sender's Name _____  Phone ( 505 ) _____

Company LLNM Dept of Pediatrics,

Address 915 Camino de Salud NE

City ABQ  State NM  ZIP 87131

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**
Recipient's Name _____  Phone ( 708 ) _____

Company USE Jr.

Address 12901 Bruce B Downs Blvd

☐ HOLD Weekday
FedEx location address
We cannot deliver to P.O. boxes or P.O. ZIP codes.
☐ HOLD Saturday
FedEx location address
HOLD Weekday/Saturday
Use this line for the HOLD location address or for continuation of your shipping address.

City Tampa  State FL  ZIP 33612

**4 Express Package Service**  *To most locations.*
Packages up to 150 lbs.
For packages over 150 lbs, use the FedEx Express Freight US Airbill.

**FedEx Priority Overnight**
☐ Next business morning. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
**FedEx Standard Overnight** ☒
Next business afternoon.
Saturday Delivery NOT available.
**FedEx First Overnight**
☐ Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

**FedEx 2Day**
☐ Second business day. Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
**FedEx Express Saver**
☐ Third business day.
Saturday Delivery NOT available.

**5 Packaging**  ☐ *Declared value limit $500.*

☐ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube   ☒ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.
☒ Direct Signature
Someone at recipient's address may sign for delivery. Fee applies.
☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

Does this shipment contain dangerous goods?
One box must be checked.

☐ No   ☐ Yes As per attached Shipper's Declaration. Not required.   ☐ Yes Shipper's Declaration not required.
☐ Dry Ice  Dry Ice, 9, UN1845 ___ kg   ☐ Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

Ø

**7 Payment** Bill to:

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender
FedEx Acct. No.
Credit Card No.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value†
$ .00   lbs.

† Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

Rev. Date 11/12 • Part #159062 • ©2012 FedEx • PRINTED IN U.S.A. SRF

544



**FedEx Express** NEW Package US Airbill

FedEx Tracking Number: 8047 8749 3864

Form ID No. 0200

**1 From** *Please print and press hard.*

Date 10/28/15

Sender's FedEx Account Number

Sender's Name _____ Phone ( 505 )

Company UNM Dep't. of Pediatrics,

Address 915 Camino de Salud NE

City Albuquerque   State NM   ZIP 87131

**2 Your Internal Billing Reference** First 24 characters will appear on invoice. 997647

**3 To**
Recipient Name _____ Phone ( 708 )

Company USF,

Address 12901 Bruce B Downs Blvd.
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City Tampa   State FL   ZIP 33612

HOLD Weekday
FedEx location address
☐ REQUIRED. NOT available for FedEx First Overnight.

HOLD Saturday
☐ REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

**4 Express Package Service**  *To most locations.*
Packages up to 150 lbs.
For packages over 150 lbs., use the new FedEx Express Freight US Airbill.

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☒ FedEx Standard Overnight
Next business afternoon.*
Saturday Delivery NOT available.

☐ FedEx 2Day A.M.
Second business morning.*
Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Express Saver
Third business day.*
Saturday Delivery NOT available.

**5 Packaging**  *Declared value limit $100.*

☐ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☒ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery. *Fee applies.*

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. *Fee applies.*

Does this shipment contain dangerous goods?
One box must be checked.

☒ No   ☐ Yes As per attached Shipper's Declaration.   ☐ Yes Shipper's Declaration not required.   ☐ Dry Ice Dry Ice, 9, UN1845 ___ x ___ kg   ☐ Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

**7 Payment** *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

FedEx Acct. No.
Credit Card No.
Exp. Date

Total Packages   Total Weight   Total Declared Value†

† Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

Rev. Date ___  #157000 • ©2013 FedEx • PRINTED IN U.S.A. SRF

644

☐ Easy new Peel-and-Stick airbill. No pouch needed.
Apply airbill directly to your package. See directions on back.

CONFIDENTIAL

UNM03468



UNM03469

**FedEx** Express | Package **US Airbill** | FedEx Tracking Number **8088 4735 1290** | Form **0200**

## 1 From *Please print and press hard.*

Date **11-17-15**   Sender's FedEx Account Number

Sender's Name                     Phone ( **505** )

Company **University of New Mexico,**

Address **915 Camino de Salud NE,**   Dept/Floor/Suite/Room

City **Albuquerque**   State **NM**   ZIP **87131**

## 2 Your Internal Billing Reference
First 24 characters will appear on invoice.   **997647**

## 3 To

Recipient's Name                     Phone ( **7731** )

Company **Univ. of So, FL,**

Address **12901 Bruce B Downs Blvd.**   Dept/Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City **Tampa**   State **FL**   ZIP **33612**

Hold Weekday
☐ FedEx location address REQUIRED. NOT available for FedEx First Overnight.

Hold Saturday
☐ FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

*Leave the packing to the pros at FedEx Office.*
Go to fedex.com/office.

## 4 Express Package Service   *To most locations.*   *Packages up to 150 lbs.*

**Next Business Day**
☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☒ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Business Days**
☐ FedEx 2Day A.M.
Second business morning.* Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

## 5 Packaging   *Declared value limit $500.*

☐ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☒ Other

## 6 Special Handling and Delivery Signature Options   *Fees may apply. See the FedEx Service Guide.*

☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods?
One box must be checked.

☒ No   ☐ Yes As per attached Shipper's Declaration.   ☐ Yes Shipper's Declaration not required.   ☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg   ☐ Cargo Aircraft Only

Restrictions apply for dangerous goods—see the current FedEx Service Guide.

## 7 Payment   *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

FedEx Acct. No.
Credit Card No.   Exp. Date

Total Packages   Total Weight   Total Declared Value†

___ lbs.   $ ___ .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.
Rev. Date 3/15 • Part #167002 • ©2012-2015 FedEx • PRINTED IN U.S.A. SRF

**644**

CONFIDENTIAL

UNM03470

**FedEx Express** Package US Airbill

FedEx Tracking Number: 8068 4715 1280

Form ID No. **0200**

**1 From** *Please print and press hard.*

Date: 11·18·15

Sender's FedEx Account Number

Sender's Name: ▮▮▮ Phone (505) ▮

Company: University of N.M.

Address: 915 Camino de Salud NE, ▮ Dept./Floor/Suite/Room

City: Albuquerque    State: NM    ZIP: 87131

**2 Your Internal Billing Reference** First 24 characters will appear on invoice.

997647

**3 To**

Recipient's Name: ▮▮▮    Phone (773) ▮

Company: Univ. of So. FL, ▮

Address: 12901 Bruce B Downs Blvd ▮ Dept./Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address: 
Use this line for the HOLD location address or for continuation of your shipping address.

City: Tampa    State: FL    ZIP: 33612

Deliveries when and where you want.
Learn about FedEx Delivery Manager™ at fedex.com/delivery.

**4 Express Package Service** *To most locations.*

Packages up to 150 lbs.
For packages over 150 lbs., use FedEx Express Freight US Airbill.

**Next Business Day**

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☒ FedEx Standard Overnight
Next business afternoon.*
Saturday Delivery NOT available.

**2 or 3 Business Days**

☐ FedEx 2Day A.M.
Second business morning.*
Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Express Saver
Third business day.*
Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.*

☐ FedEx Envelope*    ☐ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☒ Other

**6 Special Handling and Delivery Signature Options** *Fees may apply. See the FedEx Service Guide.*

☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods?
One box must be checked.

☒ No    ☐ Yes As per attached Shipper's Declaration.    ☐ Yes Shipper's Declaration not required.    ☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___

☐ Cargo Aircraft Only

Restrictions apply for dangerous goods — see the current FedEx Service Guide.

**7 Payment** *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/C

FedEx Acct. No.
Credit Card No.    Exp. Date

Total Packages    Total Weight    Total Declared Value†

___ lbs.    $ ___ .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.
Rev. Date 3/15 • Part #167026 • ©2013–2015 FedEx • PRINTED IN U.S.A. SRF

644

CONFIDENTIAL

fedex.com 1.800.GoFedEx 1.800.463.3339



**FedEx Express** Package US Airbill

FedEx Tracking Number: 8088 4715 1279

Form ID No. 0200

**1 From** *Please print and press hard.*

Date 11-20-15

Sender's FedEx Account Number █████████

Sender's Name ██████ Phone ( 505 )

Company University of N.M.

Address 915 Camino de Salud NE,

City Albuquerque State NM ZIP 87131

**2 Your Internal Billing Reference** *First 24 characters will appear on invoice.*
997 647 20 gel + penc

**3 To**

Recipient's Name ██████ Phone ( 773 )

Company (U. So. FL) FedEx 800-463-3339

Address 5101 W. Waters Ave,
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

Hold Weekday
☐ FedEx location address REQUIRED. NOT available for FedEx First Overnight.

Hold Saturday
☒ FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

City Tampa State FL ZIP 33634

**4 Express Package Service** *To most locations.* Packages up to 150 lbs. For packages over 150 lbs, use the FedEx Express Freight US Airbill.

*Next Business Day*

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☒ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

*2 or 3 Business Days*

☐ FedEx 2Day A.M.
Second business morning.* Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $100.*

☐ FedEx Envelope*  ☐ FedEx Pak*  ☐ FedEx Box  ☐ FedEx Tube  ☐ Other

**6 Special Handling and Delivery Signature Options** *Fees may apply. See the FedEx Service Guide.*

☒ Saturday Delivery
NOT AVAILABLE for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods?
One box must be checked.

☒ No  ☐ Yes As per attached Shipper's Declaration.  ☐ Yes Shipper's Declaration not required.  ☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg

☐ Cargo Aircraft Only

Restrictions apply for dangerous goods—see the current FedEx Service Guide.

**7 Payment** *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

FedEx Acct. No.
Credit Card No.

Total Packages   Total Weight   Total Declared Value†

† Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.
Rev. Date 3/15 • Part #160002 • ©2013–2015 FedEx • PRINTED IN U.S.A. SRF

644

**Shipping online just got easier.**
Go to fedex.com/lite.

CONFIDENTIAL

UNM03472

**FedEx** Express · Package **US Airbill**

FedEx Tracking Number: 8088 4715 1268

Form ID No. 0200

D E

**1 From** Please print and press hard.

Date 11·24·15 · Sender's FedEx Account Number [redacted]

Sender's Name [redacted] Phone ( 505 )

Company Univ. of N.M.

Address 915 Camino de Salud NE, [redacted] Dept./Floor/Suite/Room

City Albuquerque State NM ZIP 87131

**2 Your Internal Billing Reference** First 24 characters will appear on invoice. 997647 156 G1

**3 To**

Recipient's Name [redacted] Phone ( 773 )

Company U. of So. FL, [redacted]

Address 12901 Bruce B. Downs Blvd Dept./Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City Tampa State FL ZIP 33612

Hold Weekday
☐ FedEx location address REQUIRED. NOT available for FedEx First Overnight.

Hold Saturday
☐ FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Ship it. Track it. Pay for it. All online.
Go to fedex.com.

**4 Express Package Service** *To most locations.*

Packages up to 150 lbs.
For packages over 150 lbs., use the FedEx Express Freight US Airbill.

