UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL LAW AND MOTION MINUTE ORDER

| Date: 10/11/18 | Time: 11:17-12:16 | Judge: DONNA M. RYU |
|---|---|---|
| Case No.: 3:16-cv-00236-WHO | Case Name: Planned Parenthood Federation of America, Inc., et al v. Center for Medical Progress, et al | |

**For Plaintiffs:**
Amy Bomse
Sharon Mayo

**For Defendants Center for Medical Progress, Biomax Procurement Services:**
Paul Jonna (via CourtCall)

**For Defendants David Daleiden**
Matthew Heffron (via CourtCall)

**For Defendant Troy Newman:**
Vladimir Kozina

**For Defendant Susan Merritt:**
Horatio Mihet (via CourtCall)

**For Defendant Albin Rhomberg:**
Michael Millen
Catherine Short (via CourtCall)

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** 11:17-12:16

PROCEEDINGS

1. Joint Discovery Letter Brief [Docket No. 312]

    For the reasons stated on the record, the court set forth a protocol for the parties to use in order to meet and confer regarding Plaintiffs' "redactions for security." The meet and confer shall take place in person between Plaintiffs' counsel and no more than two designated outside defense counsel to review the unredacted versions of documents that Plaintiffs have redacted based on security concerns. Counsel shall discuss the specific redactions in light of the court's guidance that security information that is relevant to Plaintiffs' damages claim should be unredacted. Defense counsel participating in the meet and confer may not share with co-counsel any security information that they learn during the meet and confer.

**Order to be prepared by:**
( )    Plaintiff              ( )    Defendant              ( )    Court

cc:  Chambers