Charles S. LiMandri (CA Bar No. 110841)
Paul M. Jonna (CA Bar No. 265389)
Jeffrey M. Trissell (CA Bar No. 292480)
B. Dean Wilson (CA Bar No. 305844)
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Tel: (858) 759-9948
cslimandri@limandri.com
*Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, Gerardo Adrian Lopez and David Daleiden*

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
tbrejcha@thomasmoresociety.org

Matthew F. Heffron, *pro hac vice*
THOMAS MORE SOCIETY
C/O BROWN & BROWN LLC
501 Scoular Building
2027 Dodge Street
Omaha, NE 68102
Tel: (402) 346-5010
*Attorneys for Defendant David Daleiden*

Edward L. White III, *pro hac vice*
Erik M. Zimmerman, *pro hac vice*
John A. Monaghan, *pro hac vice*
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Rd., Ste. 203
Ann Arbor, MI 48105
Tel: (734) 680-8007; Fax: (734) 680-8006
ewhite@aclj.org
ezimmerman@aclj.org
jmonaghan@aclj.org

Vladimir F. Kozina (CA Bar No. 95422)
MAYALL HURLEY, P.C.
2453 Grand Canal Blvd.
Stockton, CA 95207
Tel: (209) 477-3833; Fax: (209) 473-4818
VKozina@mayallaw.com
*Attorneys for Defendant Troy Newman*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al., | Case No. 3:16-CV-00236 (WHO) |
| Plaintiff, | Hon. Donna M. Ryu |
| vs. | |
| THE CENTER FOR MEDICAL PROGRESS, et al., | Declaration of David Daleiden in Support of Defendants CMP, BioMax, Daleiden and Newman's Motions to Compel |
| Defendants. | Hearing Date: Jan. 10, 2018, 11:00 a.m. Oakland Courthouse, Courtroom 4 |

I, David Daleiden, declare:

1.     I am a defendant in the above-captioned action. I am the Executive Director of the Center for Medical Progress (CMP), also a defendant in this action. I make this declaration based on personal knowledge in support of Defendants CMP, BioMax, Daleiden and Newman's motion to compel Plaintiffs to produce documents responsive to CMP's and Newman's separate document requests relating to Plaintiffs' fetal tissue programs, Defendant Newman's motion to compel Plaintiffs to provide an appropriate response to his interrogatory relating to Plaintiffs' fetal tissue programs, and Defendant CMP, BioMax, and Daleiden's motion to compel Plaintiffs to produce documents responsive to their document requests relating to their Cal. Pen. Code § 633.5 affirmative defense.

**MOTION TO COMPEL REGARDING PLAINTIFFS' FETAL TISSUE PROCUREMENT PROGRAMS: CMP'S PRESS RELEASES AND PUBLIC STATEMENTS**

2.     I am an investigative journalist and the founder and director of the Center for Medical Progress (CMP). CMP is a California not-for-profit corporation formed for the purpose of monitoring and reporting on medical ethics and advances, with an especial concern for contemporary bioethical issues that impact human dignity, such as aborted fetal tissue and organ harvesting. To this end, CMP seeks to educate and inform the public and thereby serve as a catalyst for reform of unethical and inhuman practices. CMP carries out its work by means of investigative journalism that complies with all applicable laws.

3.     In the summer of 2015, CMP began releasing the results of its investigative journalism study into illegal practices in the fetal tissue procurement industry, with new information published on a weekly basis. The timeline of publication is captured by CMP's blog page: http://www.centerformedicalprogress.org/blog/. A true and correct copy of a printout of CMP's blog page, from its inauguration through the end of 2015, is attached hereto as **Exhibit 18**. The entries appear in reverse order in the printout.

4.     In this case, the plaintiffs allege that they were harmed by CMP's publication of the results of its investigation. As a result of what CMP uncovered and published, the plaintiffs allege

that they had to respond to numerous federal and state governmental investigations, and received intense public backlash. Further, the plaintiffs allege that as a direct result of the publication of CMP's investigative journalism study, and the alleged backlash that resulted from it, the plaintiffs also increased their security expenditures. Below are descriptions and links to the press releases published in 2015 by CMP which reveal the plaintiffs' illegal conduct, and which plaintiffs allege directly led to their claimed damages.

5. On July 14, 2015, CMP published its first press release with accompanying footage. That release showed a PPFA/PPLA doctor discussing her experience with, and practice of, violating the partial birth abortion ban (18 U.S.C. § 1531), to assist in her practice of violating the prohibition on selling human (fetal) cadaverous tissue for profit (42 U.S.C. § 289g-2). A true and correct copy of a printout of that press release is attached hereto as **Exhibit 19**, and available online at: http://www.centerformedicalprogress.org/2015/07/planned-parenthoods-top-doctor-praised-by-ceo-uses-partial-birth-abortions-to-sell-baby-parts/.

6. On July 21, 2015, CMP published its second press release with accompanying footage. That release showed a PPFA/PPPSGV doctor negotiating the sale of human (fetal) cadaverous tissue for profit, which would violate federal law (42 U.S.C. § 289g-2), and offering to request of her doctors that they illegally modify abortion procedures to facilitate that sale (42 U.S.C. § 289g-1). A true and correct copy of a printout of that press release is attached hereto as **Exhibit 20**, and available online at: http://www.centerformedicalprogress.org/2015/07/second-planned-parenthood-senior-executive-haggles-over-baby-parts-prices-changes-abortion-methods/.

7. On July 28, 2015, CMP published its third press release with accompanying footage. That release was the first part of a documentary featuring a whistleblower, a former StemExpress employee who would procure fetal tissue at PPMM, claiming that she understood PPMM was illegally profiting from selling StemExpress human (fetal) cadaverous tissue (42 U.S.C. § 289g-2). A true and correct copy of a printout of that press release is attached hereto as **Exhibit 21**, and available online at: http://www.centerformedicalprogress.org/2015/07/human-capital-episode-1/.

8. On July 30, 2015, CMP published its fourth press release with accompanying footage. That release showed a PPRM doctor negotiating the sale of human (fetal) cadaverous

tissue for profit, which would violate federal law (42 U.S.C. § 289g-2), and offering to train her doctors to illegally modify abortion procedures to facilitate that sale (42 U.S.C. § 289g-1). The release also notes that the doctor admitted that 10% of the fetuses may be delivered intact, which may mean they are entitled to the full protection of the law (*see* 1 U.S.C. § 8). A true and correct copy of a printout of that press release is attached hereto as **Exhibit 22**, and available online at: http://www.centerformedicalprogress.org/2015/07/planned-parenthood-vp-says-fetuses-may-come-out-intact-agrees-payments-specific-to-the-specimen/.

9. On August 4, 2015, CMP published its fifth press release with accompanying footage. That release showed a PPGC department head negotiating the sale of human (fetal) cadaverous tissue for profit, which would violate federal law (42 U.S.C. § 289g-2), and stating that her doctors know how to illegally modify abortion procedures to facilitate that sale (42 U.S.C. § 289g-1). A true and correct copy of a printout of that press release is attached hereto as **Exhibit 23**, and available online at: http://www.centerformedicalprogress.org/2015/08/intact-fetal-cadavers-at-20-weeks-just-a-matter-of-line-items-at-planned-parenthood-tx-mega-center-abortion-docs-can-make-it-happen/.

10. On August 12, 2015, CMP published its sixth press release with accompanying footage. That release was the second part of a documentary featuring a whistleblower, a former StemExpress employee who would procure fetal tissue at PPMM, claiming that PPMM illegally gave StemExpress access to confidential medical records to facilitate the procurement of fetal tissue (HIPAA), and that StemExpress technicians would illegally procure human cadaverous (fetal) tissue without the consent of the donor patient (42 U.S.C. § 289g-1(b)). A true and correct copy of a printout of that press release is attached hereto as **Exhibit 24,** and available online at: http://www.centerformedicalprogress.org/2015/08/human-capital-episode-2-inside-the-planned-parenthood-supply-site/.

11. On August 19, 2015, CMP published its seventh press release with accompanying footage. That release was the third part of a documentary featuring a whistleblower, a former StemExpress employee who would procure fetal tissue at PPMM, claiming that she was instructed by her supervisor to procure fetal tissue from a fetus with a beating heart, which she did. Regardless

of whether a fetus is ultimately viable, if it has a beating heart after the abortion (or shows other statutorily-defined signs of life), it is "person" under federal law (1 U.S.C. § 8). Such a fetus is entitled to immediate medical care (Cal. Health & Saf. Code § 123435). The footage also features other corroborating evidence, including persons associated with two other tissue procurement companies who worked with Plaintiffs PPLA and PPPSW, who verify that born-alive fetuses/infants are being procured, which would constitute homicide or manslaughter. A true and correct copy of a printout of that press release is attached hereto as **Exhibit 25**, and available online at: http://www.centerformedicalprogress.org/2015/08/human-capital-episode-3-planned-parenthoods-custom-abortions-for-superior-product/.

12. On August 25, 2015, CMP published its eighth press release with accompanying footage. That release showed the CEO of StemExpress acknowledging that there is an illegal financial incentive for the Planned Parenthood clinics with which it partners (such as PPMM) to provide it with human cadaverous (fetal) tissue (42 U.S.C. § 289g-2), and indicating that abortion providers must illegally modify medical procedures to obtain useable tissue (42 U.S.C. § 289g-1). A true and correct copy of a printout of that press release is attached hereto as **Exhibit 26**, and available online at: http://www.centerformedicalprogress.org/2015/08/planned-parenthood-baby-parts-buyer-stemexpress-wants-another-50-liversweek-financial-benefits-for-abortion-clinics/.

13. On September 1, 2015, CMP published its ninth press release with accompanying footage. That release showed a procurement manager with Advanced Bioscience Resources (ABR), which procures fetal tissue from PPPSW, discussing how she has experienced situations where a fetus in a procurement case is delivered intact, which means he or she was delivered alive and entitled to the full protection of the law (*see* 1 U.S.C. § 8). A true and correct copy of a printout of that press release is attached hereto as **Exhibit 27**, and available online at: http://www.centerformedicalprogress.org/2015/09/planned-parenthood-baby-parts-vendor-abr-pays-off-clinics-intact-fetuses-just-fell-out/.

14. On September 15, 2015, CMP published its tenth press release with accompanying footage. That release was the fourth part of the documentary series, but featuring the National Director of the Planned Parenthood Consortium of Abortion Providers discussing how many clinics

4

obtain real income from selling fetal tissue, how PPFA intentionally does not have national policies regarding how its clinics must treat the prohibition on selling human (fetal) cadaverous tissue for profit (42 U.S.C. § 289g-2), but also stating that PPFA recommends that clinics accept payment for selling fetal tissue. A true and correct copy of a printout of that press release is attached hereto as **Exhibit 28**, and available online at: http://www.centerformedicalprogress.org/2015/09/top-planned-parenthood-exec-agrees-baby-parts-sales-a-valid-exchange-some-clinics-generate-a-fair-amount-of-income-doing-this/.

15. On October 27, 2015, CMP published its eleventh and final 2015 press release with accompanying footage. That release mirrored the first press release and showed a doctor discussing how she was trained by the doctor identified in the first press release, and discussing her experience with, and practice of, violating the partial birth abortion ban (18 U.S.C. § 1531). A true and correct copy of a printout of that press release is attached hereto as **Exhibit 29**, and available online at: http://www.centerformedicalprogress.org/2015/10/planned-parenthood-tx-doc-harvesting-intact-fetal-heads-will-give-me-something-to-strive-for/.

## MOTION TO COMPEL REGARDING DEFENDANTS' CAL. PEN. CODE § 633.5 DEFENSE: CMP'S REASONABLE BELIEF PLAINTIFFS WERE ENGAGED IN VIOLENT FELONIES

16. Since 2013, I have been investigating fetal tissue and organ procurement practices. I inaugurated the Human Capital Project at CMP to investigate, document, and report on illegal and unethical fetal tissue procurement practices in the abortion industry, with a special emphasis on the Planned Parenthood organization, after it was discovered that they were one of the most egregious violators of federal and state laws and ethical norms. These practices include the sale of fetal tissue, the altering of abortion procedures to obtain fetal tissue for research, the commission of partial-birth abortions, and the killing of babies born alive following abortion procedures, all of which are violations of federal and/or state law.

17. In the course of CMP's investigation, I have learned that the problem of individuals in the abortion industry committing infanticide is significant. Attached hereto as **Exhibit 30** is a true and correct copy of the article *1,200 too many: A look at born-alive abortion statistics*, by Libby

5

Decl. of David Daleiden ISO Defs. CMP, BioMax, Daleiden, & Newman's Mtn. to Compel – 3:16-CV-00236 (WHO)

Barnes, and dated May 23, 2013, which collects scientific studies and anecdotal reports on born alive infant cases. It is available online here: https://www.liveaction.org/news/1200-too-many-a-look-at-born-alive-abortion-statistics/.

18.    In the course of my investigation, I obtained from the Grantham Collection and Center for Bio-Ethical Reform, videos of born alive fetuses which confirmed that there do exist born alive fetuses which do not receive proper medical care. I also obtained from Ganogen, Inc., videos of beating human fetal hearts implanted into humanized mice which caused me to investigate the scientific requirements for harvesting *beating* hearts (as opposed to transferring organs on ice), and then confirmed that organs are being harvested from born alive fetuses. A "humanized" mouse is one which has human cells, tissues, and organs implanted in it to create a platform for further experimentation. They often have entirely human immune systems or have their internal organs replaced with fetal organs.

19.    In the course of my investigation, I read scientific journal articles which stated that intact human fetal hearts were obtained from PPMM's partners StemExpress and the fetal hearts were kept beating using a technique called Langendorff perfusion. I read documentation from manufacturers of Langendorff perfusion equipment that specified the heart must be beating when excised from a living body before being attached to the Langendorff perfusion system. I also interviewed stem cell expert Dr. Theresa Deisher, who confirmed that using Langendorff perfusion to keep hearts beating once they are removed requires keeping the heart beating in a live body until immediately before it is harvested. Dr. Theresa Deisher also informed me that in other cases of organ harvesting, it is likely that some babies are born alive with a beating heart following an induced abortion due to some journal articles' discussion of how quickly they need to get the fetal heart tissue into the digesting buffer solution in order to optimally harvest certain cells. In other words, based on Dr. Deisher's reading of various scientific journal articles, it is highly likely that certain fetuses were harvested after being born alive meeting the legal definition of a "person" and thus were entitled to the same rights as any other person. Attached hereto as **Exhibit 31** is the declaration of Theresa A. Deisher, Ph.D., which was prepared for related litigation against me and CMP which has since been dismissed.

6

20.     I also read studies and interviewed individuals in the abortion industry and thereby learned that there are two basic means of ensuring fetal demise in an abortion: dismemberment and poison (i.e., digoxin). I also learned that in order for fetal tissue and organs to be usable, the fetus cannot be killed with poison before the procedure begins. I also learned, including through first-hand conversations with abortion providers, including Planned Parenthood Drs. Deborah Nucatola and Amna Dermish, that abortion providers will alter the procedure to obtain more intact, and thus more valuable, organs and tissues, including to the point of committing an illegal partial-birth abortion. I have learned, including through first-hand conversations with Plaintiffs' abortion providers, that some providers will attempt to deliver the fetus intact, including with an intact head, in order to procure usable brain tissue from the head.

21.     In the course of my investigation, I also spoke with individuals in the fetal tissue procurement industry. This included Perrin Larton, the fetal tissue procurement manager for Advanced Bioscience Resources (partners with Plaintiff PPPSW), who stated that sometimes she has observed fetuses simply "fall out" of the mother in cases scheduled for procurement. This also included Dr. Ben Van Handel, the founder and owner of Novogenix Laboratories (partners with Plaintiff PPLA), who stated that sometimes his lab observes fetuses with hearts beating after the abortion, which are persons with legal rights under federal law. If a fetus has neither been, crushed, dismembered, nor poisoned during the abortion procedure, then it is likely still alive after the abortion and is a legal person entitled to protection under the law.

22.     As part of my investigation, I also specifically reviewed the trial transcript of Dr. Katharine Sheehan in one of the partial-birth abortion cases brought by Planned Parenthood in the Northern District of California, case no. 03-4872 PJH. That transcript showed that Plaintiff PPFA had produced certain late-term abortion records relating to partial-birth abortion and born-alive fetuses previously in the Northern District. Thus, I directed my counsel to seek similar records in this case, believing that if they were produced there, they should be produced here. Dr. Sheehan also testified that at least one percent of cases after 16 weeks, including viable cases, result in the fetus being delivered intact. Due to the fact that Planned Parenthood performs hundreds of thousands of abortions every year, this would mean at least hundreds of intact fetuses—even if no

special effort were made to actually obtain intact fetuses. Due to the profit incentive for "usable" fetal tissue, I believe that records for those Plaintiffs who were selling fetal tissue may reveal that their percentage of intact fetuses is actually greater than one percent, which would indicate modifying of abortion procedures.

23. I also interviewed Holly O'Donnell, a former fetal tissue procurement technician for StemExpress who harvested fetal tissue at Plaintiff PPMM, and learned that immediately after an abortion procedure, procurement technicians employed by companies such as StemExpress step in to take over the handling of the tissue, organs, or "intact cases" to ensure the best preservation of usable material. Because fetuses marked for organ donation are not killed before the procedure begins, and because some of these fetuses are delivered intact, these babies either die or are killed shortly after they are born. I learned from Ms. O'Donnell that StemExpress receives intact fetuses and that sometimes the fetus's heart is still beating when it is received by the StemExpress technician. I learned from Ms. O'Donnell that she was once instructed by her StemExpress supervisor to harvest brain by cutting through the face of a fetus whose heart was still beating after the abortion.

24. This is how Ms. O'Donnell described that event:

So then I hear her [my StemExpress trainer] calling: "Hey Holly come over here, I want you to see something kinda cool. It's kinda neat." So I'm over here and there's this moment I see it; I'm just flabbergasted. This is the most gestated fetus and closest thing to a baby I've seen. And, she's like: "Okay, I want to show you something." So she has one of her instruments and she just taps the heart and it starts beating. And I'm sitting here and I'm looking at this fetus and its heart is beating and I don't know what to think.

. . .

And she's like: "Do you know why that's happening." And I knew why it was happening. It was because the electrical current was, the nodes were still firing. And I don't know if that constitutes that it's technically dead or it's alive. It had a face, its, it wasn't completely torn up, and its nose was very pronounced, it had eyelids, and its mouth was pronounced. And then since the fetus was so intact, she said: "Okay, well this is a very good fetus and it looks like we can procure a lot from it, um, we're gonna procure brain." So uh, the moment I heard that, I was like, "that means we're going to have to

cut the head open. We're going to have to cut the head open. So:
"Okay so what you do is you go through the face." I was thinking:
"No, I don't want to do this."

*See* https://youtu.be/FzMAycMMXp8 at 4:01–36, 5:38-6:34.

25.     To be clear, the infant at issue described by Ms. O'Donnell was a viable 25 weeks old, but was significantly injured (either by the abortion procedure or by Ms. O'Donnell's supervisor) such that it is uncertain that he could have survived even if provided with immediate medical care at the time Holly encountered him. But affirmatively dissecting a legal person and harvesting his organs, even if he is on his deathbed, is still a crime of violence. Indeed, a recent Hollywood blockbuster movie, discussing the trial of convicted infant murderer Kermit Gosnell, discusses how many medical practitioners believe it is more humane to affirmatively kill a non-viable infant rather than let him or her die naturally. But affirmatively killing an infant, even if he or she is near death, is still murder. In the Gosnell case, because the infants were born alive, they were entitled to all legal safeguards even if not viable. The same is true here.

26.     Attached hereto as **Exhibit 32** is a true and correct copy of the article *Gosnell Movie Exposes Reality of Abortion*, by Alexandra DeSanctis, dated October 12, 2018. It is available online here: https://www.nationalreview.com/2018/10/gosnell-movie-depicts-reality-of-abortion/.

27.     Ms. O'Donnell's testimony was confirmed by an interview I had with StemExpress's former procurement manager, Kristen Leu. Ms. Leu worked as a procurement manager with StemExpress from 2011 to 2012, and so she was actually in charge of the fetal organ procurement for the studies that used the Langendorff perfusion referenced above. I spoke with her on the phone and asked her directly: "Did the doctors have to change the procedures in order to get the fetal hearts intact?" And she said, "Yes, we had to work very carefully with them to change the way they were doing the cervical dilation in order to get intact fetuses." And I said, "So were the hearts still beating at the time that you procured them?" And she said, "Yes."

28.     Unfortunately, I also recently learned that Ms. O'Donnell has passed away and therefore will not be available to testify at trial. Attached hereto as **Exhibit 33** is a true and correct copy of the article *Woman Who Helped Expose Planned Parenthood Sales of Aborted Baby Parts Passes Away*, by Micaiah Bilger, and dated October 2, 2018. It is available online here:

https://www.lifenews.com/2018/10/02/woman-who-helped-expose-planned-parenthood-sales-of-aborted-baby-parts-passes-away/.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATE: December 5, 2018

DAVID DALEIDEN

**EXHIBIT 18**



January 6, 2016

## CMP Statement on Congress Passing Planned Parenthood Defunding

Congress is **listening to the will of the American people to hold Planned Parenthood accountable under the law** for their barbaric abortion and baby parts business. Yesterday, President Obama wiped tears from his eyes saying: "Every time I think about those kids, it gets me mad." Mr. President, show the same outrage and compassion for the kids who are killed and harvested for body parts at Planned Parenthood, and parted out and sold across the country like used cars. The hypocrisy and callousness of this out-of-touch administration will be on full display if after today, President Obama refuses to listen to the will of the American people and reassign taxpayer money from Planned Parenthood's barbaric abortion and baby parts business to mainstream, full-spectrum health care providers.



"PROFIT" - Planned Parenthood's Illicit Moneymaking From ...

👤 David

January 6, 2016

## New Re-Cap Video on Planned Parenthood Baby Parts Scandal – "PROFIT"



"PROFIT" - Planned Parenthood's Illicit Moneymaking From ...

The **undercover footage** released in the past half-year by The Center for Medical Progress shows medical directors and executives from the top leadership of Planned Parenthood admitting the abortion business trades baby body parts for money and indicating the profit motive undergirding these illicit sales. To date, Planned Parenthood has offered **no convincing explanation for the money that has poured into its affiliates from fetal tissue procurement companies like StemExpress**, which performs the work of fetal tissue collection yet still pays abortion clinics per harvested part.

Planned Parenthood's recent assurances that it has ceased accepting payment for fetal tissue are an admission of guilt and a last-ditch effort to avoid scrutiny for these indefensible transactions. As Congress, the Health and Human Services Department, and numerous state and local law enforcement agencies continue to investigate Planned Parenthood's barbaric abortion and baby body parts business, this footage is a clear reminder of why there is a **broad public mandate for the investigations to continue and for public money to be reassigned from Planned Parenthood to ethical, mainstream medical organizations**.

&#128100; David

---

December 22, 2015

## CMP Statement on HHS Investigation of Planned Parenthood Baby Parts Scandal

The HHS inspector general's investigation of the Planned Parenthood baby parts scandal is further confirmation of the serious legal and ethical issues raised by Planned Parenthood's unaccountable abortion-for-baby-parts business. All state and federal investigations, including the Congressional Select Committee on Infant Lives and the new HHS audit, must leave no stone unturned in examining the illicit baby parts payments from groups like StemExpress, ABR, Novogenix, and even the NIH itself to Planned Parenthood.

&#128100; Admin

---

December 7, 2015

## CMP Statement on Planned Parenthood-allied National Abortion Federation's Attack on Free Speech

The First Amendment liberties of freedom of speech and of the citizen press are under attack in the censorial lawsuit brought against CMP by the National Abortion Federation, Planned Parenthood's allies and proxy group. The National Abortion Federation is a criminal enterprise and a key partner in Planned Parenthood's late-term abortion and baby body parts business. NAF seeks a Preliminary Injunction gag-order to silence CMP from publishing the evidence of criminal activity between NAF and Planned Parenthood and to censor the video evidence already released. CMP's recently-filed opposition to NAF is available (with court-mandated redactions) **here** and includes:

- *The factual background of CMP investigators' interactions with the National Abortion Federation, revealing NAF invited CMP investigators to attend its meetings precisely because it was so interested in its members receiving payment for fetal tissue and organs* (page 5)

- *The important precedent of the recent* **Animal Legal Defense Fund v. Otter** *case in the 9th Circuit, ruling definitively that investigative journalism is not "fraud" and fully protected by the First Amendment*

- *5 pages of examples of criminal and unethical admissions from NAF and Planned Parenthood abortion providers documented at NAF meetings, redacted from the public filing and prevented from release by court order* (pages 10-15)

- *The invalidity and unenforceability of NAF's poorly-constructed and contradictory conference Exhibitor and Confidentiality Agreements, which NAF has admitted in court to have a primary non-disparagement purpose nowhere stated in the agreements themselves* (pages 18-28)

- *The blatantly unconstitutional character of prior restraints on speech* (pages 32-38)

From CMP's Opposition filing:

> In September 2013, the National Abortion Federation ("NAF") became aware of a start-up company called BioMax Procurement Services, LLC, which offered to pay abortion clinics for fetal tissue. NAF representatives encouraged BioMax to attend and exhibit at NAF's Annual Meeting in April 2014 in San Francisco. In response to a tentative e-mail inquiry from BioMax about pricing and availability of exhibit space at the next meeting, NAF responded by sending a prospectus containing what NAF now claims is its most secret information: the exact date, time, and location of its next Annual Meeting.
>
> BioMax representatives attended the 2014 NAF Annual Meeting and told dozens of members and staff that its business plan was to pay abortion clinics for fetal tissue—and pay more than its competitors. From 2014 to 2015, it made the same proposal to abortion providers and clinic owners

*in several other venues. Consequently, BioMax became popular and respected in the abortion community.*

*[...]*

*CMP's investigation uncovered extensive evidence in the abortion industry of willingness to engage in criminal practices, including the sale of fetal body parts for profit and the alteration of abortion methods to procure fetal body parts for research, as well as evidence of de-sensitization toward the highly developed human fetus by practitioners of late-term abortion.*

*NAF has spun this investigative journalistic endeavor into an eleven-count complaint containing allegations ranging from racketeering and fraud to trespass. Despite months of rhetoric about CMP's putative "fraud" and "crime spree," however, for its preliminary injunction motion, NAF relies on only two claims: breach of contract and violation of California Penal Code § 632.*

*Plaintiff cannot show a likelihood of success on these claims, nor can it show a threat of irreparable injury on the basis of the actions of third parties unrelated to Defendants who are strangers to this lawsuit. Moreover, NAF's requested relief is both unsupported by the evidence and contrary to the public policy against restraining publication of matters of enormous public interest.*

The National Abortion Federation and Planned Parenthood continue to trample on the First Amendment freedoms of the American people even as these two halves of the abortion industry are under state and federal investigation for their criminal sale of baby body parts. The arguments on NAF's Preliminary Injunction gag order will be heard in the San Francisco Northern Federal District Court of California on December 18. The public filings can be found below:



**CMP Opposition to NAF Preliminary Injunction**

---



**Declaration of David Daleiden**

&#128100; David

---

December 4, 2015

# CMP Statement on Senate Vote to Freeze Planned Parenthood Taxpayer Subisides

Democracy has returned to the Congress as the Senate votes by majority to end taxpayer subsidies to Planned Parenthood's scandal-ridden abortion and baby parts business. There is no justification for Planned Parenthood to continue to build their criminal enterprise and abortion empire on over half-a-billion taxpayer dollars each year. Now, President Obama must listen to the will of the people through their elected representatives by ending taxpayer subsidies to Planned Parenthood and ordering an immediate investigation by the Justice Department of Planned Parenthood's interstate commerce in fetal tissue and organs with StemExpress, Advanced Bioscience Resources, Novogenix Laboratories, Da Vinci Biosciences, and many others.

