AMY L. BOMSE (No. 218669)
SHARON D. MAYO (No. 150469)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:     (415) 471-3100
Facsimile:     (415) 471-3400
Email: amy.bomse@arnoldporter.com
        sharon.mayo@arnoldporter.com


DIANA STERK
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Email:   diana.sterk@arnoldporter.com


Attorneys for Plaintiffs

BETH H. PARKER (No. 104773)
PLANNED PARENTHOOD NORTHERN
    CALIFORNIA
2185 Pacheco Street
Concord, California  94520
Telephone:    (925) 887-5366
Email: bparker@ppnorcal.org


HELENE T. KRASNOFF (*pro hac vice*)
PLANNED PARENTHOOD FEDERATION
    OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
Telephone:    (202) 973-4800
Email:   helene.krasnoff@ppfa.org

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTER FOR MEDICAL PROGRESS, et al., <br><br> Defendants. | Case No.  3:16-cv-00236-WHO <br><br> **PLAINTIFFS SUBMISSION OF REDACTED EXHIBITS AS ORDERED BY THE COURT (DKT. NO. 539)** |

In accordance with this Court's order, Plaintiffs hereby file revised versions of Exhibits 1, 2 and 8 of the Declaration of Michael Millen In Support of Albin Rhomberg's Motion for Summary Judgment.

- 1 -

DATED:  April 26, 2019

ARNOLD & PORTER KAYE SCHOLER LLP

By:   /s/ Amy Bomse
AMY BOMSE

Attorneys for Plaintiffs

- 2 -

# EXHIBIT 1

AMY L. BOMSE (No. 218669)
SHARON D. MAYO (No. 150469)
JEE YOUNG YOU (No. 241658)
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400
Email:    amy.bomse@aporter.com
           sharon.mayo@aporter.com
           jeeyoung.you@aporter.com

Attorneys for Plaintiffs

BETH H. PARKER (No. 104773)
PLANNED PARENTHOOD AFFILIATES OF
CALIFORNIA
551 Capitol Mall, Suite 510
Sacramento, California  95814-4581
Telephone:    (916) 446-5247
Facsimile:    (916) 441-0632
Email:    beth.parker@ppacca.org

HELENE T. KRASNOFF (*pro hac vice*)
PLANNED PARENTHOOD FEDERATION OF
AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
Telephone:    (202) 973-4800
Email:    helene.krasnoff@ppfa.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., a not-for-profit corporation; and PLANNED PARENTHOOD: SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD MAR MONTE, INC.; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD LOS ANGELES; PLANNED PARENTHOOD/ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA AND SAN LUIS OBISPO COUNTIES, INC; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST AND PLANNED PARENTHOOD CENTER FOR CHOICE,<br><br>        Plaintiffs,<br><br>    v.<br><br>CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES, LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), TROY NEWMAN, ALBIN RHOMBERG, PHIL CRONIN, SANDRA SUSAN MERRITT (aka "SUSAN TENNENBAUM"), GERARDO ADRIAN LOPEZ, and UNKNOWN CO-CONSPIRATORS, inclusive,<br><br>    Defendants. | Case No. 3:16-cv-0236-WHO<br><br>**PLAINTIFFS' SECOND AMENDED INITIAL DISCLOSURES UNDER FED. R. CIV. PROC. 26(a)(1)**<br><br>**DESIGNATED HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER, DKT NO. 117** |

1         Plaintiffs Planned Parenthood Federation of America, Inc. ("PPFA"), Planned Parenthood:

2 Shasta-Diablo, Inc. dba Planned Parenthood Northern California ("PPNorCal"), Planned

3 Parenthood Mar Monte, Inc. ("PPMM"), Planned Parenthood of the Pacific Southwest ("PPPSW"),

4 Planned Parenthood Los Angeles ("PPLA"), Planned Parenthood/Orange and San Bernardino

5 Counties, Inc. ("PPOSBC"), Planned Parenthood of Santa Barbara, Ventura and San Luis Obispo

6 Counties, Inc. ("PPCCC"), Planned Parenthood Pasadena and San Gabriel Valley, Inc.

7 ("PPPSGV"), Planned Parenthood of the Rocky Mountains ("PPRM"), Planned Parenthood Gulf

8 Coast ("PPGC"), and Planned Parenthood Center for Choice ("PPCFC") (collectively, "Planned

9 Parenthood" or "Plaintiffs") hereby submit their Amended Initial Disclosures to Defendants Center

10 for Medical Progress, BioMax Procurement Services, LLC, David Daleiden, Troy Newman, Albin

11 Rhomberg, Phillip S. Cronin, Sandra Susan Merritt, and Gerardo Adrian Lopez ("Defendants")

12 pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

13         These disclosures are made prior to the completion of fact discovery after making in good

14 faith such inquiry and investigation as is reasonable under the circumstances. Planned Parenthood

15 expressly reserves the right to correct or supplement these disclosures should it subsequently

16 become aware of additional relevant information to be disclosed. By making these disclosures,

17 Planned Parenthood does not represent that it is identifying every document, tangible thing, or

18 witness possibly relevant to this lawsuit. The disclosures contained herein are further made without

19 waiving: (1) the right to object on any proper ground to the use of any information contained herein

20 for any purpose in any subsequent proceeding in this action or any other action; and (2) the right to

21 object on any and all grounds, at any time, to any other discovery request or proceeding involving

22 or relating to the subject matter of these disclosures.

23 **I.     WITNESSES**

24         Pursuant to Rule 26(a)(1)(A)(i), the following individuals are likely to have discoverable

25 information that Planned Parenthood may use to support its claims or defenses, unless solely for

26 impeachment. Planned Parenthood reserves the right to supplement or amend this list pursuant to

27 Rule 26(e) and to call at trial as its own witnesses, any witnesses designated by Defendants, as well

28

PLAINTIFFS' SECOND AMENDED INITIAL DISCLOSURES UNDER FED. R. CIV. PROC. 26(a)(1)
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

as any witness Defendants have deposed or sought to depose. To the extent that Defendants fail to call at trial any or all of the disclosed witnesses, Planned Parenthood reserves the right to introduce at trial relevant portions of their deposition testimony.

| Name | Contact Information | Subject Matter |
|---|---|---|
| Deb VanDerhei<br><br>National Director, Consortium of Abortion Providers, PPFA | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including Defendants' nonconsensual taping and fraudulent misrepresentations. |
| Dr. Carolyn Westhoff<br><br>Senior Medical Advisor for Medical Affairs, PPFA | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including Defendants' nonconsensual taping and fraudulent misrepresentations. |
| Dr. Deborah Nucatola<br><br>PPFA Senior Director, Medical Services; PPLA Physician | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including Defendants' nonconsensual taping, fraudulent misrepresentations, and wire and/or mail fraud. |
| Dawn Laguens<br><br>PPFA Executive Vice President and Chief Experience Officer | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including fraudulent misrepresentations, wire and/or mail fraud, and Plaintiffs' conference security measures. |
| ███████<br><br>PPFA Assistant Director, Events and Conferences | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including fraudulent misrepresentations, wire and/or mail fraud, and Plaintiffs' conference security measures. |
| Vikky Graziani<br><br>PPFA Senior Manager of Finance and Operations | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including fraudulent misrepresentations, wire and/or mail fraud, and Plaintiffs' conference security measures. |
| Tom Subak<br><br>PPFA Chief Strategy Officer and | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint about Plaintiffs' damages involving Plaintiffs' website. |

PLAINTIFFS' SECOND AMENDED INITIAL DISCLOSURES UNDER FED. R. CIV. PROC. 26(a)(1)
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| Assistant to the President | | |
| Franklin Rosado<br><br>PPFA Chief Information Officer | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint about Plaintiffs' damages involving Plaintiffs' website. |
| Wallace D'Souza<br><br>PPFA Chief Financial Officer | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint about Plaintiffs' damages. |
| Melvin Galloway<br><br>PPFA Chief Operating Officer | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint about Plaintiffs' security measures and damages. |
| Ellen Gertzog<br><br>PPFA National Director, Affiliate Security | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint about security measures and damages. |
| George Collins<br><br>PPLA Director of Security | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint about Plaintiffs' security measures. |
| Dr. Mary Gatter<br><br>PPPSGV Medical Director | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including Defendants' nonconsensual taping, fraudulent misrepresentations, and wire and/or mail fraud. |
| Laurel Felczer<br><br>PPPSGV Senior Director of Medical Services | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including Defendants' nonconsensual taping. |
| ▇▇▇▇▇▇▇▇<br><br>PPPSGV Pasadena Health Center Manager | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including fraudulent misrepresentations, mail and/or wire fraud, trespass, and Plaintiffs' healthcare center security measures. |
| ▇▇▇▇▇▇▇▇<br><br>PPSGV Security Director | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint about Plaintiffs' security measures. |
| Dr. Jennefer Russo<br><br>PPOSBC Medical Director | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including Defendants' nonconsensual taping and fraudulent misrepresentations. |

3

| | | |
|---|---|---|
| Jon Dunn<br><br>PPOSBC President and CEO | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint about Plaintiffs' security measures. |
| Dr. Savita Ginde<br><br>PPRM Vice President, Chief Medical Officer | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including Defendants' nonconsensual taping. |
| John Duffy<br><br>PPRM Senior Vice President and CFO | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint about Plaintiffs' security measures. |
| Melissa Farrell<br><br>PPGC Research Director | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including Defendants' nonconsensual taping, trespass, breach of contract, fraudulent misrepresentations, and wire and/or mail fraud |
| Melaney Linton<br><br>PPGC and PPCFC Chief Executive Officer | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including Defendants' nonconsensual taping, trespass, breach of contract, fraudulent misrepresentations, wire and/or mail fraud, Plaintiffs' healthcare center security measures and damages. |
| Larissa Lindsay<br><br>PPGC Senior Director of Security and Facilities | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint about Plaintiffs' healthcare center security measures. |
| Debbie Bamberger<br><br>PPNorCal Lead Clinician/Clinician Trainer | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including Defendants' nonconsensual taping and fraudulent misrepresentations. |
| ▮▮▮▮▮▮▮▮▮▮<br><br>PPNorCal Director of Facilities | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint about Plaintiffs' security measures. |
| Dr. Katherine Sheehan<br><br>PPPSW Medical Director | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including Defendants' nonconsensual taping and fraudulent misrepresentations. |
| Austin Howe<br><br>PPPSW Director of Business Continuity, | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint about Plaintiffs' security measures. |

PLAINTIFFS' SECOND AMENDED INITIAL DISCLOSURES UNDER FED. R. CIV. PROC. 26(a)(1)
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| Emergency Preparedness, and Security | | |
| Michelle Szymanski<br><br>PPMM Program Director | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint about Plaintiffs' security measures. |
| RayRoz Dodson-Crawford<br><br>PPMM Chief Financial Officer | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint about Plaintiffs' security measures. |
| Virginia Siegfried<br><br>PPCCC Medical Director | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint, including Defendants' nonconsensual taping and fraudulent misrepresentations. |
| Yolanda Robles<br><br>PPCCC Vice President Clinical Operations | This witness can be contacted or located through undersigned counsel only. | Facts regarding allegations in the First Amended Complaint about Plaintiffs' security measures. |
| NAF Witness | This witness can be contacted or located through NAF Counsel. | Facts regarding NAF conference security, NAF conference contracts and Non-disclosure agreements, NAF Violence and Disruptions Statistics |
| David Daleiden | Plaintiffs will approach this witness only through counsel of record. | Facts regarding all allegations in the First Amended Complaint, including the formation and operations of BioMax Procurement Services, LLC and Center for Medical Progress as related to the "Human Capital Project"; conspiracy and scheme among Defendants and unidentified individuals to carry out the "Human Capital Project" through illegal conduct, including but not limited to fraudulent misrepresentations and use of fake IDs to gain access to conferences and private meetings, breach of contracts, nonconsensual tapings, trespass, and violations of privacy rights. |
| Troy Newman | Plaintiffs will approach this witness only through counsel of record. | Facts regarding all allegations in the First Amended Complaint, including the formation and operations of BioMax Procurement Services, LLC and Center for Medical Progress as related to the "Human Capital Project"; conspiracy and scheme among Defendants and unidentified individuals to carry out the "Human Capital Project" |

PLAINTIFFS' SECOND AMENDED INITIAL DISCLOSURES UNDER FED. R. CIV. PROC. 26(a)(1)
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

| | | through illegal conduct, including but not limited to fraudulent misrepresentations and use of fake IDs to gain access to conferences and private meetings, breach of contracts, nonconsensual tapings, trespass, and violations of privacy rights. |
|---|---|---|
| Sandra Susan Merritt | Plaintiffs will approach this witness only through counsel of record. | Facts regarding all allegations in the First Amended Complaint, including the formation and operations of BioMax Procurement Services, LLC and Center for Medical Progress as related to the "Human Capital Project"; conspiracy and scheme among Defendants and unidentified individuals to carry out the "Human Capital Project" through illegal conduct, including but not limited to fraudulent misrepresentations and use of fake IDs to gain access to conferences and private meetings, breach of contracts, nonconsensual tapings, trespass, and violations of privacy rights. |
| Gerardo Adrian Lopez | Plaintiffs will approach this witness only through counsel of record. | Facts regarding all allegations in the First Amended Complaint, including the formation and operations of BioMax Procurement Services, LLC and Center for Medical Progress as related to the "Human Capital Project"; conspiracy and scheme among Defendants and unidentified individuals to carry out the "Human Capital Project" through illegal conduct, including but not limited to fraudulent misrepresentations and use of fake IDs to gain access to conferences and private meetings, breach of contracts, nonconsensual tapings, trespass, and violations of privacy rights. |
| Albin Rhomberg | Plaintiffs will approach this witness only through counsel of record. | Facts regarding all allegations in the First Amended Complaint, including the formation and operations of BioMax Procurement Services, LLC and Center for Medical Progress as related to the "Human Capital Project"; conspiracy and scheme among Defendants and unidentified individuals to carry out the "Human Capital Project" through illegal conduct, including but not limited to fraudulent misrepresentations and use of fake IDs to gain access to conferences and private meetings, breach of contracts, nonconsensual tapings, trespass, and |

| | | violations of privacy rights. |
|---|---|---|
| Phillip S. Cronin | Plaintiffs will approach this witness only through counsel of record. | Facts regarding all allegations in the First Amended Complaint, including the formation and operations of BioMax Procurement Services, LLC and Center for Medical Progress as related to the "Human Capital Project"; conspiracy and scheme among Defendants and unidentified individuals to carry out the "Human Capital Project" through illegal conduct, including but not limited to fraudulent misrepresentations and use of fake IDs to gain access to conferences and private meetings, breach of contracts, nonconsensual tapings, trespass, and violations of privacy rights. |
| Holly O'Donnell | Unknown at this time | Facts regarding all allegations in the First Amended Complaint, including the formation and operations of BioMax Procurement Services, LLC and Center for Medical Progress as related to the "Human Capital Project"; conspiracy and scheme among Defendants and unidentified individuals to carry out the "Human Capital Project" through illegal conduct, including but not limited to fraudulent misrepresentations and use of fake IDs to gain access to conferences and private meetings, breach of contracts, nonconsensual tapings, trespass, and violations of privacy rights. |
| Mark Crutcher | Unknown at this time | Facts regarding all allegations in the First Amended Complaint, including the formation and operations of BioMax Procurement Services, LLC and Center for Medical Progress as related to the "Human Capital Project"; conspiracy and scheme among Defendants and unidentified individuals to carry out the "Human Capital Project" through illegal conduct, including but not limited to fraudulent misrepresentations and use of fake IDs to gain access to conferences and private meetings, breach of contracts, nonconsensual tapings, trespass, and violations of privacy rights. |
| Sofia Mireles | Unknown at this time | Facts regarding all allegations in the First Amended Complaint, including the formation and operations of BioMax Procurement Services, LLC and Center for Medical |

| | | Progress as related to the "Human Capital Project"; conspiracy and scheme among Defendants and unidentified individuals to carry out the "Human Capital Project" through illegal conduct, including but not limited to fraudulent misrepresentations and use of fake IDs to gain access to conferences and private meetings, breach of contracts, nonconsensual tapings, trespass, and violations of privacy rights. |
|---|---|---|
| Unknown Individual identified as "Brianna Allen" | Unknown at this time | Facts regarding all allegations in the First Amended Complaint, including the formation and operations of BioMax Procurement Services, LLC and Center for Medical Progress as related to the "Human Capital Project"; conspiracy and scheme among Defendants and unidentified individuals to carry out the "Human Capital Project" through illegal conduct, including but not limited to fraudulent misrepresentations and use of fake IDs to gain access to conferences and private meetings, breach of contracts, nonconsensual tapings, trespass, and violations of privacy rights. |
| Unknown Individual identified as "Rebecca Wagner" | Unknown at this time | Facts regarding all allegations in the First Amended Complaint, including the formation and operations of BioMax Procurement Services, LLC and Center for Medical Progress as related to the "Human Capital Project"; conspiracy and scheme among Defendants and unidentified individuals to carry out the "Human Capital Project" through illegal conduct, including but not limited to fraudulent misrepresentations and use of fake IDs to gain access to conferences and private meetings, breach of contracts, nonconsensual tapings, trespass, and violations of privacy rights. |
| Catherine Short | Life Legal Defense Foundation P.O. Box 2105 Napa, CA 94558 707-224-6675 707-224-6676 (f) | Facts regarding all allegations in the First Amended Complaint, including the formation and operations of BioMax Procurement Services, LLC and Center for Medical Progress as related to the "Human Capital Project"; conspiracy and scheme among Defendants and unidentified individuals to carry out the "Human Capital Project" through illegal conduct, including but not |

| | | limited to fraudulent misrepresentations and use of fake IDs to gain access to conferences and private meetings, breach of contracts, nonconsensual tapings, trespass, and violations of privacy rights. |
|---|---|---|

