4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    PLANNED PARENTHOOD                    Case No. 16-cv-00236-WHO  (DMR)
     FEDERATION OF AMERICA, INC., et al.,
8
                  Plaintiffs,
9                                          **ORDER ON JOINT DISCOVERY
           v.                              LETTER RE: AIMS REPORTS**
10
     CENTER FOR MEDICAL PROGRESS, et       Re: Dkt. No. 560
11   al.,

12                Defendants.

13          The court has received the parties' April 22, 2019 joint discovery letter in which

14   Defendants move to compel Plaintiffs' production of reports of security incidents, known as

15   "AIMS reports," for all Planned Parenthood affiliates for the time period January 2014 through

16   December 2016.  [Docket No. 560.]  This matter is appropriate for resolution without a hearing.

17   Civ. L.R. 7-1(b).  For the following reasons, the motion is granted in part.

18          Planned Parenthood affiliates report security incidents to Planned Parenthood Federation

19   of America ("PPFA") in the form of AIMS reports.  Jt. Letter 1.  Plaintiffs state that they have

20   produced AIMS reports for the nine Plaintiff affiliates for the 12 months following the first release

21   of Defendant Center for Medical Progress's videos in July 2015, i.e. for the period July 2015

22   through July 2016.  [Docket No. 580.]  Defendants move to compel the production of AIMS

23   reports for a longer time period and for additional affiliates in order to disprove Plaintiffs'

24   allegation of a "dramatic increase in the threats, harassment, and criminal activities targeting . . .

25   Planned Parenthood health centers" following the July 2015 release of the videos and defeat

26   Plaintiffs' claim for damages related to increased security costs.  Jt. Letter 1 (quoting First Am.

27   Compl. ¶ 142), 3.  Neither side addresses the proportionality of the requested discovery in the joint

28   letter.

1       The court orders the following: by May 13, 2019, Plaintiffs shall produce all AIMS reports

2   for the nine Plaintiff affiliates for the time period January 1, 2015 through July 31, 2016, to the

3   extent such reports have not already been produced.  Defendants may identify five non-Plaintiff

4   affiliates for which Plaintiffs must produce all AIMS reports for the same time period, January 1,

5   2015 through July 31, 2016.  Defendants must identify the additional five non-Plaintiff affiliates to

6   Plaintiffs by 9:00 a.m. on May 6, 2019.  Plaintiffs must produce the AIMS reports for those five

7   non-Plaintiff affiliates by May 13, 2019.  Plaintiffs may make any necessary redactions to the

8   documents consistent with their prior production of AIMS reports.

9

10   **IT IS SO ORDERED.**

11   Dated: May 3, 2019



United States District Court
Northern District of California
Donna M. Ryu
United States Magistrate Judge
Judge Donna M. Ryu

2