STEVEN L. MAYER (No. 62030)
SHARON D. MAYO (No. 150469)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:   (415) 471-3100
Facsimile:    (415) 471-3400
Email:   steve.mayer@arnoldporter.com
              sharon.mayo@arnoldporter.com

DIANA STERK (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone:   (212) 836-8000
Email:   diana.sterk@arnoldporter.com

RHONDA R. TROTTER (No. 169241)
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone:   (213) 243-4000
Email:   rhonda.trotter@arnoldporter.com

BETH H. PARKER (No. 104773)
PLANNED PARENTHOOD NORTHERN CALIFORNIA
2185 Pacheco Street
Concord, California 94520
Telephone:   (415) 531-1791
Email: beth.parker@ppnorcal.org

HELENE T. KRASNOFF
(admitted *pro hac vice*)
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005-6300
Telephone:   (202) 973-4800
Email:   helene.krasnoff@ppfa.org

AMY L. BOMSE (No. 218669)
ROGERS JOSEPH O'DONNELL
311 California St., 10th Floor
San Francisco, California 94104
Telephone:   (415) 956-2828
Email: ABomse@rjo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>Defendants. | Case No. 3:16-cv-00236-WHO<br><br>**NOTICE OF ERRATA TO DECLARATION OF DIANA STERK IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   July 17, 2019<br>Time:   2:00 p.m.<br>Place:  Courtroom 2, 17th Floor<br>Judge:  Honorable William H. Orrick |

1  PLEASE TAKE NOTICE that, due to inadvertent clerical errors, the following are changes relating to the DECLARATION OF DIANA STERK IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (ECF No. 607, electronically filed and served on May 23, 2017):

1. The incorrect document was attached as Exhibit 34. A true and correct copy of Defendants the Center For Medical Progress and BioMax Procurement Services, LLC's Responses to Planned Parenthood Shasta-Diablo, Inc. dba Planned Parenthood Northern California's Interrogatories (Set One) is attached hereto.

2. The video clip referred to as Exhibit 39 was neither served nor filed manually with the Court. This video clip on CD will be lodged and served on all parties today.

Dated: July 15, 2019    Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

ROGERS JOSEPH O'DONNELL

By: */s/ Diana Sterk*
    Diana Sterk
    Attorneys for Plaintiffs