UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>Defendants. | Case No. 16-cv-00236-WHO<br><br>**ORDER REQUIRING RESPONSE TO OBJECTIONS TO NONDISPOSITIVE PRETRIAL ORDERS**<br><br>Re: Dkt. Nos. 703, 708 |

Defendants have filed objections to nondispositive pretrial orders issued by Judge Ryu. Dkt. Nos. 703, 708 (objections to Rulings at Dkt. No. 680).

Plaintiffs shall file responses to those objections, not to exceed five pages each, on or before July 29, 2019, and the objections will be taken under submission.

**IT IS SO ORDERED.**

Dated: July 16, 2019



William H. Orrick
United States District Judge