**Arnold & Porter**

Rhonda R. Trotter
+1 213.243.4153 Direct
Rhonda.Trotter@arnoldporter.com

August 12, 2019

Hon. William H. Orrick
San Francisco Courthouse
Courtroom 2, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Request re Trial Schedule in Light of Jewish Holidays, *Planned Parenthood Federation of America, et al. v. Center For Medical Progress, et al.*, Case No. 3:16-cv-0236-WHO

Your Honor:

Plaintiffs wish to raise with the Court an issue with respect to the scheduling of the first day of trial. September 30, the date currently set for the first day of trial, is also Rosh Hashanah. Rosh Hashanah ends on the evening of October 1. Yom Kippur begins the evening of October 8 and ends the evening of October 9.

To accommodate both counsel and prospective jurors who observe the Jewish Holidays, Plaintiffs respectfully request that the Court is "dark" as to the trial on September 30 and October 1 and 9.

Defendants take no position on Plaintiffs' request. However, Defendants wish to advise the Court that they have made non-refundable lodging arrangements at a local hotel, and each proposed "dark" day would cost Defendants collectively $4,000. If Defendants advise their hotel of a change to the trial schedule prior to this Friday, August 16, the hotel is willing to waive this significant penalty for September 30 and October 1, but not for October 9.

We appreciate the Court's consideration of this request.

Respectfully Submitted,

*/s/ Rhonda R. Trotter*