STEVEN L. MAYER (No. 62030)
SHARON D. MAYO (No. 150469)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400
Email:  steve.mayer@arnoldporter.com
        sharon.mayo@arnoldporter.com

DIANA STERK (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone:  (212) 836-8000
Email:  diana.sterk@arnoldporter.com

RHONDA R. TROTTER (No. 169241)
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, California  90017
Telephone:  (213) 243-4000
Email:  rhonda.trotter@arnoldporter.com

BETH H. PARKER (No. 104773)
PLANNED PARENTHOOD NORTHERN CALIFORNIA
2185 Pacheco Street
Concord, California  94520
Telephone:  (415) 531-1791
Email:  beth.parker@ppnorcal.org

HELENE T. KRASNOFF
  (admitted *pro hac vice*)
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005
Telephone:  (202) 973-4800
Email:  helene.krasnoff@ppfa.org

AMY L. BOMSE (No. 218669)
ROGERS JOSEPH O'DONNELL
311 California St., 10th Floor
San Francisco, California  94104
Telephone: (415) 956-2828
Email: ABomse@rjo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES, LLC, et.al.,<br><br>Defendants. | Case No. 3:16-cv-00236-WHO<br><br>**DECLARATION OF DIANA STERK IN SUPPORT OF PLAINTIFFS' OMNIBUS MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERTS ON *DAUBERT* GROUNDS** |

I, Diana Sterk, hereby declare as follows:

1. I am a Senior Associate at the law firm of Arnold Porter Kaye Scholer LLP, counsel of record for Plaintiffs. I make this declaration in support of Plaintiffs' Omnibus Motion To Exclude Testimony of Defendants' Experts on *Daubert* Grounds. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Attached hereto as Exhibit A is a true and correct copy of the expert report of Paul Zimmer dated March 15, 2019.

3. Attached hereto as Exhibit B is a true and correct copy of the supplemental expert report of Mr. Zimmer dated May 1, 2019.

4. Attached hereto as Exhibit C is a true and correct copy of the deposition of Mr. Zimmer dated May 2, 2019.

5. Attached hereto as Exhibit D is a true and correct copy of the expert report of Dr. Elizabeth Eccher dated April 7, 2019.

6. Attached hereto as Exhibit E is a true and correct copy of Siok Swan Tan et al., *Comparing Methodologies For The Allocation Of Overhead And Capital Costs To Hospital Services*, 12 Value in Health 530 (2009).

7. Attached hereto as Exhibit F is a true and correct copy of the expert report of James Wood dated March 15, 2019.

8. Attached hereto as Exhibit G is a true and correct copy of the deposition of Mr. Wood dated April 29, 2019.

9. Attached hereto as Exhibit H is a true and correct copy of the expert report of Dr. Forrest Smith dated March 15, 2019.

10. Attached hereto as Exhibit I is a true and correct copy of the deposition of Dr. Smith dated May 16, 2019.

11. Attached hereto as Exhibit K is a true and correct copy of the expert report of Dr. Theresa Deisher dated March 15, 2019.

12. Attached hereto as Exhibit L is a true and correct copy of the deposition of Dr.

1 | Deisher dated May 28, 2019.

2 |     13.    Attached hereto as Exhibit M is a true and correct copy of the expert report of Brian
3 | Prendergast dated March 14, 2019.

4 |     14.    Attached hereto as Exhibit N is a true and correct copy of the deposition of Mr.
5 | Prendergast dated May 1, 2019.

6 | I hereby declare under penalty of perjury under the laws of the United States that the facts
7 | set forth herein are true and correct.

Dated: August 12, 2019               Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By:  /s/ *Diana Sterk*
      Diana Sterk

Attorneys for Plaintiffs

US 165814499

- 2 -
STERK DECL. ISO PLS.' OMNIBUS MOT. TO EXCLUDE TEST. OF DEFS.' EXPERTS ON *DAUBERT* GROUNDS