UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTER FOR MEDICAL PROGRESS, et al., <br><br> Defendants. | Case No. 16-cv-00236-WHO <br><br> **ORDER RE DARK TRIAL DAYS** |

Having reviewed plaintiffs' request concerning the observance of Jewish Holidays and the Court's own schedule, the Court will be dark (there will be no trial or other proceeding in this matter) on the following days:

September 30, October 1, October 7, and October 9, 2019.

Additional days will be dark later in October. Those dates as well as general trial scheduling matters will be discussed at the Pretrial Conference.

**IT IS SO ORDERED.**

Dated: August 15, 2019

William H. Orrick
United States District Judge