STEVEN L. MAYER (No. 62030)
SHARON D. MAYO (No. 150469)
JEREMY T. KAMRAS (No. 237377)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
Email: steven.mayer@arnoldporter.com
sharon.mayo@arnoldporter.com
jeremy.kamras@arnoldporter.com

DIANA STERK (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Email: diana.sterk@arnoldporter.com

RHONDA R. TROTTER (No. 169241)
OSCAR D. RAMALLO (No. 241487)
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone: (213) 243-4000
Email: rhonda.trotter@arnoldporter.com
oscar.ramallo@arnoldporter.com

BETH H. PARKER (No. 104773)
PLANNED PARENTHOOD NORTHERN CALIFORNIA
2185 Pacheco Street
Concord, California 94520
Telephone: (415) 531-1791
Email: beth.parker@ppnorcal.org

HELENE T. KRASNOFF
(admitted *pro hac vice*)
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005-6300
Telephone: (202) 973-4800
Email: helene.krasnoff@ppfa.org

AMY L. BOMSE (No. 218669)
ROGERS JOSEPH O'DONNELL
311 California St., 10th Floor
San Francisco, California 94104
Telephone: (415) 956-2828
Email: ABomse@rjo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.,<br><br>             Plaintiffs,<br><br>        v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>             Defendants. | Case No. 3:16-cv-00236-WHO<br><br>**PLAINTIFFS' DETAILED STATEMENT OF RELIEF CLAIMED**<br><br>Pre-Trial Conference Date: September 9, 2019<br>Trial Date: October 2, 2019 |

Pursuant to this Court's Civil Pretrial Order (Dkt. 721) and Order Regarding Pre-Trial Conference (Dkt. 736), Plaintiffs Planned Parenthood Federation of America, Inc.; Planned Parenthood Shasta-Diablo, Inc. dba Planned Parenthood Northern California; Planned Parenthood Mar Monte, Inc.; Planned Parenthood of the Pacific Southwest; Planned Parenthood Los Angeles; Planned Parenthood Orange and San Bernardino Counties, Inc.; Planned Parenthood California Central Coast; Planned Parenthood Pasadena and San Gabriel Valley, Inc.; Planned Parenthood of the Rocky Mountains; Planned Parenthood Gulf Coast; and Planned Parenthood Center for Choice ("Plaintiffs") respectfully submit as Exhibit A hereto, their Detailed Statement of Relief Claimed.

Dated: September 8, 2019         Respectfully submitted,

By: */s/ Rhonda R. Trotter*
    RHONDA R. TROTTER

Attorneys for Plaintiffs

# EXHIBIT A

**EXHIBIT A**
*Planned Parenthood v. CMP*
Plaintiffs' Detailed Statement of Relief Claimed

| Count | Relief Claimed | Damage Item | Damage Amount | Documents | Witnesses |
|---|---|---|---|---|---|
| First Claim for Relief: RICO | 1. Three times actual damages PLUS | Security guard for PPPSGV Medical Director in July 2015 | $6,105.00 | PP0001371 | Sheri Bonner Greg Regan |
| | | Reputation.com subscription to monitor online threats toward PPPSGV Medical Director | $3,000.00 | PP0000386 | Sheri Bonner Greg Regan |
| | | Security guard for PPFA Senior Staff | $59,860.00 | PP0015839 PP0001510 PP0015849 PP0015858 PP0015875 PP0015882 | Melvin Galloway Brandon Minow Greg Regan |
| | | Security guard for PPOSBC Medical Director | $3,060.00 | PP0000811 | Jon Dunn Greg Regan |
| | | Security system for PPOSBC Medical Director's home | $3,789.00 | PP0000828 | Jon Dunn Greg Regan |
| | | Reputation.com subscription to monitor online threats toward PPOSBC senior staff (FY 15-16) | $6,000.00 | PP0000816 | Jon Dunn Greg Regan |
| | | Reputation.com subscription to monitor online threats toward PPOSBC senior staff (FY 16-17) | $6,000.00 | PP0000820 | Jon Dunn Greg Regan |
| | | PPFA Affiliate Security Grant for PPRM Security Guard for PPRM Medical Director | $34,060.00 | PP0015553 PP0011720 | Melvin Galloway Brandon Minow Kevin Paul Greg Regan |
| | | PPGC staff home security system | $408.64 | PP0000798 | Jeffrey Palmer Greg Regan |

