| | |
|---|---|
| STEVEN L. MAYER (No. 62030) | BETH H. PARKER (No. 104773) |
| SHARON D. MAYO (No. 150469) | PLANNED PARENTHOOD NORTHERN |
| JEREMY T. KAMRAS (No. 237377) | CALIFORNIA |
| ARNOLD & PORTER KAYE SCHOLER LLP | 2185 Pacheco Street |
| Three Embarcadero Center, 10th Floor | Concord, California  94520 |
| San Francisco, California  94111-4024 | Telephone:   (415) 531-1791 |
| Telephone:   (415) 471-3100 | Email:   beth.parker@ppnorcal.org |
| Facsimile:   (415) 471-3400 | |
| Email:   steve.mayer@arnoldporter.com | HELENE T. KRASNOFF |
|   sharon.mayo@arnoldporter.com | (admitted *pro hac vice*) |
|   jeremy.kamras@arnoldporter.com | PLANNED PARENTHOOD FEDERATION OF AMERICA |
| DIANA STERK (admitted *pro hac vice*) | 1110 Vermont Avenue, NW, Suite 300 |
| ARNOLD & PORTER KAYE SCHOLER LLP | Washington, DC  20005-6300 |
| 250 West 55th Street | Telephone:   (202) 973-4800 |
| New York, New York  10019-9710 | Email:   helene.krasnoff@ppfa.org |
| Telephone:   (212) 836-8000 | |
| Email:   diana.sterk@arnoldporter.com | AMY L. BOMSE (No. 218669) |
| | ROGERS JOSEPH O'DONNELL |
| RHONDA R. TROTTER (No. 169241) | 311 California St., 10th Floor |
| OSCAR D. RAMALLO (No. 241487) | San Francisco, California  94104 |
| ARNOLD & PORTER KAYE SCHOLER LLP | Telephone:   (415) 956-2828 |
| 777 S. Figueroa Street, 44th Floor | Email:   ABomse@rjo.com |
| Los Angeles, California  90017 | |
| Telephone:   (213) 243-4000 | |
| Email:   rhonda.trotter@arnoldporter.com | |
|   oscar.ramallo@arnoldporter.com | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al., | Case No. 3:16-cv-00236-WHO |
|         Plaintiffs, | **PLAINTIFFS' NOTICE RE MOTION IN LIMINE PER DKT. 753 AT 50** |
|         v. | Date:   September 23, 2019 |
| CENTER FOR MEDICAL PROGRESS, et al., | Time:   2:00 p.m. |
| | Place:   Courtroom 2, 17th Floor |
|         Defendants. | Judge:   Honorable William H. Orrick |

1  Plaintiffs hereby give notice that they do not intend to file a further motion in limine per the
2  Court's Order on Pending Motions (Dkt. 753) at 50.  Plaintiffs will revise their Detailed Statement
3  of Relief Claimed accordingly.  *See* Dkt. 790.

Dated:  September 13, 2019.                    Respectfully submitted,

                                            ARNOLD & PORTER KAYE SCHOLER LLP

                                            ROGERS JOSEPH O'DONNELL

                                            By: */s/ Jeremy T. Kamras*
                                                  JEREMY T. KAMRAS

                                            Attorneys for Plaintiffs

US 166145052