UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTER FOR MEDICAL PROGRESS, et al., <br><br> Defendants. | Case No. 16-cv-00236-WHO <br><br> **ORDER RE PENDING ADMINISTRATIVE MOTIONS TO SEAL INFORMATION SUBMITTED WITH DISCOVERY DISPUTES** <br><br> Re: Dkt. Nos. 359, 374, 384, 404, 415, 470, 484 |

Reviewing the Joint Chart submitted by the parties regarding the pending administrative motions to seal, the Court notes there are a number of other pending administrative motions that have not been addressed in the Chart (most likely because they pertain to information submitted in conjunction with discovery disputes). *See* Docket Nos. 359, 374, 384, 404, 415, 470, 484.

It is unclear to the Court whether, considering information that has been publicly disclosed to date or will be publicly disclosed at trial, how much of the information covered by these additional pending motions may remain under seal.

Therefore, the parties shall meet and confer and within forty-five (45) days of the date of this Order, shall file an additional consolidated chart identifying:

Each document (by ECF docket number and sub-docket number) covered by the Administrative Motions to Seal at Dkt. Nos. 359, 374, 384, 404, 415, 470, 484, containing information a party contends should remain under seal, and identifying the information they wish to keep sealed by paragraph or page/line number.

For each such document or part of a document identified, the party seeking to keep the information under seal shall provide:

• a description of the information they seek to keep under seal;

• a justification for sealing, with a citation to a declaration from a party representative establishing a good cause justification or compelling justification or a citation to a prior Court order allowing that exact information to remain under seal.

For each document that is conditionally sealed in the Court's docket that the parties agree may be unsealed, the parties shall identify them by ECF docket number, including each sub-docket number.

When submitting the joint chart, the parties should not e-file revised redacted versions of documents, assuming the parties agree during this process that some currently sealed information may be unsealed. After I rule on the sealing motions, I will instruct the parties at that juncture to e-file revised redacted versions, redacting only the information I allow them to continue to seal.

**IT IS SO ORDERED.**

Dated: September 30, 2019

William H. Orrick
United States District Judge