STEVEN L. MAYER (No. 62030)
SHARON D. MAYO (No. 150469)
JEREMY KAMRAS (No. 237377)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400
Email:    sharon.mayo@arnoldporter.com

RHONDA R. TROTTER (No. 169241)
OSCAR D. RAMALLO (No. 241487)
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone:    (213) 243-4000
Email:    rhonda.trotter@arnoldporter.com

AMY L. BOMSE (No. 218669)
ROGERS JOSEPH O'DONNELL
311 California St., 10th Floor
San Francisco, California 94104
Telephone: (415) 956-2828
Email: ABomse@rjo.com

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

Charles S. LiMandri (No. 110841)
Paul M. Jonna (No. 265389)
Jeffrey M. Trissell (No. 292480)
B. Dean Wilson (No. 305844)
FREEDOM OF CONSCIENCE DEFENSE
FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Email: cslimandri@limandri.com

*Attorneys for Defendants the Center for
Medical Progress, BioMax Procurement
Services, LLC, David Daleiden, and Gerardo
Adrian Lopez*

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
Matthew F. Heffron, *pro hac vice*
Sarah E. Pitlyk, *pro hac vice*
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
tbrejcha@thomasmoresociety.org
pbreen@thomasmorsociety.org

*Attorneys for Defendant David Daleiden*

[Additional Counsel for the Center for Medical
Progress, BioMax Procurement Services, LLC,
and David Daleiden, and Counsel for Troy
Newman, Albin Rhomberg and Sandra Merritt,
listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD: SHASTA-DIABLO, INC., ET AL.<br><br>        Plaintiffs,<br>    v.<br><br>CENTER FOR MEDICAL PROGRESS, ET AL.,<br><br>        Defendants. | Case No. 3:16-cv-00236-WHO<br><br>**AMENDED JOINT EXHIBIT LIST WITH OBJECTIONS AND STIPULATIONS RE: ADMISSIBILITY**<br><br>Judge:    Hon. William H. Orrick, III<br><br>Trial Date:  October 2, 2019 |

1   Pursuant to this Court's Pretrial Order (Dkt.# 721) and Order Regarding Pre-Trial

2   Conference (Dkt. # 736), Plaintiffs Planned Parenthood Federation of America, Inc.; Planned

3   Parenthood: Shasta-Diablo, Inc. dba Planned Parenthood Northern California; Planned Parenthood

4   Mar Monte, Inc.; Planned Parenthood of the Pacific Southwest; Planned Parenthood Los Angeles;

5   Planned Parenthood/Orange and San Bernardino Counties, Inc.; Planned Parenthood California

6   Central Coast; Planned Parenthood Pasadena and San Gabriel Valley, Inc.; Planned Parenthood of

7   the Rocky Mountains; Planned Parenthood Gulf Coast; and Planned Parenthood Center for Choice

8   ("Plaintiffs") and Defendants the Center for Medical Progress, BioMax Procurement Services,

9   LLC, David Daleiden, Troy Newman, Albin Rhomberg, Sandra Merritt, and Adrian Lopez

10  ("Defendants") (collectively, the "Parties"), by and through their counsel, submit the Amended

11  Joint Exhibit List with Objections and Stipulations re: Admissibility, attached as Exhibit A.

12

13  Dated: September 30, 2019          Respectfully submitted,

14                                      **ARNOLD & PORTER KAYE SCHOLER LLP**

15                                       By:*/s/ Rhonda R. Trotter*_____
                                            Rhonda R. Trotter

16

17                                      RHONDA R. TROTTER (No. 169241)
                                        OSCAR D. RAMALLO (No. 241487)
18                                      ARNOLD & PORTER KAYE SCHOLER LLP
                                        777 S. Figueroa Street, 44th Floor
19                                      Los Angeles, California  90017
                                        Telephone:     (213) 243-4000
20                                      Email:  rhonda.trotter@arnoldporter.com
                                                 oscar.ramallo@arnoldporter.com
21

