# FREEDOM of CONSCIENCE DEFENSE FUND

CHARLES S. LiMANDRI*
PAUL M. JONNA

JEFFREY M. TRISSELL
B. DEAN WILSON

POST OFFICE BOX 9120
RANCHO SANTA FE, CALIFORNIA  92067
TELEPHONE:  (858) 759-9948
FACSIMILE:    (858) 759-9938

WEBSITE: www.limandri.com

OVERNIGHT MAILING ADDRESS:

16236 SAN DIEGUITO ROAD
BUILDING 3, SUITE 3-15
RANCHO SANTA FE, CA  92091

KATHY DENWORTH
Office Administrator

*BOARD CERTIFIED CIVIL TRIAL ADVOCATE
   ADMITTED TO THE DISTRICT OF COLUMBIA BAR
   ADMITTED TO THE NEW YORK BAR
   ADMITTED TO THE U.S. SUPREME COURT

October 14, 2019

The Hon. William H. Orrick III
U.S. District Court, Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Planned Parenthood Fed. of Am., et al. v. Ctr. for Med. Progress, et al.*
       **Case No. 3:16-cv-0236-WHO**

Your Honor:

The defendants write in response to the plaintiffs' request for a United States Marshal to escort their witnesses from the courthouse. Initially, we note that the incident in question, that took place last Friday, did not involve any kind of "threat"; rather, it involved questions from a reporter in public areas outside the courthouse. Therefore, it was not a "security incident" that we believe warrants the pressing into service of a uniformed armed officer. If anything, the plaintiffs could provide their own non-uniformed and unarmed escort for their witnesses as they deem appropriate.

The use of an official government armed escort would be prejudicial to the defense because it would play into the plaintiffs' narrative that it was similarly necessary for them to hire uniformed and armed security guards for certain of their personnel after the public release of the CMP videos. Since this is an element of plaintiffs' claimed damages, the creation of such an impression would be unfairly prejudicial to the defense.

If the Court considers the incident in question to warrant the assigning of an official armed security detail to the plaintiffs' witnesses, paid for at government expense, then the defendants respectfully request that in all cases this take place outside the presence of any of the jurors. That

The Hon. William H. Orrick III
**Re: Planned Parenthood Fed. of Am., et al. v. Ctr. for Med. Progress, et al.**
October 7, 2019
Page 2

_____

would mean that any such plaintiffs' witnesses would need to be escorted from the premises either before the jury is released or, at the end of the day, after all the jurors have left the premises. Thank you for your consideration of this matter.

    Respectfully submitted,

    FREEDOM OF CONSCIENCE DEFENSE FUND

    _____
    /s/ Charles S. LiMandri
    Charles S. LiMandri, Esq.
    *Counsel for Defendants CMP, BioMax Procurement,*
    *Gerardo Adrian Lopez, and David Daleiden*

    (On Behalf of All Defendants)