# **Exhibit A**

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

For the following depositions, blue highlighting represents Plaintiffs' designations and green highlighting represents Defendants' cross-designations.

### 1. Andrew Moore

| Andrew Moore | | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|---|
| 166:25 | 167:15 | | | Counsel misrepresents the document | Counsel did not misrepresent | Sustained _____ Overruled_____ |
| 170:4 | 170:6 | Relevance (MIL); prejudicial | Plaintiffs' designations make the theme that the videos were a smear campaign, so this is needed to rebut.. | | | Sustained _____ Overruled_____ |
| 170:9 | 171:8 | Relevance (MIL); prejudicial; . | Plaintiffs' designations make the theme that the videos were a smear campaign, so this is needed to rebut. | | | Sustained _____ Overruled_____ |
| 171:12 | 171:19 | Relevance (MIL); . | Relevant to whether Defendants' intent was to harm Plaintiffs illegally. | | | Sustained _____ Overruled_____ |
| 171:23 | 172:17 | Hearsay (172:4-12). | Relevant to whether Defendants' intent was to harm Plaintiffs illegally. Not hearsay because it goes to motive and intent. | | | Sustained _____ Overruled_____ |
| 219:15 | 219:18 | Relevance | Relevant to motive and intent; needed to clarify witness's testimony sine Plaintiffs included designations on defunding of Planned Parenthood | | | Sustained _____ Overruled_____ |
| 219:21 | 219:24 | Relevance | Relevant to motive and | | | Sustained _____ |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Andrew Moore | | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|---|
| | | | intent; needed to clarify witness's testimony sine Plaintiffs included designations on defunding of Planned Parenthood | | | Overruled____ |
| 238:12 | 238:15 | Relevance | Relevant to countering Plaintiffs' theme that damages can include costs of inhibiting First Amendment protected activity. | | | Sustained ____ Overruled____ |
| 244:8 | 244:22 | Hearsay; relevance. | Relevant to whether Defendants' intent was to harm Plaintiffs illegally. Not hearsay because it goes to motive and intent. | | | Sustained ____ Overruled____ |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

2. **Phil Cronin**

| Phil Cronin | | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|---|
| 12:3 | 12:13 | | | Lacks foundation | He discussed taking on this role with Katie Short and is also a lawyer, who knew what an agent for service of process was | Sustained ____ Overruled____ |
| 13:19 | 14:2 | Hearsay (offered for truth) | Not hearsay, offered for motive and intent, and to counter Plaintiffs' narrative that only professional media personnel may engage in investigative journalism; no more objectionable than immediately preceding or succeeding designations | | | Sustained ____ Overruled____ |
| 14:10 | 15:6 | Relevance (MIL); prejudicial; ; Speculation; Hearsay (offered for the truth) | Relevant to establish motive, intent, and purpose of the investigation | | | Sustained ____ Overruled____ |
| 15:7 | 16:3 | | | Lacks foundation (as to 15:14-16:3 | Asked for his understanding based on what he was told. | Sustained ____ Overruled____ |
| 19:1 | 20:15 | | | Lacks foundation (as to 20:9-15) | Asked for his understanding based on what he was told. | Sustained ____ Overruled____ |
| 20:16 | 20:19 | | | Lacks foundation | Provided his own understanding. | Sustained ____ Overruled____ |
| 21:2 | 22:8 | Relevance | Relevant to show earnest intent of those involved with the investigation | | | Sustained ____ Overruled____ |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Phil Cronin | | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|---|
| 25:2 | 29:23 | | | Relevance; more prejudicial than probative; waste of time (as to 27:4-29:23) | This goes directly to Defendants' fraudulent actions and using Mr. Cronin's name and card without authorization. | Sustained _____ Overruled_____ |
| 30:21 | 31:7 | | | Relevance; more prejudicial than probative; waste of time | This goes directly to Defendants' fraudulent actions and using Mr. Cronin's name and card without authorization. | Sustained _____ Overruled_____ |

