UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>Defendants. | Case No. 16-cv-00236-WHO<br><br>**ORDER RE ADVERSE INFERENCES** |

Given the pace of the trial testimony, plaintiffs shall file their brief identifying the final requested adverse inferences with respect to Newman, Baxter, and Davin by 5:00 p.m. on Saturday, November 2, 2019. Defendants shall file their response by 5:00 p.m. on Sunday, November 3, 2019.

**IT IS SO ORDERED.**

Dated: November 1, 2019


William H. Orrick
United States District Judge