UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-cv-00236-WHO
Case Name: Planned Parenthood Federation of America, Inc. v. Center for Medical Progress

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Rhonda Renee Trotter, Amy Lynne Bomse, Jeremy T. Kamras, Sharon D. Mayo, Oscar D. Ramallo, and Steven Lee Mayer | Harmeet K. Dhillon, Charles S. LiMandri, Paul Jonna, Dorothy Yamamoto, Horatio G. Mihet, Peter Breen, Michael Millen, Catherine Wynne Short, Edward L. White, III, Jeffrey Trissell, and Vladimir F. Kozina |
| **TRIAL DATE:** 11/4/2019<br>7:32 a.m. to 12:44 p.m.<br>2:43 p.m. to 4:03 p.m.<br>6 hours, 32 minutes | **REPORTERS:**<br>Debra Pas and Belle Ball | **CLERK:**<br>Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 11/4/2019 7:32 a.m. | | | Court in session (jury out) Motion to exclude Regan is denied; motion to exclude Minnow is denied. Objections to designation of Rosato and Schifron are sustained. Objections to Noah designations after page 170 are sustained. Gonzales to pages 58 & 59 and after 199 are sustained; all others are overruled. |
| | | 7:36 a.m. | | | Scheduling issues, anticipated testimony, and exclusion of news report exhibits discussed |
| | | 7:59 a.m. | | | Court in recess |
| | | 8:09 a.m. | | | Court in session (jurors present) |
| | | 8:10 a.m. | | | Witness **Gregory Joseph Regan** sworn; plaintiff direct examination (Kamras) |
| | | 8:20 a.m. | | | Use of demonstrative summary permitted (objection overruled); the jury is instructed by the Court that the summary itself is not data, only the underlying information which is properly admitted |
| 897 | | 8:27 a.m. | X | X | Admitted; objection overruled |
| 909 | | 8:31 a.m. | X | X | Admitted; objection overruled |
| 891-I | | 8:42 a.m. | X | X | Admitted; objection overruled |
| 8072 | | 9:00 a.m. | X | X | Admitted; objection overruled |
| | | 9:01 a.m. | | | Defense cross examination of **Gregory Joseph Regan** (Kozina) |
| | | 9:30 a.m. | | | Court in recess |
| | | 9:47 a.m. | | | Court in session (jurors present); Defense cross examination of **Gregory Joseph Regan** continues (LiMandri) |

1

Case No: 16-cv-00236-WHO
Case Name: Planned Parenthood Federation of America, Inc. v. Center for Medical Progress
Date: November 4, 2019
Courtroom Deputy: Jean Davis  - Court Reporters:   Debra Pas and Belle Ball

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 11/4/2019 9:55 a.m. | | | Defense cross examination of **Gregory Joseph Regan** continues (Millen) |
| | 915 | 10:19 a.m. | X | X | |
| | 898 | 10:22 a.m. | X | X | |
| | 916 | 10:24 a.m. | X | X | |
| | 902 | 10:28 a.m. | X | X | |
| | | 10:30 a.m. | | | Plaintiff declines redirect; witness excused |
| | | 10:30 a.m. | | | Witness **Brandon Minnow** sworn; plaintiff direct examination (Mayo) |
| 8070 | | 10:42 a.m. | X | X | Admitted; objection as to foundation cured |
| 1911 | | 10:50 a.m. | X | X | Admitted without objection |
| 1916 | | 11:00 a.m. | X | X | Admitted without objection |
| 1921 | | 11:04 a.m. | X | X | Admitted without objection |
| 730 | | 11:07 a.m. | X | X | Admitted without objection |
| | | 11:13 a.m. | | | Court in recess |
| | | 11:29 a.m. | | | Court in session (jury present) Plaintiff direct examination of **Brandon Minnow** continues (Mayo) |
| 8071 | | 11:31 a.m. | X | X | Admitted without objection |
| 6009-A | | 11:36 a.m. | X | X | Admitted; objection overruled. Video clip shown without sound or transcript |
| 6012-A | | 11:38 a.m. | X | X | Admitted; objection overruled. Video clip shown without sound or transcript |
| 6007-A | | 11:39 a.m. | X | X | Admitted; objection overruled. Video clip shown without sound or transcript |
| 943 | | 11:52 a.m. | X | X | Admitted without objection |
| 944 | | 11:52 a.m. | X | X | Admitted without objection |
| 985 | | 11:54 a.m. | X | X | Admitted without objection |
| 986 | | 11:55 a.m. | X | X | Admitted without objection |
| 942 | | 11:56 a.m. | X | X | Admitted without objection |
| | | 11:59 a.m. | | | Defense cross examination of **Brandon Minnow** (Breen) |
| | | 12:33 p.m. | | | Defense cross examination of **Brandon Minnow** (Mihet) |
| | | 12:36 p.m. | | | Plaintiff redirect of **Brandon Minnow** (Mayo) |

Case No: 16-cv-00236-WHO
Case Name: Planned Parenthood Federation of America, Inc. v. Center for Medical Progress
Date: November 4, 2019
Courtroom Deputy: Jean Davis   - Court Reporters:   Debra Pas and Belle Ball

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 12:38 p.m. | | | Defense follow up examination of **Brandon Minnow** (Breen) |
| | | 12:40 p.m. | | | Witness excused |
| | | 12:42 p.m. | | | Jurors excused |
| | | 12:43 p.m. | | | Adverse implications, proposed stipulation and schedule discussed |
| | | 12:44 p.m. | | | Court in recess |
| | | 2:43 p.m. | | | Court in session (jurors out) |
| | | 2:44 p.m. | | | Adverse inferences taken up |
| | | 2:56 p.m. | | | Disputed jury instructions taken up |
| | | 3:58 p.m. | | | Court provides specific amendments to be made to the proposed jury instructions |
| | | 4:03 p.m. | | | Court in recess |

Plaintiff beginning time:      11 hours, 48 minutes
Plaintiff time used:            2 hours, 6 minutes
Plaintiff time remaining:       9 hours, 42 minutes

Defendant beginning time:      18 hours, 32 minutes
Defendant time used:            1 hour,  49 minutes
Defendant time remaining:      16 hours, 43 minutes