**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 16-cv-00236-WHO
Case Name: Planned Parenthood Federation of America, Inc. v. Center for Medical Progress

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Rhonda Renee Trotter, Amy Lynne Bomse, Diana K. Sterk, and Jeremy T. Kamras | Dhillon K. Harmeet, Charles S. LiMandri, Paul Jonna, Peter Breen, Horatio G. Mihet, Dorothy Yamamoto, Michael Millen, Catherine Wynne Short, Edward L. White, III, Erik Zimmerman, Matthew Heffron, and Vladimir F. Kozina |
| **TRIAL DATE: 11/5/2019** | **REPORTERS:** | **CLERK:** |
| 7:33 a.m. to 1:02 p.m.<br>2:54 p.m. to 3:52 p.m.<br>6 hours, 27 minutes | Debra Pas and Belle Ball | Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | **11/5/2019**<br>7:33 a.m. | | | Court in session (jury out)<br>Defense motion regarding testimony of Mr. Colson is denied.<br>Proper scope of examination of defense expert witness Zimmer discussed. Prior stipulation and appropriate cross examination of Mr. Paul and Ms. discussed. |
| | | 8:03 a.m. | | | Court in recess |
| | | 8:26 a.m. | | | Court in session (jurors present) |
| | | 8:27 a.m. | | | Testimony of **Greg Mueller** presented via video deposition. Plaintiff designations: 19 minutes, 36 seconds; Defense designations: 14 minutes, 54 seconds |
| 320 | | | X | X | Admitted without objection |
| 321 | | | X | X | Admitted without objection |
| 326 | | | X | X | Admitted without objection |
| 316 | | | X | X | Admitted without objection |
| 330-A | | | X | X | Admitted without objection |
| | | 9:02 a.m. | | | Defense cross examination of **Kevin Paul** (Breen) |
| | | 9:40 a.m. | | | Defense cross examination of **Kevin Paul** (Short) |
| | 7118 | 9:42 a.m. | X | X | Admitted without objection |
| | | 9:48 a.m. | | | Defense cross examination of **Kevin Paul** (Mihet) |
| | | 9:50 a.m. | | | Plaintiff redirect of **Kevin Paul** (Mayo) |
| | | 9:54 a.m. | | | Defense follow up examination of **Kevin Paul** (Mihet) |

1

Case No: 16-cv-00236-WHO
Case Name: Planned Parenthood Federation of America, Inc. v. Center for Medical Progress
Date: November 5, 2019
Courtroom Deputy: Jean Davis  -  Court Reporters: Debra Pas and Belle Ball

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 11/5/2019 9:55 a.m. | | | Court in recess |
| | | 10:09 a.m. | | | Court in session (jury out) Counsel heard as to defense renewed motion for reconsideration of the Court's orders as to presentation of videos |
| | | 10:14 a.m. | | | Court in session (jury present) Plaintiffs rest; Court instructs jurors that much of defense direct examination has been incorporated in cross examination |
| | | 10:15 a.m. | | | Witness **Perrin Anne Larton** sworn; defense direct examination (Breen) Pro Bono defense counsel Meg Henessey present during testimony |
| | | 10:26 a.m. | | | Plaintiff cross examination of **Perrin Anne Larton** (Bomse) |
| | | 10:29 a.m. | | | Defense redirect of **Perrin Anne Larton** (Breen) |
| | | 10:33 a.m. | | | Defense direct examination of **Perrin Anne Larton** (Mihet) |
| | | 10:35 a.m. | | | Witness excused |
| | | 10:35 a.m. | | | Witness **Linda Tracy** sworn; defense direct examination (Jonna) Pro Bono defense counsel Meg Henessey present during testimony |
| | | 10:51 a.m. | | | Plaintiff cross examination of **Linda Tracy** (Sterk) |
| 8100 | | 10:53 a.m. | X | X | Admitted without objection |
| | | 10:58 a.m. | | | Defense redirect of **Linda Tracy** (Jonna) |
| | | 10:59 a.m. | | | Defense direct examination of **Linda Tracy** (Mihet) |
| | | 11:06 a.m. | | | Defense cross examination of **Linda Tracy** (Millen) |
| | | 11:06 a.m. | | | Witness excused |
| | | 11:07 a.m. | | | Witness **Michael New** sworn; defense direct examination (Breen) |
| | | 11:20 a.m. | | | Plaintiff cross examination of **Michael New** (Bomse) |
| | | 11:50 a.m. | | | Jurors excused; Mr. Mihet is excused for the balance of the day's proceedings. Mr. Jonna will specially appear on the behalf of Ms. Merritt in his absence. |
| | | 12:04 p.m. | | | Court in session (jurors out) Objection as to anticipated video presentation discussed |

Case No: 16-cv-00236-WHO
Case Name: Planned Parenthood Federation of America, Inc. v. Center for Medical Progress
Date: November 5, 2019
Courtroom Deputy: Jean Davis             - Court Reporters:   Debra Pas and Belle Ball

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | **11/5/2019** 12:07 p.m. | | | Court in session (jurors present) Plaintiff cross examination of **Michael New** continues (Bomse) |
| | | 12:15 p.m. | | | Defense redirect of **Michael New** (Bomse) |
| | | 12:23 p.m. | | | Defense direct examination of **Michael New** (Millen) |
| | | 12:25 p.m. | | | Further plaintiff examination waived; witness excused |
| | | 12:25 p.m. | | | Testimony of **Kathleen Mary Bryant** presented via video deposition. Plaintiff designations: 11 minutes, 1 second; Defense designations: 16 minutes, 54seconds |
| | **93** | | X | X | Admitted without objection |
| | **106** | | X | X | Admitted without objection |
| | | 12:54 p.m. | | | Supplemental testimony of **Tram Nguyen** presented via video deposition. Defense designations: 3 minutes, 59 seconds |
| | | 12:59 p.m. | | | Jurors excused |
| | | 1:02 p.m. | | | Court in recess |
| | | 2:54 p.m. | | | Court in session (jury out) Attorney conference as to adverse inferences conducted |
| | | 3:52 p.m. | | | Court in recess |

Plaintiff beginning time:     9 hours, 32 minutes*
Plaintiff time used:          1 hour,   19 minutes
Plaintiff time remaining:     8 hours,  13 minutes

Defendant beginning time:     16 hours, 43 minutes
Defendant time used:           2 hours, 40 minutes
Defendant time remaining:     14 hours, 3 minutes


*Time adjustment; plaintiff time used on 11/4/2019 should have been reflected as 2 hours, 16 minutes.

3