UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al., | Case No.  16-cv-00236-WHO |
| Plaintiffs, | **FINAL VERDICT FORM** |
| v. | |
| CENTER FOR MEDICAL PROGRESS, et al., | |
| Defendants. | |

# **<u>Verdict Form</u>**

*Planned Parenthood et al. v. Center for Medical Progress, et al.*

## <u>Introduction</u>

This verdict form is divided into sections A through K.  Complete sections A through J to determine whether the Defendants are liable to the Plaintiffs on each of the Plaintiffs' claims.  You must complete each of sections A through J.

Section K is used to determine the amount of punitive damages.  Only complete Section K if you found at least one Plaintiff suffered harm on at least one claim in Sections A, E through F, and H through J.

You must follow the law provided to you in the Jury Instructions in answering the questions in this Verdict Form.  After each question, a cross-reference to the most pertinent jury instructions is listed in [bracketed text].

Some of the questions require you to answer YES or NO to more than one Defendant. You must give an answer for each Defendant listed for a question.  Within each section, there are instructions after each question that will tell you whether to answer the next question or to skip ahead to another question or to the next section.

Your answers must be unanimous for each question that you are

United States District Court
Northern District of California

required to answer.

Ask the court clerk if you need additional copies of this form.

Once you have reached a unanimous verdict on all questions that you are required to answer, the presiding juror should sign the verdict form and notify the court clerk that you are ready to present your verdict in the courtroom.

# <u>Section A—Trespass</u>

1. In what amount, if any, was PPFA damaged by Defendants Daleiden, Lopez, BioMax, and CMP's trespasses at the 2014 Forum, 2015 MeDC, and the 2015 National Conference?

   [Instructions II.B.1; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Infiltration | PPFA | |
| Security | PPFA (Nucatola) (Ginde) (Monitoring) | |

*Answer the next question.*

2. Did any Defendant conspire with Daleiden, Lopez, BioMax, or CMP to trespass at PPFA's conferences?

   [Instructions II.K.1-2]

   A. Albin Rhomberg          _____Yes       _____No

   B. Troy Newman             _____Yes       _____No

*Answer the next question.*

3. In what amount, if any, was PPFA damaged by Defendants Daleiden, Merritt, BioMax, and CMP's trespass at the PPRM Stapleton Health Center?

   [Instructions II.B.2; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPFA (Ginde) | |

*Answer the next question.*

4. Did any Defendant conspire with Daleiden, Lopez, Merritt, or CMP to trespass at the PPRM Stapleton Health Center?

   [Instructions II.K.1-2]

   A.  Albin Rhomberg        _____Yes        _____No

   B.  Troy Newman          _____Yes        _____No

*Answer the next question.*

2

**Section A—Trespass**

5.  In what amount, if any, was PPGC/PPCFC damaged by Daleiden, Merritt, BioMax, and CMP's trespass at the PPGC/PPCFC Health Center?

[Instructions II.B.3; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPGC/PPCFC (Farrell) | |

*Answer the next question*

6.  Did any Defendant conspire with Daleiden, Lopez, BioMax, or CMP to trespass at the PPGC/PPCFC Health Center?

[Instructions II.K.1-2]

A.  Albin Rhomberg            _____Yes        _____No

B.  Troy Newman              _____Yes        _____No

.

*\* \* \* End of Section \* \* \**

---

3

**Section A—Trespass**

# __Section B—Breach of PPFA Exhibitor Agreements__

## __Liability__

1. Did any Defendant breach the 2014 Forum Exhibitor Agreement by violating an applicable law concerning fraud or privacy in performing their respective obligations under the contract?

   [Instructions II.C.1-3, 5]

   A. David Daleiden     _____Yes     _____No

   B. BioMax     _____Yes     _____No

   C. CMP     _____Yes     _____No

*Answer the next question.*

2. Did any Defendant breach the MeDC Exhibitor Agreement by violating an applicable law concerning fraud or privacy in performing their respective obligations under the contract?

