UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-cv-00236-WHO
Case Name: Planned Parenthood Federation of America, Inc.v. Center for Medical Progress

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:** | **PLAINTIFF ATTORNEYS:** | **DEFENSE ATTORNEYS:** |
|---|---|---|
| William H. Orrick | Rhonda Renee Trotter, Amy Bomse, Jeremy T. Kamras, and Sharon D. Mayo | Charles S. LiMandri, Harmeet K. Dhillon, Paul Jonna, Peter Breen, Horatio G. Mihet, Dorothy Yamamoto, Michael Millen, Catherine Wynne Short, Edward L. White, III, and Vladimir F. Kozina |
| **TRIAL DATE: 11/12/2019**<br>7:33 a.m. to 2:52 p.m.<br>6 hours, 27 minutes | **REPORTERS:**<br>Debra Pas and Belle Ball | **CLERK:**<br>Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | **11/12/2019**<br>7:33 a.m. | | | Court in session (jurors out)<br>The Court advises that Juror No. 27 will be |
| | | 7:39 a.m. | | | Court in recess |
| | | 8:05 a.m. | | | Court in session (jury present)<br>The Court instructs the jury |
| | | 10:02 a.m. | | | Court in recess |
| | | 10:17 a.m. | | | Court in session (jury present)<br>Plaintiff closing statement (Trotter, Kamras) |
| | | 12:43 p.m. | | | Jurors excused with the admonitions of the Court |
| | | 12:44 p.m. | | | Defense objections to representations during plaintiff closing regarding law enforcement contacts |
| | | 12:46 p.m. | | | Court in recess |
| | | 1:38 p.m. | | | Court in session (jury out)<br>Defense heard further as to objection to plaintiff closing; defense will be permitted further briefing on the issue. |
| | | 1:44 p.m. | | | Court in session (jurors present)<br>Defense closing (Breen, LiMandri) |
| | | 2:46 p.m. | | | Jurors excused |
| | | 2:46 p.m. | | | Defense request that Mr. Rodriguez be removed as a defendant from the portion of the verdict dealing with punitive damages; request granted. |
| | | 2:52 p.m. | | | Court in recess |