UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-cv-00236-WHO
Case Name: Planned Parenthood Federation of America, Inc.v. Center for Medical Progress

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Rhonda Renee Trotter, Amy Lynne Bomse, Jeremy T. Kamras, and Sharon D. Mayo | Charles S. LiMandri, Harmeet K. Dhillon, Paul Jonna, Peter Breen, Horatio G. Mihet, Dorothy Yamamoto, Michael Millen, Catherine Wynne Short, Edward L. White, III, and Vladimir F. Kozina |
| **TRIAL DATE: 11/13/2019** | **REPORTERS:** | **CLERK:** |
| 7:37 a.m. to 1:53 p.m. | Debra Pas and Belle Ball | Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 11/13/2019 7:37 a.m. | | | Court in session (jurors out) The Court denies request raised in Breen letter re: reference to law enforcement contacts in plaintiff closing statement |
| | | 7:47 a.m. | | | Court in recess |
| | | 8:04 a.m. | | | Court in session (jury present) Defense closing statements continue (Dhillon, Jonna, Kozina, Short, Mihet) |
| | | 10:08 a.m. | | | Jurors excused; court in recess |
| | | 10:26 a.m. | | | Court in session (jurors present) Plaintiff rebuttal closing statement (Trotter, Kamras) |
| | | 11:01 a.m. | | | Deliberation instructions provided to jurors by the Court |
| | | 11:12 a.m. | | | Jurors excused to begin deliberations |
| | | 11:13 a.m. | | | UCL and post-trial briefing and other housekeeping issues discussed |
| | | 11:14 a.m. | | | Court in recess |
| | | 1:44 p.m. | | | Court in session to take up jury question (jurors out) |
| | | | | | Counsel agree as to appropriate response to the question |
| | | 1:48 p.m. | | | Jurors seated and question addressed; testimony of Melissa Ferrell will be replayed on 11/14/2019 for jurors |
| | | 1:51 p.m. | | | Jurors released to continue deliberations Discussion taken up with counsel as to providing an index of admitted exhibits |
| | | 1:53 p.m. | | | Court in recess |