UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al., | Case No.  16-cv-00236-WHO |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| CENTER FOR MEDICAL PROGRESS, et al., | |
| Defendants. | |

# <u>Verdict Form</u>

*Planned Parenthood et al. v. Center for Medical Progress, et al.*

## <u>Introduction</u>

This verdict form is divided into sections A through K.  Complete sections A through J to determine whether the Defendants are liable to the Plaintiffs on each of the Plaintiffs' claims.  You must complete each of sections A through J.

Section K is used to determine the amount of punitive damages.  Only complete Section K if you found at least one Plaintiff suffered harm on at least one claim in Sections A, E through F, and H through J.

You must follow the law provided to you in the Jury Instructions in answering the questions in this Verdict Form.  After each question, a cross-reference to the most pertinent jury instructions is listed in [bracketed text].

Some of the questions require you to answer YES or NO to more than one Defendant. You must give an answer for each Defendant listed for a question.  Within each section, there are instructions after each question that will tell you whether to answer the next question or to skip ahead to another question or to the next section.

Your answers must be unanimous for each question that you are

United States District Court
Northern District of California

required to answer.

Ask the court clerk if you need additional copies of this form.

Once you have reached a unanimous verdict on all questions that you are required to answer, the presiding juror should sign the verdict form and notify the court clerk that you are ready to present your verdict in the courtroom.

## Section A—Trespass

1. In what amount, if any, was PPFA damaged by Defendants Daleiden, Lopez, BioMax, and CMP's trespasses at the 2014 Forum, 2015 MeDC, and the 2015 National Conference?

[Instructions II.B.1; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Infiltration | PPFA | # 366,873 |
| Security | PPFA (Nucatola) (Ginde) (Monitoring) | # 52,917 |

*Answer the next question.*

2. Did any Defendant conspire with Daleiden, Lopez, BioMax, or CMP to trespass at PPFA's conferences?

[Instructions II.K.1-2]

A. Albin Rhomberg _____✓_____ Yes _____ No

B. Troy Newman _____✓_____ Yes _____ No

*Answer the next question.*

_____

1

3. In what amount, if any, was PPFA damaged by Defendants Daleiden, Merritt, BioMax, and CMP's trespass at the PPRM Stapleton Health Center?

[Instructions II.B.2; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPFA (Ginde) | Ø |

*Answer the next question.*

4. Did any Defendant conspire with Daleiden, Lopez, Merritt, or CMP to trespass at the PPRM Stapleton Health Center?

[Instructions II.K.1-2]

A. Albin Rhomberg      ____✓____ Yes      _____ No

B. Troy Newman      ____✓____ Yes      _____ No

*Answer the next question.*

2

**Section A—Trespass**

5. In what amount, if any, was PPGC/PPCFC damaged by Daleiden, Merritt, BioMax, and CMP's trespass at the PPGC/PPCFC Health Center?

[Instructions II.B.3; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPGC/PPCFC (Farrell) | # 20, 208 |

*Answer the next question*

6. Did any Defendant conspire with Daleiden, Lopez, BioMax, or CMP to trespass at the PPGC/PPCFC Health Center?

[Instructions II.K.1-2]

A.  Albin Rhomberg        ____✓____Yes        _____No

B.  Troy Newman          ____✓____Yes        _____No


*  *  * End of Section *  *  *

**Section A—Trespass**

## **Section B—Breach of PPFA Exhibitor Agreements**

### **Liability**

1. Did any Defendant breach the 2014 Forum Exhibitor Agreement by violating an applicable law concerning fraud or privacy in performing their respective obligations under the contract?

   [Instructions II.C.1-3, 5]

   A.  David Daleiden       _____✓_____ Yes       _____ No

   B.  BioMax               _____✓_____ Yes       _____ No

   C.  CMP                  _____✓_____ Yes       _____ No

*Answer the next question.*

2. Did any Defendant breach the MeDC Exhibitor Agreement by violating an applicable law concerning fraud or privacy in performing their respective obligations under the contract?

   [Instructions II.C.1-3, 5]

   A.  David Daleiden       _____✓_____ Yes       _____ No

   B.  BioMax               _____✓_____ Yes       _____ No

   C.  CMP                  _____✓_____ Yes       _____ No

*Answer the next question.*

3. Did any Defendant breach the 2015 PPFA National Conference Exhibitor Agreement by violating an applicable law concerning fraud or privacy in performing their respective obligations under the contract?

