UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ORRICK                    Case No. 16-cv-00236-WHO

CASE NAME: Planned Parenthood Federation of America. Inc. v. Center for Medical Progress

NOTE FROM THE JURY

Note No. _____1_____

Date _____12-13-2019_____

Time _____1:20 PM_____

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   CAN WE SEE THE VIDEO DEPOSITIONS AND HOW CAN WE CORROLATE FILE NAMS TO THE DEPOSITIONS FOR SPECIFIC INDIVIDUALS?

                                           ███████████████
                                           Foreperson of the Jury