Pages 1 - 29

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ORRICK, JUDGE

```
PLANNED PARENTHOOD FEDERATION OF   )
AMERICA, INC., et al.,             )
                                   )
           Plaintiffs,             )
   vs.                             ) No. C 16-0236 WHO
                                   )
CENTER FOR MEDICAL PROGRESS,       )
et al.,                            )  San Francisco, California
                                   )  October 2, 2019
           Defendant.              )      through
_____)  November 15, 2019
```

### MASTER INDEX OF JURY TRIAL PROCEEDINGS

**APPEARANCES:**

**For Plaintiffs:**

        ROGERS JOSEPH O'DONNELL
        311 California Street
        10th Floor
        San Francisco, California  94104
    BY:  **AMY LYNNE BOMSE, ESQ.**

        ARNOLD AND PORTER KAYE SCHOLER LLP
        Three Embarcadero Center
        10th Floor
        San Francisco, California  94111
    BY:  **SHARON D. MAYO, ESQ.**
        **JEREMY KAMRAS, ESQ.**
        **STEVEN L. MAYER, ESQ.**

      **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

*Reported By:*   *Debra L. Pas, CSR 11916, RPR, RMR, CRR*
         *Official Reporter - US District Court*
         *Computerized Transcription By Eclipse*

**APPEARANCES (Continued):**

**For Plaintiffs:**

> ARNOLD AND PORTER KAYE SCHOLER LLP
> 777 South Figueroa Street
> Suite 4400
> Los Angeles, California  90017
> BY:  **RHONDA R. TROTTER, ESQ.**
>      **OSCAR RAMALLO, ESQ.**

> ARNOLD AND PORTER KAYE SCHOLER LLP
> 250 West 55th Street
> New York, New York  10019
> BY:  **DIANA K. STERK, ESQ.**

> ARNOLD AND PORTER KAYE SCHOLER LLP
> 601 Massachusetts Avenue N.W.
> Room 9515
> Washington, D.C.  20001
> BY:  **MEGHAN C. MARTIN, ESQ.**

> PLANNED PARENTHOOD NORTHERN CALIFORNIA
> 2185 Pacheco Street
> Concord, California  94520
> BY:  **BETH HARRISON PARKER, ESQ.**

> PLANNED PARENTHOOD FEDERATION AMERICA
> 123 William Street
> New York, New York 10038
> BY:  **MAITHREYI RATAKONDA, ESQ.**

**For Defendant Albin Rhomberg:**

> LAW OFFICES OF MICHAEL MILLEN
> 119 Calle Marguerita
> Suite 100
> Los Gatos, California  95032
> BY:  **MICHAEL MILLEN, ESQ.**

> LIFE LEGAL DEFENSE FOUNDATION
> Post Office Box 1313
> Ojai, California  93024
> BY:  **CATHERINE WYNNE SHORT, ESQ.**
>      **CORRINE GURA KONCZAL, ESQ.**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

**APPEARANCES (Continued):**

For Defendant David Daleiden:

THOMAS MORE SOCIETY
309 West Washington Street
Suite 1250
Chicago, Illinois   60606
BY:  **PETER C. BREEN, ESQ.**
     **THOMAS BREJCHA, ESQ.**


For Defendants Center for Medical Progress, BioMax Procurement
Services, David Daleiden and Gerardo Adrian Lopez:

FREEDOM OF CONSCIENCE DEFENSE FUND
Post Office Box 9120
Rancho Santa Fe, California   92067
BY:  **CHARLES LIMANDRI, ESQ.**
     **PAUL M. JONNA, ESQ.**
     **MILAN BRANDON, ESQ.**


For Defendants BioMax Procurement Services, LLC, Center for
Medical Progress, and David Daleiden:

DHILLON LAW GROUP, INC.
177 Post Street
Suite 700
San Francisco, California   94108
BY:  **HARMEET K. DHILLON, ESQ.**
     **DOROTHY CHEN YAMAMOTO, ESQ.**


For Defendant Troy Newman:

AMERICAN CENTER FOR LAW AND JUSTICE
3001 Plymouth Road
Suite 203
Ann Arbor, Michigan   48105
BY:  **ERIK M. ZIMMERMAN, ESQ.**
     **EDWARD L. WHITE, III, ESQ.**


**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

**APPEARANCES (Continued):**

**For Defendant Troy Newman:**
                    AMERICAN CENTER FOR LAW AND JUSTICE
                    1000 Regent University Drive
                    RH-422
                    Virginia Beach, Virginia  23464
            BY:  **JOHN A. MONAGHAN, ESQ.**
                 **CHRISTINA ANN CARTER STIERHOFF, ESQ.**


