Dkt. 611-5, 12 of 517

**EXHIBIT 2**



**ADVANCED BIOSCIENCE RESOURCES, INC.**

## Statement of Facility Fees
## June 2010

Planned Parenthood: First Avenue

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| Total Services: | 105 |
| Facility Fee: | $55.00 |
| Total Due: | $5,775.00 |

2903-006
1516 Oak Street, Suite 303 / Alameda, California 94501 USA / Phn (510) 865-5872 / Fax (510) 865-4090 / email: abr@abr-inc.com

CONFIDENTIAL                                                                                                                    ABR-00043



**ADVANCED BIOSCIENCE RESOURCES, INC.**

ENTERED

## Statement of Facility Fees
## October 2010

Planned Parenthood: First Avenue

████████████████████████

| | |
|---|---|
| Total Services: | 94 |
| Facility Fee: | $60.00 |
| Total Due: | $5,640.00 |

2903-010

1516 Oak Street, Suite 303 / Alameda, California 94501 USA / Phn (510) 865-5872 / Fax (510) 865-4090 / email: abr@abr-inc.com

CONFIDENTIAL                                                                 ABR-00047



**ADVANCED BIOSCIENCE RESOURCES, INC.**

# Statement of Facility Fees
## December 2010

Planned Parenthood: First Avenue

███████████████████████████████

Total Services:     103
Facility Fee:       $60.00
Total Due:          $6,180.00

2903-012
1516 Oak Street, Suite 303 / Alameda, California 94501 USA / Phn (510) 865-5872 / Fax (510) 865-4090 / email: abr@abr-inc.com

CONFIDENTIAL                                              ABR-00049