Dkt. 611-5, 16 of 517

**EXHIBIT 3**



Stem-Express  
Attn: Sara Heuston  
484 Main Street, Suite 1  
Diamond Springs, CA 95619  

Date: 8/2/12

Invoice Number: 2891  
Please include the invoice number on all payments to Planned Parenthood Mar Monte.

For July 2012 sample collections.

Fresno (FL)  
21 POCs x $55.00 = $1155  
23 Bloods x $10.00 = $230

Sacramento, "B" Street (BC)  
26 POCs x $55.00 = $1430  
47 Blood x $10.00 = $470

Fruitridge (FR)  
0 POCs x $55.00 = 0  
0 Bloods x $10.00 = 0

San Jose (SJ)  
33 POCs x $55.00 = $1815  
45 Bloods x $10.00 = $450

Mountain View (MV)  
0 POCs x $55.00 = 0  
0 Bloods x $10.00 = 0

Seaside (SS)  
4 POCs x $55.00 = $220  
4 Bloods x $10.00 = $40

N. Highlands (NH)  
0 POCs x $55.00 = 0  
0 Bloods x $10.00 = 0

Stockton (NC)  
0 POCs x $55.00 = 0  
1 Bloods x $10.00 = $10

Eastland Plaza (EP)  
0 POCs x $55.00 = 0  
4 Bloods x $10.00 = $40

Total = $5860.00

Please remit payment to:

Planned Parenthood Mar Monte  
Attention: Cash Management  
1691 The Alameda  
San Jose, CA 95126

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PP0004411



Stem-Express  9/5/12
Attn: Sara Heuston
484 Main Street, Suite 1
Diamond Springs, CA 95619

Invoice Number: 2895
Please include the invoice number on all payments to Planned Parenthood Mar Monte.

For August 2012 sample collections.

Fresno (FL)
38 POCs x $55.00 = $2090.00
49 Bloods x $10.00 = $490.00

Sacramento, "B" Street (BC)
68 POCs x $55.00 = $3740.00
80 Blood x $10.00 = $800.00

Fruitridge (FR)
0 POCs x $55.00 = 0
0 Bloods x $10.00 = 0

San Jose (SJ)
65 POCs x $55.00 = $3575.00
63 Bloods x $10.00 = $630.00

Mountain View (MV)
0 POCs x $55.00 = 0
0 Bloods x $10.00 = 0

Seaside (SS)
0 POCs x $55.00 = 0
0 Bloods x $10.00 = 0

N. Highlands (NH)
0 POCs x $55.00 = 0
0 Bloods x $10.00 = 0

Stockton (NC)
0 POCs x $55.00 = 0
0 Bloods x $10.00 = 0

Eastland Plaza (EP)
0 POCs x $55.00 = 0
4 Bloods x $10.00 = $40.00

Total = $11,365.00

Please remit payment to:

Planned Parenthood Mar Monte
Attention: Cash Management
1691 The Alameda
San Jose, CA 95126

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PP0004412


**Planned Parenthood** Mar Monte

Stem-Express  
Attn: Sara Heuston  
484 Main Street, Suite 1  
Diamond Springs, CA 95619

September 28, 2012

Invoice Number: 2898  
Please include the invoice number on all payments to Planned Parenthood Mar Monte.

For September 2012 sample collections.

Fresno (FL)  
1 POCs x $55.00 = $55  
32 POCs x $35.00 = $1120  
42 Bloods x $10.00 = $420

Fruitridge (FR)  
0 POCs x $55.00 = $0  
0 Bloods x $10.00 = $0

Mountain View (MV)  
10 POCs x $35.00 = $350  
10 Bloods x $10.00 = $100

N. Highlands (NH)  
0 POCs x $55.00 = $0  
0 Bloods x $10.00 = $0

Eastland Plaza (EP)  
0 POCs x $55.00 = $0  
2 Bloods x $10.00 = $20

Sacramento, "B" Street (BC)  
6 POCs x $55.00 = $330  
45 POCs x $35.00 = $1575  
68 Blood x $10.00 = $680

San Jose (SJ)  
59 POCs x $35.00 = $2065  
82 Bloods x $10.00 = $820

Seaside (SS)  
0 POCs x $55.00 = $0  
0 Bloods x $10.00 = $0

Stockton (NC)  
4 POCs x $35.00 = $140  
4 Bloods x $10.00 = $40

Total = $7715.00

Please remit payment to:

Planned Parenthood Mar Monte  
Attention: Cash Management  
1691 The Alameda  
San Jose, CA 95126

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PP0004413