Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 866-7480
mikemillen@aol.com

Catherine W. Short (#117442)
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313
Ojai, CA  93024-1313
Tel. (707) 337-6880
kshort@lldf.org
*Attorneys for Defendant Rhomberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (S.F. DIVISION)

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.,<br><br>            Plaintiffs,<br>    vs.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>            Defendants. | NO.:   16-cv-00236 (WHO)<br><br>**DEFENDANT RHOMBERG'S RESPONSE RE: SEALING ORDER**<br><br>Judge: Hon. William H. Orrick |

The matter of the sealing of Bomse Declaration, Ex. G (Dkt. 388-7 (G)) was briefed in a joint letter to the court on July 11, 2019 (Dkt. 710 and 711).  Defendant Rhomberg requests that the court rule on that joint letter as it will address the portions of Ex. G not already addressed by the court's order. (*See* Dkt. 1063 at p. 4 ("The links to public websites, the name of NAF's medical director who submitted a declaration in the related NAF action, and the discussion of WWH, do not merit sealing at this juncture.").)  Notably, even at this late date, neither plaintiffs nor NAF have offered any evidence that any of these names or the contents merits sealing based upon any particularized threat of harm to NAF or its members.

Dated: April 8, 2020

_____
MICHAEL MILLEN
CATHERINE SHORT, LLDF
ATTORNEYS FOR ALBIN RHOMBERG