| | |
|---|---|
| STEVEN L. MAYER (No. 62030)<br>SHARON D. MAYO (No. 150469)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, California 94111-4024<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br>Email: sharon.mayo@arnoldporter.com | Charles S. LiMandri (No. 110841)<br>Paul M. Jonna (No. 265389)<br>Jeffrey M. Trissell (No. 292480)<br>FREEDOM OF CONSCIENCE DEFENSE FUND<br>P.O. Box 9520<br>Rancho Santa Fe, CA 92067<br>Email: cslimandri@limandri.com |
| RHONDA R. TROTTER (No. 169241)<br>OSCAR D. RAMALLO (No. 241487)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 243-4000<br>Email: rhonda.trotter@arnoldporter.com | *Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, David Daleiden, and Gerardo Adrian Lopez*<br><br>Thomas Brejcha, *pro hac vice*<br>Peter Breen, *pro hac vice*<br>Matthew F. Heffron, *pro hac vice* |
| AMY L. BOMSE (No. 218669)<br>ROGERS JOSEPH O'DONNELL<br>311 California St., 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 956-2828<br>Email: ABomse@rjo.com | THOMAS MORE SOCIETY<br>309 W. Washington St., Ste. 1250<br>Chicago, IL 60606<br>Tel: (312) 782-1680<br>tbrejcha@thomasmoresociety.org<br>pbreen@thomasmorsociety.org |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant David Daleiden* |
| [Additional Counsel on Signature Page] | [Additional Counsel for the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden, and Counsel for Troy Newman, Albin Rhomberg and Sandra Merritt, listed on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., ET AL.,<br><br>  Plaintiffs,<br>v.<br><br>CENTER FOR MEDICAL PROGRESS, ET AL.,<br><br>  Defendants. | Case No. 3:16-cv-00236-WHO<br><br>**SECOND JOINT CHART ON MOTIONS TO SEAL**<br><br>Judge:   Hon. William H. Orrick, III |

Pursuant to this Court's Order on Pending Administrative Motions to Seal [ECF # 1063], at 7:21–25, Plaintiffs Planned Parenthood Federation of America, Inc.; Planned Parenthood: Shasta-Diablo, Inc. dba Planned Parenthood Northern California; Planned Parenthood Mar Monte, Inc.; Planned Parenthood of the Pacific Southwest; Planned Parenthood Los Angeles; Planned Parenthood/Orange and San Bernardino Counties, Inc.; Planned Parenthood California Central Coast; Planned Parenthood Pasadena and San Gabriel Valley, Inc.; Planned Parenthood of the Rocky Mountains; Planned Parenthood Gulf Coast; and Planned Parenthood Center for Choice ("Plaintiffs") and Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, David Daleiden, Troy Newman, Albin Rhomberg, Sandra Merritt, and Adrian Lopez ("Defendants") (collectively, the "Parties"), by and through their counsel, submit this Second Joint Chart on Motions to Seal.

**DOCUMENTS TO BE FILED PUBLICLY BY AGREEMENT OF THE PARTIES**

| Dkt. # | Exhibit Number |
|---|---|
| 822-2 | Exhibit 16: Internal PPGC email dated 8/4/2015 produced in this action at Bates PP0008051 through PP0008052. |
| 822-3 | Exhibit 17: Internal PPGC email dated 9/5/2015 produced in this action at Bates PP0009156 through PP0009157. |
| 822-4 | Exhibit 18: Internal PPFA email dated 7/20/2015 produced in this action at Bates PP0006763 through PP0006778. |
| 822-5 | Exhibit 19: Plaintiffs' memorandum dated 3/9/2015 produced in this action at Bates PP0011157 through PP0011160. |
| 822-6 | Exhibit 28: Relevant portions of the transcript of the deposition of PPMM's Medical Director Dr. Dorothy Furgerson, taken in this action on April 11, 2019. |
| 822-7 | Exhibit 29: Relevant portions of the transcript of the deposition of Plaintiff PPMM's FRCP 30(b)(6) witness, Michelle Syzmanski, taken in this action on April 18, 2019. |

| Dkt. # | Exhibit Number |
|---|---|
| 822-8 | Exhibit 32: Plaintiffs' Second Amended Response to Defendant Gerardo Adrian Lopez's Interrogatories (Set Two), dated June 6, 2018. |

