# Designation Run Report

# V1

**Bryan, Kathleen 03-22-2019**

**Our Designations 00:17:03**

**Their Counters 00:11:00**

**Total Time 00:28:03**



**ID:K Bryan Combined**

| Page/Line | Source | ID |
|---|---|---|
| 9:9 - 9:13 | **Bryan, Kathleen 03-22-2019 (00:00:09)**<br>9:9 KATHLEEN M. BRYAN<br>9:10 having been first duly sworn, was<br>9:11 examined and testified as follows:<br>9:12<br>9:13 EXAMINATION | K Bryan Combined.95 |
| 9:17 - 9:19 | **Bryan, Kathleen 03-22-2019 (00:00:04)**<br>9:17   Q. Would you please state your full name<br>9:18 for the record?<br>9:19   A. Kathleen Mary Bryan. | K Bryan Combined.2 |
| 33:10 - 33:14 | **Bryan, Kathleen 03-22-2019 (00:00:11)**<br>33:10   Q. And you were employed at CRC Public<br>33:11 Relations from April 2016 to June 2018, correct?<br>33:12   A. That is correct.<br>33:13   Q. Your position was senior account<br>33:14 executive, correct? | K Bryan Combined.48 |
| 33:15 - 33:19 | **Bryan, Kathleen 03-22-2019 (00:00:24)**<br>33:15   A. That is correct.<br>33:16   Q. At CRC Public Relations from April 2016<br>33:17 to June 2018, did you do any work involving<br>33:18 Planned Parenthood?<br>33:19   A. Yes. | K Bryan Combined.91 |
| 34:13 - 34:15 | **Bryan, Kathleen 03-22-2019 (00:00:09)**<br>34:13   Q. What was the work that you did at CRC<br>34:14 Public Relations from April 2016 to June 2018<br>34:15 that involved Planned Parenthood? | K Bryan Combined.49 |
| 35:13 - 35:15 | **Bryan, Kathleen 03-22-2019 (00:00:09)**<br>35:13 The same work, working in public<br>35:14 relations, writing press releases, pitching op<br>35:15 eds, pitching people to media. | K Bryan Combined.50 |
| 40:1 - 40:3 | **Bryan, Kathleen 03-22-2019 (00:00:08)**<br>40:1   Q. What were the projects that you worked<br>40:2 on at CRC Public Relations from April 2016 to<br>40:3 June 2018 that involved Planned Parenthood? | K Bryan Combined.51 |
| 41:6 - 41:8 | **Bryan, Kathleen 03-22-2019 (00:00:18)**<br>41:6 THE WITNESS:  The Center for Medical<br>41:7 Progress and March For Life, Knights of Columbus,<br>41:8 those are my main clients at CRC. | K Bryan Combined.52 |
| 46:23 - 47:1 | **Bryan, Kathleen 03-22-2019 (00:00:08)**<br>46:23   Q. And you were communications director at | K Bryan Combined.53 |

| Page/Line | Source | ID |
|---|---|---|
| | 46:24 Live Action from December 2011 to August 2013, | |
| | 46:25 correct? | |
| | 47:1 A. That is correct. | |
| 69:20 - 69:23 | **Bryan, Kathleen 03-22-2019 (00:00:10)** | K Bryan Combined.54 |
| | 69:20 Q. For the press releases that you worked | |
| | 69:21 on at CRC Public Relations related to CMP, where | |
| | 69:22 did you get your information for the press | |
| | 69:23 releases? | |
| 69:25 - 70:1 | **Bryan, Kathleen 03-22-2019 (00:00:04)** | K Bryan Combined.55 |
| | 69:25 THE WITNESS: It depends on the press | |
| | 70:1 release but probably David Daleiden. | |
| 85:7 - 85:8 | **Bryan, Kathleen 03-22-2019 (00:00:03)** | K Bryan Combined.56 |
| | 85:7 Q. What are your views on doctors who | |
| | 85:8 perform abortions? | |
| 85:9 - 85:10 | **Bryan, Kathleen 03-22-2019 (00:00:04)** | K Bryan Combined.92 |
| | 85:9 A. I believe that they are murdering | |
| | 85:10 innocent human beings. | |
| 96:18 - 96:24 | **Bryan, Kathleen 03-22-2019 (00:00:20)** | K Bryan Combined.3 |
| | 96:18 Q. You know David Daleiden, right? | |
| | 96:19 A. I do. | |
| | 96:20 Q. When did you first meet him? | |
| | 96:21 A. I met David in December of 2011. | |
| | 96:22 Q. Where did you meet him? | |
| | 96:23 A. In the Live Action office in San Jose, | |
| | 96:24 California. | |
| 97:24 - 98:1 | **Bryan, Kathleen 03-22-2019 (00:00:06)** | K Bryan Combined.4 |
| | 97:24 Q. Was Mr. Daleiden the one who approached | |
| | 97:25 you about the CMP project that is the subject of | |
| | 98:1 this lawsuit? | |
| 98:3 - 98:6 | **Bryan, Kathleen 03-22-2019 (00:00:18)** | K Bryan Combined.5 |
| | 98:3 THE WITNESS: Yes. | |
| | 98:4 BY MR. HUYNH: | |
| | 98:5 Q. When did he approach you? | |
| | 98:6 A. May of 2015. | |
| 98:7 - 98:7 | **Bryan, Kathleen 03-22-2019 (00:00:01)** | K Bryan Combined.57 |
| | 98:7 Q. How did he approach you? | |
| 98:9 - 98:12 | **Bryan, Kathleen 03-22-2019 (00:00:03)** | K Bryan Combined.58 |
| | 98:9 THE WITNESS: We were at a wedding | |
| | 98:10 together, a friend's wedding. | |
| | 98:11 BY MR. HUYNH: | |

