1  Vladimir F. Kozina, SBN 95422
   MAYALL HURLEY, P.C.
2  2453 Grand Canal Blvd.
3  Stockton, CA 95207
   Tel: (209) 477-3833
4  vkozina@mayallaw.com
   *Counsel for Defendant Troy Newman; Other*
5  *Newman Counsel Listed Below in Signature Block*

6

7

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD: SHASTA-DIABLO, INC. d/b/a PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD MAR MONTE, INC.; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD LOS ANGELES; PLANNED PARENTHOOD/ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF CALIFORNIA CENTRAL COAST f/k/a PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA AND SAN LUIS OBISPO COUNTIES, INC; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST, INC.; and PLANNED PARENTHOOD CENTER FOR CHOICE,<br>        Plaintiffs,<br><br>    vs.<br><br>THE CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; DAVID DALEIDEN; TROY NEWMAN; ALBIN RHOMBERG; SANDRA SUSAN MERRITT; and GERARDO ADRIAN LOPEZ<br>        Defendants. | Case No. 3:16-CV-00236 (WHO)<br><br>Judge William H. Orrick, III<br><br>Case Filed on January 14, 2016<br><br>**DEFENDANT TROY NEWMAN'S NOTICE OF APPEAL** |

Defendant Troy Newman hereby gives Notice that he is appealing to the United States Court of Appeals for the Ninth Circuit from (1) the Order Resolving Unfair Competition Claim and Entering Judgment, entered in the above-referenced action on April 29, 2020, at docket entry 1073, (2) the Judgment, entered in the above-referenced action on April 29, 2020, at docket entry 1074, and (3) from the jury verdict and all preceding district court orders and rulings as they merge with docket entries 1073 and 1074. *See Hall v. City of Los Angeles*, 697 F.3d 1059, 1070-71 (9th Cir. 2012) (explaining that once judgment is entered and a party appeals, all earlier, non-final orders and rulings of the district court are reviewable because they merge with the judgment); *accord Litchfield v. Spielberg*, 736 F.2d 1352, 1355 (9th Cir. 1984).

Defendant Troy Newman is filing this Notice of Appeal within thirty days of the entry of the above-referenced Order and Judgments, at docket entries 1073 and 1074, but during the pendency of his timely-filed Post-Judgment Motions (respectively, motions for judgment as a matter of law, to alter or amend the judgment, and for a new trial pursuant to Fed. R. Civ. P. 50(b) and 59) which were filed in the above-referenced action on May 26, 2020, at docket entry 1080. Although those timely-filed Post-Judgment Motions toll the time to file a Notice of Appeal, Fed. R. App. P. 4(a)(4)(A), Defendant Troy Newman may still file this Notice of Appeal during their pendency pursuant to Fed. R. App. P. 4(a)(4)(B). The effectiveness of this Notice of Appeal is suspended until the district court disposes of the last of those Post-Judgment Motions with Defendant Troy Newman being allowed to amend this Notice of Appeal within thirty days thereafter and without having to pay an additional filing fee. Fed. R. App. P. 4(a)(4)(B); *see also, e.g., Rowell v. Dzurenda*, 2019 U.S. App. LEXIS 37679, at *1 (9th Cir. Dec. 18, 2019) (explaining that a notice of appeal filed while a timely post-judgment motion is pending does not deprive the district court of jurisdiction, and the notice of appeal becomes effective after the resolution of the motion); *Leader Nat'l Ins. Co. v. Industrial Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994) (explaining that a premature notice of appeal is held in abeyance

until the resolution of post-judgment motions).

A Representation Statement is attached to this Notice of Appeal as required by Circuit Rule 3-2.

        Respectfully submitted on May 28, 2020,

        /s/ Edward L. White III
        Edward L. White III, *pro hac vice*
        Erik M. Zimmerman, *pro hac vice*
        AMERICAN CENTER FOR LAW & JUSTICE
        3001 Plymouth Rd., Ste. 203
        Ann Arbor, MI 48105
        Tel: (734) 680-8007
        Fax: (734) 680-8006
        ewhite@aclj.org
        ezimmerman@aclj.org

        /s/ Vladimir F. Kozina
        Vladimir F. Kozina; SBN 95422
        MAYALL HURLEY, P.C.
        2453 Grand Canal Blvd.
        Stockton, CA 95207
        Tel: (209) 477-3833
        Fax: (209) 473-4818
        vkozina@mayallaw.com

        John A. Monaghan, *pro hac vice*
        AMERICAN CENTER FOR LAW & JUSTICE
        1000 Regent University Dr.
        RH-422
        Virginia Beach, VA 23456
        Tel: (757) 955-8177
        Fax: (757) 226-2836 (fax)
        jmonaghan@aclj.org

        Christina A. Stierhoff, *pro hac vice*
        AMERICAN CENTER FOR LAW & JUSTICE
        201 Maryland Avenue, N.E.
        Washington, DC 20002
        Tel: 202-546-8890
        Fax: 202-546-9309
        cstierhoff@aclj.org

        *Counsel for Defendant Troy Newman*

**ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)**

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

/s/ Edward L. White III
Edward L. White III, *pro hac vice*
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Rd., Ste. 203
Ann Arbor, MI 48105
Tel: (734) 680-8007
Fax: (734) 680-8006
ewhite@aclj.org

*Counsel for Defendant Troy Newman*

**CERTIFICATE OF SERVICE**

On May 28, 2020, the undersigned certifies that he filed with the Northern District of California's CM/ECF system the foregoing Defendant Troy Newman's Notice of Appeal and the attached Defendant Troy Newman's Representation Statement. The CM/ECF system will provide electronic notice of the filing to the attorneys of record who are ECF users. I declare under the penalty of perjury that the foregoing statement of filing and service is true and correct to the best of my knowledge.

/s/ Edward L. White III
Edward L. White III, *pro hac vice*
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Rd., Ste. 203
Ann Arbor, MI 48105
Tel: (734) 680-8007
Fax: (734) 680-8006
ewhite@aclj.org

*Counsel for Defendant Troy Newman*