Vladimir F. Kozina, SBN 95422
MAYALL HURLEY, P.C.
2453 Grand Canal Blvd.
Stockton, CA 95207
Tel: (209) 477-3833
vkozina@mayallaw.com
*Counsel for Defendant Troy Newman;*
*Other Newman Counsel Listed Below*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD: SHASTA-DIABLO, INC. d/b/a PLANNED PARENTHOOD NORTHERN CALIFORNIA; PLANNED PARENTHOOD MAR MONTE, INC.; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD LOS ANGELES; PLANNED PARENTHOOD/ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF CALIFORNIA CENTRAL COAST f/k/a PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA AND SAN LUIS OBISPO COUNTIES, INC; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST, INC.; and PLANNED PARENTHOOD CENTER FOR CHOICE, <br>　　Plaintiffs, <br><br>vs. <br><br>THE CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; DAVID DALEIDEN; TROY NEWMAN; ALBIN RHOMBERG; SANDRA SUSAN MERRITT; and GERARDO ADRIAN LOPEZ <br>　　Defendants. | Case No. 3:16-CV-00236 (WHO) <br><br> Judge William H. Orrick, III <br><br> Case Filed on January 14, 2016 <br><br><br> **DEFENDANT TROY NEWMAN'S REPRESENTATION STATEMENT** |

The following is a list of all the parties to the action along with the names, addresses, and

telephone numbers of their respective counsel as required by Federal Rule of Appellate Procedure 12(b) and Circuit Rules 3-1, 3-2(b), and 12-2. The undersigned only represents Defendant Troy Newman.

**Counsel for Plaintiffs Planned Parenthood Federation of America, Inc.; Planned Parenthood: Shasta-Diablo, Inc. d/b/a Planned Parenthood Northern California; Planned Parenthood Mar Monte, Inc.; Planned Parenthood of the Pacific Southwest; Planned Parenthood Los Angeles; Planned Parenthood/Orange and San Bernardino Counties, Inc.; Planned Parenthood of California Central Coast f/k/a Planned Parenthood of Santa Barbara, Ventura and San Luis Obispo Counties, Inc.; Planned Parenthood Pasadena and San Gabriel Valley, Inc.; Planned Parenthood of the Rocky Mountains; Planned Parenthood Gulf Coast, Inc.; and Planned Parenthood Center for Choice:**

Rhonda R. Trotter
Oscar D. Ramallo
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4000

Steven L. Mayer
Sharon D. Mayo
Jeremy T. Kamras
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: (415) 471-3100

Diana Sterk
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8000

Amy L. Bomse
ROGERS JOSEPH O'DONNELL
311 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 956-2828

Beth H. Parker
PLANNED PARENTHOOD NORTHERN CALIFORNIA
2185 Pacheco Street
Concord, CA 94520
Tel: (415) 531-1791

```
 1  Helene T. Krasnoff
    PLANNED PARENTHOOD FEDERATION OF AMERICA
 2  1110 Vermont Avenue, NW, Suite 300
    Washington, D.C. 20005
 3  Tel: (202) 973-4800

 4
    **Counsel for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC,**
 5  **David Daleiden, and Gerardo Adrian Lopez:**

 6  Charles S. LiMandri
    Paul M. Jonna
 7  Jeffrey M. Trissell
    B. Dean Wilson
 8  Milan L. Brandon
 9  FREEDOM OF CONSCIENCE DEFENSE FUND
    P.O. Box 9520
10  Rancho Santa Fe, CA 92067
    Tel: (858) 759-9948
11

12  Denise M. Harle (CA Bar No. 275561)
    ALLIANCE DEFENDING FREEDOM
13  1000 Hurricane Shoals Road, NE, Suite D1100
    Lawrenceville, GA 30043
14  Tel: (770) 339-0774

15
    **Counsel for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC,**
16  **and David Daleiden:**

17  Harmeet K. Dhillon
    Gregory R. Michael
18  Dorothy Yamamoto
19  DHILLON LAW GROUP INC.
    177 Post Street, Suite 700
20  San Francisco, CA 94108
    Tel. (415) 433-1700
21
22  **Counsel for Defendant David Daleiden:**

23  Thomas Brejcha
    Peter Breen
24  Matthew F. Heffron
    THOMAS MORE SOCIETY
25  309 W. Washington Street, Suite 1250
    Chicago, IL 60606
26  Tel: (312) 782-1680

27

28
```

**Counsel for Defendant Troy Newman:**

Edward L. White III
Erik M. Zimmerman
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Road, Suite 203
Ann Arbor, MI 48105
Tel: (734) 680-8007

John A. Monaghan
AMERICAN CENTER FOR LAW & JUSTICE
1000 Regent University Drive, RH-422
Virginia Beach, VA 23456
Tel: (757) 955-8177

Christina A. Stierhoff
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, N.E.
Washington, DC 20002
Tel: (202) 546-8890

Vladimir F. Kozina
MAYALL HURLEY, P.C.
2453 Grand Canal Boulevard
Stockton, CA 95207
Tel: (209) 477-3833

**Counsel for Defendant Albin Rhomberg:**

Catherine W. Short
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313
Ojai, CA 93024-1313
Tel: (707) 337-6880

Michael Millen
LAW OFFICE OF MICHAEL MILLEN
119 Calle Marguerita Suite 100
Los Gatos, CA 95032
Tel: (408) 871-0777

**Counsel for Defendant Sandra Susan Merritt:**

Horatio G. Mihet
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Tel. (407) 875-1776

| | |
|---|---|
| 1 | Nicolaie Cocis |
| | LAW OFFICE OF NIC COCIS AND ASSOCIATES |
| 2 | 38975 Sky Canyon Drive, Suite 211 |
| | Murrieta, CA 92563 |
| 3 | Tel. (951) 695-1400 |
| 4 | nic@cocislaw.com |

Respectfully submitted on May 28, 2020,

/s/ Edward L. White III
Edward L. White III, *pro hac vice*
Erik M. Zimmerman, *pro hac vice*
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Rd., Ste. 203
Ann Arbor, MI 48105
Tel: (734) 680-8007
Fax: (734) 680-8006
ewhite@aclj.org
ezimmerman@aclj.org

/s/ Vladimir F. Kozina
Vladimir F. Kozina; SBN 95422
MAYALL HURLEY, P.C.
2453 Grand Canal Blvd.
Stockton, CA 95207
Tel: (209) 477-3833
Fax: (209) 473-4818
vkozina@mayallaw.com

John A. Monaghan, *pro hac vice*
AMERICAN CENTER FOR LAW & JUSTICE
1000 Regent University Dr.
RH-422
Virginia Beach, VA 23456
Tel: (757) 955-8177
Fax: (757) 226-2836 (fax)
jmonaghan@aclj.org

Christina A. Stierhoff, *pro hac vice*
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, N.E.
Washington, DC 20002
Tel: 202-546-8890
Fax: 202-546-9309
cstierhoff@aclj.org

*Counsel for Defendant Troy Newman*

**ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)**

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

/s/ Edward L. White III
Edward L. White III, *pro hac vice*
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Rd., Ste. 203
Ann Arbor, MI 48105
Tel: (734) 680-8007
Fax: (734) 680-8006
ewhite@aclj.org

*Counsel for Defendant Troy Newman*