Edward L. White III, *pro hac vice*
Erik M. Zimmerman, *pro hac vice*
John A. Monaghan, *pro hac vice*
Christina A. Stierhoff, *pro hac vice*
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Rd., Ste. 203
Ann Arbor, MI 48105
Tel: (734) 680-8007
ewhite@aclj.org
ezimmerman@aclj.org
jmonaghan@aclj.org
cstierhoff@aclj.org
Vladimir F. Kozina (#95422)
MAYALL HURLEY, P.C.
2453 Grand Canal Blvd.
Stockton, CA 95207
Tel: (209) 477-3833
VKozina@mayallaw.com

*Attorneys for Defendant Troy Newman*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CENTER FOR MEDICAL PROGRESS, *et al.*,<br><br>Defendants. | Case No. 3:16-CV-00236 (WHO)<br><br>Judge William H. Orrick, III<br><br>**STIPULATION UNDER FEDERAL RULE OF APPELLATE PROCEDURE 10(E)(2)(A) RE: TRANSCRIPTS OF VIDEO-TAPED TESTIMONY. [PROPOSED] ORDER** |

Pursuant to Fed. R. App. Proc. 10(e)(2)(A), the Defendants and Plaintiffs stipulate and move the Court to supplement the record with transcripts of the witnesses who testified via videotaped deposition pursuant to Fed. R. Civ. P. 32.

STIPULATION RE: TRANSCRIPTS OF VIDEO-TAPED TESTIMONY
3:16-CV-00236 (WHO)

The stipulated transcripts have been reviewed by Counsel for both parties. They are marked and attached in the order below.

| Attachment | Witness Name | Date | Testimony Admitted |
|---|---|---|---|
| A. | Nichelle Davis, | Oct 11 | Vol 6, pg 1174, |
| B. | Deborah VanDerHei, | Oct. 16, | Vol. 8, pg 1561, |
| C. | Melissa Farrell, | Oct 17, | Vol. 9, pg 1697, |
| D. | Tram Nguyen, | Oct. 17 | Vol. 9, , pg 1726, |
|  |  | Oct. 18, | Vol. 10, pg 1926, |
|  |  | Nov. 6, | Vol. 17, pg 3394, |
| E. | Phillip Cronin, | Oct. 31, | Vol. 14, pg 2748, |
| F. | Greg Mueller, | Nov. 6, | Vol. 17, pg 3262, |
| G. | Kathleen Bryan, | Nov. 6, | Vol. 17, pg 3394. |

NOW THEREFORE, IT IS HEREBY MOVED by the Parties, through the undersigned Counsel, that:

1. They stipulate that the transcripts listed above and attached are of the Fed. R. Civ. P. 32 videotaped testimony designated by the Parties and shown to the jury on the dates referenced above should be entered into the Docket.

2. The Court enter the attached Order granting the stipulation.

Respectfully submitted on August 27, 2020

/s/ John A. Monaghan
Edward L. White III, pro hac vice
Erik M. Zimmerman, pro hac vice
John A. Monaghan, pro hac vice
Christina A. Stierhoff, pro hac vice
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Rd., Ste. 203
Ann Arbor, MI 48105
Tel: (734) 680-8007

| | |
|---|---|
| 1 | ewhite@aclj.org |
| | ezimmerman@aclj.org |
| 2 | jmonaghan@aclj.org |
| | cstierhoff@aclj.org |
| 3 | |
| | Vladimir F. Kozina (#95422) |
| 4 | MAYALL HURLEY, P.C. |
| | 2453 Grand Canal Blvd. |
| 5 | Stockton, CA 95207 |
| | Tel: (209) 477-3833 |
| 6 | VKozina@mayallaw.com |
| 7 | *Attorneys for Defendant Troy Newman* |
| 8 | /s/ Catherine Short |
| 9 | Catherine W. Short (CA Bar No. 117442) |
| | Corrine G. Konczal (CA Bar No. 320238) |
| 10 | LIFE LEGAL DEFENSE FOUNDATION |
| | Post Office Box 1313 |
| 11 | Ojai, CA 93024-1313 |
| | Tel: (707) 337-6880 |
| 12 | kshort@lldf.org |
| 13 | Michael Millen (CA Bar No. 151731) |
| | ATTORNEY AT LAW |
| 14 | 119 Calle Marguerita Ste. 100 |
| | Los Gatos, CA 95032 |
| 15 | Tel: (408) 871-0777 |
| | Facsimile: (408) 866-7480 |
| 16 | mikemillen@aol.com |
| 17 | |
| | *Attorneys for Defendant Albin Rhomberg* |
| 18 | |
| 19 | /s/ Horatio G. Mihet |
| | Horatio G. Mihet, *pro hac vice* |
| 20 | Liberty Counsel |
| | P.O. Box 540774 |
| 21 | Orlando, FL 32854 |
| | (407) 875-1776 |
| 22 | hmihet@lc.org |
| 23 | |
| | Nicolaie Cocis CA Bar # 204703 |
| 24 | Law Office of Nic Cocis and Associates |
| | 38975 Sky Canyon Dr., Suite 211 |
| 25 | Murrieta, CA 92563 |
| | (951) 695-1400 |
| 26 | nic@cocislaw.com |
| 27 | *Attorneys for Defendant Sandra Susan Merritt* |
| 28 | |

