**Mueller, Gregory (Vol. 01) - 04/12/2019**  1 CLIP  (RUNNING 00:34:30.247)

 Mueller Direct

**MUELLER DIRECT**    63 SEGMENTS  (RUNNING 00:34:30.247)     

**1. PAGE 8:12 TO 8:13  (RUNNING 00:00:02.183)**

```
12    Q    Good morning, Mr. Mueller.
13    A    Good morning.
```

**2. PAGE 17:24 TO 18:01  (RUNNING 00:00:04.481)**

```
     24      Q    Okay, and your -- remind me.  Your title
     25   is what at CRC?
00018:01      A    I'm president.
```

**3. PAGE 19:06 TO 19:09  (RUNNING 00:00:12.379)**

```
06    Q    Okay.  So you're currently president of
07 CRC, and it sounds like you have been for at least
08 19 years, maybe more.
09    A    I think that's pretty accurate.
```

**4. PAGE 35:17 TO 35:21  (RUNNING 00:00:22.460)**

```
17    Q    Okay.  Is -- are you or CRC presently
18 engaged by Mr. Daleiden?
19    A    We, we are, we are assisting him in
20 litigation support, if that's what you're asking,
21 in terms of communications and media.
```

**5. PAGE 38:12 TO 38:14  (RUNNING 00:00:07.596)**

```
12    Q    Have you been doing work on let's just
13 say at least a quarterly basis for Mr. Daleiden or
14 CMP since 2015?
```

**6. PAGE 38:17 TO 38:23  (RUNNING 00:00:15.662)**

```
17              THE WITNESS:  I would say
18    quarterly.  It's, it's more of a hit-or,
19    hit-or-miss relationship.  When there are
20    inflection points, we try to help them out
21    with either communication support of some
22    kind.
23 BY MR. KAMRAS:
```

**7. PAGE 38:24 TO 39:05  (RUNNING 00:00:21.633)**

```
     24      Q    What, what do you mean by "inflection
     25   points"?
00039:01      A    I would say with the, with the various
     02   litigation, there is -- again, we, we're a PR
     03   firm, so we do litigation communications work on
     04   occasion, and he falls into that category on
     05   occasion due to some of these lawsuits.
```

**8. PAGE 42:08 TO 42:21  (RUNNING 00:00:29.233)**

```
08    Q    -- which is I wanted to know:  In the
09 period of time that you, that CRC has been
10 providing services to Mr. Daleiden and CMP,
11 spanning to 2015 --
12    A    Okay.
13    Q    -- do you know whether your services,
14 CRC's services, have been paid for by a third
```

```
          15   party?
          16        A    Am I aware of that?
          17        Q    Yes.
          18        A    Yes.
          19        Q    Okay, and do you know who or what third
          20   parties?
          21        A    If I recall, Students For Life.
```

**9. PAGE 48:09 TO 48:14 (RUNNING 00:00:16.228)**

```
          09        Q    Okay, and CRC was involved in the
          10   process by which those tapes were released and,
          11   and the media campaign associated with the release
          12   of those tapes?
          13        A    Yeah, our job was to basically help get
          14   publicity for them.
```

**10. PAGE 60:04 TO 60:25 (RUNNING 00:01:17.881)**

```
          04        Q    And so what did you do between
          05   graduating from college and 1989?
          06        A    Oh, boy.  I came to Washington, and I
          07   worked in the mail office of the United States
          08   Senate, pitching mail at 4:30 in the morning.  I
          09   did some fundraising work for different potential
          10   candidates, some -- mostly volunteer work for
          11   those first three months after I graduated, and
          12   then, then after that, I think I was a file clerk
          13   in a law firm.
          14        Q    I'm sorry.
          15        A    They talked me out of going to law
          16   school.
          17             And then after that, I think I joined
          18   another -- I think I joined a think tank, and then
          19   I went to another PR firm before we founded or CRC
          20   was founded.
          21             I think that covers it, to my best
          22   recollection.
          23        Q    What think tank?
          24        A    It was, it was called the National
          25   Conservative Foundation back then.
```

**11. PAGE 61:12 TO 61:13 (RUNNING 00:00:13.327)**

```
          12        Q    It's a media watchdog group that watches
          13   for liberal bias; is that correct?
```

