Nicolai Cocis
(CA Bar # 204703)
Law Office of Nicolai Cocis
25026 Las Brisas Road
Murrieta, CA 92562
Tel/Fax: (951) 695-1400
Email: nic@cocislaw.com

Horatio G. Mihet*
Liberty Counsel
P.O. Box 540774
Orlando, Florida 32854
Tel: (407) 875-1776
Fax: (407) 875-0770
hmihet@lc.org
*Admitted Pro Hac Vice
Attorneys for Defendant
Sandra Susan Merritt

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> CENTER FOR MEDICAL PROGRESS, et al., <br> Defendants. | Case No. 16-cv-00236-WHO <br><br> Hon. William H. Orrick, III <br><br> **Defendant Sandra Susan Merritt's Notice of Appeal** <br><br> Action Filed: Jan 14, 2016 |

Defendant Sandra Susan Merritt hereby notices her appeal to the Ninth Circuit Court of Appeals of the following orders of this Court: (1) Order on Post-Trial Motions, entered on August 19, 2020 (dkt. 1116); (2) Order Resolving Unfair Competition Claim and Entering Judgment, entered on April 29, 2020 (dkt. 1073); (3) Judgment entered on April 29, 2020 (dkt. 1074); and (4) jury verdict and all preceding interlocutory orders and rulings merged with docket entries 1073 and 1074. *See Hall v. City of Los Angeles*, 697 F.3d 1059, 1070-71 (9th Cir. 2012); *Litchfield v. Spielberg*, 736 F.2d 1352, 1355 (9th Cir. 1984).

**REPRESENTATION STATEMENT**

Pursuant to Ninth Circuit Rule 3-2(b), Defendant Sandra Susan Merritt identifies the following parties to this action and their respective counsel:

1) Defendant/Appellant **Sandra Susan Merritt**, represented by:

| | |
|---|---|
| Horatio G. Mihet<br>Liberty Counsel<br>P.O. Box 540774<br>Orlando, Florida 32854<br>Tel: (407) 875-1776 | Nicolai Cocis<br>Law Office of Nicolai Cocis<br>25026 Las Brisas Road<br>Murrieta, CA 92562<br>Tel: (951) 695-1400 |

2) Plaintiffs/Appellees **Planned Parenthood Federation of America, Inc.; Planned Parenthood: ShastaDiablo, Inc. dba Planned Parenthood Northern California; Planned Parenthood Mar Monte, Inc.; Planned Parenthood of the Pacific Southwest; Planned Parenthood Los Angeles; Planned Parenthood/Orange and San Bernadino Counties, Inc.; Planned Parenthood California Central Coast; Planned Parenthood Pasadena and San Gabriel Valley, Inc.; Planned Parenthood of the Rocky Mountains; Planned Parenthood Gulf Coast; and Planned Parenthood Center for Choice**, represented by:

| | |
|---|---|
| Rhonda R. Trotter<br>Oscar D. Ramallo<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 243-4000 | Steven L. Mayer<br>Sharon D. Mayo<br>Jeremy T. Kamras<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Tel: (415) 471-3100 |
| Diana Sterk<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Tel: (212) 836-8000 | Amy L. Bomse<br>ROGERS JOSEPH O'DONNELL<br>311 California Street, 10th Floor<br>San Francisco, CA 94104<br>Tel: (415) 956-2828 |
| Beth H. Parker<br>PLANNED PARENTHOOD NORTHERN CALIFORNIA<br>2185 Pacheco Street<br>Concord, CA 94520<br>Tel: (415) 531-1791 | Helene T. Krasnoff<br>PLANNED PARENTHOOD FEDERATION OF AMERICA<br>1110 Vermont Avenue, NW, Suite 300<br>Washington, D.C. 20005<br>Tel: (202) 973-4800 |

