STEVEN L. MAYER (No. 62030)
SHARON D. MAYO (No. 150469)
JEREMY T. KAMRAS (No. 237377)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California  94111-4024
Telephone:     (415) 471-3100
Facsimile:      (415) 471-3400
Email:    steve.mayer@arnoldporter.com
              sharon.mayo@arnoldporter.com
              jeremy.kamras@arnoldporter.com

DIANA STERK (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York  10019-9710
Telephone:    (212) 836-8000
Email:    diana.sterk@arnoldporter.com

RHONDA R. TROTTER (No. 169241)
OSCAR D. RAMALLO (No. 241487)
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, California  90017
Telephone:    (213) 243-4000
Email:    rhonda.trotter@arnoldporter.com
              oscar.ramallo@arnoldporter.com

BETH H. PARKER (No. 104773)
PARKER LAW & MEDIATION
553 Douglass Street
San Francisco, CA 94114
Telephone:    (415) 531-1791

HELENE T. KRASNOFF
(admitted *pro hac vice*)
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC  20005-6300
Telephone:    (202) 973-4800
Email:    helene.krasnoff@ppfa.org

AMY L. BOMSE (No. 218669)
ROGERS JOSEPH O'DONNELL
311 California St., 10th Floor
San Francisco, California  94104
Telephone:    (415) 956-2828
Email:    ABomse@rjo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>Defendants. | Case No.  3:16-cv-00236-WHO<br><br>**DECLARATION OF ARIELLE FELDSHON IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NON-STATUTORY COSTS**<br><br>Date:     November 18, 2020<br>Time:    2:00 p.m.<br>Place:    Courtroom 2, 17th Floor<br>Judge:   Hon. William H. Orrick |

I, Arielle Feldshon, declare:

1. I am an attorney licensed to practice law in New York and an associate at the law firm of Arnold & Porter Kaye Scholer LLP ("A&P"), attorneys of record for Plaintiffs Planned Parenthood Federation of America, Inc.; Planned Parenthood: Shasta-Diablo, Inc. dba Planned Parenthood Northern California; Planned Parenthood Mar Monte, Inc.; Planned Parenthood of The Pacific Southwest; Planned Parenthood Los Angeles; Planned Parenthood/Orange and San Bernardino Counties, Inc.; Planned Parenthood of Santa Barbara, Ventura and San Luis Obispo Counties, Inc.; Planned Parenthood Pasadena and San Gabriel Valley, Inc.; Planned Parenthood of The Rocky Mountains; Planned Parenthood Gulf Coast; and Planned Parenthood Center For Choice (collectively, "Plaintiffs"). I make this Declaration upon personal knowledge, except as otherwise stated, and, if called upon to testify, could and would testify competently hereto.

2. I am a graduate of Columbia Law School, where I graduated with honors as a James Kent Scholar. James Kent Scholar honors are generally awarded to the top eight percent of each class. I am also a two-time recipient of Columbia Law School's award for "outstanding achievement in public service."

3. I am a commercial litigator and have handled a broad range of matters in state, federal, and immigration courts at the trial and appellate level. My matters have included claims involving fraud, breach of contract, defamation, and freedom of speech. I have experience at all stages of the trial process, from filing a complaint to discovery, motion practice, trial, and post-trial motions. I have prepared arguments and participated in federal court hearings multiple times.

4. My customary hourly rate at A&P was $450 (2017), $490 (2018), $565 (2019), and is $675 (2020).

5. It is my practice to timely record my time and tasks on a matter in the firm's electronic billing system. In preparing this declaration, I carefully reviewed each of my time entries in this matter as reflected in the firm's billing system. The statements

Page 1

DECLARATION OF ARIELLE FELDSHON
ISO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NON-STATUTORY COSTS
Case No: 3:16-cv-00236-WHO

1   in this declaration regarding the number of hours I spent on various tasks related to this
2   case are based on my contemporaneous time records.

3       6.    I have been personally involved in representing Plaintiffs since December
4   2017. I worked on multiple stages of the case in the trial court, as well as the appellate
5   phases of the case. My work on the case included the following:

6       7.    <u>Written Discovery</u>: I was brought into the case in December 2017 to assist
7   with affirmative discovery and the review of Defendants' document productions, as well as
8   to assist in the preparation of Plaintiffs' written discovery responses. I spent more than 116
9   hours reviewing Defendants' document productions, including 41 hours reviewing videos
10  and 75 hours reviewing documents. I also analyzed notes and summaries from
11  approximately 26 other attorneys to prepare charts of relevant evidence and identify
12  witnesses. I participated in drafting PPGC's First Set of Interrogatories to Defendant
13  Daleiden and Planned Parenthood Orange & San Bernardino Counties, Inc.'s First Set of
14  Interrogatories to all Defendants. I also participated in responding to Defendant Troy
15  Newman's Third Set of Interrogatories and Second and Third Sets of Requests for
16  Production to Plaintiffs, as well as Defendants Daleiden, CMP, and BioMax's Eleventh Set
17  of Requests for Production to Plaintiffs, Defendant Daleiden's Third Set of Interrogatories to
18  PPFA, and Defendant Daleiden's First Set of Interrogatories to Plaintiffs. I also provided
19  research support on various topics on an ad hoc basis. In total, I worked approximately
20  181.3 hours on document-related tasks in the discovery stage of this case.

