STEVEN L. MAYER (No. 62030)
SHARON D. MAYO (No. 150469)
JEREMY T. KAMRAS (No. 237377)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
Email: steven.mayer@arnoldporter.com
sharon.mayo@arnoldporter.com
jeremy.kamras@arnoldporter.com

DIANA STERK (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Email: diana.sterk@arnoldporter.com

RHONDA R. TROTTER (No. 169241)
OSCAR D. RAMALLO (No. 241487)
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone: (213) 243-4000
Email: rhonda.trotter@arnoldporter.com
oscar.ramallo@arnoldporter.com

BETH H. PARKER (No. 104773)
PARKER LAW & MEDIATION
553 Douglass Street
San Francisco, CA 94114
Telephone: (415) 531-1791
Email: bparker@pppsgv.org

HELENE T. KRASNOFF
(admitted *pro hac vice*)
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005-6300
Telephone: (202) 973-4800
Email: helene.krasnoff@ppfa.org

AMY L. BOMSE (No. 218669)
ROGERS JOSEPH O'DONNELL
311 California St., 10th Floor
San Francisco, California 94104
Telephone: (415) 956-2828
Email: ABomse@rjo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>Defendants. | Case No. 3:16-cv-00236-WHO<br><br>**DECLARATION OF RHONDA R. TROTTER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NON-STATUTORY COSTS**<br><br>Date: November 18, 2020<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

I, RHONDA R. TROTTER, declare:

1.      I am a partner in the firm Arnold & Porter Kaye Scholer, LLP ("A&P"), and one of the attorneys of record for Plaintiffs in the above-captioned action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

2.      I obtained my B.A. in Political Science from Stanford University in 1989, and graduated from the University of California at Berkeley School of Law in 1993. In law school, I served as Senior Articles Editor of the *California Law Review* and a member of the Moot Court Board. I was the winner of the McBaine Moot Court Honors Program during my third year of law school, and received the *Am Jur* award for Civil Trial Advocacy. At graduation from Berkeley Law, I was awarded the Stephen Finney Jamison Award, given to the member of the graduating class who best exemplifies the attributes of scholarship and advocacy.

3.      After graduating law school, I began work as a litigation associate at Steptoe & Johnson in Washington, D.C. In November 1994, I returned to California and joined Kaye Scholer Fierman Hays & Handler, LLP ("Kaye Scholer") in Los Angeles as an associate. I second-chaired my first jury trial as a third year associate at Kaye Scholer, conducting direct and cross examinations of lay and expert witnesses in defending client Ferro Corporation in a breach of contract and environmental dispute. In March 2000, I joined Akin Gump Strauss Hauer & Feld LLP as a senior litigation associate, and was elevated to partnership at Akin Gump in January 2003. In July 2005, I returned to Kaye Scholer as Counsel, and was elevated to equity partnership in January 2007. I have remained a partner of Kaye Scholer, and its successor firm A&P since then.

4.      Over the course of my career, I have litigated numerous complex matters in federal and state courts throughout the country, including lead roles in ten jury trials and two bench trials. I have served as first chair in seven of those trials, and second chair in the other five. In September 2019, one of my jury trial verdicts (in federal court in

Page 2

DECLARATION OF RHONDA R. TROTTER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NON-STATUTORY COSTS
Case No: 3:16-cv-00236-WHO

the Southern District of New York) was inducted into the *New York Law Journal*'s Hall of Fame as the largest verdict in a contract case in 20 years ($132 million).  In 2016, I was honored by the Century City Bar Association as Business Trial Lawyer of the Year.

5. It is my practice to timely record my time and tasks on a matter in the firm's electronic billing system.  In preparing this declaration, I carefully reviewed each of my time entries in this matter as reflected in the firm's billing system.  The statements in this declaration regarding the number of hours I spent on various tasks related to this case are based on my contemporaneous time records.

6. My standard hourly rate in 2019 was $1,045, and in 2020 is $1,150.

7. I became involved in the Planned Parenthood case in January 2019, just prior to the commencement of depositions.  Given my significant trial experience, I joined the team to serve as lead trial counsel, and to lead the team in the development of overall case strategy in anticipation of trial in the fall of 2019.  The litigation had progressed significantly prior to 2019, and in the initial weeks of my involvement, I spent considerable time reviewing the case file and written discovery in order to get up to speed on the case.  As Plaintiffs are not seeking recovery of fees for this time, I personally reviewed and eliminated those time entries from Plaintiffs' fees motion.

**PHASE III: DISCOVERY**

*Fact Depositions.*

8. I played a substantial role in the development of deposition strategy, including identifying witnesses to depose, identifying witnesses to serve as Plaintiffs' 30(b)(6) witnesses, and developing strategies for the taking and defense of depositions. Given my role as lead trial counsel, I participated in many of the deposition prep sessions with Plaintiffs' witnesses for whom other team members had principal responsibility, including Gene Boyett, Kevin Paul and Deborah Nucatola.

