| | |
|---|---|
| STEVEN L. MAYER (No. 62030)<br>SHARON D. MAYO (No. 150469)<br>JEREMY T. KAMRAS (No. 237377)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, California  94111-4024<br>Telephone:   (415) 471-3100<br>Facsimile:   (415) 471-3400<br>Email:   steven.mayer@arnoldporter.com<br>           sharon.mayo@arnoldporter.com<br>           jeremy.kamras@arnoldporter.com<br>DIANA STERK (admitted *pro hac vice*)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone:   (212) 836-8000<br>Email:   diana.sterk@arnoldporter.com<br><br>RHONDA R. TROTTER (No. 169241)<br>OSCAR D. RAMALLO (No. 241487)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, California  90017<br>Telephone:   (213) 243-4000<br>Email:   rhonda.trotter@arnoldporter.com | BETH H. PARKER (No. 104773)<br>PARKER LAW & MEDIATION<br>553 Douglass Street<br>San Francisco, California  94114<br>Telephone:   (415) 531-1791<br><br>HELENE T. KRASNOFF<br>  (admitted *pro hac vice*)<br>PLANNED PARENTHOOD FEDERATION<br>OF AMERICA<br>1110 Vermont Avenue, NW, Suite 300<br>Washington, DC 20005<br>Telephone:   (202) 973-4800<br>Email:   helene.krasnoff@ppfa.org<br><br>AMY L. BOMSE (No. 218669)<br>ROGERS JOSEPH O'DONNELL<br>311 California St., 10th Floor<br>San Francisco, California  94104<br>Telephone: (415) 956-2828<br>Email: ABomse@rjo.com |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.;<br><br>         Plaintiffs,<br>    v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.;<br><br>         Defendants. | Case No. 3:16-cv-00236-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION FOR ATTORNEYS' FEES AND NON-STATUTORY COSTS**<br><br>Date:   November 18, 2020<br>Time:   2:00 p.m.<br>Place:  Courtroom 2, 17th Floor<br>Judge:  Hon. William H. Orrick |

Plaintiffs Planned Parenthood Federation of America ("PPFA"), Planned Parenthood: Shasta-Diablo dba Planned Parenthood Northern California ("PPNC"), Planned Parenthood Mar Monte ("PPMM"), Planned Parenthood of the Pacific Southwest ("PPPSW"), Planned Parenthood Los Angeles ("PPLA"), Planned Parenthood/Orange and San Bernardino Counties ("PPOSBC"), Planned Parenthood Central Coast California ("PPCCC"), Planned Parenthood Pasadena and San Gabriel Valley ("PPPSGV"), Planned Parenthood of the Rocky Mountains ("PPRM"), Planned Parenthood Gulf Coast ("PPGC"), and Planned Parenthood Center for Choice ("PPCFC") (collectively "Plaintiffs") have moved for their attorneys' fees and non-statutory costs from Defendants Center for Medical Progress ("CMP"), BioMax Procurement Services LLC ("BioMax"), Daleiden, Merritt, Lopez, Rhomberg and Newman (collectively, "Defendants").

Having reviewed the briefing and the arguments of counsel, the Court hereby finds that the Motion is well taken, and that there are good grounds for granting the motion:

Plaintiffs' Motion is GRANTED.

Defendants are ordered to pay Plaintiffs' attorneys' fees in the amount of $_____ and non-statutory costs in the amount of $_____.

**IT IS SO ORDERED.**


Dated: _____


_____
United States District Court Judge