Charles S. LiMandri (CA Bar No. 110841)
Paul M. Jonna (CA Bar No. 265389)
Jeffrey M. Trissell (CA Bar No. 292480)
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Tel: (858) 759-9948
cslimandri@limandri.com

*Attorneys for Defendants CMP, BioMax, Daleiden & Lopez*

Harmeet K. Dhillon (CA Bar No. 207873)
Mark P. Meuser (CA Bar No. 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Tel: (415) 433-1700
415-520-6593 (fax)
harmeet@dhillonlaw.com

Michael Alan Yoder, *pro hac vice*
DHILLON LAW GROUP INC.
425 Massachusetts Avenue NW, # 515
Washington, DC 20001
Tel: (202) 595-4504
myoder@dhillonlaw.com

*Attorneys for Defendants CMP, BioMax, & David Daleiden*

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
tbrejcha@thomasmoresociety.org
pbreen@thomasmorsociety.org

Matthew F. Heffron, *pro hac vice*
THOMAS MORE SOCIETY
10506 Burt Circle, Suite 110
501 Scoular Building
Omaha, NE 68114
Tel: (312) 782-1680
mheffron@thomasmoresociety.org

Adam Hochschild, *pro hac vice*
THOMAS MORE SOCIETY
P.O. Box 401
Plainfield, VT 05667
Tel: 314-503-0326
adam@hochschildlaw.com

*Attorneys for Defendant David Daleiden*

*[Counsel for Defendants Rhomberg, Newman, & Merritt and listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al., <br><br> Plaintiff, <br><br> vs. <br><br> THE CENTER FOR MEDICAL PROGRESS, et al., <br><br> Defendants. | Case No. 3:16-CV-00236-WHO <br><br> Hon. William H. Orrick III <br><br> **Declaration of Jeffrey M. Trissell, Esq. in Support of Defendants' Opposition to Plaintiffs' Motion for Attorneys' Fees and Non-Taxable Costs** <br><br> Date: November 18, 2020 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, 17th Floor <br> Judge: Hon. William H. Orrick |

I, Jeffrey M. Trissell, declare and state as follows:

1. I am an attorney at law duly licensed to practice in the State of California and in the Northern District of California, and am counsel for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, David Daleiden, and Gerardo Adrian Lopez in this action. As such, I have personal knowledge of the matters set forth below and could and would testify thereto if called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of the declaration of expert André E. Jardini, dated October 31, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy the 2017 National Law Journal Billing Survey Report.

4. Attached hereto as **Exhibit C** is a true and correct copy of an attorney-created summary of the 2017 National Law Journal Billing Survey Report, pulling out the date for firms located within the Northern District of California.

5. Attached hereto as **Exhibit D** is a true and correct copy of relevant excerpts from the 2014 National Law Journal Billing Survey Report.

I declare until penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on November 2, 2020.

_____
Jeffrey M. Trissell