**EXHIBIT C**

| Law Firm | City | Average Partner Rate | Average Associate Rate |
| --- | --- | --- | --- |
| Cooley LLP | Palo Alto | $1,100 | $735 |
| Dougherty and Guenther | Salinas | | $395 |
| Elkington Shepherd LLP | Oakland | | $400 |
| Finestone Hayes LLP | San Francisco | $435 | $403 |
| Henshaw Law Office | San Jose | $375 | $250 |
| Kornfield, Nyberg, Bendes | Oakland | $385 | $390 |
| Law Office of Craig K. Welch | Petaluma | | $348 |
| Law Office of Michael Y Lo | Alhambra | $475 | $425 |
| Law Offices of Charles B. Greene | San Jose | | $495 |
| Law Offices of David A. Arietta | Walnut Creek | | $350 |
| Law Offices of Drew Henwood | San Jose | | $250 |
| Law Offices of Eric J. Gravel | San Francisco | | $250 |
| Law Offices of Lawrence L. Szabo | Oakland | | $450 |
| Law Offices of Lewis Phon | Antioch | $300 | |
| Law Offices of Marc Voisenat | Alameda | | $400 |
| Law Offices of Martha J. Simon | San Francisco | | $400 |
| Law Offices of Ruth Elin Auerbach | San Francisco | | $350 |
| Law Offices of Scott J. Sagaria | San Jose | $500 | $450 |
| Law Offices of Selwyn D. Whitehead | Oakland | $400 | |
| Law Offices of William F. McLaughlin | Oakland | $350 | |
| Macdonald Fernandez LLP | San Francisco | $450 | $350 |
| Meridian Law | San Jose | | $250 |
| Michael J. Goldstein & Associates | San Francisco | | $488 |
| Moher Law Group | San Francisco | | $350 |
| Nuti Hart LLP | Oakland | $575 | $575 |
| Sabaratnam and Associates | Oakland | $280 | $360 |
| Seabrook Law Offices | San Jose | $300 | |
| St. James Law, P.C. | San Francisco | $595 | |
| The Fuller Law Firm, PC | San Jose | $475 | |
| Trodella & Lapping LLP | San Francisco | $500 | |
| Tsao-Wu and Yee, LLP | San Jose | | $300 |
| **AVERAGE HOURLY RATES:** | | **$468** | **$392** |