**EXHIBIT D**

# NLJ'S BILLING SURVEY

**Select a Firm**
◯ Adams and Reese
◯ Akerman Senterfitt
◯ Akin Gump
◯ Allen Matkins
◯ Alston & Bird
◯ Andrews Kurth
◯ Archer & Greiner
◯ Arent Fox
◯ Arnall Golden
◯ Arnold & Porter
◯ Arnstein & Lehr
◯ Baker & Hostetler
◯ Baker & McKenzie
◯ Baker Donelson
◯ Ballard Spahr
◯ Barnes & Thornburg
◯ Benesch Friedlander

## Morrison & Foerster

Largest U.S. Office: **San Francisco**, **1,010** total full-time equivalent attorneys



Of all firms surveyed, billing rates for partners averaged **$604**.

Associate rates averaged **$370**.

## By the Numbers: The Firms Report Their Billing Rates

| Firm | Largest U.S. Office | Total FTE Attorneys | Partner High | Partner Average | Partner Low | Associate High | Associate Average | Associate Low |
|---|---|---|---|---|---|---|---|---|
| Debevoise & Plimpton | New York | 615 | $1,075 | $1,055 | $955 | $760 | $490 | $120 |
| Paul Weiss | New York | 803 | $1,120 | $1,040 | $760 | $760 | $600 | $250 |
| Skadden, Arps | New York | 1,735 | $1,150 | $1,035 | $845 | $845 | $620 | $340 |
| Fried Frank | New York | 476 | $1,100 | $1,000 | $930 | $760 | $595 | $375 |
| Latham & Watkins | New York | 2,033 | $1,110 | $990 | $895 | $725 | $605 | $465 |
| Gibson Dunn | New York | 1,086 | $1,800 | $980 | $765 | $930 | $590 | $175 |
| Davis Polk | New York | 787 | $985 | $975 | $850 | $975 | $615 | $130 |
| Willkie Farr | New York | 540 | $1,090 | $950 | $790 | $790 | $580 | $350 |
| Cadwalader | New York | 435 | $1,050 | $930 | $800 | $750 | $605 | $395 |
| Weil Gotshal | New York | 1,201 | $1,075 | $930 | $625 | $790 | $600 | $300 |
| Quinn Emanuel | New York | 697 | $1,075 | $915 | $810 | $675 | $410 | $320 |
| Wilmer | Washington | 961 | $1,250 | $905 | $735 | $695 | $290 | $75 |
| Dechert | New York | 803 | $1,095 | $900 | $670 | $735 | $530 | $395 |
| Andrews Kurth | Houston | 348 | $1,090 | $890 | $745 | $1,090 | $670 | $265 |

Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. N/A** Data not available due to merger in 2013.

## Billing at the Top of the Market ...





## ... And the Bottom

| Firm | Average Partner Rate |
|---|---|
| Harris Beach | $385 |
| Harter Secrest | $385 |
| Williams Mullen | $385 |
| Broad and Cassel | $380 |
| Jackson Lewis | $380 |
| Ulmer & Berne | $380 |
| Bond Schoeneck | $355 |
| Burr & Forman | $355 |
| Jackson Kelly | $280 |
| Bowles Rice | $230 |

| Firm | Average Associate Rate |
|---|---|
| Archer & Greiner | $245 |
| Burr & Forman | $245 |
| Davis Graham | $245 |
| Dinsmore & Shohl | $235 |
| Broad and Cassel | $225 |
| Jones Walker | $225 |
| Honigman Miller | $220 |
| Miller & Martin | $215 |
| Jackson Kelly | $195 |
| Bowles Rice | $135 |

Purchase the complete NLJ Law Firm Billing Survey from www.almlegalintel.com.

# NLJ'S BILLING SURVEY

## Cooley

Largest U.S. Office: **Palo Alto, Calif.**, **632** total full-time equivalent attorneys



- Partner High: $990
- Partner Average: $820
- Partner Low: $660
- Associate High: $630
- Associate Average: $525
- Associate Low: $160

Of all firms surveyed, billing rates for partners averaged **$604**.

Associate rates averaged **$370**.

