STEVEN L. MAYER (No. 62030)
SHARON D. MAYO (No. 150469)
JEREMY T. KAMRAS (No. 237377)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:   (415) 471-3100
Facsimile:   (415) 471-3400
Email: steven.mayer@arnoldporter.com
       sharon.mayo@arnoldporter.com
       jeremy.kamras@arnoldporter.com

DIANA STERK (admitted pro hac vice)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone:   (212) 836-8000
Email: diana.sterk@arnoldporter.com

RHONDA R. TROTTER (No. 169241)
OSCAR D. RAMALLO (No. 241487)
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone:   (213) 243-4000
Email: rhonda.trotter@arnoldporter.com
       oscar.ramallo@arnoldporter.com

BETH H. PARKER (No. 104773)
PARKER LAW & MEDIATION
553 Douglass Street
San Francisco, CA 94114
Telephone:   (415) 531-1791
Email: bparker@pppsgv.org

HELENE T. KRASNOFF
(admitted pro hac vice)
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Avenue, NW, Suite 300
Washington, DC 20005-6300
Telephone:   (202) 973-4800
Email: helene.krasnoff@ppfa.org

AMY L. BOMSE (No. 218669)
ROGERS JOSEPH O'DONNELL
311 California St., 10th Floor
San Francisco, California 94104
Telephone:   (415) 956-2828
Email: ABomse@rjo.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.,<br><br>          Plaintiff,<br><br>     vs.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>          Defendants. | Case No.  3:16-cv-00236-WHO<br><br>**DECLARATION OF MATTHEW R. DITON IN SUPPORT OF PLAINTIFFS' REVISED [PROPOSED] ORDER AWARDING FEES AND COSTS** |

I, Matthew R. Diton, declare:

1. I am an attorney admitted to practice in the State of California and before this Court. I am an associate at the law firm of Arnold & Porter Kaye Scholer LLP and an attorney for Plaintiffs in the above-captioned action. I make this Declaration upon personal knowledge, excepted as otherwise stated, and, if called upon to testify, could and would testify competently hereto.

2. I make this declaration at the Court's request and in response to the Court's Order On Motion For Attorney Fees And Costs (ECF 1150, the "Order").

3. Submitted contemporaneously herewith is a Revised [Proposed] Order Awarding Fees And Costs (the "Revised Proposed Order"). In the Revised Proposed Order, Plaintiffs seek $12,782,891.25 in attorneys' fees and $998,119.17 in non-statutory costs.

4. To arrive at the revised fee number, Plaintiffs recalculated the chart set forth in the Reply Declaration of Diana K. Sterk (ECF 1148-2, the "Sterk Reply Declaration") as follows: First, Plaintiffs reduced the hourly rates of Arielle Feldshon and Matthew Diton to $562.5/hour and $625/hour, respectively—rates 25% higher than their initial billing rates of $450/hour and $500/hour. *See* Order at 4. With these reduced rates, Feldshon's and Diton's "grand total" amounts decreased to $763,819 and $421,313, respectively. Second, Plaintiffs reduced the "grand total" amounts for Beth Parker and Mai Ratakonda to $364,087 and $21,904, respectively—reductions of 70% and 90% than the totals originally sought for these in-house attorneys. *See* Order at 8-9.

5. With these reductions, Plaintiffs' new lodestar was recalculated to be $17,043,855. Plaintiffs then applied their voluntary, 25% reduction, giving a final amount of $12,782,891.25.

- 2 -

6. To arrive at the revised non-statutory costs number, Plaintiffs took the originally requested sum ($1,035,717.68) and subtracted the $37,598.51 originally requested for "Executive Protection services" costs. Order at 14-15. This gives a final amount of $998,119.17 in non-statutory costs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of January, 2021, in Alameda, California.

_____
Matthew Diton

DECLARATION OF MATTHEW R. DITON IN SUPPORT OF PLAINTIFFS' REVISED [PROPOSED] ORDER AWARDING FEES AND COSTS; Case No. 3:16-cv-00236-WHO

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: January 5, 2021                                       /s/ *Steven L. Mayer*

                                                                              Steven L. Mayer