UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>   Defendants. | Case No.  16-cv-00236-WHO<br><br>**ORDER SETTING AMOUNT OF ATTORNEY FEES AND COSTS** |

Following my Order granting plaintiffs' motion for attorney fees and costs, awarding a reduced amount of fees and costs, plaintiffs submitted the declaration of Matthew R. Diton.  Dkt. No. 1152.  In his declaration Diton explains how plaintiffs accounted for the reductions I mandated and submits a revised final amount of attorney fees and costs to be awarded.  *See* Dkt. Nos. 1150, 1152.  Defendants agree that the final amount identified by Diton "substantially conforms" with the reductions I mandated, while continuing to preserve their objection to the award of fees and costs.  Dkt. No. 1153.

Therefore, consistent with my December 22, 2020 Order on Plaintiffs' Motion for Attorney Fees and Costs, defendants are ordered to pay plaintiffs' attorney fees in the amount of $12,782,891.25 and non-statutory costs in the amount of $998,119.17.

**IT IS SO ORDERED.**

Dated: January 12, 2021

William H. Orrick
United States District Judge