UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.,

Plaintiffs,

v.

CENTER FOR MEDICAL PROGRESS, et al.,

Defendants.

Case No. 16-cv-00236-WHO

**ORDER ON REMAINING MOTIONS TO SEAL**

Re: Dkt. Nos. 333, 573, 749, 1155

Pursuant to the agreement of the parties, the Clerk shall UNSEAL the following documents: Dkt. Nos. 333-2; 573-2 (Exhibit C); 573-3 (Exhibit D); 573-4 (Exhibit E); 573-5 (Exhibit F); 573-6 (Exhibit G); 573-7 (Exhibit H); 573-8 (Exhibit I); 573-9 (Exhibit J); 573-10 (Exhibit M); 573-11 (Exhibit N); 573-12 (Exhibit Q); 573-14 (Exhibit T); 573-15 (Exhibit U); and 573-16.

With respect to Dkt. No. 573-13 (Exhibit R) and Dkt. No. 749-3, other than the redactions on pages 24 and 25 which plaintiffs agree may be unsealed, the remaining material (portions of the Smith report related to the transcript of Dr. Nucatola's congressional interview) that was not considered at trial and was produced under a strict confidentiality order by Magistrate Judge Chooljian, shall remain under seal. Within five days of this Order, defendants shall file a revised redacted version of Dkt. No. 573-13 and 749 consistent with this Order.

**IT IS SO ORDERED.**

Dated: January 15, 2021



William H. Orrick
United States District Judge