
Charles S. LiMandri (CA Bar No. 110841)
Paul M. Jonna (CA Bar No. 265389)
Jeffrey M. Trissell (CA Bar No. 292480)
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Tel: (858) 759-9948
cslimandri@limandri.com

*Attorneys for Defendants CMP, BioMax, Daleiden & Lopez*

Harmeet K. Dhillon (CA Bar No. 207873)
Mark P. Meuser (CA Bar No. 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Tel: (415) 433-1700
415-520-6593 (fax)
harmeet@dhillonlaw.com

Michael Alan Yoder, *pro hac vice*
DHILLON LAW GROUP INC.
425 Massachusetts Avenue NW, # 515
Washington, DC 20001
Tel: (202) 595-4504
myoder@dhillonlaw.com

*Attorneys for Defendants CMP, BioMax, & David Daleiden*

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
tbrejcha@thomasmoresociety.org
pbreen@thomasmorsociety.org

Matthew F. Heffron, *pro hac vice*
THOMAS MORE SOCIETY
10506 Burt Circle, Suite 110
501 Scoular Building
Omaha, NE 68114
Tel: (312) 782-1680
mheffron@thomasmoresociety.org

Adam Hochschild, *pro hac vice*
THOMAS MORE SOCIETY
P.O. Box 401
Plainfield, VT 05667
Tel: 314-503-0326
adam@hochschildlaw.com

*Attorneys for Defendant David Daleiden*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.,<br><br>Plaintiff,<br>vs.<br><br>THE CENTER FOR MEDICAL PROGRESS, et al.,<br><br>Defendants. | Case No. 3:16-CV-00236-WHO<br><br>Hon. William H. Orrick III<br><br>**Declaration of David Daleiden in Support of Defendants' Opposition to Plaintiffs' Motion to Reconsider Bond Order and Increase Amount of Supersedeas Bond**<br><br>Date: February 24, 2021<br>Time: 2:00 p.m. |

# PUBLIC VERSION

# Entire declaration filed under seal