STEVEN L. MAYER (No. 62030)
SHARON D. MAYO (No. 150469)
JEREMY T. KAMRAS (No. 237377)
LIAM E. O'CONNOR (No. 330050)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California  94111-4024
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400
Email:    steven.mayer@arnoldporter.com
            sharon.mayo@arnoldporter.com
            jeremy.kamras@arnoldporter.com
            liam.e.oconnor@arnoldporter.com

WILLIAM C. PERDUE (admitted *pro hac vice*)
MEGHAN C. MARTIN (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington D.C.  20001
Telephone:    (202) 942-5000
Email:    william.perdue@arnoldporter.com
            meghan.martin@arnoldporter.com

RHONDA R. TROTTER (No. 169241)
OSCAR D. RAMALLO (No. 241487)
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, California  90017
Telephone:    (213) 243-4000
Email:    rhonda.trotter@arnoldporter.com
            oscar.ramallo@arnoldporter.com

BETH H. PARKER (No. 104773)
PLANNED PARENTHOOD CALIFORNIA
CENTRAL COAST
20 Laurel Street
Inverness, California  94937
Email: parkerbh@gmail.com

AMY L. BOMSE (No. 218669)
ROGERS JOSEPH O'DONNELL
311 California St., 10th Floor
San Francisco, California  94104
Telephone:  (415) 956-2828
Email:  ABomse@rjo.com

*Attorneys for Plaintiffs*

*(Attorneys for Defendants listed below)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.;<br><br>    Plaintiffs,<br><br>        v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.;<br><br>    Defendants. | Case No. 3:16-cv-00236-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Local Rules 6-2(a) and 7-12, Plaintiffs and Defendants, by and through their respective counsel, stipulate and jointly request the Court to order a 28-day extension to the deadline for Plaintiffs' motion for attorneys' fees following the resolution of the merits appeal in this matter.

WHEREAS, pursuant to this Court's March 29, 2023, order, Plaintiffs' motion for attorneys' fees following the resolution of the merits appeal in this matter is presently due 60 days following the issuance of the mandate (Dkt. 1190);

WHEREAS, the mandate issued October 18, 2023 (Dkt. 1200), making Plaintiffs' motion for attorneys' fees due December 18, 2023;

WHEREAS, Plaintiffs' counsel initially emailed Defendants' counsel on December 6, 2023, in an attempt to resolve any disputes with respect to Plaintiffs' motion for attorneys' fees;

WHEREAS, Mr. Mayer, the attorney for Plaintiffs overseeing the motion, was sick during the week of December 11, 2023;

WHEREAS, Plaintiffs' counsel and Defendants' counsel have exchanged emails but have not yet had the opportunity to meet and confer regarding Plaintiffs' motion for attorneys' fees;

WHEREAS, Plaintiffs' counsel and Defendants' counsel wish to meet and confer and believe that an extension of 28 days will permit them to find a mutually agreeable date and time;

WHEREAS, Plaintiffs' counsel and Defendants' counsel believe that such an extension will not otherwise affect any deadlines before this Court;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to a 28-day extension to the deadline for Plaintiffs' motion for attorneys' fees to and including January 15, 2024, such that the Parties, by and through their counsel, may meet and confer regarding the motion.

Respectfully submitted,

DATED: December 18, 2023

By:   _/s/ Steven L. Mayer_
STEVEN L. MAYER

*Attorneys for Plaintiffs*

1

1

2

DATED: December 18, 2023

By:    */s/ Peter Breen*
PETER BREEN

3

4

Peter Breen, *pro hac vice*
Matthew F. Heffron, *pro hac vice*

5

Thomas More Society
309 W. Washington St., Ste. 1250

6

Chicago, IL 60606
Tel: (312) 782-1680

7

Facsimile: (312) 782-1887
tbrejcha@thomasmoresociety.org

8

pbreen@thomasmoresociety.org
mheffron@thomasmoresociety.org

9

10

*Attorneys for Defendant David Daleiden*

11

12

DATED: December 18, 2023

By:    */s/ Paul M. Jonna*
PAUL M. JONNA

13

14

Charles S. LiMandri (CA Bar No. 110841)
Paul M. Jonna (CA Bar No. 265389)

15

Jeffrey M. Trissell (CA Bar No. 292480)
Milan L. Brandon (CA Bar No. 326953)

16

LiMandri & Jonna LLP
P.O. Box 9120

17

Rancho Santa Fe, CA 92067
Tel: (858) 759-9930

18

Fax: (858) 759-9938
cslimandri@limandri.com

19

pjonna@limandri.com
jtrissell@limandri.com

20

mbrandon@limandri.com

21

*Attorneys for Defendants the Center for Medical*

22

*Progress, BioMax Procurement Services, LLC,*
*Gerardo Adrian Lopez, and David Daleiden*

