Nicolai Cocis
(CA Bar # 204703)
Law Office of Nicolai Cocis
25026 Las Brisas Road
Murrieta, CA 92562
Tel/Fax: (951) 695-1400
Email: nic@cocislaw.com

Horatio G. Mihet*
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854
Tel: (407) 875-1776
Fax: (407) 875-0770
hmihet@lc.org
*Admitted Pro Hac Vice
Attorneys for Defendant
Sandra Susan Merritt

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> CENTER FOR MEDICAL PROGRESS, et al., <br> Defendants. | Case No. 16-cv-00236-WHO <br><br> Hon. William H. Orrick, III <br><br> **JOINT NOTICE OF APPEAL BY DEFENDANTS SANDRA SUSAN MERRITT, ALBIN RHOMBERG & TROY NEWMAN** <br><br> Action Filed: Jan 14, 2016 <br> Date of Order Appealed: December 5, 2023 |

Defendants Sandra Susan Merritt, Albin Rhomberg, and Troy Newman hereby notice their appeal to the Ninth Circuit Court of Appeals of this Court's Order on Motion for Relief from Final Judgment (dkt. 1211), entered on December 5, 2023. This is not a cross appeal, and previous appeals include appeal case numbers 21-15124, 20-16773, 20-16070, 20-16068, and 18-00696. Co-Defendants Biomax Procurement Services, LLC, Center for Medical Progress, David Daleiden, and Gerardo Adrian Lopez filed their Notice of Appeal of this Court's Order on December 22, 2023, which has been docketed as No. 23-4398. This appeal is timely because Defendants Merritt, Rhomberg, and Newman filed this Notice with 14 days of Co-Defendants' Notice of Appeal. *See* Fed. R. App. P. 4(a)(3) (providing that if one party timely files a notice of

appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise prescribed by this Rule 4(a), whichever period ends later).

## REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Defendants identify the following parties to this action and their respective counsel:

1)     Defendant/Appellant **Sandra Susan Merritt**, represented by:

| | |
|---|---|
| Horatio G. Mihet | Nicolai Cocis |
| Liberty Counsel | Law Office of Nicolai Cocis |
| P.O. Box 540774 | 25026 Las Brisas Road |
| Orlando, FL 32854 | Murrieta, CA 92562 |
| Tel: (407) 875-1776 | Tel: (951) 695-1400 |

Defendant/Appellant **Albin Rhomberg**, *pro se*:

Albin Rhomberg
1160 Lone Tree Road
Elm Grove, WI 53122
Tel: (916) 662-1852

Defendant/Appellant **Troy Newman**, represented by:

Christina A. Compagnone
John A. Monaghan
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Ave NE,
Washington, DC 20002
Tel: 202-546-8890

Jenny Dione Baysinger
Vladimir J. Kozina
MAYALL HURLEY P.C,
112 S. Church Street
Lodi, CA 95240
Tel: 209-477-3833

2)     Plaintiffs/Appellees Planned Parenthood Federation of America, Inc.; Planned Parenthood: Shasta-Diablo, Inc. dba Planned Parenthood Northern California; Planned Parenthood Mar Monte, Inc.; Planned Parenthood of the Pacific Southwest; Planned Parenthood Los Angeles; Planned Parenthood/Orange and San Bernadino Counties, Inc.; Planned Parenthood California Central Coast; Planned Parenthood Pasadena and San Gabriel Valley, Inc.; Planned Parenthood of the Rocky Mountains; Planned Parenthood Gulf Coast; and Planned Parenthood Center for Choice, represented by:

1

2 Rhonda R. Trotter                        Steven L. Mayer
  Oscar D. Ramallo                         Sharon D. Mayo
3 ARNOLD & PORTER LLP                      Jeremy T. Kamras
  777 S. Figueroa Street, 44th Floor       Jee Young You
4 Los Angeles, CA 90017                    Tommy Huynh
  Tel: (213) 243-4000                      Liam Edward O'Connor
5                                          Stephanie Ilana Fine
  Diana Sterk                              ARNOLD & PORTER LLP
6 ARNOLD & PORTER LLP                      Three Embarcadero Center, 10th Floor
  250 West 55th Street                     San Francisco, CA 94111-4024
7 New York, NY 10019-9710                  Tel: (415) 471-3100
  Tel: (212) 836-8429
8                                          Amy L. Bomse
  Beth H. Parker                           ROGERS JOSEPH O'DONNELL
9 PLANNED PARENTHOOD                       311 California Street, 10th Floor
  NORTHERN CALIFORNIA                      San Francisco, CA 94104
10 2185 Pacheco Street                     Tel: (415) 956-2828
   Concord, CA 94520
11 Tel: 925-887-5366                       Joseph G. Phillips
                                           ARNOLD & PORTER LLP
12 Maithreyi Ratakonda                     370 17th St., Suite 4400
   123 William Street                      Denver, CO 80202
13 9th Floor                               303-863-2385
   New York, NY 10038
14 Tel: 212-261-4405                       Meghan C. Martin
                                           ARNOLD & PORTER LLP
15                                         601 Massachusetts Ave NW, Room
                                           9515
16                                         Washington, DC 20001
                                           Tel: 202-942-5443

17

18   3)   Other defendants in the district court action:

19        Defendants **Center for Medical Progress**, **BioMax Procurement Services, LLC**,
          **David Daleiden**, and **Gerardo Adrian Lopez**, represented by:

20        Harmeet K. Dhillon
          Mark P. Meuser
21        Karin M. Sweigart
          Jesse Franklin-Murdock
22        DHILLON LAW GROUP
          177 Post Street, Ste. 700
23        San Francisco, CA 94108
          Tel: (415) 433-1700

24

25

26

27

28

1    Dated: January 5, 2024                        Respectfully submitted:

2                                                  /s/ Horatio G. Mihet
                                                   Horatio G. Mihet*
3                                                  Liberty Counsel
                                                   P.O. Box 540774
4                                                  Orlando, FL 32854
                                                   Tel: (407) 875-1776
5                                                  Fax: (407) 875-0770
                                                   hmihet@lc.org
6                                                  *Admitted pro hac vice

7                                                  Nicolai Cocis
                                                   (CA Bar # 204703)
8                                                  Law Office of Nicolai Cocis
                                                   25026 Las Brisas Road
9                                                  Murrieta, CA 92562
                                                   Tel/Fax: (951) 695-1400
10                                                 Email: nic@cocislaw.com

11                                                 *Attorneys for Defendant Sandra Susan Merritt*

12                                                 /s/ Christina A. Compagnone
                                                   Christina A. Compagnone
13                                                 John A. Monaghan
                                                   ACLJ
14                                                 201 Maryland Ave NE,
                                                   Washington, DC 20002
15                                                 Tel: 202-546-8890

16                                                 Jenny Dione Baysinger
                                                   Vladimir J. Kozina
17                                                 MAYALL HURLEY P.C,
                                                   112 S. Church Street
18                                                 Lodi, CA 95240
                                                   Tel: 209-477-3833
19
                                                   *Attorneys for Defendant Troy Newman*
20

21                                                 /s/ Albin Rhomberg, *pro se*
                                                   Albin Rhomberg
22                                                 1160 Lone Tree Road
                                                   Elm Grove, WI 53122
23                                                 Tel: (916) 662-1852

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2024, I filed the foregoing Joint Notice of Appeal electronically through the CM/ECF system, which effected service upon all counsel and parties of record.

/s/ Horatio G. Mihet
Horatio G. Mihet*
Liberty Counsel
hmihet@lc.org
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
*Admitted pro hac vice

*Attorney for Defendant Sandra Susan Merritt*