Harmeet K. Dhillon (CA Bar No. 207873)
Mark P. Meuser (SBN 231335)
Karin M. Sweigart (SBN 247462)
Jesse Franklin-Murdock (SBN 339034)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Tel. 415-433-1700; Fax. 415-520-6593
harmeet@dhillonlaw.com
mmeuser@dhillon.law.com
ksweigart@dhillonlaw.com
jfm@dhillonlaw.com

*Attorneys for Defendants The Center For Medical Progress, Biomax Procurement Services, Lie, David Daleiden and Gerardo Adrian Lopez*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CENTER FOR MEDICAL PROGRESS, et al.,<br><br>Defendants. | Case No. 3:16-cv-00236-WHO<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND TO RESET HEARING DATE**<br><br>Hon. Judge William H. Orrick, III |



Pursuant to Local Rules 6-2(a) and 7-12, Plaintiffs and Defendants, by and through their respective counsel, stipulate and jointly request the Court to order extensions to the briefing deadlines for Plaintiffs' motion for attorneys' fees and for an order resetting the hearing dates.

WHEREAS, Plaintiffs filed their Motion for Supplemental Attorneys' Fees on January 12, 2024 ("Motion for Supplemental Attorneys' Fees", Dkt 1224);

WHEREAS, Plaintiffs' Motion for Supplemental Fees is set for hearing on February 21, 2024;

WHEREAS, Defendants' counsel is unavailable to attend the hearing on February 21, 2024;

WHEREAS, Defendants' counsel believe that such an extension will not otherwise affect any deadlines before this Court;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that:

1. Defendants' Oppositions to Plaintiffs' Motion for Supplemental Fees shall be filed and served by February 14, 2024.
2. Plaintiffs' Reply in Support of Plaintiffs' Motion for Supplemental Fees shall be filed and served by February 28, 2024.
3. The hearing on Plaintiffs' Motion for Supplemental Fees, if necessary, shall be reset for March 13, 2024 at 2:00 p.m.

///
///
///



|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | DATED: January 22, 2024 | By: */s/ Mark P. Meuser* |
| 3 |   | MARK P. MEUSER |

Harmeet K. Dhillon (CA Bar No. 207873)
Mark P. Meuser (SBN 231335)
Karin M. Sweigart (SBN 247462)
Jesse Franklin-Murdock (SBN 339034)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Tel. 415-433-1700; Fax. 415-520-6593
harmeet@dhillonlaw.com
mmeuser@dhillon.law.com
ksweigart@dhillonlaw.com
jfm@dhillonlaw.com

DATED: January 22, 2024         By: */s/ Christina Compagnone*
                                CHRISTINA COMPAGNONE (STIERHOFF)

Christina Compagnone (Stierhoff), pro hac vice
American Center for Law & Justice
201 Maryland Ave., NE
Tel: (202) 641-9168
ccompagnone@aclj.org

John A. Monaghan, pro hac vice
American Center for Law & Justice
1000 Regeny University Dr.
Virginia Beach, VA 23464
Tel: (757) 802-9160
jmonaghan@aclj.org

Vladimir F. Kozina (CA Bar No. 95422)
Mayall Hurley, P.C.
2453 Grand Canal Blvd.
Stockton, CA 95207
Tel: (209) 477-3833
Fax: (209) 473-4818
VKozina@mayallaw.com

*Attorneys for Defendant Troy Newman*



| | | |
|---|---|---|
| 1 | DATED: January 22, 2024 | By: */s/ Catherine W. Short* |
| | |     CATHERINE W. SHORT |

Catherine W. Short (CA Bar No. 117442)
Corrine G. Konczal (CA Bar No. 320238)
Life Legal Defense Foundation
Post Office Box 1313
Ojai, CA 93024-1313
Tel: (707) 337-6880
kshort@LLDF.org
ckonczal@LLDF.org

Michael Millen (CA Bar No. 151731)
Attorney at Law
119 Calle Marguerita Ste. 100
Los Gatos, CA 95032
Tel: (408) 871-0777
Facsimile: (408) 866-7480
mikemillen@aol.com

*Attorneys for Defendant Albin Rhomberg*

DATED: January 22, 2024                                By: */s/ Horatio G. Mihet*
    HORATIO G. MIHET

Horatio G. Mihet, pro hac vice
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854
Tel: (407) 875-1776
hmihet@lc.org

Nicolaie Cocis (CA Bar No. 204703)
Law Office of Nic Cocis & Associates
25026 Las Brisas Rd.
Murrieta, CA 92562
Tel: (951) 695-1400
Fax: (951) 744-0079
nic@cocislaw.com

*Attorneys for Defendant Sandra Susan Merritt*

-3-



DATED: January 22, 2024

By: */s/ Steven L. Mayer*
　　STEVEN L. MAYER

Steven L. Mayer (SBN 62030)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:  415-471-3100
Steven.Mayer@arnoldporter.com

*Attorneys for Plaintiffs Planned Parenthood Federation of America et al.*



**ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)**

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

DATED: January 22, 2024          DHILLON LAW GROUP, INC.

By:  /s/ Mark P. Meuser
     Mark P. Meuser

*Attorney for Defendants The Center For Medical Progress, Biomax Procurement Services, Lie, David Daleiden and Gerardo Adrian Lopez*



-5-

STIPULATION AND [PROPOSED] ORDER          Case No. 3:16-cv-00236-WHO

## ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED** that:

1. Oppositions to Plaintiffs' Motion for Supplemental Fees shall be filed and served by February 14, 2024.
2. Reply in Support of Plaintiffs' Motion for Supplemental Fees shall be filed and served by February 28, 2024.
3. Plaintiffs' Motion for Supplemental Fees hearings shall be reset for March 13, 2024.

Dated: January 23, 2024



Hon. William H. Orrick
United States Senior District Judge



STIPULATION AND [PROPOSED] ORDER Case No. 3:16-cv-00236-WHO