STEVEN L. MAYER (No. 62030)
SHARON D. MAYO (No. 150469)
JEREMY T. KAMRAS (No. 237377)
LIAM E. O'CONNOR (No. 330050)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California  94111-4024
Telephone:     (415) 471-3100
Facsimile:      (415) 471-3400
Email:    steven.mayer@arnoldporter.com
              sharon.mayo@arnoldporter.com
              jeremy.kamras@arnoldporter.com
              liam.e.oconnor@arnoldporter.com

WILLIAM C. PERDUE (admitted *pro hac vice*)
MEGHAN C. MARTIN (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington D.C. 20001
Telephone:     (202) 942-5000
Email:    william.perdue@arnoldporter.com
              meghan.martin@arnoldporter.com

RHONDA R. TROTTER (No. 169241)
OSCAR D. RAMALLO (No. 241487)
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone:     (213) 243-4000
Email:    rhonda.trotter@arnoldporter.com
              oscar.ramallo@arnoldporter.com

BETH H. PARKER (No. 104773)
PLANNED PARENTHOOD CALIFORNIA
CENTRAL COAST
20 Laurel Street
Inverness, California  94937
Telephone: (415) 531-1791
Email: parkerbh@gmail.com

AMY L. BOMSE (No. 218669)
ROGERS JOSEPH O'DONNELL
311 California St., 10th Floor
San Francisco, California  94104
Telephone:  (415) 956-2828
Email:  ABomse@rjo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.;<br><br>    Plaintiffs,<br>    v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.;<br><br>    Defendants. | Case No. 3:16-cv-00236-WHO<br><br>**REVISED [PROPOSED] ORDER AWARDING FEES AND COSTS**<br><br>Judge: Hon. William H. Orrick |

On January 12, 2024, Plaintiffs Planned Parenthood Federation of America ("PPFA"), Planned Parenthood: Shasta-Diablo dba Planned Parenthood Northern California ("PPNorCal"), Planned Parenthood Mar Monte ("PPMM"), Planned Parenthood of the Pacific Southwest ("PPPSW"), Planned Parenthood Los Angeles ("PPLA"), Planned Parenthood/Orange and San Bernardino Counties ("PPOSBC"), Planned Parenthood Central Coast California ("PPCCC"), Planned Parenthood Pasadena and San Gabriel Valley ("PPPSGV"), Planned Parenthood of the Rocky Mountains ("PPRM"), Planned Parenthood Gulf Coast ("PPGC"), and Planned Parenthood Center for Choice's ("PPCFC") (collectively, "Plaintiffs") moved for supplemental attorneys' fees. *See* ECF No. 1225.  On April 23, 2024, the Court granted Plaintiffs' Motion, finding that Plaintiffs were entitled to recover all the fees they requested, with one exception: Plaintiffs are not entitled to recover fees for the time their counsel spent responding to and accounting for the deductions required by the Court's December 22, 2020 order on Plaintiffs' first fee motion (ECF No. 1150). *See* ECF No. 1246.

Plaintiffs have now submitted a declaration that accounts for the deductions required by the Court's recent order on Plaintiffs' second fee motion, as well as a proposed order that requests a revised total amount of fees of $1,499,808.39.  Having reviewed Plaintiffs' filing and any response(s) thereto, the Court finds that the revised total conforms with the Court's recent order on Plaintiffs' second fee motion and therefore orders Defendants to pay Plaintiffs' supplemental attorneys' fees in the amount of  $1,499,808.39.

**IT IS SO ORDERED.**

Dated: May 1, 2024

_____
Hon. William H. Orrick
United States Senior District Judge