*Next Business Day*

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

*2 or 3 Business Days*

☐ FedEx 2Day A.M.
Second business morning.* Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.*

☐ FedEx Envelope* ☐ FedEx Pak* ☐ FedEx Box ☐ FedEx Tube ☒ Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.

☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods?
One box must be checked.

☒ No ☐ Yes As per attached Shipper's Declaration. ☐ Yes Shipper's Declaration not required. ☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg

☐ Cargo Aircraft Only

Restrictions apply for dangerous goods—see the current FedEx Service Guide.

**7 Payment** Bill to:

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender Acct. No. in Section 1 will be billed. ☐ Recipient ☐ Third Party ☐ Credit Card ☐ Cash/Check

FedEx Acct. No.
Credit Card No.

Total Packages   Total Weight   Total Declared Value†

___ lbs. $ ___ .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.

Rev. Date 3/15 · Part #158002 · ©2013–2015 FedEx · PRINTED IN U.S.A. SRF

644

CONFIDENTIAL

UNM03473

1. Sender:

███████████████████████

**University of New Mexico**

**915 Camino de Salud NE,** ████████████

**Albuquerque, NM 87131 USA**

2. Internal Billing Reference: **997647**

3. Recipient:

████████████████████████████

**University of South Florida, MDC 4011**

**12901 Bruce B. Downs Blvd.**

**Tampa, FL 33612**

"Samples" Harmonized Code: 300190    Value: $500 USD

4. **FedEx Priority Overnight**
5. **Other**
6. **No dangerous goods**

7. **Bill to:** Sender's FedEx #: ████████████

**Please email tracking # to:**

1. ████████████████████████
2. ████████████████████████
3. ████████████████████████
4. ████████████████████████
5. ████████████████████████

CONFIDENTIAL


UNM03475





# FedEx Express

## Expanded Service
## International Air Waybill

For FedEx services worldwide including express freight services, dangerous goods, broker select, and letter of credit.

Sender's Copy

## The World On Time.

**1 From** *Please print and press hard.*

Date 3〒23〒16   Sender's FedEx Account Number ▮▮▮

Sender's Name ▮▮▮   Phone 505-▮▮▮

Company U. of New Mexico

Address 915 Camino de Salud NE

Address ▮▮▮

City Albuquerque   State Province NM

Country USA   ZIP Postal Code 87131

**2 To**

Recipient's Name ▮▮▮   Phone 613-▮▮▮

Company Ottawa Hospital Research Institute

Address Critical Care Wing, 6th Floor, ▮▮▮ Dept/Floor

Address 501 Smyth Road

City Ottawa   State Province ON

Country CAN   ZIP Postal Code K1H 8L6

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**

Total Packages 1   Total Weight 4.5 ☒ lbs. ☐ kg   DIM ☐ 10 10 10 ☒ in. ☐ cm
Shipper's Load and Count/SLAC

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| lung tissue | 300190 | USA | 200 USD |
| | | | |
| | | | |
| | | | |
| | | | |

Has EEI been filed in AES? ☐   For EU Only: Tick here if goods are not in free circulation and provide C.I. ☐   Total Declared Value for Carriage

☐ No EEI required, value $2,500 or less per Schedule B Number, no license required (NLR), not subject to ITAR.   ☐ other than NLR, enter License Exception:

☐ No EEI required, enter exemption number: _____

☐ Yes—Enter AES proof of filing citation:

Total Value (Specify Currency) 200 USD

**4a Express Package Service**   *Packages up to 150 lbs./68 kg*

☒ FedEx Intl. Priority   ☐ FedEx Intl. First Available to select locations.   ☐ FedEx Intl. Economy FedEx Envelope and FedEx Pak rate not available.

☐ _____

**4b Express Freight Service**   *Packages over 150 lbs./68 kg*

☐ FedEx Intl. Priority Freight   ☐ FedEx Intl. Economy Freight

Booking Number REQUIRED
Please call your local FedEx office to book shipments.

**5 Packaging**   *These unique boxes feature with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☐ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube

☒ Other   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6a Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery Available to select locations for FedEx Intl. Priority and FedEx Intl. Priority Freight only.

Does this shipment contain dangerous goods?

☒ No   ☐ Yes As per attached Shipper's Declaration.   ☐ Yes Shipper's Declaration not required.   ☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg   ☐ Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

**6b Broker Selection**   Not available with FedEx Intl. First.   ☐ Intl. Broker Select To specify a broker other than FedEx.

Broker's Name

City/State/Province/Country

ZIP Postal Code REQUIRED   Phone

**7 Payment**   Complete payment options for both transportation charges and duties and taxes.

*Bill transportation charges to:*   Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender Acct. No. in Section 1 will be billed.   ☒ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash Check/Cheque FedEx Use Only

FedEx Acct. No. 123 626 583

Credit Card No.

Credit Card Exp. Date

*Bill duties and taxes to:*   ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

☐ Sender Acct. No. in Section 1 will be billed.   Enter FedEx Acct. No. below.   ☒ Recipient   ☐ Third Party

FedEx Acct. No. 123 626 583

**8 Your Internal Billing Reference**   First 24 characters will appear on invoice.

19 WK OPTIONAL

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department license. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.

WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration regulations. Diversion contrary to U.S. law is prohibited.

Sender's Signature:
This is not authorized ▮▮▮

FedEx Courier Receipt:   Date:
For letter of credit shipments only.



Ship and track packages at fedex.com

For Completion Instructions, see back of fifth page.

**Questions?**
Go to our Web site at fedex.com.
or
In the U.S., call 1.800.GoFedEx 1.800.463.3339.
Outside the U.S., call your local FedEx office.

The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill • ©1994–2008 FedEx

FedEx Tracking Number 8000 9390 5061   Form ID No. 0425

569   PART 158412 • Rev. Date 11/08 ©1994–2008 FedEx • PRINTED IN U.S.A. RBDA

CONFIDENTIAL

UNM03477



**FedEx**

1501 RENAISSANCE BLVD
Albuquerque, NM 87107

Location:        ABQA
Device ID:       ABQA-POS2
Employee:        5042520
Transaction:     870188547890

INTL PRIORITY
800093905061    4.50 lb (M)      175.40
   Total Declared Value     200

Shipment subtotal:       175.40

Total Due:       **175.40**

FedEx Account:       175.40
****

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: <u>fedex.com</u>
Or call 1.800.GoFedEx
1.800.463.3339

March 23, 2016 6:33:34 PM

CONFIDENTIAL

UNM03478

16.3 10g

ORIGIN ID:DNMQ (505) 999-8298
UNM
815 CAMINO DE SALUD NE, BRF 136

UNIV OF NEW MEXICO, NM 87131 US
SIGN:

SHIP DATE: 17DEC15
ACTWGT: 8.40 LB
CAD: 008995205/SSFE1621
DIMS: 15x12x13 IN

BILL RECIPIENT

TO

OTTAWA HOSPITAL RESEARCH INSTITUTE
501 SMYTH RD
CRITICAL CARE WING 6TH FLOOR W6137
OTTAWA ON K1H8L6          (CA)
(613) 737-8899          REF:

**FedEx**
Express



**E**

TRK# 7819 8681 4917
0430

AM
INTL PRIORITY

# XQ YOWA

K1H 8L6
ON-CA YOW

ORIGIN ID:ONMA (505) 999-8296
UNM
915 CAMINO DE SALUD NE, BRF 136

Univ of new mexico, NM 87131
UNITED STATES, US

TO
OTTAWA HOSPITAL RESEARCH INSTITUTE
501 SMYTH RD
CRITICAL CARE WING 6TH FLOOR W6137
Ottawa, ON K1H8L6

Ship Date: 17DEC15
ActWgt: 8.40 LB
CAD: 006995205/SSFE1621

Dims: 15x12x13 IN

EIN/VAT:

(613) 737-8899

(CA)



**FedEx**
Express

AWB



**XQ YOWA**

PKG TYPE: CUSTOMER

TRK# 7819 8681 4917     Form
                        0430

## INTL PRIORITY

REF:
DESC1: ANY MARKED OR MUTILATED ARTICLE OR STRIP CUT FROM FABRIC FO
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.36



COUNTRY MFG: US
CARRIAGE VALUE: 500.00 USD
CUSTOMS VALUE: 500.00 USD

SIGN:
T/C: R 123626583
D/T: R

These commodities, technology, or software were exported from the
United States in accordance with the export administration
regulations. Diversion contrary to US law is prohibited.

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of this
contract on the reverse.

ORIGIN AWB COPY — PLEASE PLACE IN POUCH

CONFIDENTIAL

UNM03480



130 Thad Johnson Rd.
Ottawa, Ont. K1V0X1

**Attention Broker**

Please note that AWB 7819 8681 4917 arrived in our
warehouse without any customs documentation. Memorandum
D17-4-0 appendix B, clause 5 indicates that under the LVS
Program the courier is required to make every possible effort to
provide brokers with supporting documentation or the shipment
declaration provided by the shipper. Please be advised that we
have provided you with all information that was received from the
shipper. Please communicate with the importer of record to
determine any additional specifics with regards to this shipment.

Sincerely,

FedEx Express Ottawa

Import Representatives.

NOTICE: This communication is intended only for the use of the individual or entity named above. If you are not the
intended recipient, you are notified that any use, dissemination or distribution of this communication is strictly prohibited. If
you have received this communication in error, please notify us immediately by telephone and return the original message to
us at the above address.

UNM03481

# Commercial Invoice

**[1] Shipper/Exporter**

Tax ID No. _OPTIONAL_

Contact Name ▓▓▓▓▓▓▓▓▓▓

Contact Phone 505-▓▓▓▓▓▓▓

Email ▓▓▓▓▓▓▓▓▓▓▓▓▓

Company Name U. of New Mexico

Address 1 915 Camino de Salud NE

Address 2 ▓▓▓▓▓▓▓▓

City ABQ   State NM   ZIP 87131

Country USA

**[2] Parties to Transactions:** ☐ Related or ☑ Non-related

**[3]** Ship Date 12-17-15

**[4] Air Waybill No./Tracking No./Bill of Lading**

☑ FedEx Express International Air Waybill Tracking No(s).
7819 8681 4917

☐ FedEx International Ground® Tracking No(s).

**[5] Reference No.**
(e.g., purchase order, invoice no.) 16.3 ▓▓▓▓▓

**[6] Purpose of Shipment** research

**[7] Recipient**

Tax ID No. _OPTIONAL_

Contact Name ▓▓▓▓▓▓▓▓▓

Contact Phone 613-▓▓▓▓▓▓▓

Email ▓▓▓▓▓▓▓▓▓

Company Name Ottawa Hospital Research Institute

Address 1 Critical Care Wing, 6th Floor, ▓▓▓▓

Address 2 501 Smyth Road

City Ottawa   Province ON   Postal Code K1H 8L6

Country CAN

**[8] Importer - if other than recipient**

☑ Same as RECIPIENT

Tax ID No. _OPTIONAL_

Contact Name

Contact Phone

Company Name

Address 1

Address 2

City   Province   Postal Code

Country

**[9] Broker Information**

FedEx Express® shipments will be cleared by our in-house broker. If you wish to designate your own broker for this express shipment, please provide contact information in the Broker Selection section of the FedEx® Expanded Service International Air Waybill.