👤 David

---

November 28, 2015

## CMP Statement on Violence in Colorado Springs

The Center for Medical Progress condemns the barbaric killing spree in Colorado Springs by a violent madman. We applaud the heroic efforts of law enforcement to stop the violence quickly and rescue the victims, and our thoughts and prayers are with the wounded, the lost, and their families.

👤 David

---

October 27, 2015

## Planned Parenthood TX Doc: Harvesting Intact Fetal Heads "Will Give Me Something to Strive For"



FOR IMMEDIATE RELEASE

### #PPSellsBabyParts PLANNED PARENTHOOD TX DOC: HARVESTING INTACT FETAL HEADS "WILL GIVE ME SOMETHING TO STRIVE FOR"

*Dr. Amna Dermish, Planned Parenthood Late-Term Abortion Doctor in Austin, TX, Taught by PPFA Senior Director of Medical Services Dr. Deborah Nucatola to Use Partial-Birth Abortions For Intact Fetuses*

**Contact:** Peter Robbio, **probbio@crcpublicrelations.com**, 703.683.5004

AUSTIN, Oct. 27–The eleventh video release from The Center for Medical Progress in the ongoing Planned Parenthood baby parts scandal shows the abortion doctor for Planned Parenthood in Austin, TX, Dr. Amna Dermish, describing a partial-birth abortion procedure to terminate living, late-term fetuses which she hopes will yield intact fetal heads for brain harvesting.

Dr. Dermish admits she was trained by the Senior Director of Medical Services at Planned Parenthood Federation of America, Dr. Deborah Nucatola. Nucatola described a partial-birth abortion technique to harvest fetal organs in the **first** Planned Parenthood video released July 14 by CMP.

"**My aim is usually to get the specimens out pretty intact**," says Dermish, speaking to actors posing as a fetal tissue procurement company. Dermish admits that she will sometimes use ultrasound guidance to convert a 2nd-trimester fetus to a feet-first breech presentation: "**Especially the 20-weekers are a lot harder versus the 18-weekers, so at that point I'll switch to breech.**"

"That's what Deb [Nucatola] was telling us, was it really makes a difference for tissue collection at PPLA," says one of the actors, referencing Nucatola's technique for organ harvesting. "**It's really nice when it's, yeah–I trained with her**," replies Dermish.

In reply to a question about harvesting fetal brain, Dermish notes, "**I haven't been able to do that yet**," but exclaims with laughter, "**This will give me something to strive for!**"

Dermish does not use the chemical digoxin to kill the fetus before 20 weeks, so her feet-first, intact extraction abortions are done on living fetuses. Using ultrasound guidance to manipulate the fetus from vertex to breech orientation before extracting the yet-living fetus is a hallmark of the illegal partial-birth abortion procedure (18 U.S.C. 1531).

Dermish also affirms a fetal body part price of $50 or $60 per specimen. The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison and a fine of up to $500,000 (42 U.S.C. 289g-2).

The state of Texas recently moved to disbar Planned Parenthood from taxpayer funding on account of Medicaid fraud and abortion-related crimes. Governor Greg Abbott recently said in an interview that the state of Texas is now in possession of "hard evidence" that Planned Parenthood is engaged in "violations of federal and state law concerning abortion procedures."

"Less than 4 miles away from the Texas state capitol, Planned Parenthood routinely practices barbaric partial-birth abortions on living, late-term fetuses," notes CMP Project Lead David Daleiden. "Planned Parenthood's crimes are not just the result of local bad actors, but are tolerated and even encouraged at the highest levels of the national organization. State-level criminal investigations must press charges, and Congress' new select committee must pursue a deep and comprehensive accounting of Planned Parenthood's atrocities against humanity."

####

*See the video at:* **https://www.youtube.com/watch?v=2tgez97aG74**

*Tweet:* #PPSellsBabyParts

*For more information on the Human Capital project, visit* centerformedicalprogress.org.
*The Center for Medical Progress is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#x25C9; David

---

October 13, 2015

## CMP Statement on Planned Parenthood's Alleged "Policy" Change

For three months, Planned Parenthood has tried to pass off its baby-parts-for-money scheme as totally legitimate. Today, Planned Parenthood's latest PR stunt of so-called "policy" change is an admission of guilt.

If the money Planned Parenthood has been receiving for baby body parts were truly legitimate "reimbursement," why cancel it? This proves what CMP has been saying all along—Planned Parenthood incurs no actual costs, and the payments for harvested fetal parts have always been an extra profit margin.

Without releasing the text of the alleged new "policy" and the exact model from the their Washington affiliate, Planned Parenthood's stunt today tells us nothing. This only raises more serious questions about what Planned Parenthood leadership has been allowing its clinics to do with money and baby parts, and intensifies the need for Congress to pursue full auditing and oversight of Planned Parenthood's unaccountable criminal enterprise of baby parts trafficking.

&#x25C9; David

September 29, 2015

## CMP Statement on Planned Parenthood CEO's Testimony Before Congress

Planned Parenthood CEO Cecile Richards admits in her written testimony before Congress today that she is "proud" of Planned Parenthood's baby body parts harvesting program. In person, Planned Parenthood's CEO frequently hid behind the corporate veil of Planned Parenthood's affiliates and could not provide basic information about Planned Parenthood's abortion revenue and fetal harvesting practices. Planned Parenthood's CEO's evasive testimony will only prolong the controversy over this corrupt and unaccountable organization, while taxpayers continue to foot the bill for their expanding late-term abortion business and baby parts harvesting chop-shop. Her testimony clearly demonstrates that Planned Parenthood, at least on Cecile Richards' watch, has no intention of ending these atrocities against humanity and is not worthy of taxpayer funding.

The Center for Medical Progress continues to cooperate with the now-five Congressional Committee investigations, subject to an unconstitutional prior-restraint TRO from Planned Parenthood's allies at the National Abortion Federation. If Planned Parenthood wants to see all of CMP's footage released, as they claimed in the hearing today, then they should tell their cronies at the National Abortion Federation to back down from their unconstitutional suppression of First Amendment rights to free speech and citizen journalism.

&#128100; David

---

September 15, 2015

## Top Planned Parenthood Exec Agrees Baby Parts Sales "A Valid Exchange," Some Clinics "Generate A Fair Amount of Income Doing This"



FOR IMMEDIATE RELEASE

### #PPSellsBabyParts TOP PLANNED PARENTHOOD EXEC AGREES BABY PARTS SALES "A VALID EXCHANGE," SOME CLINICS "GENERATE A FAIR AMOUNT OF INCOME DOING THIS"

*Planned Parenthood Consortium of Abortion Providers National Director Deborah VanDerhei Agrees "Give Our Organization Money for the Tissue" is "A Valid Exchange," Calls Fetal Organ Harvesting "Donation for Remuneration"*

**Contact:** Peter Robbio, probbio@crcpublicrelations.com, 703.683.5004

LOS ANGELES, Sept. 15–The fourth episode in a new documentary web series and 10th video by The Center for Medical Progress features several top-level Planned Parenthood executives discussing the organization's secretive practices around aborted fetal parts harvesting. The video includes comments from Deborah VanDerhei, the National Director of the organization's Consortium of Abortion Providers, describing the harvesting of fetal body parts as "donation for remuneration."

The "Human Capital" documentary web series, produced by The Center for Medical Progress, integrates expert interviews, eyewitness accounts, and real-life undercover interactions to explore different themes within Planned Parenthood's sale of aborted fetal tissue. Episode 4, "Planned Parenthood Federation of America's Criminal Enterprise," launches today at: **https://www.youtube.com/watch?v=c9EU_02c5bM**

The video highlights conversations with Dr. Carolyn Westhoff, Senior Medical Advisor for PPFA; Dr. Vanessa Cullins, Vice President for External Medical Affairs for PPFA; and Deborah VanDerhei, National Director for the Consortium of Abortion Providers (CAPS) at PPFA.

"**We've just been working with people who want particular tissues, like, you know, they want cardiac, or they want eyes, or they want neural**," says Dr. Westhoff to a prospective fetal organ buyer. "**Certainly, everything we provide–oh, gonads! Oh my God, gonads. Everything we provide is fresh.**" Westhoff continues, "**Obviously, we would have the potential for a huge P.R. issue in doing this**," before offering to introduce the buyers to "**national office abortion people**" from Planned Parenthood.

Deborah VanDerhei is the National Director for CAPS, an influential committee within Planned Parenthood that drives abortion policy across the organization. VanDerhei refers to payments for fetal tissue as "**donation for remuneration**," which carries the connotation of **financial reward** or **benefit** without regard for actual expenses. VanDerhei explains, "**I have been talking to the executive director of the National Abortion Federation, we're trying to figure this out as an industry, about how we're going to manage remuneration, because the headlines would be a disaster.**"

"**Is this really worth getting–I don't even know what in general, what a specimen generally brings in?**" VanDerhei later asks a prospective buyer. When she is told $100 per specimen, she remarks, "**But we have independent colleagues who generate a fair amount of income doing this.**" VanDerhei suggests that Planned Parenthood goes to great lengths to avoid leaving a paper trail about their fetal tissue activity: "**It's an issue that you might imagine we're not really that comfortable talking about on email.**"

In a conversation recorded between VanDerhei and Vanessa Russo, Compliance Program Administrator for Planned Parenthood Keystone in Pennsylvania, Russo argues, "**A company like this that wants to give our organization**

**money for the tissue–I think that that's a valid exchange, and that that's okay.**" VanDerhei nods her head up and down and affirms, "**Mhm.**"

The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison or a fine of up to $500,000 (42 U.S.C. 289g-2).

Vanessa Cullins, the Vice President of External Medical Affairs, seems fully aware of the criminal exposure that fetal body parts sales present to Planned Parenthood: "**This is important. This could destroy your organization and us, if we don't time those conversations correctly,**" she tells a prospective buyer.

Planned Parenthood is the largest abortion provider in the country, responsible for 327,000 abortions every year, and receives $528 million in taxpayer money each year. "From email black-outs to contorted oxymorons like 'donation for remuneration,' the lengths to which Planned Parenthood leadership will go to cover-up their illegal sale of aborted baby parts are nothing less than the desperation of a guilty conscience," notes David Daleiden, Project Lead for CMP. "Planned Parenthood CEO Cecile Richards openly admits they receive '$60 per tissue specimen,' and their contracts with StemExpress offer payments per fetus 'determined in the clinic to be usable.' Planned Parenthood runs their abortion and baby parts business in open disregard for the law and should be prosecuted immediately. Their taxpayer funding should be reassigned to Federally Qualified Health Centers, which provide more and comprehensive health services at locations outnumbering Planned Parenthood 20 to 1."

####

*See the video at:* **http://www.centerformedicalprogress.org/2015/09/top-planned-parenthood-exec-agrees-baby-parts-sales-a-valid-exchange-some-clinics-generate-a-fair-amount-of-income-doing-this/**

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.*

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#128100; David

© 2018 The Center for Medical Progress | Terms of Use



September 9, 2015

## CMP Statement on Planned Parenthood Violations Admitted In Energy & Commerce Minority Memo

It is telling that the House Energy & Commerce Committee's **Minority Memo**, drafted by Planned Parenthood's political cronies, can only cite multiple contracts between Planned Parenthood affiliates and Tissue Procurement Organizations which explicitly confirm that Planned Parenthood charges per fetus and per fetal body part for only high-quality procured tissue specimens, but the Memo cannot cite any evidence at all of actual costs incurred by Planned Parenthood. The facts are clear that Planned Parenthood receives substantially scalable payments for harvested fetus body parts, but there is still no evidence that these payments correspond in any way to any actual costs. Planned Parenthood's political cronies, paid for with Planned Parenthood's abortion and baby parts money, continue to abuse the English language the credulity of the American people by shrilly insisting that Planned Parenthood's admissions of payment for baby parts and alterations to abortion procedures are not evidence of criminal activity and barbaric atrocities against humanity that the American taxpayers should not be forced to pay for.

&#x1F464; David

---

September 1, 2015

# Planned Parenthood Baby Parts Vendor ABR Pays Off Clinics, Intact Fetuses "Just Fell Out"



FOR IMMEDIATE RELEASE

**#PPSellsBabyParts PLANNED PARENTHOOD BABY PARTS VENDOR ADVANCED BIOSCIENCE RESOURCES PAYS OFF CLINICS, INTACT FETUSES "JUST FELL OUT"**

*ABR, Oldest Supplier of Baby Parts, Paid "Advisor Fee" to Clinic Leadership; Planned Parenthood CEO Admits ABR Pays Clinic $60 Per Baby Part*

**Contact:** Peter Robbio, probbio@crcpublicrelations.com, 703.683.5004

LOS ANGELES, Sept. 1–The ninth video in the Planned Parenthood baby parts scandal focuses on Advanced Bioscience Resources, Inc. (ABR), the small and secretive company that has harvested and sold fetal body parts at Planned Parenthood clinics longer than any other entity: **http://www.centerformedicalprogress.org/2015/09/planned-**

**parenthood-baby-parts-vendor-abr-pays-off-clinics-intact-fetuses-just-fell-out/**

The video features undercover conversations with Dr. Katharine Sheehan, the long-time medical director of Planned Parenthood of the Pacific Southwest until 2013; Perrin Larton, the Procurement Manager for ABR; and Cate Dyer, the CEO of rival fetal tissue procurement company StemExpress.

Sheehan tells actors posing as a new human biologics company that at Planned Parenthood Pacific Southwest, "**We have already a relationship with ABR.**" Sheehan explains, "**We've been using them for over 10 years, really a long time, just kind of renegotiated the contract. They're doing the big collections for government-level collections and things like that.**" When one of the actors negotiates, "We return a portion of our fees to the clinics," Sheehan responds eagerly, "**Right, get a toe in and make it, make a pro–alright.**"

In an **August 27 letter** to Congress, Planned Parenthood CEO Cecile Richards referenced a California Planned Parenthood affiliate that currently receives $60 "**per tissue specimen**" from a tissue procurement organization. The Center for Medical Progress, the group producing the videos, identified Planned Parenthood Pacific Southwest and ABR as the affiliate and TPO referred to in Richards' letter, based on process of elimination.

"We now know from Cecile Richards' letter that $60 per collected tissue specimen is what will 'get a toe in' to harvest baby parts at Planned Parenthood Pacific Southwest," **wrote** CMP Project Lead David Daleiden. As multiple tissue specimens often come from a single fetus, $60/specimen can quickly add up to hundreds of extra dollars in revenue per abortion. The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison or a fine of up to $500,000 (42 U.S.C. 289g-2).

Perrin Larton, the Procurement Manager at ABR, is shown describing ABR's fetal tissue harvesting practice to a prospective buyer. "**I literally have had women come in and they'll go in the O.R. and they're back out in 3 minutes, and I'm going, 'What's going on?' Oh yeah, the fetus was already in the vaginal canal whenever we put her in the stirrups, it just fell out**," she explains of situations where there has been a great enough degree of cervical dilation to procure an intact fetus.

ABR, founded in 1989 by CEO Linda Tracy, **charges $340 per second-trimester fetal tissue specimen**, yet seems less concerned about tissue quality than other harvesting companies: "**Whenever we have a smooth portion of liver, we think that's good!**" says Larton.

Cate Dyer, who used to work as a procurement technician for ABR before founding her own company StemExpress, shares some of the financial details of ABR: "**They were funding places in Hawaii for themselves**," she divulges. "**Some staff–not that I know so much on the Planned Parenthood side, but I wouldn't be surprised–there are some staff in the past that have been on the payroll with ABR.**" According to Dyer, ABR would pay an "advisor fee" to a clinic manager or director in order to preserve their exclusive right to harvest fetal tissue at that location. "**There's like, well enough known**," says Dyer, that "**for a long time there were certain clinics that because they had paid advisors that were sitting on boards for these clinics, that were also an advisor to ABR, you were just never going to go anywhere with them, you know what I mean?**"

"In the twisted world of baby parts trafficking from Planned Parenthood abortion clinics, there are few unbroken rules," notes CMP's Daleiden. "After the serious admissions in Planned Parenthood's letter to Congress last week, it is imperative for lawmakers and law enforcement to act decisively to determine the full extent of Planned Parenthood and their proxies' lawbreaking, hold them accountable, and stop the taxpayer funding of these barbaric atrocities against humanity."

###

*See the video at:* **http://www.centerformedicalprogress.org/2015/09/planned-parenthood-baby-parts-vendor-abr-pays-off-clinics-intact-fetuses-just-fell-out/**

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.* The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#9679; David

August 31, 2015

## CMP's Open Letter to Congress in Reply to Planned Parenthood's Aug. 27 Letter



**CMP Letter to Congress**

MEDIA ADIVSORY

Today, The Center for Medical Progress sends an open letter to Congress in reply to Planned Parenthood's letter of August 27. CMP's letter highlights serious admissions in Planned Parenthood's letter, in which Planned Parenthood CEO Cecile Richards seems to admit that her organization receives valuable consideration payments for fetal tissue, changes abortion procedures to get higher quality specimens, and supports and approves these practices at the highest level. The CMP letter is available **here**.

&#9679; David

---

August 31, 2015

## Deconstructing Planned Parenthood's Failed "Forensic Analysis" Report

On August 27, Planned Parenthood released what they claimed was a "forensic analysis" **report** on CMP's published investigative footage. In reality, the report is

a pseudoscientific production by Fusion GPS, a political opposition-research company that has no forensic certifications. While the report, which contains multiple errors, set out to delegitimize CMP's video evidence, it only provides evidence of the opposite: the report admits that "***This analysis did not reveal widespread evidence of substantive video manipulation***" and that it "***shows no evidence of audio manipulation.***"

Planned Parenthood's review of the undercover meetings with Dr. Deborah Nucatola, Dr. Mary Gatter, Dr. Savita Ginde, and Melissa Farrell identifies sections in the full footage of these conversations where bathroom breaks or waiting time between meetings were removed to protect the investigators. The Center for Medical Progress provides original recording files to law enforcement and official investigators, but endeavors to present our findings to the public in the most accessible way possible. This brief will review the specific cuts and other issues raised by the Planned Parenthood report.

### Video 1: Dr. Deborah Nucatola, Senior Director of Medical Services, PPFA

The Planned Parenthood report notes that two different camera angles recorded the meeting with Dr. Nucatola. In the full footage of this conversation, the primary camera (Actor 1) is used throughout, until Actor 1 needed to use the restroom at encoded timestamp 14:32:07 (framecount ~038200). At this point, footage from the second camera (Actor 2) is supplemented so viewers can follow the conversation that continued between Dr. Nucatola and Actor 2, while Actor 1 uses the restroom. When Actor 1 returns, the primary camera footage does as well. The timestamp on the primary footage reads 14:37:43 when Actor 1 returns–the approximately 5.5 minute change in timestamp corresponds to the 5.5 minute discussion Actor 2 has alone with Dr. Nucatola.

At 14:38:06, Dr. Nucatola leaves to use the restroom, and returns at 14:41:08. The logistical discussion between the actors is not part of the conversation with Dr. Nucatola and like discussions between only the actors arriving and leaving the meeting, it is not included. Viewers following the conversation between Nucatola and the two actors hear the continuous dialog about using the restroom at these points in the video.

The bathroom breaks and actors' logistics do not change Dr. Nucatola's statements, and the brief change of camera footage allows the viewer to see and hear the full conversation with Dr. Nucatola.

**Video 2: Dr. Mary Gatter, President of the Planned Parenthood Medical Directors' Council, PPFA**

Again, the Planned Parenthood report attempts to cast aspersions on the investigative footage because of the use of two cameras. In reality, the use of multiple cameras corroborates the scenes recorded and enhances the evidentiary value of the footage. CMP provides law enforcement and official investigators with the original files from all recording devices.

Each actor uses the restroom at the beginning of the meeting with Dr. Mary Gatter. While Actor 2 uses the restroom, Actor 1's camera documents the beginning of the conversation with Dr. Gatter. When Actor 2 returns to the table and Actor 1 leaves to use the restroom at 12:04:53, the camera changes to Actor 2's footage, and remains there for the rest of the conversation.

As in Video 1, the continuous dialogue around the camera transition makes it clear there is a bathroom break.

**Video 3: Dr. Savita Ginde, VP and Medical Director, Planned Parenthood of the Rocky Mountains**

The actors spent almost an entire work day at the Planned Parenthood facility shown in this video, with only a fraction of that time spent in conversation with Dr. Ginde. The full footage of their conversation with Dr. Ginde begins in a conference room meeting with her, and this conversation continues until the Planned Parenthood staff break for lunch at timestamp 10:27:07. The actors were not taken into the path lab until after abortions began and Planned Parenthood was making fetal tissue available for review at timestamp 11:01:40. The actors recorded several periods of "down-time" between abortion cases where they were alone in the path lab or in break rooms discussing logistics. Again, bathroom breaks and logistical discussions between only the actors are only presented to law enforcement and official investigators in order to protect the actors.

At 11:45:46, the Planned Parenthood so-called "forensic report" erroneously identifies a stop in the recording device. Dr. Ginde leaves the actors alone in a waiting room, and so the conversation footage resumes when Dr. Ginde returns for the one of the actors at timestamp 12:21:55.

Planned Parenthood also takes issue with two statements recorded in the dialogue: first, Dr. Ginde's sad remark over a dismembered 11.6-week fetus that, "It's a baby," and second, the medical assistant's excited exclamation that a 10-week aborted fetus is "another boy." The Planned Parenthood report does not mark out by timestamp or framecount exactly where these statements occur in the recording, but only gives vague estimates of where they occur in the video run-time.

While the first remark from Dr. Ginde, at timestamp 11:05:07, is faint, careful listening makes the dialogue clear beginning at 11:04:52:

**Actor 1:** "Was that crack, was that the, just the little bits of the skull?"
**Medical Assistant:** "Mhm. I'm looking for–I guess we're missing one leg. And a foot."
**Dr. Ginde:** "It's a baby."

Dr. Ginde's distinctive voice can be heard after the Medical Assitant references the leg and the foot of the baby, murmuring in a low, despondent tone, "It's a baby," and the bilabial "B" sound can be heard clearly at the end of the phrase. This is consistent with other remarks made by Dr. Ginde during the site visit, including her description of a 12-week aborted fetus at timestamp 13:54:50 as "war-torn." The Medical Assistant also referred to the aborted 11.6 fetus as "cute" at 11:04:31, which elicited an inaudible response from Ginde.

At timestamp 14:08:29, the Planned Parenthood Medical Assistant exclaims, "And another boy!" when examining a 10-week aborted fetus. This same Medical Assistant referred to an 11.6-week aborted fetus as "cute," frequently described looking for fetal extremities as "legs" and "feet," and was also looking for "twins" in several of the abortion cases. The sex of fetuses was never brought up by the actors.

It is significant that Planned Parenthood singles these two statements out for special scrutiny: they are admissions from Planned Parenthood abortion workers about the violence inherent in their work. But the way the report focuses on them while simultaneously refusing to precisely flag them seems to indicate Planned Parenthood also has a guilty conscience for child-killing.

**Video 4: Melissa Farrell, Director of Research, Planned Parenthood Gulf Coast**

The Planned Parenthood report identifies a missing recording file from timestamp 07:46:47 to 08:15:15. This was due solely to human error, as the missing file, which begins at timestamp 07:46:48 and ends at 08:15:13, includes several key admissions from Farrell about PPGC's arbitrary budgeting practices for tissue collection charges and willingness to modify abortion procedures to get more intact specimens (which even Planned Parenthood President Cecile Richards has **admitted**). The missing clip has been supplemented **here**.

From 8:44:26 to 8:48:39 (mistakenly notated in the Planned Parenthood report as 8:44:39), Actor 1 uses the restroom while Farrell leaves the room to grab documents off of the printer. This is clear from the dialogue. Actor 2 also left to use the restroom during the same time. At 12:58:34, Farrell led the actors to a break room, and actors took the time to swap out recording equipment batteries and discuss logistics with each other. Farrell returns to take the actors to the clinic's path lab at 13:50:18.

The Planned Parenthood report erroneously cites a clip of a "credit card" at 13:11:59 for the Farrell video, which is actually from the Gatter video.

**Conclusion:**

The Planned Parenthood report contains multiple erroneous statements and conclusions, yet by its own words finds no "substantive video manipulation" and "no evidence of audio manipulation." CMP's investigative video recordings are high-quality and reproducible evidence that can be provided to law enforcement and official investigators in original recording format.

&#9679; David

---

August 27, 2015

# CMP Statement on Planned Parenthood's Criminal Admissions in CEO Letter to Congress

Planned Parenthood CEO Cecile Richards makes two key admissions today in Planned Parenthood's **letter** to Congress: that Planned Parenthood gets paid $60 per baby body part harvested, and that Planned Parenthood doctors alter their abortion procedures to get higher-quality body parts. Both of these admissions speak to Planned Parenthood's financial benefit and profit motive for supplying fetal tissue, and both are the points CMP's videos have documented and illustrated from the very beginning. When a Tissue Procurement Organization handles all dissection, packaging, and shipping of fetal organs, and all Planned Parenthood does is spend 10 minutes consenting a patient, the $60 per body part harvested quickly adds up to illegal baby parts profit for Planned Parenthood. And when a Planned Parenthood doctor manipulates the abortion to get higher-quality baby parts, they are prizing Planned Parenthood's financial interests ahead of women's health.