## II.    DOCUMENTS AND THINGS

Pursuant to Rule 26(a)(1)(A)(iii), Plaintiffs identify the following categories of documents, electronically stored information, and tangible things:

1.    Communications that relate to Defendants' attendance at Planned Parenthood conferences;

2.    Communications between Plaintiffs and Defendants;

3.    Documents regarding Plaintiffs' security measures at conferences;

4.    Documents regarding Plaintiffs' security measures at their healthcare centers, clinical spaces, and offices;

5.    Contracts with hotels where Planned Parenthood conferences were held;

6.    Contracts between Plaintiffs and Defendants;

7.    Handouts provided at Planned Parenthood conferences and/or NAF conferences;

8.    Materials from Texas and Colorado Planned Parenthood affiliates regarding site visits by Defendants;

9.    Documents regarding communications between Defendants and Planned Parenthood affiliates, their employees, or their staff members;

10.   Documents regarding vandalism and arson on Plaintiffs' properties;

11.   Documents regarding additional security for Plaintiffs' offices, clinics, and staff;

12.   Documents regarding costs to respond to state investigation;

13.   Documents regarding loss of staff time due to investigations and website hacking;

14.   Documents regarding losses of opportunities to treat clients;

15.   Documents regarding hacking of PPFA patient portal.

16.   Human Capital Project videos and accompanying press releases.

9

## III. DAMAGES

Pursuant to Rule 26(a)(1)(A)(iii), Plaintiffs identify the following categories of damages:

1.  Costs of security assessments and additional security including physical and IT-related to protect Plaintiffs' patients, staff, information, offices and clinics in the wake of increased security incidences, violence and cyber attacks

2.  Grants for security enhancements to affiliates experiencing increased security threats as a result of CMP video smear (PPFA only)

3.  Costs of repairing and protecting PPFA website after hacking (PPFA only)

4.  Costs of repairing and protecting online appointment systems

5.  Loss of revenue due to hack of PPFA patient portal

6.  Staff time responding to video, security training, and responding to protests and increased security incidents

7.  Costs relating to vandalism to Plaintiffs' offices and clinics

8.  Costs of grief/stress hotline related to increased violence

9.  Costs related to state Investigation (PPGC only)

10. Costs of enhancing security and vetting procedures for conferences (PPFA only)

A detailed itemization of Plaintiffs' damages is provided in Plaintiffs' Second Amended Response to Newman Interrogatory 20.

### A. Damages by Claim

**1. FIRST Claim For Relief: (Violation Of Racketeer Influenced And Corrupt Organizations (Rico) Act, 18 U.S.C. §§ 1962(c) and 1962(d)) (By All Plaintiffs Against All Defendants)**

All damages by all Plaintiffs. See Second Amended Response to Newman Interrogatory 20.

**2. Second Claim For Relief (Violation Of 18 U.S.C. § 2511) (By All Plaintiffs Against Daleiden, Merritt, Lopez, CMP, BioMax, and Unknown Co-conspirators)**

All damages by all Plaintiffs. See Second Amended Response to Newman Interrogatory 20.

PLAINTIFFS' SECOND AMENDED INITIAL DISCLOSURES UNDER FED. R. CIV. PROC. 26(a)(1)
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

3. **Third Claim For Relief (Civil Conspiracy) (By All Plaintiffs Against All Defendants)**

All damages by all Plaintiffs claiming fraud. See Second Amended Response to Newman Interrogatory 20.

4. **Fourth Claim For Relief (Breach Of Contract) (By PPFA Against Daleiden, Merritt, Lopez, CMP, BioMax, and Unknown Co-conspirators)**

All damages by PPFA. See Second Amended Response to Newman Interrogatory 20.

5. **Fifth Claim For Relief (Breach Of Contract) (By PPFA, PPNC, PPPSW, PPMM, PPOSBC, PPGC, and PPCFC Against Daleiden, Merritt, Lopez, CMP, BioMax, And Unknown Co-conspirators)**

All damages by all Plaintiffs. See Second Amended Response to Newman Interrogatory 20.

6. **Sixth Claim For Relief (Trespass) (By PPFA, PPGC, PPCFC, and PPRM Against Daleiden, Merritt. Lopez, CMP, BioMax, and Unknown Co-conspirators)**

All damages by PPFA, PPGC/PPCFC and PPPSGV. See Second Amended Response to Newman Interrogatory 20.

7. **Eighth Claim For Relief (Fraudulent Misrepresentation) (By PPFA, PPGC, PPCFC, and PPRM Against Daleiden, Merritt, LOPEZ, CMP, BioMax, and Unknown Co-conspirators)**

All damages by PPFA, PPGC/PPCFC and PPPSGV. See Second Amended Response to Newman Interrogatory 20.

8. **Ninth Claim For Relief (Violation Of California Penal Code § 632) (By PPFA, PPNORCAL, PPPSW, PPMM, PPOSB, PPGC, PPCFC and PPRM Against Daleiden, Merritt, Lopez, CMP, BioMax, and Unknown Co-conspirators)**

All damages by PPOSBC, PPNorCal, PPFA, PPLA, PPCFC, PPSGV or in the alternative, statutory damages for each violation. See Second Amended Response to Newman Interrogatory 20.

9. **Tenth Claim For Relief (Violation Of California Penal Code § 634) (By PPFA, PPNORCAL, PPPSW, PPMM, PPOSB, PPGC, PPCFC, and PPRM Against Daleiden, Merritt, Lopez, CMP, BioMax, and Unknown Co-conspirators)**

All damages by PPOSBC, PPNorCal, PPFA, PPLA, PPCFC, PPSGV or in the alternative, statutory damages for each violation. See Second Amended Response to Newman Interrogatory 20.

1

2        **10.**     **Eleventh Claim For Relief (Violation Of Section 934 Title Xlvii Of The Florida Criminal Procedure Law) (By All Plaintiffs Against Daleiden, Merritt, Lopez, CMP, BioMax, and Unknown Co-conspirators)**

3

4

5        All damages by PPFA, PPLA, PPOSBC, PPPSW, PPGC, PPCCC, PPRM or in the

6 alternative, statutory damages for each violation.  See Second Amended Response to Newman

7 Interrogatory 20.

8        **11.**     **Twelfth Claim For Relief (Violation Of § 10-402 Of The Courts And Judicial Proceedings Article Of The Maryland Annotated Code) (By PPFA, PPNORCAL, PPPSW, PPMM, PPOSB, PPGC, PPCFC, and PPRM Against Daleiden, Merritt, Lopez, CMP, BioMax, and Unknown Co-conspirators)**

9

10

11 All damages by PPFA, PPGC/ PPCFC, PPLA or in the alternative, statutory damages for

12 each violation.  See Second Amended Response to Newman Interrogatory 20.

13

14        **12.**     **Fifteenth Claim For Relief (Breach Of Non-Disclosure And Confidentiality Agreement) (By PPGC and PPCFC Against BioMax, Daleiden, and Merritt)**

15

16 All damages by PPGC and PPCFC.  See Second Amended Response to Newman

17 Interrogatory 20.

18        **B.**     **Methodology for non-out-of-pocket expenses**

19 Staff time: number of hours multiplied by staff member's hourly rate if applicable or by

20 proportion of time spent for salaried staff

21 Loss of opportunity to serve patients: comparison of actual number of patients versus

22 expected number of patients, multiplied by average net revenue for medical services received on a

23 per patient basis.

24 Plaintiffs' investigation and computation of its damages is ongoing and will be provided at

25 such time as set forth in the case management order.

26

27

28

DATED: October 1, 2018

Respectfully submitted,

ARNOLD & PORTER LLP

By: _____
Amy Bomse
Attorneys for Plaintiffs

PLAINTIFFS' SECOND AMENDED INITIAL DISCLOSURES UNDER FED. R. CIV. PROC. 26(a)(1)
HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 2

AMY L. BOMSE (No. 218669)
SHARON D. MAYO (No. 150469)
JEE YOUNG YOU (No. 241658)
ARNOLD & PORTER KAYE
SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400
Email:    amy.bomse@apks.com
          sharon.mayo@apks.com
          jeeyoung.you@apks.com

Attorneys for Plaintiffs

BETH H. PARKER (No. 104773)
PLANNED PARENTHOOD AFFILIATES OF
    CALIFORNIA
551 Capitol Mall, Suite 510
Sacramento, California  95814-4581
Telephone:    (916) 446-5247
Email:    beth.parker@ppacca.org

HELENE T. KRASNOFF (*pro hac vice*)
PLANNED PARENTHOOD FEDERATION OF
    AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
Telephone:    (202) 973-4800
Email:    helene.krasnoff@ppfa.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD: SHASTA-DIABLO, INC. dba PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD MAR MONTE, INC.; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD LOS ANGELES; PLANNED PARENTHOOD/ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA AND SAN LUIS OBISPO COUNTIES, INC; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST AND PLANNED PARENTHOOD CENTER FOR CHOICE, <br><br>          Plaintiffs, <br><br>     v. <br><br> CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; DAVID DALEIDEN (aka "ROBERT SARKIS"); TROY NEWMAN; ALBIN RHOMBERG; PHILLIP S. CRONIN; SANDRA SUSAN MERRITT (aka "SUSAN TENNENBAUM"); GERARDO ADRIAN LOPEZ; and UNKNOWN CO-CONSPIRATORS, inclusive, <br><br>          Defendants. | Case No.  3:16-cv-00236-WHO <br><br> **PLAINTIFFS' SECOND AMENDED RESPONSE TO DEFENDANT TROY NEWMAN'S SECOND SET OF INTERROGATORIES PROPOUNDED ON EACH PLAINTIFF** <br><br> **CONFIDENTIAL** |

| | | |
|---|---|---|
| 1 | PROPOUNDING PARTIES: | Defendant Troy Newman |
| 2 | RESPONDING PARTIES: | Plaintiffs Planned Parenthood Federation of America, Inc.; Planned Parenthood: Shasta-Diablo, Inc. dba Planned |
| 3 | | Parenthood Northern California; Planned Parenthood Mar Monte, Inc.; Planned Parenthood of the Pacific Southwest; |
| 4 | | Planned Parenthood Los Angeles; Planned Parenthood California Central Coast (formerly Planned Parenthood/Orange |
| 5 | | and San Bernardino Counties, Inc.); Planned Parenthood of Santa Barbara, Ventura and San Luis Obispo Counties, Inc.; |
| 6 | | Planned Parenthood Pasadena and San Gabriel Valley, Inc.; Planned Parenthood of the Rocky Mountains; Planned |
| 7 | | Parenthood Gulf Coast; and Planned Parenthood Center for Choice (collectively "Plaintiffs") |
| 8 | SET NUMBER: | TWO |
| 9 | | |

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Local Civil Rules of the

United States District Court for the Northern District of California, Plaintiffs Planned Parenthood

Federation Of America, Inc. ("PPFA"); Planned Parenthood: Shasta-Diablo, Inc. dba Planned

Parenthood Northern California ("PPNorcal"); Planned Parenthood Mar Monte, Inc. ("PPMM");

Planned Parenthood Of The Pacific Southwest ("PPPSW"); Planned Parenthood Los Angeles

("PPLA"); Planned Parenthood California Central Coast ("PPCCC," formerly Planned

Parenthood/Orange and San Bernardino Counties, Inc.); Planned Parenthood Of Santa Barbara,

Ventura And San Luis Obispo Counties, Inc. ("PPOSBC"); Planned Parenthood Pasadena And San

Gabriel Valley, Inc. ("PPPSGV"); Planned Parenthood Of The Rocky Mountains ("PPRM");

Planned Parenthood Gulf Coast ("PPGC"); and Planned Parenthood Center For Choice (collectively

"Plaintiffs") hereby object and respond to Defendant Troy Newman's First Set Of Interrogatories

(the "Interrogatories"), served by Defendant Troy Newman ("Defendant") on Plaintiffs on April 15,

2016.[1]

## PRELIMINARY STATEMENT

Plaintiffs provide these objections and amended responses based upon the investigation

conducted in the time available since service of the Interrogatories. As of the date of these

---

[1] The original responses were erroneously titled "Amended Responses." This is the first amendment to the original responses, and to avoid any confusion, this set will be referred to as "First Amended Responses" to the second set of interrogatories.

1   objections and amended responses, Plaintiffs have not had a sufficient opportunity to review all
2   documents, interview all personnel and/or otherwise obtain information that may prove relevant in
3   objecting and responding the Interrogatories. As a consequence, these objections and amended
4   responses are based upon information now known to Plaintiffs and that Plaintiffs believe to be
5   pertinent in objecting and responding to the Interrogatories. In the future, Plaintiffs may discover or
6   acquire additional information bearing on the Interrogatories, and Plaintiffs' objections and
7   amended responses thereto. Without in any way obligating itself to do so, Plaintiffs reserve the
8   right: (a) to make subsequent revisions or further amendments to its objections or these Responses
9   based upon information, evidence, documents, facts and/or other things that hereafter may be
10  discovered, or the relevance of which may hereafter be discovered; and (b) to produce, introduce, or
11  rely upon additional or subsequently acquired or discovered writings, evidence and information in
12  any proceedings or at any trial held hereafter.

13      Further, any response by Plaintiffs to a particular Interrogatory is not intended, and shall not
14  be construed, as an admission of the existence of any fact, of any assertion, or of any other matters
15  expressed or implied in the Interrogatory. Plaintiffs' objection to, or failure to object to, any
16  particular Interrogatory is not, and shall not be construed as, an admission that responsive
17  information exists. Moreover, Plaintiffs' decision to consent to the production of information
18  pursuant to any specific Interrogatory, notwithstanding the objectionable nature of any such
19  Interrogatory, or its related definitions or instructions, also should not be construed as: (a) a
20  stipulation that the material is relevant to any proceeding, (b) a waiver of the general or specific
21  objections asserted to the Interrogatory, or (c) an agreement that future requests for similar
22  information will be treated in a similar manner. Subject to and without waiving these objections,
23  Plaintiffs agree to meet and confer with Defendant to attempt to resolve these objections and
24  appropriately narrow the scope of these Interrogatories.

25      Plaintiffs incorporate this Preliminary Statement into each objection and amended response
26  below as if set forth in its entirety.

27                              **GENERAL OBJECTIONS**

28      Plaintiffs make the following General Objections, which are expressly incorporated into

1  each of the Objections to the Definitions, Instructions, and Specific Interrogatories below as though

2  set forth in full and without waiving these General Objections:

3      1)    Plaintiffs object that the Interrogatories are overly broad and unduly burdensome,

4  and that the relevance, if any, of the requested information is outweighed by the burden that

5  compliance would place on Plaintiffs.

6      2)    Plaintiffs object to the extent that the Interrogatories call for information previously

7  disclosed pursuant to, and protected by, protective orders and/or confidentiality agreements entered

8  in prior litigations or investigations. Plaintiffs will comply with those protective orders and/or

9  confidentiality agreements in responding to the Interrogatories.

10     3)    Plaintiffs further object that Defendants have failed to take reasonable steps to avoid

11 imposing undue burden or expense on Plaintiffs, particularly with respect to overbroad requests that

12 seek identification of "all documents" relating to certain subjects.

13     4)    Plaintiffs object that the Interrogatories call for the disclosure of information covered

14 by non-disclosure and/or confidentiality agreements with third-parties and/or would violate the

15 privacy interests of others. Plaintiffs will provide such information only after providing notice and

16 opportunity for such third-parties to object, or pursuant to the terms of a suitable protective order if

17 such notice and opportunity to object has already been provided.

18     5)    Plaintiffs object that the Interrogatories seek information that is available through

19 less burdensome means of discovery or other sources in that the information requested is: (a) in the

20 possession, custody or control of other parties or non-parties; and/or (b) publicly available or

21 otherwise equally available to Defendants. Plaintiffs will provide responses only to the extent that

22 such information is in the possession, custody or control of Plaintiffs.

23     6)    Plaintiffs object to the Interrogatories to the extent that they are vague, ambiguous,

24 oppressive, designed to annoy or harass, do not describe the information to be produced with

25 reasonable particularity, impose on Plaintiffs an unreasonable burden of inquiry, or require

26 Plaintiffs to incur substantial expense in order to comply.

27     7)    Plaintiffs object to the Interrogatories to the extent that they call for the disclosure of

28 information that is not relevant to the subject matter of this action, not relevant to a claim or defense

- 4 -

1  of any party to this action, or not reasonably calculated to lead to the discovery of admissible

2  evidence.

3      8)      Plaintiffs object that the Interrogatories do not contain any assurance that Plaintiffs

4  will be compensated for any of the costs, including attorneys' fees, they will incur in responding.