| | | | | |
|---|---|---|---|---|
| | | VENDOR14 Security Consulting Services | $121,534.82 | PP0001627<br>PP0015702<br>PP0015681<br>PP0015695 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | VENDOR06 Vetting Practices Review | $175,229.96 | PP0001666<br>PP0001671<br>PP0018238<br>PP0020083<br>PP0018249 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | VENDOR06 Security Consulting Services | $119,672.50 | PP0001666 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | Guard Services for PPFA Meeting | $3,660.00 | PP0015783 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | Guard Services for PPFA Meeting | $ 1,763.00 | PP0015764 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | Guard Services for PPFA Meeting | $ 4,257.00 | PP0015805 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | Guard Services for PPFA Meeting | $19,658.50 | PP0001519<br>PP0015821 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | Conference Badging | $7,553.64 | PP002087 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | Conference ID Scanners | $2,400.00 | PP0012718 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | Conference Vetting Subscription Service | $12,385.69 | PP0020092 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |

| | | | | | |
|---|---|---|---|---|---|
| | | Affilliate 40 Security Grant for Reputation.com subscription to monitor online threats towards Affilliate 40 physician who met Defendant Daleiden at NAF 2014 and believed she was taped at NAF 2014 | $3,000.00 | PP0015515 | Melvin Galloway Brandon Minow Greg Regan |
| | | security guard for PPGC Director of Research | $5,520 | PP0000795 | Jeffrey Palmer Greg Regan |
| | | camera system for PPGC Director of Research | $11,927.95 | PP0000794 | Jeffrey Palmer Greg Regan |
| | | moving camera system for PPGC Director of Research's home | $2,759.98 | PP0000793 | Jeffrey Palmer Greg Regan |
| | | PPGC staff home security system | $408.64 | PP0000798 | Jeffrey Palmer Greg Regan |
| | | VENDOR14 Online threat assessment | $44,228.00 | PP0015685 PP0015652 PP0015660 | Melvin Galloway Brandon Minow Greg Regan |
| | 2. Attorneys' fees and costs | | TBD by Court | | |
| Second Claim for Relief: Violation of 18 U.S.C. § 2511 | 1. Actual damages  OR | Security guard for PPPSGV Medical Director in July 2015 | $6,105.00 | PP0001371 | Sheri Bonner Greg Regan |
| | | Reputation.com subscription to monitor online threats toward PPPSGV Medical Director | $3,000.00 | PP0000386 | Sheri Bonner Greg Regan |
| | | Security guard for PPFA Senior Staff | $59,860.00 | PP0015839 PP0001510 PP0015849 PP0015858 PP0015875 PP0015882 | Melvin Galloway Brandon Minow Greg Regan |
| | | Security guard for PPOSBC Medical Director | $3,060.00 | PP0000811 | Jon Dunn Greg Regan |
| | | Security system for PPOSBC Medical Director's home | $3,789.00 | PP0000828 | Jon Dunn Greg Regan |

3

|  |  | Reputation.com subscription to monitor online threats toward PPOSBC senior staff (FY 15-16) | $6,000.00 | PP0000816 | Jon Dunn<br>Greg Regan |
|---|---|---|---|---|---|
|  |  | Reputation.com subscription to monitor online threats toward PPOSBC senior staff (FY 16-17) | $6,000.00 | PP0000820 | Jon Dunn<br>Greg Regan |
|  |  | PPFA Affiliate Security Grant for PPRM Security Guard for PPRM Medical Director | $34,060.00 | PP0015553<br>PP0011720 | Melvin Galloway<br>Brandon Minow<br>Kevin Paul<br>Greg Regan |
|  |  | PPGC staff home security system | $408.64 | PP0000798 | Jeffrey Palmer<br>Greg Regan |
|  | 2. Statutory damages of $10,000 PLUS |  |  |  |  |
|  | 3. Punitive damages PLUS |  | TBD by jury |  |  |
|  | 4. Attorney's fees PLUS |  | TBD by Court |  |  |
|  | 5. Injunctive relief |  | TBD by Court |  |  |
| Third Claim for Relief: Civil Conspiracy | Plaintiffs will seek relief against co-conspirators for all permissible remedies for the particular tort or act for which the jury finds the co-conspirator liable. |  |  |  |  |
| Fourth Claim for Relief: Breach of Contract for PPFA Exhibitor Agreements | 1. Actual damages OR | VENDOR14 Security Consulting Services | $121,534.82 | PP0001627<br>PP0015702<br>PP0015681<br>PP0015695 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |

4

| | | | | | |
|---|---|---|---|---|---|
| | | VENDOR06 Vetting Practices Review | $175,229.96 | PP0001666<br>PP0001671<br>PP0018238<br>PP0020083<br>PP0018249 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | VENDOR06 Security Consulting Services | $119,672.50 | PP0001666 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | Guard Services for PPFA Meeting | $19,658.50 | PP0001519<br>PP0015821 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | Guard Services for PPFA Meeting | $3,660.00 | PP0015783 | Melvin Galloway |
| | | Guard Services for PPFA Meeting | $ 1,763.00 | PP0015764 | Brandon Minow |
| | | Guard Services for PPFA Meeting | $ 4,257.00 | PP0015805 | Greg Regan |
| | | Conference Badging | $7,553.64 | PP0020087 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | Conference ID Scanners | $2,400.00 | PP0012718 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | Conference Vetting Subscription Service | $12,385.69 | PP0020092<br>PP0020107 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | 2. Nominal damages | | | | |
| Fifth Claim for Relief:<br>Breach of 2014 NAF<br>Breach of Exhibitor<br>Agreement | 1. Actual damages OR | Security guard for PPFA Senior Staff | $59,860.00 | PP0015839<br>PP0001510<br>PP0015849<br>PP0015858<br>PP0015875<br>PP0015882 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |

5

| | | | | | |
|---|---|---|---|---|---|
| | | Affilliate 40 Security Grant for Reputation.com subscription to monitor online threats towards Affilliate 40 physician who met Defendant Daleiden at NAF 2014 and believed she was taped at NAF 2014 | $3,000.00 | PP0015515 | Melvin Galloway Brandon Minow Greg Regan |
| | | Consulting services for review of PPFA IT Security | $1,625,289.13 | PP0002130 PP0002145 PP0002162 PP0002182 PP0002220 PP0002225 PP0002235 PP0002257 PP0002260 PP0002163 PP0002272 PP0002179 PP0002197 PP0002114 PP0002207 PP0002141 PP0002190 PP0002282 PP0002309 PP0002102 PP0002237 PP0002239 PP0002167 | Melvin Galloway Brandon Minow Frank Rosado Ondrej Krehel Greg Regan |
| | 2. Nominal damages PLUS | | | | |

| | 3. Attorney's fees | | TBD by Court | | |
|---|---|---|---|---|---|
| Fifth Claim for Relief: Breach of 2014 NAF Confidentiality Agreement | 1. Actual damages OR | Security guard for PPFA Senior Staff | $59,860.00 | PP0015839 PP0001510 PP0015849 PP0015858 PP0015875 PP0015882 | Melvin Galloway Brandon Minow Greg Regan |
| | | Affilliate 40 Security Grant for Reputation.com subscription to monitor online threats towards Affilliate 40 physician who met Defendant Daleiden at NAF 2014 and believed she was taped at NAF 2014 | $3,000.00 | PP0015515 | Melvin Galloway Brandon Minow Greg Regan |
| | | Consulting services for review of PPFA IT Security | $1,625,289.13 | PP0002130 PP0002145 PP0002162 PP0002182 PP0002220 PP0002225 PP0002235 PP0002257 PP0002260 PP0002163 PP0002272 PP0002179 PP0002197 PP0002114 PP0002207 | Melvin Galloway Brandon Minow Frank Rosado Ondrej Krehel Greg Regan |

7

| | | | | | |
|---|---|---|---|---|---|
| | | | | PP0002141<br>PP0002190<br>PP0002282<br>PP0002309<br>PP0002102<br>PP0002237<br>PP0002239<br>PP0002167 | |
| | 2. Nominal damages | | | | |
| Fifth Claim for Relief: Breach of 2015 NAF Exhibitor Agreement | 1. Actual damages OR | Security guard for PPFA Senior Staff | $59,860.00 | PP0015839<br>PP0001510<br>PP0015849<br>PP0015858<br>PP0015875<br>PP0015882 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | PPFA Affiliate Security Grant for PPRM Security Guard for PPRM Medical Director | $34,060.00 | PP0015553<br>PP0011720 | Melvin Galloway<br>Brandon Minow<br>Kevin Paul<br>Greg Regan |
| | 2. Nominal damages PLUS | | | | |
| | 3. Attorney's fees | | TBD by Court | | |
| Fifth Claim for Relief: Breach of 2015 NAF Confidentiality Agreement | 1. Actual damages OR | Security guard for PPFA Senior Staff | $59,860.00 | PP0015839<br>PP0001510<br>PP0015849<br>PP0015858<br>PP0015875<br>PP0015882 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |

8

| | | | | | |
|---|---|---|---|---|---|
| | | PPFA Affiliate Security Grant for PPRM Security Guard for PPRM Medical Director | $34,060.00 | PP0015553 PP0011720 | Melvin Galloway Brandon Minow Kevin Paul Greg Regan |
| | 2. Nominal damages | | | | |
| Sixth Claim for Relief: Trespass at PPFA Conferences | 1. Actual damages OR | VENDOR14 Security Consulting Services | $121,534.82 | PP0001627 PP0015702 PP0015681 PP0015695 | Melvin Galloway Brandon Minow Greg Regan |
| | | VENDOR06 Vetting Practices Review | $175,229.96 | PP0001666 PP0001671 PP0018238 PP0020083 PP0018249 | Melvin Galloway Brandon Minow Greg Regan |
| | | VENDOR06 Security Consulting Services | $119,672.50 | PP0001666 | Melvin Galloway Brandon Minow Greg Regan |
| | | Security guard for PPFA Senior Staff | $59,860.00 | PP0015839 PP0001510 PP0015849 PP0015858 PP0015875 PP0015882 | Melvin Galloway Brandon Minow Greg Regan |
| | | PPFA Affiliate Security Grant for PPRM Security Guard for PPRM Medical Director | $34,060.00 | PP0015553 PP0011720 | Melvin Galloway Brandon Minow Kevin Paul Greg Regan |
| | | Guard Services for PPFA Meeting | $3,660.00 | PP0015783 | Melvin Galloway Brandon Minow Greg Regan |
| | | Guard Services for PPFA Meeting | $ 1,763.00 | PP0015764 | Melvin Galloway |

9

| | | | | | Brandon Minow Greg Regan |
|---|---|---|---|---|---|
| | | Guard Services for PPFA Meeting | $ 4,257.00 | PP0015805 | Melvin Galloway Brandon Minow Greg Regan |
| | | Guard Services for PPFA Meeting | $19,658.50 | PP0001519 PP0015821 | Melvin Galloway Brandon Minow Greg Regan |
| | | Affilliate 40 Security Grant for Reputation.com subscription to monitor online threats towards Affilliate 40 physician who met Defendant Daleiden at MeDC and believed she was taped at MeDC | $3,000.00 | PP0015515 | Melvin Galloway Brandon Minow Greg Regan |
| | | VENDOR14 Online threat assessment | $44,228.00 | PP0015685 PP0015652 PP0015660 | Melvin Galloway Brandon Minow Greg Regan |
| | 2. Nominal damages PLUS | | | | |
| | 3. Punitive damages | | TBD by jury | | |
| Sixth Claim for Relief: Trespass at PPGC Facility | 1. Actual damages OR | Security guard for PPGC Director of Research | $5,520.00 | PP0000795 | Jeffrey Palmer Greg Regan |
| | | Camera system for PPGC Director of Research | $11,927.95 | PP0000794 | |
| | | Moving camera system for PPGC Director of Research's home | $2,759.98 | PP0000793 | |
| | | PPGC staff home security system | $408.64 | PP0000798 | |
| | 2. Nominal damages PLUS | | | | |
| | 3. Punitive damages | | TBD by jury | | |

10

| | | | | | |
|---|---|---|---|---|---|
| Sixth Claim for Relief: Trespass at PPRM Facility | 1. Actual damages OR | PPFA Affiliate Security Grant for PPRM Security Guard for PPRM Medical Director | $34,060.00 | PP0015553 PP0011720 | Melvin Galloway Brandon Minow Kevin Paul Greg Regan |
| | 2. Nominal damages PLUS | | | | |
| | 3. Punitive damages | | TBD by jury | | |
| Seventh Claim for Relief: Cal. Bus. & Prof. Code §17200 | 1. Injunctive relief | | | | |
| Eighth Claim for Relief: Fraudulent Misrepresentation | 1. Actual damages PLUS | VENDOR14 Security Consulting Services | $121,534.82 | PP0001627 PP0015702 PP0015681 PP0015695 | Melvin Galloway Brandon Minow Greg Regan |
| | | VENDOR06 Vetting Practices Review | $175,229.96 | PP0001666 PP0018238 PP0020083 PP0018249 | Melvin Galloway Brandon Minow Greg Regan |
| | | VENDOR06 Security Consulting Services | $119,672.50 | PP0001666 PP0001671 | Melvin Galloway Brandon Minow Greg Regan |
| | | Security guard for PPFA Senior Staff | $59,860.00 | PP0015839 PP0001510 PP0015849 PP0015858 PP0015875 PP0015882 | Melvin Galloway Brandon Minow Greg Regan |
| | | PPFA Affiliate Security Grant for PPRM Security Guard for PPRM Medical Director | $34,060.00 | PP0015553 PP0011720 | Melvin Galloway Brandon Minow |