22                                      STEVEN L. MAYER (No. 62030)
23                                      SHARON D. MAYO (No. 150469)
                                        JEREMY KAMRAS (No. 237377)
24                                      ARNOLD & PORTER KAYE SCHOLER LLP
                                        Three Embarcadero Center, 10th Floor
25                                      San Francisco, California 94111-4024
                                        Telephone:     (415) 471-3100
26                                      Facsimile:     (415) 471-3400
                                        Email:  steve.mayer@arnoldporter.com
27                                               sharon.mayo@arnoldporter.com
                                                 Jeremey.kamras@arnoldporter.com
28

DIANA STERK (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone:     (212) 836-8000
Email: diana.sterk@arnoldporter.com

AMY L. BOMSE (No. 218669)
ROGERS JOSEPH O'DONNELL
311 California St., 10th Floor
San Francisco, California  94104
Telephone:  (415) 956-2828
Email:  ABomse@rjo.com

BETH H. PARKER (No. 104773)
PLANNED PARENTHOOD NORTHERN CALIFORNIA
2185 Pacheco Street
Concord, California  94520
Telephone:     (415) 531-1791
Email: beth.parker@ppnorcal.org

HELENE T. KRASNOFF    (admitted pro hac vice)
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, D.C. 20005
Telephone:     (202) 973-4800
Email: helene.krasnoff@ppfa.org

*Attorneys for Plaintiffs*


/s/ Charles S. LiMandri
Charles S. LiMandri (CA Bar No. 110841)
Paul M. Jonna (CA Bar No. 265389)
Jeffrey M. Trissell (CA Bar No. 292480)
B. Dean Wilson (CA Bar No. 305844)
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Tel:  (858) 759-9948
Facsimile:  (858) 759-9938
cslimandri@limandri.com
pjonna@limandri.com
jtrissell@limandri.com

*Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, Gerardo Adrian Lopez, and David Daleiden*

1

Denise M. Harle (CA Bar No. 275561)
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd., NE
Suite D1100
Lawrenceville, GA 30043
Tel:  (770) 339-0774
dharle@ADFlegal.org

Harmeet K. Dhillon (CA Bar No. 207873)
Gregory R. Michael (CA Bar No. 306814)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
415-433-1700
415-520-6593 (fax)
harmeet@dhillonlaw.com

*Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden*



/s/ Thomas Brejcha
Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
Matthew F. Heffron, *pro hac vice*
Sarah E. Pitlyk, *pro hac vice*
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
Facsimile: (312) 782-1887
tbrejcha@thomasmoresociety.org
pbreen@thomasmoresociety.org

*Attorneys for Defendant David Daleiden*



/s/ Edward L. White
Edward L. White III, *pro hac vice*
Erik M. Zimmerman, *pro hac vice*
John A. Monaghan, *pro hac vice*
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Rd., Ste. 203
Ann Arbor, MI 48105
Tel: (734) 680-8007; Fax: (734) 680-8006
ewhite@aclj.org
ezimmerman@aclj.org
jmonaghan@aclj.org

1
2
3
4
5

Vladimir F. Kozina; SBN 95422
MAYALL HURLEY, P.C.
2453 Grand Canal Blvd.
Stockton, CA 95207
Tel: (209) 477-3833; Fax: (209) 473-4818
VKozina@mayallaw.com

*Attorneys for Defendant Troy Newman*

6
7
8
9
10

/s/ Catherine Short
Catherine W. Short (CA Bar No. 117442)
Corrine G. Konczal (CA Bar No. 320238)
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313
Ojai, CA 93024-1313
Tel: (707) 337-6880
kshort@lldf.org

11
12
13
14

Michael Millen (CA Bar No. 151731)
ATTORNEY AT LAW
119 Calle Marguerita Ste. 100
Los Gatos, CA 95032
Tel: (408) 871-0777
Facsimile: (408) 866-7480
mikemillen@aol.com

15
16

*Attorneys for Defendant Albin Rhomberg*

17
18
19
20
21

/s/ Horatio G. Mihet
Horatio G. Mihet*
Liberty Counsel
hmihet@lc.org
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
*Admitted pro hac vice

22
23
24
25

Nicolaie Cocis CA Bar # 204703
Law Office of Nic Cocis and Associates
nic@cocislaw.com
25026 Las Brisas Road
Murrieta, CA 92562
(951) 695-1400

26

*Attorneys for Defendant Sandra Susan Merritt*

27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AMENDED JOINT EXHIBIT LIST AND OBJECTIONS AND STIPULATIONS TO ADMIT