4

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

3.  **Kate Bryan**

| Kate Bryan | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| 47:13 – 15 | R. 402, 403 | Background; Motives. | | | |
| 47:17 – 19 | R. 402, 403 | Background; Motives. | | | |
| 114:20 – 117:10 | Relevance; waste of time (116:7-117:10) | Shows the nature of her role regarding CMP and Daleiden. Shows how CMP operated. | | | Sustained ____ Overruled____ |
| 123:1 – 125:11; 125:17 – 126:10 | 124:8-17 (Relevance (MIL), prejudicial) | Page 124:8-17 is high level discussion of the investigation, it does not violate the MIL Orders. | | | Sustained ____ Overruled____ |
| 129:15 – 16 | R. 402, 403 (MIL) | Background; Motives; Rebuts argument of recent fabrication | | | |
| 129:18 – 21 | R. 402, 403 (MIL) | Background; Motives; Rebuts argument of recent fabrication. | | | |
| 140:15 – 144:11 | Relevance (MIL) and prejudicial (142:8-142:16); Asked and answered, cumulative, waste of time (143:3-144:11).

Objection to attachments to and press release portions of Ex. 96 (R. 402, 403).  Allowing the full exhibit would force the parties to get into the truth or falsity of the videos, which | This goes to her credibility.  Also, relevant to defendants' intent proving absence of fraudulent intent, needed for jury to assess reasonableness of defendants' belief that they are journalists and needed to assess damages as non-alteration of videos is a mitigating factor. (Regarding 142:8-142:16, the truth of the videos are not contested).  Not asked and answered | | | Sustained ____ Overruled____ |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Kate Bryan | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| | the Court has restricted and found irrelevant. | because subsequent questions are clarifying. Rebuts testimony that videos are "misleading" or improperly edited. See, Trial Tr., 10-3-19, 363:9-11; 10-10-19, 933:21-24, 952:13-24.<br><br>Exhibit 96 is a generic cover letter with press-kit, there is nothing inflammatory within and is highly relevant to showing Defendants' intent and belief that they are journalists. It is needed to assess damages as publication is a defense.  Goes to non-alteration of videos as a mitigating factor. (Regarding 142:8-142:16, the truth of the videos are not contested). Rebuts testimony that videos are "misleading" or improperly edited. See, Trial Tr., 10-3-19, 363:9-11; 10-10-19, 933:21-24, 952:13-24. | | | |
| 149:2 – 150:13 | No Objection to testimony.<br><br>Objection to portions | Exhibit 97 is an email regarding publication of the videos, which is highly relevant to | | | Sustained ____<br>Overruled____ |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Kate Bryan | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| | of Ex. 97 (R. 402, 403). This document is not on any parties' exhibit list. It includes mention of law enforcement communications, that potentially indicates results, which the Court has excluded, and discussion that would get into truth or falsity. | showing Defendants' intent. It rebuts the argument that Defendants' claims of going to law enforcement is a recent fabrication. It is further an example of Defendants' journalistic practice and is highly relevant to showing Defendants' intent and belief that they are journalists. It is needed to assess damages as publication is a defense. Goes to non-alteration of videos as a mitigating factor. (Regarding 142:8-142:16, the truth of the videos are not contested). Rebuts testimony that videos are "misleading" or improperly edited. See, Trial Tr., 10-3-19, 363:9-11; 10-10-19, 933:21-24, 952:13-24. | | | |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Kate Bryan | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| 155:11 – 157:14 | Relevance; Speculation; hearsay (155:16-23, 156:13-157:1) | Plaintiffs' designations make the theme that the videos were a smear campaign. (155:18-23; she is talking about what she said and her industry's custom.) (156:21-157:1; She is not repeating what others said but what she has observed.) Rebuts testimony that videos are "misleading" or improperly edited. See, Trial Tr., 10-3-19, 363:9-11; 10-10-19, 933:21-24, 952:13-24. | | | Sustained ____ Overruled____ |
| 163:6 – 166:5; 166:16-18 | Relevance, and waste of time (163:6-165:1); prejudicial (MIL) (164:23-165:1)  No objection to 165:2-166:5 or 166:16-166:18 | Shows that Daleiden was the decision maker and driver of the project who did not generally share information. Relevant to show control, involvement and knowledge or lack thereof regarding Troy Newman and Albin Rhomberg. | | | Sustained ____ Overruled____ |
| 168:9 – 169:14 | Relevance (MIL) - her intent is not at issue in the case | Explains why she would work without pay as stated in 106:2-5. Relevant to credibility. Relevant to rebut Plaintiffs' argument that they were targeted. | | | Sustained ____ Overruled____ |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Kate Bryan | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| 181:1 – 13 | Relevance; waste of time | Shows that Daleiden did not inform all parties of all facts. Relevant to show control, involvement and knowledge or lack thereof regarding Troy Newman and Albin Rhomberg. | | | Sustained _____ Overruled_____ |
| 183:12 – 184:11 | Relevance; waste of time | Shows that Daleiden was the decision maker and driver of the project. Relevant to show control, involvement and knowledge or lack thereof regarding Troy Newman and Albin Rhomberg. | | | Sustained _____ Overruled_____ |
| 185:9 – 187:5 | Relevance; waste of time | Shows that Daleiden did not inform all parties of all facts. Relevant to show control, involvement and knowledge or lack thereof regarding Troy Newman and Albin Rhomberg. | | | Sustained _____ Overruled_____ |
| 187:19 – 188:4 | Relevance; waste of time | Shows that Daleiden did not inform all parties of all facts. Relevant to show control, involvement and knowledge or lack thereof regarding Troy Newman and Albin | | | Sustained _____ Overruled_____ |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Kate Bryan | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| | | Rhomberg. | | | |
| 190:17 – 20 | Relevance; waste of time | Shows that Daleiden did not inform all parties of all facts. Relevant to show control, involvement and knowledge or lack thereof regarding Troy Newman and Albin Rhomberg. | | | Sustained ____ Overruled____ |
| 249:4 – 10 | No objection.  Objection to Ex. 106 (pg 7) under R. 402 (MIL), 403 | Pages 7 through 10 may be omitted. | | | |
| 249:24 – 250:9 | 250:4-9 is an unanswered question | Question continues at 250:18; attorney colloquy is merely omitted | | | Sustained ____ Overruled____ |
| 252:21 – 25 | Objection to exhibit 107 (pg 13-15, 17-20 under R. 402, 403 (MIL). | The pages objected to, pages 13–15 and 17–20, may be omitted. | | | |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