   [Instructions II.C.1-3, 5]

   A. David Daleiden     _____Yes     _____No

   B. BioMax     _____Yes     _____No

   C. CMP     _____Yes     _____No

*Answer the next question.*

3. Did any Defendant breach the 2015 PPFA National Conference Exhibitor Agreement by violating an applicable law concerning fraud or privacy in performing their respective obligations under the contract?

   [Instructions II.C.1-3, 5]

   A. David Daleiden        _____Yes        _____No

   B. BioMax                _____Yes        _____No

   C. CMP                   _____Yes        _____No

*Answer the next question.*

---

5

**Section B—Breach of PPFA Exhibitor Agreements**

**<u>Damages</u>**

4. In what amount, if any, was PPFA damaged by breach of the PPFA Exhibitor Agreements, including the breaches that the Court has already found?

   [Instructions  II.C.4-5; II.L.1-2, 4-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Infiltration | PPFA | |
| Security | PPFA (Nucatola) (Ginde) (Monitoring) | |

*\* \* \* End of Section \* \* \**

---

**<u>Section B</u>—Breach of PPFA Exhibitor Agreements**

# Section C—Breach of NAF Agreements

1. In what amount, if any, was each Plaintiff damaged by the breach of the 2014 NAF Agreements and 2015 NAF Agreements by Defendants Daleiden, BioMax, Merritt, Lopez, BioMax, and CMP?

   [Instructions  II.C.6; II.L.1-2, 4-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPFA (Nucatola) | |

*** *End of Section* ***

---

7

# Section D—Breach of PPGC Agreement

1. Did any Defendant breach the PPGC Nondisclosure Agreement?

   [Instructions II.C.1-3, 7]

   A.  David Daleiden        _____Yes        _____No

   B.  BioMax               _____Yes        _____No

   C. CMP                   _____Yes        _____No

*If you answered Yes as to any Defendant, answer the next question. Otherwise, skip to the next Section.*

2. In what amount, if any, was PPGC damaged by the breach of the PPGC Nondisclosure Agreement?

   [Instructions  II.C.7; II.L.1-2, 4-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPGC (Farrell) | |

*\* \* \* End of Section \* \* \**

---

8

**Section D— Breach of PPGC Agreement**

# Section E—Fraud

## Intentional Misrepresentation

1. Did any Defendant commit fraud or conspire to commit fraud through intentional misrepresentation?  If Yes, as to which Plaintiff(s)?

   [Instructions II.D.1-2, 4-7; II.K.1-2]

   A.  David Daleiden                 _____Yes        _____No

      If Yes, as to which Plaintiff(s)?
      _____PPFA   _____PPGC   _____PPOSBC _____PPPSGV

   B.  Sandra Merritt                 _____Yes        _____No

      If Yes, as to which Plaintiff(s)?
      _____PPFA   _____PPGC   _____PPOSBC _____PPPSGV

   C.  Adrian Lopez                   _____Yes        _____No

      If Yes, as to which Plaintiff(s)?
      _____PPFA   _____PPGC   _____PPOSBC _____PPPSGV

---

9

D.  BioMax                          _____Yes      _____No

If Yes, as to which Plaintiff(s)?
_____PPFA  _____PPGC  _____PPOSBC _____PPPSGV


E.  CMP                            _____Yes      _____No

If Yes, as to which Plaintiff(s)?
_____PPFA  _____PPGC  _____PPOSBC _____PPPSGV


F.  Albin Rhomberg                 _____Yes      _____No

If Yes, as to which Plaintiff(s)?
_____PPFA  _____PPGC _____PPOSBC _____PPPSGV


G.  Troy Newman                    _____Yes      _____No

If Yes, as to which Plaintiff(s)?
_____PPFA  _____PPGC  _____PPOSBC _____PPPSGV


*If you answered Yes to any Defendant, answer the next question. Otherwise, skip to Question 3.*

**Section E—Fraud**

2.  In what amount, if any, was each Plaintiff damaged by the fraud?

[Instructions II.D.2; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Infiltration | PPFA | |
| Security | PPFA | |
| Security | PPGC | |
| Security | PPOSBC | |
| Security | PPPSGV | |