[Instructions II.C.1-3, 5]

A. David Daleiden     _____✓_____ Yes     _____ No

B. BioMax     _____✓_____ Yes     _____ No

C. CMP     _____✓_____ Yes     _____ No

*Answer the next question.*

5

**Section B—Breach of PPFA Exhibitor Agreements**

## Damages

4. In what amount, if any, was PPFA damaged by breach of the PPFA Exhibitor Agreements, including the breaches that the Court has already found?

   [Instructions  II.C.4-5; II.L.1-2, 4-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Infiltration | PPFA | $ 366,873 |
| Security | PPFA (Nucatola) (Ginde) (Monitoring) | $ 52,917 |

*\* \* \* End of Section \* \* \**

## Section C—Breach of NAF Agreements

1. In what amount, if any, was each Plaintiff damaged by the breach of
   the 2014 NAF Agreements and 2015 NAF Agreements by
   Defendants Daleiden, BioMax, Merritt, Lopez, BioMax, and CMP?

   [Instructions  II.C.6; II.L.1-2, 4-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPFA (Nucatola) | $49,360 |

*** End of Section ***

# Section D—Breach of PPGC Agreement

1. Did any Defendant breach the PPGC Nondisclosure Agreement?

   [Instructions II.C.1-3, 7]

   A. David Daleiden  _____✓_____ Yes  _____ No

   B. BioMax  _____✓_____ Yes  _____ No

   C. CMP  _____✓_____ Yes  _____ No

*If you answered Yes as to any Defendant, answer the next question. Otherwise, skip to the next Section.*

2. In what amount, if any, was PPGC damaged by the breach of the PPGC Nondisclosure Agreement?

   [Instructions  II.C.7; II.L.1-2, 4-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPGC (Farrell) | $ 20,208 |

*\* \* \* End of Section \* \* \**

# Section E—Fraud

## Intentional Misrepresentation

1. Did any Defendant commit fraud or conspire to commit fraud through intentional misrepresentation?  If Yes, as to which Plaintiff(s)?

   [Instructions II.D.1-2, 4-7; II.K.1-2]

   A.  David Daleiden          _____✓_____Yes          _____No

       If Yes, as to which Plaintiff(s)?
       ___✓_PPFA    ___✓_PPGC    __✓_PPOSBC    __✓__PPPSGV

   B.  Sandra Merritt          _____✓_____Yes          _____No

       If Yes, as to which Plaintiff(s)?
       ___✓_PPFA    __✓_PPGC    _✓_PPOSBC    ___✓_PPPSGV

   C.  Adrian Lopez          _____✓_____Yes          _____No

       If Yes, as to which Plaintiff(s)?
       __✓_PPFA    __✓_PPGC    _✓_PPOSBC    __✓__PPPSGV

---

9

D. BioMax _____✓_____ Yes _____ No

    If Yes, as to which Plaintiff(s)?
    ___✓___ PPFA ___✓___ PPGC ___✓___ PPOSBC ___✓___ PPPSGV

E. CMP _____✓_____ Yes _____ No

    If Yes, as to which Plaintiff(s)?
    ___✓___ PPFA ___✓___ PPGC ___✓___ PPOSBC ___✓___ PPPSGV

F. Albin Rhomberg _____✓_____ Yes _____ No

    If Yes, as to which Plaintiff(s)?
    ___✓___ PPFA ___✓___ PPGC ___✓___ PPOSBC ___✓___ PPPSGV

G. Troy Newman _____✓_____ Yes _____ No

    If Yes, as to which Plaintiff(s)?
    ___✓___ PPFA ___✓___ PPGC ___✓___ PPOSBC ___✓___ PPPSGV

*If you answered Yes to any Defendant, answer the next question.*
*Otherwise, skip to Question 3.*

10

**Section E—Fraud**

2. In what amount, if any, was each Plaintiff damaged by the fraud?

   [Instructions II.D.2; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Infiltration | PPFA | $366,873 |
| Security | PPFA | $52,917 |
| Security | PPGC | $20,617 |
| Security | PPOSBC | $18,849 |
| Security | PPPSGV | $9,105 |

*Answer the next question.*

---

11

Section E—Fraud

**False Promise Fraud**

*PPFA Exhibitor Agreements*

3. Did any Defendant commit or conspire to commit false promise fraud in connection with the PPFA Exhibitor Agreements?

[Instructions II.D.1, 3-6; II.K.1-2]