                    MAYALL HURLEY, P.C.
                    2453 Grand Canal Boulevard
                    Stockton, California  95207
            BY:  **VLADIMIR FRANK KOZINA, ESQ.**


**For Defendant Sandra Susan Merritt:**
                    LIBERTY COUNSEL
                    Post Office Box 540774
                    Orlando, Florida  32854
            BY:  **HORATIO G. MIHET, ESQ.**

                      ⎯⎯   ⎯⎯   ⎯⎯

**I N D E X**

Wednesday, October 2, 2019 - Volume 1

Thursday, October 3, 2019 - Volume 2

Friday, October 4, 2019 - Volume 3

Tuesday, October 8, 2019 - Volume 4

Thursday, October 10, 2019 - Volume 5

Friday, October 11, 2019  - Volume 6

Tuesday, October 15, 2019 - Volume 7

Wednesday, October 16, 2019 - Volume 8

Thursday, October 17, 2019 - Volume 9

Friday, October 18, 2019 - Volume 10

Monday, October 21, 2019 - Volume 11

Tuesday, October 22, 2019 - Volume 12

## **I N D E X**

Wednesday, October 23, 2019 - Volume 13

Thursday, October 31, 2019 - Volume 14

Friday, November 1, 2019 - Volume 15

Monday, November 4, 2019 - Volume 16

Tuesday, November 6, 2019 - Volume 17

Wednesday, November 6, 2019 - Volume 18

Thursday, November 7, 2019 - Volume 19

Friday, November 8, 2019 - Volume 20

Tuesday, November 12, 2019 - Volume 21

Wednesday, November 13, 2019 - Volume 22

Thursday, November 14, 2019 - Volume 23

Friday, November 15, 2019 - Volume 24

- - -

# I N D E X

|                                        | **PAGE** | **VOL.** |
|----------------------------------------|:--------:|:--------:|
| Jury Instructions                      | 194      | 2        |
| Opening Statement by Ms. Trotter       | 211      | 2        |
| Opening Statement by Ms. Dhillon       | 241      | 2        |
| Opening Statement by Mr. LiMandri      | 255      | 2        |
| Opening Statement by Mr. Jonna         | 272      | 2        |
| Opening Statement by Mr. Kozina        | 278      | 2        |
| Opening Statement by Ms. Short         | 282      | 2        |
| Closing Argument by Ms. Trotter        | 3899     | 21       |
| Closing Argument by Mr. Kamras         | 3967     | 21       |
| Closing Argument by Mr. Breen          | 4001     | 21       |
| Closing Argument by Mr. LiMandri       | 4009     | 21       |
| Closing Argument by Ms. Dhillon        | 4064     | 22       |
| Closing Argument by Mr. Jonna          | 4103     | 22       |
| Closing Argument by Mr. Kozina         | 4116     | 22       |
| Closing Argument by Ms. Short          | 4127     | 22       |
| Closing Argument by Mr. Mihet          | 4140     | 22       |
| Rebuttal Argument by Ms. Trotter       | 4157     | 22       |
| Rebuttal Argument by Mr. Kamras        | 4172     | 22       |
| Final Instructions                     | 4179     | 22       |

- - -

| **PLAINTIFS' WITNESSES**               | **PAGE** | **VOL.** |
|----------------------------------------|:--------:|:--------:|
| **TOSH, PH.D., JENNA**                 |          |          |
| (SWORN)                                | 297      | 2        |
| Direct Examination by Ms. Bomse        | 297      | 2        |
| Cross-Examination by Ms. Dhillon       | 345      | 2        |
| Cross-Examination by Mr. Jonna         | 361      | 2        |
| Cross-Examination by Ms. Short         | 365      | 2        |
| **TOSH, JENNA (RECALLED)**             |          |          |
| (PREVIOUSLY SWORN)                     | 399      | 3        |
| Cross-Examination by Mr. LiMandri      | 399      | 3        |
| Cross-Examination by Mr. Kozina        | 405      | 3        |
| Redirect Examination by Ms. Bomse      | 407      | 3        |
| Recross-Examination by Mr. LiMandri    | 408      | 3        |
| Recross-Examination by Mr. Millen      | 410      | 3        |