**DOCUMENTS FOR WHICH ONE PARTY SUPPORTS REDACTING**

| Dkt # | Exhibit Number | Argument Regarding Sealing |
|---|---|---|
| 1042-2 | Exhibit 5 to Defendants' Proffer: the Reporter's Transcript of Proceedings for the Preliminary Hearing held in San Francisco Superior Court Case Nos. 2502505 and 17006621, on September 17, 2019 | **Plaintiffs' Position:** Defendants cite Exhibit 5 in the proffer of testimony by Dr. Forrest Smith and Dr. Theresa Deisher to support Defendants' defense to the UCL claims. (ECF 1041 at 8). Plaintiffs do not object to the unsealed filing of Dr. Smith's and Dr. Deisher's testimony but object to the filing of the complete transcript volume from September 17, 2019. The other portions of the transcript are not relevant to Dr. Smith's and Dr. Deisher's testimony. Plaintiffs request any other portions of the preliminary hearing transcript be redacted. Alternatively, Defendants could refile the exhibit to include only the pages covering Dr. Smith's and Dr. Deisher's testimony.<br><br>**Defendants' Position:** Defendants would withdraw their motion to seal but for a procedural technicality. In the criminal action, *California v. Daleiden*, No. 2502505, Judge Hite's commitment order made public the final transcripts of the preliminary hearing, except with the redaction of any Doe names (accidentally uttered) and any personally identifying information. Judge Hite's order, however, is silent as to the preliminary transcripts which were tentatively filed under seal with the UCL proffer. However, because a review of them by counsel for CMP reveals that they contain no information in need of redaction, there is no substantive reason why they need be sealed, as indeed the identical or nearly identical final transcripts can be published online. Moreover, Judge Hite ordered that the transcripts of the preliminary hearing can be used in this action in whatever manner this Court deems appropriate.<br><br>Another potential issue is that Exhibit 5 discusses recordings made at the NAF tradeshow in San Francisco. (Ex. 5 at 1147:15–1154:28, 1196:24– |

| Dkt # | Exhibit Number | Argument Regarding Sealing |
|---|---|---|
|  |  | 1197:9). However, besides the fact that the discussion has already been made public at a public hearing, and under Judge Hite's orders can be published ,it merely concerns the physical layout of the hotel and physical actions taken by individuals. Defendants do not believe that this minimal discussion therefore comes within the purview of the preliminary injunction. Therefore, under the sealing standards of the Northern District and the Ninth Circuit, Defendants believe it would be appropriate for the Court to direct the Clerk to unseal Dkt. No. 1042-2. |
| 1042-3 | Exhibit 6 to Defendants' Proffer: the Reporter's Transcript of Proceedings for the Preliminary Hearing held in San Francisco Superior Court Case Nos. 2502505 and 17006621, on September 18, 2019. | **Plaintiffs' Position:** Defendants cite Exhibit 6 in the proffer of testimony by Dr. Theresa Deisher to support Defendants' defense to the UCL claims.  (ECF 1041 at 9).  Plaintiffs do not object to the unsealed filing of Dr. Deisher's testimony but object to the filing of the complete transcript volume from September 18, 2019. The other portions of the transcript are not relevant to Dr. Deisher's testimony.  Plaintiffs request any other portions of the preliminary hearing transcript be redacted.  Alternatively, Defendants could refile the exhibit to include only the pages covering Dr. Deisher's testimony.<br><br>**Defendants' Position:** Defendants would withdraw their motion to seal but for a procedural technicality. In the criminal action, *California v. Daleiden*, No. 2502505, Judge Hite's commitment order made public the final transcripts of the preliminary hearing, except with the redaction of any Doe names (accidentally uttered) and any personally identifying information. Judge Hite's order, however, is silent as to the preliminary transcripts which were tentatively filed under seal with the UCL proffer. However, because a review of them by counsel for CMP reveals that they contain no information in need of redaction, there is no substantive reason why they need be sealed, as indeed the identical or nearly identical final transcripts can be published online. Moreover, Judge Hite ordered that the transcripts of the preliminary hearing can be used in this action in whatever manner this Court deems appropriate. Therefore, under the sealing standards of the Northern District and the Ninth Circuit, Defendants believe it would be appropriate for the Court to direct the Clerk to unseal Dkt. No. 1042-3. |

1
2  Dated: April 15, 2020              Respectfully submitted,
3                                     **ARNOLD & PORTER KAYE SCHOLER LLP**
4                                     By: */s/ Rhonda R. Trotter*
                                              Rhonda R. Trotter
5
6                                     RHONDA R. TROTTER (No. 169241)
                                      OSCAR D. RAMALLO (No. 241487)
7                                     ARNOLD & PORTER KAYE SCHOLER LLP
                                      777 S. Figueroa Street, 44th Floor
8                                     Los Angeles, California 90017
                                      Telephone: (213) 243-4000
9                                     Email: rhonda.trotter@arnoldporter.com
                                              oscar.ramallo@arnoldporter.com
10
11
                                      STEVEN L. MAYER (No. 62030)
12                                    SHARON D. MAYO (No. 150469)
                                      ARNOLD & PORTER KAYE SCHOLER LLP
13                                    Three Embarcadero Center, 10th Floor
                                      San Francisco, California 94111-4024
14                                    Telephone: (415) 471-3100
                                      Facsimile: (415) 471-3400
15                                    Email: steve.mayer@arnoldporter.com
                                              sharon.mayo@arnoldporter.com
16
17                                    DIANA STERK (admitted *pro hac vice*)
                                      ARNOLD & PORTER KAYE SCHOLER LLP
18                                    250 West 55th Street
                                      New York, NY 10019-9710
19                                    Telephone: (212) 836-8000
                                      Email: diana.sterk@arnoldporter.com
20
21                                    AMY L. BOMSE (No. 218669)
                                      ROGERS JOSEPH O'DONNELL
22                                    311 California St., 10th Floor
                                      San Francisco, California 94104
23                                    Telephone: (415) 956-2828
                                      Email: ABomse@rjo.com
24
25                                    BETH H. PARKER (No. 104773)
                                      PLANNED PARENTHOOD NORTHERN CALIFORNIA
26                                    2185 Pacheco Street
                                      Concord, California 94520
27                                    Telephone: (415) 531-1791
                                      Email: beth.parker@ppnorcal.org
28