| Page/Line | Source | ID |
|---|---|---|
| 98:15 - 98:15 | 98:12  Q. Whose wedding was that?<br>**Bryan, Kathleen 03-22-2019 (00:00:04)**<br>98:15 THE WITNESS:  Anna Davin. | K Bryan Combined.59 |
| 98:17 - 98:23 | **Bryan, Kathleen 03-22-2019 (00:00:26)**<br>98:17  Q. What did he tell you during that<br>98:18 wedding about the CMP project that is the subject<br>98:19 of this lawsuit?<br>98:20  A. He told me that he had already<br>98:21 completed a two and a half year investigation<br>98:22 into Planned Parenthood and their involvement in<br>98:23 the harvesting and selling of baby body parts. | K Bryan Combined.6 |
| 99:16 - 100:1 | **Bryan, Kathleen 03-22-2019 (00:00:54)**<br>99:16  Q. Did you tell him that you wanted to<br>99:17 participate in CMP's project?<br>99:18  A. I don't remember exactly but I probably<br>99:19 said that I would help on a press level.<br>99:20  Q. And what did you mean when you said you<br>99:21 would help on a press level?<br>99:22  A. When he was releasing his videos, and<br>99:23 at that stage I didn't know exactly what were in<br>99:24 the videos but I knew that it was an<br>99:25 investigation.  When those became public I would<br>100:1 circulate them to reporters that I knew. | K Bryan Combined.7 |
| 100:8 - 100:10 | **Bryan, Kathleen 03-22-2019 (00:00:09)**<br>100:8  Q. Was he asking you for help on a press<br>100:9 level in your individual capacity?<br>100:10  A. Yes.  We are friends. | K Bryan Combined.60 |
| 100:11 - 100:15 | **Bryan, Kathleen 03-22-2019 (00:00:14)**<br>100:11  Q. When Mr. Daleiden told you that he had<br>100:12 conducted a two and a half year investigation<br>100:13 into Planned Parenthood, did you ask for a copy<br>100:14 of that investigation?<br>100:15  A. I did not. | K Bryan Combined.61 |
| 101:25 - 102:2 | **Bryan, Kathleen 03-22-2019 (00:00:09)**<br>101:25  Q. So after this initial conversation with<br>102:1 Mr. Daleiden in May 2015, when did you become<br>102:2 involved with CMP? | K Bryan Combined.8 |
| 102:4 - 102:5 | **Bryan, Kathleen 03-22-2019 (00:00:04)**<br>102:4 THE WITNESS:  Probably July 2015 when<br>102:5 the videos were coming out. | K Bryan Combined.9 |

| Page/Line | Source | ID |
|---|---|---|
| 105:7 - 105:21 | **Bryan, Kathleen 03-22-2019 (00:00:58)** | K Bryan Combined.62 |
| | 105:7   Q. And how many hours per week did you | |
| | 105:8 spend in circulating press releases and things | |
| | 105:9 for CMP? | |
| | 105:10   A. Not that much, only a few hours a week. | |
| | 105:11 As a clarification, probably the | |
| | 105:12 majority of my work in a volunteer capacity was | |
| | 105:13 booking media for David, so just scheduling | |
| | 105:14 pretty much. | |
| | 105:15   Q. So for how long were you booking media | |
| | 105:16 for Mr. Daleiden? | |
| | 105:17   A. I don't recall but maybe a couple of | |
| | 105:18 hours a week. | |
| | 105:19   Q. I meant from what date to what date? | |
| | 105:20   A. July 2015 until when I ended up at CRC, | |
| | 105:21 April 2016. | |
| 106:6 - 106:13 | **Bryan, Kathleen 03-22-2019 (00:00:23)** | K Bryan Combined.10 |
| | 106:6   Q. Besides booking media appearances for | |
| | 106:7 Mr. Daleiden and CMP, what else did your role | |
| | 106:8 involve? | |
| | 106:9   A. That's pretty much it. | |
| | 106:10   Q. Besides Mr. Daleiden, did you book | |
| | 106:11 media appearances for any of the other defendants | |
| | 106:12 in this case? | |
| | 106:13   A. No, not that I recall. | |
| 106:14 - 106:16 | **Bryan, Kathleen 03-22-2019 (00:00:05)** | K Bryan Combined.11 |
| | | 93.1.1 |
| | 106:14 MR. HUYNH:  Let's mark this as | |
| | 106:15 Exhibit 93. | |
| | 106:16 THE WITNESS:  (Perusing.) | |
| 106:17 - 106:25 | **Bryan, Kathleen 03-22-2019 (00:00:15)** | K Bryan Combined.93 |
| | 106:17 (Bryan Exhibit 93, Document Bates | |
| | 106:18 Stamped CM 21359 to CM 21362, was | |
| | 106:19 marked for identification.) | |
| | 106:20 MR. HUYNH:  So Exhibit 39 is Bates | |
| | 106:21 stamped CM 21359 to CM 21362. | |
| | 106:22 BY MR. HUYNH: | |
| | 106:23   Q. This is a July 15, 2015 e-mail chain | |
| | 106:24 between you and Mr. Daleiden, correct? | |
| | | clear |
| | 106:25   A. Correct. | |
| 108:5 - 108:9 | **Bryan, Kathleen 03-22-2019 (00:00:16)** | K Bryan Combined.63 |