| | |
|---|---|
| 1 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 2 | By:/s/ *Rhonda R. Trotter*_____<br>　　　Rhonda R. Trotter |
| 3 | |
| 4 | RHONDA R. TROTTER (No. 169241)<br>OSCAR D. RAMALLO (No. 241487) |
| 5 | ARNOLD & PORTER KAYE SCHOLER LLP<br>777 S. Figueroa Street, 44th Floor |
| 6 | Los Angeles, California 90017<br>Telephone: (213) 243-4000 |
| 7 | Email: rhonda.trotter@arnoldporter.com<br>　　　　oscar.ramallo@arnoldporter.com |
| 8 | |
| 9 | |
| 10 | STEVEN L. MAYER (No. 62030)<br>SHARON D. MAYO (No. 150469) |
| 11 | ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor |
| 12 | San Francisco, California 94111-4024<br>Telephone: (415) 471-3100 |
| 13 | Facsimile: (415) 471-3400<br>Email: steve.mayer@arnoldporter.com |
| 14 | 　　　　sharon.mayo@arnoldporter.com |
| 15 | DIANA STERK (admitted *pro hac vice*)<br>ARNOLD & PORTER KAYE SCHOLER LLP |
| 16 | 250 West 55th Street<br>New York, NY 10019-9710 |
| 17 | Telephone: (212) 836-8000<br>Email: diana.sterk@arnoldporter.com |
| 18 | |
| 19 | AMY L. BOMSE (No. 218669)<br>ROGERS JOSEPH O'DONNELL |
| 20 | 311 California St., 10th Floor<br>San Francisco, California 94104 |
| 21 | Telephone: (415) 956-2828<br>Email: ABomse@rjo.com |
| 22 | |
| 23 | BETH H. PARKER (No. 104773)<br>PLANNED PARENTHOOD NORTHERN CALIFORNIA |
| 24 | 2185 Pacheco Street<br>Concord, California 94520 |
| 25 | Telephone: (415) 531-1791<br>Email: beth.parker@ppnorcal.org |
| 26 | HELENE T. KRASNOFF (admitted *pro hac vice*) |
| 27 | PLANNED PARENTHOOD FEDERATION OF AMERICA<br>1110 Vermont Avenue, NW, Suite 300 |
| 28 | Washington, D.C. 20005 |

|   |                                                                 |
|---|-----------------------------------------------------------------|
| 1 | Telephone: (202) 973-4800<br>Email: helene.krasnoff@ppfa.org    |
| 2 | *Attorneys for Plaintiffs*                                      |
| 3 |                                                                 |

# ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

By: */s/ John A Monaghan*_____
*Counsel for Plaintiffs*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION,

Pursuant to Fed. R. App. Proc. 10(e)(2)(A), the Defendants and Plaintiffs stipulate that the transcripts of the witnesses listed below are of the Fed. R. Civ. P. 32 videotaped testimony designated by the Parties and shown to the jury on the dates referenced below:

| Attachment | Witness Name | Date | Testimony Admitted |
|---|---|---|---|
| A. | Nichelle Davis, | Oct 11 | Vol 6, pg 1174, |
| B. | Deborah VanDerHei, | Oct. 16, | Vol. 8, pg 1561, |
| C. | Melissa Farrell, | Oct 17, | Vol. 9, pg 1697, |
| D. | Tram Nguyen, | Oct. 17 | Vol. 9, , pg 1726, |
|  |  | Oct. 18, | Vol. 10, pg 1926, |
|  |  | Nov. 6, | Vol. 17, pg 3394, |
| E. | Phillip Cronin, | Oct. 31, | Vol. 14, pg 2748, |
| F. | Greg Mueller, | Nov. 6, | Vol. 17, pg 3262, |
| G. | Kathleen Bryan, | Nov. 6, | Vol. 17, pg 3394. |

NOW THEREFORE, the Defendants and Plaintiffs stipulation is hereby granted and the transcripts listed above are entered into the Docket.

IT IS SO ORDERED.

Dated: _____, 2020

_____
Hon. William H. Orrick
United States District Judge