**12. PAGE 61:16 TO 61:19 (RUNNING 00:00:09.554)**

```
          16                  THE WITNESS:  Well, it does a lot
          17        of things.  One of the things it does is
          18        documents liberal media bias, and it does
          19        analysis, studies.
```

**13. PAGE 65:13 TO 65:24 (RUNNING 00:00:50.593)**

```
          13        Q    Okay.  So in, in 2015, you were, as
          14   we've established, you were president of CRC.
          15   What was -- what were your responsibilities as
          16   president?
          17        A    Well, generally to play the role of the
          18   strategist and consultant for our clients, engage
          19   in media outreach, media relationships, if you
          20   will, do some, some writing, and then I oversee
          21   some of the higher level staff, but I oversee
          22   staff.
          23             I think that probably hits most of the
          24   highlights.
```

**14. PAGE 66:05 TO 66:06 (RUNNING 00:00:04.410)**

```
05      Q    And what does it mean to help plan
06   publicity efforts?
```

**15. PAGE 66:09 TO 66:15 (RUNNING 00:00:20.004)**

```
09           THE WITNESS:  It's usually general
10   press materials in terms of, you know, how do
11   you roll something out to get news attention.
12   How do you -- press releases or statements
13   that are going to be published, to get that
14   information out to the public through the
15   press.
```

**16. PAGE 72:07 TO 72:16 (RUNNING 00:00:39.717)**

```
07      Q    Okay.  How did you first become aware of
08   Mr. Daleiden?
09      A    I think I first met David when he was
10   working for Live Action.  I don't fully recall,
11   but I think that's when I first -- actually, I
12   don't even know if I physically met him.  He was
13   on conference calls.
14      Q    And what is Live Action?
15      A    It's a pro-life group, best I could
16   describe it.
```

**17. PAGE 73:06 TO 73:07 (RUNNING 00:00:05.805)**

```
06      Q    Was CRC engaged by Live Action?
07      A    Yes.
```

**18. PAGE 80:25 TO 81:21 (RUNNING 00:01:20.283)**

```
         25      Q    Okay.  So the, the undercover videos
00081:01   that Mr. Daleiden filmed were released in July of
         02   2015.
         03           Do you recall that?
         04      A    I don't recall the exact date, but I
         05   think that in that time frame is correct.
         06      Q    So with that -- and we'll date it with
         07   more specificity later, but with that frame in
         08   mind, can you tell me whether this call that you
         09   were describing when Mr. Daleiden reached out to
         10   you to solicit CRC's services, did that occur in
         11   2015 or was it even before 2015?
         12      A    I'm not 100 percent sure, but I'm fairly
         13   confident that he called us within the same year,
         14   calendar year as he was planning to release the
         15   videos.  In other words, I don't think we -- I
         16   don't think -- I think when he reached out to us,
         17   it was in, it was in a -- I think it was in a --
         18   I'm not fully confident about this, so I don't
         19   recall specifically, but I think it was -- there
         20   wasn't a lot of time between the time he called us
         21   and the time he was releasing these videos.
```

**19. PAGE 89:25 TO 90:04 (RUNNING 00:00:10.932)**

```
         25           When you had that first call and he
00090:01   described these videos as "undercover" videos, was
         02   it your impression that the Planned Parenthood
         03   providers were aware of the fact that they were
         04   being filmed?
```

**20. PAGE 90:08 TO 90:12 (RUNNING 00:00:13.251)**

```
08               THE WITNESS:  I mean I, I was
09      assuming, which is an assumption, that when
```

```
         10        somebody says they're going undercover, that
         11        the person that they're interviewing is not
         12        aware that they are being interviewed.
```

**21. PAGE 91:22 TO 91:25 (RUNNING 00:00:18.681)**

```
         22        Q    Okay, so -- and were you aware -- either
         23   on that first call or at any later point, did
         24   Mr. Daleiden describe to you how he was able to
         25   get access to these conferences?
```

**22. PAGE 92:03 TO 92:06 (RUNNING 00:00:10.443)**

```
         03              THE WITNESS:  I don't recall any
         04        discussion about how he went about it.  Most
         05        of our discussions were about how we would
         06        get publicity once he published the videos.
```

**23. PAGE 92:19 TO 92:23 (RUNNING 00:00:18.260)**

```
         19        Q    Did -- again, on that first phone call
         20   or at any other time, did Mr. Daleiden discuss
         21   with you having procured a false driver's license
         22   in order to gain access to either conferences or
         23   Planned Parenthood facilities?
```