3) Other defendants in the district court action:

    a) Defendant **Center for Medical Progress**, and Defendant **BioMax Procurement Services, LLC**, represented by:

| | |
|---|---|
| Charles S. LiMandri | Harmeet K. Dhillon |
| Paul M. Jonna | Mark Philip Meuser |
| Jeffrey M. Trissell | DHILLON LAW GROUP INC. |
| Milan L. Brandon | 177 Post Street, Suite 700 |
| FREEDOM OF CONSCIENCE | San Francisco, CA 94108 |
| DEFENSE FUND | Tel: (415) 433-1700 |
| P.O. Box 9520 | |
| Rancho Santa Fe, CA 92067 | |
| Tel: (858) 759-9948 | |

b) Defendant **David Daleiden**, represented by:

| | |
|---|---|
| Charles S. LiMandri | Thomas Brejcha |
| Paul M. Jonna | Peter Breen |
| Jeffrey M. Trissell | THOMAS MORE SOCIETY |
| Milan L. Brandon | 309 W. Washington St., Ste. 1250 |
| FREEDOM OF CONSCIENCE | Chicago, IL 60606 |
| DEFENSE FUND | Tel: (312) 782-1680 |
| P.O. Box 9520 | |
| Rancho Santa Fe, CA 92067 | |
| Tel: (858) 759-9948 | |
| | Matthew F. Heffron |
| | THOMAS MORE SOCIETY |
| | 10506 Burt Circle, Ste. 110 |
| | Omaha, Nebraska 68114 |
| | Tel: (312) 782-1680 |

c) Defendant **Gerardo Adrian Lopez**, represented by:

Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
Milan L. Brandon
FREEDOM OF CONSCIENCE
DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Tel: (858) 759-9948

d) Defendant **Albin Rhomberg**, represented by:

| | |
|---|---|
| Michael Millen | Catherine W. Short |
| 119 Calle Marguerita Ste. 100 | LIFE LEGAL DEFENSE |
| Los Gatos, CA 95032 | FOUNDATION |
| Tel: (408) 871-2777 | Post Office Box 1313 |
| | Ojai, CA 93024-1313 |
| | Tel: (707) 337-6880 |

e) Defendant **Troy Newman**, represented by:

| | |
|---|---|
| Edward L. White III<br>Erik M. Zimmerman<br>AMERICAN CENTER FOR LAW & JUSTICE<br>3001 Plymouth Road, Suite 203<br>Ann Arbor, MI 48105<br>Tel: (734) 680-8007 | John A. Monaghan<br>AMERICAN CENTER FOR LAW & JUSTICE<br>1000 Regent University Drive, RH-422<br>Virginia Beach, VA 23456<br>Tel: (757) 955-8177 |
| Christina A. Stierhoff<br>AMERICAN CENTER FOR LAW & JUSTICE<br>201 Maryland Avenue, N.E.<br>Washington, DC 20002<br>Tel: (202) 546-8890 | Vladimir F. Kozina<br>MAYALL HURLEY, P.C.<br>2453 Grand Canal Boulevard<br>Stockton, CA 95207<br>Tel: (209) 477-3833 |

Dated: September 18, 2020

Respectfully submitted:

/s/ Horatio G. Mihet
Horatio G. Mihet*
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854
Tel: (407) 875-1776
Fax: (407) 875-0770
hmihet@lc.org
*Admitted pro hac vice

Nicolai Cocis
(CA Bar # 204703)
Law Office of Nicolai Cocis
25026 Las Brisas Road
Murrieta, CA 92562
Tel/Fax: (951) 695-1400
Email: nic@cocislaw.com

*Attorneys for Defendant Sandra Susan Merritt*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September 2020, I filed the foregoing *Defendant Sandra Susan Merritt's Notice of Appeal* electronically through the CM/ECF system, which effected service upon all counsel and parties of record.

/s/Horatio G. Mihet_____
Horatio G. Mihet*
Liberty Counsel
hmihet@lc.org
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
*Admitted pro hac vice
*Attorney for Defendant Sandra Susan Merritt*