21      8.    <u>Depositions</u>: I researched Plaintiffs' fact witnesses and created research
22  memoranda that included the witnesses' backgrounds, topics for potential discussion in their
23  preparation sessions, and key documents for review. I prepared deposition outlines with
24  supporting documentation for Defendants' fact witnesses Kate Bryan, Ryan Gonzalez, and
25  Annamarie Bettisworth, and attended the depositions of Kate Bryan and Ryan Gonzalez. I
26  also prepared portions of deposition outlines with supporting documentation for Defendant
27  David Daleiden in both his personal capacity and as a 30(b)(6) witness, as well as expert
28  witness Theresa Deisher, PhD. I managed the scheduling of over 50 depositions by

Page 2

DECLARATION OF ARIELLE FELDSHON
ISO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NON-STATUTORY COSTS
Case No: 3:16-cv-00236-WHO

coordinating with opposing counsel, scheduling locations, identifying accommodations, scheduling court reporters and videographers, preparing and arranging for the service of subpoenas and witness fees, and sending deposition notices.  This was particularly difficult because depositions were frequently cancelled and rescheduled, which required rescheduling all of the above.  Additionally, the fact that the seven Defendants were represented by multiple firms and attorneys made coordinating schedules and troubleshooting details particularly burdensome.  In total, I worked approximately 288.8 hours on deposition-related tasks in the discovery stage of this case.  I exercised good billing judgment by delegating certain non-legal tasks, such as ordering refreshments and scheduling hotel rooms and flights, to administrative assistants.  I also identified relevant documents, but relied on legal assistants to gather, organize, and prepare said documents into binders for my review.  Thus, I worked a total of 470.1 hours in the discovery stage of this case.

9. <u>Summary Judgment</u>: I provided research support to Meghan Martin and Diana Sterk to assist them in their drafting of Plaintiffs' Summary Judgment brief filed on May 22, 2019.  I also coordinated with Meghan Martin and five legal assistants to prepare the evidentiary support for that motion and performed a final review prior to filing.  I also reviewed Defendants' summary judgment filings to prepare analyses for Diana Sterk and Amy Bomse.  In total, I worked approximately 51.2 hours during the summary judgment phase of this case.

10. <u>Pre-Trial Work</u>:  I provided research support to Jeremy Kamras and Amy Bomse and prepared the initial drafts of various Motions in Limine.  I also assisted Meghan Martin in preparing a final list of videos to be used at trial.  In addition, I researched the legal requirements to call on parties to testify and coordinated the drafting of all trial subpoenas to the extent they were needed.  I also reviewed the parties' proposed preliminary jury instructions and assisted Oscar Ramallo and Steven Mayer in compiling the parties' suggested instructions into an over-700-page master document for the Court.  In total, I worked approximately 247.9 hours during the pre-trial phase of this case.

Page 3

DECLARATION OF ARIELLE FELDSHON
ISO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NON-STATUTORY COSTS
Case No: 3:16-cv-00236-WHO

11. <u>Trial</u>: I provided trial support throughout the duration of trial. I attended trial from mid-October until mid-November 2019, including the daily 7:30 a.m. court hearings. I reviewed the transcripts for each day of trial and created tools to track relevant witness testimony to use in closing arguments. I also drafted witness preparation outlines and cross-examination outlines for multiple fact and expert witnesses and worked with the questioning attorneys and Meghan Martin to identify exhibits for use with those witnesses. I participated in the witness preparation session for Plaintiffs' witness Vicki Graziani and assisted Amy Bomse and Diana Sterk to prepare various fact and expert witnesses, including Bonnie Smith, Vicki Graziani, Michelle Davidson, and Danny Coulson. I spent significant time after court assisting Diana Sterk and Rhonda Trotter to draft the trial examination outline for David Daleiden, who was the key witness for Defendants, and whose testimony spanned four days. I participated in all team strategy sessions and provided ad hoc research assistance for issues that arose as a result of those strategy sessions. I worked with Rhonda Trotter and Jeremy Kamras to provide factual and evidentiary support for their closing arguments. I provided research support to assist Steven Mayer and Oscar Ramallo in drafting the final jury instructions and verdict form. I also worked on strategizing and drafting slides for the opening and closing arguments. In total, I worked approximately 409.8 hours during the trial phase of this case.

12. <u>Post-trial</u>: I assisted Amy Bomse and Meghan Martin to draft Plaintiffs' Proposed Findings of Fact and provided research support to Amy Bomse and Rhonda Trotter for the drafting of Plaintiffs' UCL briefing and opposition to Defendants' post-trial motions. In total, I worked approximately 109.5 hours during the post-trial phase of this case.

13. <u>Attorneys' Fees Motion</u>: I researched and prepared a chart of the recoverability of attorneys' fees for each of Plaintiffs' claims. I also researched comparable motions for attorneys' fees in the Northern District of California and prepared templates for each attorney to utilize in drafting their respective declarations. Finally, I drafted this declaration for Plaintiffs' motion for attorneys' fees. In total, I worked approximately 69.4 hours during the attorneys' fees motion phase of this case.

Page 4

DECLARATION OF ARIELLE FELDSHON
ISO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NON-STATUTORY COSTS
Case No: 3:16-cv-00236-WHO

14. The bills prepared for Plaintiffs based on the contemporaneous records indicate that from December 6, 2017 to September 4, 2020, I billed 1,357.9 hours to this matter for a total fee of $916,583 at my current billing rate or $775,302 using historic billing rates. I have not included in this calculation any time records that did not clearly explain the activities I performed on the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of September, 2020, in Brooklyn, New York.

                                         */s/ Arielle Feldshon*
                                         ARIELLE FELDSHON

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: September 18, 2020          /s/ *Steven L. Mayer*
                                       Steven L. Mayer