9. I personally prepared and defended the following fact witnesses:  Linda Pahl (PPLA), and Jenna Tosh (PPCCC).  I personally prepared for and took the deposition of

David Daleiden, in his personal capacity and as the 30(b(6) designee of the Center for Medical Progress.

10. As is my standard practice, in preparing for the defense of depositions, I reviewed key documents in advance of witness preparation sessions, refined the deposition preparation outlines prepared by an associate, and conducted multiple deposition preparation sessions with the deponents, some in person and some telephonically, over multiple days. As is my practice, I spend significantly more time preparing 30(b)(6) witnesses, to ensure that they are prepared for a variety of topics for which they may not have personal knowledge. In this case, Defendants' 30(b)(6) notices contained multiple topics and subtopics, requiring more than the usual amount of witness preparation time.

11. For the taking of the two-day deposition of David Daleiden (individually and for CMP), I spent considerable preparation time over several days reviewing and analyzing documents produced in discovery and written discovery responses, and working with associate Diana Sterk to refine the extensive deposition outline.

*Expert Depositions.*

12. I also participated in expert depositions. I personally took the deposition of Theresa Deisher (designated by Defendants as an expert witness, but who also had contact with Mr. Daleiden during the relevant time period), and defended the depositions of Dr. Jennifer Kerns and security expert Danny Coulson, including preparation sessions with each of them. During trial, I also prepared for and took the deposition of Defendants' proffered expert witness Janet Smith, who, based on the deposition, Plaintiffs successfully excluded at trial.

13. Collectively, my fact and expert witness discovery involvement accounts for approximately 410 hours.

**PHASE FIVE: SUMMARY JUDGMENT**

14. I participated in team strategy discussions concerning the parties' cross-motions for summary judgment, was principal drafter of Plaintiffs' opposition to Defendants'

motion to strike Plaintiffs' corrected interrogatories identifying the illegally-made recordings, reviewed drafts of the Plaintiffs' opposition and reply summary judgment briefing, and prepared for and handled portions of the hearing on the motions. I spent a total of approximately 150 hours on these tasks. In the exercise of billing judgment, Plaintiffs are not seeking to recover for 60% of this time.

**PHASE SIX: PRE-TRIAL**

15. I was heavily involved in all aspects of pre-trial preparation, including managing the team and leading strategy meetings, the retention of and preparatory work with Plaintiffs' jury consulting firm (JuryScope), preparing for and presenting Plaintiffs' case at the mock jury exercise, reviewing and revising proposed jury instructions and the proposed verdict form, drafting the juror questionnaire and voir dire questions, reviewing and revising Plaintiffs' trial exhibit list (with staff attorney Meghan Martin), reviewing Defendants' trial exhibits and preparing objections to the same, developing (with Amy Bomse) Plaintiffs' trial witness list, witness order, and team division of witnesses, reviewing and revising the parties' Joint Pre-Trial Order, and preparing for and participating in pre-trial conferences. In the weeks leading up to trial, I prepared and refined Plaintiffs' opening statement, worked with JuryScope in preparation for jury selection, prepared and revised various witness outlines, and worked with consultants on the development of trial graphics. Collectively, I spent approximately 550 hours during the pre-trial period.

**PHASE VII: TRIAL**

16. As the Court is aware, I served as lead trial counsel at trial, with other members of the trial team having very significant roles and responsibilities for witnesses. I was principally responsible for jury selection (with the assistance of JuryScope), and prepared for and gave Plaintiffs' opening statement. I prepared for and conducted the adverse direct of key witness David Daleiden, a difficult and contentious four day examination. I continued to lead the trial team in strategy sessions throughout the six-week span of the trial, and participated in several trial witness prep sessions. Finally, I prepared and gave the liability

portion of Plaintiffs' closing argument, working with the team on strategy and development of graphics for the closing argument.  The above amounts to approximately 450 hours during the six-week trial period, working seven days a week and often more than 12 hours per day.

**PHASE VIII: POST-TRIAL**

17. After the jury's verdict, I participated in team strategy meetings on the injunctive relief briefing, and reviewed and commented on the draft proposed judgment and draft injunctive relief briefs.  I also participated in team strategy calls regarding Defendants' Rule 50 motions and Defendants' motion to stay enforcement of judgment.  I revised sections of Plaintiffs' opposition brief on the Rule 50 motions, including the section regarding PPGC's expectation of privacy, and analyzed issues related to enforcement of the judgment.  I spent a total of approximately 40 hours on these post-trial tasks.

**PHASE IX:  FEES MOTION**

18. I have participated in team calls regarding this attorneys' fees motion, and prepared this declaration.  In addition, I have reviewed and revised Plaintiffs' bill of costs, as well as the section of the Bomse declaration addressing non-statutory costs.  Collectively, I have spent approximately 10 hours on the fees motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 16th day of September, 2020 in Los Angeles, California.

                        /s/  *Rhonda R. Trotter*
                        RHONDA R. TROTTER

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: September 18, 2020                    /s/ *Steven L. Mayer*
                                                                    Steven L. Mayer