Firm billing average

**Select a Firm**

- Adams and Reese
- Akerman Senterfitt
- Akin Gump
- Allen Matkins
- Alston & Bird
- Andrews Kurth
- Archer & Greiner
- Arent Fox
- Arnall Golden
- Arnold & Porter
- Arnstein & Lehr
- Baker & Hostetler
- Baker & McKenzie
- Baker Donelson
- Ballard Spahr
- Barnes & Thornburg
- Benesch Friedlander

## By the Numbers: The Firms Report Their Billing Rates

| Firm | Largest U.S. Office | Total FTE Attorneys | Partner High | Partner Average | Partner Low | Associate High | Associate Average | Associate Low |
|---|---|---|---|---|---|---|---|---|
| Debevoise & Plimpton | New York | 615 | $1,075 | $1,055 | $955 | $760 | $490 | $120 |
| Paul Weiss | New York | 803 | $1,120 | $1,040 | $760 | $760 | $600 | $250 |
| Skadden, Arps | New York | 1,735 | $1,150 | $1,035 | $845 | $845 | $620 | $340 |
| Fried Frank | New York | 476 | $1,100 | $1,000 | $930 | $760 | $595 | $375 |
| Latham & Watkins | New York | 2,033 | $1,110 | $990 | $895 | $725 | $605 | $465 |
| Gibson Dunn | New York | 1,086 | $1,800 | $980 | $765 | $930 | $590 | $175 |
| Davis Polk | New York | 787 | $985 | $975 | $850 | $975 | $615 | $130 |
| Willkie Farr | New York | 540 | $1,090 | $950 | $790 | $790 | $580 | $350 |
| Cadwalader | New York | 435 | $1,050 | $930 | $800 | $750 | $605 | $395 |
| Weil Gotshal | New York | 1,201 | $1,075 | $930 | $625 | $790 | $600 | $300 |
| Quinn Emanuel | New York | 697 | $1,075 | $915 | $810 | $675 | $410 | $320 |
| Wilmer | Washington | 961 | $1,250 | $905 | $735 | $695 | $290 | $75 |
| Dechert | New York | 803 | $1,095 | $900 | $670 | $735 | $530 | $395 |
| Andrews Kurth | Houston | 348 | $1,090 | $890 | $745 | $1,090 | $670 | $265 |

Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. N/A** Data not available due to merger in 2013.

## Billing at the Top of the Market ...



| | | |
|---|---|---|
| Debevoise | $1,055 | Andrews Kurth $670 |
| Paul Weiss | $1,040 | Skadden $620 |
| Skadden | $1,035 | Davis Polk $615 |
| Fried Frank | $1,000 | Cadwalader $605 |
| Latham | $990 | Latham $605 |
| Gibson | $980 | Paul Weiss $600 |
| Davis Polk | $975 | Weil $600 |
| Willkie | $950 | Fried Frank $595 |
| Weil | $930 | Gibson $590 |
| Cadwalader | $930 | Kramer Levin $590 |



## ... And the Bottom

**AVERAGE PARTNER RATE**

| Firm | Rate |
|---|---|
| Harris Beach | $385 |
| Harter Secrest | $385 |
| Williams Mullen | $385 |
| Broad and Cassel | $380 |
| Jackson Lewis | $380 |
| Ulmer & Berne | $380 |
| Bond Schoeneck | $355 |
| Burr & Forman | $355 |
| Jackson Kelly | $280 |
| Bowles Rice | $230 |

**AVERAGE ASSOCIATE RATE**

| Firm | Rate |
|---|---|
| Archer & Greiner | $245 |
| Burr & Forman | $245 |
| Davis Graham | $245 |
| Dinsmore & Shohl | $235 |
| Broad and Cassel | $225 |
| Jones Walker | $225 |
| Honigman Miller | $220 |
| Miller & Martin | $215 |
| Jackson Kelly | $195 |
| Bowles Rice | $135 |

Purchase the complete NLJ Law Firm Billing Survey from www.almlegalintel.com.