23

24

25

26

27

28

2

1                               Harmeet K. Dhillon (CA Bar No. 207873)

2                               Mark P. Meuser (CA Bar No. 231335)
Dhillon Law Group Inc.
177 Post Street, Suite 700

3                               San Francisco, CA 94108
415-433-1700

4                               415-520-6593 (fax)
harmeet@dhillonlaw.com

5                               mmeuser@dhillonlaw.com

6

7                               *Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden*

8

9     DATED: December 18, 2023        By:   */s/ Christina Compagnone*
CHRISTINA COMPAGNONE

10

11                               Christina Compagnone, pro hac vice

12                               American Center for Law & Justice
201 Maryland Ave., NE

13                               Tel: (202) 641-9168
ccompagnone@aclj.org

14

15                               John A. Monaghan, pro hac vice
American Center for Law & Justice

16                               1000 Regeny University Dr.
Virginia Beach, VA 23464

17                               Tel: (757) 802-9160
jmonaghan@aclj.org

18

19                               Vladimir F. Kozina (CA Bar No. 95422)
Mayall Hurley, P.C.

20                               2453 Grand Canal Blvd.
Stockton, CA 95207

21                               Tel: (209) 477-3833;
Fax: (209) 473-4818

22                               VKozina@mayallaw.com

23                               *Attorneys for Defendant Troy Newman*

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE: PLS.' MOT. FOR ATTORNEYS' FEES     No. 3:16-cv-00236-WHO

1    DATED: December 18, 2023                 By:     /s/ Catherine W. Short
                                                      CATHERINE W. SHORT
2

3                                                     Catherine W. Short (CA Bar No. 117442)
                                                      Corrine G. Konczal (CA Bar No. 320238)
4                                                     Life Legal Defense Foundation
                                                      Post Office Box 1313
5                                                     Ojai, CA 93024-1313
                                                      Tel: (707) 337-6880
6                                                     kshort@LLDF.org
                                                      ckonczal@LLDF.org
7

8                                                     Michael Millen (CA Bar No. 151731)
                                                      Attorney at Law
9                                                     119 Calle Marguerita Ste. 100
                                                      Los Gatos, CA 95032
10                                                    Tel: (408) 871-0777
                                                      Facsimile: (408) 866-7480
11                                                    mikemillen@aol.com

12
                                                      *Attorneys for Defendant Albin Rhomberg*
13

14

15   DATED: December 18, 2023                 By:     /s/ Horatio G. Mihet
                                                      HORATIO G. MIHET
16

17                                                    Horatio G. Mihet, pro hac vice
                                                      Liberty Counsel
18                                                    P.O. Box 540774
                                                      Orlando, FL 32854
19                                                    Tel: (407) 875-1776
                                                      hmihet@lc.org
20

21                                                    Nicolaie Cocis (CA Bar No. 204703)
                                                      Law Office of Nic Cocis & Associates
22                                                    25026 Las Brisas Rd.
                                                      Murrieta, CA 92562
23                                                    Tel: (951) 695-1400
                                                      Fax: (951) 744-0079
24                                                    nic@cocislaw.com

25
                                                      *Attorneys for Defendant Sandra Susan Merritt*
26

27

28

STIP. AND [PROPOSED] ORDER RE: PLS.' MOT. FOR ATTORNEYS' FEES          No. 3:16-cv-00236-WHO

1

**ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)**

2

As the filer of this document, I attest that concurrence in the filing was obtained from the

3

other signatories.

4

5

DATED: December 18, 2023                    ARNOLD & PORTER KAYE SCHOLER LLP

6

                                            By:   */s/ Steven L. Mayer*

7

                                                  STEVEN L. MAYER

8

                                                  *Attorneys for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE: PLS.' MOT. FOR ATTORNEYS' FEES          No. 3:16-cv-00236-WHO

1

**[PROPOSED] ORDER**

2

**PURSUANT TO STIPULATION, IT IS ORDERED** that the deadline for Plaintiffs to file

3

a motion for attorneys' fees is extended by 28 additional days to and including January 15, 2024.

4

5

Dated: _____

6

7

_____

Hon. William H. Orrick

8

United States Senior District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

1

**CERTIFICATE OF SERVICE**

2      I certify that the foregoing STIPULATION AND [PROPOSED] ORDER FOR

3 EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES is being served via the

4 Court's ECF system on December 18, 2023, to all counsel of record who are deemed to have

5 consented to electronic service.

6

7 DATED: December 18, 2023            ARNOLD & PORTER KAYE SCHOLER LLP

8

                                 By:   */s/ Steven L. Mayer*

9                                             STEVEN L. MAYER

10                                             *Attorneys for Plaintiffs*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE: PLS.' MOT. FOR ATTORNEYS' FEES            No. 3:16-cv-00236-WHO