FedEx International Ground shipments will be cleared by our in-house broker. The shipper is responsible for clearance entry fees. The importer will be billed for duties and taxes and other surcharges, unless they are charged to an authorized FedEx account number.

**[10]** For FedEx Ground only.
**Duties and taxes payable by:** ☐ Shipper ☐ Recipient ☐ Other   If other, please provide FedEx Account Number

| [11] No. of Pkgs | [12] No. of Units | [13] Unit of Measure | [14] Description of Goods | [15] Harmonized Code | [16] Country of Origin | [17] Unit Value | [18] Total Value |
|---|---|---|---|---|---|---|---|
| 1 | 10 | g | lung tissue | _OPTIONAL_ 300190 | USA | 50 USD | 500 USD |

**[19] Total Pkgs** 1

**[20] Total Weight** (Indicate lbs. or kg) 8.4 lb

**[21] Terms of Sale** _OPTIONAL_

**[22] Special Instructions** _OPTIONAL_

| | |
|---|---|
| Subtotal | |
| _OPTIONAL_ Insurance | |
| _OPTIONAL_ Freight | |
| _OPTIONAL_ Packing | |
| _OPTIONAL_ Handling | |
| _OPTIONAL_ Other | |
| **[23]** Invoice Total | 500 USD |
| **[24]** Currency Code | |

**[25]** These commodities, technology, or software were exported from the United States in accordance with Export Administration regulations. Diversion contrary to U.S. law prohibited.

I declare all the information contained in this Invoice to be true and correct.

Signature and Title of Authorized Person ▓▓▓▓▓▓▓▓   Date 12-17-15

M-1054 REV 7/10 Part 116547 RRD

0002769PM

CONFIDENTIAL

UNM03482

**FedEx**

Address:           3720 SPIRIT DRIVE S E
                   ALBUQUERQUE
                   NM 87106
Location:          ABQR
Device ID:         -BTC02

Sender Address:

UNM
915 CAMINO DE SALUD NE,
Univ of new mexico, NM 87131
505

Recipient Address:

OTTAWA HOSPITAL RESEARCH INSTITUTE
501 SMYTH RD
CRITICAL CARE WING 6TH FLOOR
Ottawa, ON K1H8L6
6137

Commodities:
    SAMPLES

Bill Duties/Taxes:
    RECIPIENT

Package Information:
    YOUR_PACKAGING
    15 x 12 x 13

Payment Type:
    RECIPIENT

Total Declared Value:
    500

Total Declared Value for Customs:
    500.00

FedEx International Priority
                    8.4 LB (S)          ***

---

**FedEx**

Address:           3720 SPIRIT DRIVE S E
                   ALBUQUERQUE
                   NM 87106
Location:          ABQR
Device ID:         -BTC02
Transaction:       860125638598

FedEx International Priority
781986814917      8.4 LB (S)          ***
    Declared Value    500

FedEx Recipient Account
    ****

    M = Weight entered manually
    S = Weight read from scale
    T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

December 17, 2015 5:45:21 PM

CONFIDENTIAL

UNM03483

# International Air Waybill

For FedEx services worldwide.

12 17 15 / 1200

**Please print and press hard.**

Date 12 / 16 / 15   Sender's FedEx Account Number █████████

Sender's Name ██████   Phone 505- █████████

Company University of New Mexico

Address 915 Camino de Salud NE

Address █████████

City Albuquerque   State/Province NM

Country USA   ZIP/Postal Code 87131

**2 To**

Recipient's Name PO# OHRIT 25338   Phone 613- █████████

Company Ottawa Hospital Research Institute

Address Critical Care Wing, 6th Floor,   Dept./Floor

Address 501 Smyth Road

City Ottawa   State/Province ON

Country CANADA   ZIP/Postal Code K1H 8L6

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/AD/IN/ABN, or as locally required.

**3 Shipment Information**   For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages Shipper's Load and Count/SLAC ___   Total Weight 7 ☒ lbs ☐ kg   DIM 13 / 13 / 1 / ☒ ☐ in ☐ cm

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Lung tissue MUST BE SHOWN IN ENGLISH. | 300190 | USA | 500 |
| | | | |

Has EEI been filed in AES?
For EEI, Export Only; Check One
☐ No EEI required, enter exemption number.
☐ Yes – Enter AES proof of filing citation.

☐ No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to FINAL.
If other than NLR, enter License Exception.

Total Declared Value for Carriage

Total Value for Customs (Specify Currency) 500 USD

**4 Express Package Service**   Packages up to 150 lbs / 68 kg
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

☐ FedEx Intl. Priority   ☐ FedEx Intl. First   Available to select locations.

☐ FedEx Intl. Economy   FedEx Envelope and FedEx Pak not available.

**Not all service options are available to all destinations. Dangerous goods cannot be shipped using Air Waybill.**

**5 Packaging**   *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☐ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube
☒ Other   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6 Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery   Available to select locations for FedEx Intl. Priority only.

**7 Payment**   Complete payment options for both transportation charges and duties and taxes.

Bill transportation charges to:   Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender Acct. No. in Section 1 will be billed.   ☒ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Cheque   FedEx Use Only

FedEx Acct. No. ___

Credit Card No. ___

Credit Card Exp. Date ___

Bill duties and taxes to:   ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☐ Sender Acct. No. in Section 1 will be billed.   ☒ Recipient   ☐ Third Party

FedEx Acct. No. ___

**8 Your Internal Billing Reference**   First 24 characters will appear on invoice.

121 7 wk1

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Sender's Signature: ___

This is not authorized ___

**For Completion Instructions, see back of fifth page.**

FedEx Tracking Number 8754 7931 6241

**Ship and track packages at fedex.com**

The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill © 1994–2009 FedEx

**Questions? Go to our Web site at fedex.com.**
Or in the U.S., call 1.800.GoFedEx 1.800.463.3339. Outside the U.S., call your local FedEx office.

PART 158419
© 1994–2009 FedEx
PRINTED IN U.S.A.

Form ID No. 041

56B

Bill Recipient/Third Party

INTL PRIORITY
8754 7931 6241   6.75 lb (S)   ***

Location:
Device ID:   ABGR
Employee:   ABGR-P0S2
Transaction:   632033
86016973626

3720 SPIRIT DRIVE S E
ALBUQUERQUE, NM 87106

FedEx

*** See payer invoice

H = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

December 16, 2015 5:18:01 PM

CONFIDENTIAL

UNM03484



## Expanded Service
## International Air Waybill

For FedEx services worldwide including express freight services, dangerous goods, broker select, and letter of credit.

**The World On Time.**

Not all services and options are available to all destinations.

**1  From** Please print and press hard.

Date 02/13/2013    Sender's FedEx Account Number [redacted]

Sender's Name [redacted]    Phone 505. [redacted]

Company  UNM

Address [redacted]

Address  915 Camino de Salud NE

City  Albuquerque    State/Province  NM

Country  USA    ZIP/Postal Code  87131

**2  To**

Recipient's Name [redacted]    786- [redacted]    Phone 780- [redacted]

Company  U of Alberta    (Speed Code PD 122)

Address  3-032 Katz    Dept./Floor

Address

c/o  Edmonton,    State/Province  AB

Country  CAN    ZIP/Postal Code  T6G 2S2

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/EIN/ABN, or as locally required.

**3  Shipment Information**

Total Packages  /    Total Weight    ☐ lbs.  ☐ in.
Shipper's Load and Count/SLAC    ☐ kg  DIM  / [ ] / [ ]  ☐ cm

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| human lung tissue | 300190 | USA | $750 |
| 18 | | | |
| non-hazardous | | | |
| non-pathogenic | | | |

Has EEI been filed in AES?
For U.S. Export Only: Check One
☐ No EEI required, value $2,500 or less per Schedule B Number, no license required (NLR), not subject to ITAR.
☐ No EEI required, enter exemption number:
☐ AES proof of filing citation:

For EU Only: Tick here if goods are not in free circulation and provide C.I.    If other than NLR, enter License Exception:

Total Declared Value for Carriage    Total Value for Customs (Specify Currency)
$750 USD

**4a  Express Package Service**    Packages up to 150 lbs. / 68 kg
☒ FedEx Intl. Priority    ☐ FedEx Intl. First  Available to select locations.    ☐ FedEx Intl. Economy  FedEx Envelope and FedEx Pak rate not available.
☐

**4b  Express Freight Service**    Packages over 150 lbs. / 68 kg
☐ FedEx Intl. Priority Freight    ☐ FedEx Intl. Economy Freight
Booking Number [REQUIRED]
Please call your local FedEx office to book shipments.

**5  Packaging**    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.
☐ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube
☒ Other    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6a  Special Handling**
☐ HOLD at FedEx Location    ☐ SATURDAY Delivery  Available to select locations for FedEx Intl. Priority and FedEx Intl. Priority Freight only.
Does this shipment contain dangerous goods?  One box must be checked.
☒ No    ☐ Yes  As per attached Shipper's Declaration.    ☐ Yes  Shipper's Declaration not required.    ☐ Dry Ice  Dry Ice, UN 1845 ___ x ___ kg    ☐ Cargo Aircraft Only
Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

**6b  Broker Selection**    Not available with FedEx Intl. First.    ☐ Intl. Broker Select  To specify a broker other than FedEx.
Broker's Name
City / State / Province / Country
ZIP / Postal Code [REQUIRED]    Phone

**7  Payment**    Complete payment options for both transportation charges and duties and taxes.
Bill transportation charges to:
Enter FedEx Acct. No. or Credit Card No. below.
☐ Sender Acct. No. in Section 1 will be billed.    ☒ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check/Cheque
Credit Card No. [redacted]    FedEx Use Only
Credit Card Exp. Date

Bill duties and taxes to:    ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.
Enter FedEx Acct. No. below.
☐ Sender Acct. No. in Section 1 will be billed.    ☒ Recipient    ☐ Third Party
FedEx Acct. No. [redacted]

**8  Your Internal Billing Reference**    First 24 characters will appear on invoice.
2-13-13    18  OPTIONAL

**9  Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department license. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.
WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:  [signature]  2/13/13
This is not authorization to hold and this shipment includes required signature.

FedEx Courier Receipt:    Date:
For letter of credit shipments only.

**Ship and track packages at fedex.com**

For Completion Instructions, see back of fifth page.

**Questions?**
Go to our Web site at fedex.com.
or
In the U.S., call 1.800.GoFedEx 1.800.463.3339.
Outside the U.S., call your local FedEx office.