&#128100; David

---

August 27, 2015

# CMP Statement on Planned Parenthood's Failed "Analysis" of Videos

Planned Parenthood's desperate, 11th-hour attempt to pay their hand-picked "experts" to distract from the crimes documented on video is a complete failure. The absence of bathroom breaks and waiting periods between meetings does not change the hours of dialogue with top-level Planned Parenthood executives eager to manipulate abortion procedures to get high-quality baby parts for financially profitable sale. While even Planned Parenthood's "experts" found "no evidence of audio manipulation" in the recordings, it is telling that Planned Parenthood is trying so hard to pretend that their staff did not refer to a dismembered fetus as "a baby" and "another boy." Planned Parenthood's abortion providers are far more honest about the brutal reality of their work than the paid political consultants at the national office. If Planned Parenthood really wants to disprove the now-overwhelming body of evidence that their affiliates traffick in baby body parts, they should release their fetal tissue contracts with the for-profit company StemExpress for law enforcement, Congress, and all the world to see.

👤 David

---

August 25, 2015

## Planned Parenthood Baby Parts Buyer StemExpress Wants "Another 50 Livers/Week," Financial Benefits for Abortion Clinics



Planned Parenthood Baby Parts Buyer StemExpress Wants …

FOR IMMEDIATE RELEASE

**#PPSellsBabyParts PLANNED PARENTHOOD BABY PARTS BUYER STEMEXPRESS WANTS "ANOTHER 50 LIVERS/WEEK," FINANCIAL BENEFITS FOR ABORTION CLINICS**

*Cate Dyer, CEO of StemExpress, LLC Partnered with Planned Parenthood since 2010, Says Company Gets "A Lot" of Intact Fetuses, Calls Planned Parenthood Baby Parts Supply a "Volume Institution"*

**Contact:** Matille Thebolt, mthebolt@crcpublicrelations.com, 571.501.4067

LOS ANGELES, Aug. 25–The eighth video in the ongoing controversy over Planned Parenthood's sale of aborted fetal body parts shows the CEO of StemExpress, LLC, a major buyer of fetal tissue from Planned Parenthood, admitting the company gets "a lot" of intact fetuses, suggesting "another 50 livers a week" would not be enough, and agreeing abortion clinics should profit from the sale: http://www.centerformedicalprogress.org/2015/08/planned-parenthood-baby-parts-buyer-stemexpress-wants-another-50-liversweek-financial-benefits-for-abortion-clinics/

StemExpress is a for-profit biotech supply company that has been partnered with Planned Parenthood clinics across the country to purchase human fetal parts since its founding in 2010. StemExpress' Medical Director, Dr. Ronald Berman, is an abortion doctor for Planned Parenthood Mar Monte.

In the video, actors posing as another human biologics company meet with StemExpress CEO Cate Dyer, plus Vice President of Corporate Development and Legal Affairs Kevin Cooksy, and Procurement Manager Megan Barr. StemExpress and the actors are discussing a potential partnership to supply extra fetal body parts to each other.

"**So many physicians are like, 'Oh I can totally procure tissue,' and they can't,**" expresses Dyer, seeming to indicate that abortion doctors must do the procedure in a special way to obtain useable fetal parts. Federal law requires that no alteration in the timing or method of abortion be done for the purposes of fetal tissue collection (42 U.S.C. 289g-1).

"What about intact specimens?" asks one of the actors. "**Oh yeah, I mean if you have intact cases, which we've done a lot, we sometimes ship those back to our lab in its entirety**," replies Dyer. "Case" is the clinical term for an abortion procedure. An "intact case" refers to an intact abortion with a whole fetus. "The entire case?" asks an actor. "**Yeah, yeah,**" says Dyer. "**The procurement for us, I mean it can go really sideways, depending on the facility, and then our samples are destroyed,**" she explains past botched fetal dissections, "**so we started bringing them back even to manage it from a procurement expert standpoint.**"

Feticidal chemicals like digoxin cannot be used to kill the fetus in a tissue procurement case, so a fetus delivered intact for organ harvesting is likely to be

a born-alive infant.

"What would make your lab happy?" asks one of the actors. "**Another 50 livers a week,**" says Dyer. "**We're working with almost like triple digit number clinics,**" Dyer explains, "**and we still need more.**" She later notes, "**Planned Parenthood has volume, because they are a volume institution.**"

Dyer also agrees that payments to abortion clinics for fetal body parts should be financially beneficial to them. "**Do you feel like there are clinics out there that have been burned, that feel like they're doing all this work for research and it hasn't been profitable for them?**" she asks. "**I haven't seen that.**" StemExpress publishes a flyer for Planned Parenthood clinics that promises "Financial Profits" and "fiscal rewards" for clinics that supply aborted fetal tissue. It is endorsed by Planned Parenthood Mar Monte Chief Medical Officer Dr. Dorothy Furgerson: http://www.centerformedicalprogress.org/wp-content/uploads/2015/05/StemExpress-flyer.pdf

The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison or a fine of up to $500,000 (42 U.S.C. 289g-2). The Sacramento Business Journal reported in June that StemExpress has an annual revenue of $4.5 million.

The video is the eighth released by The Center for Medical Progress in its investigative journalism study of Planned Parenthood's sale of aborted baby parts. "StemExpress is the 'weakest link' that unravels Planned Parenthood's baby parts chain–they readily admit the profit-motive that Planned Parenthood and their proxies have in supplying aborted baby parts," notes David Daleiden, Project Lead for CMP. "Congress and law enforcement should immediately seize all fetal tissue files from StemExpress and all communications and contracts with Planned Parenthood. The evidence that Planned Parenthood profits from the sale of aborted baby parts is now overwhelming, and not one more dime of taxpayer money should go to their corrupt and fraudulent criminal enterprise."

###

*See the video at:* http://www.centerformedicalprogress.org/2015/08/planned-parenthood-baby-parts-buyer-stemexpress-wants-another-50-liversweek-financial-benefits-for-abortion-clinics/

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.*

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#9679; David

---

August 21, 2015

# Preview Quotes from Video of Planned Parenthood Baby Parts Partner StemExpress

MEDIA ADVISORY

Today, the TRO preventing the release of footage from an undercover business dinner meeting with the top leadership of StemExpress, Planned Parenthood's recent partner for selling baby parts, was dissolved. The following are several significant quotes from the transcript of that conversation. The video, full conversation footage, and transcript will be published shortly:

**1) StemExpress CEO Cate Dyer admits that StemExpress gets intact fetuses from the abortion clinics they work with shipped to their laboratory. "Case" is the clinical term for an individual abortion (cross reference with Planned Parenthood Senior Director of Medical Services Dr. Deborah Nucatola's discussion of "this case, that case" in lunch video), so an "intact case" means an "intact abortion.":**
*SE: Realistically, if we were to do an agreement with you, what do we think you could get?*
**Buyer:** *Volume-wise?*
*SE: On specifically liver tissue, because that's such an area of demand for us.*
**Buyer:** *So liver, and what about intact specimens, just—?*
*SE: Oh, yeah, I mean if you had intact cases, which we've done a lot, we sometimes ship those back to our lab in its entirety.*
**Buyer:** *Okay.*
*SE: So that would also be great if you guys have those.*
**Buyer:** *The entire case.*

*SE:* Yeah, yeah. Because it's just, and the procurement for us, I mean it can go really sideways, depending on the facility, and then our samples are destroyed, and we're like, "Really?" This was all so much work, and then just to have them be destroyed is awful. I mean we have researchers wait forever, and they want certain things, you know, perfectly done, so we started bringing them back even to manage it from a procurement expert standpoint.

**2) Cate Dyer says that some of the abortion clinics StemExpress works with have unsanitary conditions:**

*SE:* We'll do testing on our side, so we'll be able to see, you know. And sometimes we'll find that it can be clinic-specific. I've seen really rampant, rampant problems with bacteria in certain clinics. [laughter] Some where you're kind of in question of should they really, you know, [laughing]

*Buyer:* Right.

*SE:* I've seen staph come out of clinics.

*Buyer:* Wow.

*SE:* So, I mean, I've seen all sorts of things come out of clinics, so.

**3) Cate Dyer estimates StemExpress is working with nearly 100 abortion clinics nationwide, and still can't get enough fetal liver:**

*Buyer:* What would make your lab happy? What would make your lab happy?

*SE:* Another fifty livers a week.

*Buyer:* Ok, so you can handle that?

*SE:* Yea. Just so you guys know, on the collection side for us, we're also- as you see Megan out there in the clinic, we're working with almost triple digit number clinics. So, it's a lot on volume a little more than what we do. It's a lot. So, I don't think you'll hit a capacity with us anytime in the next ten years. I think you'll feel solid with that standpoint. So, I think, with that you'll feel like doing an agreement with us. It will be consistant growth and our growth has been consistent, and it's going to continue to grow from that standpoint.

**4) Cate Dyer laughs and jokes about researchers being squeamish about receiving baby parts in the mail:**

*SE:* As you probably know, one of the issues with neural tissue, it's so fragile. It's insanely fragile. And I don't even know—I was gonna say, I know we get requests for neural, it's the hardest thing in the world to ship.

*Buyer:* You do it as the whole calvarium.

*SE:* Yeah, that's the easiest way. And we've actually had good success with that.

*Buyer:* Make sure the eyes are closed!

*SE:* Yeah! [laughter] Tell the lab it's coming!

*Buyer:* Yeah.

*SE:* They'll open the box, go, "Oh God!" [laughter] So yeah, so many of the academic labs cannot fly like that, they're not capable.

*Buyer:* Why is that? I don't understand that.

*SE:* It's almost like they don't want to know where it comes from. I can see that. Where they're like, "We need limbs, but no hands and feet need to be attached." And you're like, ? Or they want long bones, and they want you to take it all off, like, make it so that we don't know what it is.

*Buyer:* Bone the chicken for me and then we'll—

*SE:* That's it.

*Buyer:* And then I'll eat it, but.

*SE:* But we know what it is. I mean, [laughter], but their lab.

*Buyer:* But then it goes to that whole stigma.

*SE:* Oh yeah. And their lab techs freak out, and have meltdowns, and so it's just like, yeah. I think, quite frankly, that's why a lot of researchers ultimately, some of them want to get into other things. They want to look at bone marrow, they want to look at adipose- sort of adult human, kind of adult based sampling. They want to avoid publishing a paper that says it was derived from fetal tissue.

### 5) Cate Dyer says StemExpress has a good relationship with Planned Parenthood leadership:

*Buyer:* Do you feel that support from Cecile [Richards] and from Deborah [Nucatola]?

*SE:* Yea, oh yea. You know, everyone at PPFA. I just think that you're in the cause or you're not. If you're not in the cause, they don't need you around. They need champions and if you're not a champion, then you should go.  That's just- I don't know, the clinics are very guarded, as they should be. Who do they let in their house, they let champions in their house. Right? I think it's that same concept and ABR has just never understood that.

### 6) Cate Dyer believes the breakdown of how many independent vs. Planned Parenthood clinics that StemExpress is working with could be split about 50-50:

*Buyer:* Are you seeing any trends between the independents versus Planned Parenthoods? Your breakdown right now, are things split pretty fifty-fifty?

*SE:* I think it probably is. I don't know- it is different. I don't think that one has more pro's or con's than the other. I mean, Planned Parenthood has volume, because they are a volume institution.

&#x1F464; David

---

August 19, 2015

# Human Capital – Episode 3: Planned Parenthood's Custom Abortions for Superior Product



FOR IMMEDIATE RELEASE

**#PPSellsBabyParts PLANNED PARENTHOOD ABORTED BABY'S HEART STILL BEATING IN LATE-TERM ORGAN HARVESTING CASE**
*Whistleblower Who Harvested Aborted Baby Parts Inside Planned Parenthood Clinics for StemExpress Describes "Most Difficult Experience I Had There" In Latest Documentary Episode*

**Contact:** Peter Robbio, probbio@crcpublicrelations.com, 703.683.5004

LOS ANGELES, Aug. 19–The third episode in a new documentary web series and 7th video on Planned Parenthood's supply of aborted fetal tissue tells a former procurement technician's harrowing story of harvesting an intact brain from a late-term male fetus whose heart was still beating after the abortion.

The "Human Capital" documentary web series, produced by The Center for Medical Progress, integrates expert interviews, eyewitness accounts, and real-life undercover interactions to explore different themes within Planned Parenthood's sale of aborted fetal tissue. Episode 3, "Planned Parenthood's Custom Abortions for Superior Product," launches today at: http://www.centerformedicalprogress.org/2015/08/human-capital-episode-3-planned-parenthoods-custom-abortions-for-superior-product/

The series focuses on the personal narrative of Holly O'Donnell, a former Blood and Tissue Procurement Technician for StemExpress, a biotech start-up that until last week was partnered with two large northern California Planned Parenthood affiliates to purchase their aborted fetus parts and resell them for scientific experimentation.

O'Donnell describes the harvesting, or "procurement," of organs from a nearly intact late-term fetus aborted at Planned Parenthood Mar Monte's Alameda clinic in San Jose, CA. "**'I want to see something kind of cool,'**" O'Donnell says her supervisor asked her. "**And she just taps the heart, and it starts beating. And I'm sitting here and I'm looking at this fetus, and its heart is beating, and I don't know what to think.**"

The San Jose Planned Parenthood does abortions up to 20 weeks of pregnancy. Referring to the beating heart of the aborted fetus, O'Donnell remarks, "**I don't know if that constitutes it's technically dead, or it's alive.**"

State and federal law require that the same treatment be given to an infant born-alive after an abortion as to a normally delivered baby (1 U.S.C. 8, CA Health and Safety Code 123435). California law also prohibits any kind of experimentation on a fetus with a discernible heartbeat (CA Health and Safety Code 123440). StemExpress has been cited in published scientific literature as a source of fetal hearts used for Langendorff perfusion, which keeps a heart beating after it is excised from the body: http://www.hindawi.com/journals/omcl/2015/730683/

O'Donnell also tells how her StemExpress supervisor instructed her to cut through the face of the fetus in order to get the brain. "**She gave me the scissors and told me that I had to cut down the middle of the face. I can't even describe what that feels like**," she says.

The video also features recordings of Dr. Ben Van Handel, the Executive Director of Novogenix Laboratories, LLC, and also of Perrin Larton, Procurement Manager of Advanced Bioscience Resources, Inc. (ABR). Novogenix is the company that has harvested fetal organs from abortions done by Planned Parenthood Federation of America's Senior Director of Medical Services, Dr. Deborah Nucatola, in Los Angeles, while ABR is the oldest fetal tissue procurement company and works with Planned Parenthood in San Diego and other clinics around the country. Van Handel admits, "**There are times when after the procedure is done that the heart actually is still beating**," and Larton describes abortions she has seen where "**the fetus was already in the vaginal canal whenever we put her in the stirrups, it just fell out.**"

CMP's Project Lead David Daleiden notes, "Today's video contains heartrending admissions about the absolute barbarism of Planned Parenthood's abortion practice and baby parts sales in which fetuses are sometimes delivered intact and alive. Planned Parenthood is a criminal organization from the top down and should be immediately stripped of taxpayer funding and prosecuted for their atrocities against humanity."

###

*See the video at:* http://www.centerformedicalprogress.org/2015/08/human-capital-episode-3-planned-parenthoods-custom-abortions-for-superior-product/

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.*

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#9679; David

August 14, 2015

# CMP Statement on Alleged "Split" Between Planned Parenthood and StemExpress

Earlier this week, the CEO of Planned Parenthood Northern California said they were "proud of" their baby parts program with StemExpress (**http://sanfrancisco.cbslocal.com/2015/08/09/northern-california-planned-parenthood-counters-anti-abortion-groups-undercover-videos/**). Now, StemExpress claims it is terminating its "business relationship" with Planned Parenthood (**http://www.politico.com/story/2015/08/planned-parenthood-fetal-tissue-company-cuts-ties-videos-121371.html**). Yet StemExpress leadership confirmed to CMP investigators in May they are struggling to meet demand for intact fetal livers. Was there a dispute about money with Planned Parenthood? Or is StemExpress following orders from Planned Parenthood National to save face? Does Planned Parenthood abortion doctor Ronald Berman continue to serve as Medical Director of StemExpress? Planned Parenthood and StemExpress should both answer questions about this shady move, and the full details of their "business relationship," under oath before Congress and the American people.

&#128100; David

© 2018 The Center for Medical Progress | Terms of Use



August 12, 2015

## Human Capital – Episode 2: Inside the Planned Parenthood Supply Site



FOR IMMEDIATE RELEASE

### #PPSellsBabyParts PLANNED PARENTHOOD SOLD BABY PARTS WITHOUT PATIENT CONSENT, SAYS FORMER TISSUE TECH

*Whistleblower Who Harvested Aborted Baby Parts Inside Planned Parenthood Clinics for Partner Company StemExpress Lists Numerous Law and Ethics Violations in New Documentary Episode*

**Contact:** Peter Robbio, probbio@crcpublicrelations.com, 703.683.5004

LOS ANGELES, Aug. 12–The second episode in a new documentary web series highlights a young woman's eyewitness narrative of the daily practice of fetal body parts harvesting in Planned Parenthood abortion clinics, describing tissue procurement workers' coordination with abortion providers, the pressure placed on patients, and disregard for patient consent.

The "Human Capital" documentary web series, produced by The Center for Medical Progress, integrates expert interviews, eyewitness accounts, and real-life undercover interactions to explore various themes connected to Planned Parenthood's sale of aborted fetal tissue. Episode 1, "Planned Parenthood's Black Market in Baby Parts," premiered last month. Episode 2, "Inside the Planned Parenthood Supply Site," launches today at: https://www.youtube.com/watch?v=ABzFZM73o8M

The series follows the personal narrative of Holly O'Donnell, a former Blood and TIssue Procurement Technician for StemExpress, a start-up biotech company from northern California that partners with Planned Parenthood clinics to purchase their aborted fetus parts and resell them for scientific experimentation. As a procurement tech, O'Donnell's job was to identify pregnant patients matching the specifications of StemExpress customers and to harvest the fetal body parts from their abortions.

"**It's not an option, it's a demand**," StemExpress supervisors instructed O'Donnell about approaching pregnant women at Planned Parenthood for fetal tissue "donations." O'Donnell says the StemExpress techs working in Planned Parenthood clinics sometimes harvested fetal parts without obtaining consent from the patients: "**If there was a higher gestation, and the technicians needed it, there were times when they would just take what they wanted. And these mothers don't know. And there's no way they would know.**"

Federal laws on the procurement and use of human fetal tissue require that patients consent to the tissue donation subsequent to consenting to the

abortion procedure (42 U.S.C. 289g-1).

According to O'Donnell, Planned Parenthood gave StemExpress workers access to patient records and schedules so that the harvesting company could plan for the days when patient "supply" would be greatest. "**They give you a sheet, and it's everybody for that day, who's coming in for an ultrasound, who's coming in for an abortion, medical or a late-term abortion,**" O'Donnell explains. Even patients just seeking a pregnancy test at Planned Parenthood were considered part of the supply: "**Pregnancy tests are potential pregnancies, therefore potential specimens. So it's just taking advantage of the opportunities.**"

Project Lead David Daleiden notes, "Experiences like Holly O'Donnell's show that Planned Parenthood's abortion and baby parts business is not a safe place where vulnerable women can be cared for, but a harvesting ground for saleable human 'product.' Taxpayer subsidies to Planned Parenthood's barbaric abortion business should be revoked immediately, and law enforcement and other elected officials must act decisively to determine the full extent of Planned Parenthood's offensive practices and hold them accountable to the law."

###

*See the video at:* https://www.youtube.com/watch?v=ABzFZM73o8M

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.*

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#128100; David

---

August 4, 2015

# "Intact Fetal Cadavers" At 20-Weeks "Just a Matter of Line Items" at Planned Parenthood TX Mega-Center: Abortion Docs Can "Make it Happen"



FOR IMMEDIATE RELEASE

**#PPSellsBabyParts "INTACT FETAL CADAVERS" AT 20-WEEKS "JUST A MATTER OF LINE ITEMS" AT PLANNED PARENTHOOD TX MEGA-CENTER: ABORTION DOCS CAN "MAKE IT HAPPEN"**

*Planned Parenthood Gulf Coast Director of Research Says Department Contributes Significantly to Bottom Line, Has History of Selling Aborted Fetal Tissue, Suggests "Splitting the Specimens into Different Shipments" to Hide Profit in 5th Undercover Video*

**Contact:** David Daleiden, **media@centerformedicalprogress.org**, 949.734.0859

HOUSTON, Aug. 4–The fifth undercover video in the controversy over Planned Parenthood's sale of aborted baby parts shows the Director of Research for Planned Parenthood Gulf Coast, Melissa Farrell, advertising the Texas Planned Parenthood branch's track record of fetal tissue sales, including its ability to deliver fully intact fetuses.

In the video, actors posing as representatives from a human biologics company meet with Farrell at the abortion-clinic headquarters of Planned Parenthood Gulf Coast in Houston to discuss a potential partnership to harvest fetal organs.

"**Where we probably have an edge over other organizations, our organization has been doing research for many many years,**" explains Farrell. When researchers need a specific part from the aborted fetus, Farrell says, "**We bake that into our contract, and our protocol, that we follow this, so we deviate from our standard in order to do that.**"

Asked specifically if this means Planned Parenthood Gulf Coast can change abortion procedures to supply intact fetal specimens, Farrell affirms, "**Some of our doctors in the past have projects and they're collecting the specimens, so they do it in a way that they get the best specimens, so I know it can happen.**"

The investigators ask Farrell how she will frame a contract in which they pay a higher price for higher quality fetal body parts, and she replies, "**We can work it out in the context of–obviously, the procedure itself is more complicated,**" suggesting that "**without having you cover the procedural cost**" and paying for the abortion, the higher specimen price could be framed as "**additional time, cost, administrative burden.**"

Farrell finally summarizes her affiliate's approach to fetal tissue payments: "**If we alter our process, and we are able to obtain intact fetal cadavers, we can make it part of the budget that any dissections are this, and splitting the specimens into different shipments is this. It's all just a matter of line items.**"

The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison or a fine of up to $500,000 (42 U.S.C. 289g-2). Federal law also requires that no alteration in the timing or method of abortion be done for the purposes of fetal tissue collection (42 U.S.C. 289g-1).

Farrell also indicates to the investigators over lunch that the specimen sales from her department contribute significantly to Planned Parenthood Gulf Coast's overall finances: "**I think everyone realizes, especially because my department contributes so much to the bottom line of our organization here, you know we're one of the largest affiliates, our Research Department is the largest in the United States. Larger than any the other affiliates' combined.**" In a Texas Senate hearing on July 29, former Planned Parenthood Gulf Coast clinic director Abby Johnson estimated that the affiliate had previously made up to $120,000 per month off of aborted fetal tissue.

The video is the fifth by The Center for Medical Progress documenting Planned Parenthood's sale of aborted fetal parts. Project Lead David Daleiden notes: "This is now the fifth member of Planned Parenthood leadership discussing payments for aborted baby parts without any connection to actual costs of so-called tissue 'donation.' Planned Parenthood's system-wide conspiracy to evade the law and make money off of aborted fetal tissue is now undeniable." Daleiden continues, "Anyone who watches these videos knows that Planned Parenthood is engaged in barbaric practices and human rights abuses that must end. There is no reason for an organization that uses illegal abortion methods to sell baby parts and commit such atrocities against humanity to still receive over $500 million each year from taxpayers."

###

See the video at: **https://www.youtube.com/watch?v=egGUEvY7CEg**

Tweet: #PPSellsBabyParts

For more information on the Human Capital project, visit **centerformedicalprogress.org**.

The Center for Medical Progress is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.

&#128100; David

July 31, 2015

## CMP Statement on National Abortion Federation Lawsuit to Suppress 1st Amendment Speech and Cover-Up Illicit Baby Parts Sales

The Center for Medical Progress follows all applicable laws in the course of our investigative journalism work. The National Abortion Federation is a criminal organization that has spent years conspiring with Planned Parenthood on how to violate federal laws on partial-birth abortion and fetal tissue sales. The Center for Medical Progress will contest any attempts to suppress our First Amendment rights to free speech or silence the freedom of the citizen press.

&#9679; Admin

July 30, 2015

## Planned Parenthood VP Says Fetuses May Come Out Intact, Agrees Payments Specific to the Specimen



Planned Parenthood VP Says Fetuses May Come Out Intact...

FOR IMMEDIATE RELEASE

**#PPSellsBabyParts PLANNED PARENTHOOD VP SAYS FETUSES MAY COME OUT INTACT, AGREES PAYMENTS SPECIFIC TO THE SPECIMEN**
*Planned Parenthood Rocky Mountains VP & Medical Director Savita Ginde Discusses Contract Details, Aborted Body Parts Pricing, and How to Not "Get Caught"*

**Contact:** David Daleiden, **media@centerformedicalprogress.org**, 949.734.0859

DENVER, July 30–New undercover footage shows Planned Parenthood of the Rocky Mountains' Vice President and Medical Director, Dr. Savita Ginde, negotiating a fetal body parts deal, agreeing multiple times to illicit pricing per body part harvested, and suggesting ways to avoid legal consequences.

Planned Parenthood of the Rocky Mountains (PPRM) is a wealthy, multi-state Planned Parenthood affiliate that does over 10,000 abortions per year. PPRM has a contract to supply aborted fetal tissue to Colorado State University in Fort Collins.

In the video, actors posing as representatives from a human biologics company meet with Ginde at the abortion-clinic headquarters of PPRM in Denver to discuss a potential partnership to harvest fetal organs. When the actors request intact fetal specimens, Ginde reveals that in PPRM's abortion practice, "**Sometimes, if we get, if someone delivers before we get to see them for a procedure, then we are intact.**"

Since PPRM does not use digoxin or other feticide in its 2nd trimester procedures, any intact deliveries before an abortion are potentially born-alive infants under federal law (1 USC 8).

"**We'd have to do a little bit of training with the providers or something to make sure that they don't crush**" fetal organs during 2nd trimester abortions, says Ginde, brainstorming ways to ensure the abortion doctors at PPRM provide usable fetal organs.

When the buyers ask Ginde if "compensation could be specific to the specimen?" Ginde agrees, "**Okay.**" Later on in the abortion clinic's pathological laboratory, standing over an aborted fetus, Ginde responds to the buyer's suggestion of paying per body part harvested, rather than a standard flat fee for the entire case: "**I think a per-item thing works a little better, just because we can see how much we can get out of it.**"

The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison or a fine of up to $500,000 (42 U.S.C. 289g-2). Federal law also requires that no alteration in the timing or method of abortion be done for the purposes of fetal tissue collection (42 U.S.C. 289g-1).