5      9)      Plaintiffs object that the Interrogatories seek information protected from disclosure

6  by the attorney-client privilege, the attorney work-product doctrine, and/or other privileges,

7  immunities, and legal protections against disclosure. Nothing contained herein is intended to be,

8  nor shall in any way be construed as, a waiver of any attorney-client privilege, work-product

9  doctrine, right to privacy, or any other applicable privilege, doctrine, law, immunity, or rule

10  protecting information from disclosure. To the extent that Plaintiffs disclose information in

11  response to the Interrogatories, such disclosure is not intended to waive any privilege, right to

12  privacy, or other applicable protection with respect to any document produced. Pursuant to Fed. R.

13  Evid. 502(d), in the event that a privileged or otherwise protected document is inadvertently

14  identified by Plaintiffs, such identification shall be deemed inadvertent and shall not constitute a

15  waiver of Plaintiffs' rights to assert the applicability of any privilege for such document. Plaintiffs

16  reserve the right to demand the return of any such document and all copies thereof.

17      10)     Plaintiffs object that the Interrogatories purport to impose requirements, burdens,

18  and/or discovery obligations that exceed those permitted by the Federal Rules of Civil Procedure

19  and Judge Orrick's individual practices.

20      11)     Plaintiffs object that the Interrogatories are unreasonably cumulative or duplicative.

21      12)     Plaintiffs object to the Interrogatories to the extent that they purport to require

22  Plaintiffs to ascertain the knowledge, however limited or tangential, of each and every individual

23  employed by Plaintiffs at every level of authority or responsibility, relating to the subject matter of

24  these Interrogatories.

25      13)     Plaintiffs object that the Interrogatories are based on incorrect factual assertions and

26  therefore lack foundation.

27      14)     Plaintiffs object to the Interrogatories to the extent they seek information, or the

28  compilation of data, that may be derived or ascertained from business records, where the burden of

1 deriving or ascertaining the answers thereto is substantially the same for Defendant as for Plaintiffs.

2     15)    Plaintiffs object to the Interrogatories to the extent that they fail to provide a

3 specified period of time and therefore are overbroad, vague, ambiguous, and unduly burdensome.

4 Plaintiffs will conduct a reasonable investigation of information from January 1, 2011 until the date

5 of service of these Interrogatories, as applicable to a particular Interrogatory.

6     16)    Plaintiffs' objection to or failure to object to any particular Interrogatory is not, and

7 shall not be construed as, an admission that responsive information exists.

8     17)    Plaintiffs incorporate by reference every General Objection into each and every

9 specific response to the Interrogatories set forth below. A specific response may repeat a General

10 Objection for emphasis or some other reason. The failure to include any General Objection in any

11 specific response shall in no way waive any General Objection to that Interrogatory.

12 **OBJECTIONS TO DEFINITIONS**

13     Recognizing that parties generally may define terms as they wish for purposes of their

14 discovery requests, Plaintiffs set forth below objections to Defendant's definitions for the reasons

15 stated, which objections are applicable to each of Plaintiffs' specific objections and responses to the

16 Interrogatories and are incorporated therein.

17     **DEFINITION NO. 1:** "Action" means the case entitled *Planned Parenthood Federation of*

18 *America, et al v. Center for Medical Progress, et al.*, Case No. 3:16-cv-236-WHO, pending in the

19 United States District Court for the Northern District of California.

20     **OBJECTIONS:** No specific objection.

21     **DEFINITION NO. 2:** "Identify" when used in reference to a person, means to give, to the

22 extent known, the person's full name, present or last known address, and when referring to a natural

23 person, additionally, his or her present or last known place of employment once a person has been

24 identified in accordance with this subparagraph, only the full name of that person need be listed in

25 response to subsequent discovery requesting the identification of that person.

26     **OBJECTIONS:** No specific objection.

27     **DEFINITION NO. 3:** "Identify the loss" means to provide sufficiently detailed information

28 about an economic loss so as to make it possible to request documents related to the loss.

1    Normally, providing a brief description of the loss, the location and amount, and the vendor (for any

2    sums paid to third parties) will be sufficient.

3        **OBJECTIONS:** No specific objection.

4        **DEFINITION NO. 4:** "Person" shall mean any individual, natural person, corporation,

5    proprietorship, partnership, trust, association, firm, or any other entity.

6        **OBJECTIONS:** No specific objection.

7        **DEFINITION NO. 5:** "Plaintiffs" or "Plaintiff" means the plaintiffs in the above-styled

8    action.

9        **OBJECTIONS:** No specific objection.

10       **DEFINITION NO. 6:** "Third party" or "third parties" refers to persons who are not a

11   named party to this action.

12       **OBJECTIONS:** No specific objection.

13       **DEFINITION NO. 7:** "You," "your," and/or "yourselves" means each Plaintiff in this

14   action including all predecessors, subsidiaries, parents, and affiliates, and all past or present

15   directors, officers, employees, agents, attorneys, consultants, representatives, or other persons

16   acting, or purporting to act, on behalf of, or at the direction of, a Plaintiff.

17       **OBJECTIONS:** No specific objection.

18                              **INSTRUCTIONS**

19       **INSTRUCTION NO. 1:** If you object to answering a Interrogatory in whole or in part

20   based on any privilege, please provide in a privilege log the information set forth in Federal Rule of

21   Civil Procedure 26(b).

22       **OBJECTIONS:** Plaintiffs object to this Instruction to the extent that it conflicts with the

23   agreement between the parties, as reflected in the Joint Case Management Statement filed March

24   22, 2016 (ECF No. 57), that the parties are not required to list or otherwise identify any privileged

25   material occurring on or after July 31, 2015. Plaintiffs will not produce a log for privileged material

26   created after July 31, 2015.

27       **INSTRUCTION NO. 2:** If a Interrogatory cannot be answered or cannot be answered in

28   full, it should be answered to the extent possible, with an explanation as to why the remainder

1  cannot be answered and a statement as to the nature of the information or knowledge that cannot be

2  furnished. If Plaintiff knows the name of the person having any or all of the information sought by

3  the Interrogatory, the name, address, telephone number, and the nature of the information known by

4  such person shall be disclosed in Plaintiffs answer to the Interrogatory.

5  **OBJECTIONS:** Plaintiffs object to this Instruction on the grounds that it renders each

6  Interrogatory overbroad, unduly burdensome, and disproportional to the needs of the case.

7  Plaintiffs further object to this Instruction on the grounds that it imposes obligations in excess of the

8  requirements of Fed. R. Civ. P. 33(b). In responding to these Requests, Plaintiffs will comply with

9  their obligations under the Federal Rules of Civil Procedure.

10  **INSTRUCTION NO. 3:** If you have a good faith belief that a word, term, or phrase used in

11  these Interrogatories is ambiguous, state that which you believe to be ambiguous, relate possible

12  meanings you ascribe to the purportedly ambiguous word, term, or phrase, and provide answers to

13  the question based on your various understandings of the purportedly ambiguous word, term, or

14  phrase.

15  **OBJECTIONS:** Plaintiffs object to this Instruction on the grounds that it renders each

16  Interrogatory overbroad and unduly burdensome. Plaintiffs further object to this Instruction on the

17  grounds that it imposes obligations in excess of the requirements of Fed. R. Civ. P. 33(b).

18  **INSTRUCTION NO. 4:** These Interrogatories do not seek any confidential patient

19  information or data required to be kept confidential by the Health Insurance Portability and

20  Accountability Act ("HIPAA") or any State law governing medical privacy, including, but not

21  limited to, patient names or any numbers that might identify any patient. These Interrogatories

22  should be interpreted to include any aggregate data or data that does not contain uniquely

23  identifiable information covered by HIPAA.

24  **OBJECTIONS:** Plaintiffs object to this Instruction on the grounds that it renders each

25  Interrogatory overbroad, unduly burdensome, and disproportional to the needs of the case.

26  Plaintiffs further object to this Instruction on the grounds that it imposes obligations in excess of the

27  requirements of Fed. R. Civ. P. 33(b)(2). Plaintiffs further object to this Instruction to the extent

28  that it imposes on Plaintiffs an obligation to create documents or records.

1     **INSTRUCTION NO. 5:** You are under a continuous obligation to supplement your answers

2     to these Interrogatories under the circumstances specified in Federal Rule of Civil Procedure 26(e).

3     **OBJECTIONS:** Plaintiffs object to this Instruction to the extent it seeks to impose

4     obligations in excess of the requirements of Fed. R. Civ. P. 26(e)(1). Plaintiffs will comply with

5     their obligations under Fed. R. Civ. P. 26(e)(1) in that they will supplement or correct a response if

6     Plaintiffs learn that "in some material respect the . . . response is incomplete or incorrect, and if the

7     additional or corrective information has otherwise been made known to the other parties during the

8     discovery process or in writing."

9                 **RESPONSE TO INTERROGATORIES**

10    **INTERROGATORY NO. 20:**

11     State the specific amount of claimed damages that falls within each category (for instance,

12    "cost of additional security including physical and IT-related to protect Plaintiffs' offices, clinics,

13    and staff') that you set forth in your response to Interrogatory No. 3 in Plaintiffs' October 28, 2016

14    Amended Response to Defendant Troy Newman's First Set of Interrogatories.

15    **RESPONSE TO INTERROGATORY NO. 20:**

16     Plaintiffs incorporate by reference each General Objection and their Objections to

17    Definitions into their Specific Objections to this Interrogatory. Plaintiffs object to this Interrogatory

18    on the grounds that it is vague, ambiguous, overbroad, and unduly burdensome. Plaintiffs further

19    object to this Interrogatory to the extent that it seeks information protected by the attorney-client

20    privilege and the attorney work product doctrine. Plaintiffs further object to this Interrogatory to

21    the extent that it seeks third-parties' private information that is protected from disclosure pursuant

22    to the United States and California Constitutions. Plaintiffs object to this Request to the extent that

23    it seeks Plaintiffs' information that is confidential, proprietary, private, or financial information.

24    Plaintiffs further object to this Interrogatory to the extent it requests "specific amount of claimed

25    damages" because discovery is ongoing. Plaintiffs further object to this Interrogatory to the extent

26    it seeks premature disclosure of expert opinion and attorney work product. Plaintiffs have not

27    decided on which expert witnesses may be called at trial. In responding to this Interrogatory,

28    Plaintiffs do not waive work-product privilege or any other applicable privileges.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs suffered damages in the following amounts for (1) physical and IT-related security costs, including costs related to safeguarding taped individuals; (2) cost of repairing, cleaning up, or replacing damages to buildings and personal property arising from vandalism, arson, and other security incidents; (4) lost revenue due to lost opportunity to treat patients due to the unavailability of the Planned Parenthood online appointment scheduling system because of a hack; (5) and other costs related to Defendants' wrongful conduct, staff time responding to the videos, security training for health center staff, and legal and other vendor fees. The damages provided here are an estimate based on information available so far and based on methodologies that may change pending the retention of experts. Moreover, discovery is ongoing, and Plaintiffs reserve the right to amend the responses to reflect either new information, categories of damages that are hereto unclaimed, or a change in the way damages are calculated.

| | Damages | Grants Made or Received to Cover Damages | Net Total |
|---|---|---|---|
| PPFA | $2,789,346.63 | $610,185.94 | $3,399,532.57 |
| PPNorcal | $467,705.07 | | $467,705.07 |
| PPMM | $455,216.94 | $0 | $455,216.94 |
| PPPSW | $294,282.48 | ($56,491) | $237,791.48 |
| PPLA | $557,278 | ($129,212) | $428,066 |
| PPOSBC | $805,518.16 | ($6,000) | $799,518.16 |
| PPCCC | $300,867 | $0 | $300,867 |
| PPPSGV | $425,760 | ($24,309) | $401,451 |
| PPGC/PPCFC | $376,004.04 | ($36,941) | $339,063.04 |

A detailed itemization of Plaintiffs' expenses is attached as Exhibit A.[2]

_____

[2] PPRM seeks only injunctive relief

DATED: October 1, 2018

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
Amy L. Bomse

Attorneys for Plaintiffs

## VERIFICATION

I, Melvin Galloway, declare as follows:

I am Chief Operating Officer of Planned Parenthood Planned Parenthood Federation of America, Inc. ("PPFA"). I am authorized to make this verification for and on behalf of PPFA in the above-captioned matter. I have read the **PLAINTIFFS' SECOND AMENDED RESPONSE TO DEFENDANT TROY NEWMAN'S SECOND SET OF INTERROGATORIES PROPOUNDED ON EACH PLAINTIFF** and know the contents thereof. Not all of the matters in those responses are within my personal knowledge, and I am informed and believe that no single officer or employee of PPFA has personal knowledge of all such matters. All facts stated in the above-referenced responses have been assembled by authorized employees and counsel of PPFA. I am informed and believe that the matters stated therein are true and correct, and on that basis verify the responses on behalf of PPFA, reserving the right, in the event new additional or different information is discovered, to revise or supplement the responses as warranted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___01___ day of ___October___, 2018 at New York, New York,

Melvin Galloway

<u>**VERIFICATION**</u>

I, _Jon Dunn_ declare as follows:

I am _President / CEO_ of Planned Parenthood/Orange & San Bernardino Counties, Inc. ("PPOSBC"). I am authorized to make this verification for and on behalf of PPOSBC in the above-captioned matter. I have read **PLAINTIFF PLANNED PARENTHOOD/ORANGE AND SAN BERNARDINO COUNTIES, INC. FIRST AMENDED RESPONSES TO DEFENDANT TROY NEWMAN'S SECOND SET OF INTERROGATORIES** and know the contents thereof. Not all of the matters in those responses are within my personal knowledge, and I am informed and believe that no single officer or employee of PPOSBC has personal knowledge of all such matters. All facts stated in the above-referenced responses have been assembled by authorized employees and counsel of PPOSBC. I am informed and believe that the matters stated therein are true and correct, and on that basis verify the responses on behalf of PPOSBC, reserving the right, in the event new additional or different information is discovered, to revise or supplement the responses as warranted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _1st_ day of _October_, 2018 at _Orange, CA_,

_____

Print name _Jon Dunn_

- 1 -
VERIFICATION

## VERIFICATION

2     I, _Tiana Riskowski_ declare as follows:

3     I am _CEO_ of Planned Parenthood California Central Coast (formerly

4 Planned Parenthood/Orange and San Bernardino Counties, Inc.) ("PPCCC"). I am authorized to

5 make this verification for and on behalf of PPCCC in the above-captioned matter. I have read

6 **PLAINTIFFS' SECOND AMENDED RESPONSE TO DEFENDANT TROY NEWMAN'S**

7 **SECOND SET OF INTERROGATORIES PROPOUNDED ON EACH PLAINTIFF** and know

8 the contents thereof. Not all of the matters in those responses are within my personal knowledge,

9 and I am informed and believe that no single officer or employee of PPCCC has personal

10 knowledge of all such matters. All facts stated in the above-referenced responses have been

11 assembled by authorized employees and counsel of PPCCC. I am informed and believe that the

12 matters stated therein are true and correct, and on that basis verify the responses on behalf of

13 PPCCC, reserving the right, in the event new additional or different information is discovered, to

14 revise or supplement the responses as warranted.

15     I declare under penalty of perjury under the laws of the United States of America that the

16 foregoing is true and correct.