11

|  |  |  |  | Kevin Paul Greg Regan |
|---|---|---|---|---|
|  | Guard Services for PPFA Meeting | $19,658.50 | PP0001519 PP0015821 | Melvin Galloway Brandon Minow Greg Regan |
|  | Guard Services for PPFA Meeting | $3,660.00 | PP0015783 | Melvin Galloway Brandon Minow Greg Regan |
|  | Guard Services for PPFA Meeting | $1,763.00 | PP0015764 | Melvin Galloway Brandon Minow Greg Regan |
|  | Guard Services for PPFA Meeting | $4,257.00 | PP0015805 | Melvin Galloway Brandon Minow Greg Regan |
|  | Affilliate 40 Security Grant for Reputation.com subscription to monitor online threats towards Affilliate 40 physician who met Defendant Daleiden at MeDC and believed she was taped at MeDC | $3,000.00 | PP0015515 | Melvin Galloway Brandon Minow Greg Regan |
|  | VENDOR14 Online threat assessment | $44,228.00 | PP0015685 PP0015652 PP0015660 | Melvin Galloway Brandon Minow Greg Regan |
|  | Security guard for PPGC Director of Research | $5,520.00 | PP0000795 | Jeffrey Palmer Greg Regan |
|  | Camera system for PPGC Director of Research | $11,927.95 | PP0000794 | Jeffrey Palmer Greg Regan |
|  | Moving camera system for PPGC Director of Research's home | $2,759.98 | PP0000793 | Jeffrey Palmer Greg Regan |
|  | PPGC staff home security system | $408.64 | PP0000798 | Jeffrey Palmer Greg Regan |
|  | Security guard for PPPSGV Medical Director in July 2015 | $6,105.00 | PP0001371 | Sheri Bonner Greg Regan |

| | | | | | |
|---|---|---|---|---|---|
| | | Reputation.com subscription to monitor online threats toward PPPSGV Medical Director | $3,000.00 | PP0000386 | Sheri Bonner Greg Regan |
| | 2. Punitive damages | | TBD by jury | | |
| Ninth Claim for Relief: Cal. Penal Code § 632 | 1. Statutory damages of $5,000 per violation OR | | $40,000.00 | Trial Ex. 5985 Trial Ex. 5956 Trial Ex. 5957 Trial Ex. 5983 Trial Ex. 5984 Trial Ex. 5950 Trial Ex. 5951 Trial Ex. 5987 Trial Ex. 5988 Trial Ex. 5982 Trial Ex. 5953 Trial Ex. 5035 Trial Ex. 5036 Trial Ex. 5037 Trial Ex. 5067 Trial Ex. 5068 Trial Ex. 5069 Trial Ex. 5070 Trial Ex. 5071 Trial Ex. 5072 Trial Ex. 5073 Trial Ex. 5074 Trial Ex. 5075 Trial Ex. 5076 Trial Ex. 5077 Trial Ex. 5210 Trial Ex. 5211 Trial Ex. 5212 Trial Ex. 5213 Trial Ex. 5214 Trial Ex. 5215 | |

| | | | | Trial Ex. 5216<br>Trial Ex. 5217<br>Trial Ex. 5240<br>Trial Ex. 5241<br>Trial Ex. 5242<br>Trial Ex. 5243 | |
|---|---|---|---|---|---|
| | 2. Three times actual damages PLUS | Security guard for PPPSGV Medical Director in July 2015 | $6,105.00 | PP0001371 | Sheri Bonner<br>Greg Regan |
| | | Reputation.com subscription to monitor online threats toward PPPSGV Medical Director | $3,000.00 | PP0000386 | Sheri Bonner<br>Greg Regan |
| | | Security guard for PPFA Senior Staff | $59,860.00 | PP0015839<br>PP0001510<br>PP0015849<br>PP0015858<br>PP0015875<br>PP0015882 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | 3. Injunctive relief | | | | |
| Tenth Claim for Relief: Cal Penal Code § 634 | 1. Statutory damages of $5,000 per violation OR | | $25,000.00 | Trial Ex. 5985<br>Trial Ex. 5956<br>Trial Ex. 5957<br>Trial Ex. 5983<br>Trial Ex. 5984<br>Trial Ex. 5950<br>Trial Ex. 5951<br>Trial Ex. 5987<br>Trial Ex. 5988<br>Trial Ex. 5982<br>Trial Ex. 5953 | |