4.   Peter Robbio

| Peter Robbio | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| 50:20 – 22 | | | Relevance, Waste of time, Prejudicial. | Witness is discussing his job history; relevant to Defendants' motivations in choosing partners | Sustained _____ Overruled_____ |
| 67:22 – 68:25 | relevance (MIL); prejudice; | Relevant to Defendants' motivations. Rebuts Plaintiffs' argument that the videos were released with malicious or fraudulent intent as they are full videos. Rebuts implication that videos were misleadingly edited. Rebuts testimony that videos are "misleading" or improperly edited. See, Trial Tr., 10-3-19, 363:9-11; 10-10-19, 933:21-24, 952:13-24. Plaintiffs' designations make the theme that the videos were a smear campaign, so this is not outside the scope of the designation. In any event, this could be part of Defendants' direct because the Court is "not inclined to separate out the depositions. . . . | | | Sustained _____ Overruled_____ |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Peter Robbio | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| | | Having the video twice [] is just a mistake." Trial Transcript at 382. (Hereafter: Could be used in direct.) | | | |
| 70:23 – 72:1 | relevance (MIL); prejudice; . | Relevant to Defendants' motivations. Rebuts Plaintiffs' argument that the videos were released with malicious or fraudulent intent as they are full videos. Rebuts implication that videos were misleadingly edited. Rebuts testimony that videos are "misleading" or improperly edited. See, Trial Tr., 10-3-19, 363:9-11; 10-10-19, 933:21-24, 952:13-24. Could be used in direct. | | | Sustained ____ Overruled____ |
| 80:9 – 16 | | | Relevance, Prejudicial, Waste of time. | Relevant to Defendants' intent and to rebut Defendants' argument that releasing full videos evidenced their intent. No content discussed. | Sustained ____ Overruled____ |
| 81:4 – 81:24 | | | Relevance, Prejudicial, Waste of time. | Relevant to Defendants' intent and to rebut Defendants' argument that releasing full videos evidenced their intent.  No content discussed. | Sustained ____ Overruled____ |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Peter Robbio | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| 83:13 – 25 | | | Relevance, Prejudicial, Waste of time. | Relevant to Defendants' intent and to rebut Defendants' argument that releasing full videos evidenced their intent.  No content discussed. | Sustained ____ Overruled____ |
| 90:15 – 25 | Speculation; legal conclusion; relevance | Robbio knows what he understood and so this is not speculation.  Offered to show why he publicized the videos and that defendants' did not lie to him about the videos.  The proper remedy is a limiting instruction and not exclusion. | | | Sustained ____ Overruled____ |
| 92:11 –21; 93:21--24 | Relevance | Relevant to show that not control, involvement and knowledge or lack thereof regarding Troy Newman and Albin Rhomberg by showing that not all documents were shared with all involved. | | | Sustained ____ Overruled____ |
| 99:1 – 11 | Relevance | Clarifies the answers of Plaintiffs' designation of 98:14-16.  Relevant to Defendants' intent and shows the strategies taken. | | | Sustained ____ Overruled____ |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Peter Robbio | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| 99:12 – 100:3 | Relevance | Clarifies the answers of Plaintiffs' designation of 98:14-16.  Relevant to Defendants' intent and shows the strategies taken. | | | Sustained _____ Overruled_____ |
| 100:14 – 101:18 | | | Relevance, Prejudicial, Waste of time, Opinion, Calls for Speculation | Not speculation as it asks for what was said; defendants' goals are relevant | Sustained _____ Overruled_____ |
| 104:2 – 5 | | | Relevance, Prejudicial, Waste of time, Opinion, Calls for Speculation | Not speculation as it asks for what was said; defendants' pro-life agenda is relevant | Sustained _____ Overruled_____ |
| 104:8 – 10 | | | Relevance, Prejudicial, Waste of time, Opinion, Calls for Speculation | Not speculation as it asks for what was said; defendants' pro-life agenda is relevant | Sustained _____ Overruled_____ |