*Answer the next question.*

---

11

**Section E—Fraud**

**False Promise Fraud**

*PPFA Exhibitor Agreements*

3. Did any Defendant commit or conspire to commit false promise fraud
in connection with the PPFA Exhibitor Agreements?

[Instructions II.D.1, 3-6; II.K.1-2]

A.  David Daleiden    _____Yes    _____No

B.  Sandra Merritt    _____Yes    _____No

C.  Adrian Lopez    _____Yes    _____No

D.  BioMax    _____Yes    _____No

E.  CMP    _____Yes    _____No

F.  Albin Rhomberg    _____Yes    _____No

G.  Troy Newman    _____Yes    _____No

*If you answered Yes as to any Defendant, answer the next question.*
*Otherwise, skip to Question 5.*

---

12

4.  In what amount, if any, was PPFA damaged by the false promise fraud?

[Instructions  II.D.3; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Infiltration | PPFA | |
| Security | PPFA<br><br>(Nucatola)<br><br>(Ginde)<br><br>(Monitoring) | |

*Answer the next question.*

**Section E—Fraud**

*PPGC NDA*

   5.  Did any Defendant commit or conspire to commit false promise fraud in connection with the PPGC Nondisclosure Agreement?

      [Instructions II.D.1, 3-6; II.K.1-2]

     A.  David Daleiden       _____Yes      _____No

     B.  Sandra Merritt       _____Yes      _____No

     C.  Adrian Lopez       _____Yes      _____No

     D.  BioMax       _____Yes      _____No

     E.  CMP       _____Yes      _____No

     F.  Albin Rhomberg       _____Yes      _____No

     G.  Troy Newman       _____Yes      _____No

*If you answered Yes as to any Defendant, answer the next question. Otherwise, skip to the next Section.*

---

14

**Section E—Fraud**

6. In what amount, if any, was PPGC damaged?

[Instructions II.D.3; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPGC (Farrell) | |

*\* \* \* End of Section \* \* \**

---

**Section E—Fraud**

# <u>Section F—RICO</u>

1.  Did any Defendant violate RICO or conspire to violate RICO?

    [Instructions II.E.1-12]

    A.  David Daleiden       _____Yes       _____No

    B.  Sandra Merritt       _____Yes       _____No

    C.  Adrian Lopez         _____Yes       _____No

    D.  BioMax               _____Yes       _____No

    E.  CMP                  _____Yes       _____No

    F.  Albin Rhomberg       _____Yes       _____No

    G.  Troy Newman          _____Yes       _____No

*If you answered Yes to any Defendant, answer the next question.*
*Otherwise, skip the rest of this Section.*

---

16

2. In what amount, if any, was each Plaintiff damaged by Defendants' violation of RICO?

[Instructions II.E.2; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Infiltration | PPFA | |
| Security | PPFA | |
| Security | PPGC | |
| Security | PPOSBC | |
| Security | PPPSGV | |

*  *  *  *End of Section*  *  *  *

---

17

**Section F—RICO**

# __Section G—Recording (California Penal Code)__

1. For each recording below, answer "Yes" or "No" as to whether a Plaintiff has established the recording violated Penal Code 632.  If you find a recording violated Penal Code 632, answer whether the Defendant established all the elements of a defense under Penal Code 633.5.

   [Instructions II.G.1-5]

   A. PPNorCal via Dr. Drummond-Hay at NAF 2014

       a.  Violation?         _____Yes   _____No

       b.  633.5 Defense?

           i.  Daleiden   _____Yes   _____No

           ii. Merritt    _____Yes   _____No

   B. PPFA via Dr. Nucatola at NAF 2014 - First Recording

       a.  Violation?         _____Yes   _____No

       b.  633.5 Defense?

           i.  Merritt    _____Yes   _____No

   C. PPFA via Dr. Nucatola at NAF 2014 - Second Recording

       a.  Violation?         _____Yes   _____No

       b.  633.5 Defense?