A.  David Daleiden          _____✓_____Yes          _____No

B.  Sandra Merritt          _____✓_____Yes          _____No

C.  Adrian Lopez           _____✓_____Yes          _____No

D.  BioMax                _____✓_____Yes          _____No

E.  CMP                  _____✓_____Yes          _____No

F.  Albin Rhomberg        _____✓_____Yes          _____No

G.  Troy Newman          _____✓_____Yes          _____No

*If you answered Yes as to any Defendant, answer the next question. Otherwise, skip to Question 5.*

---

12

**Section E—Fraud**

4. In what amount, if any, was PPFA damaged by the false promise fraud?

[Instructions  II.D.3; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Infiltration | PPFA | $366,873 |
| Security | PPFA (Nucatola) (Ginde) (Monitoring) | $52,917 |

*Answer the next question.*

---

13

**Section E—Fraud**

*PPGC NDA*

5. Did any Defendant commit or conspire to commit false promise fraud in connection with the PPGC Nondisclosure Agreement?

[Instructions II.D.1, 3-6; II.K.1-2]

A. David Daleiden     _____✓_____ Yes     _____No

B. Sandra Merritt     _____✓_____ Yes     _____No

C. Adrian Lopez     _____✓_____ Yes     _____No

D. BioMax     _____✓_____ Yes     _____No

E. CMP     _____✓_____ Yes     _____No

F. Albin Rhomberg     _____✓_____ Yes     _____No

G. Troy Newman     _____✓_____ Yes     _____No

*If you answered Yes as to any Defendant, answer the next question. Otherwise, skip to the next Section.*

14

**Section E—Fraud**

6. In what amount, if any, was PPGC damaged?

[Instructions II.D.3; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPGC (Farrell) | $ 20,208 |

*\* \* \* End of Section \* \* \**

---

15

## Section F—RICO

1. Did any Defendant violate RICO or conspire to violate RICO?

   [Instructions II.E.1-12]

   A.  David Daleiden       _____✓_____ Yes       _____ No

   B.  Sandra Merritt       _____✓_____ Yes       _____ No

   C.  Adrian Lopez         _____✓_____ Yes       _____ No

   D.  BioMax               _____✓_____ Yes       _____ No

   E.  CMP                  _____✓_____ Yes       _____ No

   F.  Albin Rhomberg       _____✓_____ Yes       _____ No

   G.  Troy Newman          _____✓_____ Yes       _____ No

*If you answered Yes to any Defendant, answer the next question.*
*Otherwise, skip the rest of this Section.*

---

16

**Section F—RICO**

2. In what amount, if any, was each Plaintiff damaged by Defendants' violation of RICO?

[Instructions II.E.2; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Infiltration | PPFA | $366,873 |
| Security | PPFA | $52,917 |
| Security | PPGC | $20,617 |
| Security | PPOSBC | $18,849 |
| Security | PPPSGV | $9,105 |

*** End of Section ***

## **Section G—Recording (California Penal Code)**

1. For each recording below, answer "Yes" or "No" as to whether a
   Plaintiff has established the recording violated Penal Code 632.  If
   you find a recording violated Penal Code 632, answer whether the
   Defendant established all the elements of a defense under Penal
   Code 633.5.

   [Instructions II.G.1-5]

   A. PPNorCal via Dr. Drummond-Hay at NAF 2014

       a.  Violation?     _____✓_____ Yes _____ No

       b.  633.5 Defense?

           i.   Daleiden    _____ Yes _____✓_____ No

           ii.  Merritt     _____ Yes _____✓_____ No

   B. PPFA via Dr. Nucatola at NAF 2014 - First Recording

       a.  Violation?     _____✓_____ Yes _____ No

       b.  633.5 Defense?

           i.   Merritt     _____ Yes _____✓_____ No

   C. PPFA via Dr. Nucatola at NAF 2014 - Second Recording

       a.  Violation?     _____✓_____ Yes _____ No

       b.  633.5 Defense?

           i.   Merritt     _____ Yes _____✓_____ No

---

D. PPFA via Dr. Nucatola at Craft Restaurant

    a. Violation? _____✓\_\_\_\_\_Yes _____No

    b. 633.5 Defense?

        i.  Daleiden _____Yes \_\_\_\_\_✓\_\_\_\_No

        ii.  Merritt _____Yes \_\_\_\_\_✓\_\_\_\_No

E. PPPSGV via Dr. Gatter at a/k/a Bistro

    a. Violation? _____✓\_\_\_\_\_Yes _____No

    b. 633.5 Defense?