**I N D E X**

| <u>**PLAINTIFS' WITNESSES**</u> | <u>**PAGE**</u> | <u>**VOL.**</u> |
|---|---|---|
| <u>**MERRITT, SANDRA SUSAN**</u> | | |
| (SWORN) | 412 | 3 |
| Direct Examination by Ms. Mayo | 413 | 3 |
| Cross-Examination by Mr. Mihet | 493 | 3 |
| Redirect Examination by Ms. Mayo | 536 | 3 |
| Recross-Examination by Mr. Mihet | 547 | 3 |
| | | |
| <u>**LOPEZ, GERARDO ADRIAN**</u> | | |
| (SWORN) | 577 | 4 |
| Direct Examination by Ms. Bomse | 578 | 4 |
| Cross-Examination by Mr. Jonna | 625 | 4 |
| Cross-Examination by Mr. Kozina | 669 | 4 |
| Redirect Examination by Ms. Bomse | 672 | 4 |
| Recross-Examination by Mr. Jonna | 678 | 4 |
| | | |
| <u>**RHOMBERG, ALBIN**</u> | | |
| (SWORN) | 684 | 4 |
| Direct Examination by Mr. Kamras | 684 | 4 |
| Cross-Examination by Ms. Short | 769 | 4 |
| | | |
| <u>**RHOMBERG, ALBIN**</u> | | |
| (PREVIOUSLY SWORN) | 807 | 5 |
| Cross Examination Resumed by Ms. Short | 808 | 5 |
| Redirect Examination by Mr. Kamras | 841 | 5 |
| Recross-Examination by Ms. Short | 849 | 5 |
| | | |
| <u>**FOWLER, MELISSA**</u> | | |
| (SWORN) | 850 | 5 |
| Direct Examination by Ms. Bomse | 850 | 5 |
| Cross-Examination by Ms. Dhillon | 904 | 5 |
| Cross-Examination by Mr. Kozina | 940 | 5 |
| Cross-Examination by Mr. LiMandri | 951 | 5 |
| Cross-Examination by Ms. Short | 953 | 5 |
| Cross-Examination by Mr. Mihet | 957 | 5 |
| Redirect Examination by Ms. Bomse | 960 | 5 |
| Recross-Examination by Mr. Kozina | 968 | 5 |
| Cross-Examination by Mr. LiMandri | 970 | 5 |
| Recross-Examination by Ms. Short | 970 | 5 |

## I N D E X

**PLAINTIFS' WITNESSES**                              **PAGE**   **VOL.**

**MORAN, M.D., THOMAS**
(SWORN)                                                972      5
Direct Examination by Ms. Sterk                        972      5
Cross-Examination by Mr. LiMandri                      997      5


**MORAN M.D., THOMAS**
(RECALLED)                                            1030      6
Cross-Examination by Mr. Mihet                        1030      6
Redirect Examination by Ms. Sterk                     1046      6
Recross-Examination by Mr. Mihet                      1053      6
Recross-Examination by Mr. LiMandri                   1054      6
Cross-Examination by Ms. Short                        1055      6


**DRUMMOND-HAY, M.D., LESLIE**
(SWORN)                                               1057      6
Direct Examination by Ms. Mayo                        1057      6
Cross-Examination by Mr. Jonna                        1087      6
Cross-Examination by Mr. Kozina                       1107      6
Cross-Examination by Ms. Short                        1112      6
Cross-Examination by Ms. Dhillon                      1115      6
Cross-Examination by Mr. Mihet                        1117      6
Redirect Examination by Ms. Mayo                      1119      6
Recross-Examination by Ms. Short                      1121      6


**BONNER, SHERI**
(SWORN)                                               1121      6
Direct Examination by Ms. Bomse                       1122      6
Cross-Examination by Mr. Breen                        1146      6
Cross-Examination by Mr. LiMandri                     1158      6
Cross-Examination by Ms. Short                        1164      6
Redirect Examination by Ms. Bomse                     1169      6
Recross-Examination by Mr. Breen                      1170      6