US 167726939v1

HELENE T. KRASNOFF (admitted *pro hac vice*)
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, D.C. 20005
Telephone: (202) 973-4800
Email: helene.krasnoff@ppfa.org

*Attorneys for Plaintiffs*


/s/ Charles S. LiMandri
Charles S. LiMandri (CA Bar No. 110841)
Paul M. Jonna (CA Bar No. 265389)
Jeffrey M. Trissell (CA Bar No. 292480)
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Tel: (858) 759-9948
Facsimile: (858) 759-9938
cslimandri@limandri.com
pjonna@limandri.com
jtrissell@limandri.com

*Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, Gerardo Adrian Lopez, and David Daleiden*


Denise M. Harle (CA Bar No. 275561)
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd., NE
Suite D1100
Lawrenceville, GA 30043
Tel: (770) 339-0774
dharle@ADFlegal.org

Harmeet K. Dhillon (CA Bar No. 207873)
Gregory R. Michael (CA Bar No. 306814)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
415-433-1700
415-520-6593 (fax)
harmeet@dhillonlaw.com

*Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden*

| | |
|---|---|
| 1 | /s/ Thomas Brejcha |
| | Thomas Brejcha, *pro hac vice* |
| 2 | Peter Breen, *pro hac vice* |
| | Matthew F. Heffron, *pro hac vice* |
| 3 | THOMAS MORE SOCIETY |
| | 309 W. Washington St., Ste. 1250 |
| 4 | Chicago, IL 60606 |
| | Tel: (312) 782-1680 |
| 5 | Facsimile: (312) 782-1887 |
| | tbrejcha@thomasmoresociety.org |
| 6 | pbreen@thomasmoresociety.org |
| 7 | *Attorneys for Defendant David Daleiden* |
| 8 | |
| 9 | /s/ Edward L. White |
| | Edward L. White III, *pro hac vice* |
| 10 | Erik M. Zimmerman, *pro hac vice* |
| | John A. Monaghan, *pro hac vice* |
| 11 | Christina A. Stierhoff, *pro hac vice* |
| | AMERICAN CENTER FOR LAW & JUSTICE |
| 12 | 3001 Plymouth Rd., Ste. 203 |
| | Ann Arbor, MI 48105 |
| 13 | Tel: (734) 680-8007; Fax: (734) 680-8006 |
| | ewhite@aclj.org |
| 14 | ezimmerman@aclj.org |
| | jmonaghan@aclj.org |
| 15 | cstierhoff@aclj.org |
| 16 | |
| | Vladimir F. Kozina; SBN 95422 |
| 17 | MAYALL HURLEY, P.C. |
| | 2453 Grand Canal Blvd. |
| 18 | Stockton, CA 95207 |
| | Tel: (209) 477-3833; Fax: (209) 473-4818 |
| 19 | VKozina@mayallaw.com |
| 20 | *Attorneys for Defendant Troy Newman* |

US 167726939v1

/s/ Catherine Short
Catherine W. Short (CA Bar No. 117442)
Corrine G. Konczal (CA Bar No. 320238)
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313
Ojai, CA 93024-1313
Tel: (707) 337-6880
kshort@lldf.org

Michael Millen (CA Bar No. 151731)
ATTORNEY AT LAW
119 Calle Marguerita Ste. 100
Los Gatos, CA 95032
Tel: (408) 871-0777
Facsimile: (408) 866-7480
mikemillen@aol.com

*Attorneys for Defendant Albin Rhomberg*


/s/ Horatio G. Mihet
Horatio G. Mihet, *pro hac vice*
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
hmihet@lc.org

Nicolaie Cocis CA Bar # 204703
Law Office of Nic Cocis and Associates
38975 Sky Canyon Dr., Suite 211
Murrieta, CA 92563
(951) 695-1400
nic@cocislaw.com

*Attorneys for Defendant Sandra Susan Merritt*