|  |  |  |
|---|---|---|
| | 108:5   Q. Do you have a rough estimate of how | |
| | 108:6 many media organizations that you pitched? | |
| | 108:7   A. I don't. | |
| | 108:8   Q. Was it above 100? | |
| | 108:9   A. I would be guessing but probably 100. | |
| 110:23 - 111:4 | **Bryan, Kathleen 03-22-2019 (00:00:16)** | K Bryan Combined.12 |
| | 110:23   Q. Going to the bottom of the page Bates | 93.2.1 |
| | 110:24 stamped CM 21360, Mr. Newman e-mailed you back | |
| | 110:25 and asked, "Who are your spokespersons when David | |
| | 111:1 is busy?" | |
| | 111:2 Do you see that? | |
| | 111:3   A. I see that. | |
| | 111:4   Q. Does "our" refer to CMP? | |
| 111:8 - 111:9 | **Bryan, Kathleen 03-22-2019 (00:00:04)** | K Bryan Combined.13 |
| | 111:8 THE WITNESS: When I received that | clear |
| | 111:9 e-mail that's how I took it, is that it was CMP. | |
| 111:16 - 111:25 | **Bryan, Kathleen 03-22-2019 (00:00:35)** | K Bryan Combined.14 |
| | 111:16   Q. In the e-mail above that you wrote to | 93.2.2 |
| | 111:17 Mr. Newman and said, "I've been pitching David | |
| | 111:18 and he's been able to do all of the media I've | |
| | 111:19 gotten so far. I guess we'll cross that bridge | |
| | 111:20 when we get to it." | |
| | 111:21 Do you see that? | |
| | 111:22   A. I see that. | |
| | 111:23   Q. You forwarded the e-mails we just | clear |
| | 111:24 looked at to David Daleiden, Anna Davin and | |
| | 111:25 Ashley Baldwin, correct? | |
| 112:2 - 112:20 | **Bryan, Kathleen 03-22-2019 (00:00:43)** | K Bryan Combined.15 |
| | 112:2 THE WITNESS: That is correct. | |
| | 112:3 BY MR. HUYNH: | |
| | 112:4   Q. After you forwarded the e-mails to | |
| | 112:5 Ms. Davin, she e-mailed you to say, "Don't let | 93.2.3 |
| | 112:6 him step into that. Just my smiley opinion." | |
| | 112:7 Do you see that? | |
| | 112:8   A. I see that. | |
| | 112:9   Q. "Him" in this even refers to | |
| | 112:10 Mr. Newman, correct? | |
| | 112:11   A. That's how I took it at the time. | |
| | 112:12   Q. In the e-mail directly above that you | 93.2.4 |
| | 112:13 responded to Ms. Davin by saying, "I'm not, LOL. | |

|  |  |  |
|---|---|---|
|  | 112:14 Don't worry. I love Troy and all of the pro-life |  |
|  | 112:15 leaders involved in this. But David, I am only |  |
|  | 112:16 doing this for you. I am not anyone else's comms |  |
|  | 112:17 person and will not pitch anyone else." |  |
|  | 112:18 You did not want Mr. Newman to be a |  |
|  | 112:19 spokesperson for CMP, correct? |  |
|  | 112:20   A. That's not what this e-mail says. |  |
| 113:8 - 113:10 | **Bryan, Kathleen 03-22-2019 (00:00:05)** | K Bryan Combined.16 |
|  | 113:8 In this e-mail you wrote to | 93.2.7 |
|  | 113:9 Mr. Daleiden that, "This is your project and you |  |
|  | 113:10 need to do the media for it," correct? |  |
| 113:16 - 114:9 | **Bryan, Kathleen 03-22-2019 (00:01:00)** | K Bryan Combined.47 |
|  | 113:16   Q. And it's the e-mail that is timed at |  |
|  | 113:17 9:13 a.m. |  |
|  | 113:18 Do you see that? |  |
|  | 113:19   A. I see that. |  |
|  | 113:20   Q. You believe the project that is the | clear |
|  | 113:21 subject of this lawsuit is Mr. Daleiden's |  |
|  | 113:22 project, correct? |  |
|  | 113:23   A. Correct. |  |
|  | 113:24   Q. Why do you hold that belief? |  |
|  | 113:25   A. Because he's the founder of CMP and the |  |
|  | 114:1 lead investigator. |  |
|  | 114:2   Q. Looking at the next e-mail at 9:22 a.m. | 93.2.6 |
|  | 114:3 on top of the page Bates stamped CM 21360 you |  |
|  | 114:4 wrote to Mr. Daleiden, "Have you done any radio |  |
|  | 114:5 and TV yet? Also, is The Today Show still at |  |
|  | 114:6 play? A friend in PR and I are working on some |  |
|  | 114:7 staff for Ya Bro. Keep me in the loop." |  |
|  | 114:8 Do you see that? |  |
|  | 114:9   A. I see that. | clear |
| 130:20 - 130:22 | **Bryan, Kathleen 03-22-2019 (00:00:14)** | K Bryan Combined.64 |
|  | 130:20   Q. Was one of the CMP's goals to defund |  |
|  | 130:21 Planned Parenthood? |  |
|  | 130:22   A. To my understanding, yes. |  |
| 131:24 - 132:10 | **Bryan, Kathleen 03-22-2019 (00:00:22)** | K Bryan Combined.17 |
|  | 131:24   Q. And would you describe the other board |  |
|  | 131:25 members of CMP in the same way as you have |  |
|  | 132:1 described Mr. Daleiden? |  |
|  | 132:2   A. I don't know them that well, to be |  |