**24. PAGE 93:01 TO 93:04 (RUNNING 00:00:13.675)**

```
  00093:01              THE WITNESS:  I don't recall him --
         02        I don't recall him ever informing me of that.
         03        Most of our conversations were about media,
         04        strategy to get publicity for the videos.
```

**25. PAGE 105:05 TO 105:15 (RUNNING 00:00:29.769)**

```
         05        Q    Yeah, so let's take the first video.
         06   That first video; do you recall the first video
         07   that was released on July 14, 2015, involved
         08   Dr. Nucatola of Planned Parenthood?  Do you recall
         09   that?
         10        A    I recall the video.
         11        Q    Okay, and you recall that at least
         12   portions of that video were from a lunch that
         13   Dr. Nucatola had with Mr. Daleiden when he was
         14   posing undercover, correct?
         15        A    Yes, I'm aware of that.
```

**26. PAGE 105:23 TO 105:25 (RUNNING 00:00:11.759)**

```
         23              There was a -- the video that was
         24   released on July 14, 2015, by CMP was not the
         25   video of the entire lunch, correct?
```

**27. PAGE 106:03 TO 106:22 (RUNNING 00:01:01.593)**

```
         03              THE WITNESS:  I'm aware that the
         04        videos -- there's raw footage, and then
         05        there's the videos that were published for,
         06        for public interest purposes.
         07   BY MR. KAMRAS:
         08        Q    Okay.  Did you -- prior to the release
         09   of any of the videos, whether on July 14 or
         10   otherwise, did you watch, as you put it, the "raw
         11   footage" from which the released videos were
         12   taken?
         13        A    I watched, I watched, I watched the
         14   videos that he was producing.  I don't, I don't
         15   recall if I watched all the hours of the videos.
         16        Q    Okay, and when you say "the videos that
         17   he was producing," just so we're clear, you're
```

```
           18   referring to the videos that typically ran a
           19   number of minutes, correct?
           20        A    Yeah.
           21        Q    They would be maybe five minutes or
           22   maybe even as long as ten minutes long, correct?
```

**28. PAGE 107:01 TO 107:09 (RUNNING 00:00:22.123)**

```
  00107:01                  THE WITNESS:  So the videos I
        02        reviewed were what he was planning to release
        03        to the public, and then our job was to help
        04        him get attention for those.  These videos
        05        were very similar to how you put a news
        06        segment together, but frankly they were
        07        longer than your average news segment that
        08        you see on the nightly news or on cable TV.
        09        Those are the videos I, I mostly focused on.
```

**29. PAGE 107:11 TO 107:16 (RUNNING 00:00:26.481)**

```
           11        Q    Okay, and you don't recall having viewed
           12   the, as you put it, the "raw footage" from which
           13   it was taken -- from which these produced videos
           14   were taken?
           15        A    I don't recall looking at hours and
           16   hours of video, the raw, the raw video.
```

**30. PAGE 107:17 TO 108:25 (RUNNING 00:01:48.986)**

```
           17        Q    Still focusing on the period of time
           18   before the first video was released on July 14,
           19   2015, did Mr. Daleiden, whether on that first call
           20   or thereafter, describe to you what he hoped to
           21   accomplish by releasing these videos to the
           22   public?
           23        A    I don't recall.  On that first call --
           24   my best recollection of that first call and much
           25   of the planning that we were involved in was about
  00108:01   the strategy to get the videos out through the
        02   media to the public.  That was generally what most
        03   of our conversations were about.
        04        Q    Okay, but you understood that, as with
        05   most clients, he had some reason for releasing
        06   these videos, right?
        07        A    Sure.  I think he was trying to get the
        08   truth out about what he found.
        09        Q    Okay, so that's -- I want to know what
        10   he told you about, if anything, about what his
        11   purpose was in releasing the videos.
        12        A    This is on the first call or just
        13   generally?
        14        Q    At any time prior to the release of the
        15   first video.
        16        A    Okay.  I don't recall we had very much
        17   of a conversation about what he was trying to
        18   accomplish.  It seemed to me to be pretty obvious.
        19   He was -- he had video of what was being, was
        20   happening at these events, what they were talking
        21   about, and he wanted to release that to the
        22   public, and, and -- but I don't recall him
        23   specifically saying here's our end game or here's
        24   our objective.  I don't, I don't recall that.  It
        25   may have happened, but I don't recall it.
```