# NLJ'S BILLING SURVEY

## Orrick, Herrington & Sutcliffe

Largest U.S. Office: **San Francisco**, **977** total full-time equivalent attorneys

**Select a Firm**
- Adams and Reese
- Akerman Senterfitt
- Akin Gump
- Allen Matkins
- Alston & Bird
- Andrews Kurth
- Archer & Greiner
- Arent Fox
- Arnall Golden
- Arnold & Porter
- Arnstein & Lehr
- Baker & Hostetler
- Baker & McKenzie
- Baker Donelson
- Ballard Spahr
- Barnes & Thornburg
- Benesch Friedlander



- Partner High: $945
- Partner Average: $625
- Partner Low: $305
- Associate High: $675
- Associate Average: $310
- Associate Low: $170

Of all firms surveyed, billing rates for partners averaged **$604**.

Associate rates averaged **$370**.

Firm billing average

## By the Numbers: The Firms Report Their Billing Rates

| Firm | Largest U.S. Office | Total FTE Attorneys | Partner High | Partner Average | Partner Low | Associate High | Associate Average | Associate Low |
|---|---|---|---|---|---|---|---|---|
| **Debevoise & Plimpton** | New York | 615 | $1,075 | $1,055 | $955 | $760 | $490 | $120 |
| **Paul Weiss** | New York | 803 | $1,120 | $1,040 | $760 | $760 | $600 | $250 |
| **Skadden, Arps** | New York | 1,735 | $1,150 | $1,035 | $845 | $845 | $620 | $340 |
| **Fried Frank** | New York | 476 | $1,100 | $1,000 | $930 | $760 | $595 | $375 |
| **Latham & Watkins** | New York | 2,033 | $1,110 | $990 | $895 | $725 | $605 | $465 |
| **Gibson Dunn** | New York | 1,086 | $1,800 | $980 | $765 | $930 | $590 | $175 |
| **Davis Polk** | New York | 787 | $985 | $975 | $850 | $975 | $615 | $130 |
| **Willkie Farr** | New York | 540 | $1,090 | $950 | $790 | $790 | $580 | $350 |
| **Cadwalader** | New York | 435 | $1,050 | $930 | $800 | $750 | $605 | $395 |
| **Weil Gotshal** | New York | 1,201 | $1,075 | $930 | $625 | $790 | $600 | $300 |
| **Quinn Emanuel** | New York | 697 | $1,075 | $915 | $810 | $675 | $410 | $320 |
| **Wilmer** | Washington | 961 | $1,250 | $905 | $735 | $695 | $290 | $75 |
| **Dechert** | New York | 803 | $1,095 | $900 | $670 | $735 | $530 | $395 |
| **Andrews Kurth** | Houston | 348 | $1,090 | $890 | $745 | $1,090 | $670 | $265 |

Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. N/A** Data not available due to merger in 2013.

## Billing at the Top of the Market ...



- Debevoise $1,055
- Paul Weiss $1,040
- Skadden $1,035
- Fried Frank $1,000
- Latham $990
- Gibson $980
- Davis Polk $975
- Willkie $950
- Weil $930
- Cadwalader $930

- Andrews Kurth $670
- Skadden $620
- Davis Polk $615
- Cadwalader $605
- Latham $605
- Paul Weiss $600
- Weil $600
- Fried Frank $595
- Gibson $590
- Kramer Levin $590



## ... And the Bottom

| Firm | Average Partner Rate | Firm | Average Associate Rate |
|---|---|---|---|
| Harris Beach | $385 | Archer & Greiner | $245 |
| Harter Secrest | $385 | Burr & Forman | $245 |
| Williams Mullen | $385 | Davis Graham | $245 |
| Broad and Cassel | $380 | Dinsmore & Shohl | $235 |
| Jackson Lewis | $380 | Broad and Cassel | $225 |
| Ulmer & Berne | $380 | Jones Walker | $225 |
| Bond Schoeneck | $355 | Honigman Miller | $220 |
| Burr & Forman | $355 | Miller & Martin | $215 |
| Jackson Kelly | $280 | Jackson Kelly | $195 |
| Bowles Rice | $230 | Bowles Rice | $135 |

Purchase the complete NLJ Law Firm Billing Survey from www.almlegalintel.com.