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill ·©1994-2008 FedEx

FedEx Tracking Number  8000 9390 5040    Form ID No. 0425

569    PART 158412 • Rev. Date 11/08
©1994-2008 FedEx • PRINTED IN U.S.A. BRDA

CONFIDENTIAL

UNM03485



1501 RENAISSANCE BLVD
ALBUQUERQUE, NM 87107

| | |
|---|---|
| Location: | ABQA |
| Device ID: | ABQA-POS1 |
| Employee: | 874695 |
| Transaction: | 78075930405 |

---

INTL PRIORITY
 800093905040     7.05 lb (S)           ***
      Total Declared Value      750

Bill Recipient/Third Party

           *** See payer invoice

        M = Weight entered manually
        S = Weight read from scale
        T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

        Visit us at: fedex.com
        Or call 1.800.GoFedEx
           1.800.463.3339

      ebruary 13, 2013 5:27:26 PM

CONFIDENTIAL

UNM03486



**FedEx Express**

## Expanded Service
## International Air Waybill

For FedEx services worldwide including express freight services, dangerous goods, broker select, and letter of credit.

**1 From** Please print and press hard.

Date 02/04/2013    Sender's FedEx Account Number [redacted]

Sender's Name [redacted]    Phone 505- [redacted]

Company University of New Mexico

Address 915 Camino de Salud NE

Address

City Albuquerque    State Province NM

Country USA    ZIP Postal Code 87131

**2 To**

Recipient's Name [redacted]    Phone 780- [redacted]

Company University of Alberta

Address 3-032 Katz

Dept./Floor [speed code PD437]

Address

City Edmonton    State Province AB

Country CAN    ZIP Postal Code T6G 2S2

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/EIN/IABN, or as locally required.

**3 Shipment Information**

| Total Packages | Total Weight | | lbs. | DIM | / W / | ☐ in. |
|---|---|---|---|---|---|---|
| Shipper's Load and Count/SLAC | 4 | kg | | | | ☐ cm |

| Commodity Description | | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|---|
| human lung tissue | 17.8 | 300190 | USA | $750.00 |
| -nm-hazardous | | | | |
| -non-pathogenic | | | | |

| | | |
|---|---|---|
| Has EEI been filed in AES? For U.S. Export Only: Check One | For EU Only: Tick here if goods are not in free circulation and provide C.I. | Total Declared Value for Carriage |
| ☐ No EEI required, value $2,500 or less per Schedule B Number, no license required (NLR), not subject to ITAR. ☐ other than NLR, enter License Exception: | | Total Value for Customs (Specify Currency) |
| ☐ No EEI required, enter exemption number: | | $750- |
| ☐ ← Enter AES proof of filing citation: | | USD |

For Completion Instructions, see back of fifth page.

### Questions?
Go to our Web site at fedex.com.
or
In the U.S., call 1.800.GoFedEx 1.800.463.3339.
Outside the U.S., call your local FedEx office.

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill • ©1994-2008 FedEx

## The World On Time.

Not all services and options are available to all destinations.

**4a Express Package Service**    Packages up to 150 lbs. / 68 kg

☑ FedEx Intl. Priority    ☐ FedEx Intl. First    ☐ FedEx Intl. Economy
    Available to select locations.    FedEx Envelope and FedEx Pak rate not available.

☐    | | |

**4b Express Freight Service**    Packages over 150 lbs. / 68 kg

☐ FedEx Intl. Priority Freight    ☐ FedEx Intl. Economy Freight

Booking Number    REQUIRED
Please call your local FedEx office to book shipments.

**5 Packaging**    *These unique boxes come with special pricing are provided by FedEx for FedEx Intl. Priority only.

☐ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube

☑ Other    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6a Special Handling**

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery
    Available to select locations    FedEx Intl. Priority and FedEx Intl. Priority Freight only.

Does this shipment contain dangerous goods?    ☐ | | |
One box must be checked/Yes

☑ No    ☐ Yes    ☐ Yes    ☐ Dry Ice
    As per attached    Shipper's Declaration    Dry Ice, 9, UN 1845 ___ x ___ kg
    Shipper's Declaration.    not required.    ☐ Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

**6b Broker Selection**    ☐ Intl. Broker Select
Not available with FedEx Intl. First.    To specify a broker other than FedEx.

Broker's Name

City / State / Province / Country

ZIP / Postal Code    REQUIRED    Phone

**7 Payment**    Complete payment options for both transportation charges and duties and taxes.
Bill transportation charges to:

Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender Acct. No.    ☑ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash Check/Cheque
Section 1 will be billed.    FedEx Use Only

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

Bill duties and taxes to:    ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☐ Sender Acct. No.    ☑ Recipient    ☐ Third Party
Section 1 will be billed.

FedEx Acct. No.

**8 Your Internal Billing Reference**    First 24 characters will appear on invoice.

2-6-13   17.8 [redacted]

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department license. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.
WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature: [redacted]

FedEx Courier Receipt:    Date:
For letter of credit shipments only.

Ship and track packages at fedex.com

FedEx Tracking Number    8000 9390 5039    Form 10 No. 042!

569    PART 158412 • Rev. Date 11/08
©1994-2008 FedEx • PRINTED IN U.S.A. BRDA

CONFIDENTIAL

UNM03487



3720 SPIRIT DRICE S E
ALBUQUERQUE, NM 87106

Location:        ABQR
Device ID:       ABQR-POS2
Employee:        399382
Transaction:     78075301527

---

INTL PRIORITY
800093905039    3.60 lb (S)        84.39
    Total Declared Value    750


            Shipment subtotal:     84.39


                Total Due:         84.39

                FedEx Account:     84.39
                ****██

    M = Weight entered manually
    S = Weight read from scale
    T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.


        Visit us at: fedex.com
        Or call 1.800.GoFedEx
            1.800.463.3339

    February 6, 2013 5:20:56 PM

CONFIDENTIAL

UNM03488



## Expanded Service
## International Air Waybill

For FedEx services worldwide including express freight services, dangerous goods, broker select, and letter of credit.

**1 From** *Please print and press hard.*

Date 11/28/2013    ~~Sender's~~ FedEx Account Number ▓▓▓▓▓▓    (NUMBER ONLY)

Sender's Name ▓▓▓▓▓▓    Phone 505-▓▓▓▓

Company Univ. of New Mexico

Address ▓▓▓▓▓▓

Address 915 Camino de Salud NE

City Albuquerque    State/Province NM

Country USA    ZIP/Postal Code 87131

**2 To** ▓▓▓▓▓▓    780-

Recipient's Name ▓▓▓▓▓▓    Phone 780-

Company University of Alberta

Address 3-032 Katz    Dept/Floor

Address [speed code PD437]

City Edmonton    State/Province AB

Country CAN    ZIP/Postal Code T6G 2S2

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3 Shipment Information**

Total Packages 1    Total Weight ____ ☐ lbs. ☐ kg    DIM L__ / W__ / H__ ☐ in. ☐ cm

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| ~~BE SPECIFIC. PLEASE. PRINT TECHNICAL~~ human lung tissue | 300190 | USA | $750 |
| 17.4, 16.7, 15 | | | |
| non-hazardous | | | |
| non-pathogenic | | | |

Has EEI been filed in AES? ☐ For EU Only: Tick here if goods are not *For U.S. Export Only: Check One* in free circulation and provide C.I.
☐ No EEI required, value $2,500 or less per Schedule B Number, no license required (NLR), not subject to ITAR. Other than NLR, enter License Exception: ____
☐ No EEI required, enter exemption number: ____
☐ Yes—Enter AES proof of filing citation: ____

Total Declared Value for Carriage ____

Total Value for Customs (Specify Currency) $750 USD

For Completion Instructions, see back of fifth page.

## The World On Time.

Not all services and options are available to all destinations.

**4a Express Package Service**    *Packages up to 150 lbs. / 68 kg*

☒ FedEx Intl. Priority    ☐ FedEx Intl. First *Available to select locations.*    ☐ FedEx Intl. Economy *FedEx Envelope and FedEx Pak rate not available.*

☐ ____

**4b Express Freight Service**    *Packages over 150 lbs. / 68 kg*

☐ FedEx Intl. Priority Freight    ☐ FedEx Intl. Economy Freight

Booking Number REQUIRED *Please call your local FedEx office to book shipments.*

**5 Packaging**    *These unique brown boxes with special pricing are available for FedEx Intl. Priority only.*

☐ FedEx Envelope  ☐ FedEx Pak  ☐ FedEx Box  ☐ FedEx Tube
☒ Other  ☐ FedEx 10kg Box*  ☐ FedEx 25kg Box*

**6a Special Handling**

☐ HOLD at FedEx Location    ☐ SATURDAY Delivery *Available to select locations for FedEx Intl. Priority and FedEx Intl. Priority Freight only.*

Does this shipment contain dangerous goods?    *One box must be checked.*

☒ No  ☐ Yes *As per attached Shipper's Declaration.*  ☐ Yes *Shipper's Declaration not required.*  ☐ Dry Ice *Dry Ice, 9, UN 1845 ____ kg*  ☐ Cargo Aircraft Only

*Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.*

**6b Broker Selection**    ☐ Intl. Broker Select *To specify a broker other than FedEx.*
*Not available with FedEx Intl. First.*

Broker's Name ____

City / State / Province / Country ____

ZIP / Postal Code REQUIRED    Phone ____

**7 Payment**    *Complete payment options for both transportation charges and duties and taxes.*

Bill transportation charges to:    *Enter FedEx Acct. No. or Credit Card No. below.*

☐ Sender Acct. No. in Section I will be billed  ☒ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check/Cheque

FedEx Acct. No. ____

Credit Card No. ____

Credit Card Exp. Date ____

Bill duties and taxes to:    *ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.*

☐ Sender Acct. No. in Section I will be billed  *Enter FedEx Acct. No. below.* ☒ Recipient  ☐ Third Party

FedEx Acct. No. ▓▓▓▓▓▓

**8 Your Internal Billing Reference**    *First 24 characters will appear on invoice.*

11-28-12  17.4, 16.7, 15

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department license. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature ▓▓▓▓▓▓

FedEx Courier Receipt: ▓▓▓▓▓▓    Date: ____
*For letter of credit shipments only.*

Ship and track packages at fedex.com

**Questions?**
Go to our Web site at fedex.com.
or
In the U.S., call 1.800.GoFedEx 1.800.463.3339.
Outside the U.S., call your local FedEx office.

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill • ©1994–2008 FedEx

FedEx Tracking Number 8755 4885 6459    Form ID No. 0425

569

PART 158412 • Rev. Date 11/08 ©1994–2008 FedEx • PRINTED IN U.S.A. RRDA

CONFIDENTIAL

UNM03489



**FedEx®**

1501 RENAISSANCE BLVD
ALBUQUERQUE, NM 87107

Location:        ABQA
Device ID:       ABQA-POS1
Employee:        874695
Transaction:     78068884516

---

INTL PRIORITY
  875548856459      5.75 lb (S)       90.07
    Total Declared Value      750


              Shipment subtotal:     90.07


                     Total Due:      90.07

                 FedEx Account:      90.07
                     ***█

        M = Weight entered manually
        S = Weight read from scale
        T = Taxable item

  Subject to additional charges. See FedEx Service Guide
  at fedex.com for details. All merchandise sales final.