Ginde also suggests ways for Planned Parenthood to cover-up its criminal and public relations liability for the sale of aborted body parts. "**Putting it under 'research' gives us a little bit of an overhang over the whole thing,**" Ginde remarks. "**I**f you have someone in a really anti state who's going to be doing this for you, they're probably going to get caught.**"

Ginde implies that PPRM's lawyer, Kevin Paul, is helping the affiliate skirt under the fetal tissue law: "**He's got it figured out that he knows that even if, because we talked to him in the beginning, you know, we were like, 'We don't want to get called on,' you know, 'selling fetal parts across states.'**" The buyers ask, "And you feel confident that they're building those layers?" to

which Ginde replies, "**I'm confident that our Legal will make sure we're not put in that situation.**"

As the buyers and Planned Parenthood workers identify body parts from last fetus in the path lab, a Planned Parenthood medical assistant announces: "**Another boy!**"

The video is the latest by The Center for Medical Progress documenting Planned Parenthood's sale of aborted fetal parts. Project Lead David Daleiden notes: "Elected officials need to listen to the public outcry for an immediate moratorium on Planned Parenthood's taxpayer funding while the 10 state investigations and 3 Congressional committees determine the full extent of Planned Parenthood's sale of baby parts." Daleiden continues, "Planned Parenthood's recent call for the NIH to convene an expert panel to 'study' fetal experimentation is absurd after suggestions from Planned Parenthood's Dr. Ginde that 'research' can be used as a catch-all to cover-up baby parts sales. The biggest problem is bad actors like Planned Parenthood who hold themselves above the law in order to harvest and make money off of aborted fetal brains, hearts, and livers."

###

*See the video at:* **https://www.youtube.com/watch?v=GWQuZMvcFA8**

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.*

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#128100; David

July 29, 2015

# CMP Statement on Meritless Lawsuit from Planned Parenthood Baby Parts Buyer

StemExpress, a for-profit company partnered with over 30 abortion clinics, including Planned Parenthood, to harvest and sell aborted baby parts and provide a "financial benefit" to Planned Parenthood clinics, is attempting to use meritless litigation to cover-up this illegal baby parts trade, suppress free speech, and silence the citizen press reporting on issues of burning concern to the American public. They are not succeeding—their initial petition was rejected by the court, and their second petition was eviscerated to a narrow and contingent order about an alleged recording pending CMP's opportunity to respond. The Center for Medical Progress follows all applicable laws in the course of our investigative journalism work and will contest all attempts from Planned Parenthood and their allies to silence our First Amendment rights and suppress investigative journalism.

**Click here to view Stem Express advertisement for Planned Parenthood Clinics to Sell Fetal Tissue >>**

■ Admin

---

July 28, 2015

# Human Capital – Episode 1: Planned Parenthood's Black Market in Baby Parts



Human Capital - Episode 1: Planned Parenthood's Black Ma...

FOR IMMEDIATE RELEASE

**#PPSellsBabyParts EX-CLINIC WORKER REVEALS PROFIT MOTIVE IN PLANNED PARENTHOOD BABY PARTS SALES, VP MEDICAL DIRECTOR PRICES BODY PARTS "PER ITEM"**
*"We Can See How Much We Can Get Out of It," says Planned Parenthood Affiliate VP; Whistleblower Who Harvested Aborted Baby Parts Details Traumatic Job in Planned Parenthood Clinics in New Documentary Web Series*

**Contact:** David Daleiden, **media@centerformedicalprogress.org**, 949.734.0859

LOS ANGELES, July 28–The first episode in a new documentary web series features a woman who once worked in Planned Parenthood clinics describing the profit motive involved in Planned Parenthood's sale of aborted fetal body parts, and includes new admissions from top-level Planned Parenthood leadership about the illicit pricing structure.

The "Human Capital" documentary web series is produced by The Center for Medical Progress and integrates expert interviews, eyewitness accounts, and

real-life undercover interactions to tell the story of Planned Parenthood's commercial exploitation of aborted fetal tissue. Episode 1, "Planned Parenthood's Black Market in Baby Parts," launches today at: **https://www.youtube.com/watch?v=Xw2xi9mhmuo**

Episode 1 introduces Holly O'Donnell, a licensed phlebotomist who unsuspectingly took a job as a "procurement technician" at the fetal tissue company and biotech start-up StemExpress in late 2012. "**I thought I was going to be just drawing blood, not procuring tissue from aborted fetuses**," says O'Donnell, who fainted in shock on her first day of work in a Planned Parenthood clinic when suddenly asked to dissect a freshly-aborted fetus during her on-the-job training.

For 6 months, O'Donnell's job was to identify pregnant women at Planned Parenthood who met criteria for fetal tissue orders and to harvest the fetal body parts after their abortions. O'Donnell describes the financial benefit Planned Parenthood received from StemExpress: "**For whatever we could procure, they would get a certain percentage. The main nurse was always trying to make sure we got our specimens. No one else really cared, but the main nurse did because she knew that Planned Parenthood was getting compensated.**"

Episode 1 also shows undercover video featuring the Vice President and Medical Director of Planned Parenthood of the Rocky Mountains (PPRM) in Denver, CO, Dr. Savita Ginde. PPRM is one of the largest and wealthiest Planned Parenthood affiliates and operates clinics in Colorado, New Mexico, Wyoming, and Nevada. Standing in the Planned Parenthood abortion clinic pathology laboratory, where fetuses are brought after abortions, Ginde concludes that payment per organ removed from a fetus will be the most beneficial to Planned Parenthood: "**I think a per-item thing works a little better, just because we can see how much we can get out of it.**"

The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison or a fine of up to $500,000 (42 U.S.C. 289g-2).

Dr. Katherine Sheehan, Medical Director *emerita* of Planned Parenthood of the Pacific Southwest in San Diego, describes her affiliate's long-time relationship with Advanced Bioscience Resources, a middleman company that has been providing aborted fetal organs since 1989: "**We've been using them for over 10**

**years, really a long time, you know, just kind of renegotiated the contract. They're doing the big government-level collections and things like that.**"

"Planned Parenthood's sale of aborted baby parts is an offensive and horrifying reality that is widespread enough for many people to be available to give first-person testimony about it," notes David Daleiden, Project Lead for The Center for Medical Progress. "CMP's investigative journalism work will continue to surface more compelling eyewitness accounts and primary source evidence of Planned Parenthood's trafficking and selling baby parts for profit. There should be  an immediate moratorium on Planned Parenthood's taxpayer funding while Congress and the states determine the full extent of the organization's lawbreaking."

###

*See the video at:* **https://www.youtube.com/watch?v=Xw2xi9mhmuo**

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.*

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#128100; David

___

July 22, 2015

# CMP Statement on Planned Parenthood's Persecution of the Citizen Press and Suppression of Free Speech

Planned Parenthood trying to use the power of their political cronies to shut down free speech, to silence the freedom of the press, to persecute David Daleiden, and to save their half-a-billion in taxpayer money and avoid accountability to the law and the American people. Planned Parenthood and their political allies know our investigation has revealed the truth about the gruesome and horrific practices of partial-birth abortions and selling baby parts taking place throughout their organization. They will attack me and my organization all day long, but that does not change the facts about what our investigation has uncovered and what the American people now know — that Planned Parenthood is engaged in an enterprise-wide operation that traffics and sells baby body parts.

&#x1F464; David

---

July 21, 2015

## Second Planned Parenthood Senior Executive Haggles Over Baby Parts Prices, Changes Abortion Methods



EMBARGOED UNTIL 8:00 AM ET, 21 JULY 2015

### #PPSellsBabyParts SECOND PLANNED PARENTHOOD SENIOR EXECUTIVE HAGGLES OVER BABY PARTS PRICES, CHANGES ABORTION METHODS

*President of PPFA Medical Directors' Council Mary Gatter Doesn't Want to "Lowball" Price, Suggests "Less Crunchy" Technique, Says She Wants a Lamborghini*

**Contact:** David Daleiden, **david@centerformedicalprogress.org**, 949.734.0859

LOS ANGELES, July 21—A second undercover video shows Planned Parenthood Federation of America's Medical Directors' Council President, Dr. Mary Gatter, haggling over payments for intact fetal specimens and offering to use a "less crunchy technique" to get more intact body parts.

It is similar to last week's viral video showing PPFA Senior Director of Medical Services Dr. Deborah Nucatola admitting to using partial-birth abortions to get intact parts and suggesting a price range of $30 to $100 per specimen.

Gatter is a senior official within Planned Parenthood and is President of the Medical Directors' Council, the central committee of all Planned Parenthood affiliate medical directors.

Actors posing as buyers ask Gatter, "**What would you expect for intact [fetal] tissue?**"

**"Well, why don't you start by telling me what you're used to paying!"** Gatter replies.

Gatter continues: **"You know, in negotiations whoever throws out the figure first is at a loss, right?"** She explains, "**I just don't want to lowball**," before suggesting, "**$75 a specimen**."

Gatter twice recites Planned Parenthood messaging on fetal tissue collection, "We're not in it for the money," and "The money is not the important thing," but she immediately qualifies each statement with, respectively, "**But what were you thinking of?**" and, "**But it has to be big enough that it's worthwhile for me.**"

Gatter also admits that in prior fetal tissue deals, Planned Parenthood received payment in spite of incurring no cost: "**It was logistically very easy for us, we didn't have to do anything. So there was compensation for this.**" She accepts a higher price of $100 per specimen understanding that it will be only for high-quality fetal organs: "**Now, this is for tissue that you actually take, not just tissue that someone volunteers and you can't find anything, right?**"

By the lunch's end, Gatter suggests $100 per specimen is not enough and concludes, "**Let me just figure out what others are getting, and if this is in the ballpark, then it's fine, if it's still low, then we can bump it up. I want a Lamborghini.**"

The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison or a fine of up to $500,000 (42 U.S.C. 289g-2).

Gatter also suggests modifying the abortion procedure to get more intact fetuses: "**I wouldn't object to asking Ian, who's our surgeon who does the cases, to use an IPAS [manual vacuum aspirator] at that gestational age in order to increase the odds that he's going to get an intact specimen.**"

Gatter seems aware this violates rules governing tissue collection, but disregards them: "**To me, that's kind of a specious little argument.**" Federal law requires that no alteration in the timing or method of abortion be done for the purposes of fetal tissue collection (42 U.S.C. 289g-1).

The video, like last week's featuring Dr. Nucatola, was produced by *The Center for Medical Progress* and is part of CMP's nearly 3-year-long investigative journalism study, "Human Capital."

CMP's Project Lead David Daleiden notes, "Planned Parenthood's top leadership admits they harvest aborted baby parts and receive payments for this. Planned Parenthood's only denial is that they make money off of baby parts, but that is a desperate lie that becomes more and more untenable as CMP reveals Planned Parenthood's business operations and statements that prove otherwise."

Seven State Governments have opened investigations into Planned Parenthood's sale of aborted fetal body parts, as have three Congressional Committees. The House Energy and Commerce Committee has called PPFA's Senior Director of Medical Services to testify this month about the organization's fetal tissue harvesting.

###

*See the video at:* **https://www.youtube.com/watch?v=MjCs_gvImyw**

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.*

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#128100; David

July 20, 2015

# CMP Statement on Planned Parenthood's Refusal to Produce Senior Director of Medical Services for House Committee

In the reply of their top attorney to the House Energy and Commerce Committee, refusing to provide Senior Director of Medical Services Dr. Deborah Nucatola to brief the committee on fetal body parts harvesting, Planned Parenthood displays the same contempt for the law against selling baby parts that they did during our nearly 3-year-long investigative journalism study.

Roger Evans, the author of the letter, is the head of the same Litigation and Law Department that Dr. Nucatola says "really doesn't want us to be the middle people for this issue, right now" of harvesting fetal organs. Roger Evans gave a presentation to Planned Parenthood affiliates at their March 2015 National Meeting encouraging them to supply fetal tissue in exchange for remuneration. He has been helping Planned Parenthood evade the law on fetal tissue trafficking for over 15 years, and if Planned Parenthood is so confident they follow the law on baby parts sales, they should willingly provide the conference recording of his presentation to the three Congressional committees now investigating.

The Center for Medical Progress follows all applicable laws in the course of our investigative journalism work, and we look forward to showing the public more clear evidence that Planned Parenthood routinely profits from the sale of baby parts and changes the abortion procedures it uses on pregnant women in order to do so. Congress and state authorities are right to continue to hold Planned Parenthood accountable for these atrocities against humanity.

&#128100; David

---

July 16, 2015

# CMP Reply to PPFA Cecile Richards Video Statement: Why is Cecile Richards Throwing Deb Nucatola Under the Bus?

In her video statement today, Planned Parenthood President and CEO Cecile Richards offers a strained and obfuscating "apology" for the admissions made on camera by Planned Parenthood's Senior Director of Medical Services, Dr. Deborah Nucatola, about Planned Parenthood's harvesting and sale of aborted fetal hearts, lungs, and livers.

In video recorded just a few months ago, Richards praised Nucatola, Planned Parenthood's lead medical officer, to CMP investigators, offering: "She's amazing." Today, Richards does not acknowledge Nucatola by name and refers to her only as a "staff member." Has Nucatola been fired or demoted for facilitating body parts sales and using and training doctors in illegal partial-birth abortions?

We don't know, and Richards won't tell us. She only apologizes for Nucatola's tone, but this is willful blindness to the real reason millions of Americans are outraged and at least 5 state governments and 2 Congressional Committees are now investigating Richards' abortion business: Planned Parenthood exchanges baby parts for money, and uses barbaric late-term abortion methods to harvest the best organs, in flagrant disregard for the law. Did Richards not know about how Nucatola was overseeing Planned Parenthood's abortion practice, or did she just not care until it became a public issue?

Without concrete action, Planned Parenthood's "apology" is just a cynical and empty excuse–and an excuse that's 3 days late. If they are truly sorry, they should immediately hand over all contracts with StemExpress and other fetal harvesting companies to law enforcement and Congressional Committees. A belated "sorry" is not enough for these deeds of baby parts trafficking and partial-birth abortion, these atrocities against humanity.

David

© 2018 The Center for Medical Progress | Terms of Use



July 14, 2015

## CMP Statement in Reply to Planned Parenthood's Cover-Up of Baby Parts Sales

Planned Parenthood makes two key admissions in their statement today: 1) aborted fetal parts are harvested at their clinics, and 2) money is exchanged in connection with this. They also tell several lies: 1) That proper consent is obtained from patients, 2) That Planned Parenthood does not make money off the body parts, and 3) that everything is legal.

The Center for Medical Progress has obtained an advertisement to Planned Parenthood clinics (**http://www.centerformedicalprogress.org/wp-content/uploads/2015/05/StemExpress-flyer.pdf**) from StemExpress, LLC, one of the major purchasers of Planned Parenthood's aborted fetal tissue. This flyer advertises 4 different times the financial benefit that Planned Parenthood clinics can receive from supplying fetal tissue, with the words: "**Financially Profitable**," "**Financial Profits**," "**financial benefit to your clinic**," "**fiscal growth of your own clinic**." The advertisement carries an endorsement from Planned Parenthood Medical Director Dr. Dorothy Furgerson.

None of this is standard across the mainstream medical field, but it is standard across Planned Parenthood's insular and unaccountable abortion field.

&#128100; David



July 14, 2015

## Planned Parenthood's Top Doctor, Praised by CEO, Uses Partial-Birth Abortions to Sell Baby Parts



EMBARGOED UNTIL 8:00 A.M. ET, 14 JULY 2015

### *#PPSellsBabyParts* PLANNED PARENTHOOD'S TOP DOCTOR, PRAISED BY CEO, USES PARTIAL-BIRTH ABORTIONS TO SELL BABY PARTS

*PPFA Senior Director of Medical Services Deborah Nucatola, Other Planned Parenthood Leadership Documented Selling Aborted Baby Parts in 3-Year Investigative Journalism Study*

**Contact:** David Daleiden, **media@centerformedicalprogress.org**, 949.734.0859

LOS ANGELES, July 14—New undercover footage shows Planned Parenthood Federation of America's Senior Director of Medical Services, Dr. Deborah Nucatola, describing how Planned Parenthood sells the body parts of aborted fetuses, and admitting she uses partial-birth abortions to supply intact body parts.

In the video, Nucatola is at a business lunch with actors posing as buyers from a human biologics company. As head of PPFA's Medical Services department,

Nucatola has overseen medical practice at all Planned Parenthood locations since 2009. She also trains new Planned Parenthood abortion doctors and performs abortions herself at Planned Parenthood Los Angeles up to 24 weeks.

The buyers ask Nucatola, **"How much of a difference can that actually make, if you know kind of what's expected, or what we need?"**

**"It makes a huge difference,"** Nucatola replies. **"I'd say a lot of people want liver. And for that reason, most providers will do this case under ultrasound guidance, so they'll know where they're putting their forceps. The kind of rate-limiting step of the procedure is calvarium. Calvarium— the head—is basically the biggest part."**

Nucatola explains, **"We've been very good at getting heart, lung, liver, because we know that, so I'm not gonna crush that part, I'm gonna basically crush below, I'm gonna crush above, and I'm gonna see if I can get it all intact."**

**"And with the calvarium, in general, some people will actually try to change the presentation so that it's not vertex,"** she continues. **"So if you do it starting from the breech presentation, there's dilation that happens as the case goes on, and often, the last step, you can evacuate an intact calvarium at the end."**

Using ultrasound guidance to manipulate the fetus from vertex to breech orientation before intact extraction is the hallmark of the illegal partial-birth abortion procedure (18 U.S.C. 1531).

Nucatola also reveals that Planned Parenthood's national office is concerned about their liability for the sale of fetal parts: **"At the national office, we have a Litigation and Law Department which just really doesn't want us to be the middle people for this issue right now,"** she says. **"But I will tell you that behind closed doors these conversations are happening with the affiliates."**

The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison and a fine of up to $500,000 (42 U.S.C. 289g-2).

A separate clip shows Planned Parenthood President and CEO Cecile Richards praising Nucatola's work to facilitate connections for fetal tissue collection. **"Oh

**good,"** Richards says when told about Nucatola's support for fetal tissue collection at Planned Parenthood, **"Great. She's amazing."**

The video is the first by *The Center for Medical Progress* in its "Human Capital" series, a nearly 3-year-long investigative journalism study of Planned Parenthood's illegal trafficking of aborted fetal parts. Project Lead David Daleiden notes: "Planned Parenthood's criminal conspiracy to make money off of aborted baby parts reaches to the very highest levels of their organization. Elected officials must listen to the public outcry for Planned Parenthood to be held accountable to the law and for our tax dollars to stop underwriting this barbaric abortion business."

###

*See the video at:* **https://www.youtube.com/watch?v=jjxwVuozMnU**

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit* **centerformedicalprogress.org**.

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

👤 David



July 6, 2015

# Welcome to CMP

*The Center for Medical Progress* is a group of citizen journalists dedicated to monitoring and reporting on medical ethics and advances. We are concerned about contemporary bioethical issues that impact human dignity, and we oppose any interventions, procedures, and experiments that exploit the unequal legal status of any class of human beings. We envision a world in which medical practice and biotechnology ally with and serve the goods of human nature and do not destroy, disfigure, or work against them.

*The Center for Medical Progress* is a 501(c)3 non-profit organization.

David

© 2018 The Center for Medical Progress | Terms of Use

**EXHIBIT 19**





July 14, 2015

## Planned Parenthood's Top Doctor, Praised by CEO, Uses Partial-Birth Abortions to Sell Baby Parts



EMBARGOED UNTIL 8:00 A.M. ET, 14 JULY 2015

### *#PPSellsBabyParts* PLANNED PARENTHOOD'S TOP DOCTOR, PRAISED BY CEO, USES PARTIAL-BIRTH ABORTIONS TO SELL BABY PARTS

*PPFA Senior Director of Medical Services Deborah Nucatola, Other Planned Parenthood Leadership Documented Selling Aborted Baby Parts in 3-Year Investigative Journalism Study*

**Contact:** David Daleiden, **media@centerformedicalprogress.org**, 949.734.0859

LOS ANGELES, July 14—New undercover footage shows Planned Parenthood Federation of America's Senior Director of Medical Services, Dr. Deborah Nucatola, describing how Planned Parenthood sells the body parts of aborted fetuses, and admitting she uses partial-birth abortions to supply intact body parts.

In the video, Nucatola is at a business lunch with actors posing as buyers from a human biologics company. As head of PPFA's Medical Services department,

Nucatola has overseen medical practice at all Planned Parenthood locations since 2009. She also trains new Planned Parenthood abortion doctors and performs abortions herself at Planned Parenthood Los Angeles up to 24 weeks.

The buyers ask Nucatola, **"How much of a difference can that actually make, if you know kind of what's expected, or what we need?"**

**"It makes a huge difference,"** Nucatola replies. **"I'd say a lot of people want liver. And for that reason, most providers will do this case under ultrasound guidance, so they'll know where they're putting their forceps. The kind of rate-limiting step of the procedure is calvarium. Calvarium— the head—is basically the biggest part."**

Nucatola explains, **"We've been very good at getting heart, lung, liver, because we know that, so I'm not gonna crush that part, I'm gonna basically crush below, I'm gonna crush above, and I'm gonna see if I can get it all intact."**

**"And with the calvarium, in general, some people will actually try to change the presentation so that it's not vertex,"** she continues. **"So if you do it starting from the breech presentation, there's dilation that happens as the case goes on, and often, the last step, you can evacuate an intact calvarium at the end."**

Using ultrasound guidance to manipulate the fetus from vertex to breech orientation before intact extraction is the hallmark of the illegal partial-birth abortion procedure (18 U.S.C. 1531).

Nucatola also reveals that Planned Parenthood's national office is concerned about their liability for the sale of fetal parts: **"At the national office, we have a Litigation and Law Department which just really doesn't want us to be the middle people for this issue right now,"** she says. **"But I will tell you that behind closed doors these conversations are happening with the affiliates."**

The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison and a fine of up to $500,000 (42 U.S.C. 289g-2).

A separate clip shows Planned Parenthood President and CEO Cecile Richards praising Nucatola's work to facilitate connections for fetal tissue collection. **"Oh**

**good,"** Richards says when told about Nucatola's support for fetal tissue collection at Planned Parenthood, **"Great. She's amazing."**

The video is the first by *The Center for Medical Progress* in its "Human Capital" series, a nearly 3-year-long investigative journalism study of Planned Parenthood's illegal trafficking of aborted fetal parts. Project Lead David Daleiden notes: "Planned Parenthood's criminal conspiracy to make money off of aborted baby parts reaches to the very highest levels of their organization. Elected officials must listen to the public outcry for Planned Parenthood to be held accountable to the law and for our tax dollars to stop underwriting this barbaric abortion business."

###

*See the video at:* **https://www.youtube.com/watch?v=jjxwVuozMnU**

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit* **centerformedicalprogress.org**.

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#128100; David

© 2018 The Center for Medical Progress | Terms of Use

**EXHIBIT 20**



July 21, 2015

## Second Planned Parenthood Senior Executive Haggles Over Baby Parts Prices, Changes Abortion Methods



Second Planned Parenthood Senior Executive Haggles Over…

EMBARGOED UNTIL 8:00 AM ET, 21 JULY 2015

## #PPSellsBabyParts SECOND PLANNED PARENTHOOD SENIOR EXECUTIVE HAGGLES OVER BABY PARTS PRICES, CHANGES ABORTION METHODS

*President of PPFA Medical Directors' Council Mary Gatter Doesn't Want to "Lowball" Price, Suggests "Less Crunchy" Technique, Says She Wants a Lamborghini*

**Contact:** David Daleiden, **david@centerformedicalprogress.org**, 949.734.0859

LOS ANGELES, July 21—A second undercover video shows Planned Parenthood Federation of America's Medical Directors' Council President, Dr. Mary Gatter, haggling over payments for intact fetal specimens and offering to use a "less crunchy technique" to get more intact body parts.

It is similar to last week's viral video showing PPFA Senior Director of Medical Services Dr. Deborah Nucatola admitting to using partial-birth abortions to get intact parts and suggesting a price range of $30 to $100 per specimen.

Gatter is a senior official within Planned Parenthood and is President of the Medical Directors' Council, the central committee of all Planned Parenthood affiliate medical directors.

Actors posing as buyers ask Gatter, "**What would you expect for intact [fetal] tissue?**"

"**Well, why don't you start by telling me what you're used to paying!**" Gatter replies.

Gatter continues: "**You know, in negotiations whoever throws out the figure first is at a loss, right?**" She explains, "**I just don't want to lowball**," before suggesting, "**$75 a specimen**."

Gatter twice recites Planned Parenthood messaging on fetal tissue collection, "We're not in it for the money," and "The money is not the important thing," but she immediately qualifies each statement with, respectively, "**But what were you thinking of?**" and, "**But it has to be big enough that it's worthwhile for me.**"

Gatter also admits that in prior fetal tissue deals, Planned Parenthood received payment in spite of incurring no cost: "**It was logistically very easy for us, we didn't have to do anything. So there was compensation for this.**" She

accepts a higher price of $100 per specimen understanding that it will be only for high-quality fetal organs: "**Now, this is for tissue that you actually take, not just tissue that someone volunteers and you can't find anything, right?**"

By the lunch's end, Gatter suggests $100 per specimen is not enough and concludes, "**Let me just figure out what others are getting, and if this is in the ballpark, then it's fine, if it's still low, then we can bump it up. I want a Lamborghini.**"

The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison or a fine of up to $500,000 (42 U.S.C. 289g-2).

Gatter also suggests modifying the abortion procedure to get more intact fetuses: "**I wouldn't object to asking Ian, who's our surgeon who does the cases, to use an IPAS [manual vacuum aspirator] at that gestational age in order to increase the odds that he's going to get an intact specimen.**"

Gatter seems aware this violates rules governing tissue collection, but disregards them: "**To me, that's kind of a specious little argument.**" Federal law requires that no alteration in the timing or method of abortion be done for the purposes of fetal tissue collection (42 U.S.C. 289g-1).

The video, like last week's featuring Dr. Nucatola, was produced by *The Center for Medical Progress* and is part of CMP's nearly 3-year-long investigative journalism study, "Human Capital."

CMP's Project Lead David Daleiden notes, "Planned Parenthood's top leadership admits they harvest aborted baby parts and receive payments for this. Planned Parenthood's only denial is that they make money off of baby parts, but that is a desperate lie that becomes more and more untenable as CMP reveals Planned Parenthood's business operations and statements that prove otherwise."

Seven State Governments have opened investigations into Planned Parenthood's sale of aborted fetal body parts, as have three Congressional Committees. The House Energy and Commerce Committee has called PPFA's Senior Director of Medical Services to testify this month about the organization's fetal tissue harvesting.

###

*See the video at:* **https://www.youtube.com/watch?v=MjCs_gvImyw**

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.*

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#9679; David

© 2018 The Center for Medical Progress | Terms of Use

Exhibit 21



July 28, 2015

## Human Capital – Episode 1: Planned Parenthood's Black Market in Baby Parts



FOR IMMEDIATE RELEASE

### #PPSellsBabyParts EX-CLINIC WORKER REVEALS PROFIT MOTIVE IN PLANNED PARENTHOOD BABY PARTS SALES, VP MEDICAL DIRECTOR PRICES BODY PARTS "PER ITEM"

*"We Can See How Much We Can Get Out of It," says Planned Parenthood Affiliate VP; Whistleblower Who Harvested Aborted Baby Parts Details Traumatic Job in Planned Parenthood Clinics in New Documentary Web Series*

**Contact:** David Daleiden, **media@centerformedicalprogress.org**, 949.734.0859

LOS ANGELES, July 28–The first episode in a new documentary web series features a woman who once worked in Planned Parenthood clinics describing the profit motive involved in Planned Parenthood's sale of aborted fetal body parts, and includes new admissions from top-level Planned Parenthood leadership about the illicit pricing structure.