17

18     Executed this _27_ day of _September_, 2018 at _Santa Barbara_,

19

20

21                   _[signature]_

22     **Print name** _Tiana Riskowski_

23

24

25

26

27

28

| | |
|---|---|
| 1 | **VERIFICATION** |
| 2 | I, _Sheri Bonner_ declare as follows: |
| 3 | I am _President/CEO_ of Planned Parenthood Pasadena And San Gabriel Valley, Inc. |
| 4 | ("PPPSGV"). I am authorized to make this verification for and on behalf of PPPSGV in the above- |
| 5 | captioned matter. I have read **PLAINTIFFS' SECOND AMENDED RESPONSE TO** |
| 6 | **DEFENDANT TROY NEWMAN'S SECOND SET OF INTERROGATORIES** |
| 7 | **PROPOUNDED ON EACH PLAINTIFF** and know the contents thereof. Not all of the matters in |
| 8 | those responses are within my personal knowledge, and I am informed and believe that no single |
| 9 | officer or employee of PPPSGV has personal knowledge of all such matters. All facts stated in the |
| 10 | above-referenced responses have been assembled by authorized employees and counsel of |
| 11 | PPPSGV. I am informed and believe that the matters stated therein are true and correct, and on that |
| 12 | basis verify the responses on behalf of PPPSGV, reserving the right, in the event new additional or |
| 13 | different information is discovered, to revise or supplement the responses as warranted. |
| 14 | I declare under penalty of perjury under the laws of the United States of America that the |
| 15 | foregoing is true and correct. |
| 16 | |
| 17 | Executed this _2 7_ day of _September_, 2018 at _3:30 PM_, |
| 18 | |
| 19 | |
| 20 | |
| 21 | **Print name** _Sheri Bonner_ |

- 1 -
VERIFICATION

## **VERIFICATION**

I, ADRIENNE MANSANARES, declare as follows:

I am Senior Vice President & Chief Experience Officer of Planned Parenthood Of The Rocky Mountains ("PPRM"). I am authorized to make this verification for and on behalf of PPRM in the above-captioned matter. I have read **PLAINTIFFS' SECOND AMENDED RESPONSE TO DEFENDANT TROY NEWMAN'S SECOND SET OF INTERROGATORIES PROPOUNDED ON EACH PLAINTIFF** and know the contents thereof. Not all of the matters in those responses are within my personal knowledge, and I am informed and believe that no single officer or employee of PPRM has personal knowledge of all such matters. All facts stated in the above-referenced responses have been assembled by authorized employees and counsel of PPRM. I am informed and believe that the matters stated therein are true and correct, and on that basis verify the responses on behalf of PPRM, reserving the right, in the event new additional or different information is discovered, to revise or supplement the responses as warranted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _1st_ day of _October_ , 2018 at _the City & County of Denver_

_[signature]_

**Print name:** Adrienne Mansanares

- 1 -
VERIFICATION

**VERIFICATION**

I, Jeffrey Palmer, declare as follows:

I am Chief Operating Officer of Planned Parenthood Gulf Coast ("PPGC") and Planned Parenthood Center For Choice ("PPCFC"). I am authorized to make this verification for and on behalf of PPGC and PPCFC in the above-captioned matter. I have read **PLAINTIFFS' SECOND AMENDED RESPONSE TO DEFENDANT TROY NEWMAN'S SECOND SET OF INTERROGATORIES PROPOUNDED ON EACH PLAINTIFF** and know the contents thereof. Not all of the matters in those responses are within my personal knowledge, and I am informed and believe that no single officer or employee of PPGC or PPCFC has personal knowledge of all such matters. All facts stated in the above-referenced responses have been assembled by authorized employees and counsel of PPGC and PPCFC. I am informed and believe that the matters stated therein are true and correct, and on that basis verify the responses on behalf of PPGC and PPCFC, reserving the right, in the event new additional or different information is discovered, to revise or supplement the responses as warranted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _28th_ day of _September_ , 2018 at _Houston, Texas_ ,


_____
**Jeffrey Palmer**

- 1 -

VERIFICATION

## **VERIFICATION**

I, Sue Dunlap declare as follows:

I am President / CEO of Planned Parenthood Los Angeles ("PPLA"). I am authorized to make this verification for and on behalf of PPLA in the above-captioned matter. I have read **PLAINTIFFS' SECOND AMENDED RESPONSE TO DEFENDANT TROY NEWMAN'S SECOND SET OF INTERROGATORIES PROPOUNDED ON EACH PLAINTIFF** and know the contents thereof. Not all of the matters in those responses are within my personal knowledge, and I am informed and believe that no single officer or employee of PPLA has personal knowledge of all such matters. All facts stated in the above-referenced responses have been assembled by authorized employees and counsel of PPLA. I am informed and believe that the matters stated therein are true and correct, and on that basis verify the responses on behalf of PPLA, reserving the right, in the event new additional or different information is discovered, to revise or supplement the responses as warranted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28 day of September, 2018 at Los Angeles,

Print name Sue Dunlap

# EXHIBIT A

| Category | Description | Invoice No. | Date | Amount | Subtotal |
|---|---|---|---|---|---|
| **SECURITY** | Security for Senior Staff | 15-0959 | 12/01/15 | $11,400.00 | $59,860.00 |
| | | 15-0556 | 08/01/15 | $18,600.00 | |
| | | 15-0459 | 07/14/15 | $19,360.00 | |
| | | 15-0957 | 12/16/15 | $400.00 | |
| | | 15-0958 | 11/30/15 | $10,100.00 | |
| | Guard services | 16-0133 | 02/01/16 | $7,600.00 | $19,112.50 |
| | | 16-0041 | 01/04/16 | $10,050.00 | |
| | | 16-0036 | 01/24/16 | $1,462.50 | |
| | Guard services | 15274 | 10/01/15 | $434.00 | $75,881.00 |
| | | 15291 | 10/15/15 | $3,660.00 | |
| | | 15212 | 08/04/15 | $860.00 | |
| | | 15199 | 07/13/15 | $27,070.50 | |
| | | 15205 | 07/28/15 | $4,257.00 | |
| | | 16066 | 03/07/16 | $1,333.00 | |
| | | 16017 | 01/27/16 | $430.00 | |
| | | 15353 | 12/10/15 | $9,255.50 | |
| | | 15284 | 10/13/15 | $19,658.50 | |
| | | 15251 | 09/21/15 | $1,763.00 | |
| | | 15362 | 12/17/15 | $6,643.50 | |
| | | 15352 | 12/09/15 | $516.00 | |
| | Security for Senior Staff | 15273 | 10/01/15 | $946.00 | $946.00 |
| | Guard services | 80000451 | 10/28/15 | $1,200.00 | $11,320.00 |
| | | 50074594 | 08/12/15 | $2,750.00 | |
| | | 5074475 | 07/29/15 | $4,620.00 | |
| | | 50074450 | 08/05/15 | $2,750.00 | |

| | | | | |
|---|---|---|---|---|
| Security consulting services | 2335840 | 08/07/15 | $23,094.80 | $144,684.82 |
| | 19902791 | 03/16/16 | $21.35 | |
| | 2336457 | 03/04/16 | $9,000.00 | |
| | 2336107 | 11/06/15 | $23,150.00 | |
| | 2335967 | 09/11/15 | $30,869.96 | |
| | 2335894 | 08/28/15 | $14,933.30 | |
| | 2335893 | 08/28/15 | $4,987.50 | |
| | 19902512 | 11/10/15 | $128.10 | |
| | 19902381 | 09/21/15 | $3,300.56 | |
| | 2336054 | 10/15/15 | $11,355.85 | |
| | 19902452 | 10/06/15 | $106.75 | |
| | 2335891 | 08/28/15 | $9,605.40 | |
| | 2335890 | 08/28/15 | $14,131.25 | |
| Director of Security (Chris Berry) | 2336479 | 03/08/16 | $13,911.25 | $138,087.35 |
| | 2336280 | 01/07/16 | $47,253.60 | |
| | 2336182 | 11/30/15 | $31,443.75 | |
| | 2336402 | 02/10/16 | $45,478.75 | |
| Online threat assessments | 2336619 | 04/22/16 | $8,175.00 | $44,228.00 |
| | 2336458 | 03/04/16 | $15,675.00 | |
| | 2336424 | 02/11/16 | $20,378.00 | |
| Vetting practices reviews | 15270 | 11/19/15 | $26,828.75 | $72,179.96 |
| | 15271 | 11/19/15 | $5,520.28 | |
| | 15272 | 11/19/15 | $3,591.25 | |
| | 15402 | 01/27/16 | $3,150.00 | |
| | 15322 | 12/11/15 | $6,490.30 | |
| | 16014 | 02/25/16 | $16,043.88 | |
| | 16070 | 04/05/16 | $10,555.50 | |
| Interim security staff | 16130 | 04/28/16 | $68,084.35 | $260,965.35 |
| | 16216 | 06/07/16 | $68,310.25 | |
| | 16196 | 06/07/16 | $66,627.75 | |
| | 16071 | 04/05/16 | $57,943.00 | |
| Security consulting services | 15182 | 10/07/15 | $67,440.00 | $119,672.50 |
| | 15156 | 10/02/15 | $41,230.00 | |
| | 15183 | 10/07/15 | $7,852.50 | |
| | 15404 | 01/27/16 | $3,150.00 | |
| | | | | $946,937.48 |

| | | | |
|---|---|---|---|
| PP Gulf Coast | CMP Security | 07/29/15 | $19,493.00 |
| | CMP Security Grant | 07/01/15 | $17,448.00 |
| Affiliate 38 | CMP Security Grant | 05/01/16 | $17,990.00 |
| PP Los Angeles | CMP Security Grant | 05/01/16 | $129,212.00 |
| Affiliate 40 | CMP Security Grant | 07/29/15 | $6,000.00 |
| Affiliate 13 | CMP Security Grant | 05/25/16 | $16,250.00 |
| Affiliate 42 | CMP Security Grant | 05/01/16 | $9,000.00 |
| Affiliate 37 | CMP Security Grant | 07/01/15 | $15,101.00 |
| Affiliate 29 | CMP Security Grant | 05/01/16 | $10,000.00 |
| Affiliate 47 | CMP Security Grant | 05/01/16 | $10,000.00 |
| Affiliate 16 | Affiliate Security Grant | 03/01/16 | $28,000.00 |
| PPOSBC | Security Grant | 03/01/16 | $6,000.00 |
| PPPSW | CMP Security | 03/01/16 | $10,909.00 |
| | CMP Security Grant | 07/01/15 | $45,582.00 |
| PPRM | Security Grants | 03/01/16 12/15/15 05/01/16 | $202,706.94 |
| Affiliate 41 | CMP Security Grant | 05/01/16 | $13,425.00 |
| PPSGV | CMP Security Grant | 05/01/16 | $10,000.00 |
| | CMP Security Grant | 07/01/15 | $14,309.00 |
| Affiliate 21 | Affiliate Security Improvement Grant | 05/01/16 | $18,691.00 |
| | | | $610,185.94 |
| **TOTAL GRANTS MADE** | | | **$610,185.94** |
| | | | |
| **NET TOTAL DAMAGES** | | | **$3,399,532.57** |

| IT SECURITY | Immediate response to CMP-inspired hacking attack on Planned Parenthood IT platforms | 89233 | 07/31/15 | $181,987.25 | $1,253,500.20 |
|---|---|---|---|---|---|
| | | Ref 1A | 08/03/15 | $50,000.00 | |
| | | 89912 | 08/31/15 | $415,975.93 | |
| | | 89917 | 08/31/15 | $325,000.00 | |
| | | 90691 | 09/30/15 | $86,167.00 | |
| | | 91060 | 09/30/15 | $43,608.17 | |
| | | 91625 | 10/31/15 | $11,342.40 | |
| | | 92059 | 10/31/15 | $90,124.60 | |
| | | 92799 | 11/30/15 | $12,630.80 | |
| | | 92812 | 11/30/15 | $15,277.80 | |
| | | 93829 | 12/31/15 | $16,983.75 | |
| | | 95797 | 02/29/16 | $1,725.00 | |
| | | 97468 | 04/30/16 | $2,677.50 | |
| | Securing IT platforms directly affected by CMP-inspired | 94994 | 01/31/16 | $15,000.00 | $33,686.25 |
| | | 95836 | 02/29/16 | $10,577.50 | |
| | | 96424 | 03/31/16 | $8,108.75 | |
| | Monitoring for continued hacking threats | 91843 | 10/31/15 | $58,355.00 | $191,163.95 |
| | | 94168 | 12/31/15 | $32,065.00 | |
| | | 94820 | 01/31/16 | $24,880.00 | |
| | | 95837 | 02/29/16 | $42,423.73 | |
| | | 96811 | 03/31/16 | $33,440.22 | |
| | Web Properties Support | 91412 | 09/30/15 | $66,666.00 | $146,958.75 |
| | | 92060 | 10/31/15 | $14,361.50 | |
| | | 92696 | 11/30/15 | $53,687.50 | |
| | | 94201 | 12/31/15 | $12,243.75 | |
| | | | | | $1,625,309.15 |

| | | | | | |
|---|---|---|---|---|---|
| STAFF TIME | Staff Time Related to Responding to Aftermath of Videos' Release | | | $ 217,100.00 | $ 217,100.00 |
| | | | | | $ 217,100.00 |

| TOTAL COSTS | | | | | $ 2,789,346.63 |
|---|---|---|---|---|---|

| | Affiliate (See Response to Rhomberg IROG 19) | Description | Date | Amount | |
|---|---|---|---|---|---|
| GRANTS TO AFFILIATES | Affiliate 5 | CMP Security Grant | 03/01/16 | $7,909.00 | |
| | | ACEC Fight Back Security Grant | 07/01/15 | $2,160.00 | |

| Category | Description | Invoice No. | Date | Amount | Subtotal |
|---|---|---|---|---|---|
| SECURITY - PHYSICAL & IT | Physical Security Enhancement Projects | 12251604 | 12/25/16 | $2,928.50 | $138,261.70 |
| | | 12251605 | 12/25/16 | $2,688.00 | |
| | | 12251601 | 12/25/16 | $2,688.00 | |
| | | 12251602 | 12/25/16 | $2,688.00 | |
| | | 11011601 | 11/01/16 | $2,525.00 | |
| | | 08081603* | 08/08/16 | $158.91 | |
| | | 08081623 | 08/08/16 | $2,134.00 | |
| | | 06281625 | 06/28/16 | $14,508.00 | |
| | | 06131603 | 06/07/16 | $7,596.80 | |
| | | 06271602 | 06/27/16 | $3,571.86 | |
| | | 04251602* | 04/25/16 | $300.00 | |
| | | 03071605 | 03/07/16 | $2,852.13 | |
| | | 02291603 | 02/29/16 | $14,365.00 | |
| | | 02291601 | 02/29/16 | $20,500.00 | |
| | | 02161601 | 02/16/16 | $13,500.00 | |
| | | 02161602 | 02/16/16 | $5,150.00 | |
| | | 12311519* | 12/31/15 | $400.00 | |
| | | 12151502* | 12/15/15 | $480.00 | |
| | | 12151520* | 12/15/15 | $577.50 | |
| | | 10201514 | 10/20/15 | $38,650.00 | |
| | Camera and Access Control | 2031601 | 02/03/16 | $14,275.00 | $121,298.00 |
| | | 3211601 | 03/21/16 | $1,865.00 | |
| | | 3211602 | 03/21/16 | $375.00 | |
| | | 4051601 | 04/05/16 | $1,850.00 | |
| | | 5191601 | 05/19/16 | $2,600.00 | |
| | | 5191603 | 05/19/16 | $7,800.00 | |
| | | 5191602 | 05/16/16 | $5,200.00 | |
| | | 6111601 | 06/11/16 | $650.00 | |
| | | 4151601 | 04/15/16 | $1,745.00 | |
| | | 6171602 | 06/17/16 | $11,587.00 | |
| | | 6171601 | 06/17/16 | $3,731.00 | |
| | | 6121601 | 06/12/16 | $13,984.00 | |
| | | 9221603 | 09/22/16 | $2,400.00 | |
| | | 9221601 | 09/22/16 | $2,400.00 | |
| | | 1071601 | 10/07/16 | $2,400.00 | |
| | | 11101602 | 11/10/16 | $4,704.00 | |
| | | 11101603 | 11/10/16 | $650.00 | |
| | | 11101601 | 11/10/16 | $5,289.00 | |
| | | 11231602 | 11/08/16 | $7,200.00 | |
| | | 11171601 | 11/17/16 | $8,535.00 | |
| | | 11171602 | 11/17/16 | $2,050.00 | |
| | | 11231603 | 11/23/16 | $4,800.00 | |
| | | 12201601 | 12/20/16 | $9,008.00 | |
| | | 11231604 | 11/23/16 | $4,800.00 | |
| | | 11231601 | 11/23/16 | $650.00 | |
| | | 12181501 | 12/18/15 | $750.00 | |
| | Security Software | ZK29296 | 09/30/15 | $39,998.20 | $39,998.20 |

| | | | | | |
|---|---|---|---|---|---|
| | Dual-Factor Authentication | 48077 | 09/04/15 | | $90.00 | $10,501.31 |
| | Software Licenses | 48804 | 09/10/15 | $71.63 | |
| | | 50735 | 09/25/15 | $87.30 | |
| | | 51253 | 09/29/15 | $9.48 | |
| | | 51930 | 10/04/15 | $750.00 | |
| | | 53663 | 10/17/15 | $86.90 | |
| | | 55952 | 11/04/15 | $900.00 | |
| | | 60154 | 12/04/15 | $900.00 | |
| | | 61064 | 12/11/15 | $118.17 | |
| | | 64280 | 01/04/16 | $525.00 | |
| | | 68831 | 02/04/16 | $450.00 | |
| | | 69204 | 02/07/16 | $68.49 | |
| | | 73506 | 03/04/16 | $525.00 | |
| | | 83395 | 05/04/16 | $525.00 | |
| | | 88428 | 06/04/16 | $525.00 | |
| | | 88942 | 06/06/16 | $69.34 | |
| | | 94196 | 07/04/16 | $600.00 | |
| | | 105964 | 09/04/16 | $600.00 | |
| | | 112285 | 10/04/16 | $600.00 | |
| | | 118790 | 11/04/16 | $600.00 | |
| | | 125450 | 12/04/16 | $600.00 | |
| | | 132346 | 01/04/17 | $600.00 | |
| | | 139495 | 02/04/17 | $600.00 | |
| | | 146650 | 03/04/17 | $600.00 | |
| | * = not all invoiced items claimed as damages | | | | |
| | | | | | $310,059.21 |
| | | | | | |
| OTHER COSTS RELATING TO DEFENDANTS' ACTS | Staff Time to Respond to Aftermath of Videos' Release | | | $48,041.86 | $48,041.86 |
| | Active Shooter Training | | | $109,604.00 | $109,604.00 |
| | | | | | $157,645.86 |
| TOTAL DAMAGES | | | | | $467,705.07 |