| | | | | | |
|---|---|---|---|---|---|
| | 2. Three times actual damages PLUS | Security guard for PPFA Senior Staff | $59,860.00 | PP0015839 PP0001510 PP0015849 PP0015858 PP0015875 PP0015882 | Melvin Galloway Brandon Minow Greg Regan |
| | 3. Injunctive relief | | | | |
| Eleventh Claim for Relief: Florida Crim. Proc. § 934 Title XLVII | 1. Actual damages OR | Security guard for PPOSBC Medical Director | $3,060.00 | PP0000811 | Jon Dunn Greg Regan |
| | | Security system for PPOSBC Medical Director's home | $3,789.00 | PP0000828 | Jon Dunn Greg Regan |
| | | Reputation.com subscription to monitor online threats toward PPOSBC senior staff (FY 15-16) | $6,000.00 | PP0000816 | Jon Dunn Greg Regan |
| | | Reputation.com subscription to monitor online threats toward PPOSBC senior staff (FY 16-17) | $6,000.00 | PP0000820 | Jon Dunn Greg Regan |
| | | Security guard for PPPSGV Medical Director in July 2015 | $6,105.00 | PP0001371 | Sheri Bonner Greg Regan |
| | | Reputation.com subscription to monitor online threats toward PPPSGV Medical Director | $3,000.00 | PP0000386 | Sheri Bonner Greg Regan |
| | | Security guard for PPFA Senior Staff | $59,860.00 | PP0015839 PP0001510 PP0015849 PP0015858 PP0015875 PP0015882 | Melvin Galloway Brandon Minow Greg Regan |

15

| | | | | | |
|---|---|---|---|---|---|
| | | PPFA Affiliate Security Grant for PPRM Security Guard for PPRM Medical Director | $34,060.00 | PP0015553<br>PP0011720 | Melvin Galloway<br>Brandon Minow<br>Kevin Paul<br>Greg Regan |
| | 2. Liquidated damages of $1,000<br>PLUS | | $1,000.00 | | |
| | 3. Punitive damages<br>PLUS | | TBD by jury | | |
| | 4. Attorneys' fees and costs | | TBD by Court | | |
| Twelfth Claim for Relief: Maryland Code § 10-402 | 1. Actual damages OR | PPGC staff home security system | $408.64 | PP0000798 | Jeffrey Palmer<br>Greg Regan |
| | | Security guard for PPFA Senior Staff | $59,860.00 | PP0015839<br>PP0001510<br>PP0015849<br>PP0015858<br>PP0015875<br>PP0015882 | Melvin Galloway<br>Brandon Minow<br>Greg Regan |
| | | PPFA Affiliate Security Grant for PPRM Security Guard for PPRM Medical Director | $34,060.00 | PP0015553<br>PP0011720 | Melvin Galloway<br>Brandon Minow<br>Kevin Paul<br>Greg Regan |
| | 2. Liquidated damages of $1,000<br>PLUS | | $1,000.00 | | |
| | 3. Punitive damages<br>PLUS | | TBD by jury | | |

16

|  | 4. Attorneys' fees and costs |  | TBD by Court |  |  |
|---|---|---|---|---|---|
| Fifteenth Claim for Relief: Breach of PPGC Confidentiality Agreement | 1. Actual damages OR | Security guard for PPGC Director of Research | $5,520.00 | PP0000795 | Jeffrey Palmer Greg Regan |
|  |  | Camera system for PPGC Director of Research | $11,927.95 | PP0000794 | Jeffrey Palmer Greg Regan |
|  |  | ASC Security System Upgrade | $4,593.98 | PP0000791-792 | Jeffrey Palmer Greg Regan |
|  |  | Moving camera system for PPGC Director of Research's home | $2,759.98 | PP0000793 | Jeffrey Palmer Greg Regan |
|  |  | Window enclosure at PPGC intake | $46,651.00 | PP0000797 | Jeffrey Palmer Greg Regan |
|  |  | PPGC staff home security system | $408.64 | PP0000798 | Jeffrey Palmer Greg Regan |
|  | 2. Nominal damages PLUS |  |  |  |  |
|  | 3. Injunctive relief |  |  |  |  |