| 110:11 – 111:13 | Speculation; Relevance (MIL); prejudice; . | Relevant to Defendants' intent and shows the strategies taken. Shows the nature of defendants' pro-life agenda. | | | Sustained _____ Overruled_____ |
| 112:18 – 113:10 | Speculation; Relevance (MIL); prejudice;  . | Relevant to Defendants' intent and shows the strategies taken. Shows the nature of defendants' pro-life agenda. | | | Sustained _____ Overruled_____ |
| 114:5 – 115:5 | Speculation; Relevance (MIL); prejudice; . | Relevant to Defendants' intent and shows the strategies taken. Shows the nature of defendants' pro-life | | | Sustained _____ Overruled_____ |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Peter Robbio | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| | | agenda.  Rebuts Plaintiffs' argument that the videos were released with malicious or fraudulent intent by showing how they were released. Shows why the videos were publicized. Rebuts testimony that videos are "misleading" or improperly edited. See, Trial Tr., 10-3-19, 363:9-11; 10-10-19, 933:21-24, 952:13-24. | | | |
| 151:8 – 152:14 | Relevance; no context/incomplete | Rebuts testimony that videos are "misleading" or improperly edited. See, Trial Tr., 10-3-19, 363:9-11; 10-10-19, 933:21-24, 952:13-24. | | | |
| 153:2 – 4 | | | Relevance, Opinion, Personal Knowledge | | Sustained ____ Overruled____ |
| 165:9 – 166:14 | Object to portions of underlying Ex. 309 (R. 402, 403 - MILs) | Shows the strategies taken by defendants'. Shows the nature of defendants' pro-life agenda.  Shows how the videos were publicized. Rebuts testimony that videos are "misleading" or improperly edited. See, Trial Tr., 10-3-19, 363:9-11; 10-10-19, 933:21-24, 952:13-24. | | | Sustained ____ Overruled____ |
| 168:5 – 169:12 | Relevance (MIL); | Shows the strategies | | | Sustained ____ |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Peter Robbio | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| | prejudice; . | taken by defendants'. Shows the nature of defendants' pro-life agenda.  Shows how the videos were publicized. Rebuts testimony that videos are "misleading" or improperly edited. See, Trial Tr., 10-3-19, 363:9-11; 10-10-19, 933:21-24, 952:13-24. | | | Overruled____ |
| 169:23 – 170:23 | Relevance (MIL); prejudice; . | Shows the strategies taken by defendants'. Shows the nature of defendants' pro-life agenda.  Shows how the videos were publicized. Rebuts testimony that videos are "misleading" or improperly edited. See, Trial Tr., 10-3-19, 363:9-11; 10-10-19, 933:21-24, 952:13-24. | | | Sustained ____ Overruled____ |
| 172:18 – 174:3 | Relevance (MIL); prejudice; . | Shows the strategies taken by defendants'. Shows the nature of defendants' pro-life agenda.  Shows how the videos were publicized. Rebuts testimony that videos are "misleading" or improperly edited. See, Trial Tr., 10-3-19, 363:9-11; 10-10-19, 933:21-24, 952:13-24. | | | Sustained ____ Overruled____ |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Peter Robbio | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| 180:4 – 181:23 | Relevance (MIL); prejudice; . | Shows the strategies taken by defendants'. Shows the nature of defendants' pro-life agenda.  Shows how the videos were publicized. Relevant to Defendants' intent and goals. Rebuts testimony that videos are "misleading" or improperly edited. See, Trial Tr., 10-3-19, 363:9-11; 10-10-19, 933:21-24, 952:13-24. | | | Sustained ____ Overruled____ |
| 182:9 – 183:4 | Relevance (MIL); prejudice; . | Shows the strategies taken by defendants'. Shows the nature of defendants' pro-life agenda.  Shows how the videos were publicized. Relevant to Defendants' intent and goals. | | | Sustained ____ Overruled____ |
| 218:8 – 12 | | | Relevance –  regards time after publication. | Goes to Defendants' intent and motives | Sustained ____ Overruled____ |
| 219:8 – 17 | | | Relevance –  regards time after publication, Hearsay, Personal Knowledge | Goes to Defendants' intent and motives | Sustained ____ Overruled____ |
| 226:11 – 14 | | | Relevance –  regards time after publication, Prejudicial, Waste of time, Calls for Speculation. | Goes to Defendants' intent and motives | Sustained ____ Overruled____ |
| 227:6 – 227:13 | Relevance; prejudicial | Goes to Defendants' intent and motives. | | | Sustained ____ Overruled____ |