           i.  Merritt    _____Yes   _____No

---

D. PPFA via Dr. Nucatola at Craft Restaurant

    a.  Violation?          _____Yes    _____No

    b.  633.5 Defense?

        i.   Daleiden _____Yes  _____No

        ii.  Merritt    _____Yes  _____No

E. PPPSGV via Dr. Gatter at a/k/a Bistro

    a.  Violation?          _____Yes    _____No

    b.  633.5 Defense?

        i.  Daleiden  _____Yes  _____No

        ii.  Merritt    _____Yes  _____No

F. PPPSGV via Felczer at a/k/a Bistro

    a.  Violation?          _____Yes    _____No

    b.  633.5 Defense?

        i.  Daleiden  _____Yes  _____No

        ii.  Merritt    _____Yes  _____No

*Answer the next question if you found at least one recording violated Penal Code 632 and at least one Defendant did not establish a 633.5 defense. Otherwise, skip to the next Section.*

---

**Section G—Recording (California Penal Code)**

2. In what amount, if any, was each Plaintiff damaged by Defendant(s)' violation of Penal Code 632?

[Instructions II.G.1; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPFA (Nucatola) | |
| Security | PPPSGV | |

*Answer the next question.*

3. Which Defendants, if any, conspired to violate Penal Code 632?

[Instructions II.K.1-2]

A. David Daleiden    _____Yes    _____No

B. Sandra Merritt    _____Yes    _____No

C. Adrian Lopez    _____Yes    _____No

D. BioMax    _____Yes    _____No

E. CMP    _____Yes    _____No

F. Albin Rhomberg    _____Yes    _____No

G. Troy Newman    _____Yes    _____No

*\* \* \* End of Section \* \* \**

**Section G—Recording (California Penal Code)**

# <u>Section H—Recording (Florida Law)</u>

1.  For each recording below, answer "Yes" or "No" as to whether a
    Plaintiff has established the recording violated Florida Law.

    [Instructions  II.H.1-2]

    A.  PPFA via Dr. Nucatola at 2014 Forum - First Recording by

        Adrian Lopez and David Daleiden

        _____Yes   _____No

    B.  PPFA via Dr. Nucatola at 2014 Forum - Second Recording by

        Adrian Lopez and David Daleiden

        _____Yes   _____No

    C.  PPFA via K. Shea at 2014 Forum by Adrian Lopez and David

        Daleiden

        _____Yes   _____No

    D.  PPPSGV via Dr. Gatter at 2014 Forum by Adrian Lopez and

        David Daleiden

        _____Yes   _____No

---

E.  PPCCC via Dr. Siegfried at 2014 Forum by Adrian Lopez and

David Daleiden

_____Yes   _____No


F.  PPRM via Dr. Ginde  at 2014 Forum by David Daleiden

_____Yes   _____No


G.  PPFA via J. Gupta at 2015 MeDC - First Recording by Adrian

Lopez and David Daleiden

_____Yes   _____No


H.  PPFA via J. Gupta at 2015 MeDC - Second Recording by

Adrian Lopez and David Daleiden

_____Yes   _____No


I.  PPFA via Dr. Nucatola at 2015 MeDC - First Recording by

Adrian Lopez and David Daleiden

_____Yes   _____No

**Section H—Recording (Florida Law)**

J.  PPFA via Dr. Nucatola at 2015 MeDC - Second Recording by

Adrian Lopez and David Daleiden

_____Yes   _____No

K.  PPFA via D. VanDerhei at 2015 MeDC by Adrian Lopez and

David Daleiden

_____Yes   _____No

L.  PPPSGV via Dr. Mary Gatter at 2015 MeDC by Adrian Lopez

and David Daleiden

_____Yes   _____No

M. PPOSBC via Dr. Russo at 2015 MeDC by Adrian Lopez and

David Daleiden

_____Yes   _____No

N. B. PPGC via B. Smith at 2015 MeDC by David Daleiden

_____Yes   _____No

---

23

**Section H—Recording (Florida Law)**

O. PPPSW via Dr. Moran at 2015 MeDC by Adrian Lopez and

David Daleiden

_____Yes   _____No


P. PPPSW via Dr. Nguyen at 2015 MeDC by Adrian Lopez and

David Daleiden

_____Yes   _____No


*Answer the next question if you found at least one recording violated Florida law.  Otherwise, skip to the next Section.*