        i.  Daleiden _____Yes \_\_\_\_\_✓\_\_\_\_No

        ii.  Merritt _____Yes \_\_\_\_\_✓\_\_\_\_No

F. PPPSGV via Felczer at a/k/a Bistro

    a. Violation? _____✓\_\_\_\_\_Yes _____No

    b. 633.5 Defense?

        i.  Daleiden _____Yes \_\_\_\_\_✓\_\_\_\_No

        ii.  Merritt _____Yes \_\_\_\_\_✓\_\_\_\_No

*Answer the next question if you found at least one recording violated Penal Code 632 and at least one Defendant did not establish a 633.5 defense. Otherwise, skip to the next Section.*

**Section G**—Recording (California Penal Code)

2. In what amount, if any, was each Plaintiff damaged by Defendant(s)' violation of Penal Code 632?

[Instructions II.G.1; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPFA (Nucatola) | # 49,360 |
| Security | PPPSGV | # 9,105 |

*Answer the next question.*

3. Which Defendants, if any, conspired to violate Penal Code 632?

[Instructions II.K.1-2]

A. David Daleiden _____✓_____ Yes _____ No

B. Sandra Merritt _____✓_____ Yes _____ No

C. Adrian Lopez _____✓_____ Yes _____ No

D. BioMax _____✓_____ Yes _____ No

E. CMP _____✓_____ Yes _____ No

F. Albin Rhomberg _____✓_____ Yes _____ No

G. Troy Newman _____✓_____ Yes _____ No

*  *  * End of Section *  *  *

**Section G—Recording (California Penal Code)**

# <u>Section H—Recording (Florida Law)</u>

1. For each recording below, answer "Yes" or "No" as to whether a Plaintiff has established the recording violated Florida Law.

   [Instructions  II.H.1-2]

   A. PPFA via Dr. Nucatola at 2014 Forum - First Recording by

   Adrian Lopez and David Daleiden

    _____✓_____Yes  _____No

   B. PPFA via Dr. Nucatola at 2014 Forum - Second Recording by

   Adrian Lopez and David Daleiden

    _____✓_____Yes  _____No

   C. PPFA via K. Shea at 2014 Forum by Adrian Lopez and David

   Daleiden

    _____✓_____Yes  _____No

   D. PPPSGV via Dr. Gatter at 2014 Forum by Adrian Lopez and

   David Daleiden

   _____✓_____Yes  _____No

E. PPCCC via Dr. Siegfried at 2014 Forum by Adrian Lopez and

David Daleiden

_____✓_____Yes _____No

F. PPRM via Dr. Ginde  at 2014 Forum by David Daleiden

_____✓_____Yes _____No

G. PPFA via J. Gupta at 2015 MeDC - First Recording by Adrian

Lopez and David Daleiden

_____✓_____Yes _____No

H. PPFA via J. Gupta at 2015 MeDC - Second Recording by

Adrian Lopez and David Daleiden

_____✓_____Yes _____No

I. PPFA via Dr. Nucatola at 2015 MeDC - First Recording by

Adrian Lopez and David Daleiden

_____✓_____Yes _____No

---

22

**Section H—Recording (Florida Law)**

J.  PPFA via Dr. Nucatola at 2015 MeDC - Second Recording by Adrian Lopez and David Daleiden

_____✓_____Yes   _____No


K.  PPFA via D. VanDerhei at 2015 MeDC by Adrian Lopez and David Daleiden

_____✓_____Yes   _____No


L.  PPPSGV via Dr. Mary Gatter at 2015 MeDC by Adrian Lopez and David Daleiden

_____✓_____Yes   _____No


M. PPOSBC via Dr. Russo at 2015 MeDC by Adrian Lopez and David Daleiden

_____✓_____Yes   _____No


N. B. PPGC via B. Smith at 2015 MeDC by David Daleiden

_____✓_____Yes   _____No

---

**Section H—Recording (Florida Law)**

O. PPPSW via Dr. Moran at 2015 MeDC by Adrian Lopez and

David Daleiden

_____✓_____Yes   _____No

P. PPPSW via Dr. Nguyen at 2015 MeDC by Adrian Lopez and

David Daleiden

_____✓_____Yes   _____No

*Answer the next question if you found at least one recording violated Florida law.  Otherwise, skip to the next Section.*