**DAVIS, NICHELLE**
VIDEOTAPED TESTIMONY                                  1174      6

## I N D E X

| **PLAINTIFS' WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|
| **GATTER, MARY** | | |
| (SWORN) | 1202 | 7 |
| Direct Examination by Ms. Bomse | 1203 | 7 |
| Cross-Examination by Mr. Mihet | 1254 | 7 |
| Cross-Examination by Mr. LiMandri | 1303 | 7 |
| Cross-Examination by Ms. Short | 1308 | 7 |
| Cross-Examination by Mr. Kozina | 1310 | 7 |
| Cross-Examination by Ms. Dhillon | 1317 | 7 |
| Redirect Examination by Ms. Bomse | 1320 | 7 |
| Recross-Examination by Mr. Mihet | 1330 | 7 |
| | | |
| **MERRITT, SANDRA SUSAN** | | |
| (RECALLED) | 1335 | 7 |
| Direct Examination by Mr. Mihet | 1335 | 7 |
| Cross-Examination by Ms. Mayo | 1337 | 7 |
| Redirect Examination by Mr. Mihet | 1343 | 7 |
| Recross-Examination by Ms. Mayo | 1348 | 7 |
| Further Redirect Examination by Mr. Mihet | 1353 | 7 |
| Direct Examination by Ms. Mayo | 1355 | 7 |
| | | |
| **DUNN, JON** | | |
| (SWORN) | 1356 | 7 |
| Direct Examination by Ms. Mayo | 1356 | 7 |
| Cross-Examination by Mr. Jonna | 1380 | 7 |
| | | |
| **DUNN, JON** | | |
| (RECALLED) | 1416 | 8 |
| Cross-Examination Resumed by Mr. Jonna | 1416 | 8 |
| Cross-Examination by Ms. Short | 1431 | 8 |
| Cross-Examination by Mr. LiMandri | 1433 | 8 |
| Cross-Examination by Mr. Breen | 1435 | 8 |
| Cross-Examination by Mr. Kozina | 1437 | 8 |
| Cross-Examination by Mr. Mihet | 1452 | 8 |
| Redirect Examination by Ms. Mayo | 1457 | 8 |
| Recross-Examination by Mr. Jonna | 1463 | 8 |
| Recross-Examination by Ms. Short | 1464 | 8 |
| Recross-Examination by Mr. Breen | 1465 | 8 |
| Recross-Examination by Mr. Mihet | 1468 | 8 |

**I N D E X**

| PLAINTIFS' WITNESSES | PAGE | VOL. |
|---|---|---|

**NUCATOLA, DEBORAH**
| | | |
|---|---|---|
| (SWORN) | 1482 | 8 |
| Direct Examination by Mr. Kamras | 1483 | 8 |
| Cross-Examination by Mr. Jonna | 1520 | 8 |
| Cross-Examination by Mr. Mihet | 1547 | 8 |
| Redirect Examination by Mr. Kamras | 1554 | 8 |

**VANDERHEI, DEBORAH**
| | | |
|---|---|---|
| VIDEOTAPED TESTIMONY | 1561 | 8 |

**PALMER, JEFFREY**
| | | |
|---|---|---|
| (SWORN) | 1585 | 9 |
| Direct Examination by Ms. Bomse | 1585 | 9 |
| Cross-Examination by Mr. Breen | 1627 | 9 |
| Cross-Examination by Mr. Jonna | 1655 | 9 |
| Cross-Examination by Mr. Mihet | 1664 | 9 |
| Cross-Examination by Ms. Short | 1675 | 9 |
| Cross-Examination by Ms. Bomse | 1681 | 9 |
| Recross-Examination by Mr. Mihet | 1695 | 9 |

**FARRELL, MELISSA**
| | | |
|---|---|---|
| VIDEOTAPED TESTIMONY | 1697 | 9 |

**SMITH, BONNIE**
| | | |
|---|---|---|
| (SWORN) | 1700 | 9 |
| Direct Examination by Ms. Sterk | 1700 | 9 |
| Cross-Examination by Ms. Dhillon | 1714 | 9 |
| Cross-Examination by Ms. Short | 1721 | 9 |
| Cross-Examination by Mr. Mihet | 1722 | 9 |

**NGUYEN, TRAM**
| | | |
|---|---|---|
| By Videotape Deposition (not reported) | 1726 | 9 |

<u>I N D E X</u>

**PLAINTIFS' WITNESSES**                              <u>PAGE</u>  <u>VOL.</u>

**GALLOWAY, MELVIN**
(SWORN)                                              1747   10
Direct Examination by Mr. Kamras                     1748   10
Cross-Examination by Mr. LiMandri                    1826   10
Cross-Examination by Ms. Short                       1866   10
Cross-Examination by Mr. Mihet                       1885   10
Cross-Examination by Ms. Dhillon                     1901   10
Redirect Examination by Mr. Kamras                   1914   10
Recross-Examination by Mr. LiMandri                  1921   10
Recross-Examination by Mr. Mihet                     1923   10


**NGUYEN, TRAM**
VIDEOTAPED TESTIMONY                                 1926   10


**CASTLE, JENNIFER**
(SWORN)                                              1964   11
Direct Examination by Ms. Bomse                      1964   11
Cross-Examination by Mr. Jonna                       1978   11
Cross-Examination by Mr. Mihet                       1988   11
Redirect Examination by Ms. Bomse                    1990   11


**GUPTA, JUNE**
(SWORN)                                              1991   11
Direct Examination by Ms. Sterk                      1992   11
Cross-Examination by Mr. Jonna                       2003   11
Cross-Examination by Ms. Short                       2018   11
Cross-Examination by Mr. Kozina                      2019   11
Cross-Examination by Mr. Mihet                       2023   11