K Bryan Combined-V1 — Page 8/18

| Page/Line | Source | ID |
|---|---|---|
| | 132:3 honest. | |
| | 132:4   Q. So you don't know Mr. Newman that well? | |
| | 132:5   A. I don't. | |
| | 132:6   Q. You don't know Mr. Rhomberg that well? | |
| | 132:7   A. I do not. | |
| | 132:8   Q. You know Mr. Daleiden the best out of | |
| | 132:9 the people involved with CMP? | |
| | 132:10   A. Yes. | |
| 133:10 - 133:13 | **Bryan, Kathleen 03-22-2019 (00:00:09)** | K Bryan Combined.18 |
| | 133:10   Q. Sure. Based on your testimony so far, | |
| | 133:11 would you say that you were involved in CMP's | |
| | 133:12 media strategy in relation to the undercover | |
| | 133:13 videos? | |
| 133:15 - 133:24 | **Bryan, Kathleen 03-22-2019 (00:00:26)** | K Bryan Combined.19 |
| | 133:15 THE WITNESS: Yes. | |
| | 133:16 BY MR. HUYNH: | |
| | 133:17   Q. What was your role in terms of CMP's | |
| | 133:18 media strategy? | |
| | 133:19   A. It would have been small. I really | |
| | 133:20 wasn't that involved in it but offering my | |
| | 133:21 opinion, my thoughts. | |
| | 133:22   Q. What opinions or thoughts did you offer | |
| | 133:23 to Mr. Daleiden or CMP regarding CMP's undercover | |
| | 133:24 videos? | |
| 134:1 - 134:4 | **Bryan, Kathleen 03-22-2019 (00:00:05)** | K Bryan Combined.20 |
| | 134:1 THE WITNESS: I don't recall. | |
| | 134:2 BY MR. HUYNH: | |
| | 134:3   Q. Who else was involved with CMP's media | |
| | 134:4 strategy? | |
| 134:6 - 134:8 | **Bryan, Kathleen 03-22-2019 (00:00:05)** | K Bryan Combined.21 |
| | 134:6 THE WITNESS: CRC Public Relations. | |
| | 134:7 BY MR. HUYNH: | |
| | 134:8   Q. Anyone else? | |
| 134:10 - 134:14 | **Bryan, Kathleen 03-22-2019 (00:00:12)** | K Bryan Combined.22 |
| | 134:10 THE WITNESS: David Daleiden. | |
| | 134:11 BY MR. HUYNH: | |
| | 134:12   Q. Anyone else besides CRC Public | |
| | 134:13 Relations and Mr. Daleiden that was involved in | |
| | 134:14 CMP's media strategy? | |
| 134:16 - 134:16 | **Bryan, Kathleen 03-22-2019 (00:00:02)** | K Bryan Combined.23 |

| | | |
|---|---|---|
| | 134:16 THE WITNESS:  Not that I recall. | |
| 135:15 - 135:17 | **Bryan, Kathleen 03-22-2019 (00:00:06)** | K Bryan Combined.65 |
| | 135:15   Q. Did you write any of the initial drafts | |
| | 135:16 of CMP's press releases relating to its | |
| | 135:17 undercover videos? | |
| 135:19 - 135:19 | **Bryan, Kathleen 03-22-2019 (00:00:03)** | K Bryan Combined.66 |
| | 135:19 THE WITNESS:  Not that I recall. | |
| 138:3 - 138:9 | **Bryan, Kathleen 03-22-2019 (00:00:21)** | K Bryan Combined.67 |
| | 138:3   Q. How many calls did you place to media | |
| | 138:4 organizations regarding CRC's undercover videos? | |
| | 138:5   A. I don't know. | |
| | 138:6   Q. More than 50? | |
| | 138:7   A. Probably. | |
| | 138:8   Q. More than 100? | |
| | 138:9   A. No. | |
| 138:18 - 138:20 | **Bryan, Kathleen 03-22-2019 (00:00:09)** | K Bryan Combined.68 |
| | 138:18   Q. We know it's more than 50 but not more | |
| | 138:19 than 100 and I asked you if it was more than 75. | |
| | 138:20   A. I'd say it was probably about 100. | |
| 140:15 - 140:17 | **Bryan, Kathleen 03-22-2019 (00:00:15)** | K Bryan Combined.24 |
| | 140:15 MR. HUYNH:  Let's mark this as | |
| | 140:16 Exhibit 96.  This document is Bates stamped CM | |
| | 140:17 03856 to CM 03874. | |
| 140:18 - 141:21 | **Bryan, Kathleen 03-22-2019 (00:01:10)** | K Bryan Combined.94 |
| | 140:18 THE WITNESS:  (Perusing.) | |
| | 140:19 (Bryan Exhibit 96, Document Bates | |
| | 140:20 Stamped CM 03856 to CM 03874, was | |
| | 140:21 marked for identification.) | |
| | 140:22 BY MR. HUYNH: | |
| | 140:23   Q. Ms. Bryan, this is a July 13, 2015 | |
| | 140:24 e-mail from Mr. Daleiden to you and others, | |
| | 140:25 correct? | |
| | 141:1   A. Correct. | |
| | 141:2   Q. In the fourth paragraph of this e-mail | |
| | 141:3 Mr. Daleiden writes, "Please find attached CMP's | |
| | 141:4 messaging guidelines for internal circulation | |
| | 141:5 only, our press kit and several fact sheets to | |
| | 141:6 bring you up to speed on various subtopics within | |
| | 141:7 fetal trafficking.  Be mindful, however, to keep | |
| | 141:8 the focus strictly on Planned Parenthood.  Our | |