**31. PAGE 116:06 TO 116:08 (RUNNING 00:00:07.705)**

```
           06        Q    But you understand that that was his
           07   intent, right?  His intent was to create negative
           08   public relations for Planned Parenthood?
```

**32. PAGE 116:11 TO 116:17 (RUNNING 00:00:12.608)**

```
11            THE WITNESS: My understanding of
12       his intent -- and you'd have to ask him these
13       questions, and I'm sure you, you will -- was
14       he was simply trying to get this information
15       out to the public. He was trying to get the
16       truth out to the public based on what his
17       investigations had found.
```

**33. PAGE 121:12 TO 121:25 (RUNNING 00:00:47.285)**

```
12            What he says in this goal statement or
13       statement of goal is -- you're right. He
14       references illegality, but what he says is "to
15       leverage evidence of Planned Parenthood's illegal
16       supply of fetal tissue to maximum negative
17       impact -- legal, political and professional,
18       public -- on Planned Parenthood."
19            And so I want to understand whether
20       Mr. Daleiden expressed to you an intent and
21       expectation that by releasing these videos, having
22       filmed, produced and released these videos, that
23       he could leverage, make use of what he claimed was
24       evidence of illegal conduct in order to inflict
25       maximum negative impact on Planned Parenthood?
```

**34. PAGE 122:03 TO 122:16 (RUNNING 00:00:35.155)**

```
03            THE WITNESS: I don't recall
04       specifically him putting it quite that way,
05       but I, I recall conversations, although again
06       most of our conversations were about
07       publicity efforts, but I do recall
08       conversations in which he was talking about
09       that there were potentially illegal acts, in
10       his view, that was going on, or illegal
11       activity that was going on here, and that
12       this might have an impact on taxpayer funding
13       of the organization, that therefore these
14       videos would be of interest to the public who
15       are paying the taxes for that, that
16       organization.
```

**35. PAGE 130:07 TO 132:01 (RUNNING 00:02:26.820)**

```
07            Were you or CRC involved in helping to
08       coordinate messaging with AUL, NRLC, and SBA
09       concerning the release of the videos that
10       Mr. Daleiden had filmed and produced?
11       A    I mean -- do you mean was I talking to
12       these organizations on how they should message
13       once they came out?
14       Q    Well, start there, sure.
15       A    So again, our role in here in terms of
16       what they hired our PR firm to do was to provide a
17       media strategy to get the videos out once they
18       were published, and then that usually included a
19       press release that would go out to all the groups
20       so they could engage with that content and get
21       messages out as they saw fit to their audiences.
22       That's generally what we did.
23       Q    And did you have conversations with AUL,
24       NRLC, and SBA about what those press releases
25       should say or what the messaging about the videos
00131:01  should be?
02       A    I don't recall -- I -- to the best of my
03       knowledge, we didn't write any of their press
```

```
        04  releases for them.
        05            In terms of us suggesting how they might
        06  communicate or what was on the videos, that was
        07  sort of in the press releases already.  All we did
        08  was push them out, if you will, to different, some
        09  of these different enterprises.
        10            By the way, not all these enterprises.
        11  I don't know that -- I don't recall some of these
        12  enterprises being on list distributions when we
        13  released videos, myself.  Some of them were, but
        14  I'd have to go back and look.  I don't recall all
        15  these organizations being on those distributions,
        16  but the idea, the general question I think you're
        17  asking is, did we assist in the messaging of, of
        18  what was on these videos.  Yes.  That was part of
        19  our role.
        20       Q    And how did you assist in that
        21  messaging?
        22       A    Basically when the videos were coming
        23  out, the press releases would go out, and then we
        24  would communicate what was on the videos.
        25  Basically the content again was already there.
 00132:01  You didn't have to do very much messaging.
```