              Visit us at: fedex.com
              Or call 1.800.GoFedEx
                 1.800.463.3339

          November 28, 2012 4:48:44 PM

CONFIDENTIAL

UNM03490



## Expanded Service
## International Air Waybill

For FedEx services worldwide including express freight services, dangerous goods, broker select, and letter of credit.

**1.** ...om Please print and press hard.

Date ☐☐/0/8/2012   Sender's FedEx Account Number ▓▓▓▓▓▓   ☐☐☐☐ ☐☐☐

Sender's Name ▓▓▓▓▓▓   Phone 505-▓▓

Company Univ. of New Mexico

Address ▓▓▓▓▓▓

Address 915 Camino de Salud NE

City Albuquerque   State/Province NM

Country USA   ZIP/Postal Code 87131

**2. To**

Recipient's Name ▓▓▓▓▓▓   Phone 780-▓▓

Company Univ. of Alberta

Address 3-032 Katz

Address [Speed code PD437]   Dept./Floor

City Edmonton   State/Province AB

Country CAN   ZIP/Postal Code T6G 2S2

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.

**3. Shipment Information**

Total Packages / Total   ☐ lbs.   ☐ in.
Shipper's Load and Count/SLAC   Weight   ☐ kg   DIM L / W / H   ☐ cm

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| DETAIL REQUIRED. PROVIDE FULL ENGLISH... human lung tissue 24 | 300190 | USA | 500.00 |
| non-haz | | | |
| non-path | | | |
| on ice (No Dry Ice) | | | |

| Has EEI been filed in AES? For U.S. Export Only. Check One | For EU Only: Tick here if goods are not in free circulation and provide E.I. | Total Declared Value for Carriage | Total Value for Customs (Specify Currency) |
|---|---|---|---|
| ☐ No EEI required, value $2,500 or less per Schedule B Number, no license required (NLR), not subject to ITAR. | ☐ If other than NLR, enter License Exception: | | 500.00 USD |
| ☐ No EEI required, enter exemption number: | | | |
| ☐ Yes – Enter AES proof of filing citation: | | | |

For Completion Instructions, see back of fifth page.

**Questions?**
Go to our Web site at fedex.com.
or
In the U.S., call 1.800.GoFedEx 1.800.463.3339.
Outside the U.S., call your local FedEx office.

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill • ©1994–2008 FedEx

---

## The World On Time.

Not all services and options are available to all destinations.

**4a Express Package Service** — Packages up to 150 lbs. / 68 kg

☒ FedEx Intl. Priority   ☐ FedEx Intl. First Available to select locations.   ☐ FedEx Intl. Economy FedEx Envelope and FedEx Pak rate not available.

☐ ☐ ☐☐

**4b Express Freight Service** — Packages over 150 lbs. / 68 kg

☐ FedEx Intl. Priority Freight   ☐ FedEx Intl. Economy Freight

Booking Number   REQUIRED
Please call your local FedEx office to book shipments.

**5 Packaging** — *These unique brown boxes with special pricing are available from FedEx for FedEx Intl. Priority only.

☐ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube
☒ Other   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6a Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery Available to select locations for FedEx Intl. Priority and FedEx Intl. Economy.   ☐ ☐☐

Does this shipment contain dangerous goods? (one box must be checked/ticked)
☒ No   ☐ Yes As per attached Shipper's Declaration.   ☐ Yes Shipper's Declaration not required.   ☐ Dry Ice Dry Ice, 9, UN 1845 ____ x ____ kg   ☐ Cargo Aircraft Only
Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

**6b Broker Selection**
☐ Complete with FedEx Intl. First.   ☐ Intl. Broker Select To specify a broker other than FedEx.
Broker's Name
City / State / Province / Country
ZIP / Postal Code   REQUIRED   Phone

**7 Payment** — Complete payment options for both transportation charges and duties and taxes.

*Bill transportation charges to:* — Enter FedEx Acct. No. or Credit Card No. below.
☐ Sender Acct. No. in Section 1 will be billed.   ☒ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check/Cheque   FedEx Use Only
FedEx Acct. No. ▓▓▓▓▓▓
Credit Card No. _____   Credit Card Exp. Date

*Bill duties and taxes to:* — ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.
— Enter FedEx Acct. No. below.
☐ Sender Acct. No. in Section 1 will be billed.   ☒ Recipient   ☐ Third Party
FedEx Acct. No.

**8 Your Internal Billing Reference** — First 24 characters will appear on invoice.
8/8/12  24-OPTIONAL

**9 Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department license. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.
WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature: ▓▓▓▓▓▓

This is not authorized to make any changes without ▓▓▓▓▓▓
FedEx
Courier Receipt: ▓▓▓▓▓▓   Date: 8/8/12
For letter of credit shipments only.

Ship and track packages at fedex.com

FedEx Tracking Number 8755 4885 6448   Form ID No. 0425

569   PART 158412 • Rev. Date 11/08
©1994–2008 FedEx • PRINTED IN U.S.A. RRDA

CONFIDENTIAL

UNM03491

FedEx Express — International Air Waybill

**Sender's Copy**

**1 From** (Please print and press hard)
Date 6-14-12    Sender's FedEx Account Number ▓▓▓▓
Sender's Name ▓▓▓▓    Phone 505- ▓▓▓▓
Company University of N.M.
Address ▓▓▓▓
Address 915 Camino de Salud NE
City Albuquerque    State NM
Country USA    ZIP Postal Code 87131

**2 To**
Recipient's Name ▓▓▓▓    Phone 780- ▓▓▓▓
Company U. of Alberta
Address 3-032 Katz
Address [speed code PD437]
City Edmonton    State/Province AB
Country CANADA    ZIP Postal Code T6G 2S2
Recipient's Tax ID Number for Customs Purposes

*please process immediately*

**3 Shipment Information**
Total Packages 1    Total Weight    lbs kg    DIM 1 / 1 /

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| human lung tissue non-hazardous non-pathologic on ice | 300190 | USA | $1500 |

**4 Express Package Service**
[X] FedEx Int'l Priority
[ ] FedEx Int'l First
[ ] FedEx Int'l Economy

**5 Packaging**
[ ] FedEx Envelope [ ] FedEx Pak [ ] FedEx Box [ ] FedEx Tube
[X] Other [ ] FedEx 10kg Box [ ] FedEx 25kg Box

**6 Special Handling**
[ ] HOLD at FedEx Location    [ ] SATURDAY Delivery

**7a Payment** Bill transportation charges to:
[ ] Sender    [X] Recipient    [ ] Third Party    [ ] Credit Card    [ ] Cash/Cheque

**7b Payment** Bill duties and taxes to:
[ ] Sender    [X] Recipient    [ ] Third Party

**8 Your Internal Billing Reference**
6-14-12  17

**9 Required Signature**
Sender's Signature ▓▓▓▓

For Completion Instructions, see back of fifth page.

FedEx Tracking Number  8607 5639 0061    Form 10-No. 0402

521

Ship and track packages at fedex.com

Questions? Go to our Web site at fedex.com. Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

CONFIDENTIAL

UNM03492

# International Air Waybill
For FedEx services worldwide.

**Ex.** Express

**Sender**

**1 From** *Please print and press hard.*

Date 4/17/12   **Sender's** FedEx Account Number █████

Sender's Name _____ Phone 505- █████

Company *University of N.M.*

Address _____

Address *915 Camino de Salud NE*

City *Albuquerque*   State/Province *N.M.*

Country *USA*   ZIP/Postal Code 87131

**2 To**

Recipient's Name _____   780-

█████   Phone 780-

Company *University of Alberta*

Address *3-032 Katz*

Address *[Speed code PD437]*   *please process immediately*

City *Edmonton*   State/Province *AB*

Country *CANADA*   ZIP/Postal Code *T6G 2S2*

Recipient's Tax ID Number for Customs Purposes
e.g., GST/HST/VAT/EIN/RFC/DNI, or as locally required.

**3 Shipment Information**   For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1   Total Weight 8 □ kg □ lb   DIM 16 12 10 □ in □ cm

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| human lung tissue 17 | 300190 | USA | 400 |
| non-haz | | | |
| non-path | | | |
| on ice | | | |

Has EEI/SED been filed in AES?
For U.S. Export Only: Check One
□ No EEI/SED required, enter exemption number.
□ Yes – Enter AES proof of filing citation.

□ No EEI/SED required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.

Total Declared Value for Carriage

Total Value for Customs (Specify Currency) *400*

If other than NLR, enter License Exception:

**4 Express Package Service**   Packages up to 150 lbs./68 kg
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

Not all services options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

☒ FedEx Intl. Priority   □ FedEx Intl. First
Available to select locations. Higher rates apply.

□ FedEx Intl. Economy
FedEx Envelope and FedEx Pak rate not available.

**5 Packaging**
*These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

□ FedEx Envelope   □ FedEx Pak   □ FedEx Box   □ FedEx Tube
☒ Other   □ FedEx 10kg Box*   □ FedEx 25kg Box*

**6 Special Handling**
□ HOLD at FedEx Location   □ SATURDAY Delivery
Available to select locations for FedEx Intl. Priority only.

**7a Payment** Bill transportation charges to:
Enter FedEx Acct. No. or Credit Card No. below.
□ Sender Acct. No. in Section 1 will be billed.   ☒ Recipient   □ Third Party   □ Credit Card   □ Cash/Check/Cheque
FedEx Use Only
FedEx Acct. No.
Credit Card No.
Credit Card Exp. Date

**7b Payment** Bill duties and taxes to:
All shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.
Enter FedEx Acct. No. below.
□ Sender Acct. No. in Section 1 will be billed.   ☒ Recipient   □ Third Party
FedEx Acct. No.

**8 Your Internal Billing Reference**   First 24 characters will appear on invoice.

**9 Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law is prohibited.
Signature:
*This is not authoriz...*

For Completion Instructions, see back of fifth page.

FedEx Tracking Number **8607 5639 0050**   Form ID No. 0

Ship and track packages at fedex.com

The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill • ©1994–2006 FedEx

**Questions? Go to our Web site at fedex.com.**
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

PART 1
©1994–2006
PRINTED...