The "Human Capital" documentary web series is produced by The Center for Medical Progress and integrates expert interviews, eyewitness accounts, and real-life undercover interactions to tell the story of Planned Parenthood's commercial exploitation of aborted fetal tissue. Episode 1, "Planned Parenthood's Black Market in Baby Parts," launches today at: **https://www.youtube.com/watch?v=Xw2xi9mhmuo**

Episode 1 introduces Holly O'Donnell, a licensed phlebotomist who unsuspectingly took a job as a "procurement technician" at the fetal tissue company and biotech start-up StemExpress in late 2012. "**I thought I was going to be just drawing blood, not procuring tissue from aborted fetuses,**" says O'Donnell, who fainted in shock on her first day of work in a Planned Parenthood clinic when suddenly asked to dissect a freshly-aborted fetus during her on-the-job training.

For 6 months, O'Donnell's job was to identify pregnant women at Planned Parenthood who met criteria for fetal tissue orders and to harvest the fetal body parts after their abortions. O'Donnell describes the financial benefit Planned Parenthood received from StemExpress: "**For whatever we could procure, they would get a certain percentage. The main nurse was always trying to make sure we got our specimens. No one else really cared, but the main nurse did because she knew that Planned Parenthood was getting compensated.**"

Episode 1 also shows undercover video featuring the Vice President and Medical Director of Planned Parenthood of the Rocky Mountains (PPRM) in Denver, CO, Dr. Savita Ginde. PPRM is one of the largest and wealthiest Planned Parenthood affiliates and operates clinics in Colorado, New Mexico, Wyoming, and Nevada. Standing in the Planned Parenthood abortion clinic pathology laboratory, where fetuses are brought after abortions, Ginde concludes that payment per organ removed from a fetus will be the most beneficial to Planned Parenthood: "**I think a per-item thing works a little better, just because we can see how much we can get out of it.**"

The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison or a fine of up to $500,000 (42 U.S.C. 289g-2).

Dr. Katherine Sheehan, Medical Director *emerita* of Planned Parenthood of the Pacific Southwest in San Diego, describes her affiliate's long-time relationship with Advanced Bioscience Resources, a middleman company that has been providing aborted fetal organs since 1989: "**We've been using them for over 10 years, really a long time, you know, just kind of renegotiated the contract. They're doing the big government-level collections and things like that.**"

"Planned Parenthood's sale of aborted baby parts is an offensive and horrifying reality that is widespread enough for many people to be available to give first-person testimony about it," notes David Daleiden, Project Lead for The Center for Medical Progress. "CMP's investigative journalism work will continue to surface more compelling eyewitness accounts and primary source evidence of Planned Parenthood's trafficking and selling baby parts for profit. There should be  an immediate moratorium on Planned Parenthood's taxpayer funding while Congress and the states determine the full extent of the organization's lawbreaking."

###

*See the video at:* **https://www.youtube.com/watch?v=Xw2xi9mhmuo**

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.*

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#128100; David

© 2018 The Center for Medical Progress | Terms of Use

**EXHIBIT 22**



July 30, 2015

## Planned Parenthood VP Says Fetuses May Come Out Intact, Agrees Payments Specific to the Specimen

Planned Parenthood VP Says Fetuses May Come Out Intact…

▶

FOR IMMEDIATE RELEASE

## #PPSellsBabyParts PLANNED PARENTHOOD VP SAYS FETUSES MAY COME OUT INTACT, AGREES PAYMENTS SPECIFIC TO THE SPECIMEN

*Planned Parenthood Rocky Mountains VP & Medical Director Savita Ginde Discusses Contract Details, Aborted Body Parts Pricing, and How to Not "Get Caught"*

**Contact:** David Daleiden, **media@centerformedicalprogress.org**, 949.734.0859

DENVER, July 30–New undercover footage shows Planned Parenthood of the Rocky Mountains' Vice President and Medical Director, Dr. Savita Ginde, negotiating a fetal body parts deal, agreeing multiple times to illicit pricing per body part harvested, and suggesting ways to avoid legal consequences.

Planned Parenthood of the Rocky Mountains (PPRM) is a wealthy, multi-state Planned Parenthood affiliate that does over 10,000 abortions per year. PPRM has a contract to supply aborted fetal tissue to Colorado State University in Fort Collins.

In the video, actors posing as representatives from a human biologics company meet with Ginde at the abortion-clinic headquarters of PPRM in Denver to discuss a potential partnership to harvest fetal organs. When the actors request intact fetal specimens, Ginde reveals that in PPRM's abortion practice, "**Sometimes, if we get, if someone delivers before we get to see them for a procedure, then we are intact.**"

Since PPRM does not use digoxin or other feticide in its 2nd trimester procedures, any intact deliveries before an abortion are potentially born-alive infants under federal law (1 USC 8).

"**We'd have to do a little bit of training with the providers or something to make sure that they don't crush**" fetal organs during 2nd trimester abortions, says Ginde, brainstorming ways to ensure the abortion doctors at PPRM provide usable fetal organs.

When the buyers ask Ginde if "compensation could be specific to the specimen?" Ginde agrees, "**Okay.**" Later on in the abortion clinic's pathological laboratory, standing over an aborted fetus, Ginde responds to the buyer's suggestion of paying per body part harvested, rather than a standard flat fee for the entire case: "**I think a per-item thing works a little better, just because we can see how much we can get out of it.**"

The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison or a fine of up to $500,000 (42 U.S.C. 289g-2). Federal law also requires that no alteration in the timing or method of abortion be done for the purposes of fetal tissue collection (42 U.S.C. 289g-1).

Ginde also suggests ways for Planned Parenthood to cover-up its criminal and public relations liability for the sale of aborted body parts. "**Putting it under 'research' gives us a little bit of an overhang over the whole thing**," Ginde remarks. "**I**f you have someone in a really anti state who's going to be doing this for you, they're probably going to get caught.**"

Ginde implies that PPRM's lawyer, Kevin Paul, is helping the affiliate skirt under the fetal tissue law: "**He's got it figured out that he knows that even if, because we talked to him in the beginning, you know, we were like, 'We don't want to get called on,' you know, 'selling fetal parts across states.'**" The buyers ask, "And you feel confident that they're building those layers?" to which Ginde replies, "**I'm confident that our Legal will make sure we're not put in that situation.**"

As the buyers and Planned Parenthood workers identify body parts from last fetus in the path lab, a Planned Parenthood medical assistant announces: "**Another boy!**"

The video is the latest by The Center for Medical Progress documenting Planned Parenthood's sale of aborted fetal parts. Project Lead David Daleiden notes: "Elected officials need to listen to the public outcry for an immediate moratorium on Planned Parenthood's taxpayer funding while the 10 state investigations and 3 Congressional committees determine the full extent of Planned Parenthood's sale of baby parts." Daleiden continues, "Planned Parenthood's recent call for the NIH to convene an expert panel to 'study' fetal experimentation is absurd after suggestions from Planned Parenthood's Dr. Ginde that 'research' can be used as a catch-all to cover-up baby parts sales. The biggest problem is bad actors like Planned Parenthood who hold themselves above the law in order to harvest and make money off of aborted fetal brains, hearts, and livers."

###

*See the video at:* **https://www.youtube.com/watch?v=GWQuZMvcFA8**

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.*

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#128100; David

---

© 2018 The Center for Medical Progress | Terms of Use

**EXHIBIT 23**



August 4, 2015

## "Intact Fetal Cadavers" At 20-Weeks "Just a Matter of Line Items" at Planned Parenthood TX Mega-Center: Abortion Docs Can "Make it Happen"

Intact Fetuses "Just a Matter of Line Items" for Planned Par...

▶

FOR IMMEDIATE RELEASE

## #PPSellsBabyParts "INTACT FETAL CADAVERS" AT 20-WEEKS "JUST A MATTER OF LINE ITEMS" AT PLANNED PARENTHOOD TX MEGA-CENTER: ABORTION DOCS CAN "MAKE IT HAPPEN"

*Planned Parenthood Gulf Coast Director of Research Says Department Contributes Significantly to Bottom Line, Has History of Selling Aborted Fetal Tissue, Suggests "Splitting the Specimens into Different Shipments" to Hide Profit in 5th Undercover Video*

**Contact:** David Daleiden, **media@centerformedicalprogress.org**, 949.734.0859

HOUSTON, Aug. 4–The fifth undercover video in the controversy over Planned Parenthood's sale of aborted baby parts shows the Director of Research for Planned Parenthood Gulf Coast, Melissa Farrell, advertising the Texas Planned Parenthood branch's track record of fetal tissue sales, including its ability to deliver fully intact fetuses.

In the video, actors posing as representatives from a human biologics company meet with Farrell at the abortion-clinic headquarters of Planned Parenthood Gulf Coast in Houston to discuss a potential partnership to harvest fetal organs.

"**Where we probably have an edge over other organizations, our organization has been doing research for many many years,**" explains Farrell. When researchers need a specific part from the aborted fetus, Farrell says, "**We bake that into our contract, and our protocol, that we follow this, so we deviate from our standard in order to do that.**"

Asked specifically if this means Planned Parenthood Gulf Coast can change abortion procedures to supply intact fetal specimens, Farrell affirms, "**Some of our doctors in the past have projects and they're collecting the specimens, so they do it in a way that they get the best specimens, so I know it can happen.**"

The investigators ask Farrell how she will frame a contract in which they pay a higher price for higher quality fetal body parts, and she replies, "**We can work it out in the context of–obviously, the procedure itself is more complicated,**" suggesting that "**without having you cover the procedural cost**" and paying for the abortion, the higher specimen price could be framed as "**additional time, cost, administrative burden.**"

Farrell finally summarizes her affiliate's approach to fetal tissue payments: "**If we alter our process, and we are able to obtain intact fetal cadavers, we can make it part of the budget that any dissections are this, and splitting the specimens into different shipments is this. It's all just a matter of line items.**"

The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison or a fine of up to $500,000 (42 U.S.C. 289g-2). Federal law also requires that no alteration in the timing or method of abortion be done for the purposes of fetal tissue collection (42 U.S.C. 289g-1).

Farrell also indicates to the investigators over lunch that the specimen sales from her department contribute significantly to Planned Parenthood Gulf Coast's overall finances: "**I think everyone realizes, especially because my department contributes so much to the bottom line of our organization here, you know we're one of the largest affiliates, our Research Department is the largest in the United States. Larger than any other affiliates' combined.**" In a Texas Senate hearing on July 29, former Planned Parenthood Gulf Coast clinic director Abby Johnson estimated that the affiliate had previously made up to $120,000 per month off of aborted fetal tissue.

The video is the fifth by The Center for Medical Progress documenting Planned Parenthood's sale of aborted fetal parts. Project Lead David Daleiden notes: "This is now the fifth member of Planned Parenthood leadership discussing payments for aborted baby parts without any connection to actual costs of so-called tissue 'donation.' Planned Parenthood's system-wide conspiracy to evade the law and make money off of aborted fetal tissue is now undeniable." Daleiden continues, "Anyone who watches these videos knows that Planned Parenthood is engaged in barbaric practices and human rights abuses that must end. There is no reason for an organization that uses illegal abortion methods to sell baby parts and commit such atrocities against humanity to still receive over $500 million each year from taxpayers."

###

See the video at: **https://www.youtube.com/watch?v=egGUEvY7CEg**

Tweet: #PPSellsBabyParts

For more information on the Human Capital project, visit **centerformedicalprogress.org**.

The Center for Medical Progress is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.

&#9787; David

© 2018 The Center for Medical Progress | Terms of Use

**EXHIBIT 24**



August 12, 2015

# Human Capital – Episode 2: Inside the Planned Parenthood Supply Site



FOR IMMEDIATE RELEASE

## #PPSellsBabyParts PLANNED PARENTHOOD SOLD BABY PARTS WITHOUT PATIENT CONSENT, SAYS FORMER TISSUE TECH

*Whistleblower Who Harvested Aborted Baby Parts Inside Planned Parenthood Clinics for Partner Company StemExpress Lists Numerous Law and Ethics Violations in New Documentary Episode*

**Contact:** Peter Robbio, probbio@crcpublicrelations.com, 703.683.5004

LOS ANGELES, Aug. 12–The second episode in a new documentary web series highlights a young woman's eyewitness narrative of the daily practice of fetal body parts harvesting in Planned Parenthood abortion clinics, describing tissue procurement workers' coordination with abortion providers, the pressure placed on patients, and disregard for patient consent.

The "Human Capital" documentary web series, produced by The Center for Medical Progress, integrates expert interviews, eyewitness accounts, and real-life undercover interactions to explore various themes connected to Planned Parenthood's sale of aborted fetal tissue. Episode 1, "Planned Parenthood's Black Market in Baby Parts," premiered last month. Episode 2, "Inside the Planned Parenthood Supply Site," launches today at: https://www.youtube.com/watch?v=ABzFZM73o8M

The series follows the personal narrative of Holly O'Donnell, a former Blood and TIssue Procurement Technician for StemExpress, a start-up biotech company from northern California that partners with Planned Parenthood clinics to purchase their aborted fetus parts and resell them for scientific experimentation. As a procurement tech, O'Donnell's job was to identify pregnant patients matching the specifications of StemExpress customers and to harvest the fetal body parts from their abortions.

"**It's not an option, it's a demand**," StemExpress supervisors instructed O'Donnell about approaching pregnant women at Planned Parenthood for fetal tissue "donations." O'Donnell says the StemExpress techs working in Planned Parenthood clinics sometimes harvested fetal parts without obtaining consent from the patients: "**If there was a higher gestation, and the technicians needed it, there were times when they would just take what they wanted. And these mothers don't know. And there's no way they would know.**"

Federal laws on the procurement and use of human fetal tissue require that patients consent to the tissue donation subsequent to consenting to the

abortion procedure (42 U.S.C. 289g-1).

According to O'Donnell, Planned Parenthood gave StemExpress workers access to patient records and schedules so that the harvesting company could plan for the days when patient "supply" would be greatest. "**They give you a sheet, and it's everybody for that day, who's coming in for an ultrasound, who's coming in for an abortion, medical or a late-term abortion,**" O'Donnell explains. Even patients just seeking a pregnancy test at Planned Parenthood were considered part of the supply: "**Pregnancy tests are potential pregnancies, therefore potential specimens. So it's just taking advantage of the opportunities.**"

Project Lead David Daleiden notes, "Experiences like Holly O'Donnell's show that Planned Parenthood's abortion and baby parts business is not a safe place where vulnerable women can be cared for, but a harvesting ground for saleable human 'product.' Taxpayer subsidies to Planned Parenthood's barbaric abortion business should be revoked immediately, and law enforcement and other elected officials must act decisively to determine the full extent of Planned Parenthood's offensive practices and hold them accountable to the law."

###

*See the video at:* https://www.youtube.com/watch?v=ABzFZM73o8M

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.*

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#128100; David

© 2018 The Center for Medical Progress | Terms of Use

**EXHIBIT 25**



August 19, 2015

## Human Capital – Episode 3: Planned Parenthood's Custom Abortions for Superior Product

Human Capital - Episode 3: Planned Parenthood's Custom …

[▶]

FOR IMMEDIATE RELEASE

### #PPSellsBabyParts PLANNED PARENTHOOD ABORTED BABY'S HEART STILL BEATING IN LATE-TERM ORGAN HARVESTING CASE

*Whistleblower Who Harvested Aborted Baby Parts Inside Planned Parenthood Clinics for StemExpress Describes "Most Difficult Experience I Had There" In Latest Documentary Episode*

**Contact:** Peter Robbio, probbio@crcpublicrelations.com, 703.683.5004

LOS ANGELES, Aug. 19–The third episode in a new documentary web series and 7th video on Planned Parenthood's supply of aborted fetal tissue tells a former procurement technician's harrowing story of harvesting an intact brain from a late-term male fetus whose heart was still beating after the abortion.

The "Human Capital" documentary web series, produced by The Center for Medical Progress, integrates expert interviews, eyewitness accounts, and real-life undercover interactions to explore different themes within Planned Parenthood's sale of aborted fetal tissue. Episode 3, "Planned Parenthood's Custom Abortions for Superior Product," launches today at: http://www.centerformedicalprogress.org/2015/08/human-capital-episode-3-planned-parenthoods-custom-abortions-for-superior-product/

The series focuses on the personal narrative of Holly O'Donnell, a former Blood and Tissue Procurement Technician for StemExpress, a biotech start-up that until last week was partnered with two large northern California Planned Parenthood affiliates to purchase their aborted fetus parts and resell them for scientific experimentation.

O'Donnell describes the harvesting, or "procurement," of organs from a nearly intact late-term fetus aborted at Planned Parenthood Mar Monte's Alameda clinic in San Jose, CA. "**'I want to see something kind of cool,'**" O'Donnell says her supervisor asked her. "**And she just taps the heart, and it starts beating. And I'm sitting here and I'm looking at this fetus, and its heart is beating, and I don't know what to think.**"

The San Jose Planned Parenthood does abortions up to 20 weeks of pregnancy. Referring to the beating heart of the aborted fetus, O'Donnell remarks, "**I don't know if that constitutes it's technically dead, or it's alive.**"

State and federal law require that the same treatment be given to an infant born-alive after an abortion as to a normally delivered baby (1 U.S.C. 8, CA

Health and Safety Code 123435). California law also prohibits any kind of experimentation on a fetus with a discernible heartbeat (CA Health and Safety Code 123440). StemExpress has been cited in published scientific literature as a source of fetal hearts used for Langendorff perfusion, which keeps a heart beating after it is excised from the body: http://www.hindawi.com/journals/omcl/2015/730683/

O'Donnell also tells how her StemExpress supervisor instructed her to cut through the face of the fetus in order to get the brain. "**She gave me the scissors and told me that I had to cut down the middle of the face. I can't even describe what that feels like**," she says.

The video also features recordings of Dr. Ben Van Handel, the Executive Director of Novogenix Laboratories, LLC, and also of Perrin Larton, Procurement Manager of Advanced Bioscience Resources, Inc. (ABR). Novogenix is the company that has harvested fetal organs from abortions done by Planned Parenthood Federation of America's Senior Director of Medical Services, Dr. Deborah Nucatola, in Los Angeles, while ABR is the oldest fetal tissue procurement company and works with Planned Parenthood in San Diego and other clinics around the country. Van Handel admits, "**There are times when after the procedure is done that the heart actually is still beating**," and Larton describes abortions she has seen where "**the fetus was already in the vaginal canal whenever we put her in the stirrups, it just fell out.**"

CMP's Project Lead David Daleiden notes, "Today's video contains heartrending admissions about the absolute barbarism of Planned Parenthood's abortion practice and baby parts sales in which fetuses are sometimes delivered intact and alive. Planned Parenthood is a criminal organization from the top down and should be immediately stripped of taxpayer funding and prosecuted for their atrocities against humanity."

###

*See the video at:* http://www.centerformedicalprogress.org/2015/08/human-capital-episode-3-planned-parenthoods-custom-abortions-for-superior-product/

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.*

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#128100; David

© 2018 The Center for Medical Progress | Terms of Use

EXHIBIT 26



August 25, 2015

## Planned Parenthood Baby Parts Buyer StemExpress Wants "Another 50 Livers/Week," Financial Benefits for Abortion Clinics

Planned Parenthood Baby Parts Buyer StemExpress Wants …

▶

FOR IMMEDIATE RELEASE

# #PPSellsBabyParts PLANNED PARENTHOOD BABY PARTS BUYER STEMEXPRESS WANTS "ANOTHER 50 LIVERS/WEEK," FINANCIAL BENEFITS FOR ABORTION CLINICS

*Cate Dyer, CEO of StemExpress, LLC Partnered with Planned Parenthood since 2010, Says Company Gets "A Lot" of Intact Fetuses, Calls Planned Parenthood Baby Parts Supply a "Volume Institution"*

**Contact:** Matille Thebolt, mthebolt@crcpublicrelations.com, 571.501.4067

LOS ANGELES, Aug. 25–The eighth video in the ongoing controversy over Planned Parenthood's sale of aborted fetal body parts shows the CEO of StemExpress, LLC, a major buyer of fetal tissue from Planned Parenthood, admitting the company gets "a lot" of intact fetuses, suggesting "another 50 livers a week" would not be enough, and agreeing abortion clinics should profit from the sale: http://www.centerformedicalprogress.org/2015/08/planned-parenthood-baby-parts-buyer-stemexpress-wants-another-50-liversweek-financial-benefits-for-abortion-clinics/

StemExpress is a for-profit biotech supply company that has been partnered with Planned Parenthood clinics across the country to purchase human fetal parts since its founding in 2010. StemExpress' Medical Director, Dr. Ronald Berman, is an abortion doctor for Planned Parenthood Mar Monte.

In the video, actors posing as another human biologics company meet with StemExpress CEO Cate Dyer, plus Vice President of Corporate Development and Legal Affairs Kevin Cooksy, and Procurement Manager Megan Barr. StemExpress and the actors are discussing a potential partnership to supply extra fetal body parts to each other.

"**So many physicians are like, 'Oh I can totally procure tissue,' and they can't,**" expresses Dyer, seeming to indicate that abortion doctors must do the procedure in a special way to obtain useable fetal parts. Federal law requires that no alteration in the timing or method of abortion be done for the purposes of fetal tissue collection (42 U.S.C. 289g-1).

"What about intact specimens?" asks one of the actors. "**Oh yeah, I mean if you have intact cases, which we've done a lot, we sometimes ship those back to our lab in its entirety,**" replies Dyer. "Case" is the clinical term for an abortion procedure. An "intact case" refers to an intact abortion with a whole fetus. "The entire case?" asks an actor. "**Yeah, yeah,**" says Dyer. "**The procurement for us, I**

mean it can go really sideways, depending on the facility, and then our samples are destroyed," she explains past botched fetal dissections, "so we started bringing them back even to manage it from a procurement expert standpoint."

Feticidal chemicals like digoxin cannot be used to kill the fetus in a tissue procurement case, so a fetus delivered intact for organ harvesting is likely to be a born-alive infant.

"What would make your lab happy?" asks one of the actors. "Another 50 livers a week," says Dyer. "We're working with almost like triple digit number clinics," Dyer explains, "and we still need more." She later notes, "Planned Parenthood has volume, because they are a volume institution."

Dyer also agrees that payments to abortion clinics for fetal body parts should be financially beneficial to them. "Do you feel like there are clinics out there that have been burned, that feel like they're doing all this work for research and it hasn't been profitable for them?" she asks. "I haven't seen that." StemExpress publishes a flyer for Planned Parenthood clinics that promises "Financial Profits" and "fiscal rewards" for clinics that supply aborted fetal tissue. It is endorsed by Planned Parenthood Mar Monte Chief Medical Officer Dr. Dorothy Furgerson: http://www.centerformedicalprogress.org/wp-content/uploads/2015/05/StemExpress-flyer.pdf

The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison or a fine of up to $500,000 (42 U.S.C. 289g-2). The Sacramento Business Journal reported in June that StemExpress has an annual revenue of $4.5 million.

The video is the eighth released by The Center for Medical Progress in its investigative journalism study of Planned Parenthood's sale of aborted baby parts. "StemExpress is the 'weakest link' that unravels Planned Parenthood's baby parts chain–they readily admit the profit-motive that Planned Parenthood and their proxies have in supplying aborted baby parts," notes David Daleiden, Project Lead for CMP. "Congress and law enforcement should immediately seize all fetal tissue files from StemExpress and all communications and contracts with Planned Parenthood. The evidence that Planned Parenthood profits from the sale of aborted baby parts is now overwhelming, and not one more dime of taxpayer money should go to their corrupt and fraudulent criminal enterprise."

###

*See the video at:* http://www.centerformedicalprogress.org/2015/08/planned-parenthood-baby-parts-buyer-stemexpress-wants-another-50-liversweek-financial-benefits-for-abortion-clinics/

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.*

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#128100; David

© 2018 The Center for Medical Progress | Terms of Use

EXHIBIT 27



September 1, 2015

# Planned Parenthood Baby Parts Vendor ABR Pays Off Clinics, Intact Fetuses "Just Fell Out"



FOR IMMEDIATE RELEASE

## #PPSellsBabyParts PLANNED PARENTHOOD BABY PARTS VENDOR ADVANCED BIOSCIENCE RESOURCES PAYS OFF CLINICS, INTACT FETUSES "JUST FELL OUT"

*ABR, Oldest Supplier of Baby Parts, Paid "Advisor Fee" to Clinic Leadership; Planned Parenthood CEO Admits ABR Pays Clinic $60 Per Baby Part*

**Contact:** Peter Robbio, probbio@crcpublicrelations.com, 703.683.5004

LOS ANGELES, Sept. 1–The ninth video in the Planned Parenthood baby parts scandal focuses on Advanced Bioscience Resources, Inc. (ABR), the small and secretive company that has harvested and sold fetal body parts at Planned Parenthood clinics longer than any other entity: **http://www.centerformedicalprogress.org/2015/09/planned-parenthood-baby-parts-vendor-abr-pays-off-clinics-intact-fetuses-just-fell-out/**

The video features undercover conversations with Dr. Katharine Sheehan, the long-time medical director of Planned Parenthood of the Pacific Southwest until 2013; Perrin Larton, the Procurement Manager for ABR; and Cate Dyer, the CEO of rival fetal tissue procurement company StemExpress.

Sheehan tells actors posing as a new human biologics company that at Planned Parenthood Pacific Southwest, "**We have already a relationship with ABR.**" Sheehan explains, "**We've been using them for over 10 years, really a long time, just kind of renegotiated the contract. They're doing the big collections for government-level collections and things like that.**" When one of the actors negotiates, "We return a portion of our fees to the clinics," Sheehan responds eagerly, "**Right, get a toe in and make it, make a pro–alright.**"

In an **August 27 letter** to Congress, Planned Parenthood CEO Cecile Richards referenced a California Planned Parenthood affiliate that currently receives $60 "**per tissue specimen**" from a tissue procurement organization. The Center for Medical Progress, the group producing the videos, identified Planned Parenthood Pacific Southwest and ABR as the affiliate and TPO referred to in Richards' letter, based on process of elimination.

"We now know from Cecile Richards' letter that $60 per collected tissue specimen is what will 'get a toe in' to harvest baby parts at Planned Parenthood Pacific Southwest," **wrote** CMP Project Lead David Daleiden. As multiple tissue specimens often come from a single fetus, $60/specimen can quickly add up to

hundreds of extra dollars in revenue per abortion. The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison or a fine of up to $500,000 (42 U.S.C. 289g-2).