| PPMM DAMAGES -- CONFIDENTIAL | | | | |
|---|---|---|---|---|
| Category | Description | Date | Amount | Subtotal |
| SECURITY - PHYSICAL & IT | Security Director time spent responding fielding security questions related to videos | | $2,967.54 | $2,967.54 |
| | Security Enhancement - Cameras | 1/1/2017 | $474.76 | $182,565.02 |
| | | 1/1/2017 | $474.76 | |
| | | 1/3/2017 | $569.71 | |
| | | 1/18/2017 | $474.76 | |
| | | 1/24/2017 | $284.86 | |
| | | 1/25/2017 | $617.19 | |
| | | 1/25/2017 | $474.76 | |
| | | 1/25/2017 | $759.62 | |
| | | 1/30/2017 | $664.67 | |
| | | 1/31/2017 | $569.71 | |
| | | 2/7/2017 | $854.57 | |
| | | 2/15/2017 | $474.76 | |
| | | 2/21/2017 | $854.57 | |
| | | 2/21/2017 | $284.86 | |
| | | 2/22/2017 | $617.19 | |
| | | 2/22/2017 | $474.76 | |
| | | 2/22/2017 | $759.62 | |
| | | 2/9/2017 | $287.31 | |
| | | 2/9/2017 | $335.19 | |
| | | 2/10/2017 | $287.31 | |
| | | 2/21/2017 | $379.81 | |
| | | 2/23/2017 | $383.08 | |
| | | 4/1/2017 | $335.19 | |
| | | 6/14/2017 | $474.76 | |
| | | 2/9/2017 | $670.38 | |
| | | 2/22/2017 | $622.50 | |
| | | 2/22/2017 | $143.65 | |
| | | 3/20/2017 | $335.19 | |
| | | 3/21/2017 | $284.86 | |
| | | 3/21/2017 | $379.81 | |
| | | 4/1/2017 | $854.57 | |
| | | 4/1/2017 | $670.38 | |
| | | 4/1/2017 | $287.31 | |
| | | 4/1/2017 | $617.19 | |
| | | 4/1/2017 | $759.62 | |
| | | 4/1/2017 | $383.08 | |
| | | 4/1/2017 | $143.65 | |
| | | 4/1/2017 | $622.50 | |
| | | 4/1/2017 | $383.08 | |
| | | 4/1/2017 | $664.67 | |
| | | 4/1/2017 | $526.73 | |
| | | 4/1/2017 | $191.54 | |

| | |
|---|---|
| 2/27/2017 | $664.67 |
| 2/27/2017 | $526.73 |
| 2/27/2017 | $430.96 |
| 2/28/2017 | $191.54 |
| 3/1/2017 | $335.19 |
| 3/2/2017 | $287.31 |
| 3/8/2017 | $287.31 |
| 3/13/2017 | $191.54 |
| 3/13/2017 | $383.08 |
| 3/13/2017 | $287.31 |
| 3/14/2017 | $239.42 |
| 3/15/2017 | $191.54 |
| 3/17/2017 | $287.31 |
| 3/27/2017 | $430.96 |
| 3/28/2017 | $569.71 |
| 3/29/2017 | $335.19 |
| 3/30/2017 | $287.31 |
| 4/4/2017 | $854.57 |
| 1/25/2017 | $383.08 |
| 3/22/2017 | $190.00 |
| 4/5/2017 | $287.31 |
| 4/6/2017 | $670.38 |
| 4/6/2017 | $335.19 |
| 4/6/2017 | $287.31 |
| 4/7/2017 | $287.31 |
| 4/10/2017 | $287.31 |
| 4/10/2017 | $191.54 |
| 4/10/2017 | $383.08 |
| 4/12/2017 | $190.00 |
| 4/11/2017 | $239.42 |
| 4/12/2017 | $474.76 |
| 4/12/2017 | $191.54 |
| 4/18/2017 | $284.86 |
| 4/19/2017 | $474.76 |
| 4/19/2017 | $383.08 |
| 4/14/2017 | $287.31 |
| 4/17/2017 | $335.19 |
| 4/18/2017 | $379.81 |
| 4/19/2017 | $617.19 |
| 4/19/2017 | $759.62 |
| 4/19/2017 | $143.65 |
| 4/19/2017 | $622.50 |
| 4/20/2017 | $383.08 |
| 4/24/2017 | $664.67 |
| 4/24/2017 | $526.73 |
| 4/24/2017 | $430.96 |
| 4/25/2017 | $569.71 |

| Date | Amount |
|------------|----------|
| 4/25/2017 | $191.54 |
| 4/26/2017 | $335.19 |
| 4/27/2017 | $287.31 |
| 3/28/2017 | $47.88 |
| 4/25/2017 | $47.88 |
| 1/26/2017 | $474.76 |
| 2/17/2017 | $190.00 |
| 2/20/2017 | $335.19 |
| 2/22/2017 | $383.08 |
| 2/27/2017 | $190.00 |
| 2/28/2017 | $569.71 |
| 3/15/2017 | $474.76 |
| 12/23/2016 | $474.76 |
| 1/5/2017 | $474.76 |
| 3/2/2017 | $474.76 |
| 4/27/2017 | $474.76 |
| 3/22/2017 | $474.76 |
| 5/2/2017 | $854.57 |
| 5/3/2017 | $287.31 |
| 5/4/2017 | $670.38 |
| 5/4/2017 | $335.19 |
| 5/4/2017 | $287.31 |
| 5/5/2017 | $287.31 |
| 5/8/2017 | $191.54 |
| 5/8/2017 | $287.31 |
| 5/8/2017 | $383.08 |
| 5/9/2017 | $239.42 |
| 5/10/2017 | $191.54 |
| 5/12/2017 | $287.31 |
| 5/15/2017 | $335.19 |
| 5/16/2017 | $284.86 |
| 5/16/2017 | $379.81 |
| 5/17/2017 | $617.19 |
| 5/17/2017 | $759.62 |
| 5/17/2017 | $143.65 |
| 5/17/2017 | $383.08 |
| 12/29/2016 | $474.76 |
| 1/26/2017 | $430.96 |
| 1/31/2017 | $95.77 |
| 2/2/2017 | $474.76 |
| 2/8/2017 | $383.08 |
| 2/23/2017 | $430.96 |
| 2/28/2017 | $95.77 |
| 2/28/2017 | $47.88 |
| 3/8/2017 | $383.08 |
| 3/23/2017 | $430.96 |
| 3/28/2017 | $95.77 |

| | |
|---|---|
| 3/30/2017 | $474.76 |
| 4/5/2017 | $383.08 |
| 4/20/2017 | $474.76 |
| 4/23/2017 | $190.00 |
| 4/25/2017 | $95.77 |
| 5/3/2017 | $383.08 |
| 5/10/2017 | $474.76 |
| 5/17/2017 | $622.50 |
| 5/18/2017 | $474.76 |
| 5/18/2017 | $430.96 |
| 5/18/2017 | $383.08 |
| 5/22/2017 | $664.67 |
| 5/22/2017 | $526.73 |
| 5/22/2017 | $430.96 |
| 5/23/2017 | $569.71 |
| 5/23/2017 | $95.77 |
| 5/23/2017 | $47.88 |
| 5/23/2017 | $191.54 |
| 5/24/2017 | $335.19 |
| 5/25/2017 | $474.76 |
| 5/25/2017 | $287.31 |
| 5/30/2017 | $854.57 |
| 5/31/2017 | $287.31 |
| 5/31/2017 | $383.08 |
| 6/1/2017 | $287.31 |
| 6/1/2017 | $335.19 |
| 6/1/2017 | $670.38 |
| 6/2/2017 | $287.31 |
| 6/5/2017 | $191.54 |
| 6/5/2017 | $287.31 |
| 6/5/2017 | $383.08 |
| 6/6/2017 | $239.42 |
| 6/7/2017 | $191.54 |
| 1/3/2017 | $334.21 |
| 1/31/2017 | $334.21 |
| 3/15/2017 | $191.54 |
| 4/25/2017 | $334.21 |
| 5/10/2017 | $191.54 |
| 5/17/2017 | $474.76 |
| 6/12/2017 | $335.19 |
| 6/13/2017 | $379.81 |
| 6/14/2017 | $143.65 |
| 6/14/2017 | $622.50 |
| 6/14/2017 | $759.62 |
| 6/14/2017 | $617.19 |
| 6/15/2017 | $430.96 |
| 6/15/2017 | $383.08 |

| | |
|---|---|
| 6/19/2017 | $664.67 |
| 6/19/2017 | $526.73 |
| 6/26/2017 | $287.31 |
| 2/28/2017 | $334.21 |
| 3/23/2017 | $474.76 |
| 3/28/2017 | $334.21 |
| 4/12/2017 | $191.54 |
| 5/23/2017 | $334.21 |
| 6/14/2017 | $383.08 |
| 6/19/2017 | $430.96 |
| 6/20/2017 | $569.71 |
| 6/20/2017 | $95.77 |
| 6/21/2017 | $335.19 |
| 6/22/2017 | $287.31 |
| 6/28/2017 | $383.08 |
| 6/28/2017 | $287.31 |
| 7/3/2017 | $287.31 |
| 6/20/2017 | $191.54 |
| 7/7/2017 | $287.31 |
| 7/10/2017 | $335.19 |
| 7/11/2017 | $284.86 |
| 7/3/2017 | $383.08 |
| 3/9/2017 | $287.31 |
| 4/20/2017 | $430.96 |
| 4/12/2017 | $191.54 |
| 6/7/2017 | $191.54 |
| 6/13/2017 | $284.86 |
| 6/15/2017 | $474.76 |
| 6/20/2017 | $334.21 |
| 6/20/2017 | $47.88 |
| 6/22/2017 | $474.76 |
| 6/27/2017 | $854.57 |
| 6/29/2017 | $335.19 |
| 6/29/2017 | $670.38 |
| 6/29/2017 | $287.31 |
| 6/30/2017 | $287.31 |
| 7/3/2017 | $191.54 |
| 7/4/2017 | $239.42 |
| 7/5/2017 | $474.76 |
| 7/5/2017 | $191.54 |
| 7/5/2017 | $191.54 |
| 7/6/2017 | $239.42 |
| 7/11/2017 | $379.81 |
| 7/12/2017 | $474.76 |
| 7/12/2017 | $617.19 |
| 7/12/2017 | $759.62 |
| 7/12/2017 | $383.08 |

| Date | Amount |
|---|---|
| 7/12/2017 | $143.65 |
| 7/12/2017 | $622.50 |
| 7/13/2017 | $474.76 |
| 7/13/2017 | $430.96 |
| 7/17/2017 | $664.67 |
| 7/17/2017 | $526.73 |
| 7/17/2017 | $430.96 |
| 7/18/2017 | $334.21 |
| 7/18/2017 | $569.71 |
| 7/18/2017 | $95.77 |
| 7/18/2017 | $47.88 |
| 7/18/2017 | $191.54 |
| 7/20/2017 | $474.76 |
| 7/20/2017 | $287.31 |
| 7/25/2017 | $854.57 |
| 7/27/2017 | $335.19 |
| 7/27/2017 | $287.31 |
| 7/31/2017 | $383.08 |
| 7/31/2017 | $287.31 |
| 8/1/2017 | $474.76 |
| 7/13/2017 | $383.08 |
| 8/4/2017 | $287.31 |
| 8/7/2017 | $335.19 |
| 8/8/2017 | $284.86 |
| 8/9/2017 | $617.19 |
| 8/10/2017 | $430.96 |
| 8/15/2017 | $334.21 |
| 8/15/2017 | $569.71 |
| 8/15/2017 | $95.77 |
| 8/9/2017 | $474.76 |
| 8/9/2017 | $383.08 |
| 8/10/2017 | $474.76 |
| 8/16/2017 | $335.19 |
| 7/19/2017 | $335.19 |
| 7/27/2017 | $670.38 |
| 7/28/2017 | $287.31 |
| 7/31/2017 | $191.54 |
| 8/3/2017 | $239.42 |
| 8/9/2017 | $622.50 |
| 8/10/2017 | $383.08 |
| 8/14/2017 | $430.96 |
| 8/15/2017 | $191.54 |
| 8/15/2017 | $47.88 |
| 9/4/2017 | $335.19 |
| 9/5/2017 | $284.86 |
| 9/5/2017 | $379.81 |
| 9/6/2017 | $383.08 |

| Date | Amount |
|---|---|
| 9/6/2017 | $759.62 |
| 9/6/2017 | $143.65 |
| 9/6/2017 | $622.50 |
| 9/7/2017 | $430.96 |
| 9/7/2017 | $383.08 |
| 9/11/2017 | $526.73 |
| 9/12/2017 | $334.21 |
| 9/12/2017 | $569.71 |
| 9/12/2017 | $95.77 |
| 7/26/2017 | $383.08 |
| 7/26/2017 | $287.31 |
| 8/1/2017 | $239.42 |
| 8/2/2017 | $474.76 |
| 8/2/2017 | $191.54 |
| 8/2/2017 | $191.54 |
| 8/8/2017 | $379.81 |
| 8/17/2017 | $474.76 |
| 8/17/2017 | $287.31 |
| 8/22/2017 | $854.57 |
| 8/23/2017 | $287.31 |
| 8/24/2017 | $335.19 |
| 8/24/2017 | $670.38 |
| 8/24/2017 | $287.31 |
| 8/25/2017 | $287.31 |
| 8/28/2017 | $287.31 |
| 8/28/2017 | $191.54 |
| 8/28/2017 | $383.08 |
| 8/30/2017 | $474.76 |
| 8/30/2017 | $191.54 |
| 8/31/2017 | $239.42 |
| 9/1/2017 | $287.31 |
| 9/6/2017 | $617.19 |
| 9/6/2017 | $474.76 |
| 9/7/2017 | $474.76 |
| 9/11/2017 | $430.96 |
| 9/12/2017 | $191.54 |
| 9/12/2017 | $47.88 |
| 9/13/2017 | $335.19 |
| 9/14/2017 | $474.76 |
| 9/14/2017 | $287.31 |
| 9/19/2017 | $854.57 |
| 9/20/2017 | $383.08 |
| 9/20/2017 | $287.31 |
| 9/21/2017 | $670.38 |
| 9/21/2017 | $335.19 |
| 9/21/2017 | $287.31 |
| 9/22/2017 | $287.31 |

| Date | Amount |
|------------|----------|
| 9/25/2017 | $287.31 |
| 9/25/2017 | $191.54 |
| 9/25/2017 | $383.08 |
| 9/26/2017 | $239.42 |
| 9/27/2017 | $474.76 |
| 9/27/2017 | $191.54 |
| 9/27/2017 | $191.54 |
| 9/28/2017 | $239.42 |
| 9/29/2017 | $287.31 |
| 10/2/2017 | $335.19 |
| 10/3/2017 | $284.86 |
| 10/3/2017 | $379.81 |
| 10/4/2017 | $474.76 |
| 10/4/2017 | $617.19 |
| 10/4/2017 | $759.62 |
| 10/4/2017 | $383.08 |
| 10/4/2017 | $143.65 |
| 10/4/2017 | $622.50 |
| 10/5/2017 | $474.76 |
| 10/5/2017 | $383.08 |
| 10/5/2017 | $430.96 |
| 10/9/2017 | $664.67 |
| 10/9/2017 | $526.73 |
| 10/9/2017 | $430.96 |
| 10/10/2017 | $334.21 |
| 10/10/2017 | $569.71 |
| 10/10/2017 | $95.77 |
| 10/10/2017 | $191.54 |
| 10/10/2017 | $47.88 |
| 10/11/2017 | $338.88 |
| 10/12/2017 | $289.85 |
| 10/17/2017 | $864.01 |
| 10/18/2017 | $387.41 |
| 10/18/2017 | $290.02 |
| 10/19/2017 | $677.93 |
| 10/19/2017 | $338.88 |
| 10/19/2017 | $290.46 |
| 10/20/2017 | $290.37 |
| 10/23/2017 | $290.11 |
| 10/23/2017 | $387.41 |
| 10/23/2017 | $193.70 |
| 10/24/2017 | $241.84 |
| 10/25/2017 | $480.15 |
| 10/25/2017 | $193.64 |
| 10/25/2017 | $193.52 |
| 10/26/2017 | $242.13 |
| 10/27/2017 | $290.19 |

| Date | Amount |
|------------|----------|
| 10/30/2017 | $338.57 |
| 10/31/2017 | $287.74 |
| 8/9/2017 | $143.65 |
| 8/14/2017 | $664.67 |
| 8/14/2017 | $526.73 |
| 8/23/2017 | $383.08 |
| 9/11/2017 | $664.67 |
| 10/31/2017 | $383.20 |
| 11/1/2017 | $145.10 |
| 11/6/2017 | $532.69 |
| 11/6/2017 | $435.69 |
| 11/7/2017 | $575.29 |
| 11/7/2017 | $334.21 |
| 11/7/2017 | $48.43 |
| 11/7/2017 | $96.85 |
| 11/7/2017 | $193.70 |
| 11/8/2017 | $338.88 |
| 11/14/2017 | $864.01 |
| 8/9/2017 | $759.62 |
| 10/12/2017 | $480.15 |
| 11/1/2017 | $479.57 |
| 11/1/2017 | $623.24 |
| 11/1/2017 | $767.32 |
| 11/1/2017 | $387.41 |
| 11/1/2017 | $629.52 |
| 11/2/2017 | $479.35 |
| 11/2/2017 | $435.83 |
| 11/2/2017 | $387.63 |
| 11/6/2017 | $670.59 |
| 11/9/2017 | $289.85 |
| 11/15/2017 | $387.41 |
| 11/15/2017 | $290.02 |
| 11/16/2017 | $677.93 |
| 11/16/2017 | $290.46 |
| 11/16/2017 | $338.88 |
| 11/17/2017 | $290.37 |
| 11/20/2017 | $193.70 |
| 11/20/2017 | $290.11 |
| 11/20/2017 | $387.41 |
| 11/21/2017 | $241.84 |
| 11/22/2017 | $193.64 |
| 11/22/2017 | $193.52 |
| 11/23/2017 | $242.13 |
| 11/24/2017 | $290.19 |
| 11/27/2017 | $338.57 |
| 11/28/2017 | $287.74 |
| 11/28/2017 | $383.20 |