17

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Peter Robbio | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| | | Shows the strategies taken by defendants' | | | |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

5.  **Greg Mueller**

| Greg Mueller | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| 15:14 – 21 | | | Relevance. Prejudice. Inflammatory. | Provides company background and goes to Defendants' intent in using them | Sustained _____ Overruled_____ |
| 16:8 – 13 | | | Relevance. Prejudice. Inflammatory. | Provides company background and goes to Defendants' intent in using them | Sustained _____ Overruled_____ |
| 42:8 – 21 | | | Relevance | Goes to intent and motives | Sustained _____ Overruled_____ |
| 108:4 – 25 | R. 402, 403 (108:4-8) | Shows good faith of reasonable belief that crimes were being committed.  Rebuts argument of recent fabrication. Rebuts argument that videos were misleadingly edited.  Rebuts malicious intent. | | | |
| 116:6 – 8 | Relevance (MIL); Speculation; Outside the scope of Plaintiffs' designations | Goes to Defendants' intent and motives. Shows the strategies taken by defendants' Could be used in direct. | | | Sustained _____ Overruled_____ |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Greg Mueller | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| 116:11 – 17 | Relevance (MIL); Speculation; Outside the scope of Plaintiffs' designations | Goes to Defendants' intent and motives. Shows the strategies taken by defendants' Could be used in direct. | | | Sustained ____ Overruled____ |
| 132:24 – 135:6 | | | 135:1 – 6: Relevance | Goes to motive/intent | Sustained ____ Overruled____ |
| 136:3 – 6 | | | Relevance | Goes to motive/intent | Sustained ____ Overruled____ |
| 136:11 – 17 | | | Relevance | Goes to motive/intent | Sustained ____ Overruled____ |
| 146:25 – 23 | | | Relevance | Goes to motive/intent | Sustained ____ Overruled____ |
| 148:6 – 15 | | | Hearsay | Not offered for truth; present sense impression | Sustained ____ Overruled____ |
| 157:17 – 19 | | | Relevance. Waste of time | | Sustained ____ Overruled____ |
| 166:6 – 8 | Relevance (MIL); outside the scope of designations | Goes to Defendants' intent and motives. Shows the strategies taken by defendants'. Could be used in direct. | | | Sustained ____ Overruled____ |
| 166:11 – 23 | Relevance (MIL); outside the scope of designations | Goes to Defendants' intent and motives. Shows the strategies taken by defendants. Could be used in direct. Rebuts testimony that videos are "misleading" or improperly edited. See, Trial Tr., 10-3-19, 363:9-11; 10-10-19, 933:21-24, 952:13-24. | | | Sustained ____ Overruled____ |
| 167:11-167:19 | | | No objection if 166:11- | Counter-designation | |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Greg Mueller | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| | | | 23 is accepted | to 166:11-25 added for completeness if that portion is allowed | |
| 172:6-14; 172:17-174:4 | Speculation; Relevance; prejudicial; outside the scope of designations | Goes to Defendants' intent and motives. Shows the strategies taken by defendants'. He is testifying about his industry custom. Could be used in direct. Rebuts testimony that videos are "misleading" or improperly edited. See, Trial Tr., 10-3-19, 363:9-11; 10-10-19, 933:21-24, 952:13-24. | | | Sustained ____ Overruled____ |
| 262:25-263:1 | | | Relevance | Background; motives; bias | Sustained ____ Overruled____ |
| 263:14 – 21 | | | Relevance | Background; motives; bias | Sustained ____ Overruled____ |
| 263:22 – 264:12 | | | Relevance | Background; motives; bias | Sustained ____ Overruled____ |
| 265:7 – 16 | | | Relevance. Prejudice. Waste of time. Improper Character Evidence. | Background; motives; bias | Sustained ____ Overruled____ |
| 265:17 – 266:3 | | | Relevance. Prejudice. Waste of time. Improper Character Evidence. | Background; motives; bias | Sustained ____ Overruled____ |
| 266:9 – 16 | | | Relevance. Prejudice. Waste of time. Inflammatory. Improper Character | Background; motives; bias | Sustained ____ Overruled____ |