**<u>Section H</u>—Recording (Florida Law)**

2. In what amount, if any, was each Plaintiff damaged by Defendant(s)' violation of Florida law?

[Instructions II.H.1; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPFA<br>(Nucatola)<br>(Ginde) | |
| Security | PPOSBC | |
| Security | PPPSGV | |

*Answer the next question.*

---

25

**Section H—Recording (Florida Law)**

3.  Which Defendants, if any, conspired to violate Florida law?

[Instructions II.K1-2]

 A.  David Daleiden  _____Yes  _____No

 B.  Sandra Merritt  _____Yes  _____No

 C.  Adrian Lopez  _____Yes  _____No

 D.  BioMax  _____Yes  _____No

 E.  CMP  _____Yes  _____No

 F.  Albin Rhomberg  _____Yes  _____No

 G.  Troy Newman  _____Yes  _____No

*\* \* \* End of Section \* \* \**

**Section H—Recording (Florida Law)**

# Section I—Recording (Maryland Law)

1. For each recording below, answer "Yes" or "No" as to whether a Plaintiff has established the recording violated Maryland Law.

   [Instructions II.I.1-2]

   A. PPFA via Dr. Nucatola at 2015 NAF by David Daleiden

   _____Yes   _____No

   B. PPFA via J. Castle at 2015 NAF by David Daleiden and Sandra Merritt

   _____Yes   _____No

   C. PPFA via D. VanDerhei  at 2015 NAF by David Daleiden and Sandra Merritt

   _____Yes   _____No

   D. PPCFC via T. Nguyen at 2015 NAF - First Recording by Adrian Lopez

   _____Yes   _____No

---

27

E. PPCFC via T. Nguyen at 2015 NAF - Second Recording by David Daleiden

_____Yes   _____No

F. PPGC/PPCFC via J. Krugler at 2015 NAF - First Recording by Adrian Lopez

_____Yes   _____No

G. PPGC/PPCFC via J. Krugler at 2015 NAF - Second Recording by David Daleiden

_____Yes   _____No

H. PPCFC via Dr. Schutt-Aine at 2015 NAF - First Recording by Adrian Lopez

_____Yes   _____No

**Section I— Recording (Maryland Law)**

I.  PPCFC via Dr. Schutt-Aine at 2015 NAF - Second Recording

by David Daleiden

_____Yes  _____No

*Answer the next question if you found at least one recording violated Maryland law. Otherwise, skip to the next Section.*

2.  In what amount, if any, was each Plaintiff damaged by Defendant(s)' violation of Maryland law?

[Instructions II.I.1; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPFA (Nucatola) | |
| Security | PPGC (Schutt-Aine) | |

*Answer the next question.*

**Section I— Recording (Maryland Law)**

3. Which Defendants, if any, conspired to violate Maryland law?

   [Instructions II.K.1-2]

   A.  David Daleiden        _____Yes        _____No

   B.  Sandra Merritt        _____Yes        _____No

   C.  Adrian Lopez          _____Yes        _____No

   D.  BioMax                _____Yes        _____No

   E.  CMP                   _____Yes        _____No

   F.  Albin Rhomberg        _____Yes        _____No

   G.  Troy Newman           _____Yes        _____No

*** *  End of Section  * ***

---

30

**Section I— Recording (Maryland Law)**

# <u>Section J—Recording (Federal law)</u>

1. For each recording below, answer "Yes" or "No" as to whether a Plaintiff has established the recording violated Federal Law.