_____

**Section H—Recording (Florida Law)**

2. In what amount, if any, was each Plaintiff damaged by Defendant(s)'
   violation of Florida law?

[Instructions II.H.1; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPFA (Nucatola) (Ginde) | #49,360 |
| Security | PPOSBC | #18,849 |
| Security | PPPSGV | #9,105 |

*Answer the next question.*

---

**Section H—Recording (Florida Law)**

3. Which Defendants, if any, conspired to violate Florida law?

[Instructions II.K1-2]

A.  David Daleiden    _____✓_____ Yes    _____ No

B.  Sandra Merritt    _____✓_____ Yes    _____ No

C.  Adrian Lopez      _____✓_____ Yes    _____ No

D.  BioMax            _____✓_____ Yes    _____ No

E.  CMP               _____✓_____ Yes    _____ No

F.  Albin Rhomberg    _____✓_____ Yes    _____ No

G.  Troy Newman       _____✓_____ Yes    _____ No

*** End of Section ***

---

26

**Section H—Recording (Florida Law)**

# <u>Section I—Recording (Maryland Law)</u>

1. For each recording below, answer "Yes" or "No" as to whether a Plaintiff has established the recording violated Maryland Law.

   [Instructions II.I.1-2]

   A. PPFA via Dr. Nucatola at 2015 NAF by David Daleiden

   _____✓_____ Yes   _____ No


   B. PPFA via J. Castle at 2015 NAF by David Daleiden and Sandra

   Merritt

   _____✓_____ Yes   _____ No


   C. PPFA via D. VanDerhei  at 2015 NAF by David Daleiden and

   Sandra Merritt

   _____✓_____ Yes   _____ No


   D. PPCFC via T. Nguyen at 2015 NAF - First Recording by Adrian

   Lopez

   _____✓_____ Yes   _____ No

---

27

<u>Section I</u>— Recording (Maryland Law)

E. PPCFC via T. Nguyen at 2015 NAF - Second Recording by

David Daleiden

_____✓_____Yes  _____No

F. PPGC/PPCFC via J. Krugler at 2015 NAF - First Recording by

Adrian Lopez

_____✓_____Yes  _____No

G. PPGC/PPCFC via J. Krugler at 2015 NAF - Second Recording

by David Daleiden

_____✓_____Yes  _____No

H. PPCFC via Dr. Schutt-Aine at 2015 NAF - First Recording by

Adrian Lopez

_____✓_____Yes  _____No

**Section I— Recording (Maryland Law)**

I.  PPCFC via Dr. Schutt-Aine at 2015 NAF - Second Recording

by David Daleiden

_____✓_____Yes _____No

*Answer the next question if you found at least one recording violated Maryland law. Otherwise, skip to the next Section.*

2.  In what amount, if any, was each Plaintiff damaged by Defendant(s)' violation of Maryland law?

[Instructions II.I.1; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPFA (Nucatola) | # 49,360 |
| Security | PPGC (Schutt-Aine) | # 409 |

*Answer the next question.*

3. Which Defendants, if any, conspired to violate Maryland law?

[Instructions II.K.1-2]

A.  David Daleiden          _____✓_____Yes          _____No

B.  Sandra Merritt          _____✓_____Yes          _____No

C.  Adrian Lopez            _____✓_____Yes          _____No

D.  BioMax                  _____✓_____Yes          _____No

E.  CMP                     _____✓_____Yes          _____No

F.  Albin Rhomberg          _____✓_____Yes          _____No

G.  Troy Newman             _____✓_____Yes          _____No

*** End of Section ***

---

30

**Section I— Recording (Maryland Law)**

# <u>Section J—Recording (Federal law)</u>

1. For each recording below, answer "Yes" or "No" as to whether a Plaintiff has established the recording violated Federal Law.