**DALEIDEN, DAVID**
(SWORN)                                              2030   11
Direct Examination by Ms. Trotter                    2030   11


**DALEIDEN, DAVID**
(RECALLED)                                           2153   12
Direct Examination Resumed by Ms. Trotter            2153   12
Cross-Examination by Mr. LiMandri                    2300   12

<u>**I N D E X**</u>

**<u>PLAINTIFS' WITNESSES</u>**                                    <u>**PAGE**</u>  <u>**VOL.**</u>


**<u>DALEIDEN, DAVID</u>**
(RECALLED)                                          2353   13
Cross-Examination Resumed by Mr. LiMandri           2353   13
Cross-Examination Resumed by Mr. LiMandri           2423   13
Cross-Examination by Ms. Dhillon                    2461   13
Cross-Examination Resumed by Ms. Dhillon            2562   14
Recross-Examination by Mr. LiMandri                 2608   14
Cross Examination by Mr. Mihet                      2654   14
Cross Examination by Ms. Short                      2673   14
Redirect Examination by Ms. Trotter                 2676   14
Further Recross-Examination by Mr. LiMandri         2733   14
Recross Examination by Mr. Mihet                    2742   14


**<u>CRONIN, PHILLIP S.</u>**
(By Videotaped Testimony)                           2748   14


**<u>GRAZIANI, VIKKY</u>**
(SWORN)                                             2776   15
Direct Examination by Ms. Sterk                     2777   15
Cross-Examination by Ms. Dhillon                    2796   15
Cross-Examination by Mr. Millen                     2810   15
Cross-Examination by Mr. Mihet                      2815   15


**<u>DAVIDSON, MICHELLE</u>**
(SWORN)                                             2819   15
Direct Examination by Ms. Bomse                     2819   15
Cross-Examination by Ms. Dhillon                    2856   15
Cross-Examination by Ms. Short                      2869   15
Redirect Examination by Ms. Bomse                   2885   15
Recross-Examination by Ms. Short                    2885   15


**<u>COHEN, DAVID</u>**
(SWORN)                                             2887   15
Direct Examination by Ms. Bomse                     2888   15
Cross-Examination by Mr. LiMandri                   2912   15
Cross-Examination by Mr. Mihet                      2941   15

**I N D E X**

| **PLAINTIFS' WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|
| **PAUL, KEVIN** | | |
| (SWORN) | 2946 | 15 |
| Direct Examination by Ms. Mayo | 2946 | 15 |
| | | |
| **REGAN, CPA, GREGORY JOSEPH** | | |
| (SWORN) | 3007 | 16 |
| Direct Examination by Mr. Kamras | 3007 | 16 |
| Cross-Examination by Mr. Kozina | 3042 | 16 |
| Cross-Examination by Mr. LiMandri | 3063 | 16 |
| Cross-Examination by Mr. Millen | 3068 | 16 |
| | | |
| **MINOW, BRANDON** | | |
| (SWORN) | 3090 | 16 |
| Direct Examination by Ms. Mayo | 3091 | 16 |
| Cross-Examination by Mr. Breen | 3143 | 16 |
| Cross-Examination by Mr. Mihet | 3170 | 16 |
| Redirect Examination by Ms. Mayo | 3172 | 16 |
| Recross-Examination by Mr. Breen | 3173 | 16 |
| | | |
| **MUELLER, GREG** | | |
| VIDEOTAPED TESTIMONY | 3262 | 17 |
| | | |
| **PAUL, KEVIN** | | |
| (RECALLED) | 3263 | 17 |
| Cross-Examination by Mr. Breen | 3263 | 17 |
| Cross-Examination by Ms. Short | 3291 | 17 |
| Cross-Examination by Mr. Mihet | 3299 | 17 |
| Redirect Examination by Ms. Mayo | 3300 | 17 |
| Cross-Examination by Mr. Mihet | 3303 | 17 |
| | | |
| Plaintiffs Rest | 3307 | 17 |

## I N D E X

**DEFENDANTS' WITNESSES**                                   **PAGE**  **VOL.**

**LARTON, PERRIN**
(SWORN)                                              3308   17
Direct Examination by Mr. Breen                      3309   17
Cross-Examination by Ms. Bomse                       3316   17
Redirect Examination by Mr. Breen                    3318   17
Direct Examination by Mr. Mihet                      3321   17

**TRACY, LINDA**
(SWORN)                                              3322   17
Direct Examination by Mr. Jonna                      3323   17
Cross-Examination by Ms. Sterk                       3332   17
Redirect Examination by Mr. Jonna                    3338   17
Direct Examination by Mr. Mihet                      3338   17
Direct Examination by Mr. Millen                     3344   17