|  |  |  |
|---|---|---|
|  | 141:9 press release is pasted below and our website |  |
|  | 141:10 will be live on www.centerformedicalprogress.org |  |
|  | 141:11 in six hours." |  |
|  | 141:12 Do you see that? |  |
|  | 141:13  A. I do. |  |
|  | 141:14  Q. Who drafted this media kit that |  |
|  | 141:15 Mr. Daleiden attached? |  |
|  | 141:16  A. I don't know. |  |
|  | 141:17  Q. Did you help prepare this media kit for |  |
|  | 141:18 Mr. Daleiden? |  |
|  | 141:19  A. Not that I recall. |  |
|  | 141:20  Q. Did you communicate to the media about |  |
|  | 141:21 information from this media kit? |  |
| 141:24 - 142:4 | **Bryan, Kathleen 03-22-2019 (00:00:06)** | K Bryan Combined.25 |
|  | 141:24 THE WITNESS:  Can you repeat the |  |
|  | 141:25 question? |  |
|  | 142:1 BY MR. HUYNH: |  |
|  | 142:2  Q. Yes. |  |
|  | 142:3 Did you communicate to the media about |  |
|  | 142:4 information from this media kit? |  |
| 142:6 - 142:19 | **Bryan, Kathleen 03-22-2019 (00:00:42)** | K Bryan Combined.26 |
|  | 142:6 THE WITNESS:  Yes. |  |
|  | 142:7 BY MR. HUYNH: |  |
|  | 142:8  Q. Did you verify that any of this |  |
|  | 142:9 information was accurate before you communicated |  |
|  | 142:10 it to the media? |  |
|  | 142:11  A. Any information that I conveyed to the |  |
|  | 142:12 media I would have checked to make sure that it |  |
|  | 142:13 was accurate. |  |
|  | 142:14  Q. How did you check that it was accurate? |  |
|  | 142:15  A. By watching the full footage of the |  |
|  | 142:16 investigative videos that were released. |  |
|  | 142:17  Q. So you watched all the raw footage that |  |
|  | 142:18 CMP took for the project at issue in this |  |
|  | 142:19 lawsuit? |  |
| 142:21 - 143:12 | **Bryan, Kathleen 03-22-2019 (00:00:40)** | K Bryan Combined.27 |
|  | 142:21 THE WITNESS:  CMP released the full |  |
|  | 142:22 footage of all their videos that they released on |  |
|  | 142:23 their website.  So yes, I would have. |  |
|  | 142:24 BY MR. HUYNH: |  |

|  |  |  |
|---|---|---|
|  | 142:25  Q. You watched all of it? |  |
|  | 143:1  A. I watched all of it that was released |  |
|  | 143:2 publicly on CMP's website. |  |
|  | 143:3  Q. Did that include the raw footage?  Let |  |
|  | 143:4 me rephrase that.  Sorry. |  |
|  | 143:5 Did that include the unedited footage? |  |
|  | 143:6  A. Of the videos that were released? |  |
|  | 143:7  Q. Yes. |  |
|  | 143:8  A. Yes.  CMP, every video that they |  |
|  | 143:9 released, they released the full, unedited |  |
|  | 143:10 footage. |  |
|  | 143:11  Q. And so did you watch the full, unedited |  |
|  | 143:12 footage for every video? |  |
| 143:17 - 143:23 | **Bryan, Kathleen 03-22-2019 (00:00:14)** | K Bryan Combined.28 |
|  | 143:17 THE WITNESS:  Every video on the |  |
|  | 143:18 website, yes, I would have watched the full |  |
|  | 143:19 footage. |  |
|  | 143:20 BY MR. HUYNH: |  |
|  | 143:21  Q. Let me backtrack a little bit. |  |
|  | 143:22 So on the website, did CMP post the |  |
|  | 143:23 full, unedited versions of the videos? |  |
| 143:25 - 144:11 | **Bryan, Kathleen 03-22-2019 (00:00:30)** | K Bryan Combined.29 |
|  | 143:25 THE WITNESS:  Every video that CMP |  |
|  | 144:1 released publicly, all of their edited versions, |  |
|  | 144:2 they additionally released the full footage of |  |
|  | 144:3 those videos. |  |
|  | 144:4 So yes, I would have watched those |  |
|  | 144:5 videos. |  |
|  | 144:6 BY MR. HUYNH: |  |
|  | 144:7  Q. Let me just try to make sure I |  |
|  | 144:8 understand your answers. |  |
|  | 144:9 So you would have watched the full |  |
|  | 144:10 footage of the videos that CMP released? |  |
|  | 144:11  A. Yes. |  |
| 147:9 - 147:13 | **Bryan, Kathleen 03-22-2019 (00:00:21)** | K Bryan Combined.69 |
|  | 147:9  Q. You said you don't know if you watched |  |
|  | 147:10 over 500 hours of the raw video footage. |  |
|  | 147:11 Do you have an estimate of how many |  |
|  | 147:12 hours you watched? |  |
|  | 147:13  A. I don't recall. |  |

| | | |
|---|---|---|
| 149:11 - 150:4 | **Bryan, Kathleen 03-22-2019 (00:01:05)** | K Bryan Combined.70 |

149:11   Q. This is a July 2015 e-mail chain
149:12 between you and Mr. Daleiden, correct?
149:13   A. Correct.
149:14   Q. In the July 6, 2015 e-mail at the top
149:15 of the chain, Mr. Daleiden attaches a PDF
149:16 entitled "Messaging Guidelines FT," right?
149:17   A. That is correct.
149:18   Q. Mr. Daleiden writes to you in the
149:19 e-mail, "Here is a draft messaging guide for
149:20 other pro-life groups.  Thoughts, please."
149:21 Do you see that?
149:22   A. I see that.
149:23   Q. Mr. Daleiden asked you for your
149:24 thoughts on the document entitled "Messaging
149:25 Guidelines," correct?
150:1   A. Correct.
150:2   Q. These guidelines were for other
150:3 pro-life groups other than CMP, is that right?
150:4   A. It looks like that is correct.