**36. PAGE 132:02 TO 132:13  (RUNNING 00:00:45.049)**

```
        02       Q    When you say you would, you, CRC, would
        03  communicate the content of the videos, communicate
        04  to whom?  Just to make sure I understand.
        05       A    So when the press releases were written,
        06  we would send out emails to media and
        07  organizations, alerting them to what was the
        08  content of the videos, and then there would be a
        09  statement from Mr. Daleiden in those.  He mostly
        10  wrote his own stuff and his own statements.  He
        11  would consult with me, "is this the best way to
        12  say this," or something like that.
        13       Q    Okay.  Why don't we turn to Exhibit 304.
```

**37. PAGE 132:24 TO 135:06  (RUNNING 00:02:34.487)**

```
        24       Q    I wanted to talk about this, because you
        25  had referenced distribution lists --
 00133:01       A    Yes.
        02       Q    -- and organizations that were on the
        03  distribution lists, and you'll see that this is --
        04  this, which is Exhibit 304, is an email dated
        05  July 13, 2015.
        06            Do you see that?
        07       A    Yes, I do.
        08       Q    Okay, and so that's the day before the
        09  first video was to be released, correct?
        10       A    I don't recall the exact date of when
        11  the first video, but --
        12       Q    Well, look down at the bottom of this
        13  email, and you'll see --
        14       A    So there's the -- okay, so there's the
        15  embargo.  Got it.  Got it.
        16       Q    Let me -- so we're not talking over each
        17  other, if you look down at the bottom of the
        18  email, you'll see that there's an "embargoed press
        19  release concerning the release of a video
        20  concerning Planned Parenthood," right?
        21            Do you see that?
        22       A    That's correct.
        23       Q    Okay, and it's embargoed until 8:00 a.m.
        24  on July 14, 2015, correct?
```

```
           25      A    Correct.
00134:01           Q    Okay, and this email is dated the day
       02   before, July 13.
       03                Do you see that?
       04      A    Yes, I do.
       05      Q    Okay, and there are quite a number of
       06   people who are identified on the "to" list.
       07                Do you see that?
       08      A    Yes, I do.
       09      Q    Okay, and is this one of -- you had
       10   mentioned that you recall there being like
       11   distribution lists in which or through which the
       12   videos would be circulated or press releases would
       13   be circulated, and is this an example of such a
       14   distribution list?
       15      A    I mean are you asking me if the
       16   information that we sent out when we release
       17   videos, did it go to this list every time?
       18      Q    This list or a, you know, similar list.
       19      A    It would, it would be a similar list,
       20   not this exact list.
       21      Q    Okay, and, and this list includes --
       22   you'll see that the email that Mr. Daleiden writes
       23   is -- the greeting is "Dear Pro-Life Leaders."
       24                Do you see that?
       25      A    Yes, yes.  I'm sorry.  Yes.
00135:01           Q    You do?  Okay, and the, the people to
       02   whom this list -- excuse me -- this email was sent
       03   include people from Americans United for Life,
       04   right?
       05                You see Charmaine Yoest there?
       06      A    Yes, I do see Charmaine's name there.
```

**38. PAGE 136:03 TO 136:06  (RUNNING 00:00:07.694)**

```
       03      Q    Okay.  There's Reverend Pavone from --
       04   the national director of Priests for Life.
       05                Do you see that?
       06      A    Yes, I see his name.
```

**39. PAGE 136:11 TO 136:17  (RUNNING 00:00:12.765)**

```
       11      Q    Okay.  There's Cheryl Sullenger from
       12   Operation Rescue, correct?
       13      A    She's on here, yeah.
       14      Q    Okay.  Shawn Carney from 40 Days For
       15   Life.
       16                Do you see him?
       17      A    I do see him.
```

**40. PAGE 137:24 TO 138:16  (RUNNING 00:00:39.985)**

```
       24      Q    Yeah, you had previously mentioned that,
       25   for example, prior to the release of a video, you
00138:01   would circulate the -- a press release, that you
       02   would circulate the video, that there was some
       03   discussion about messaging with other pro-life
       04   organizations.
       05                Do you recall that testimony?
       06      A    Yes, yes, yes.  So, so if there were --
       07   so information before a video, this video, went
       08   out, obviously reached these people.
       09      Q    Okay, and so I was just confirming that
       10   prior to the release of the video, there was,
       11   there was some coordination along the lines that
       12   you had just described with --
       13      A    True.
       14      Q    -- these or other pro-life
```

```
             15  organizations.
             16       A    Accurate.
```