CONFIDENTIAL

UNM03493

**FedEx** International Air Waybill
Express *For FedEx services worldwide.*

Sender

| From | *Please print and press hard.* |
|---|---|
| Date 02/05/11/12 | Sender's FedEx Account Number ▓▓▓▓ |
| Sender's Name ▓▓▓▓ | Phone 505-▓▓▓▓ |
| Company University of New Mexico | |
| Address ▓▓▓▓ | |
| Address 915 Camino de Salud NE | |
| City Albuquerque | State/Province NM |
| Country USA | ZIP/Postal Code 87131 |

| To | |
|---|---|
| Recipient's Name ▓▓▓▓ | Phone 780-▓▓▓▓ 780 |
| Company University of Alberta | |
| Address 3-032 Katz | Dept./Floor |
| Address [Speed Code PD437] | *please process immediately* |
| City Edmonton | State/Province AB |
| Country CANADA | ZIP/Postal Code T6G 2S2 |

Recipient's Tax ID Number for Customs Purposes
*e.g. GST/RFC/VAT/EIN/SSN, or as locally required.*

**Shipment Information**
Total Packages / Shipper's Load and Count/SLAC  Total Weight ___ lbs. ___ kg ☐ DIM / ▓ / ___ in. ___ cm ☐

*For EU Only: Tick here if goods are not in free circulation and provide C.I.*

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| human urine tissue #19.6 non-hazardous non-pathogenic on ice | 300190 | USA | 300 USD |

EEI/SED been filed in AES? ☐ No EEI/SED required, value $2,500 or less per Sch. B Number, ☐ No license required (NLR), not eligible to ITAR.
S. Export Only: Check One ☐ No EEI/SED required, enter exemption number.
Yes — Enter AES proof of filing citation:

Total Declared Value for Carriage

Total Value for Customs (Specify Currency) $300 USD

**4 Express Package Service** — *Packages up to 150 lbs./68 kg*
☒ FedEx Intl. Priority ☐ FedEx Intl. First *Available in select locations. Higher rates apply.*
☐ FedEx Intl. Economy *FedEx Envelope and FedEx Pak rate not available.*
*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.*
*These unique boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

**5 Packaging**
☐ FedEx Envelope ☐ FedEx Pak ☐ FedEx Box ☐ FedEx Tube
☒ Other ☐ FedEx 10kg Box* ☐ FedEx 25kg Box*

**6 Special Handling**
☐ HOLD at FedEx Location ☐ SATURDAY Delivery *Available to select locations for FedEx Intl. Priority only.*

**7a Payment** *Bill transportation charges to:*
☐ Sender Acct. No. in Section 1 will be billed. — Enter FedEx Acct. No. or Credit Card No. below. —
☒ Recipient ☐ Third Party ☐ Credit Card ☐ Cash/Check/Cheque
FedEx Acct. No. ▓▓▓▓
Credit Card No.
Credit Card Exp. Date

**7b Payment** *Bill duties and taxes to:*
*ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.*
☐ Sender Acct. No. in Section 1 will be billed. — Enter FedEx Acct. No. below. —
☒ Recipient ☐ Third Party
FedEx Acct. No.

**8 Your Internal Billing Reference** *First 24 characters will appear on invoice.*

**9 Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.
Sender's Signature:
*This is not authorization* ▓▓▓▓

For Completion Instructions, see back of fifth page.

FedEx Tracking Number  8607 5639 0040  Form ID No. 040

**Ship and track packages at fedex.com**

The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill • ©2006 FedEx
**Questions? Go to our Web site at fedex.com.**
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

521
PART 158409-Rev.
©1994–2006 FedEx
PRINTED IN U.S.A

CONFIDENTIAL

UNM03494

**FedEx Express** — International Air Waybill
For FedEx services worldwide.

**1** **From** Please print and press hard.

Date D∘∘m∘8∘∘2012  **Sender's FedEx Account Number** ████

Sender's Name ████  Phone 505-

Company University of New Mexico

Address ████

Address 915 Camino de Salud NE

City Albuquerque  State/Province NM

Country USA  ZIP/Postal Code 87131

**2** **To**

Recipient's Name ████  Phone 780-  780-

Company University of Alberta

Address 3-032 Katz  Please Process Immediately

Address [Speed Code PD437]  Dept/Floor

City Edmonton  State/Province AB

Country CANADA  ZIP/Postal Code T6G 2S2

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/AN/SIN/ABN, or as locally required.

**3** **Shipment Information**  ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1  Total Weight 5  ☐ kg  ☐ lbs.  DIM 10 10 12 ☐ cm  ☐ in.
Shipper's Load and Count/SLAC

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| human lung tissue non-hazardous /4wk non-pathologic | 300190 | USA | 300.00 |

Has EEI/SED been filed in AES? ☐  ☐ No EEI/SED required, value $2,500 or less per Sch. B Number, ☐ No license required (NLR), not subject to ITAR.
(or U.S. Export Only; Check One)
☐ No EEI/SED required, enter exemption number:  If other than NLR, enter License Exception:
☐ Yes – Enter AES proof of filing citation:

Total Declared Value for Carriage
Total Value for Customs (Specify Currency) 300 USD

**4** **Express Package Service**  *Packages up to 150 lbs. / 68 kg*

☒ FedEx Intl. Priority  ☐ FedEx Intl. First
  Available to select locations. Higher rates apply.

☐ FedEx Intl. Economy
  FedEx Envelope and FedEx Pak are not available.

*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.*

**5** **Packaging**  *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☐ FedEx Envelope  ☐ FedEx Pak  ☐ FedEx Box  ☐ FedEx Tube
☒ Other  ☐ FedEx 10kg Box*  ☐ FedEx 25kg Box*

**6** **Special Handling**

☐ HOLD at FedEx Location  ☐ SATURDAY Delivery
  Available to select locations for FedEx Intl. Priority only.

**7a** **Payment** Bill transportation charges to:

☐ Sender Acct. No. in Section 1 will be billed.  — Enter FedEx Acct. No. or Credit Card No. below. —
☒ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check/Cheque
FedEx Acct. No. ████  FedEx Use Only

Credit Card No.

Credit Card Exp. Date

**7b** **Payment** Bill duties and taxes to:  ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

☐ Sender Acct. No. in Section 1 will be billed.  — Enter FedEx Acct. No. below. —
☒ Recipient  ☐ Third Party

**8** **Your Internal Billing Reference**  First 24 characters will appear on invoice.

**9** **Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Sender's Signature:  ████
This is not authorization

For Completion Instructions, see back of fifth page.

FedEx Tracking Number  8607 5639 0039  Form ID No. 01

Ship and track packages at fedex.com

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill ©1994-2006 FedEx

**Questions? Go to our Web site at fedex.com.**
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

CONFIDENTIAL

UNM03495

# FedEx Express  International Air Waybill
For FedEx services worldwide.

**1 From** Please print and press hard.

Date 1-4-2012    Sender's FedEx Account Number ████████

Sender's Name ████████    Phone 505.████

Company University of New Mexico

Address ████████

Address 915 Camino de Salud NE

City Albuquerque    State/Province NM

Country USA    ZIP/Postal Code 87131

**2 To**

Recipient's Name ████████    Phone 780-████

Company University of Alberta

Address 3-032 Katz    Dept/Floor

Address Speed code PD437    *Affiliated, please process immediately*

City Edmonton    State/Province AB

Country CANADA    ZIP/Postal Code T6G 2S2

Recipient's Tax ID Number for Customs Purposes
e.g., GST/RFC/VAT/IN/EIN/ABN, or a locally required.

**3 Shipment Information**    ☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1    Shipper's Load and Count/SLAC

Total Weight ☐ lbs. ☐ kg    DIM ─ 1 x 1 ☐ in. ☐ cm

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| Human Lung Tissue non-hazardous non-pathologic | 300190 | USA | 300,00 |
|  |  | 7.5 wk |  |

Has EEI/SED been filed in AES?
For U.S. Export Only Check One

☐ No EEI/SED required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
☐ No EEI/SED required, enter exemption number.
☐ Yes — Enter AES proof of filing citation

Total Declared Value for Carriage ─ If other than NLR, enter License Exception: ___

Total Value for Customs (Specify Currency) 300. USD

**4 Express Package Service**    Packages up to 150 lbs. /68 kg
For packages over 150 lbs. /68 kg, use the FedEx Expanded Service Intl. Air Waybill.

☒ FedEx Intl. Priority    ☒ FedEx Intl. First Available to select locations. Higher rates apply.

☐ FedEx Intl. Economy FedEx Envelope and FedEx Pak rate not available.

Not all service options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5 Packaging**    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

☐ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube

☒ Other ___    ☐ FedEx 10kg Box*    ☐ FedEx 25kg Box*

**6 Special Handling**

☒ HOLD at FedEx Location    ☐ SATURDAY Delivery
Available to select locations for FedEx Intl. Priority only.

**7a Payment** Bill transportation charges to:
Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender Acct. No. in Section 1 will be billed    ☒ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check/Cheque
FedEx Use Only

FedEx Acct. No. ████

Credit Card No.

Credit Card Exp. Date

**7b Payment** Bill duties and taxes to:    ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.
Enter FedEx Acct. No. below.

☐ Sender Acct. No. in Section 1 will be billed    ☒ Recipient    ☐ Third Party
FedEx Acct. No. ████

**Your Internal Billing Reference**    First 24 characters will appear on invoice.

**9 Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature: ████
This is not authorized ____

For Completion Instructions, see back of fifth page.

FedEx Tracking Number 8607 5639 0028    Form ID No. 01

**Ship and track packages at fedex.com**

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
The Non-Negotiable International Air Waybill • ©1994-2006 FedEx

Questions? Go to our Web site at fedex.com.
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

PART 159
©1994-2006 PRINTED

52

CONFIDENTIAL

UNM03496



UNM03497



UNM03498



UNM03499



UNM03500

# FedEx Express International Air Waybill
For FedEx services worldwide.

**From** *Please print and press hard.*

Date 0 6/ /17 /12    Sender's FedEx Account Number ▮▮▮

Sender's Name _____    Phone 505-

Company Univ. of N.M.

Address _____

Address 915 Camino de Salud NE

City Albuquerque    State/Province NM

Country USA    ZIP/Postal Code 87131

**To**

Recipient's Name _____    Phone 780-    780-4

Company Univ. of Alberta

Address 3-032 Katz

Address [speed code PD437]

City Edmonton    State/Province AB

Country CAN    ZIP/Postal Code T6G 2S2

Recipient's Tax ID Number for Customs Purposes
*e.g., GST/RFC/VAT/IN/EIN/ABN, or as locally required.*

**Shipment Information**    *For EU Only: Tick here if goods are not in free circulation and provide C.I.*

Total Packages ____    Total Weight ____ lbs. kg    DIM / 1□ / ____ in. cm

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| human lung tissue | 300190 | USA | 400.00 |
| non-haz | | | |
| non-path. | | | |
| on ice | | | |

USED been filed in AES? □ No EEI/SED required, value $2,500 or less per Sch. B Number. □ No license required (NLR) not subject to ITAR. EEI/SED required, enter exemption number. *If other than NLR, enter License Exception:* ____

Total Declared Value for Carriage ____

Total Value for Customs (Specify Currency) 400.00

s = Enter AES proof of filing citation:

---

**4  Express Package Service**    *Packages up to 150 lbs./68 kg*
*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.*

☑ FedEx Intl. Priority    □ FedEx Intl. First *Available to select locations. Higher rates apply.*

□ ☐ ☐    □ FedEx Intl. Economy *FedEx Envelope and FedEx Pak rate not available.*

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5  Packaging**    *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.*

□ FedEx Envelope    □ FedEx Pak    □ FedEx Box    □ FedEx Tube
☑ Other    □ FedEx 10kg Box*    □ FedEx 25kg Box*

**6  Special Handling**

□ HOLD at FedEx Location    □ SATURDAY Delivery *Available to select locations for FedEx Intl. Priority only.*

**7a  Payment**  Bill transportation charges to:

□ Sender Acct. No. in Section 1 will be billed. ——Enter FedEx Acct. No. or Credit Card No. below.——
☑ Recipient    □ Third Party    □ Credit Card    □ Cash Check/Cheque *FedEx Use Only*

FedEx Acct. No. _____

Credit Card No. _____

Credit Card Exp. Date _____

**7b  Payment**  Bill duties and taxes to:
All shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

□ Sender Acct. No. in Section 1 will be billed. ——Enter FedEx Acct. No. below.——
☑ Recipient    □ Third Party

FedEx Acct. No. _____

**8  Your Internal Billing Reference**    *First 24 characters will appear on invoice.* 15.6

**9  Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature: _____    *This is not authorized* _____

For Completion Instructions, see back of fifth page.