Perrin Larton, the Procurement Manager at ABR, is shown describing ABR's fetal tissue harvesting practice to a prospective buyer. "**I literally have had women come in and they'll go in the O.R. and they're back out in 3 minutes, and I'm going, 'What's going on?' Oh yeah, the fetus was already in the vaginal canal whenever we put her in the stirrups, it just fell out**," she explains of situations where there has been a great enough degree of cervical dilation to procure an intact fetus.

ABR, founded in 1989 by CEO Linda Tracy, **charges $340 per second-trimester fetal tissue specimen**, yet seems less concerned about tissue quality than other harvesting companies: "**Whenever we have a smooth portion of liver, we think that's good!**" says Larton.

Cate Dyer, who used to work as a procurement technician for ABR before founding her own company StemExpress, shares some of the financial details of ABR: "**They were funding places in Hawaii for themselves**," she divulges. "**Some staff–not that I know so much on the Planned Parenthood side, but I wouldn't be surprised–there are some staff in the past that have been on the payroll with ABR.**" According to Dyer, ABR would pay an "advisor fee" to a clinic manager or director in order to preserve their exclusive right to harvest fetal tissue at that location. "**There's like, well enough known**," says Dyer, that "**for a long time there were certain clinics that because they had paid advisors that were sitting on boards for these clinics, that were also an advisor to ABR, you were just never going to go anywhere with them, you know what I mean?**"

"In the twisted world of baby parts trafficking from Planned Parenthood abortion clinics, there are few unbroken rules," notes CMP's Daleiden. "After the serious admissions in Planned Parenthood's letter to Congress last week, it is imperative for lawmakers and law enforcement to act decisively to determine the full extent of Planned Parenthood and their proxies' lawbreaking, hold them accountable, and stop the taxpayer funding of these barbaric atrocities against humanity."

###

*See the video at:* **http://www.centerformedicalprogress.org/2015/09/planned-parenthood-baby-parts-vendor-abr-pays-off-clinics-intact-fetuses-just-fell-out/**

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.* The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#128100; David

© 2018 The Center for Medical Progress | Terms of Use

**EXHIBIT 28**



September 15, 2015

## Top Planned Parenthood Exec Agrees Baby Parts Sales "A Valid Exchange," Some Clinics "Generate A Fair Amount of Income Doing This"

Top Planned Parenthood Exec: Baby Parts Sales "A Valid Ex…

▶

FOR IMMEDIATE RELEASE

# #PPSellsBabyParts TOP PLANNED PARENTHOOD EXEC AGREES BABY PARTS SALES "A VALID EXCHANGE," SOME CLINICS "GENERATE A FAIR AMOUNT OF INCOME DOING THIS"

*Planned Parenthood Consortium of Abortion Providers National Director Deborah VanDerhei Agrees "Give Our Organization Money for the Tissue" is "A Valid Exchange," Calls Fetal Organ Harvesting "Donation for Remuneration"*

**Contact:** Peter Robbio, probbio@crcpublicrelations.com, 703.683.5004

LOS ANGELES, Sept. 15–The fourth episode in a new documentary web series and 10th video by The Center for Medical Progress features several top-level Planned Parenthood executives discussing the organization's secretive practices around aborted fetal parts harvesting. The video includes comments from Deborah VanDerhei, the National Director of the organization's Consortium of Abortion Providers, describing the harvesting of fetal body parts as "donation for remuneration."

The "Human Capital" documentary web series, produced by The Center for Medical Progress, integrates expert interviews, eyewitness accounts, and real-life undercover interactions to explore different themes within Planned Parenthood's sale of aborted fetal tissue. Episode 4, "Planned Parenthood Federation of America's Criminal Enterprise," launches today at: **https://www.youtube.com/watch?v=c9EU_02c5bM**

The video highlights conversations with Dr. Carolyn Westhoff, Senior Medical Advisor for PPFA; Dr. Vanessa Cullins, Vice President for External Medical Affairs for PPFA; and Deborah VanDerhei, National Director for the Consortium of Abortion Providers (CAPS) at PPFA.

"**We've just been working with people who want particular tissues, like, you know, they want cardiac, or they want eyes, or they want neural**," says Dr. Westhoff to a prospective fetal organ buyer. "**Certainly, everything we provide–oh, gonads! Oh my God, gonads. Everything we provide is fresh.**" Westhoff continues, "**Obviously, we would have the potential for a huge P.R. issue in doing this**," before offering to introduce the buyers to "**national office abortion people**" from Planned Parenthood.

Deborah VanDerhei is the National Director for CAPS, an influential committee within Planned Parenthood that drives abortion policy across the organization. VanDerhei refers to payments for fetal tissue as "**donation for remuneration**,"

which carries the connotation of **financial reward** or **benefit** without regard for actual expenses. VanDerhei explains, "**I have been talking to the executive director of the National Abortion Federation, we're trying to figure this out as an industry, about how we're going to manage remuneration, because the headlines would be a disaster.**"

"**Is this really worth getting–I don't even know what in general, what a specimen generally brings in?**" VanDerhei later asks a prospective buyer. When she is told $100 per specimen, she remarks, "**But we have independent colleagues who generate a fair amount of income doing this.**" VanDerhei suggests that Planned Parenthood goes to great lengths to avoid leaving a paper trail about their fetal tissue activity: "**It's an issue that you might imagine we're not really that comfortable talking about on email.**"

In a conversation recorded between VanDerhei and Vanessa Russo, Compliance Program Administrator for Planned Parenthood Keystone in Pennsylvania, Russo argues, "**A company like this that wants to give our organization money for the tissue–I think that that's a valid exchange, and that that's okay.**" VanDerhei nods her head up and down and affirms, "**Mhm.**"

The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison or a fine of up to $500,000 (42 U.S.C. 289g-2).

Vanessa Cullins, the Vice President of External Medical Affairs, seems fully aware of the criminal exposure that fetal body parts sales present to Planned Parenthood: "**This is important. This could destroy your organization and us, if we don't time those conversations correctly,**" she tells a prospective buyer.

Planned Parenthood is the largest abortion provider in the country, responsible for 327,000 abortions every year, and receives $528 million in taxpayer money each year. "From email black-outs to contorted oxymorons like 'donation for remuneration,' the lengths to which Planned Parenthood leadership will go to cover-up their illegal sale of aborted baby parts are nothing less than the desperation of a guilty conscience," notes David Daleiden, Project Lead for CMP. "Planned Parenthood CEO Cecile Richards openly admits they receive '$60 per tissue specimen,' and their contracts with StemExpress offer payments per fetus 'determined in the clinic to be usable.' Planned Parenthood runs their abortion and baby parts business in open disregard for the law and should be prosecuted immediately. Their taxpayer funding should be reassigned to Federally Qualified

Health Centers, which provide more and comprehensive health services at locations outnumbering Planned Parenthood 20 to 1."

####

*See the video at:* **http://www.centerformedicalprogress.org/2015/09/top-planned-parenthood-exec-agrees-baby-parts-sales-a-valid-exchange-some-clinics-generate-a-fair-amount-of-income-doing-this/**

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit centerformedicalprogress.org.*

The Center for Medical Progress *is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

&#128100; David

© 2018 The Center for Medical Progress | Terms of Use

**EXHIBIT 29**



October 27, 2015

## Planned Parenthood TX Doc: Harvesting Intact Fetal Heads "Will Give Me Something to Strive For"

Planned Parenthood TX Abortion Apprentice Taught Partial-...

[▶]

FOR IMMEDIATE RELEASE

## #PPSellsBabyParts PLANNED PARENTHOOD TX DOC: HARVESTING INTACT FETAL HEADS "WILL GIVE ME SOMETHING TO STRIVE FOR"

*Dr. Amna Dermish, Planned Parenthood Late-Term Abortion Doctor in Austin, TX, Taught by PPFA Senior Director of Medical Services Dr. Deborah Nucatola to Use Partial-Birth Abortions For Intact Fetuses*

**Contact:** Peter Robbio, **probbio@crcpublicrelations.com**, 703.683.5004

AUSTIN, Oct. 27–The eleventh video release from The Center for Medical Progress in the ongoing Planned Parenthood baby parts scandal shows the abortion doctor for Planned Parenthood in Austin, TX, Dr. Amna Dermish, describing a partial-birth abortion procedure to terminate living, late-term fetuses which she hopes will yield intact fetal heads for brain harvesting.

Dr. Dermish admits she was trained by the Senior Director of Medical Services at Planned Parenthood Federation of America, Dr. Deborah Nucatola. Nucatola described a partial-birth abortion technique to harvest fetal organs in the **first** Planned Parenthood video released July 14 by CMP.

"**My aim is usually to get the specimens out pretty intact**," says Dermish, speaking to actors posing as a fetal tissue procurement company. Dermish admits that she will sometimes use ultrasound guidance to convert a 2nd-trimester fetus to a feet-first breech presentation: "**Especially the 20-weekers are a lot harder versus the 18-weekers, so at that point I'll switch to breech.**"

"That's what Deb [Nucatola] was telling us, was it really makes a difference for tissue collection at PPLA," says one of the actors, referencing Nucatola's technique for organ harvesting. "**It's really nice when it's, yeah–I trained with her**," replies Dermish.

In reply to a question about harvesting fetal brain, Dermish notes, "**I haven't been able to do that yet**," but exclaims with laughter, "**This will give me something to strive for!**"

Dermish does not use the chemical digoxin to kill the fetus before 20 weeks, so her feet-first, intact extraction abortions are done on living fetuses. Using ultrasound guidance to manipulate the fetus from vertex to breech orientation before extracting the yet-living fetus is a hallmark of the illegal partial-birth abortion procedure (18 U.S.C. 1531).

Dermish also affirms a fetal body part price of $50 or $60 per specimen. The sale or purchase of human fetal tissue is a federal felony punishable by up to 10 years in prison and a fine of up to $500,000 (42 U.S.C. 289g-2).

The state of Texas recently moved to disbar Planned Parenthood from taxpayer funding on account of Medicaid fraud and abortion-related crimes. Governor Greg Abbott recently said in an interview that the state of Texas is now in possession of "hard evidence" that Planned Parenthood is engaged in "violations of federal and state law concerning abortion procedures."

"Less than 4 miles away from the Texas state capitol, Planned Parenthood routinely practices barbaric partial-birth abortions on living, late-term fetuses," notes CMP Project Lead David Daleiden. "Planned Parenthood's crimes are not just the result of local bad actors, but are tolerated and even encouraged at the highest levels of the national organization. State-level criminal investigations must press charges, and Congress' new select committee must pursue a deep and comprehensive accounting of Planned Parenthood's atrocities against humanity."

####

*See the video at:* **https://www.youtube.com/watch?v=2tgez97aG74**

*Tweet: #PPSellsBabyParts*

*For more information on the Human Capital project, visit* centerformedicalprogress.org.
*The Center for Medical Progress is a 501(c)3 non-profit dedicated to monitoring and reporting on medical ethics and advances.*

 David

© 2018 The Center for Medical Progress | Terms of Use

EXHIBIT 30



LATEST STORIES    INVESTIGATIVE    HUMA

 

ANALYSIS

# 1,200 too many: A look at born-alive abortion statistics

By Libby Barnes | May 23, 2013 , 10:53pm



A defensible graphic on an indefensible aspect of our society.

18

Be confident to **share this graphic** – it's accurate and easily defensible.

Twelve hundred babies surviving abortions in the U.S., even in just one year, is a conservative estimate. Thousands of children have survived abortions in the forty years following

## ABOUT

Live Action News publishes pro-life news and commentary from a pro-life perspective. **Learn More**



## FEATURED STORIES



👁 69.3K

Finley's parents are grateful abortion pill reversal saved their little girl



👁 73.6K

This viral video is changing minds about abortion





141.5K

10 reasons abortion is not the answer

the national legalization of abortion in 1973.

Just eight years after *Roe v. Wade*, Liz Jeffries and Rick Edmonds were named **Pulitzer Prize finalists** for their **series** on the live-birth abortions already epidemic in the abortion industry. Jeffries and Edmonds recorded heartbreaking testimonies from nurses who held and comforted dying abortion survivors. They also revealed the magnitude of these horrors:

> **Dr. Willard Cates, an expert on medical statistics who is chief of abortion surveillance for the Center for Disease Control in Atlanta, estimates that 400 to 500 abortion live births occur every year in the United States.**

Later, Dr. Cates added:

**No one is so naive as to think there is reliable voluntary reporting of live births in the present climate.**

In other words, the number of babies born alive after abortions is actually much higher.

Procedures have evolved since the seventies and eighties in an effort to more effectively kill the child in the womb. For example, **less than 1%** of abortions performed now are saline abortions, previously a method of choice. However, evidence clearly shows that infants are still born alive. Most of these are left to die.

In 2011, the **CDC recorded 1,298 cases of infant death** in the U.S. due to "Other perinatal conditions," which includes ICD-10 category P96.4, death subsequent to a failed "termination of pregnancy." Numbers have not been released for the particular category. If they ever are, we can expect them to be far lower than the actual death toll. As Dr. Cates reminded us, there is no "reliable voluntary reporting of live birth" after abortion.

In 2007, a **study** published in the *British Journal of Obstetrics and Gynecology* concluded that about 1 in 30 abortions after 16 weeks' gestation result in a born-alive infant. At 23 weeks'

gestation, the number reached 9.7%. By a very conservative estimate, this study would suggest that over 900 babies survive late-term abortions each year in the U.S [1].

The *Daily Mail* reported that in just one year, 66 babies in the United Kingdom who survived abortion attempts were left to die. **Canadian government statistics** indicated that an average of 49 such born-alive infants die each year.

Anecdotal evidence is just as shocking. In 2008, Students for Life of America conducted an **undercover investigation** of a Planned Parenthood late-term abortion clinic in Freehold, NJ. A nurse explained to the investigator that a 22-week abortion involves inducing delivery. The investigator then asked if babies are ever delivered alive. The nurse replied, "It does happen, where it's still alive…but it wouldn't be able to survive on its own, so eventually the baby does die."

In Live Action's *Inhuman* investigation, clinic workers and abortionists in New York and Washington, D.C. describe drowning born-alive infants in jars of toxic solution or leaving them to die without medical care. A clinic counselor at Family Planning Associates in Arizona admits that babies have survived abortions at the clinic. When

that happens, she says, "[t]hey will not resuscitate."

In 1999, **Jill Stanek**, a nurse, held a baby who survived an abortion until he died in her arms. Countless others were left to die on counters and scales in her hospital.

People like Melissa Ohden, Gianna Jessen, and Claire Culwell are also living, breathing, adult proof that babies survive abortions. Melissa was saved by compassionate nurses, but what of those who are not so fortunate?

The Grand Jury said **Kermit Gosnell killed "hundreds"** of babies who survived his abortions. Just a few days ago, **Douglas Karpen's former assistants accused the abortionist** of killing "three to four" born-alive babies a day by cutting their spinal cords, forcing instruments into the soft spots of their heads, or even twisting their heads off their necks.

If his assistant's estimate is accurate, Karpen alone could have racked up a death toll of 1,200 born-alive infants in less than two years.

[1] There were 1.21 million abortions in 2008 in the U.S., 1.5% of which were performed after 21 weeks' gestation. Jones and Kooistra, "Abortion Incidence And Access To

Services In The United States, 2008"
Perspectives on Sexual and
Reproductive Health 43, no. 1 (2011),
41-50.

5.4% of babies survived abortions at 21
weeks' gestation. Wyldes and Tonks,
"Short Communication: Termination of
Pregnancy for Fetal Anomaly: A
Population-Based Study 1995 to 2004,"
British Journal of Obstetrics and
Gynaecology 114, no. 5 (May 2007),
639–642.

       18

**Comments**   **Community**      **Login**

♡ **Recommend**      🐦 Tweet        f Share

Sort by Best

Join the discussion…

**LOG IN WITH**

**OR SIGN UP WITH DISQUS** ⑦

Name

  **disgustedwithstupidity**
• 6 years ago
In our age of enlightenment, we
have become animals. Except even
animals try to save their young.
7 ∧ | ∨ • Reply • Share ›

  **Sonja Schipper Ruder** ➔
disgustedwithstupidity
• 2 years ago
Many animals eat their first

EXHIBIT 31

Catherine W. Short, Esq. SBN 117442
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313
Ojai, California 93024-1313
Tel: (707) 337-6880; Fax: (805) 640-1940
E-Mail: LLDFOjai@earthlink.net

Charles S. LiMandri, SBN 110841
Paul M. Jonna, SBN 265389
Teresa L. Mendoza, SBN 185820
Jeffrey M. Trissell, SBN 292480
FREEDOM OF CONSCIENCE DEFENSE FUND
Post Office Box 9520
Rancho Santa Fe, CA 92067
Tel: (858) 759-9948; Fax: (858) 759-9938
E-Mail: cslimandri@limandri.com

Attorneys for Defendants THE CENTER FOR
MEDICAL PROGRESS, DAVID DALEIDEN,
and BIOMAX PROCUREMENT SERVICES,
LLC

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES – CENTRAL DIVISION

| | |
|---|---|
| STEMEXPRESS, LLC and CATHERINE DYER,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>THE CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC, DAVID DALEIDEN (aka "ROBERT SARKIS", DOE 1 (aka "SUSAN TENNENBAUM") and DOES 2 through 100, inclusive,<br><br>                    Defendants. | ) Case No. BC589145<br>)<br>) **DECLARATION OF THERESA A.**<br>) **DEISHER, PH.D., IN SUPPORT OF**<br>) **DEFENDANTS' OPPOSITION TO**<br>) **PLAINTIFFS' MOTION TO CONDUCT**<br>) **SPECIFIED DISCOVERY UNDER**<br>) **CODE OF CIVIL PROCEDURE §**<br>) **425.16(g)**<br>)<br>) Date:      September 22, 2015<br>) Time:      8:30 a.m.<br>) Dept:      73<br>) Judge:    Hon. Rafael A. Ongkeko<br>)<br>) Complaint Filed:    July 27, 2015<br>) Trial Date:          None Set |

I, THERESA A. DEISHER, declare as follows:

1.      I am a preeminent scientist in the field of adult stem cell therapies and regenerative medicine. I have 23 patents in my name, which have generated up to $200 million in licensing revenue and are potentially worth more than $100 million in future royalty payments. Several more

1

1  of my inventions are currently in clinical trials.

2      2.     I currently serve as the Founder, President, Chief Executive Office and Chief

3  Science Office of AVM Biotechnology, a biotech firm that is dedicated to the discovery,

4  development and commercialization of safe, effective and ethical stem cell technologies for

5  regenerative medicine, oncology and fully human biologics.

6      3.     Prior to founding AVM, my previous assignments included: Vice President at

7  Cellcyte Genetics (Kirkland, WA); Principal Scientist at Amgen (Seattle, WA); Sr. Staff Scientist,

8  Vascular Biology at Immunex (Seattle, WA); Sr. Scientist, Cardiovascular Biology at

9  ZymoGenetics (Seattle, WA); and Research Scientist at Repligen (Waltham, MA).

10      4.     I was the first person world-wide to identify and patent stem cells from the adult

11  heart, including what are now called "very small embryonic-like stem cells" (VSELS), and also am

12  a patented inventor of the most potent mesenchymal growth factor ever identified, as well as of the

13  use of cytokines to mobilize adult embryonic-like cells.

14      5.     I graduated with honors and distinction from Stanford University, and obtained my

15  Ph.D. in Molecular and Cellular Physiology from Stanford University Medical School. Attached

16  hereto as Exhibit 1 is a true and correct copy of my current *curriculum vitae*.

17      6.     I consulted with David Daleiden and The Center for Medical Progress ("CMP")

18  prior to the commencement of their investigative journalism study, *The Human Capital Project*.

19      7.     In my consultations with David Daleiden and CMP, I provided my expert advice as

20  a preeminent scientist in the biomedical field.

21      8.     I informed David Daleiden and CMP that several scientific journal articles discuss

22  the necessity of getting harvested fetal tissue into the digesting buffer solution within five minutes

23  of death to produce optimal yields.

24      9.     I informed David Daleiden and CMP that this means that in order to optimally

25  harvest fetal tissue, within five minutes of death, the organ needs to be removed, flushed of all

26  blood, cleaned of any extraneous tissue, and placed into a liquid with enzymes which digests the

27  connective tissue and releases the cells.

28      10.     I informed David Daleiden and CMP that in those cases, in order for the organs to

1 be viable for harvest, the baby must be kept alive with a beating heart. I informed them that
2 sometimes an apparatus is hooked up to the heart to keep it alive and beating, but that such an
3 apparatus would not work if the heart was dead.

4    11.    I informed David Daleiden and CMP that it was not only reasonable to suppose, but
5 practically certain, that some babies whose organs are harvested following an induced abortion are
6 born alive with a beating heart.

7    12.    I informed David Daleiden and CMP that it was not only reasonable to suppose, but
8 practically certain, that the method of inducing abortion is altered in order to facilitate the
9 harvesting of fetal organs along this expedited schedule.

10    13.    Based on our discussions and my experience, David Daleiden had a reasonable
11 belief that some babies whose organs are harvested following an induced abortion are born alive
12 with a beating heart.

13    14.    I have reviewed the video *Human Capital Episode 3: Planned Parenthood's Custom*
14 *Abortions for Superior Product* featuring an interview with Holly O'Donnell and located at
15 https://www.youtube.com/watch?v=jjxwVuozMnU.

16    15.    In that video, Ms. O'Donnell describes how she was instructed to harvest neural fetal
17 tissue from a fetus with a beating heart:

> So then I hear her [my StemExpress trainer] calling: "Hey Holly come over here, I
> want you to see something kinda cool. It's kinda neat." So I'm over here and there's
> this moment I see it; I'm just flabbergasted. This is the most gestated fetus and
> closest thing to a baby I've seen. And, she's like: "Okay, I want to show you
> something." So she has one of her instruments and she just taps the heart and it starts
> beating. And I'm sitting here and I'm looking at this fetus and its heart is beating and
> I don't know what to think. . . .  And she's like: "Do you know why that's
> happening." And I knew why it was happening. It was because the electrical current,
> the nodes were still firing. And I don't know if that constitutes that it's technically
> dead or its alive. . . . It had a face. It wasn't completely torn up, and its nose was
> very pronounced, it had eyelids, and its mouth was pronounced. And then since the
> fetus was so intact, she said: "Okay, well this is a very good fetus and it looks like
> we can procure a lot from it, um, we're gonna procure brain." So uh, the moment I
> heard that, I was like, that means we're going to have to cut the head open. We're
> going to have to cut the head open. So: "Okay what you do is you go through the
> face." I was thinking: "No, I don't want to do this."

   16.    I have also reviewed the CMP video titled *Planned Parenthood Baby Parts Buyer*
*StemExpress Wants "Another 50 Livers/Week"* featuring Plaintiff Catherine Dyer and located at

1  https://www.youtube.com/watch?v=cz1gRNPgMvE.

2      17.    In the biomedical fetal tissue research industry, "intact cases" refers to intact fetal

3  cadavers. Consequently, in that video, Plaintiff Dyer describes how StemExpress technicians

4  sometimes acquire and ship full fetal cadavers through the following conversation:

> Dyer: Realistically, if we were to do an agreement with you, what do we think you
> could get?
> CMP: Volume-wise?
> Dyer: On specifically liver tissue, because that's such an area of demand for us.
> CMP: So liver, and, um – What about intact specimens, just–?
> Dyer: Oh, yeah, I mean if you had intact cases, which we've done a lot, but we
> sometimes ship those back to our lab in its entirety.

9      18.    These videos confirm that David Daleiden and CMP had a reasonable belief that

10  StemExpress has committed a felony involving violence against the person by harvesting organs

11  from babies born alive with a beating heart.

12      19.    I have also reviewed the CMP video titled *Planned Parenthood Uses Partial-Birth*

13  *Abortions to Sell Baby Parts*, featuring Dr. Deborah Nucatola, located at https://www.youtube.com/

14  watch?v=jjxwVuozMnU.

15      20.    In that video, Dr. Nucatola describes how she alters her techniques while performing

16  abortions in order to harvest more viable fetal tissue by stating:

> [F]or example, so I had 8 cases yesterday. And I knew exactly what we needed, and I
> kinda looked at the list and said okay, this 17-weeker has 8 lams, and this one – so I
> knew which were the cases that were probably more likely to yield what we needed,
> and I made my decisions according to that too, so it's worth having a huddle at the
> beginning of the day, and that's what I do.

20      21.    That video confirms that David Daleiden and CMP had a reasonable belief that

21  StemExpress was cooperating in, or inducing doctors to commit, a crime and potential felony

22  involving violence against the mother by altering the timing, method, or procedures used to

23  terminate a pregnancy solely for the purposes of obtaining fetal tissue.

24  ///

25  ///

26  ///

27  ///

28  ///

1    22.    I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct.    Seattle, WA

3    Executed on this __ day of ~~August,~~ 2015 at ~~Rancho Santa Fe, California.~~
            02       Sept

4
5                                    _Theresa A. Deisher_ (signature)
                                    Theresa A. Deisher

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit 1**



Dr. Theresa Deisher's career has focused on discovering and developing new therapies for grievous human illness. Dr. Deisher obtained her PhD in Molecular and Cellular Physiology from Stanford University and has spent over 20 years in commercial biotechnology, working with such illustrious companies as Genentech, Repligen, ZymoGenetics, Immunex and Amgen, prior to founding AVM Biotechnology and Sound Choice Pharmaceutical Institute (SCPI). AVM Biotechnology is the marquee ethical/prolife biotech company, making regenerative medicine a reality and certifying that it does not use morally illicit material in any process. SCPI's mission is to end human trafficking in biomedical research.

Dr. Deisher is an inventor on 23 issued US patents, and her discoveries have led to clinical trials of FGF18 for osteoarthritis and cartilage repair, and for Factor XIII for surgical bleeding. Dr. Deisher was the first person to discover adult cardiac derived stem cells, and has been a champion of adult stem cell research, both professionally and privately, for two decades. Dr. Deisher was a plaintiff in the US federal lawsuit to prohibit use of federal tax payer dollars for embryo destructive research. She is a frequent lecturer on the stem cell issues delving into topics such as research, clinical progress, policy, economics and ethics. She provides a breath of fresh air with a common sense approach and a good sense of humor which allows lay audiences to readily grasp the issues. Dr. Deisher has appeared on numerous radio shows, televised debates and live on The World Over Live with Raymond Arroyo.

**ADDRESS:**  1749 Dexter Avenue N., Seattle, WA 98109

**TELEPHONE:**  (206) 906-9922

tdeisher@soundchoice.org tdeisher@avmbiotech.com

## EDUCATION

1990-1993 Post-Doctoral Fellowship, University of Washington, Department of Pathology /Hematology, Seattle, WA., Dr. John Harlan.