| | |
|---|---|
| 11/29/2017 | $479.57 |
| 11/29/2017 | $623.24 |
| 11/29/2017 | $767.32 |
| 11/29/2017 | $145.10 |
| 11/29/2017 | $387.41 |
| 11/29/2017 | $629.52 |
| 11/30/2017 | $435.83 |
| 11/30/2017 | $387.63 |
| 12/4/2017 | $670.59 |
| 12/4/2017 | $532.69 |
| 12/4/2017 | $435.69 |
| 12/5/2017 | $96.85 |
| 12/5/2017 | $193.70 |
| 12/5/2017 | $48.43 |
| 12/6/2017 | $338.88 |
| 12/7/2017 | $289.85 |
| 12/13/2017 | $387.41 |
| 12/13/2017 | $290.02 |
| 12/14/2017 | $677.93 |
| 12/14/2017 | $290.46 |
| 12/14/2017 | $338.88 |
| 12/15/2017 | $290.37 |
| 12/18/2017 | $193.70 |
| 12/18/2017 | $290.11 |
| 12/18/2017 | $387.41 |
| 12/20/2017 | $193.64 |
| 12/20/2017 | $193.52 |
| 8/29/2017 | $239.42 |
| 12/19/2017 | $241.84 |
| 12/25/2017 | $338.57 |
| 12/27/2017 | $629.52 |
| 1/1/2018 | $532.69 |
| 1/2/2018 | $48.43 |
| 1/2/2018 | $193.70 |
| 1/3/2018 | $338.88 |
| 2/23/2017 | $474.76 |
| 11/9/2017 | $480.15 |
| 11/22/2017 | $480.15 |
| 11/30/2017 | $479.35 |
| 12/5/2017 | $334.21 |
| 12/5/2017 | $575.29 |
| 12/12/2017 | $864.01 |
| 12/21/2017 | $242.13 |
| 12/22/2017 | $290.19 |
| 12/26/2017 | $287.74 |
| 12/26/2017 | $383.20 |
| 12/27/2017 | $479.57 |

| | | | | |
|---|---|---|---|---|
| | | 12/27/2017 | $623.24 | |
| | | 12/27/2017 | $767.32 | |
| | | 12/27/2017 | $387.41 | |
| | | 12/27/2017 | $145.10 | |
| | | 12/28/2017 | $435.83 | |
| | | 12/28/2017 | $479.35 | |
| | | 12/28/2017 | $387.63 | |
| | IT Security Enhancement - Staff Time | Various | $13,098.46 | $196,197.21 |
| | IT Security Enhancement - Anti-malware software | 06/30/16 | $7,500.00 | |
| | IT Security Enhancement - Firewall | 05/02/16 | $164,446.19 | |
| | It Security Enhancement - Staff Time to address OAS hack | Various | $11,152.56 | |
| | | | | $381,729.77 |
| **VANDALISM, PROTESTS &** | Grafitti Removal | 08/16/15 | $600.00 | $10,292.34 |
| **SECURITY INCIDENTS** | Protest - Staff Time | 07/28/15 | $1,165.64 | |
| | Protest - Staff Time | 08/22/15 | $4,352.91 | |
| | Protest - Staff Time | 09/10/15 | $1,276.79 | |
| | Protest - Security Guards | 09/10/15 | $760.00 | |
| | Protest - Staff Time | 10/10/15 | $2,137.00 | |
| | | | | $10,292.34 |
| **OTHER COSTS RELATING TO** | Staff Education in response to | | | $63,194.83 |
| **DEFENDANTS' ACTS** | videos[1] | | | |
| | | | | $63,194.83 |
| **TOTAL COSTS** | | | | $455,216.94 |

| | Description | Date | Amount | Subtotal |
|---|---|---|---|---|
| **GRANTS FROM PPFA** | None | | | $ - |
| **RELATED TO CMP** | | | | |
| **TOTAL GRANTS RECEIVED** | | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| **NET TOTAL DAMAGES** | | | | **$455,216.94** |

Footnote: [1]Includes expenses incurred by the Director of Security relating to the trainings, and staff time (2.0 hours) attending the trainings. Evidence of participation to be

| Category | Description | Invoice No. | Date | Invoice Amount | Claimed Amount |
|----------|-------------|-------------|------|----------------|----------------|
| **SECURITY** | Physical security | 65587 | 02/08/16 | $2,756.32 | $58,483.00 |
| | | 68119 | 05/25/16 | $2,638.94 | |
| | | 67533 | 05/16/16 | $3,344.27 | |
| | | 67550 | 05/16/16 | $2,328.19 | |
| | | 67393 | 05/04/16 | $1,704.43 | |
| | | 65708 | 02/23/16 | $2,274.88 | |
| | | 66896 | 04/06/16 | $3,891.45 | |
| | | 65653 | 02/17/16 | $1,573.03 | |
| | | 67546 | 05/16/16 | $1,299.84 | |
| | | 67320 | 03/31/16 | $4,522.67 | |
| | | 67391 | 05/04/16 | $2,179.87 | |
| | | 66299 | 03/10/16 | $991.49 | |
| | | 67318 | 04/26/16 | $1,295.81 | |
| | | 66497 | 03/22/16 | $10,908.41 | |
| | | 67392 | 05/04/16 | $2,185.86 | |
| | | 67388 | 05/03/16 | $4,182.52 | |
| | | 67390 | 05/03/16 | $3,547.52 | |
| | | 67389 | 05/03/16 | $1,586.54 | |
| | | 67387 | 05/03/16 | $5,270.96 | |
| | Excecutive Protection/Event Security | n/a | 08/22/17 | $52,260.00 | $146,900.37 |
| | | 70155 | 10/21/16 | $6,038.14 | |
| | | 70083 | 10/10/16 | $21,280.06 | |
| | | 70156 | 10/21/16 | $6,787.76 | |
| | | 89007 | 07/25/16 | $20,248.47 | |
| | | 71507 | 01/13/17 | $2,103.10 | |
| | | 68592 | 06/28/16 | $9,999.00 | |
| | | 69608 | 08/29/16 | $8,718.04 | |
| | | 70052 | 10/03/16 | $5,891.60 | |
| | | 69109 | 08/16/16 | $13,574.20 | |
| | Annual Dinner Security Costs | 239835 | 10/31/15 | $485.63 | $9,727.26 |
| | | 241156 | 03/30/16 | $9,094.63 | |
| | | 241157 | 03/30/16 | $147.00 | |
| | Security response to national fetal tissue donation protests* | 239163 | 08/31/15 | $29,643.62 | $9,111.16 |
| | | 239837 | 10/31/15 | $28,291.31 | |
| | | 241442 | 04/30/16 | $33,559.60 | |

| Catergory | Description | Invoice No. | Date | Invoice Amount | Claimed Amount |
|---|---|---|---|---|---|
| | Security response to protest activity and security incidents* | 238901 | 07/31/15 | $24,174.19 | $2,974.40 |
| | | 239162 | 08/31/15 | $9,726.75 | |
| | | 239163 | 08/31/15 | $29,643.62 | |
| | | 239454 | 09/30/15 | $28,973.50 | |
| | | 239837 | 10/31/15 | $28,291.31 | |
| | | 240180 | 11/30/15 | $725.76 | |
| | | 240173 | 11/30/15 | $29,558.52 | |
| | | 240389 | 12/31/15 | $30,941.63 | |
| | | 240928 | 02/29/16 | $31,891.19 | |
| | | 241176 | 03/31/16 | $33,332.83 | |
| | | 241442 | 04/30/16 | $33,559.60 | |
| | | 241764 | 05/31/16 | $31,580.48 | |
| | | 242563 | 07/31/16 | $30,536.81 | |
| | Increased patrols of contracted security* | 238901 | 07/31/15 | $24,174.19 | $28,371.20 |
| | | 239163 | 08/31/15 | $29,643.62 | |
| | | 239454 | 09/30/15 | $28,973.50 | |
| | | 239837 | 10/31/15 | $28,291.31 | |
| | | 240173 | 11/30/15 | $29,558.52 | |
| | | 240389 | 12/31/15 | $30,941.63 | |
| | | 240672 | 01/31/16 | $31,699.49 | |
| | | 240928 | 02/29/16 | $31,891.19 | |
| | | 241176 | 03/31/16 | $33,332.83 | |
| | PPPSW Security Staff Time | n/a | n/a | $10,201.62 | $12,354.12 |
| | | n/a | n/a | $2,152.50 | |
| | Director of Business Continuity, Emergency Management, and Security Time | n/a | n/as | $5,300.40 | $5,300.40 |
| | Contracted security trainings | 240172 | 11/30/15 | $8,213.70 | $8,213.70 |
| | PPPSW Employees' Training for Active Shooter - Salary Expense | n/a | n/a | $12,846.87 | $12,846.87 |
| | | | | | $294,282.48 |

* = not all items on Invoice counted in Claimed Amount

| TOTAL COSTS | | | | | $294,282.48 |
|---|---|---|---|---|---|

| | Description | | Date | Amount | Subtotal |
|---|---|---|---|---|---|
| GRANTS FROM PPFA RELATED TO CMP | Security costs associated with increased opposition activity | | 7/1/2015 | $ 45,582 | $ 45,582 |
| | Necessary security systems at a health center | | 3/1/2016 | $ 10,909 | $ 10,909 |
| TOTAL GRANTS RECEIVED | | | | | $56,491.00 |
| | | | | | |
| NET TOTAL DAMAGES | | | | | $237,791.48 |

## PPLA DAMAGES

| Category | Description | Date | Amount | Subtotal |
|---|---|---|---|---|
| SECURITY - PHYSICAL & IT | Security guards for each of 20 health centers | 08/28/15 | $772.24 | $426,496.98 |
| | | 08/28/15 | $972.16 | |
| | | 08/28/15 | $865.48 | |
| | | 08/28/15 | $394.24 | |
| | | 08/28/15 | $806.40 | |
| | | 08/29/15 | $756.00 | |
| | | 08/28/15 | $742.00 | |
| | | 12/11/15 | $1,610.00 | |
| | | 12/18/15 | $630.00 | |
| | | 12/18/15 | $521.08 | |
| | | 12/18/15 | $518.00 | |
| | | 12/18/15 | $347.76 | |
| | | 12/18/15 | $1,470.00 | |
| | | 12/18/15 | $406.00 | |
| | | 12/18/15 | $210.00 | |
| | | 12/18/15 | $422.80 | |
| | | 12/18/15 | $252.00 | |
| | | 12/18/15 | $252.00 | |
| | | 12/18/15 | $420.00 | |
| | | 12/18/15 | $266.00 | |
| | | 12/18/15 | $266.00 | |
| | | 12/18/15 | $196.00 | |
| | | 12/18/15 | $266.00 | |
| | | 12/19/15 | $518.00 | |
| | | 12/19/15 | $28.00 | |
| | | 12/19/15 | $263.76 | |
| | | 12/25/15 | $1,246.00 | |
| | | 12/25/15 | $266.00 | |
| | | 12/25/15 | $298.76 | |
| | | 12/25/15 | $266.00 | |
| | | 01/01/16 | $1,395.00 | |
| | | 01/01/16 | $1,155.00 | |
| | | 01/01/16 | $280.00 | |
| | | 01/01/16 | $266.00 | |
| | | 12/05/15 | $1,143.24 | |
| | | 12/11/15 | $590.24 | |
| | | 12/11/15 | $1,228.64 | |
| | | 12/11/15 | $1,431.64 | |
| | | 12/11/15 | $1,562.68 | |
| | | 12/11/15 | $1,316.00 | |
| | | 12/11/15 | $1,484.00 | |
| | | 12/12/15 | $1,579.20 | |
| | | 12/11/15 | $1,288.00 | |
| | | 12/11/15 | $1,527.40 | |
| | | 12/12/15 | $1,677.48 | |
| | | 12/12/15 | $1,344.00 | |
| | | 12/11/15 | $1,587.60 | |
| | | 12/11/15 | $1,498.00 | |

1

CONFIDENTIAL

| Date | Amount |
|---|---|
| 12/12/15 | $1,500.24 |
| 12/12/15 | $1,484.00 |
| 12/12/15 | $1,540.00 |
| 12/12/15 | $1,575.00 |
| 12/04/15 | $294.00 |
| 12/04/15 | $1,243.20 |
| 12/04/15 | $1,176.00 |
| 12/04/15 | $540.00 |
| 12/04/15 | $1,092.00 |
| 12/04/15 | $1,067.36 |
| 12/04/15 | $1,157.24 |
| 12/04/15 | $1,234.24 |
| 12/04/15 | $1,101.24 |
| 12/05/15 | $1,305.00 |
| 12/05/15 | $1,332.24 |
| 12/05/15 | $1,316.00 |
| 12/05/15 | $1,040.76 |
| 12/05/15 | $1,176.56 |
| 12/05/15 | $1,127.00 |
| 12/05/15 | $1,148.00 |
| 12/05/15 | $1,050.00 |
| 12/05/15 | $1,164.52 |
| 12/05/15 | $1,095.92 |
| 12/05/15 | $1,265.88 |
| 02/05/16 | $1,463.00 |
| 02/06/16 | $284.76 |
| 02/06/16 | $266.00 |
| 02/06/16 | $1,431.00 |
| 11/20/15 | $1,309.00 |
| 11/20/15 | $210.00 |
| 11/20/15 | $277.76 |
| 11/27/15 | $1,204.00 |
| 11/28/15 | $280.00 |
| 11/28/15 | $266.00 |
| 11/20/15 | $378.00 |
| 11/06/15 | $1,800.00 |
| 11/06/15 | $1,330.00 |
| 11/07/15 | $196.00 |
| 11/07/15 | $284.76 |
| 11/07/15 | $1,395.00 |
| 11/13/15 | $1,390.76 |
| 11/14/15 | $284.76 |
| 11/14/15 | $70.00 |
| 10/23/15 | $926.24 |
| 10/23/15 | $728.00 |
| 10/23/15 | $980.00 |
| 10/23/15 | $718.76 |
| 10/23/15 | $784.00 |
| 10/23/15 | $728.00 |

CONFIDENTIAL

| Date | Amount |
|---|---|
| 10/23/15 | $728.00 |
| 10/23/15 | $196.00 |
| 10/23/15 | $851.76 |
| 10/23/15 | $728.00 |
| 10/23/15 | $1,526.00 |
| 10/23/15 | $708.40 |
| 10/23/15 | $728.00 |
| 10/23/15 | $756.00 |
| 10/23/15 | $989.80 |
| 10/23/15 | $840.00 |
| 10/23/15 | $931.00 |
| 10/23/15 | $728.00 |
| 10/23/15 | $736.12 |
| 10/23/15 | $1,493.24 |
| 10/31/15 | $296.24 |
| 10/30/15 | $0.00 |
| 10/02/15 | $1,658.44 |
| 10/02/15 | $1,530.76 |
| 10/02/15 | $1,522.92 |
| 10/02/15 | $1,994.16 |
| 10/02/15 | $1,516.76 |
| 10/02/15 | $1,932.00 |
| 10/02/15 | $1,484.00 |
| 10/02/15 | $648.76 |
| 10/03/15 | $1,484.00 |
| 10/03/15 | $1,519.00 |
| 10/03/15 | $585.00 |
| 10/03/15 | $1,691.48 |
| 10/03/15 | $1,570.24 |
| 10/03/15 | $1,484.00 |
| 10/03/15 | $1,514.52 |
| 10/03/15 | $1,598.24 |
| 10/03/15 | $1,569.40 |
| 10/03/15 | $1,551.76 |
| 10/03/15 | $1,409.24 |
| 10/03/15 | $1,460.76 |
| 10/09/15 | $625.24 |
| 10/09/15 | $1,558.76 |
| 10/09/15 | $1,925.00 |
| 10/09/15 | $1,470.00 |
| 10/09/15 | $1,491.84 |
| 10/09/15 | $1,645.84 |
| 10/09/15 | $1,661.52 |
| 10/09/15 | $1,512.00 |
| 10/09/15 | $1,484.00 |
| 10/09/15 | $1,901.48 |
| 10/10/15 | $1,580.04 |
| 10/10/15 | $1,471.96 |
| 10/10/15 | $1,479.24 |
| 10/10/15 | $1,740.48 |