21

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Greg Mueller | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| | | | Evidence. | | |
| 267:4 – 268:9 | | | Relevance. Prejudice. Waste of time. Inflammatory. Improper Character Evidence. | Background; motives; bias | Sustained ____ Overruled____ |
| 269:7 – 12 | | | Relevance. Prejudice. Waste of time. Inflammatory. Improper Character Evidence. | Background; motives; bias | Sustained ____ Overruled____ |
| 270:24 – 272:6 | | | Relevance. Prejudice. Waste of time. Inflammatory. Improper Character Evidence. | Background; motives; bias | Sustained ____ Overruled____ |
| 272:16 – 273:14 | | | Relevance. Prejudice. Waste of time. Inflammatory. Improper Character Evidence. | Background; motives; bias | Sustained ____ Overruled____ |
| 274:8 – 13 | | | Relevance. Prejudice. Waste of time. Inflammatory. Improper Character Evidence. | Background; motives; bias | Sustained ____ Overruled____ |
| 277:9 – 12 | | | Relevance. Opinion. Hearsay. Inflammatory. Personal knowledge. Opinion. Incomplete, should continue to 277:12 | Background; motives; bias | Sustained ____ Overruled____ |
| 277:17 – 20 | | | Relevance. Prejudice. Waste of time. Hearsay. Opinion. | Background; motives; bias | Sustained ____ Overruled____ |

**THE PARTIES' DEPOSITION DESIGNATIONS, CROSS-DESIGNATIONS, AND OBJECTIONS FOR MOORE, BRYAN, CRONIN ROBBIO AND MUELLER, TO BE RULED ON BY THE COURT**

| Greg Mueller | Plaintiffs' Obj. | Defendants' Response to Plaintiffs' Obj. | Defendants' Obj. | Plaintiffs' Response to Defendants' Obj. | Ruling on Objection |
|---|---|---|---|---|---|
| | | | Inflammatory. | | |
| 277:22 – 278:5 | | | Relevance. Prejudice. Waste of time. Hearsay.  Personal knowledge. Opinion. | Background; motives; bias | Sustained ____ Overruled____ |
| 278:13 – 25 | | | Relevance. Prejudice. Waste of time. Improper Character Evidence. | Background; motives; bias | Sustained ____ Overruled____ |
| 279:2 – 14 | | | Relevance. Prejudice. Waste of time. Improper Character Evidence. | Background; motives; bias | Sustained ____ Overruled____ |
| 280:20 – 22 | | | Hearsay. Relevance. Prejudice. Waste of time. | Background; motives; bias | Sustained ____ Overruled____ |
| 281:1 – 4 | | | Hearsay. Relevance. Prejudice. Personal knowledge. | Background; motives; bias | Sustained ____ Overruled____ |
| 281:5 – 23 | | | Relevance. Prejudice. Waste of time. Personal knowledge. Hearsay. Opinion. | Background; motives; bias | Sustained ____ Overruled____ |

23