   [Instructions II.J.1-3]

   A. PPGC via M. Linton at 2015 PPFA National Conference by

   Adrian Lopez and David Daleiden

   _____Yes   _____No


   B. PPFA via Dr. Westhoff at 2015 PPFA National Conference by

   Adrian Lopez and David Daleiden

   _____Yes   _____No


   C. PPFA via J. Castle at 2015 PPFA National Conference by

   Adrian Lopez and David Daleiden

   _____Yes   _____No


   D. PPFA via K. Flood at 2015 PPFA National Conference by

   Adrian Lopez and David Daleiden

   _____Yes   _____No

---

<u>Section J—Recording (Federal Law)</u>

E. PPFA via J. Fils-Aime at 2015 PPFA National Conference by Adrian Lopez and David Daleiden

_____Yes   _____No

F. PPFA via A. Grewer at 2015 PPFA National Conference by Adrian Lopez and David Daleiden

_____Yes   _____No

G. PPRM via Dr. Ginde at PPRM Stapleton Health Center by Sandra Merritt and David Daleiden

_____Yes   _____No

H. PPRM via J. Johnstone at PPRM Stapleton Health Center by Sandra Merritt and David Daleiden

_____Yes   _____No

I. PPGC via M. Farrell at PPGC Prevention Park Health Center by Sandra Merritt and David Daleiden

_____Yes   _____No

32

**Section J—Recording (Federal Law)**

J. PPGC via Receptionist #1 at PPGC Prevention Park Health
   Center by Sandra Merritt and David Daleiden

   _____Yes   _____No


K. PPGC via Receptionist #2 at PPGC Prevention Park Health
   Center by Sandra Merritt and David Daleiden

   _____Yes   _____No


L. PPFA via Dr. Nucatola at 2015 NAF by David Daleiden

   _____Yes   _____No


M. PPFA via J. Castle at 2015 NAF by David Daleiden and Sandra
   Merritt

   _____Yes   _____No


N. PPFA via D. VanDerhei at 2015 NAF by David Daleiden and
   Sandra Merritt

   _____Yes   _____No

---

33

**Section J—Recording (Federal Law)**

O. PPCFC via T. Nguyen at 2015 NAF - First Recording by Adrian
   Lopez

   _____Yes   _____No


P. PPCFC via T. Nguyen at 2015 NAF - Second Recording by
   David Daleiden

   _____Yes   _____No


Q. PPGC/PPCFC via J. Krugler at 2015 NAF - First Recording by
   Adrian Lopez

   _____Yes   _____No


R. PPGC/PPCFC via J. Krugler at 2015 NAF - Second Recording
   by David Daleiden

   _____Yes   _____No


S. PPCFC via Dr. Schutt-Aine at 2015 NAF - First Recording by
   Adrian Lopez

   _____Yes   _____No

**Section J—Recording (Federal Law)**

T.  PPCFC via Dr. Schutt-Aine at 2015 NAF - Second Recording

by David Daleiden

_____Yes   _____No


U.  PPFA via Dr. Nucatola at 2014 Forum - First Recording by

Adrian Lopez and David Daleiden

_____Yes   _____No


V.  PPFA via Dr. Nucatola at 2014 Forum - Second Recording by

Adrian Lopez and David Daleiden

_____Yes   _____No


W. PPFA via K. Shea at 2014 Forum by Adrian Lopez and David

Daleiden

_____Yes   _____No


X.  PPPSGV via Dr. Gatter at 2014 Forum by Adrian Lopez and

David Daleiden

_____Yes   _____No

_____

35

**Section J—Recording (Federal Law)**

Y. PPCCC via Dr. Siegfried at 2014 Forum by Adrian Lopez and

David Daleiden

_____Yes   _____No

Z. PPRM via Dr. Ginde at 2014 Forum by David Daleiden

_____Yes   _____No

AA.   PPFA via J. Gupta at 2015 MeDC - First Recording by

Adrian Lopez and David Daleiden

_____Yes   _____No

BB.   PPFA via J. Gupta at 2015 MeDC - Second Recording by

Adrian Lopez and David Daleiden

_____Yes   _____No

CC.   PPFA via Dr. Nucatola at 2015 MeDC - First Recording

by Adrian Lopez and David Daleiden

_____Yes   _____No

36

**Section J—Recording (Federal Law)**

DD.    PPFA via Dr. Nucatola at 2015 MeDC - Second

Recording by Adrian Lopez and David Daleiden

_____Yes   _____No


EE.    PPFA via D. VanDerhei at 2015 MeDC by Adrian Lopez

and David Daleiden