[Instructions II.J.1-3]

A. PPGC via M. Linton at 2015 PPFA National Conference by

Adrian Lopez and David Daleiden

_____✓_____Yes  _____No

B. PPFA via Dr. Westhoff at 2015 PPFA National Conference by

Adrian Lopez and David Daleiden

_____✓_____Yes  _____No

C. PPFA via J. Castle at 2015 PPFA National Conference by

Adrian Lopez and David Daleiden

_____✓_____Yes  _____No

D. PPFA via K. Flood at 2015 PPFA National Conference by

Adrian Lopez and David Daleiden

_____✓_____Yes  _____No

31

E. PPFA via J. Fils-Aime at 2015 PPFA National Conference by

   Adrian Lopez and David Daleiden

   _____✓_____Yes   _____No

F. PPFA via A. Grewer at 2015 PPFA National Conference by

   Adrian Lopez and David Daleiden

   _____✓_____Yes   _____No

G. PPRM via Dr. Ginde at PPRM Stapleton Health Center by

   Sandra Merritt and David Daleiden

   _____✓_____Yes   _____No

H. PPRM via J. Johnstone at PPRM Stapleton Health Center by

   Sandra Merritt and David Daleiden

   _____✓_____Yes   _____No

I.  PPGC via M. Farrell at PPGC Prevention Park Health Center

   by Sandra Merritt and David Daleiden

   _____✓_____Yes   _____No

---

**Section J**—Recording (Federal Law)

J.  PPGC via Receptionist #1 at PPGC Prevention Park Health

Center by Sandra Merritt and David Daleiden

_____✓_____Yes  _____No

K.  PPGC via Receptionist #2 at PPGC Prevention Park Health

Center by Sandra Merritt and David Daleiden

_____✓_____Yes  _____No

L.  PPFA via Dr. Nucatola at 2015 NAF by David Daleiden

_____✓_____Yes  _____No

M. PPFA via J. Castle at 2015 NAF by David Daleiden and Sandra

Merritt

_____✓_____Yes  _____No

N.  PPFA via D. VanDerhei at 2015 NAF by David Daleiden and

Sandra Merritt

_____✓_____Yes  _____No

---

33

**Section J**—Recording (Federal Law)

O. PPCFC via T. Nguyen at 2015 NAF - First Recording by Adrian

Lopez

_____✓_____Yes   _____No

P. PPCFC via T. Nguyen at 2015 NAF - Second Recording by

David Daleiden

_____✓_____Yes   _____No

Q. PPGC/PPCFC via J. Krugler at 2015 NAF - First Recording by

Adrian Lopez

_____✓_____Yes   _____No

R. PPGC/PPCFC via J. Krugler at 2015 NAF - Second Recording

by David Daleiden

_____✓_____Yes   _____No

S. PPCFC via Dr. Schutt-Aine at 2015 NAF - First Recording by

Adrian Lopez

_____✓_____Yes   _____No

Section J—Recording (Federal Law)