**NEW, MICHAEL**
(SWORN)                                              3345   17
Direct Examination by Mr. Breen                      3345   17
Cross-Examination by Ms. Bomse                       3355   17
Redirect Examination by Mr. Breen                    3386   17
Redirect Examination by Mr. Millen                   3391   17

**BRYAN, KATHLEEN**
VIDEOTAPED TESTIMONY                                 3394   17

**NGUYEN, TRAM**
VIDEOTAPED TESTIMONY                                 3394   17

**ZIMMER, PAUL**
(SWORN)                                              3465   18
Direct Examination by Mr. LiMandri                   3466   18
Cross-Examination by Mr. Kamras                      3472   18
Redirect Examination by Mr. LiMandri                 3488   18
Recross-Examination by Mr. Kamras                    3491   18
Further Redirect Examination by Mr. LiMandri         3492   18

## I N D E X

**DEFENDANTS' WITNESSES**                                    **PAGE**   **VOL.**


**PERKINS, JONATHAN R.**
(SWORN)                                               3492   18
Direct Examination by Mr. LiMandri                    3493   18
Cross-Examination by Ms. Mayo                         3526   18
Redirect Examination by Mr. LiMandri                  3551   18
Direct Examination by Mr. Millen                      3556   18


Defense Rests                                         3561   18

—   —   —

### E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| Court Exhibit 2 | | 1560 | 8 |
| Court Exhibit 3 | 1697 | | 9 |
| Court Exhibit 4 | | 1724 | 9 |
| Court Exhibit 5 | 2776 | | 15 |
| 24 | | 2081 | 11 |
| 31 | | 2114 | 11 |
| 37 | | 2291 | 12 |
| 64-A | | 750 | 4 |
| 65 | | 754 | 4 |
| 67 | | 691 | 4 |
| 68 | | 2285 | 12 |
| 72 | | 775 | 4 |
| 72 removed from evidence | | 795 | 5 |
| 79 | | 742 | 4 |
| 83 | | 745 | 4 |
| 93, 106 | | 3394 | 17 |
| 103 | | 2292 | 12 |
| 122 | | 2289 | 12 |
| 123 | | 2050 | 11 |
| 132 | | 2065 | 11 |
| 140 | | 2123 | 11 |
| 140 | | 414 | 3 |
| 217 | | 2232 | 12 |

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 228 | | 583 | 4 |
| 238 | | 2542 | 13 |
| 242 | | 2501 | 13 |
| 243 | | 2167 | 12 |
| 243 | | 592 | 4 |
| 245 | | 596 | 4 |
| 246 | | 616 | 4 |
| 248 | | 612 | 4 |
| 248 | | 1173 | 6 |
| 324 | | 2280 | 12 |
| 332 | | 2284 | 12 |
| 334 | | 2043 | 11 |
| 338 | | 704 | 4 |
| 352 | | 470 | 3 |
| 360 | | 452 | 3 |
| 363 | | 2179 | 12 |
| 364 | | 2094 | 11 |
| 366 | | 2112 | 11 |
| 370 | | 2206 | 12 |
| 372 | | 478 | 3 |
| 380 | | 735 | 4 |
| 397 | | 2730 | 14 |
| 411 | | 424 | 3 |

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 412 | | 443 | 3 |
| 414 | | 2476 | 13 |
| 416 | | 446 | 3 |
| 426 | | 2162 | 12 |
| 426 | | 437 | 3 |
| 429 | | 461 | 3 |
| 431 | | 465 | 3 |
| 432 | | 464 | 3 |
| 434 | | 467 | 3 |
| 438 | | 472 | 3 |
| 443 | | 486 | 3 |
| 447 | | 1607 | 9 |
| 549 | | 2170 | 12 |
| 554 | | 448 | 3 |
| 565 | | 875 | 5 |
| 566 | | 1173 | 6 |
| 567 | | 901 | 5 |
| 567 | | 1173 | 6 |
| 568 | | 1173 | 6 |
| 578 | | 2259 | 12 |
| 581 | | 2100 | 11 |
| 582 | | 2748 | 14 |