| | | |
|---|---|---|
| 155:11 - 155:12 | **Bryan, Kathleen 03-22-2019 (00:00:06)** | K Bryan Combined.30 |

155:11   Q. What did you tell media organizations
155:12 about CMP's editing of their undercover videos?

| | | |
|---|---|---|
| 155:14 - 156:14 | **Bryan, Kathleen 03-22-2019 (00:01:30)** | K Bryan Combined.31 |

155:14 THE WITNESS:  I don't remember.
155:15 BY MR. HUYNH:
155:16   Q. Did you tell the media that the editing
155:17 of CMP's undercover videos was not distorted?
155:18   A. I don't remember but any conversations
155:19 that I had with the media, they understand the
155:20 editing process because they do the same thing in
155:21 their own media editing for news programs.  They
155:22 understand the editing process so I really didn't
155:23 have to say that much to them.
155:24   Q. Did you tell media organizations that
155:25 CMP edited -- strike that.
156:1 Did you tell media organizations that
156:2 CMP's undercover videos was not highly edited?
156:3   A. It's a matter of public record that
156:4 they were edited but that CMP always released the

| | | |
|---|---|---|
| | 156:5 full footage so I was always very honest about | |
| | 156:6 that with the media. | |
| | 156:7 We would suggest that they watch the | |
| | 156:8 full footage. | |
| | 156:9 Q. You told the media that they should | |
| | 156:10 watch the full footage? | |
| | 156:11 A. In addition to watching the short | |
| | 156:12 versions as well. | |
| | 156:13 Q. Did you expect the media to watch the | |
| | 156:14 full footage? | |
| 156:21 - 157:8 | **Bryan, Kathleen 03-22-2019 (00:00:30)** | K Bryan Combined.32 |
| | 156:21 THE WITNESS: My experience with the | |
| | 156:22 media is they do their due diligence and so many | |
| | 156:23 of the reporters that I spoke with, they wanted | |
| | 156:24 to see the full footage and that's why CMP | |
| | 156:25 released the full footage alongside the shorter | |
| | 157:1 versions. | |
| | 157:2 BY MR. HUYNH: | |
| | 157:3 Q. Which reporters told that you they | |
| | 157:4 wanted to see the full footage? | |
| | 157:5 A. I don't recall. | |
| | 157:6 Q. Do you recall any questions that the | |
| | 157:7 media had for you when you sent them any | |
| | 157:8 information about CMP's undercover videos? | |
| 157:10 - 157:14 | **Bryan, Kathleen 03-22-2019 (00:00:12)** | K Bryan Combined.33 |
| | 157:10 THE WITNESS: The only questions that I | |
| | 157:11 can recall is for more information but everything | |
| | 157:12 was on the CMP website. So we would always | |
| | 157:13 suggest that they check out all the documentation | |
| | 157:14 and additional footage on the CMP website. | |
| 158:15 - 158:21 | **Bryan, Kathleen 03-22-2019 (00:00:17)** | K Bryan Combined.71 |
| | 158:15 Q. Did every media organization that you | |
| | 158:16 reached out to ask you for the full footage? | |
| | 158:17 A. Not every one, no. | |
| | 158:18 Q. So some didn't ask you for the full | |
| | 158:19 footage; is that correct? | |
| | 158:20 A. I don't remember but that could be, | |
| | 158:21 yes. | |
| 163:6 - 163:10 | **Bryan, Kathleen 03-22-2019 (00:00:17)** | K Bryan Combined.34 |
| | 163:6 Q. My question is to your knowledge are | |

| Page/Line | Source | ID |
|---|---|---|
| | 163:7 the people listed here potential donors that | |
| | 163:8 Mr. Daleiden was contacting? | |
| | 163:9 A. To my knowledge and the names that I | |
| | 163:10 recognize on this list, they are media people. | |
| 163:14 - 163:15 | **Bryan, Kathleen 03-22-2019 (00:00:03)** | K Bryan Combined.35 |
| | 163:14 Q. Do you know how Mr. Daleiden compiled | |
| | 163:15 this list? | |
| 163:17 - 163:20 | **Bryan, Kathleen 03-22-2019 (00:00:13)** | K Bryan Combined.36 |
| | 163:17 THE WITNESS: I do not. | |
| | 163:18 BY MR. HUYNH: | |
| | 163:19 Q. Do you know how donors learned about | |
| | 163:20 CMP? | |
| 163:22 - 163:25 | **Bryan, Kathleen 03-22-2019 (00:00:11)** | K Bryan Combined.37 |
| | 163:22 THE WITNESS: I do not. | |
| | 163:23 BY MR. HUYNH: | |
| | 163:24 Q. Were e-mails sent to potential donors | |
| | 163:25 by Mr. Daleiden? | |
| 164:2 - 164:5 | **Bryan, Kathleen 03-22-2019 (00:00:19)** | K Bryan Combined.38 |
| | 164:2 THE WITNESS: I don't know. | |
| | 164:3 BY MR. HUYNH: | |
| | 164:4 Q. Was information sent to donors via | |
| | 164:5 LISTSERV? | |
| 164:7 - 164:10 | **Bryan, Kathleen 03-22-2019 (00:00:10)** | K Bryan Combined.39 |
| | 164:7 THE WITNESS: I don't know. | |
| | 164:8 BY MR. HUYNH: | |
| | 164:9 Q. Did you communicate with any potential | |
| | 164:10 donors? | |
| 164:12 - 164:13 | **Bryan, Kathleen 03-22-2019 (00:00:03)** | K Bryan Combined.40 |
| | 164:12 THE WITNESS: Not to my knowledge, not | |
| | 164:13 that I remember. | |
| 165:2 - 165:18 | **Bryan, Kathleen 03-22-2019 (00:00:54)** | K Bryan Combined.41 |
| | 165:2 Q. What was your understanding of the | |
| | 165:3 Human Capital Project in July 2015? | |
| | 165:4 A. In July 2015 my understanding was the | |
| | 165:5 same; that the Human Capital Project was an | |
| | 165:6 investigation, an undercover investigation into | |
| | 165:7 the abortion industry. | |
| | 165:8 Q. So your understanding of what the Human | |
| | 165:9 Capital Project was or is has not changed from | |
| | 165:10 July 2015 to the present? | |