**41. PAGE 146:11 TO 146:12 (RUNNING 00:00:07.265)**

```
             11              MR. KAMRAS:  Okay.  I'm going to
             12       mark as next in order, which is Exhibit 321.
```

**42. PAGE 146:16 TO 146:17 (RUNNING 00:00:19.609)**

```
             16       Q    This is an email string which is dated
             17  July 15, 2015, Bates-stamped CM20708 through 717.
```

**43. PAGE 146:25 TO 147:23 (RUNNING 00:01:08.838)**

```
             25       Q    Okay, and you'll see that this is
      00147:01  July 15, the day after the videos -- the first,
             02  excuse me, of the videos was released, and there's
             03  an email roughly in the middle of the page from
             04  Autumn Christensen --
             05       A    Yes.
             06       Q    -- at 12:52 p.m.  Do you see that?
             07       A    Yes, I see it.
             08       Q    Okay.  Do you know who Autumn
             09  Christensen is?
             10       A    Yes.
             11       Q    Who is Autumn?
             12       A    Autumn is, is a pro-life sort of
             13  activist, but she worked on Capitol Hill for a
             14  while.  I think during this period she was on
             15  Capitol Hill.
             16       Q    Is -- Autumn worked with the Pro-Life
             17  Caucus; is that correct?
             18       A    I think that's correct, yes.
             19       Q    Okay, and the Pro-Life Caucus, if I
             20  understand correctly from Mr. Robbio yesterday, is
             21  a caucus of members of Congress who are pro-life;
             22  is that correct?
             23       A    That's correct.
```

**44. PAGE 150:14 TO 151:04 (RUNNING 00:00:59.929)**

```
             14       Q    All right, and so was -- were you or CRC
             15  involved in working with members of Congress or,
             16  or other politicians prior to the release of this
             17  first video on July 14?
             18       A    Most of our work was all publicity and
             19  media, so we, we're not, we're not a lobbyist, so
             20  we don't normally do work with anybody on the Hill
             21  in that regard in terms of lobbying or anything
             22  like that.  Work product that we're involved with
             23  might find its way up to the Hill through others
             24  or we might send it out.
             25            You know, obviously I was communicating
      00151:01  with Autumn as, as -- I forget what her title was
             02  at the Pro-Life Caucus, but most of the work we do
             03  is more publicity driven, not trying to work
             04  legislation or anything like that.
```

**45. PAGE 151:05 TO 151:13 (RUNNING 00:00:26.121)**

```
             05       Q    Okay, but you, you did understand that
             06  the communications or the, the literature or other
             07  material that you provided to Ms. Christensen
             08  would end up with at least some members of the
             09  Pro-Life Caucus?
             10       A    I don't know what she did with them when
             11  she got them, but I would assume that she would
             12  share certain bits of information with the members
```

```
            13  of her caucus.
```

**46. PAGE 151:25 TO 152:21  (RUNNING 00:01:16.854)**

```
            25       Q    And on -- and you said that most of your
   00152:01  work was with respect to media, and so what work
            02  did you or CRC do prior to the release of the
            03  first video to -- or with media in order to
            04  prepare them for the release of the media --
            05  excuse me -- of the videos?
            06       A    So our basic work before the -- you're
            07  asking what was the work that you would do before
            08  the video would be released?
            09       Q    Yeah, yeah.
            10       A    Okay.  So our work would mostly be
            11  involved with -- David largely wrote the press
            12  releases, because he was the one that was most
            13  familiar with what the videos were, the content of
            14  them.  We mostly would discuss how we were going
            15  to then get the videos out to the public and which
            16  media outlets, or would you specifically pick one
            17  or two journalists to give them to first, what's
            18  known in our industry as an "exclusive," or did we
            19  think we should just let them out and, and, and
            20  have the media react to them however they saw fit
            21  from a news standpoint.
```

**47. PAGE 166:06 TO 166:07  (RUNNING 00:00:09.741)**

```
            06       Q    Okay.  Why would it be a problem if any
            07  of what Mr. Daleiden said had been wrong?
```

**48. PAGE 166:11 TO 166:23  (RUNNING 00:00:33.559)**

```
            11            THE WITNESS:  Okay.  First of all,
            12       as a public relations professional, we have
            13       an obligation to make sure that information
            14       that's going out is, is based on some level
            15       of evidence, and we were very careful, if I
            16       recall, during this, to stick to what was
            17       found in his investigation on those videos,
            18       the things he found in his investigation
            19       based on those videos.
            20            So I was always trying to be
            21       careful, the best of my recollection at the
            22       time, to be -- not to have any of this be
            23       speculative.
```