PART 158409•Rev. Date ©1994–2006 FedEx PRINTED IN U.S.A.

**521**

FedEx Tracking Number  8607 5639 0072    Form ID No.  040E

🚚 Ship and track packages at fedex.com

The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill • ©1994–2006 FedEx

Questions? Go to our Web site at fedex.com.
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

---

CONFIDENTIAL

UNM03501

# FedEx International Air Waybill
**Express** — For FedEx services worldwide.

Please print and press hard.

| Sender's FedEx Account Number | **6-14-r/12** |
|---|---|

Phone **505-**

Company **University of N.M.**

Address

Address **915 Camino de Salud NE**

City **Albuquerque**  State/Province **NM**

Country **USA**  ZIP/Postal Code **87131**

Recipient Phone **780-** / **780**

Company **U. of Alberta**

Address **3-032 Katz**

*Please process immediately* (handwritten, circled)

Address **[speed code PD437]**

Dept/Floor

City **Edmonton**  State/Province **AB**

Country **CANADA**  ZIP/Postal Code **T6G 2S2**

Recipient's Tax ID Number for Customs Purposes
IEST/RFC/VAT/EIN/SSN/or, as locally required.

## Shipment Information
☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

| Total Packages | **1** | Total Weight **7** ☐ lbs ☑ kg | DIM **1 ·9 1** ☐ in ☐ cm |
|---|---|---|---|

| Commodity Description DETAIL REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| 1 each lung tissue | 300190 | USA | $1500 |
| non-hazardous | | | |
| 1em pathologic | | | |
| on ice | | | |

☐ been filed in AES?  ☐ No EEI/SED required, value $2,500 or less per Sch. B Number,  Total Declared Value for Carriage
*Date/Check Box*  ☐ no license required (NLR), not subject to ITAR.

SED required, enter exemption number. If other than NLR, enter License Exception: ___

Total Value for Customs (Specify Currency) **1500**

ser AES and proof of filing citation:

---

**4  Express Package Service** — Packages up to 150 lbs./68 kg
For packages over 150 lbs./68 kg, use the FedEx Expanded Service Intl. Air Waybill.

☒ FedEx Intl. Priority
☐ FedEx Intl. First — Available to select locations. Higher rates apply.
☐ FedEx Intl. Economy — FedEx Envelope and FedEx Pak rate not available.

**5  Packaging** — *These unique boxes have special pricing as provided by FedEx for FedEx Intl. Priority only.*

☐ FedEx Envelope  ☐ FedEx Pak  ☐ FedEx Box  ☐ FedEx Tube
☒ Other  ☐ FedEx 10kg Box*  ☐ FedEx 25kg Box*

**6  Special Handling**

☐ HOLD at FedEx Location  ☐ SATURDAY Delivery
Available to select locations for FedEx Intl. Priority only.

**7a  Payment  Bill transportation charges to:**

Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender Acct. No. in Section 1 will be billed.  ☒ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check/Cheque — FedEx Use Only

FedEx Acct. No.

Credit Card No.

Credit Card Exp. Date

**7b  Payment  Bill duties and taxes to:**  ALL shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

Enter FedEx Acct. No. below.

☐ Sender Acct. No. in Section 1 will be billed.  ☒ Recipient  ☐ Third Party

FedEx Acct. No.

**8  Your Internal Billing Reference**  First 24 characters will appear on invoice.

**9  Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:
This is not authorization to de

For Completion Instructions, see back of fifth page.

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**521**

PART 158409-Rev. Date 4/0
©1994–2006 FedEx
PRINTED IN U.S.A.

FedEx Tracking Number **8607 5639 0061**  Form ID No. **0402**

Ship and track packages at fedex.com

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill •©1994–2006 FedEx

**Questions? Go to our Web site at fedex.com.**
Or in the U.S., call 1.800.247.4747. Outside the U.S., call your local FedEx office.

CONFIDENTIAL

UNM03502



UNM03503



UNM03504



UNM03505



UNM03506



UNM03507



UNM03508





UNM03510



UNM03511



UNM03512



UNM03513



UNM03514



UNM03515



UNM03516

Exhibit 6.34

JENNER&BLOCK LLP

November 30, 2016



Jessica R. Hertz
Tel +█████████████

VIA HAND DELIVERY AND ELECTRONIC MAIL

The Honorable Marsha Blackburn, Chair
Select Investigative Panel
H2-316 Ford House Office Building
Washington, D.C. 20515

Dear Representative Blackburn:

As counsel for Southwestern Women's Options ("Southwestern"), we write in response to the letter sent by T. March Bell, Chief Counsel for the Select Investigative Panel (the "Panel"), on November 18, 2016.  Southwestern provides this response without waiving any procedural or substantive objections, including those objections articulated in previous correspondence with the Panel.

Mr. Bell has inquired whether "Southwestern Women's Options or its individual personnel receive any payment from any entity in connection to their participation in research, study, or other work involving fetal tissue."

As stated in Southwestern's February 12, 2016 response to the Panel's initial request for information, Southwestern "does not sell fetal tissue or recoup expenses associated with tissue donation, nor has it ever done so."   Moreover, Southwestern does not participate "in research, study, or other work involving fetal tissue."[1]  Neither do any of Southwestern's individual personnel.  Accordingly, to the best of Southwestern's knowledge, the answer to Mr. Bell's inquiry is no, and there are no documents or communications responsive to the request.

To ensure the continued safety and security of clinic staff and their families, Southwestern renews its request that its continued dialogue with the Panel be kept confidential.  Southwestern further requests that, in the event that the Panel seeks to pursue disclosure of documents, interviews, or other material produced by or related to Southwestern, the Panel redact all individual names in accordance with its pledge "to do everything possible to protect names and identities" and to "do redactions as necessary to

---

[1] *See* Southwestern Letter Response to Panel's Initial Request for Information (February 12, 2016), at Appendix A.

protect privacy,"[2] and that Southwestern be afforded the opportunity to review any such redactions prior to any disclosures.

Please let us know if you have any questions.

Sincerely,

Jessica Hertz
*Counsel for Southwestern Women's Options*

Mary Ellen Callahan
*Counsel for Southwestern Women's Options*

cc:    March Bell, Chief Counsel, Select Investigative Panel
       Heather Sawyer, Democratic Staff Director and General Counsel, Select Investigative Panel

---

[2] http://www.huffingtonpost.com/entry/republicans-fetal-tissue-research_us_56d71ddee4b0871f60ed7512.

Exhibit 6.35



March 8, 2013

Southwest Women's Options

███████████████████████

███████████████████████

We are embarking on a clinical study to determine the Rh status of fetuses of Rh negative women, in the hopes that we can develop a test such that these women would not need to be administered Rhogam if their fetus were also Rh negative.

In speaking with ██████████ yesterday, ████████ understood that when your clinic is finished with the blood drawn from your patients, it is eventually discarded. If a 1-2 mL aliquot of this blood that was to be discarded were placed in an unlabeled tube, it might be used in our study.

In thinking further about this in our lab, we realized how valuable it would be to be able to match the individual patient's blood to the fetal tissue obtained. Note that there still would be no identification of patients involved, but we would need your help in matching the blood to the fetal tissue. Specifically, we would like to obtain 1-2 mL of the remaining blood sample obtained on the individual undergoing the procedure, as soon as possible after you have completed the blood type analysis. Our goal is to isolate the free fetal RNA and DNA present in the plasma, and perform molecular analyses to determine fetal Rh status. We would confirm the fetal Rh status by performing the same analysis on fetal marrow.

We would like to use all blood samples (both Rh positive and Rh negative) that you would be discarding otherwise, and a small aliquot of the remaining blood along with the fetal tissue collected that day, all de-identified.

Sincerely,



PI, DREAM Lab
University of New Mexico

**Mailing Address:**
MSC 10 5590
1 University of New Mexico
Albuquerque, NM 87131-0001

██████████████████

**Location:**

████████████████

Albuquerque, NM 87131-0001

HIGHLY CONFIDENTIAL

UNM00562

Exhibit 6.36

Client Information for Informed Consent

DONATION OF FETAL TISSUE FOR MEDICAL RESEARCH

Research using fetal tissue has been used to develop vaccines and seek treatments for many diseases and disorders. At Southwestern Women's Options, we provide our patients the opportunity to donate fetal tissue from their pregnancies to medical research.

You can choose to donate tissue from your pregnancy to medical research by filling out this form. Before you give your consent, please read each of the following statements and initial the lines to the right. **If you do not want to donate tissue from your pregnancy, do not fill out this form**.

We are available to answer any questions.


Before I was given this consent form, I had already decided to have an abortion and signed a separate consent form for my abortion. _____

I agree to donate tissue from my pregnancy after my abortion to researchers at the University of New Mexico as a gift to be used for research, treatment, or education. _____

I understand that I have no control over who will receive my donation or what specific research it will be used for. _____

I understand that Southwestern Women's Options will not disclose my name or personal information in connection with my donation. _____

I understand that there will be no changes to how or when my abortion is done in order to preserve the tissue. _____

I understand that I will not be paid for this donation. _____

I understand that Southwestern Women's Options does not profit from or collect any fee associated with this donation. _____

I understand that I do not have to donate tissue from my pregnancy, and this will not affect my current or future care at Southwestern Women's Options. _____


Signature: _____

Date:_____

Witness: _____

Date: _____

Exhibit 6.37

# AFFIDAVIT OF ████████████

1.     My name is ████████████

2.     I am a resident of Bernalillo County, New Mexico.

3.     I am familiar with Southwestern Women's Options and ████████████.

4.     In the fall of 2012, I had an unexpected pregnancy.

5.     I was referred to Southwestern Women's Options to receive a consultation about a possible abortion.

6.     On October 5, 2012, I went to receive a consult at Southwestern Women's Options. I became hesitant and left.

7.     I returned to Southwestern Women's Options on October 10, 2012 for a possible abortion.

8.     As a prerequisite for the abortion, I signed an agreement attached hereto as Exhibit "A".

9.     The doctors and staff at Southwestern Women's Options did not explain this consent to me.

10.     I did not understand that I was allegedly giving consent for Southwestern Women's Options to donate my baby's parts to the University of New Mexico or other entities.

11.     I was not explained the procedure by Southwestern Women's Options, their doctors or staff.

12.     At the time I went to the visit on October 10, 2012, I knew that I was approximately 11 to 13 weeks into my pregnancy.