1985-1990 Ph.D., Department o f Molecular and Cellular Physiology, Stanford University, Stanford, CA., Dr. Michael Fowler.
(Dissertation) Catecholamine-Induced Cardiotoxicity: Basic Mechanism of Disease and Prevention. Evaluation of the Role of Beta-Adrenergic Stimulation, Cellular Calcium Handling and Oxygen Radical Production.

1980-1984 B.A., Department o f Human Biology, Stanford University;
degree concentration in cardio vascular and exercise physiology . Graduated with honors and distinction.

**EXPERIENCE**
Inventor on 23 issued US patents
Patented discoveries currently in clinical trials:
FGF18 (zFGF5) is currently in Ph I and II clinical trials for osteoarthritis, and completed Ph I and Ph II trials for cartilage repair (Merck licensee), while Novo Nordisk (licensee ) completed Ph II clinical trials for surgical bleeding clinical trials for Factor XIII.

**Selected list of Presentations and Awards:**
July 2015 CS Lewis Fellows Program on Science and Society

July 2014 CS Lewis Fellows Program on Science and Society

Oct 17, 2013 recipient of The Legacy Institute Community Impact Award 2013, Seattle, WA

July 2013 CS Lewis Fellows Program on Science and Society

Nov 10, 2012 recipient Fr. Spitzer's Healing the Culture 2012 Cultural Hero Award.

July 17 & 19, 2012 The Legacy Institute Radio Show with Carrie Abbott

July 11, 2012 CS Lewis Fellows Program on Science and Society

May 25, 2012 Autism One National Conference, Chicago, IL, plenary speaker

May 04, 2012 Legatus National Culture of Life conference speaker

April 21, 2012 Fort Myers, FL speaking event; co-speakers John Haas, George Weigel

March 26, 2012 Lafayette, LA speaking events

February 24, 2012 American Association of Prolife OBGyns annual meeting speaker

December 13, 2011 Bishop Blanchet HS guest AP Biology lecturer.

October 26, 2011 The Legacy Institute Radio Show with Carrie Abbott

July 2011 CS Lewis Fellows Program on Science and Society: "Common Sense Approach to Stem Cell Choices" and "Vaccines and Human Fetal DNA Contaminants."

June 2011 Catholic Professionals of Seattle: "The Commoditization of Human beings for Biomedical Research"

May 2011 Cedar Park Assembly of God: "State of the Field of Stem Cells in the US "

April 2011 National Medical Students for Life Meeting "Vaccines and Aborted Fetal DNA Contaminants"

April 2011 Testimony to Minnesota Health and Human Services Committee on the use of aborted fetal cell lines for vaccine production and the resulting autism epidemic

Dec 2010 Human Life International Medical Conference The Commoditization of America's Children for Biomedical Research.

Nov 10, 2010 The Legacy Institute Radio Show with Carrie Abbott
Deisher, T.A.

Catholic Medical Association meeting Oct 2010 Conscience Rights and Pharmaceutical Practices and Human Fetal Cell Lines for Biomedical Research and Drug Production

Discovery Institute Oct 2010 with Wesley Smith: Is the Wall Against Human Cloning about to Fall?

September 2010 multiple radio appearances regarding adult stem cell therapies as a plaintiff in Sherley vs Sebelius.

Oct 2010 What Are Stem Cells and What are They Good for? St. Hubert's Whidbey Island

August 2010 Live appearance on Raymond Arroyo World Over Live

August 2010 Laura Ingraham talk radio

April 2010 Presentations to Baker Diocese Right to Life Committees on stem cells and pharmaceutical manufacturing practices.

April 2010 Scientific expert testimony for MN Full Disclosure and Informed Consent Legislation (Brod).

February 2010 Assisted South Dakota FRC chapter in defeat of embryonic stem cell research legislation by individual meetings with KOLs and testimony to full committee

Oct 2009, One More Soul Conference presenter

May 30, 2009 presentation to Seattle chapter of the Catholic Medical Association "Conscience Rights and Pharmaceutical Practices"

May 15, 2009 presentation to Yakima chapter of the Christian Medical and Dental Association "Conscience Rights and Pharmaceutical Practices"

March 10, 2009 Sound Insight radio program with Tom Curran discussing President Obama's Executive Order to fund embryonic stem cell research

March 03, 2009 Testimony to Oregon Legislative Commerce Committee on stem cells

February 10, 2009 Bellevue, WA., Rotary International "Big Macs, Vaccines and Informed Consent"

January 26, 2009 "The Science and Promise of Adult and Embryonic Stem Cell Research," Literary and Travel Women's Club, Seattle, WA.

January 23, 2009 "Fostering and Understanding Personhood in Scientific Stem Cell Research," American Life League conference, Washington, D.C.

January 21, 2009 "March for Life Plenary Session," Washington, D.C.

October 03, 2008, presentation to the Physicians Resource Council, Colorado Springs, CO.

September 26, 2008 University District Seattle, WA., Rotary International "Big Macs, Vaccines and Informed Consent."

September 11, 2008 presentation to United States Congressional Values Action Team.

September 09, 2008, presentation to United States Senate Values Action Team.
Deisher, T.A.

September 08, 2008, radio interview on "Business Off the Beaten Path: Blog Talk Radio with Mary Anne Dorward".

June 26, 2008, Focus on the Family, Colorado Springs, CO "Vaccines, Abortion and the conception of AVM Biotechnology to provide alternatives."

June 04, 2008, radio interview with Martha Kleder, Concerned Women for America, "Embryonic Stem Cell Research Bill Resurfaces."

March 2008, Catholic Medical Association "Spotlight on Theresa Deisher, AVM Biotechnology" by John Brehany

March 23, 2008, National Catholic Register "Seattle Scientist Launches Pro-Life Biotech Company" by Steve Weatherbe

March 04, 2008, Sacred Heart Radio, Cincinnati, OH "Stem cell interview"

February 11, 2008 "The Ethics and Promise of Stem Cells," University of Washington Medical Students for Life

2007 Distinguished Graduate, Assumption-St. Bridget School

**Theresa Deisher,** "Conversations with Fr. Bob" December 2007
The Conversations with Father Bob

**Theresa Deisher,** "The Science and Promise of Adult and Embryonic Stem cells" Assumption Church November 2007

**Theresa Deisher ,** September 2007 presentation to Group Health Senior Association "Stem Cells, what are they and what are they good for?"

**Theresa Deisher ,** panel participant, "Stem Cells, what are they and what are they good for?" Assumption Church May 2007.

**Theresa Deisher,** panel participant Channel 9 KCTS Connects March 15, 2007 stem cell discussion with Ron Reagan, Jr., Jim McManus, Pastor Joe Fuiten.

**Theresa Deisher,** panel participant, February 2007 presentation to Washington State Republican caucus "Which stem cell to choose?"

**Theresa Deisher,** panel participant, January 2007 presentation to Positive Christian Agenda "Current state of stem cell research and where it is going."

**Theresa Deisher,** panel participant, October 2006 MIT forum on stem cells.

**Theresa Deisher,** "Stem Cell Research: What it is and why it matters." Panel participant, May 2006, Wa State Mainstream Republicans Convention.

**Theresa Deisher**, Amgen, Inc. Dept. of Inflammation, Seattle, WA., "4-1BB Beyond Co-stimulation: The 4-1BB Pathway Directly Modulates Cardiac Contractility and Apoptosis" (University of Washington/ Fred Hutchison Cancer Research Center/ Amgen annual symposium 2006 invited oral presentation).

**Theresa Deisher**, Amgen, Inc., Dept. of Inflammation, Seattle, WA., "Cardiovascular Research at Amgen WA Site: The Set-Up, The Event and The Outcome". (invited seminar, University of British Columbia, iCapture Centre, June 2005).

Stefanie Bonigut*, Kimberly Alford*, Bernie Buetow, Xiaozhen Wang, and **Theresa Deisher** Amgen Inc., Dept of Inflammation, Seattle, WA., The immune co-stimulatory molecule, 4-1BB, is expressed by damaged cardiac interstitial cells, and 4-1BB/4-1BBL signaling contributes to Adriamycin-induced cardiomyopathy in mice. (2003 American Heart Association Scientific Sessions oral presentation given by T. Deisher). Circulation 2003, 108(17) 276.

B Yanagawa[1], S Bonigut[2], H Luo[1], T White[3], GF Schreiner[3], J Yuan[1], M Zhang[1], P Cheung[1], **T Deisher**[2], T Daniel[2], DC Yang[1], BM McManus[1] **GENE PROFILING IN CVB 3-INFECTED MOUSE HEARTS** Research Award NW CV Frontiers Feb 2-4, 2003

California Young Investigator Cardiovascular Research Symposia. Jul 27-29, 1989. Santa Barbara, California. California Young Investigator Cardiovascular Research Symposia. Aug 11-13, 1988. Santa Barbara, California.

## RESEARCH
January 2008 - AVM Biotechnology, LLC
CEO, Founder and Research and Development Director
*Dedicated to safe, effective, affordable and ethical human therapeutics, focusing initially on regenerative medicine and vaccinations.*

June 2008- Sound Choice Pharmaceutical Institute

President
*Committed to providing educa tion, scientific resea rch, development a nd resources to encoura ge sa fe a nd mora l medicines a nd thera peutics.*

Sept 2006 – Oct 2007     CellCyte Genetics Corporatio n
Vice President, Research and Development


July 2002 – July 2006     Amgen Inc., Seattle, WA.
Princ ipal S cientist, Inflammatio n Departme nt.
- Inte rdepartmental Pro ject Leader
- Dire ctly supe rvised fo ur staff fro m mid- to senio r-researc h asso ciate lev el.
- Po st-Do ctoral Adviso r to Xiao zhe n Wang , who is currently a Re search Scientist with Ce nto co r/Eli Lilly in the S tem Ce ll De partme nt.
- S umme r inte rn me nto r fo r two students e valuating the impac t o f co- stimulato ry mo le cules and GHS R ago nists on cardiac c ontrac tility.
- Co -c o ntributo r to two patents re late d to the use o f anti-c y to kine therapies fo r heart failure . Le ad inve nto r on a patent de scribing the mo bilizatio n and use o f c kit+ stem cells fo r cardiac re pair.

Re spo nsible fo r a multi-disc iplinary te am wo rking o n the bio lo gy and co mme rc ial dev elo pment o f no vel co -stimulato ry pathway s inv o lve d in the initiatio n and pro gre ssio n o f cardiac failure . My re se arch inte re sts e nc o mpassed stem c e ll therapies fo r my o cardial re gene ratio n, the ro le o f cyto kine and co -stimulato ry mo le cules in he art failure (isc he mic , my o carditic and cy to to xic ), and no v el e cto nucle o tidase s fo r stro ke, athero sc le ro sis and plaque rupture.
My re se arch gro up intro duc e d no n-inv asiv e imag ing te chno lo gie s to the co mpany , inc luding ultraso und (e c ho c ardio g raphy ) and ne ar-infrare d imag ing. We we re name d an o fficial 'S ite o f Exc e lle nc e ' by Philips Me dical fo r o ur pio ne e ring wo rk in standardizing ro de nt e c ho c ardio g raphy me tho ds.
Additio nal re spo nsibilitie s hav e inc lude d pre se ntatio ns to the re se arch re v ie w bo ard, and se rv ing o n inte r-departme ntal task fo rce s to e v aluate in-lic e nsing o ppo rtunitie s, inte rnal re se arch o ppo rtunitie s, and ne w clinic al indic atio ns. Ac ade mic re se arch c o llabo ratio ns hav e inc lude d: Dr. David Pinsky , Chie f o f Cardio lo gy , Univ e rsity o f Mic hig an, Dr. My ro n D. Ginsbe rg , Univ e rsity o f Miami, and Dr. Bruce Mc Manus, iCapture Ce ntre Univ e rsity o f British Co lumbia.


Octo be r 2000-July 2002  **Immunex Corp,** S eattle , WA.
S e nio r S taff S c ie ntist, Vasc ular Bio lo gy
- Pro ject Leader – Anti-Thro mbo tics
- Pro je ct Leader – Inflammatio n and My o cardial Re pair
Re spo nsibilitie s we re carrie d o v e r to my po sitio n at Amge n, Inc.


1995-2000        **ZymoGenetics, Inc.,** S eattle , WA.
1998-2000        S e nio r S c ie ntist, Cardio v ascular Bio lo gy
1995-1998        S c ie ntist, In Vivo Bio lo gy
- Pro ject Leader – FGF18
- Dire c tly supe rv ise d two staff re se arch asso c iate s
- Co ntribute d to the filing o f o v e r 15 patents re late d to the disc o v e ry o f no v el
                         ES Ts and pro te ins.

At Zy mo Ge ne tic s I dire c te d a re se arch pro g ram fo c used o n the disc o v e ry o f cardio pro te ctive co
Deisher, T.A.

mpo unds fo r is che mic o r cy to to xic damag e . I was re spo nsible fo r the dev elo pment o f a mic ro - surg ic al mo de l o f is che mia-re pe rfusio n, in additio n to e xe cuting e stablishe d mo de ls o f he art failure suc h as c ate c ho lamine o r anthrac y c line administratio n. My wo rk in this are a le ad to the disc o v ery o f a no vel regene rative growth factor (lic ense d to S e ro no fo r dev elo pment) and to the ide ntific atio n of adult cardiac ste m c ells (see patent list).

Additio nal are as o f re se arch at Zy mo Ge ne tics inc lude d he mato po ie sis, diabe te s and o be sity. Ac ade mic c o llabo rato rs  inc lude d Dr. Mic hae l S c hne ide r, Bay lo r Co lle g e o f Me dic ine , Dr. Brad Olwin, Univ e rsity o f Colo rado , Dr. Mic hael Fowle r, S tanfo rd Univ e rsity.

| 1993-1995 | Re se arc h S cie ntist, **Repligen Corp.**, Cambridg e , MA., Inflammatio n De partme nt. |

-         Dire ctly supe rv ise d fo ur staff fro m junio r asso c iate s to sc ie ntist po sitio ns.

-         S erv e d o n Replige n/Eli Lilly jo int dev elo pment committe e .

Re spo nsibilitie s inc lude d the dev elo pment o f re se arch and clinic al assay s in suppo rt o f Phase I and Phase II c linic al trials o f an anti-CD11b mAb fo r isc he mia- re perfusio n injury . Re se arc h interests included ne utro phil-me diate d inflammatio n and he mato po ie sis.

| 1988-1990 | Re se arch Asso c iate , **Genentech, Inc**.  S o uth San Franc isco, CA., Cardio v asc ular Pharmac o lo gy De partme nt |

De v e lo pe d in v itro and in v iv o assay s in suppo rt o f the gpIIb/IIIa pro gram. Other rese arc h areas inv o lv ed plaque rupture and the dev e lo pme nt o f mo de ls and me tho ds to study the re spo nse o f v asc ular smo o th musc le to ballo o n injury .

1983-1984 Ho no rs S tude nt, Dr. H. Craig He lle r (me nto r), Human Bio lo gy De partme nt, S tanfo rd University; ho no rs the sis re se arch o n central v e rsus spinal c o ntro l o f the rmo re gulatio n.

1980-1981 Re se arc h Assistant, De partment o f Me dicine, S tanfo rd Univ e rsity . Data c o mpilatio n and analy sis fo r the S tanfo rd High Blo o d Pre ssure Pre v entio n S tudy Gro up.

## Academic Teaching Experience
| 1988-1989 | Unde rgraduate Ho no rs The sis Adv iso r |
| 1986-1987 | Unde rgraduate Ho no rs The sis Adv iso r |

Fall 1987 and 1988  Le cture r, De partme nt o f Phy sio lo gy , S tanfo rd Univ e rsity S c ho o l o f Me dic ine "V ascular

            S mo o th Musc le " se rie s (g raduate /me dical scho o l c o urse )

1985-1986 & 1984-1985  Te aching Assistant, De partme nt o f Bio lo gy , Human Phy sio lo gy c o urse , S tanfo rd University (unde rgraduate co urse ).

## SOCIETY MEMB ERSHIP S
| 1998 - present | AHA me mbe r: Co unc il o n Basic and Clinic al S c ie nce |
| 1999 - present | He art Failure S o c ie ty o f Ame rica me mbe r |

## GRANTS and AWARDS
M.J. Murdo ck Charitable Trust, Fe bruary 2010." Po pulatio n, Bio info rmatic s and In V itro S tudie s

into the Relationship between Residual Human DNA Vaccine Contaminants and Autism."
$500,000.00

American Heart Association, California Affiliate Grant-In-Aid recipient, 1988.    "Biochemical Aspects of
Catecholamine-Induced Cardiotoxicity." $30,000

American Heart Association, California Affiliate Grant-In-Aid recipient, 1989.    "Biochemical Aspects of
Catecholamine-Induced Cardiotoxicity." $30,000 (renewed)

## BIBLIOGRAPHY

### Selected MANUSCRIPTS and Scientific Presentations:

LaMadrid, M, Brown C, **Deisher T** : "US Autistic Disorder (1970-2002) Change points Do Not Coincide With Change points for Suspected Sociologic and Environmental Causes", submitted for publication to Autism Research March 16, 2011.

International Meeting for Autism Research May 2010, poster presentations of abstracts below:
"Computational Detection of Homologous Recombination Hotspots in X-Chromosome Autism Associated
Genes,"

"Quantitative Evaluation of Sociologic Factors That Can Lead to Apparent Increases in Autism

Prevalence" Effects of granulocyte-colony stimulating factor on bone marrow-derived progenitor cells in murine cardiac
transplantation.
Rezai N, Deisher TA, Heine HL, Wang X, Corbel SY, Leung J, Kerjner A, Rossi FM, Podor TJ, McManus BM. Cardiovasc Pathol. 2010 Jan-Feb;19(1):36-47. Epub 2009 Jan 14

Deisher TA, "Why Are We Celebrating Reprogramming of Adult Cells?" Celebrate Life, March-April 2008, pages
34-35.

Caroline T.Y. Cheung[1], **Theresa Deisher**[2], Honglin Luo[1], Bobby Yanagawa[1], Stefanie Bonigut[2], Amrit Samra[1], Hongyan Zhao[1], Elizabeth Walker[1], Bruce M. McManus.
Neutralizing Anti-4-1BBL Treatment Improves Cardiac Function in Viral Myocarditis. Lab Investigations 2007 v87(7) 651-661.

Yanagawa B, Taylor L, **Deisher TA**, Ng R, Schreiner GF, Triche TJ, Yang D, McManus BM. Affymetrix oligonucleotide analysis of gene expression in the injured heart.
Methods Mol Med. 2005;112:305-20.

Sean P. Mazer, Matthew C. Hyman, Diane Bouïs, **Theresa A. Deisher**, Kim E. Olson, M. Johan Broekman, Aaron J. Marcus, David J. Pinsky. "Ecto-enzymatic suppression of atherogenesis by CD39." Submitted to Nature June.

Xiaozhen Wang, Stefanie Bonigut, Kimberly Alford, Dong Xia, Eric Butz, **Theresa A. Deisher** "Inhibition of the tumor necrosis factor receptor family member, 4-1BB, alleviates doxorubic induced apoptosis and improves cardiac function in mice." under revision for resubmission to Circulatio n 2007.

Ludmila Belayev, Larissa Khoutorova, **Theresa A. Deisher**, Andrey Belayev, Raul Busto, Yongbo Zhang, Weizhao Zhao, and Myron D. Ginsberg, "The Neuroprotective Effect of SolCD39, A Novel Platelet Aggregation Inhibitor, On Transient Middle Cerebral Artery Occlusion In Rats". Stroke 34:758-763, 2003.

Whitmore TE. Maurer MF. Sexson S. Raymond F. Conklin D. **Deisher TA**. "Assignment of fibroblast growth factor
18 (FGF18) to human chromosome 5q34 by use of radiation hybrid mapping and fluorescence in situ hybridization". Cytogenetics & Cell
Genetics, Vol 90(3-4) (pp 231-233), 2000.

**Deisher, T.A.**: "Cardiac-derived Stem Cells". I Drugs 3(6)483-488, 2000.

Ghosh D. **Deisher TA**. Ellsworth JL. "Statistical methods for analyzing repeated measures". Journal of
Pharmacological & Toxicological Methods. 42(3):157-62, 1999.

Grossman A, Lenox J, **Deisher TA**, Ren HP, Humes JM, Kaushanksy K and Sprugel KH: "Synergistic Effects of
Thrombo poietin and G-CSF on Neutrophil Recovery in Myelosuppressed Mice", Blood 88(9) 3363-3370, 1996.

McCarty JM, Yee EK, **Deisher TA**, Harlan JM and Kaushanksy K: "Interleukin-4 induces endothelial vascular cell adhesion molecule-1 (VCAM-1) by an NF-ΚB independent mechanism". FEBS Letters 372(23) 194-198, 1995.

**Deisher TA**, Bristow MR, Billingham ME and Fowler MB: "Spontaneous-reversibility of catecholamine-induced cardio toxicity in rats". Am J Cardiovasc Pathol 5(1) 79-88, 1994.

**Deisher TA**, Sato TT, Pohlman TH and Harlan JM: "A Protein Kinase C Agonist, Selective for the β1 isozyme, Induces E-selectin and VCAM-1 Expression on HUVEC but does not Translocate PKC". Biochem Biophys Res Comm 193(3) 1283-1290, 1993.

**Deisher TA** and Harlan JM: "Inhibitors of topoisomerase II prevent cytokine-induced expression of vascular cell adhesion molecule-1, while augmenting the expression of endothelial leukocyte adhesion molecule-1 on human umbilical vein endothelial cells". Cell Adhesion and Communication 1:133-142, 1993.

**Deisher TA**, Garcia I and Harlan JM: "Cytokine-induced adhesion molecule expression on human umbilical vein endothelial cells is not regulated by cyclic adenosine monophosphate accumulation". Life Sciences 53(4) 365-370, 1993.

**Deisher TA**, Haddix TL, Montgomery KF, Pohlman TH, Kaushansky K and Harlan JM: "Protein kinase C differentially regulates the expression of ELAM-1 and VCAM-1 in human umbilical vein endothelial cells". FEBS Letters 331(3) 285-290, 1993.

**Deisher TA**, Narita H, , Ginsburg R, Zera P, Billingham M, Hoffman BB: "Epinephrine-induced cardiac injury in rats : protective effect of clentiazem, a new calcium antagonist". J Pharmacol Exp Ther 266(1) 262-269, 1993.

Barker PL, Bullens S, Bunting S, Burdick DJ, Chan KS, **Deisher T**, Eigenbrot C, Gadek TR, Gantzos R, Lipari MT: "Cyclic RGD peptide analogues as antiplatelet antithrombotics". J Med Chem 35(11) 2040-2048, 1992.

Dennis MS, Henzel WJ, Pitti RM, Lipari MT, Napier MA, **Deisher TA**, Bunting S, Lazarus RA: "Platelet GP IIb-IIIa Antagonists from Snake Venoms: Evidence for a Family of Platelet Aggregation Inhibitors". Proc Nat'l Acad Sci 87(7) 2471-2475, 1990.

**Deisher T**, Mankani S, Hoffman BB: "Role of cAMP-dependent protein kinase in the diminished beta-adrenergic responsiveness of vascular smooth muscle with increasing age". J Pharm Exp Ther: 249(3)812-819, 1989.

Bristo w M, S ando v al R, Gilbe rt M, **Deisher T**, Mino be W, Rasmusse n R: "My o c ardial Aplha- and Be ta-Adre ne rgic

Rec e pto rs in Heart Failure: Is Cardiac Deriv ed No re pine phrine the S ig nal?" Eur Heart J: 9(sH)35-40,1988.