CONFIDENTIAL

| Date | Amount |
|---|---|
| 10/10/15 | $1,538.88 |
| 10/10/15 | $1,535.24 |
| 10/10/15 | $1,484.00 |
| 10/10/15 | $1,652.00 |
| 10/10/15 | $1,553.16 |
| 10/16/15 | $709.52 |
| 10/16/15 | $1,773.24 |
| 10/16/15 | $1,498.28 |
| 10/16/15 | $2,003.40 |
| 10/16/15 | $1,483.72 |
| 10/16/15 | $1,672.72 |
| 10/16/15 | $1,575.00 |
| 10/16/15 | $1,952.16 |
| 10/17/15 | $1,498.00 |
| 10/17/15 | $1,589.00 |
| 10/17/15 | $1,484.28 |
| 10/17/15 | $1,465.52 |
| 10/17/15 | $1,597.96 |
| 10/17/15 | $1,540.28 |
| 10/17/15 | $1,589.00 |
| 10/17/15 | $1,514.24 |
| 10/17/15 | $1,484.00 |
| 10/17/15 | $1,484.00 |
| 10/17/15 | $1,670.76 |
| 10/10/15 | $0.00 |
| 09/25/15 | $1,572.48 |
| 10/02/15 | $1,658.44 |
| 09/25/15 | $2,323.72 |
| 09/25/15 | $2,049.88 |
| 09/11/15 | $1,663.20 |
| 09/11/15 | $620,76 |
| 09/11/15 | $1,134.56 |
| 09/11/15 | $714.00 |
| 09/11/15 | $1,302.00 |
| 09/11/15 | $1,148.00 |
| 09/18/15 | $1,540.00 |
| 09/18/15 | $1,512.00 |
| 09/18/15 | $1,491.00 |
| 09/18/15 | $1,540.56 |
| 09/18/15 | $1,031.24 |
| 09/18/15 | $1,712.76 |
| 09/18/15 | $1,540.00 |
| 09/19/15 | $1,544.20 |
| 09/19/15 | $1,391.88 |
| 09/19/15 | $1,672.72 |
| 09/19/15 | $1,325.24 |
| 09/19/15 | $1,484.00 |
| 09/19/15 | $1,305.36 |
| 09/19/15 | $1,650.04 |
| 09/19/15 | $1,608.60 |

4

CONFIDENTIAL

| Date | Amount |
|---|---|
| 09/19/15 | $1,589.00 |
| 09/19/15 | $1,500.24 |
| 09/19/15 | $1,624.00 |
| 09/25/15 | $1,596.00 |
| 09/25/15 | $1,598.24 |
| 09/25/15 | $1,484.00 |
| 09/25/15 | $1,512.00 |
| 09/25/15 | $1,557.92 |
| 09/25/15 | $1,484.00 |
| 09/25/15 | $1,530.76 |
| 09/25/15 | $613.76 |
| 09/25/15 | $1,533.00 |
| 09/25/15 | $1,484.00 |
| 09/25/15 | $1,531.04 |
| 09/25/15 | $1,711.08 |
| 09/25/15 | $1,525.16 |
| 09/25/15 | $1,479.24 |
| 09/25/15 | $2,049.88 |
| 09/25/15 | $2,323.72 |
| 09/25/15 | $1,668.24 |
| 09/25/15 | $1,473.64 |
| 09/25/15 | $1,711.08 |
| 09/11/15 | $756.00 |
| 09/11/15 | $767.76 |
| 09/11/15 | $756.00 |
| 09/11/15 | $756.00 |
| 09/11/15 | $1,484.00 |
| 09/11/15 | $777.00 |
| 09/12/15 | $816.76 |
| 09/12/15 | $1,176.00 |
| 09/12/15 | $882.00 |
| 09/12/15 | $352.24 |
| 09/12/15 | $812.00 |
| 09/12/15 | $261.24 |
| 09/12/15 | $786.24 |
| 09/04/15 | $1,484.00 |
| 09/04/15 | $1,465.24 |
| 09/04/15 | $639.24 |
| 09/04/15 | $1,552.04 |
| 09/04/15 | $1,587.60 |
| 09/04/15 | $1,760.36 |
| 09/04/15 | $1,556.52 |
| 08/01/15 | $849.34 |
| 08/11/15 | $1,556.25 |
| 08/11/15 | $1,412.50 |
| 08/11/15 | $1,425.00 |
| 08/11/15 | $706.65 |
| 08/11/15 | $1,350.00 |
| 08/11/15 | $1,418.75 |
| 08/11/15 | $1,356.25 |

CONFIDENTIAL

| | |
|---|---|
| 08/11/15 | $629.25 |
| 08/11/15 | $1,287.50 |
| 08/11/15 | $1,188.00 |
| 08/11/15 | $1,325.00 |
| 08/11/15 | $1,350.00 |
| 08/11/15 | $1,437.50 |
| 08/11/15 | $1,517.00 |
| 08/11/15 | $816.47 |
| 08/11/15 | $1,025.00 |
| 08/11/15 | $1,379.00 |
| 08/25/15 | $1,425.00 |
| 08/18/15 | $568.75 |
| 08/18/15 | $1,350.00 |
| 08/18/15 | $1,350.00 |
| 08/18/15 | $820.81 |
| 08/18/15 | $1,420.75 |
| 08/25/15 | $543.75 |
| 08/25/15 | $1,425.00 |
| 08/25/15 | $699.36 |
| 08/25/15 | $1,358.75 |
| 08/25/15 | $1,350.00 |
| 08/25/15 | $1,350.00 |
| 08/25/15 | $1,491.75 |
| 08/25/15 | $1,491.25 |
| 08/25/15 | $1,350.00 |
| 08/25/15 | $1,350.00 |
| 08/25/15 | $1,187.50 |
| 08/25/15 | $1,375.00 |
| 08/25/15 | $1,425.00 |
| 08/25/15 | $1,489.50 |
| 08/25/15 | $1,387.50 |
| 08/25/15 | $1,081.25 |
| 08/25/15 | $1,367.50 |
| 08/25/15 | $605.82 |
| 08/18/15 | $1,651.25 |
| 08/18/15 | $1,350.00 |
| 08/18/15 | $1,425.00 |
| 08/18/15 | $1,289.50 |
| 08/18/15 | $1,187.50 |
| 08/18/15 | $1,425.00 |
| 08/18/15 | $1,350.00 |
| 08/18/15 | $1,325.00 |
| 08/18/15 | $1,477.00 |
| 08/18/15 | $1,300.00 |
| 08/18/15 | $1,506.25 |
| 08/18/15 | $1,466.75 |
| 08/06/15 | $675.00 |
| 08/06/15 | $850.00 |
| 08/25/15 | $1,537.50 |
| 08/31/15 | $1,387.50 |

CONFIDENTIAL

| Date | Amount |
|---|---|
| 08/31/15 | $525.00 |
| 08/31/15 | $1,475.00 |
| 08/31/15 | $450.00 |
| 08/31/15 | $1,125.00 |
| 08/31/15 | $1,187.50 |
| 08/31/15 | $650.00 |
| 08/31/15 | $1,265.50 |
| 08/31/15 | $1,358.25 |
| 08/31/15 | $1,187.50 |
| 08/31/15 | $1,350.00 |
| 08/31/15 | $675.00 |
| 08/31/15 | $1,216.50 |
| 08/31/15 | $650.00 |
| 08/31/15 | $676.46 |
| 08/31/15 | $349.88 |
| 08/31/15 | $1,187.50 |
| 09/08/15 | $840.88 |
| 09/08/15 | $1,350.00 |
| 09/08/15 | $1,325.00 |
| 09/08/15 | $1,340.25 |
| 09/08/15 | $712.50 |
| 09/08/15 | $1,290.00 |
| 09/08/15 | $1,350.00 |
| 08/31/15 | $655.66 |
| 07/21/15 | $127.49 |
| 07/21/15 | $757.91 |
| 07/22/15 | $320.00 |
| 07/28/15 | $1,411.50 |
| 07/28/15 | $1,062.50 |
| 07/28/15 | $1,350.00 |
| 07/28/15 | $1,558.75 |
| 07/28/15 | $701.26 |
| 07/28/15 | $900.00 |
| 07/28/15 | $900.00 |
| 07/28/15 | $1,262.50 |
| 07/28/15 | $1,248.00 |
| 07/28/15 | $900.00 |
| 07/28/15 | $1,200.00 |
| 07/28/15 | $1,237.50 |
| 07/28/15 | $900.00 |
| 07/28/15 | $1,387.50 |
| 07/28/15 | $830.49 |
| 07/28/15 | $1,400.00 |
| 07/31/15 | $1,337.50 |
| 07/31/15 | $1,325.00 |
| 07/31/15 | $1,495.75 |
| 07/31/15 | $1,422.75 |
| 07/31/15 | $1,075.00 |
| 07/31/15 | $1,543.75 |
| 07/31/15 | $1,350.00 |

CONFIDENTIAL

|  |  | Date | Amount | Subtotal |
|---|---|---|---|---|
|  |  | 07/31/15 | $1,431.25 |  |
|  |  | 07/31/15 | $806.16 |  |
|  |  | 07/31/15 | $1,350.00 |  |
|  |  | 07/31/15 | $1,125.00 |  |
|  |  | 07/31/15 | $1,350.00 |  |
|  |  | 07/31/15 | $1,412.50 |  |
|  |  | 07/31/15 | $554.25 |  |
|  |  | 07/31/15 | $785.64 |  |
|  |  | 07/31/15 | $1,470.00 |  |
|  |  | 07/31/15 | $1,175.00 |  |
|  |  | 07/31/15 | $1,481.25 |  |
|  |  | 09/08/15 | $1,493.75 |  |
|  |  | 09/15/15 | $425.00 |  |
|  |  | 09/15/15 | $475.00 |  |
|  |  | 09/08/15 | $1,493.75 |  |
|  |  | 09/15/15 | $425.00 |  |
|  |  | 09/15/15 | $475.00 |  |
|  |  | 09/15/15 | $412.50 |  |
|  |  | 09/15/15 | $433.25 |  |
|  |  | 09/15/15 | $450.00 |  |
|  |  | 09/15/15 | $116.56 |  |
|  |  | 09/15/15 | $475.00 |  |
|  |  | 09/15/15 | $451.25 |  |
|  |  | 09/15/15 | $443.75 |  |
|  |  | 09/15/15 | $450.00 |  |
|  |  | 09/15/15 | $450.00 |  |
|  |  | 09/08/15 | $898.00 |  |
|  |  | 09/15/15 | $475.00 |  |
|  | IT Security Enhancements, including firewall enhancements | 11/18/15 | $71,154.66 | $117,067.55 |
|  |  | 11/18/15 | $15,474.00 |  |
|  |  | 12/10/15 | $15,503.89 |  |
|  |  | 08/10/15 | $12,685.00 |  |
|  |  | 08/20/15 | $2,250.00 |  |
|  |  |  |  | $543,564.53 |
| OTHER COSTS RELATING TO DEFENDANTS' ACTS | Grief/stress hotline for staff | 01/15/16 | $13,712.50 | $13,712.50 |
|  |  |  |  | $13,712.50 |
| TOTAL COSTS |  |  |  | $557,277.03 |

|  | Description | Date | Amount | Subtotal |
|---|---|---|---|---|
| GRANTS FROM PPFA RELATED TO CMP | CMP Security Grant | 05/01/16 | $129,212.00 | $129,212.00 |
| TOTAL GRANTS RECEIVED |  |  |  | $129,212.00 |

|  |  |
|---|---|
| NET TOTAL DAMAGES | $428,065.03 |

CONFIDENTIAL



| Category | Description | Invoice/Doc No. | Date | Amount | Subtotal |
|---|---|---|---|---|---|
| SECURITY | Security Guard for | 16-303 | 03/07/16 | $2,520.00 | $3,060 |
| | | 16-304 | 03/09/16 | $540.00 | |
| | Security System | 1134 | 03/10/16 | $1,089.00 | $3,789.00 |
| | | 445 AX | 03/10/16 | $2,700.00 | |
| | Online Threat Security Monitoring for Senior Staff | Check # 115233 | 08/18/15 | $6,000.00 | $12,000.00 |
| | | Check # 118670 | 07/01/16 | $6,000.00 | |
| | Additional Security for Organized Protests | 8132 | 08/24/16 | $2,000.00 | $4,960.00 |
| | | 8291 | 11/01/15 | $2,000.00 | |
| | | 16-1004* | 10/17/16 | $960.00 | |
| | Night Guard for Orange County Health Center | 8362 | 02/01/16 | $6,696.00 | $92,016.00 |
| | | 8385 | 03/01/16 | $6,048.00 | |
| | | C-8432 | 04/01/16 | $6,696.00 | |
| | | 8435 | 05/01/16 | $6,480.00 | |
| | | 8458 | 06/01/16 | $6,696.00 | |
| | | 8491 | 07/01/16 | $6,480.00 | |
| | | 8506 | 08/07/16 | $6,696.00 | |
| | | 8527 | 09/01/16 | $6,696.00 | |
| | | 8562 | 10/01/16 | $6,480.00 | |
| | | 8555 | 11/01/16 | $6,696.00 | |
| | | 8304 | 12/01/15 | $6,480.00 | |
| | | 8578 | 12/01/16 | $6,480.00 | |
| | | 8339 | 01/01/16 | $6,696.00 | |
| | | 9600 | 01/01/17 | $6,696.00 | |
| | Security Improvements | n/a | 04/04/16 | $20,472.48 | $71,039.16 |
| | | n/a | 06/16/16 | $23,985.72 | |
| | | n/a | 12/16/15 | $26,580.96 | |
| | Access Control System for Administrative Office | n/a | 06/16/16 | $7,855.92 | $7,855.92 |
| | Security Windows | 25386 | 03/11/16 | $787.00 | $51,716.00 |
| | | 26303 | 06/23/16 | $28,085.00 | |
| | | 25989 | 05/20/16 | $2,015.00 | |
| | | 25785 | 04/25/16 | $3,632.00 | |
| | | 25714 | 04/19/16 | $3,360.00 | |
| | | 25759 | 04/25/16 | $1,887.00 | |
| | | 25474 | 03/08/16 | $2,800.00 | |
| | | 25543 | 03/14/18 | $9,150.00 | |
| | Threat Alert System | PMN22302016 | 06/21/16 | $11,438.50 | $11,438.50 |
| | Security Enhacements to San Bernadino Clinic | n/a | 12/07/16 | $2,688.12 | $43,353.15 |
| | | 1503* | 01/12/17 | $40,665.03 | |
| | Additional Security Guards | 8305 | 12/01/15 | $1,200.00 | $1,680.00 |
| | | 16-403 | 04/11/16 | $480.00 | |

| Category | Description | Invoice/Doc No. | Date | Amount | Subtotal |
|---|---|---|---|---|---|
| **SECURITY** | Physical Security Enhancements | 1760 | 03/24/16 | $68,100.93 | $416,053.93 |
| | | 1763 | 04/06/16 | $63,544.00 | |
| | | 1783 | 05/06/16 | $140,232.50 | |
| | | 1752 | 06/05/16 | $75,882.85 | |
| | | 1814 | 07/30/16 | $44,637.65 | |
| | | 1859 | 10/18/16 | $23,656.00 | |
| | IT Penetration Testing | 1754 | 11/02/16 | $5,660.00 | $5,660.00 |
| | Firewall | PBOSBC32885 | 08/24/15 | $2,218.99 | $4,437.98 |
| | | PPOSBC33457 | 09/30/15 | $2,218.99 | |
| | Patient Record Security System | INV023488 | 12/29/15 | $34,758.75 | $69,858.18 |
| | Enhancements | INV023489 | 12/30/15 | $1,405.21 | |
| | | INV024559 | 03/14/16 | $2,803.40 | |
| | | Q-00091132 | 03/11/16 | $2,580.00 | |
| | | Q-00101410 | 04/08/16 | $6,450.00 | |
| | | Q-00096585 | 04/06/16 | $12,600.00 | |
| | | PPOSBC36364 | 03/07/16 | $4,060.32 | |
| | | PBOSBC35608 | 01/25/16 | $1,600.00 | |
| | | PBOSBC36350 | 03/09/16 | $3,600.50 | |
| | Dual-Factor Authentication | 17380498 | 10/12/16 | $3,600.00 | $3,639.00 |
| | Upgrade | 8682714 | 12/01/16 | $39.00 | |
| | | | | | $802,556.82 |
| | | | | | |
| **CLEAN UP FROM VANDALISM** | Replace broken window at Orange, CA location | 24596 | 10/11/15 | $2,961.34 | |
| | | | | | $2,961.34 |
| | | | | | |
| | | * = not all items counted in Amount | | | |
| **TOTAL COSTS** | | | | | $805,518.16 |

| | Description | | Date | Amount | Subtotal |
|---|---|---|---|---|---|
| **GRANTS FROM PPFA RELATED TO CMP** | Affiliate's security improvements and costs | | 3/1/2016 | $   6,000 | $   6,000 |
| **TOTAL GRANTS RECEIVED** | | | | | $6,000.00 |
| | | | | | |
| **NET TOTAL DAMAGES** | | | | | $799,518.16 |