_____Yes   _____No


FF.    PPPSGV via Dr. Mary Gatter at 2015 MeDC - First

Recording by Adrian Lopez and David Daleiden

_____Yes   _____No


GG.    PPOSBC via Dr. Russo at 2015 MeDC - First Recording

by Adrian Lopez and David Daleiden

_____Yes   _____No


HH.    B. PPGC via B. Smith at 2015 MeDC by David Daleiden

_____Yes   _____No


37

**Section J—Recording (Federal Law)**

II.  PPPSW via Dr. Moran at 2015 MeDC by Adrian Lopez and

David Daleiden

_____Yes   _____No


JJ.PPPSW via Dr. Nguyen at 2015 MeDC by Adrian Lopez and

David Daleiden

_____Yes   _____No


KK.      PPNorCal via Dr. Drummond-Hay at 2014 NAF by David

Daleiden and Sandra Merritt

_____Yes   _____No


LL.      PPFA via Dr. Nucatola at 2014 NAF - First Recording by

Sandra Merritt

_____Yes   _____No


MM.      PPFA via Dr. Nucatola at 2014 NAF - Second Recording

by David Daleiden and Sandra Merritt

_____Yes   _____No

---

**Section J—Recording (Federal Law)**

NN.      PPFA via Dr. Nucatola at Craft Restaurant by David

Daleiden and Sandra Merritt

_____Yes   _____No


OO.      PPPSGV via Dr. Gatter at a/k/a Bistro by David Daleiden

and Sandra Merritt

_____Yes   _____No


PP.      PPPSGV via L. Felczer at a/k/a Bistro by David Daleiden

and Sandra Merritt

_____Yes   _____No

*Answer the next question if you found at least one recording violated*
*Federal law.  Otherwise, skip to the next Section.*

---

39

**Section J—Recording (Federal Law)**

2. In what amount, if any, was each Plaintiff damaged by Defendant(s)'
   violation of Federal law?

   [Instructions II.J.1; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPFA | |
| Security | PPGC | |
| Security | PPOSBC | |
| Security | PPPSGV | |

*Answer the next question.*

---

**Section J—Recording (Federal Law)**

4. Which Defendants, if any, conspired to violate Federal law?

[Instructions II.K.1-2]

A.  David Daleiden        _____Yes        _____No

B.  Sandra Merritt        _____Yes        _____No

C.  Adrian Lopez          _____Yes        _____No

D.  BioMax                _____Yes        _____No

E.  CMP                   _____Yes        _____No

F.  Albin Rhomberg        _____Yes        _____No

G. Troy Newman            _____Yes        _____No

*** *** End of Section * * ***

_____

41

**Section J**—Recording (Federal Law)

# <u>Section K—Punitive Damages</u>

*Answer this section only if you have found one or more Defendants liable on one or more claims.*

1. Do you find by clear and convincing evidence that at least one Defendant is liable for punitive damages?

   [Instructions II.M.1-2]

   (Check one.)


   _____Yes


   _____No

*If you answered "Yes," to Question 1, answer the next question.  If you answered "No" to Question 1, skip the rest of this section.*

---

**Signature Page**

2. In what amount is each Defendant liable for punitive damages?

[Instructions II.M.1-2]

(You should only award punitive damages against a Defendant if you found against that Defendant on one or more of the following claims: Fraud, Trespass, Florida recording law, Maryland recording law, or Federal recording law.

If you do not find an award of punitive damages is appropriate against a particular defendant, enter $0.  Otherwise, enter a dollar amount below.)


$_____ David Daleiden


$_____ Sandra Merritt


$_____ BioMax


$_____ CMP


$_____ Troy Newman


$_____ Albin Rhomberg


*** End of Section ***

**Signature Page**

\* \* \*

Once your deliberations are complete, sign and date this verdict form below.


Dated:_____                    _____
                                                                                     Presiding Juror