T. PPCFC via Dr. Schutt-Aine at 2015 NAF - Second Recording
by David Daleiden

_____✓_____Yes   _____No

U. PPFA via Dr. Nucatola at 2014 Forum - First Recording by
Adrian Lopez and David Daleiden

_____✓_____Yes   _____No

V. PPFA via Dr. Nucatola at 2014 Forum - Second Recording by
Adrian Lopez and David Daleiden

_____✓_____Yes   _____No

W. PPFA via K. Shea at 2014 Forum by Adrian Lopez and David
Daleiden

_____✓_____Yes   _____No

X. PPPSGV via Dr. Gatter at 2014 Forum by Adrian Lopez and
David Daleiden

_____✓_____Yes   _____No

35

**Section J**—Recording (Federal Law)

Y. PPCCC via Dr. Siegfried at 2014 Forum by Adrian Lopez and

David Daleiden

\_\_\_\_✓\_\_\_\_Yes _____No

Z. PPRM via Dr. Ginde at 2014 Forum by David Daleiden

\_\_\_\_✓\_\_\_\_Yes _____No

AA.    PPFA via J. Gupta at 2015 MeDC - First Recording by

Adrian Lopez and David Daleiden

\_\_\_\_✓\_\_\_\_Yes _____No

BB.    PPFA via J. Gupta at 2015 MeDC - Second Recording by

Adrian Lopez and David Daleiden

\_\_\_\_✓\_\_\_\_Yes _____No

CC.    PPFA via Dr. Nucatola at 2015 MeDC - First Recording

by Adrian Lopez and David Daleiden

\_\_\_\_\_✓\_\_\_\_Yes _____No

---

36

**Section J**—Recording (Federal Law)

DD.   PPFA via Dr. Nucatola at 2015 MeDC - Second

Recording by Adrian Lopez and David Daleiden

_____✓____Yes   _____No

EE.   PPFA via D. VanDerhei at 2015 MeDC by Adrian Lopez

and David Daleiden

_____✓____Yes   _____No

FF.   PPPSGV via Dr. Mary Gatter at 2015 MeDC - First

Recording by Adrian Lopez and David Daleiden

_____✓____Yes   _____No

GG.   PPOSBC via Dr. Russo at 2015 MeDC - First Recording

by Adrian Lopez and David Daleiden

_____✓____Yes   _____No

HH.   B. PPGC via B. Smith at 2015 MeDC by David Daleiden

_____✓____Yes   _____No

---

**Section J—Recording (Federal Law)**

II. PPPSW via Dr. Moran at 2015 MeDC by Adrian Lopez and

David Daleiden

_____✓_____Yes  _____No

JJ. PPPSW via Dr. Nguyen at 2015 MeDC by Adrian Lopez and

David Daleiden

_____✓_____Yes  _____No

KK.      PPNorCal via Dr. Drummond-Hay at 2014 NAF by David

Daleiden and Sandra Merritt

_____✓_____Yes  _____No

LL.      PPFA via Dr. Nucatola at 2014 NAF - First Recording by

Sandra Merritt

_____✓_____Yes  _____No

MM.      PPFA via Dr. Nucatola at 2014 NAF - Second Recording

by David Daleiden and Sandra Merritt

_____✓_____Yes  _____No

---

**Section J—Recording (Federal Law)**

NN.    PPFA via Dr. Nucatola at Craft Restaurant by David
Daleiden and Sandra Merritt

_____✓_____Yes    _____No


OO.    PPPSGV via Dr. Gatter at a/k/a Bistro by David Daleiden
and Sandra Merritt

_____✓_____Yes    _____No


PP.    PPPSGV via L. Felczer at a/k/a Bistro by David Daleiden
and Sandra Merritt

_____✓_____Yes    _____No

*Answer the next question if you found at least one recording violated
Federal law.  Otherwise, skip to the next Section.*

**Section J—Recording (Federal Law)**

2. In what amount, if any, was each Plaintiff damaged by Defendant(s)'
   violation of Federal law?

[Instructions II.J.1; II.L.1-3, 5-7]

| Damage Category | Plaintiff | Awarded Damages |
|---|---|---|
| Security | PPFA | $ 52,917 |
| Security | PPGC | $ 20,617 |
| Security | PPOSBC | $ 18,849 |
| Security | PPPSGV | $ 9,105 |

*Answer the next question.*

**Section J—Recording (Federal Law)**

4. Which Defendants, if any, conspired to violate Federal law?

[Instructions II.K.1-2]

A. David Daleiden        ____✓____ Yes        _____ No

B. Sandra Merritt        ____✓____ Yes        _____ No

C. Adrian Lopez          ____✓____ Yes        _____ No

D. BioMax                ____✓____ Yes        _____ No

E. CMP                   ____✓____ Yes        _____ No

F. Albin Rhomberg        ____✓____ Yes        _____ No

G. Troy Newman           ____✓____ Yes        _____ No

* * * *End of Section* * * *

---

41

**Section J—Recording (Federal Law)**

## <u>Section K—Punitive Damages</u>

*Answer this section only if you have found one or more Defendants liable on one or more claims.*

   1. Do you find by clear and convincing evidence that at least one Defendant is liable for punitive damages?

      [Instructions II.M.1-2]

      (Check one.)

      _____✓_____Yes

      _____No

*If you answered "Yes," to Question 1, answer the next question.  If you answered "No" to Question 1, skip the rest of this section.*

---

42

**Signature Page**

2.  In what amount is each Defendant liable for punitive damages?

[Instructions II.M.1-2]

(You should only award punitive damages against a Defendant if you
found against that Defendant on one or more of the following claims:
Fraud, Trespass, Florida recording law, Maryland recording law, or
Federal recording law.

If you do not find an award of punitive damages is appropriate against
a particular defendant, enter $0.  Otherwise, enter a dollar amount
below.)

$_____ #125,000 _____ David Daleiden

$_____ Ø _____ Adrian Lopez

$_____ #25,000 _____ Sandra Merritt

$_____ #200,000 _____ BioMax

$_____ #400,000 _____ CMP

$_____ #50,000 _____ Troy Newman

$_____ #70,000 _____ Albin Rhomberg

*** *End of Section* ***

_____

43

**Signature Page**

* * *

Once your deliberations are complete, sign and date this verdict form below.


Dated:_____11 - 15 - 2019_____

United States District Court
Northern District of California

44