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 583 | | 2748 | 14 |
| 584 | | 1173 | 6 |
| 653 | | 2264 | 12 |
| 654 | | 418 | 3 |
| 658 - conditionally admitted | | 2569 | 14 |
| 658 | | 2637 | 14 |
| 683 | | 1225 | 7 |
| 684 | | 2120 | 11 |
| 722 | | 1493 | 8 |
| 729-B | | 2847 | 15 |
| 729 | | 883 | 5 |
| 729-A | | 887 | 5 |
| 730 | | 3118 | 16 |
| 732 | | 2852 | 15 |
| 732-A | | 2854 | 15 |
| 819-A | | 1779 | 10 |
| 870 | | 311 | 2 |
| 871 | | 317 | 2 |
| 875 | | 2973 | 15 |
| 876 | | 1139 | 6 |
| 877 | | 1146 | 6 |
| 880 | | 1621 | 9 |

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 881 | | 1619 | 9 |
| 882 | | 1618 | 9 |
| 884 | | 1622 | 9 |
| 886 | | 1375 | 7 |
| 887 | | 1376 | 7 |
| 888 | | 1377 | 7 |
| 889 | | 1377 | 7 |
| 890 | | 1817 | 10 |
| 891-B through 891-I | | 1782 | 10 |
| 891-A | | 2147 | 12 |
| 892 | | 1824 | 10 |
| 893 | | 1822 | 10 |
| 897 | | 1759 | 10 |
| 898 | | 1774 | 10 |
| 899 | | 1819 | 10 |
| 901 | | 1807 | 10 |
| 902 | | 1803 | 10 |
| 904 | | 1816 | 10 |
| 905 | | 1776 | 10 |
| 906 | | 1818 | 10 |
| 907 | | 1767 | 10 |
| 908 | | 1808 | 10 |

# **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 909 | | 1767 | 10 |
| 910 | | 1820 | 10 |
| 915 | | 1772 | 10 |
| 916 | | 1775 | 10 |
| 942 | | 3142 | 16 |
| 943, 944 | | 3138 | 16 |
| 964 | | 1814 | 10 |
| 965-B | | 1810 | 10 |
| 965-A | | 1812 | 10 |
| 968, except for the first page | | 1798 | 10 |
| 969, except for the first page | | 1796 | 10 |
| 970, except for the first page | | 1793 | 10 |
| 984-B | | 1801 | 10 |
| 985 | | 3139 | 16 |
| 986 | | 3141 | 16 |
| 993-A | 2688 | | 14 |
| 993-C | 2688 | | 14 |
| 993-E | 2688 | | 14 |
| 993-H | 2688 | | 14 |
| 993-I | 2688 | | 14 |
| 994 | | 2830 | 15 |
| 997 | | 543 | 3 |

# E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 999 | | 540 | 3 |
| 1005-002-2 | | 1319 | 7 |
| 1012 | | 895 | 5 |
| 1040 | | 2925 | 15 |
| 1309 | | 331 | 2 |
| 1603 | | 1635 | 9 |
| 1727 | | 1697 | 9 |
| 1735 | | 1697 | 9 |
| 1738 | | 1697 | 9 |
| 1766 | | 1697 | 9 |
| 1767 | | 1697 | 9 |
| 1809 | | 1725 | 9 |
| 1812 | | 1725 | 9 |
| 1813 | | 2147 | 12 |
| 1815 | | 1725 | 9 |
| 1822 | | 1725 | 9 |
| 1823 | | 1657 | 9 |
| 1823 | | 1725 | 9 |
| 1824 | | 1737 | 10 |
| 1907 | | 2526 | 13 |
| 1910 | | 2220 | 12 |
| 1911 | | 3105 | 16 |

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 1915 | | 2226 | 12 |
| 1916 | | 3113 | 16 |
| 1917 | | 2572 | 14 |
| 1919 | | 2574 | 14 |
| 1920 | | 2231 | 12 |
| 1921 | | 3116 | 16 |
| 1923 | | 1173 | 6 |
| 2310 | | 1525 | 8 |
| 2316, 1230 and 269 | | 1560 | 8 |
| 2318 | | 1537 | 8 |
| 2812 | | 1458 | 8 |
| 3102 | | 1173 | 6 |
| 3103 | | 1173 | 6 |
| 3621 | | 2173 | 12 |
| 4006 | | 2304 | 12 |
| 4051 | | 2783 | 15 |
| 4052 | | 2786 | 15 |
| 5067-B | | 2239 | 12 |
| 5068 | | 521 | 3 |
| 5074-2 | | 2616 | 14 |
| 5081-B | | 2192 | 12 |
| 5081-c | | 2197 | 12 |

<u>**E X H I B I T S**</u>

| <u>TRIAL EXHIBITS</u> | <u>IDEN</u> | <u>EVID</u> | <u>VOL.</u> |
|---|---|---|---|
| 5105-A | | 2255 | 12 |
| 5106 | | 525 | 3 |
| 5106-1 | | 1274 | 7 |
| 5107 | | 527 | 3 |
| 5107-1 | | 1276 | 7 |
| 5107-2, to Counter 13:10:23 | | 1283 | 7 |
| 5126-3 | | 1717 | 9 |
| 5128-3 | | 1417 | 8 |
| 5166-A without audio or captions | | 2962 | 15 |
| 5218-A | | 2223 | 12 |
| 5240-1 | | 1272 | 7 |
| 5263-N | | 2227 | 12 |
| 5263-C | | 2229 | 12 |
| 5281-B | | 2217 | 12 |
| 5292 | | 2621 | 14 |
| 5302-3 | | 2601 | 14 |
| 5302-4 | | 2603 | 14 |
| 5302-A | | 1586 | 9 |
| 5302-B | | 1586 | 9 |
| 5302-C | | 1603 | 9 |
| 5302_2 | | 1630 | 9 |

## **I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 5307-3 | | 2607 | 14 |
| 5307-1 | | 2623 | 14 |
| 5395-1 | | 1092 | 6 |
| 5395-2 | | 1097 | 6 |
| 5395-3 | | 1098 | 6 |
| 5395-4 | | 1100 | 6 |
| 5395-5 | | 1102 | 6 |
| 5395-7 | | 1107 | 6 |
| 5402 | | 514 | 3 |
| 5679 | | 1984 | 11 |
| 5760-1, 5218-1, 5218-2 | | 773 | 4 |
| 5839-A | | 2236 | 12 |
| 5840 | | 2521 | 13 |
| 5915 | | 2437 | 13 |
| 5960-A, without audio or captions | | 2961 | 15 |
| 5966-A | | 1707 | 9 |
| 5975-A | | 1972 | 11 |
| 6004-B | | 1997 | 11 |
| 6007-A | | 3448 | 18 |
| 6009-A | | 3127 | 16 |
| 6010-A | | 1970 | 11 |

## <u>I N D E X</u>

### <u>E X H I B I T S</u>

| <u>TRIAL EXHIBITS</u> | <u>IDEN</u> | <u>EVID</u> | <u>VOL.</u> |
|---|---|---|---|
| 6012-A | | 3448 | 18 |
| 6021 | | 1245 | 7 |
| 6035 | | 2230 | 12 |
| 6036 | | 2218 | 12 |
| 6040 | | 417 | 3 |
| 6082 | | 475 | 3 |
| 6083 | | 475 | 3 |
| 6102 | | 483 | 3 |
| 6104 | | 468 | 3 |
| 6106 | | 608 | 4 |
| 6107 | | 2147 | 12 |
| 6109 | | 609 | 4 |
| 6115 | | 610 | 4 |
| 6116 | | 986 | 5 |
| 6117 | | 1081 | 6 |
| 6119 | | 601 | 4 |
| 6121 | | 1369 | 7 |
| 6122 | | 1343 | 7 |
| 6123 | | 1343 | 7 |
| 6124 | | 1488 | 8 |
| 6126 | | 1511 | 8 |

# **I N D E X**

## **E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 6127 and 6128 | | 1557 | 8 |
| 6129 | | 2147 | 12 |
| 7101 | | 1150 | 6 |
| 7104 | | 1036 | 6 |
| 7105 | | 1042 | 6 |
| 7106 | 1439 | 1550 | 8 |
| 7108 | | 1644 | 9 |
| 7110 | | 1861 | 10 |
| 7117 | | 1832 | 10 |
| 7118 | | 3293 | 17 |
| 7127-1 | 2584 | | 14 |
| 7127-2 | 2719 | 2720 | 14 |
| 8014 | | 1073 | 6 |
| 8015 | | 887 | 5 |
| 8016 | | 1237 | 7 |
| 8017 | | 1215 | 7 |
| 8021 | | 1495 | 8 |
| 8023 | | 2261 | 12 |
| 8025 | | 1975 | 11 |
| 8029 | 2688 | | 14 |
| 8034 | 2688 | | 14 |

# I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 8035 | 2688 | | 14 |
| 8036 | 2688 | | 14 |
| 8037 | 2688 | | 14 |
| 8038 | 2688 | | 14 |
| 8059 | 2688 | | 14 |
| 8060 | | 2724 | 14 |
| 8063 | 2688 | | 14 |
| 8064 | 2688 | | 14 |
| 8065 | 2688 | | 14 |
| 8069 | | 2727 | 14 |
| 8070 | | 3100 | 16 |
| 8071 | | 3124 | 16 |
| 8072 | | 3041 | 16 |
| 8081 | | 3541 | 18 |
| 8083 | | 3546 | 18 |
| 8100 | | 3334 | 17 |
| 100503-3 | | 2577 | 14 |

— — — —