| Page/Line | Source | ID |
|---|---|---|
| | 165:11 A. Correct. | |
| | 165:12 Q. Was the Human Capital Project a project | |
| | 165:13 conducted by CMP? | |
| | 165:14 A. As I understand it, yes. | |
| | 165:15 Q. Do you know when the planning for the | |
| | 165:16 Human Capital Project began? | |
| | 165:17 A. I do not. | |
| | 165:18 Q. Whose idea was the project? | |
| 165:20 - 166:5 | **Bryan, Kathleen 03-22-2019 (00:00:27)** | K Bryan Combined.42 |
| | 165:20 THE WITNESS: What project? | |
| | 165:21 BY MR. HUYNH: | |
| | 165:22 Q. Let me clarify. | |
| | 165:23 Whose idea was the Human Capital | |
| | 165:24 Project? | |
| | 165:25 A. As I understand it, David Daleiden. | |
| | 166:1 Q. Anyone else? | |
| | 166:2 A. Not to my knowledge. | |
| | 166:3 Q. So to your knowledge Mr. Newman was not | |
| | 166:4 the genesis of the idea for the Human Capital | |
| | 166:5 Project? | |
| 166:16 - 166:18 | **Bryan, Kathleen 03-22-2019 (00:00:07)** | K Bryan Combined.43 |
| | 166:16 THE WITNESS: As I understand it and | |
| | 166:17 from what I know, David Daleiden is the genesis | |
| | 166:18 of the Human Capital Project. | |
| 168:9 - 168:11 | **Bryan, Kathleen 03-22-2019 (00:00:03)** | K Bryan Combined.44 |
| | 168:9 BY MR. HUYNH: | |
| | 168:10 Q. Why did you get involved with the Human | |
| | 168:11 Capital Project? | |
| 168:14 - 168:20 | **Bryan, Kathleen 03-22-2019 (00:00:17)** | K Bryan Combined.45 |
| | 168:14 THE WITNESS: I got involved in the | |
| | 168:15 Human Capital Project because I believed that the | |
| | 168:16 public deserved to know what the Center for | |
| | 168:17 Medical Progress -- the findings that the Center | |
| | 168:18 for Medical Progress had come across and I | |
| | 168:19 believed that the public deserved to know the | |
| | 168:20 truth. | |
| 169:9 - 169:14 | **Bryan, Kathleen 03-22-2019 (00:00:26)** | K Bryan Combined.46 |
| | 169:9 Q. And when you say the abortion industry, | |
| | 169:10 that includes Planned Parenthood, correct? | |
| | 169:11 A. That is correct. | |

|  |  |  |
|---|---|---|
|  | 169:12   Q. So you believed that Planned Parenthood |  |
|  | 169:13 was exploiting women? |  |
|  | 169:14   A. Yes. |  |
| 185:9 - 185:12 | **Bryan, Kathleen 03-22-2019 (00:00:12)** | K Bryan Combined.72 |
|  | 185:9   Q. CMP actors in its undercover videos |  |
|  | 185:10 were telling Planned Parenthood employees that |  |
|  | 185:11 Biomax was supplying specimen's to researchers, |  |
|  | 185:12 correct? |  |
| 185:14 - 185:14 | **Bryan, Kathleen 03-22-2019 (00:00:01)** | K Bryan Combined.83 |
|  | 185:14 THE WITNESS:  I don't remember. |  |
| 185:25 - 186:2 | **Bryan, Kathleen 03-22-2019 (00:00:08)** | K Bryan Combined.73 |
|  | 185:25   Q. Most of the people who went undercover |  |
|  | 186:1 as Biomax employees for the Human Capital Project |  |
|  | 186:2 used fake names, correct? |  |
| 186:4 - 186:11 | **Bryan, Kathleen 03-22-2019 (00:00:29)** | K Bryan Combined.84 |
|  | 186:4 THE WITNESS:  I don't know. |  |
|  | 186:5 BY MR. HUYNH: |  |
|  | 186:6   Q. So in CMP's videos, did Mr. Daleiden |  |
|  | 186:7 use the name Robert Sarkis? |  |
|  | 186:8   A. I don't remember. |  |
|  | 186:9   Q. In CMP's undercover videos, did Susan |  |
|  | 186:10 Merritt use the name Susan Tanenbaum? |  |
|  | 186:11   A. I don't remember. |  |
| 186:18 - 187:3 | **Bryan, Kathleen 03-22-2019 (00:00:33)** | K Bryan Combined.74 |
|  | 186:18   Q. In CMP's video did Brianna Baxter use |  |
|  | 186:19 the name Brianna Allen? |  |
|  | 186:20   A. I don't know. |  |
|  | 186:21   Q. In CMP's videos, did Anna Bettisworth |  |
|  | 186:22 use the name Rebecca Wagner? |  |
|  | 186:23   A. I don't know. |  |
|  | 186:24   Q. You watched CMP's undercover videos, |  |
|  | 186:25 right? |  |
|  | 187:1   A. Yes. |  |
|  | 187:2   Q. Do you remember what name Anna |  |
|  | 187:3 Bettisworth used? |  |
| 187:5 - 187:5 | **Bryan, Kathleen 03-22-2019 (00:00:11)** | K Bryan Combined.85 |
|  | 187:5 THE WITNESS:  I don't. |  |
| 192:3 - 192:5 | **Bryan, Kathleen 03-22-2019 (00:00:05)** | K Bryan Combined.75 |
|  | 192:3   Q. Do you know if CMP employees carried |  |
|  | 192:4 concealed video cameras when they went undercover |  |

| | | |
|---|---|---|
| 192:7 - 192:12 | 192:5 at NAF conferences?<br>**Bryan, Kathleen 03-22-2019 (00:00:15)**<br>192:7 Do you know or have you heard?<br>192:8 THE WITNESS: I don't know.<br>192:9 BY MR. HUYNH:<br>192:10   Q. Do you know if CMP employees carried<br>192:11 concealed video cameras when they went undercover<br>192:12 at Planned Parenthood conferences? | K Bryan Combined.86 |
| 192:14 - 192:14 | **Bryan, Kathleen 03-22-2019 (00:00:00)**<br>192:14 THE WITNESS: I don't know. | K Bryan Combined.87 |
| 192:16 - 192:18 | **Bryan, Kathleen 03-22-2019 (00:00:08)**<br>192:16   Q. Do you know whether Planned Parenthood<br>192:17 employees who were taped in CMP's undercover<br>192:18 videos provided their consent to be taped? | K Bryan Combined.76 |
| 192:20 - 192:20 | **Bryan, Kathleen 03-22-2019 (00:00:03)**<br>192:20 THE WITNESS: I don't know. | K Bryan Combined.88 |
| 200:4 - 200:6 | **Bryan, Kathleen 03-22-2019 (00:00:09)**<br>200:4   Q. Sure. Do you have a problem with CMP<br>200:5 actors lying to carry out the Human Capital<br>200:6 Project? | K Bryan Combined.77 |
| 200:8 - 200:8 | **Bryan, Kathleen 03-22-2019 (00:00:08)**<br>200:8 THE WITNESS: I don't know. | K Bryan Combined.89 |
| 225:25 - 226:15 | **Bryan, Kathleen 03-22-2019 (00:00:50)**<br>225:25   Q. The subject line of your e-mail on July<br>226:1 10, 2015 at 3:47 p.m. is, "Huge undercover<br>226:2 investigation to be released next week. 115 is<br>226:3 invited to preview documents before the national<br>226:4 press."<br>226:5 Do you see that?<br>226:6   A. That's the subject line for the entire<br>226:7 chain. That's not just my e-mail.<br>226:8   Q. Okay, that appears to be the case. The<br>226:9 other e-mails don't have a subject line but I<br>226:10 think we can assume that that's what the subject<br>226:11 line was for the previous e-mails.<br>226:12   A. Yes.<br>226:13   Q. What is 115 that is referred to in the<br>226:14 subject line of this e-mail that we're talking<br>226:15 about? | K Bryan Combined.78<br>103.1.2 |
| 226:17 - 226:18 | **Bryan, Kathleen 03-22-2019 (00:00:05)** | K Bryan Combined.90 |

| Page/Line | Source | ID |
|---|---|---|
| | 226:17 THE WITNESS: It's a coalition of<br>226:18 pro-life leaders. | clear |
| 226:25 - 227:3 | **Bryan, Kathleen 03-22-2019 (00:00:22)**<br>226:25 Q. Could you please give me the names that<br>227:1 you remember?<br>227:2 A. Troy Newman, David Daleiden, Father<br>227:3 Frank Pavone, Lila Rose. | K Bryan Combined.79 |
| 249:4 - 249:6 | **Bryan, Kathleen 03-22-2019 (00:00:10)**<br>249:4 MR. HUYNH: Let's mark the next<br>249:5 document Bates stamped CM 20708 to 17 as<br>249:6 Exhibit 106. | K Bryan Combined.80<br>106.1 |
| 249:24 - 250:3 | **Bryan, Kathleen 03-22-2019 (00:00:18)**<br>249:24 Q. You are cc'd at the top of this e-mail<br>249:25 chain from Mr. Newman, correct? Your name<br>250:1 appears on the sixth line in the cc. field.<br>250:2 Do you see that?<br>250:3 A. Yes. | K Bryan Combined.81<br>106.1.1 |
| 250:18 - 250:25 | **Bryan, Kathleen 03-22-2019 (00:00:16)**<br>250:18 Q. Mr. Newman wrote in this e-mail that,<br>250:19 "Yes, this has exceeded our expectations. We are<br>250:20 off to a great start but let's remember the<br>250:21 talking points. This is about Planned<br>250:22 Parenthood, putting them in jail, defunding them,<br>250:23 taking down their empire."<br>250:24 Do you see that?<br>250:25 A. I see that. | K Bryan Combined.82<br>106.1.2 |

Our Designations = 00:17:03
Their Counters = 00:11:00
**Total Time = 00:28:03**

**Documents Shown**
103
106
93