**49. PAGE 167:11 TO 167:19  (RUNNING 00:00:26.860)**

```
            11       Q    But we discussed earlier that you did
            12  not view the raw footage of the videos prior to
            13  the produced versions of the videos being
            14  released, correct?
            15       A    The best of my recollection, I did not
            16  sit through hours and hours of whatever video, raw
            17  video he had.  I was mostly focused on him saying
            18  here is the stuff I'm going to publish, what do
            19  you think, and I give him my opinion.
```

**50. PAGE 169:08 TO 170:01  (RUNNING 00:01:00.817)**

```
            08       Q    All right, and just to be clear, what
            09  you, what you had that you were looking at was the
            10  produced versions of the videos that were going to
            11  be released publicly?
            12       A    That, that's my recollection, okay?  I,
            13  I don't recall seeing a lot of footage beyond
            14  that, but I probably saw some.
```

```
          15      Q    Okay.
          16      A    One point I will make on that, though.
          17 All of the video footage -- most of the video
          18 footage that he got was published up afterwards.
          19 So in other words, they would go out with a five-
          20 to seven-, ten-minute video, whatever he was -- on
          21 any of these different sequences, and then after
          22 that was published, he would put, if I recall, the
          23 rest of the raw video largely up on the website,
          24 which, I might add, is more than a lot of news
          25 organizations do after they interview for 30
00170:01 minutes.
```

**51. PAGE 172:06 TO 172:14 (RUNNING 00:00:24.370)**

```
          06      Q    I'm asking if --
          07      A    -- as a PR professional?
          08      Q    -- at the time, at the time when you
          09 were actually engaged in this project, what was
          10 your expectation about whether people were going
          11 to be more like -- once videos were released,
          12 whether people were going to be more likely to
          13 view the short produced versions of the videos or
          14 the long unedited versions of the videos.
```

**52. PAGE 172:17 TO 174:04 (RUNNING 00:01:35.455)**

```
          17                 THE WITNESS:  So I think our -- my
          18           approach, my understanding of this was that
          19           we were trying to produce it very similar to
          20           how the news business goes about producing a
          21           report.
          22                 You get, you get a lot of footage
          23           in your investigation.  You can't use all of
          24           it, because you have to disseminate it in a
          25           reasonable way for the public to capture, and
00173:01           that was basically what was done.  It's very
          02           similar to how you would produce a short -- a
          03           longer form segment on a news program.  So
          04           that was basically the expectations.
          05                 Obviously, people are going to tend
          06           to review something in a shorter form than
          07           they are a longer form, but I think David was
          08           very adamant about always, I think, pretty
          09           sure, putting up information, the whole video
          10           so people could see that, journalists could
          11           look at it, and the public could see it, but
          12           the idea that you would shorten a video to,
          13           to get it out, just similar like the news
          14           media does when they do their reporting, was
          15           certainly the way, the way he went about it.
          16 BY MR. KAMRAS:
          17      Q    Okay, and I appreciate that explanation,
          18 but what I heard in the middle of all that
          19 explanation was an agreement that people were more
          20 likely to view the short videos than the long
          21 unedited versions.
          22      A    I think it's an accurate statement that
          23 people are going to see something in a shorter
          24 form than a longer form, and that might then pique
          25 their interest to go look at the longer form.
00174:01      Q    Okay, and, and that was your expectation
          02 at the time that these videos were released,
          03 correct?
          04      A    I think that's a fair assessment.
```

**53. PAGE 224:16 TO 224:18  (RUNNING 00:00:12.207)**

```
      16                 MR. KAMRAS:  Okay.  We're going to
      17       mark as next Exhibit 326, and this one I
      18       actually don't have another copy of.
```

**54. PAGE 224:24 TO 225:12  (RUNNING 00:00:52.545)**

```
      24       Q    All right.  So this document which has
      25  been marked as Exhibit 326 is a two-page exchange
00225:01  which is Bates-stamped CM07386 through 87, and it
      02  is dated in early May of 2015.
      03            Do you see that?
      04       A    I do.
      05       Q    Okay, and it begins with, on May 1, with
      06  Kellyanne Conway emailing Mr. Daleiden.
      07            Do you see that?
      08       A    I, I do.
      09       Q    And she says, "Dear Mr. Daleiden, thank
      10  you for contacting us with respect to your focus
      11  group needs," right?
      12       A    I do see that, yes.
```

**55. PAGE 227:14 TO 227:15  (RUNNING 00:00:07.864)**

```
      14       Q    Okay.  So now I'll have you look at what
      15  was previously marked as Exhibit 316.
```

**56. PAGE 242:04 TO 242:06  (RUNNING 00:00:10.013)**

```
      04       Q    So isn't that a yes, that you expected
      05  that the videos would generate negative publicity
      06  and reaction towards Planned Parenthood?
```

**57. PAGE 242:15 TO 243:16  (RUNNING 00:01:14.746)**

```
      15                 THE WITNESS:  Our goal in the, in
      16       this whole thing was to take David's
      17       investigation, what he found, which pretty
      18       much is on those videos, and, and take it to
      19       the public and, and, and encourage the public
      20       to see what's happening with money that
      21       they're, as taxpayers, funding an
      22       organization, and that organization is
      23       engaging in -- and that, in our view, was in
      24       the public interest, and the fact that we
      25       would hopefully get members of Congress or
00243:01       elected officials or policymakers to consider
      02       that information in the things they do daily
      03       as representatives was absolutely one of the
      04       goals.
      05  BY MR. KAMRAS:
      06       Q    Okay, and I understand you, you keep
      07  talking about the goals, and what I actually asked
      08  you about was your expectation.
      09            And so isn't it true that your
      10  expectation is that in bringing this
      11  information -- that is, the videos -- to light,
      12  and in particular in doing so in swing states and
      13  key markets, as you put it, and targeting
      14  vulnerable Democrats, that you expected that these
      15  videos were going to generate negative publicity
      16  and attention for Planned Parenthood?
```

**58. PAGE 243:21 TO 243:24  (RUNNING 00:00:07.093)**

```
      21                 THE WITNESS:  I don't think I
      22       expected that if people saw these, they would
      23       be excited about what was happening in
```

```
            24       Planned Parenthood clinics.
```

**59. PAGE 265:02 TO 265:03 (RUNNING 00:00:12.016)**

```
            02              MR. KAMRAS:  And I'm going to mark
            03       as next in line, which is Exhibit 330.
```

**60. PAGE 265:07 TO 266:03 (RUNNING 00:00:55.686)**

```
            07       Q    This is an article from the Judicial
            08  Crisis Network, or I should say it's a post from
            09  the Judicial Crisis Network.
            10            Are you familiar with the Judicial
            11  Crisis Network?
            12       A    Yes, I am.
            13       Q    Okay.  What is it?
            14       A    It is a judicial activist 501(c)(4)
            15  organization that gets involved in judicial
            16  issues.
            17       Q    And in -- you'll see that this is
            18  actually a press release, I guess, and it's dated
            19  January 9, 2017, and the contact for the press
            20  release is Peter Robbio.
            21            Do you see that?
            22       A    Yes.
            23       Q    Okay, and do you know whether
            24  Mr. Robbio, in fact, worked on the campaign for
            25  the Judicial Crisis Network?
       00266:01       A    Yes.  Peter was, was one of our
            02  executives that worked on -- comes in and out of
            03  the JCN operation.
```

**61. PAGE 269:07 TO 269:12 (RUNNING 00:00:17.820)**

```
            07       Q    Do you, do you consider yourself a,
            08  either a high-level GOP or a conservative campaign
            09  professional?
            10       A    I would say part of my 30-year career,
            11  it has involved working on conservative campaigns,
            12  so it's probably an accurate reflection.
```

**62. PAGE 277:09 TO 277:12 (RUNNING 00:00:10.261)**

```
            09       Q    In the third paragraph, it begins, "CRC
            10  Public Relations is a staple of the conservative
            11  public affairs ecosystem."
            12            Do you agree with that statement?
```

**63. PAGE 277:17 TO 277:20 (RUNNING 00:00:11.643)**

```
            17              THE WITNESS:  "Is a staple of the
            18       conservative public affairs ecosystem."  I
            19       mean we're a public relations firm that works
            20       with conservative groups and organizations.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:34:30.247)**