13.     The staff at Southwestern Women's Options informed me that I was 12 to 13

weeks pregnant.

14.    The staff at Southwestern Women's Options informed me that I could apply for medicaid.

15.    ███████████ was the doctor at Southwestern Women's Options that performed my procedure.

16.    I never saw ███████, a physician that signed my medical records including my medicaid form.

17.    ███████████ signed off on my medical records certifying the reasons for medicaid.

18.    ███████, the doctors and staff at Southwestern Women's Options failed to inform me that ███████ was a volunteer faculty member of the University of New Mexico.

19.    ███████, the doctors and staff at Southwestern Women's Options failed to inform me that ███████████ was a volunteer faculty member of the University of New Mexico.

20.    ███████, the doctors and staff at Southwestern Women's Options failed to inform me that Southwestern Women's Options and the University of New Mexico had been collaborating on fetal tissue research since 1995.

21.    ███████, the doctors and staff at Southwestern Women's Options failed to inform me of the nature and extent in which the fetal tissue was going to be used.

22.    At no time did ███████████, the doctors and staff at Southwestern Women's Options tell me which body parts were going to be used or donated.

23.    At no time did ███████████, the doctors and staff at Southwestern Women's Options inform me that Southwestern Women's Options were the sole supplier of

body parts to the University of New Mexico.

24.     At no time did ███████ ████, the doctors and staff at Southwestern Women's Options inform me of the procedures to be followed and their purposes including identification of any procedures that might be experimental if I chose to donate body parts for any research study.

25.     At no time did ███████, the doctors and staff at Southwestern Women's Options inform me of any attendant discomforts to be expected if I chose to donate any body parts to ██████.

26.     At no time did ████████, the doctors and staff at Southwestern Women's Options inform me of any benefits reasonably to be expected if I chose to donate the body parts.

27.     At no time did ███████, the doctors and staff at Southwestern Women's Options inform me of any appropriate alternative procedures that might be an advantage to me if I chose to donate the body parts from my procedure.

28.     At no time did ███████, the doctors and staff at Southwestern Women's Options offer to answer any inquiries concerning the procedure if I chose to donate body parts.

29.     At no time did ███████, the doctors and staff at Southwestern Women's Options inform me that I was free to withdraw my consent at any time if I chose to donate the body parts from my procedure.

30     At no time was I given a separate consent to donate tissue that was separate from the consent for the procedure.

31.     My abortion was ultrasound guided and I was never told why it was ultrasound

guided.

32. I asked Southwestern Women's Options for the medical records regarding the donation of tissue.

33. A true and accurate copy of the letter where I asked for the disposition of the tissue is attached as Exhibit "B".

34. I never received a response to my request for medical records. I still do not have copies of records showing how the tissue was disposed.

35. In September, 2016, I read procurement notes attached to the Select Panel on Infant Lives Criminal Referral issued on June 23, 2016.

36. I noticed that the University of New Mexico picked up brain tissue from a 11.5 week baby and a 12.7 week baby on October 17, 2012.

37. On October 5, 2012, my ultrasound stated I was 12 weeks and 2 days pregnant.

38. I believe that my baby was one of the two babies given to the University of New Mexico for their research.

39. If I had known my baby was going to be used for research I would have probably changed my mind about going through with the abortion.

40. It is my body and I feel I had a complete right to know where my baby's parts were going to be disposed and if they were to be used for experimentation.

41. I believe my rights under New Mexico and Federal Law have been violated and I request the Select Panel On Infant Lives to fully investigate my case.

42. I have suffered emotional distress and mental anguish as a result of the actions of ▉▉▉▉▉ ▉▉▉▉▉ and Southwestern Women's Options.

43.     I will fully cooperate with the Select Panel and I will give authorization to view

my medical records.


Further, Affiant sayeth not.

███████████

SUBSCRIBED AND SWORN TO before me this 15ᵗʰ day of November, 2016, by ███████
███.

_Sherri R. Corley_
NOTARY PUBLIC

OFFICIAL SEAL
**Sherri R. Corley**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 1/9/18

# INFORMED CONSENT FOR
## PREGNANCY TERMINATION TREATMENT, ANESTHETIC, AND
## OTHER MEDICAL SERVICES

Name of client ███████████████████████

Address ███████████████████████████ ████

Birth Date ███████████████████████

Date ████████ 10|10|12 ████

I, ████████████ request and consent to the performance upon me of a
pregnancy termination procedure by vacuum aspiration or standard dilation and evacuation at ████████'s office
by any of the physicians employed by ████ M.D., P.C.

I further consent to the taking of cultures and performance of reasonably indicated tests and procedures, whether or
not relating to presently known conditions, if my medical provider finds these necessary or advisable in the course of
evaluation or treatment for pregnancy termination or management of complications.

I have fully and completely disclosed my medical history, including allergies, medical conditions, prior medications,
over the counter or other drugs taken, and reactions I have had to anesthetics, medicines, or drugs. I consent to my
physicians relying on this disclosure as complete.

I consent that the physician or medical staff may administer such anesthesia and medications as deemed necessary or
advisable (including a medication called misoprostol given to prevent bleeding and enhance safety, which has been
associated with birth defects), with the exception of *(list any medications which you do not want or are allergic to)*:

NKDA
_____

I understand that local and IV anesthetics do not always eliminate all pain, that in a small number of cases, those
anesthetics cause severe reactions or even shock or death, and that no guarantee to the contrary has been made to me.
I further understand that any anesthetic will affect my level of consciousness and may, in a small number of cases,
cause bodily reactions or complications requiring additional measures and treatment. I understand that the affect on
my level of consciousness will impair my ability to make important decisions or operate machinery; I agree to not
drive for a period of 30 minutes - 24 hours postoperatively depending on medications given to me. I request and
consent to local and/or IV anesthetics.

I understand that the gestation of my pregnancy is determined through multiple methods that may include a urine test,
the first date of my last normal menstrual period, and ultrasound measurements taken here in the clinic. Based on
these findings, I consent to treatment deemed appropriate by the physician(s) of the ████████ Clinic, M.D., P.C.

I fully understand that the purpose is to terminate this pregnancy, and I affirm this to be my personal choice in light of
the alternative of continuing the pregnancy to term. No one has coerced or compelled me to make this decision.

I understand that tissue and parts will be removed during the procedure, and I consent to their examination and their
use in medical research and their disposal by the clinic and/or physician in the manner they deem appropriate.

I understand that the complications associated with early pregnancy termination are generally much less severe and
less frequent than with childbirth. Nonetheless, I realize, as is true of childbirth and any kind of surgery, that there are
inherent risks of minor and major complications and death which may occur without the fault of the physician.

No guarantee or assurance has been made to me as to the results that may be obtained. The risk of terminating a
pregnancy gradually increases throughout the course of the pregnancy. These comparative risks become
approximately equal at 16 -18 weeks of pregnancy and increase so that pregnancy termination at 18 weeks and above
involves a greater risk than carrying the pregnancy to term.

Southwestern Women's Options Clinic 000003

Exhibit **A**

The risks and possible complications of pregnancy termination procedures most likely to occur, though only in a small number of cases, include the following:

**Perforation:** An instrument used in the procedure may go through the wall of the uterus. If this happens, hospitalization may be necessary for repair and/or observation of the perforation and any internal injuries and/or completion of the abortion.

**Laceration:** In rare cases, the cervical opening and/or cervical canal may be torn. A few stitches to repair the tear are usually all that is necessary. However, this complication can cause severe bleeding and require hospitalization.

**Bleeding:** This may require an immediate repeat of the abortion procedure, or hospitalization for observation and treatment. If the excessive bleeding occurs some hours or days after the abortion, hospitalization may be necessary, and dilation and curettage may need to be done to remove material retained in the uterus.

**Infections:** Infections usually respond to antibiotics, but in a few cases, hospitalization is necessary.

**Failure to Terminate Pregnancy:** (i.e. The procedure fails to end the pregnancy): It is this possibility, among others, that makes a post-operative examination essential. In such a case, another procedure must be performed, since the first one may have affected normal development of the pregnancy.

**Tubal Pregnancy:** A tubal pregnancy occurs when the fertilized egg implants in the fallopian tube instead of in the uterus. If this condition is unchecked, the fetus develops in the tube until it is large enough to burst the tube. Although the chances of a tubal pregnancy are small, the risk of death from a ruptured tubal pregnancy is very great. This procedure cannot terminate a tubal pregnancy. I understand that this is a preexisting medical condition for which ██████'s office assumes no medical or financial responsibility.

**Hysterectomy** (i.e. removal of the uterus): I understand that as a result of certain conditions or some complications (such as perforating, bleeding, or severe infection) a hysterectomy may be necessary.

**Pulmonary (Lung) Embolism:** (i.e. Blood clot or amniotic fluid clot that may go to the lungs and cause difficulty breathing;) It may require transport to a hospital for evaluation and treatment.

**Infertility** Although rare, infertility may result from certain complications (such as infection) that remain untreated.

**Unintended expulsion:** When dilators are inserted and/or Misoprostol is used, the intent is to perform a D&C (suction curettage) or a standard D&E procedure. On rare occasions, unintended expulsion of products of conception may occur.

**Emotional Distress:** Individual women cope differently with pregnancy termination; most patients go through the process with minimal emotional effects, but in some cases professional help is required. I release the attending physicians and staff from any liability or responsibility for any condition that may result from this procedure, including but not limited to short range or long term psychological effects resulting from my decision to have this procedure.

I understand that my physician and/or counselor will answer any questions or concerns I have, and I will ask such questions before leaving the clinic. If I have concerns or complications after leaving, I agree to call the office of ██████ M.D., P.C. immediately. I also agree to have an examination and pregnancy test in two (2) weeks after the abortion, in order to rule out a continued pregnancy or the existence of other problems.

I UNDERSTAND THAT, WHEN POSSIBLE, I MAY BE TREATED FOR ANY RESULTING COMPLICATIONS AT DR. ██████ OFFICE, AT NO CHARGE TO ME; HOWEVER, SHOULD HOSPITALIZATION BE NECESSARY, I UNDERSTAND THAT I WILL BE RESPONSIBLE FOR ANY CHARGES.

I further understand that the medical practice of my physician(s) at ██████ M.D., P.C. is to be judged according to those standards reasonably acceptable to other physicians practicing in similar facilities in the Unites States.

I certify that I have read, had explained to me, and fully understand the above informed consent, and that I agree, in light of the consent, to the pregnancy termination procedure I have requested.

Date ___10/5/12___  10/10/12 ██████  Signature of Client ██████████

Provider ___██████████___  Witness - Staff Person ██████████

December 2, 2015

Southwest Woman's Options
████████████ PC
522 Lomas Blvd NE
Albuquerque, NM 87102

Dear ██████

   This is a request to release to my attorney, Michael J. Seibel, all records regarding the disposal of medical waste.

   Please forward all information regarding the disposal, donation or sale of any medical waste to any other person pursuant to the release.

                    Sincerely,

                    ████████████████