## PATENTS:

| Title | Publication number | Publicati on date | Inventor(s) | Applicant(s) | European classification |
|---|---|---|---|---|---|
| Disintegrin homologue, MAHBP | US200315 3064 (A1) | 8/14/20 03 | SHEPPARD PAUL O [US]; BAINDUR NAND [US]; DEISHER THERESA A [US]; BISHOP PAUL D [US]; TAFT DAVID W [US] | ZYMOGENETICS INC [US] | C12N9/64F2C24 |
| SGIP peptides | US200317 6640 (A1) | 9/18/20 03 | SHEPPARD PAUL O [US]; JASPERS STEPHEN R [US]; DEISHER THERESA A [US]; BISHOP PAUL D [US] | ZYMOGENETICS INC [US] | C07K14/47; C07K14/575 |
| Low-power noise characterization over a | US200400 2860 (A1) | 1/1/200 4 | DEISHER MICHAEL E [US]; MORRIS ROBERT W [US] | INTEL CORP [US] | G10L21/02A1; G10L11/00A |
| USE OF TUMOR NECROSIS FACTOR INHIBITORS TO TREAT CARDIOVASCULAR DISEASE | WO020808 47 (A2) | 10/17/2 002 | WARREN MARSHELLE S [US]; DEISHER THERESA A [US] | IMMUNEX CORP [US]; WARREN MARSHELLE S [US]; DEISHER THERESA A [US] | A61K38/17C; G01N33/68V |
| Use of tumor necrosis factor inhibitors to treat cardiovascular | US200407 2805 (A1) | 4/15/20 04 | WARREN MARSHELLE S [US]; DEISHER THERESA A [US] | WARREN MARSHELLE S, ; DEISHER THERESA A | G01N33/68V |
| Novel FGF homologs | US200300 8351 (A1) | 1/9/200 3 | DEISHER THERESA A [US]; CONKLIN DARRELL C [US]; RAYMOND FENELLA C [US]; BUKOWSKI THOMAS R [US]; HOLDERMAN SUSAN D [US]; SHEPPARD PAUL O [US] | ZYMOGENETICS INC [US] | C07K14/50 |
| Testis specific transcription factor ZGCL-1 | US200216 0487 (A1) | 10/31/2 002 | YEE DAVID P [US]; DEISHER THERESA A [US] | ZYMOGENETICS INC [US] | C07K14/47A1 |
| Zsig33-like peptides | AU630320 1 (A) | 11/26/2 001 | JASPERS STEPHEN R; SHEPPARD PAUL O; DEISHER THERESA A; BISHOP PAUL D | ZYMOGENETICS INC | C07K14/63 |
| Disintegrin homologs | US200207 2102 (A1) | 6/13/20 02 | SHEPPARD PAUL O [US]; BAINDUR NAND [US]; DEISHER THERESA A [US]; BISHOP PAUL D [US] | SHEPPARD PAUL O, ; BAINDUR NAND, ; DEISHER THERESA A, ; BISHOP PAUL D | C12N9/64F2C24 |

| | | | | | |
|---|---|---|---|---|---|
| Disintegrin homologs. | ZA200007 766 (A) | 12/21/2 001 | SHEPPARD PAUL O; BAINDUR NAND; DEISHER THERESA A; BISHOP PAUL D | ZYMOGENETICS INC | C12N9/64F2C24 |
| METHOD OF FORMING A PEPTIDE-RECEPTOR COMPLEX WITH ZSIG33 | WO013835 5 (A2) | 5/31/20 01 | SHEPPARD PAUL O; JASPERS STEPHEN R; DEISHER THERESA A; BISHOP PAUL D | ZYMOGENETICS INC [US] | C07K14/575 |

Deisher, T.A.

| | | | | |
|---|---|---|---|---|
| Fibroblast growth factor homologs | EP2339002 (A1) 6/29/2011 | DEISHER THERESA A [US]; CONKLIN DARRELL C [ES]; RAYMOND FENELLA C [US]; BUKOWSKI THOMAS R [US]; JULIEN SUSAN D [US]; HANSEN BRIGIT [US]; SHEPPARD PAUL O [US] | ZYMOGENETICS INC [US] | A61K47/48R; A61K47/48T4; C07K14/50; C07K16/22; C12N5/06B6C |
| FGF HOMOLOGS COMPOSITIONS AND USES THEREOF | US2010160235 (A1) 6/24/2010 | DEISHER THERESA A [US]; CONKLIN DARRELL C [GB] | | A61K38/18C |
| ADJUSTMENT OF TEMPORAL ACOUSTICAL CHARACTERISTICS | US2010169075 (A1) 7/1/2010 | RAFFA GIUSEPPE [US]; NACHMAN LAMA [US]; GRAUMANN DAVID L [US]; DEISHER MICHAEL E [US] | | G10L13/04U; G06F17/27R4 |
| Methods of using motilin homologs | US2009270333 (A1) 10/29/2009 | SHEPPARD PAUL O [US]; DEISHER THERESA A [US]; BISHOP PAUL D [US]; JASPERS STEPHEN R [US]; LABROO VIRENDER M [US] | ZYMOGENETICS INC [US] | C07K14/575 |
| TML polynucleotides | US2008194484 (A1) 8/14/2008 | SHEPPARD PAUL O [US]; DEISHER THERESA A [US]; JASPERS STEPHEN R [US]; BISHOP PAUL D [US] | ZYMOGENETICS INC [US] | C07K14/575 |
| HANDHELD DEVICE ASSOCIATION VIA SHARED VIBRATION | US2009169018 (A1) 7/2/2009 | DEISHER MICHAEL E [US] | | H04L9/32 |
| NOVEL FGF HOMOLOGS | US2008233114 (A1) 9/25/2008 | DEISHER THERESA A [US]; CONKLIN DARRELL C [US]; RAYMOND FENELLA C [US]; BUKOWSKI THOMAS R [US]; HOLDERMAN SUSAN D [US]; SHEPPARD PAUL O [US] | ZYMOGENETICS INC | C07K14/50 |

Deisher, T.A.

| Title | Number | Date | Inventors | Assignee | Classification |
|---|---|---|---|---|---|
| Disintegrin homologs | US2006024805 (A1) | 2/2/2006 | SHEPPARD PAUL O [US]; BAINDUR NAND [US]; DEISHER THERESA A [US]; BISHOP PAUL D [US]; TAFT DAVID W [US] | ZYMOGENETICS INC | C07K14/47; C12N9/64F2C24 |
| SGIP peptides | US2005208626 (A1) | 9/22/2005 | SHEPPARD PAUL O [US]; JASPERS STEPHEN R [US]; DEISHER THERESA A [US]; BISHOP PAUL D [US] | ZYMOGENETICS INC | C07K14/63; C07K7/06A |
| METHODS OF USING G-CSF MOBILIZED C-KIT+CELLS IN THE PRODUCTION OF EMBRYOID BODY-LIKE CELL CLUSTERS FOR | WO2005047491 (A2) | 5/26/2005 | DEISHER THERESA [US]; WANG XIAOZHEN [US]; BEGLEY C GLENN [US] | AMGEN INC [US]; DEISHER THERESA [US]; WANG XIAOZHEN [US]; BEGLEY C GLENN [US] | A61K35/28; C12N5/06B2L; C12N5/06B6P; C12N5/06B21P |
| Methods of using G-CSF mobilized C-Kit+ cells in the production of embryoid body-like cell clusters for tissue repair | US2005186182 (A1) | 8/25/2005 | DEISHER THERESA [US]; WANG XIAOZHEN [US]; BEGLEY C G [US] | DEISHER THERESA, ; WANG XIAOZHEN, ; BEGLEY C. G | C12N5/06B2L; C12N5/06B6P; C12N5/06B21P |
| Zsig33-like peptides and polynucleotides | US2005048618 (A1) | 3/3/2005 | JASPERS STEPHEN R [US]; SHEPPARD PAUL O [US]; DEISHER THERESA A [US]; BISHOP PAUL D [US] | ZYMOGENETICS INC [US] | C07K14/575; C07K14/63 |
| Novel FGF homologs | US2005043234 (A1) | 2/24/2005 | DEISHER THERESA A [US]; CONKLIN DARRELL C [US] | DEISHER THERESA A, ; CONKLIN DARRELL C | A61K38/18C; C07K14/50 |

| Title | Number | Date | Inventors | Applicant | Classification |
|---|---|---|---|---|---|
| SGIP PEPTIDES | W001008 30 (A1) | 1/4/20 01 | SHEPPARD PAUL O; JASPERS STEPHEN R; DEISHER THERESA A; BISHOP PAUL D | ZYMOGENETIC S INC [US] | C07K14/47; C07K14/63 |
| HUMAN THYROID PROTEIN ZSIG45 AND DNA ENCODING | NO20002 832 (A) | 7/20/2 000 | DEISHER THERESA A [US]; SHEPPARD PAUL O [US] | ZYMOGENETIC S INC [US] | C07K14/475 |
| Antibodies and methods of making antibodies to human thyroid protein zsig45 | US648630 4 (B1) | 11/26/ 2002 | DEISHER THERESA A [US]; SHEPPARD PAUL O [US] | ZYMOGENETIC S INC [US] | C07K14/47 |
| Human thyroid protein ZSIG45 | US650092 5 (B1) | 12/31/ 2002 | DEISHER THERESA A [US]; SHEPPARD PAUL O [US] | ZYMOGENETIC S INC [US] | C07K14/47 |
| MOTILIN HOMOLOGS | NO99461 4 (A) | 11/23/ 1999 | SHEPPARD PAUL O [US]; DEISHER THERESA A [US] | ZYMOGENETIC S INC [US] | C07K14/575 |
| CARDIAC-DERIVED STEM CELLS | W099490 15 (A2) | 9/30/1 999 | DEISHER THERESA A [US]; HANSON BIRGIT [US]; MOORE EMMA E [US]; ROBERTSON TAMARA L [US]; THOMPSON DEBORAH L [US]; LUM KAREN D [US] | ZYMOGENETIC S INC [US]; DEISHER THERESA A [US]; HANSON BIRGIT [US]; MOORE EMMA E [US]; ROBERTSON TAMARA L [US]; THOMPSON DEBORAH L [US]; LUM KAREN D [US] | C12N5/06B6P |
| A HUMAN 2-19 PROTEIN HOMOLOGUE, Z219C | W099258 28 (A1) | 5/27/1 999 | CONKLIN DARRELL C; BLUMBERG HAL; DEISHER THERESA A | ZYMOGENETIC S INC [US] | C07K14/47 |
| TESTIS-SPECIFIC TRANSCRIPTION | W099091 68 (A1) | 2/25/1 999 | YEE DAVID P; DEISHER THERESA A | ZYMOGENETIC S INC [US] | C07K14/47A1 |
| USE OF FACTOR XIII FOR THE MANUFACTURE OF A MEDICAMENT FOR THE | W098513 33 (A1) | 11/19/ 1998 | DEISHER THERESA A; BISHOP PAUL D; GARCIA RICHARD M | ZYMOGENETIC S INC [US] | A61K38/45 |

Deisher, T.A.

| | | | | | |
|---|---|---|---|---|---|
| HOMOLOGOS DE MOTILINA. | ES231766 4 (T3) | 4/16/2 009 | SHEPPARD PAUL O [US]; DEISHER THERESA A [US] | ZYMOGENETIC S INC | C07K14/575 |
| Motilin homologs | CN173391 8 (A) | 2/15/2 006 | SHEPPARD PAUL O DEISHER THERES [US] | ZYMOGENETIC S INC [US] | C07K14/575 |
| TREATMENT AGENTS AND METHODS FOR TREATING TYPE II DIABETES AND SYMPTOMS OF | WO98279 86 (A1) | 7/2/19 98 | DEISHER THERESA | ZYMOGENETIC S INC [US] | A61K31/57 |
| Treatment agents and methods for treating type II diabetes and | US592905 8 (A) | 7/27/1 999 | DEISHER THERESA A [US] | ZYMOGENETIC S INC [US] | A61K31/58 |

## ABSTRACTS

Mazer, SP., Fedarau, M., Liu, YL., Hwang, DW., Towe CW., Liu, CF., Olson, KE>, Borekman, MJ., Marcus, AJ., **Deisher, TA.**, Pinsky, DJ: Deletion of endothelial ectoapyrase (CD39) promotes atherogenesis in hyperlipidemic mice. Circulation 2004 110(17) 79.

Sokolowski K, **Deisher TA**, Silen K, Salimi A, Bree M, Rusche J, Silver S, Purdy S and Wortel C: In Vivo Administration of an anti-CD11b f(AB')2 (c60.1) inhibits Ex Vivo Mac-1-dependent Phagocytosis by PMN in whole blood from Chimpanzees. J Leukocyte Biology, 1994.

**Deisher TA**, Franklin T, Wilson CB and Harlan JM: Tyrosine kinase activity regulates LPS-induced synthesis of IL-6 and GM-CSF, but not adhesion molecules, by HUVEC. J Cellular Biochemistry 17A:333, 1993.

Harlan J, Carlos T, Kovach N, **Deisher T**, Haddix T, Montgomery K, Pohlman T and Winn R: Mononuclear leukocyte adhesion to endothelium. J Cellular Biochemistry 15C:178, 1992.

**Deisher TA**, Haddix TL, Montgomery KF, Pohlman TH and Harlan JM: Differential regulation of ELAM-1 and VCAM-1 expression in human umbilical vein endothelial cells by protein kinase C. Circulation 84(4II) 404, 1991.

**Deisher TA** and Fowler MB: Mechanisms for in vivo induction of myocyte hypertrophy following epinephrine infusion. J Cellular Biochemistry s15C:178, 1991.

**Deisher TA**, Billingham ME and Fowler MB: Spontaneous reversibility of epinephrine-induced cardiomyopathy in rats. Circulation 82(4) III-292, 1990.

**Deisher T**, Cohen J, Muir C, Moyle M, Napier M, Bunting S: In vitro and ex vivo characterization of a monoclonal antibody (AP-2) to platelet glycoprotein IIb/IIIa in rabbits. J Cellular Biochemistry 14A:162, 1990.

Wilcox JN, Hasko JA, **Deisher TA** and Bunting S: Identification of cells expressing tissue factor mRNA by in situ hybridization after in vivo administration of endotoxin to rats. Thromb Haem 62(1):348, 1989.

Moyle M, Bullens S, **Deisher T**, Gantzos R, Bunting S, Napier M: Evolutionary divergence of the platelet GP IIbIIIa complex. Blood: 74(7s.1)92a, 1989.

**Deisher TA**, Billingham M, Fowler MB: Superoxide dismutase prevents mortality in chronic epinephrine-treated rats. Circulation: 80(4sII)512, 1989.

**Deisher TA**, Ginsburg R, Fowler M: Differential adrenoceptor density changes with selective ß-antagonist treatment in epinephrine-induced cardiotoxicity. Circulation: 80(4sII)443, 1989.

**Deisher T**, Billingham M, Bristow M, Ginsburg R, Fowler M:Evaluation of the Protective Effect of Several Beta-Adrenoceptor Antagonists in Epinephrine-Induced Cardiotoxicity in Rats. Circ: 78(4 s.II)30, 1988.

## Civic Activities

May 2001 to present        **University District Youth Center**
Donor to center, and monthly chef for 60 homeless youths.

May 2002 to Jan 2007    **Seattle Biotech Legacy Foundation Board Member**

*The Sea ttle Biotech Lega cy Founda tion works towa rd a hea lthy, susta ina ble future by promoting science-ba sed understa nding, solutions a nd a ctions tha t a re grounded in recognition of the interconnected na ture of our world.*

Scientific Advisory Group member *Mar 2006 to Ja n 2007*

Board Member to oversee development efforts for SBLF.

*Oct 2004 to Ja n 2007* Grant Committe e member

*May 2002 to Ja n 2006*

EXHIBIT 32

**Help Us Keep the Election Coverage Coming**

**FILM & TV**

# Gosnell Movie Exposes Reality of Abortion

By **ALEXANDRA DESANCTIS** | October 12, 2018 6:30 AM



Dean Cain in *Gosnell* (© 2017 Hat Tip Films LLC)

Anyone who sees this film will come away knowing the truth.

"Y ou may choose to look the other way but you can never say again that you did not know." These words were spoken by English politician William Wilberforce on the floor of the House of Commons in 1791, as he argued for the abolition of the slave trade.

**Help Us Keep the Election Coverage Coming** 

women's bodily autonomy. Polite people don't talk about what happens in an abortion procedure. Most people don't even know.

The new movie *Gosnell: The Trial of America's Biggest Serial Killer* shatters the illusion. The film tells the true story of Philadelphia abortionist Kermit Gosnell, currently in prison for life without parole for third-degree murder of infants born alive and killed inside his hazardous abortion clinic at 3801 Lancaster Ave.

A viewer who supports abortion rights could watch *Gosnell* and still support abortion rights at the end. The film won't on its own make people pro-life. But no one could watch this movie and come away with any illusions about what abortion is. No euphemism can erase the reality of what *Gosnell* depicts.

This is not your typical pro-life movie. There's no heart-warming storyline about a challenging but ultimately successful adoption. There's no nervous single mother who sees an ultrasound and decides to leave the abortion clinic and raise her child against all odds. There is just horror, plain and simple.

**NOW WATCH:** 'Trump's Midterm Pitch'



**Help Us Keep the Election Coverage Coming** 

And yet it's the most powerful kind of anti-abortion movie that could ever be made, because every minute of it portrays a sickeningly true story. *Gosnell* was produced by husband-and-wife duo Phelim McAleer and Ann McElhinney, Irish filmmakers who published a book about Gosnell's story in January of last year. As a result of their expertise in the case, the film is remarkably true to life, with the vast majority of the screenplay pulled verbatim from the grand-jury testimony and Gosnell's actual trial.

It's a chilling story, depicting the process by which local law-enforcement officers discovered Gosnell's abortion clinic in the course of investigating illegal drug trafficking and stumbled into the biggest prosecution of an abortionist in U.S. history.

The film does not shy away from portraying the gory reality of Gosnell's clinic. In the worst of it, we are treated to visuals of severed feet from aborted babies stored in jars in the freezer and bags of "medical waste" containing fetal remains, as well as a glimpse of intact, late-stage aborted fetuses recovered from the clinic and lined up on an autopsy table for further examination.

Clinic workers give investigators even more gruesome accounts. One admits during an interview that the abortionist taught his staff to snip the necks of babies born alive in botched, illegal late-term abortion procedures, using scissors to end their lives.

None of the investigators are portrayed as being anti-abortion activists — in fact, quite the opposite. Early on, Detective James Woods (played convincingly by Dean Cain, who said in a recent interview that he himself is pro-choice) describes the clinic in sordid detail and laments the death of Karnamaya Mongar, who perished after a botched abortion at Gosnell's house of horrors.

**Help Us Keep the Election Coverage Coming** 

Molinari says.

And he's right; it changes everything. The judge granting permission to pursue the case against Gosnell strictly warns the district attorney's office not to question abortion rights in any way. The state health inspector admits that Gosnell wasn't subject to a single review in more than 15 years, despite receiving complaints, because the Pennsylvania governor's office had explicitly exempted abortion clinics from scrutiny. And when it comes time to try the case in court, not a single journalist shows up to cover it.

Row after row of benches are shown empty, labeled with signs: "This row reserved for press with identification." This, too, is perfectly true to reality. Those of us who followed the case at the time remember well the media blackout surrounding it. Had Gosnell been butchering adults instead of newborn infants, he'd be the most notorious serial killer in U.S. history.

*Gosnell* is a pro-life movie not because the abortionist ends up in jail — although he does. It's pro-life because it unflinchingly exposes the fact that all abortion necessarily involves the death of a human being. In his effort to get Gosnell off the hook, the defense attorney cross-examines another abortionist, who testifies that she, unlike Gosnell, would never snip a living infant's spine, never allow unlicensed staff members to administer anesthesia, never let a woman die on a table in her clinic. She's a *good* abortionist.

She says she has performed more than 30,000 abortions, many of them in the second trimester. The defense attorney slowly walks her through the procedure used to *legally* terminate those pregnancies. He shows a sonogram of a 23-week-old fetus, has the abortionist explain just where she'd inject a needle to stop its heartbeat. He has her explain how she evacuates the brains of the fetus in the womb to allow for its removal, how she'd use scissors to aid in the

**Help Us Keep the Election Coverage Coming**    

The abortionist hesitates only a moment before saying she'd provide "comfort care," which she describes as keeping the fetus warm and comfortable. "Eventually it will pass," she adds.

"So basically you'd let it die?" The defense attorney finishes the thought for her. "Seems like it'd be more humane to just take a pair of scissors. …" He trails off and grins; he's made his point. How can Gosnell be punished for doing what every abortionist does? They all ensure that unwanted fetuses are killed. The means by which they do so is a secondary concern.

The film's most powerful moment comes near the end, when the prosecutor shows the jury a photo that one clinic worker took of a baby who was born alive and killed by Gosnell. The camera pans across the twelve-person jury, studying their faces as, one by one, they stare at the image, and, one by one, they look away, glance down, or close their eyes. They have now seen abortion. And they can never say again that they did not know.

Neither can anyone who sees this movie.

   

 **ALEXANDRA DESANCTIS** — Alexandra DeSanctis is a staff writer for National Review. **@xan_desanctis**

**SPONSORED CONTENT**

Recommended by

## Help Us Keep the Election Coverage Coming



**Skin Doctors Tell All: "Forget Botox, Do This Instead"**

www.liftandtighten.com

**9 Common Symptoms of Head and Neck Cancer**

HealthCentral

**23 Products That Will Fly Off The Shelves These Holidays**

todayshighlight.com

**[Gallery] This Is What Vikings Were Actually Like. The Photos Are**

History 101

**Hilarious Beach Photos They Wish Were Never Taken**

Topix Passport

**DMV Recommends Drivers Have This In Your Car**

1tac.com

**California Brings No Cost Solar to Rancho Santa Fe**

Solar Savings News

**6 Trips for the Adventure Seeker**

American Airlines Vacations

## PROMOTED POSTS



**Homeland Security: 'Criminal Organizations' Exploiting Caravan**

dailywire.com



**Walsh: Why The Left Is Terrified Of Gosnell**

dailywire.com



**Alaska Governor Suddenly Suspends His Campaign, Supports Democrat**

dailywire.com



**Trump Ready To Call Midterm Elections 'Illegitimate' If Dems Win**

dailywire.com

EXHIBIT 33


(https://www.lifenews.com/index.php?uds_ads_id=12)




(HTTPS://WWW.LIFENEWS.COM)



# Woman Who Helped Expose Planned Parenthood Sales of Aborted Baby Parts Passes Away

⚑ NATIONAL (HTTPS://WWW.LIFENEWS.COM/CATEGORY/NATIONAL/)

MICAIAH BILGER   OCT 2, 2018   |   2:53PM   WASHINGTON, DC



**Share this story:**  Share 30K     Tweet     

Holly O'Donnell, the courageous young whistleblower who helped to exposed Planned Parenthood's baby body parts trade, died this weekend. She was 27 years old.

ADVERTISEMENT



(https://www.lifenews.com/index.php?
uds_ads_id=8)

ADVERTISEMENT



(https://www.lifenews.com/index.php?
uds_ads_id=10)

The Center for Medical Progress, which worked with her to expose the abortion industry, described her as an extraordinary friend.

"In an age of fear, stifled speech, and equivocal witnesses, Holly O'Donnell never backed down from her testimony of what she saw at StemExpress and Planned Parenthood," CMP said in a statement.

"No matter the lies and smears from corrupt establishment and Planned Parenthood-sponsored media, … and always with her own great love and humility, Holly O'Donnell was clear about what she saw: StemExpress and Planned Parenthood sold baby parts," it continued.

The group said O'Donnell suffered from multiple severe medical challenges and was on life support before she died.

O'Donnell worked as a phlebotomist at StemExpress when she learned how the company and Planned Parenthood worked together to harvest aborted baby body parts. She later quit after being told that she was supposed to harvest body parts, too.

Human Life Coalition offered its condolences and praised her as a courageous heroine.

"Her legacy has already left a profound impact on the fight to make abortion unthinkable and unavailable in our lifetime," the pro-life group said in a statement. "O'Donnell demonstrated profound courage and integrity in revealing the horrific acts she witnessed while working inside Planned Parenthood for StemExpress, a vendor of human body parts."

SIGN THE PETITION! Congress Must De-Fund Planned Parenthood Immediately (http://www.gopetition.com/petitions/congress-must-de-fund-planned-parenthood-immediately.html)

Here's more from the Center for Medical Progress:

> An extraordinary friend and unforgettable companion, Holly O'Donnell was also in many ways an ordinary millennial young woman—who through no fault of her own found herself caught in the unimaginable circumstances of working as a procurement technician for StemExpress, harvesting baby body parts from abortions inside Planned Parenthood. Holly said it was "blood money", and ultimately quit her job in disgust with how callously she saw StemExpress and Planned Parenthood treating unborn children, their mothers, and their families in the companies' greed to make money off of aborted baby body parts.
>
> Holly's first-person experiences and primary source documentation from her time at StemExpress and Planned Parenthood, first provided to CMP in October 2013, were game-changing evidence that directly informed and guided CMP's undercover work from 2013 to 2015.

O'Donnell's testimonies were included in several of the investigative videos. In one 2015 video (https://www.lifenews.com/2015/08/12/6th-shocking-video-catches-planned-parenthood-selling-aborted-babies-without-patient-consent/), she gave eyewitness narrative of the daily practice of fetal body parts harvesting in Planned Parenthood abortion clinics, describing tissue procurement workers' coordination with abortion providers, the pressure placed on patients, and disregard for patient consent.

As a procurement tech, O'Donnell's job was to identify pregnant patients matching the specifications of StemExpress customers and to harvest the fetal body parts from their abortions. Based on her testimony, it appeared Planned Parenthood was violating federal law by not properly obtaining the consent from women to harvest their aborted baby's body parts.

"It's not an option, it's a demand," she said StemExpress supervisors instructed her about approaching pregnant women at Planned Parenthood. O'Donnell said the StemExpress techs sometimes harvested fetal parts without obtaining consent from the patients.

"If there was a higher gestation, and the technicians needed it, there were times when they would just take what they wanted. And these mothers don't know. And there's no way they would know," she said.

In one situation she remembered, O'Donnell said her colleague told her, "You have to make sure you get her," but O'Donnell said the woman having the abortion had refused consent.

She also said she fainted in shock on her first day of work in a Planned Parenthood clinic when suddenly asked to dissect a freshly-aborted fetus during her on-the-job training.

"I thought I was going to be just drawing blood, not procuring tissue from aborted fetuses," she said.

She shared more about her experiences in a video series in 2017 (https://www.lifenews.com/2017/10/31/shocking-video-catches-planned-parenthood-violating-hipaa-giving-out-patient-info-to-sell-aborted-baby-parts/).

Other CMP investigations that featured O'Donnell include:

- **In the third video (https://www.lifenews.com/2015/07/28/3rd-shock-shock-video-catches-planned-parenthood-vice-president-selling-body-parts-of-aborted-babies/):** Holly O'Donnell, a former Stem Express

employee who worked inside a Planned Parenthood clinic, detailed first-hand the unspeakable atrocities and how she fainted in horror over handling baby legs.

- **In the sixth video (https://www.lifenews.com/2015/08/12/6th-shocking-video-catches-planned-parenthood-selling-aborted-babies-without-patient-consent/):** Holly O'Donnell described technicians taking fetal parts without patient consent: "There were times when they would just take what they wanted. And these mothers don't know. And there's no way they would know."

- **In the seventh and perhaps most disturbing video (https://www.lifenews.com/2015/08/19/7th-shocking-video-catches-planned-parenthood-harvesting-brain-of-aborted-baby-who-was-still-alive/):** Holly O'Donnell described the harvesting, or "procurement," of organs from a nearly intact late-term fetus aborted at Planned Parenthood Mar Monte's Alameda clinic in San Jose, CA. "'You want to see something kind of cool,'" O'Donnell says her supervisor asked her. "And she just taps the heart, and it starts beating. And I'm sitting here and I'm looking at this fetus, and its heart is beating, and I don't know what to think."



(https://lifenews-wpengine.netdna-ssl.com/wp-content/uploads/2015/07/hollyodonnell.png)

**Share this story:**   Share 30K    Tweet   G+1



(HTTPS://WWW.LIFENEWS.COM/INDEX.PHP?UDS_ADS_ID=11)


(/)

COPYRIGHT © 2018

ALL RIGHTS RESERVED.

ABOUT (HTTPS://WWW.LIFENEWS.COM/ABOUT/)

ADVERTISING (HTTPS://WWW.LIFENEWS.COM/ADVERTISING/)

REPRINT (HTTPS://WWW.LIFENEWS.COM/REPRINT/)

RSS FEED (/FEED)

**DONATE**

NATIONAL (HTTPS://WWW.LIFENEWS.COM/CATEGORY/NATIONAL/)

STATE (HTTPS://WWW.LIFENEWS.COM/CATEGORY/STATENEWS/)

INTERNATIONAL (HTTPS://WWW.LIFENEWS.COM/CATEGORY/INTERNATIONAL/)

BIOETHICS (HTTPS://WWW.LIFENEWS.COM/CATEGORY/BIOETHICS/)

OPINION (HTTPS://WWW.LIFENEWS.COM/CATEGORY/EDITORIALS/)

f (HTTPS://WWW.FACEBOOK.COM/LIFENEWS) 🐦 (HTTPS://TWITTER.COM/LIFENEWSHQ)

🔊 (HTTPS://FEEDS.FEEDBURNER.COM/LIFENEWS/NEWSFEED) ✉ (/CONTACT/)

🔍 (HTTPS://WWW.GOOGLE.COM/CSE?CX=013272677517335896521%3ACNZHOUQROXY&IE=UTF-
8&SA=&Q=SEARCH+LIFENEWS.COM+ARCHIVES&OQ=&GS_L=#GSC.TAB=0&GSC.Q=SEARCH%20LIFENEWS.COM%20ARCHIVES&GSC.PAGE=1)