## PPCCC DAMAGES

| Category | Description | Date | Amount | Subtotals |
|---|---|---|---|---|
| SECURITY - PHYSICAL & IT | Security alarm system enhancement | 11/15/15 | $1,393.77 | $24,507.99 |
| | | 03/31/16 | $402.26 | |
| | | 05/15/16 | $1,393.77 | |
| | | 04/15/16 | $495.00 | |
| | | 05/27/16 | $180.65 | |
| | | 07/15/16 | $495.00 | |
| | | 08/15/16 | $1,542.24 | |
| | | 10/15/16 | $495.00 | |
| | | 11/15/16 | $1,542.24 | |
| | | 11/30/16 | $562.66 | |
| | | 12/15/16 | $1,582.47 | |
| | | 12/23/15 | $113.23 | |
| | | 01/15/16 | $195.00 | |
| | | 04/15/16 | $195.00 | |
| | | 05/15/16 | $416.00 | |
| | | 06/15/16 | $90.00 | |
| | | 07/15/16 | $105.00 | |
| | | 10/15/16 | $105.00 | |
| | | 12/15/16 | $172.74 | |
| | | 12/15/16 | $153.55 | |
| | | 12/18/15 | $200.65 | |
| | | 04/15/16 | $195.00 | |
| | | 05/15/16 | $210.00 | |
| | | 07/15/16 | $195.00 | |
| | | 08/15/16 | $210.00 | |
| | | 10/15/16 | $195.00 | |
| | | 11/15/16 | $210.00 | |
| | | 12/31/16 | $71.13 | |
| | | 12/31/16 | $118.55 | |
| | | 12/15/15 | $350.07 | |
| | | 12/31/15 | $1,194.36 | |
| | | 12/31/15 | $108.06 | |
| | | 01/15/16 | $135.00 | |
| | | 04/15/16 | $317.52 | |
| | | 07/15/16 | $135.00 | |
| | | 07/31/16 | $1,145.06 | |
| | | 09/15/16 | $601.56 | |
| | | 10/15/16 | $135.00 | |
| | | 12/15/16 | $86.94 | |
| | | 12/15/16 | $601.56 | |
| | | 12/31/16 | $333.55 | |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| | | 10/15/15 | $703.89 | |
| | | 02/16/16 | $210.63 | |
| | | 03/15/16 | $210.63 | |
| | | 04/15/16 | $1,407.78 | |
| | | 05/15/16 | $368.39 | |
| | | 06/15/16 | $240.63 | |
| | | 07/31/16 | $31.94 | |
| | | 09/15/16 | $285.63 | |
| | | 07/15/16 | $703.89 | |
| | | 10/15/16 | $320.00 | |
| | | 09/15/16 | $285.63 | |
| | | 12/15/16 | $938.52 | |
| | | 12/15/16 | $420.84 | |
| | Photo Scan System | 09/04/15 | $4,541.40 | $25,436.00 |
| | | 09/07/15 | $4,541.40 | |
| | | 10/08/15 | $4,541.40 | |
| | | 10/08/15 | $4,541.40 | |
| | | 10/13/15 | $4,541.40 | |
| | | 12/10/15 | $2,729.00 | |
| | Lighting at Thousand Oaks Health Center | 02/19/16 | $15,352.00 | $15,352.00 |
| | IT security enhancements | 03/03/16 | $6,839.78 | $124,076.53 |
| | | 03/03/16 | $36,833.34 | |
| | | 08/21/15 | $683.47 | |
| | | 09/22/15 | $225.00 | |
| | | 10/06/15 | $10,331.17 | |
| | | 10/07/15 | $1,275.00 | |
| | | 11/16/15 | $582.27 | |
| | | 11/24/15 | $1,139.61 | |
| | | 12/02/15 | $4,477.02 | |
| | | 12/02/15 | $1,459.77 | |
| | | 02/05/16 | $4,313.22 | |
| | | 02/05/16 | $15,261.93 | |
| | | 02/05/16 | $8,024.25 | |
| | | 02/05/16 | $10,693.35 | |
| | | 03/16/16 | $21,937.35 | |
| | | | | $189,372.52 |
| | | | | |
| VANDALISM, PROTESTS & | Window vandalism | 08/29/15 | $1,750.00 | $8,471.05 |

| SECURITY INCIDENTS | | 08/29/15 | $6,721.05 | |
|---|---|---|---|---|
| | | | | $8,471.05 |
| | | | | |
| LOSS OF PATIENT REVENUE DUE TO HACK | Reduced patient volumes due to patient portal disruption | | | $85,353.95 |
| | | | | $85,353.95 |
| | | | | |
| OTHER COSTS RELATING TO DEFENDANTS' ACTS | Staff time spent responding to videos and security training | | | $17,668.55 |
| | | | | $17,668.55 |
| TOTAL COSTS | | | | $300,866.07 |
| | | | | |
| NET TOTAL DAMAGES | | | | $300,866.07 |

CONFIDENTIAL

| PPPSGV DAMAGES | | | | |
|---|---|---|---|---|
| **Category** | **Description** | **Date** | **Amount** | **Subtotals** |
| SECURITY - PHYSICAL & IT | ▮ Auditor | 7/10/2017 | $4,867.96 | $4,867.96 |
| | ▮ | 12/16/2015 | $208.63 | $10,523.78 |
| | | 4/28/2016 | $7,950.00 | |
| | | 11/12/2016 | $500.00 | |
| | | 2/7/2017 | $1,865.15 | |
| | ▮ Audit | 4/20/2017 | $2000.00 | $7,899.26 |
| | | 3/30/2017 | $2000.00 | |
| | | 10/6/2016 | $649.26 | |
| | | 8/25/2016 | $3250.00 | |
| | ▮ Firewalls | 4/1/2016 | $15,725.88 | $15,725.88 |
| | ▮ End-Point | 9/25/2015 | $3,589.80 | $3,589.80 |
| | Installation of fence, gate, and security landscaping at the Pasadena Health Center | 01/04/17 | $3,000.00 | $26,522.54 |
| | | 02/01/17 | $746.00 | |
| | | 02/11/17 | $959.00 | |
| | | 03/01/17 | $965.50 | |
| | | 03/15/17 | $5,211.50 | |
| | | 04/01/17 | $7,536.29 | |
| | | 04/15/17 | $3,720.63 | |
| | | 05/03/17 | $3,869.14 | |
| | | 05/15/17 | $324.49 | |
| | | 06/01/17 | $189.99 | |
| | | 05/09/17 | $12,000.00 | $155,125.00 |
| | | 05/30/17 | $28,000.00 | |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| | 06/29/17 | $28,000.00 | |
| | 08/16/17 | $28,000.00 | |
| | 09/21/17 | $28,688.00 | |
| | 12/07/17 | $23,392.00 | |
| | 01/29/18 | $7,045.00 | |
| | 03/20/18 | $19,673.00 | $39,345.00 |
| | 03/20/18 | $19,672.00 | |
| | 02/21/18 | $18,077.04 | $37,051.04 |
| | 02/27/18 | $18,077.00 | |
| | 02/28/18 | $897.00 | |
| | 04/01/18 | $4,000.00 | $4,000.00 |
| Wireless Duress Buttons all sites | 05/10/17 | $339.89 | $339.89 |
| Badge Reader Eagle Rock | 08/08/17 | $475.37 | $475.37 |
| Lock Down Button in Glendora | 10/31/16 | $1,902.57 | $1,902.57 |
| Security Film Alhambra | 07/14/17 | $750.00 | $1,500.00 |
| | 08/02/17 | $750.00 | |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Security Film Glendora | 07/14/17 | $875.00 | $1,750.00 |
| | 08/01/17 | $875.00 | |
| Security Film Pasadena & Ridder House | 11/29/17 | $4,025.00 | $4,875.00 |
| | 03/07/18 | $850.00 | |
| Security Film Eagle Rock Waiting Room | 12/15/17 | $2,772.00 | $2,772.00 |
| Security Film Eagle Rock Reception Window | 02/15/18 | $430.00 | $1,485.00 |
| | 02/22/18 | $430.00 | |
| | 03/19/18 | $625.00 | |
| Half Day Security Guard for Pasadena Health Center on Saturdays due to protesters | 11/02/16 | $1,080.00 | $1,080.00 |
| | 02/24/17 | $120.00 | $120.00 |
| Security Guard | 11/30/16 | $600.00 | $840.00 |
| | 12/19/16 | $240.00 | |
| Purchase and installation of new lighting and security cameras and control system at Pasadena Health Center | 12/05/16 | $2,580.99 | $9,585.79 |
| | 08/24/15 | $415.00 | |
| | 02/09/16 | $888.18 | |
| | 11/02/16 | $700.87 | |
| | 10/11/16 | $2,615.84 | |
| | 40 hrs | $1,224.40 | |
| | 10 hrs | $451.10 | |
| | 11/03/16 | $709.41 | |
| Private security for Medical Director in July 2015 | 08/05/15 | $6,105.00 | $6,105.00 |
| Increased security for Fall Benefit | 10/17/16 | $765.00 | $765.00 |
| Increased security for three separate protests in September/October 2015 | 08/24/15 | $360.00 | $1,590.00 |
| | 10/13/15 | $510.00 | |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| | | 11/24/15 | $720.00 | |
| | Security training for staff (including Staff Time) | 12/10/15 | $114.55 | $2,348.68 |
| | | 12/11/15 | $255.33 | |
| | | 12/14/15 | $135.32 | |
| | | 12/15/15 | $237.06 | |
| | | 12/16/15 | $369.67 | |
| | | 12/17/15 | $1,236.75 | |
| | Reputation.com subscription for Senior Staff | 10/13/15 | $3,000.00 | $6,000.00 |
| | | 10/16/15 | $3,000.00 | |
| | Full time security guards for all health centers (November/December 2015) | 12/07/15 | $8,595.00 | $16,477.50 |
| | | 12/14/15 | $7,762.50 | |
| | | 12/22/15 | $120.00 | |
| | Full time security guard at Pasadena Health Center (December 2015 - July 2016) | 02/08/16 | $2,471.25 | $5,838.75 |
| | | 05/03/16 | $2,722.50 | |
| | | 08/02/16 | $645.00 | |
| | Increased security at fall benefit, October 2015 | 10/06/15 | $2,155.00 | $2,155.00 |
| | Security Guard at Pasadena Health Center | 11/30/16 | $600.00 | $600.00 |
| | | 12/19/16 | $240.00 | $240.00 |
| | | | | **$357,769.93** |
| **LOSS OF PATIENT REVENUE DUE TO HACK** | Reduced patient volumes due to patient portal disruption | | $39,023.00 | $39,023.00 |
| | | | | **$39,023.00** |
| **OTHER COSTS RELATING TO DEFENDANTS' ACTS** | Revenue lost due to security training | | $4,745.00 | $4,745.00 |
| | Extra Staffing During National Protest - senior leaders sent to support/help, escort patients, etc. | 10/10/15 | $2,471.76 | $2,471.76 |

CONFIDENTIAL

| | Security Manager job - majority of time spent responding to security concerns related to CMP for 6 months after release of videos | n/a | $21,750.00 | $21,750.00 |
|---|---|---|---|---|
| | | | | $28,966.76 |
| **TOTAL COSTS** | | | | **$425,759.69** |
| | | | | |
| | **Description** | **Date** | **Amount** | **Subtotal** |
| **GRANTS FROM PPFA** | CMP Security Grant | 05/01/16 | $10,000.00 | $24,309.00 |
| **RELATED TO CMP** | CMP Security Grant | 7/?/2015 | $14,309.00 | |
| | | | | |
| **NET TOTAL DAMAGES** | | | | **$401,450.69** |

CONFIDENTIAL

| PPGC DAMAGES -- CONFIDENTIAL | | | | |
|---|---|---|---|---|
| **Category** | **Description** | **Date** | **Amount** | **Subtotal** |
| **SECURITY - PHYSICAL & IT** | Security guard for Staff | 08/26/15 | $5,520 | $5,520 |
| | Camera system for Staff | 08/25/15 | $11,927.95 | $11,927.95 |
| | Moving camera system for Staff | 11/11/16 | $2,759.98 | $2,759.98 |
| | ASC Security System Addition | 12/02/15 | $1,168.98 | $1,168.98 |
| | | 01/18/16 | $3,425.14 | $3,425 |
| | Staff Home Security System | 01/28/16 | $408.64 | $408.64 |
| | Window enclosures at Intake | 07/01/16 | $46,651.00 | $46,651.00 |
| | | | | **$71,861.69** |
| **STATE INVESTIGATIONS** | Total legal fees for services related to investigations | 11/12/2015 | $26,498.75 | $96,262.50 |
| | | 12/30/2015 | $49,397.50 | |
| | | 1/19/2016 | $3,420.00 | |
| | | 2/12/2016 | $9,515.00 | |
| | | 4/21/2016 | $2,475.00 | |
| | | 4/22/2016 | $2,671.25 | |
| | | 5/31/2016 | $1,295.00 | |
| | | 7/21/2016 | $618.75 | |
| | | 8/24/2016 | $247.50 | |
| | | 1/19/2017 | $123.75 | |
| | | 8/6/2015 | $396.50 | $17,346.69 |
| | | 11/9/2015 | $1,680.00 | |
| | | 1/11/2016 | $4,404.67 | |
| | | 2/23/2016 | $4,189.83 | |
| | | 12/31/2016 | $3,028.37 | |
| | | 1/24/2017 | $1,977.27 | |
| | | 6/20/2017 | $1,189.82 | |
| | | 8/14/2017 | $326.90 | |
| | | 9/19/2017 | $153.33 | |
| | | 11/23/2015 | $1,975.60 | $1,975.60 |
| | | 8/18/2015 | $2,000.00 | $57,701.57 |
| | | 8/26/2015 | $10,000.00 | |
| | | 11/1/2015 | $5,000.00 | |
| | | 5/25/2016 | $7,500.00 | |
| | | | -$938.22 | |
| | | 1/12/2017 | $22,326.79 | |
| | | 8/28/2015 | $1,000.00 | |
| | | 8/28/2015 | $10,000.00 | |
| | | 12/3/2015 | $9,835.00 | |
| | | | -$9,022.00 | |
| | | 11/20/2015 | $2,220.99 | $2,220.99 |
| | | 8/14/2015 | $2,372.00 | $5,435.00 |
| | | 5/31/2016 | $315.00 | |
| | | 9/26/2016 | $2,748.00 | |
| | | | | **$180,942.35** |
| **OTHER COSTS RELATING TO DEFENDANTS' ACTS** | Staff time stemming from CMP video release | | $123,200.00 | $123,200.00 |
| | | | | **$123,200.00** |
| **TOTAL COSTS** | | | | **$376,004.04** |

| | **Description** | **Date** | **Amount** | **Subtotal** |
|---|---|---|---|---|
| **GRANTS FROM PPFA RELATED TO CMP** | CMP Security Grant | 7/1/2015 | $17,448 | $ 17,448 |
| | CMP Security Grant | 7/29/2015 | $19,493 | $ 19,493 |
| **TOTAL GRANTS RECEIVED** | | | | **$36,941.00** |

| **NET TOTAL DAMAGES** | | | | **$339,063.04** |

# EXHIBIT 8



4600 Gulf Freeway
Houston, TX 77023
p: 713.522.6240
www.ppgulfcoast.org

Planned Parenthood Gulf Coast

March 9, 2016

**DOE1010**
Senior Director, Affiliate Administrative Operations
Planned Parenthood Federation of America,

Dear DOE1010

As we move forward after the Center for Medical Progress (CMP) smear videos, and the
Colorado Springs shooting, and the indictments of CMP actors, we have taken a second
and third look at our security needs to determine what can be enhanced.

We brought in Mark Mellor from National Abortion Federation to evaluate our
headquarters and a physician's new home, and to meet with staff so they could share
concerns about their safety. We also had Houston Police Department SWAT leadership
walk through our headquarters and look at our policies, protocols, and facilities. The
indictments of the CMP actors were a boost to morale and led to a feeling of vindication
for staff and supporters, yet it enraged opposition and elevated our security concerns.

We began to implement many of the recommendations from experts, none of which
were included in this year's budget.

The NAF suggestions included:
- adding a camera to the REDACTED FOR SECURITY
- adding an access control card reader between REDACTED FOR SECURITY
- add glass windows REDACTED FOR SECURITY where we currently have pull down metal
  shutters, but the area is otherwise open (we have written a separate foundation
  grant request to cover this expense, which may be in the $150,000 - $200,000
  range)
- change a lock on one of the physicians doors at her home, and add peepholes

In addition to the NAF recommendation for Houston, we have made other
enhancements that came from staff concerns and opposition activity. In Baton Rouge, a
family planning only center, we had a protester come into the clinic to confront staff
about videos, have had #ProtestPP activities, and overall have had increased protester
and general opposition activity in the last year. Law enforcement has expressed
concerns about some of the tactics used and discussed by opposition. In December, we
added cameras on the REDACTED FOR SECURITY We are moving to a new
location later this year, and the cameras will be transferred to that site once completed.

Houston Police were very impressed with our facility design, and protocols, REDACTED FOR SECURITY

# REDACTED FOR SECURITY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Planned Parenthood Gulf Coast

The costs to increase security needs after the video releases, Colorado Springs and the indictments breaks down as follows:

| | | |
|---|---|---|
| Card reader | $ | 3,425.14 |
| Camera | $ | 1,168.98 |
| Locksmith at **DOE9004** | $ | 408.64 |
| Baton Rouge cameras | $ | 13,490.38 |
| REDACTED FOR SECURITY | $ | 1,000.00 |

The total cost is $19,493.14.

I continue to appreciate the advice, support, and assistance from you and DOE1012 We all had a challenging 2015, but I am hopeful for 2016 and a pendulum swing to the direction of reason.

Sincerely,

Melaney Linton,
President and Chief Executive Officer
Planned Parenthood Gulf Coast.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY